IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG ABBOTT, in his capacity of GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>Defendants. | Civil Action No. 1:23-cv-00853 |

## SUPPLEMENT TO COMPLAINT

Plaintiff United States submits the following Attachment 5 as a supplemental exhibit to its Original Complaint ECF No. 1.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

*/s/ James E. Dingivan*
JAMES E. DINGIVAN
Assistant United States Attorney
Texas Bar No. 24094139
United States Attorney's Office
Western District of Texas
601 N.W. Loop 410, Ste 600
San Antonio, TX 78216
(210) 384-7372 (tel.)
(210) 384-7312 (fax)
james.dingivan@usdoj.gov