# ATTACHMENT 1
# Declaration of Abraham Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREG ABBOTT, in his capacity as GOVERNOR ) <br> OF THE STATE OF TEXAS, and THE STATE OF ) <br> TEXAS, ) <br> ) <br> Defendants. ) | Civil Action No. |

## DECLARATION OF ABRAHAM GARCIA

1. My name is Abraham Garcia. I am currently a Supervisory Border Patrol Agent (SBPA) at the Eagle Pass North Station (EGT) in Eagle Pass, Texas. I have held this position since July 18, 2021. As a SBPA, my duties involve supervising Border Patrol Agents (BPAs), as well as regular patrol of the area along the Rio Grande in and around Eagle Pass, Texas.

2. On July 10, 2023, on or about 2:45 p.m. Central Time, I launched a United States Border Patrol (USBP) owned Small Unmanned Aircraft System (SUAS) from my position on the ground and proceeded to take three photographs of the buoy deployment at or near the Heavenly Farms in the vicinity of Texas Loop 480 in Eagle Pass, Texas. A true and accurate copy of those three photographs are attached as Exhibit 1.

3. On July 17, 2023, at about 3:00 p.m. Central Time, I launched a USBP owned Small Unmanned Aircraft System (SUAS) from my position on the ground and proceeded to take three photographs of the buoy deployment to provide an update to my station leadership. These

photographs were taken at or near the Heavenly Farms in the vicinity of Texas Loop 480 in Eagle Pass, Texas. A true and accurate copy of those three photographs are attached as Exhibit 2.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and information.

EXECUTED ON this 24th day of July 2023.

_____
Abraham Garcia
Supervisory Border Patrol Agent

# EXHIBIT 1





# EXHIBIT 2

