# ATTACHMENT 3
# Declaration of Jason D. Owens

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:23-cv-00853 |
| | ) | |
| v. | ) | |
| | ) | |
| GREG ABBOTT, in his capacity as GOVERNOR | ) | |
| OF THE STATE OF TEXAS, and THE STATE OF | ) | |
| TEXAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF JASON D. OWENS**

1.      My name is Jason D. Owens. I am the Chief of the U.S. Border Patrol (USBP). I have

served in this position since July 2, 2023. Prior to taking this position, I served as the Chief

Patrol Agent for the Del Rio Sector, one of the largest and busiest sectors along the U.S. border

with Mexico. Over my nearly 27 years of service, I have served in a number of other positions,

including as the Chief Patrol Agent of the U.S. Border Patrol Academy and the Laredo Sector

Deputy Chief Patrol Agent.

2.      In my position as the Chief of USBP, I am responsible for executing the missions of the

U.S. Department of Homeland Security, U.S. Customs and Border Protection (CBP), and USBP.

USBP is the primary federal law enforcement organization responsible for preventing the entry of terrorists and their weapons and for preventing the illicit trafficking of people and contraband between ports of entry.  USBP has a workforce of over 19,000 agents who patrol more than 6,000 miles of United States land borders.  As Chief, I am also responsible for the daily operations of USBP, including the development and implementation of all nationwide policy decisions.

3.      I make this declaration based on my knowledge and experience, as well as information and documents available to me in my official capacity.

4.      As part of overall USBP operations, among other functions, agents do at times rescue individuals in distress who are in the Rio Grande. During these rescues, trained USBP personnel utilize small watercraft to quickly respond as the incidents unfold. Our personnel may also use rescue devices and tactics from the shoreline, including specialized swift water techniques. Any obstructions in the water could naturally impair the freedom of movement and potentially delay response times.

5.      In addition to the dangers faced by the individuals in distress, such rescues, whether by watercraft or from the shoreline, can be very hazardous for USBP personnel.

6.      Border Patrol maintains certain statistics, including statistics for rescues of individuals discussed in paragraph 4. Those statistics are maintained at the Border Patrol Station level, that is, for those reports, encounters, or rescues conducted by a particular station. Specifically, Border Patrol maintains certain statistics related to rescues conducted and identified and deaths identified by the Eagle Pass Station. The area of responsibility (AOR) for the Eagle Pass Station is approximately 504 square miles including 39 miles of international border running along the Rio Grande.

7.      From the beginning of fiscal year 2018 through July 23, 2023 there were 249 water-related rescues and 89 water-related deaths of individuals whose rescue or death occurred in or around the Rio Grande throughout the Eagle Pass Station AOR.


I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and information.

EXECUTED ON this 26th day of July 2023.



_Jason Owens_
Jason D. Owens
Chief
U.S. Border Patrol