UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br>    *Defendants*. | No. 1:23-cv-00853-DII |

### STATE DEFENDANTS' NOTICE OF APPEARANCE

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court that David Bryant (also known as Monroe David Bryant, Jr.) will appear as counsel in the above-captioned case along with counsel listed below. Mr. Bryant is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

| | |
|---|---|
| Date: July 27, 2023 | Respectfully submitted, |
| ANGELA COLMENERO<br>Provisional Attorney General | LEIF A. OLSON<br>Chief, Special Litigation Division |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ David Bryant*<br>DAVID BRYANT<br>Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | **Counsel for State Defendants** |

## CERTIFICATE OF SERVICE

On July 27, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ David Bryant*
DAVID BRYANT