United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>*Defendants*. | No. 1:23-cv-00853-DII |

### ORDER PERMITTING EXPEDITED DISCOVERY

On Texas's motion, it may take the oral depositions of Mario Gomez, Jason Owens, Jennifer Pena, Justin Peters, Hillary Quam, and Joseph Shelnutt. The United States will make each of these witnesses available for deposition on a reasonable basis no later than August 5, 2023.

SIGNED on this the _____ day of _____, 2023.

_____
Hon. Robert Pitman
United States District Judge