IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-853-DII |
| GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS, | § § § § § | |
| Defendants. | § § | |

## ORDER

Pursuant to this Court's Standing Order, upon the agreement of the assigning and receiving judges, **IT IS ORDERED** that this action is **TRANSFERRED** to the docket of the Honorable David A. Ezra, United States District Judge for the Western District of Texas.

**SIGNED** on August 1, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE