UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. 1:23-CV-853-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS | § § § | |
| | § | |
| Defendants. | § | |

### ORDER FOR BRIEFING

Before the Court is an Opposed Motion for Expedited Discovery filed by Defendant the State of Texas ("Texas") on July 31, 2023. (Dkt. # 11.) Texas seeks to conduct depositions of six of the declarants whom Plaintiff United States of America ("Plaintiff") used to support its Motion for Preliminary Injunction. (Id.; see Dkt. # 5.) Because Texas seeks to conduct these depositions by August 5, 2023, the Court **ORDERS** that Plaintiff file its Response in Opposition to the Motion for Expedited Discovery—if any—on the docket of this Court on or before twelve noon (12:00pm) on August 3, 2023.

**IT IS SO ORDERED.**

DATED: Austin, Texas, August 1, 2023.

_____
David Alan Ezra
Senior United States District Judge