UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      *Plaintiff*,<br><br>  v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br>      *Defendants*. | No. 1:23-cv-00853-DAE |

### STATE DEFENDANTS' NOTICE OF APPEARANCE

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court that Patrick Sweeten will appear as counsel in the above-captioned case along with counsel listed below. Mr. Sweeten is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Date: August 2, 2023

ANGELA COLMENERO
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172

Respectfully submitted,

DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500
david.bryant@oag.texas.gov

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

/s/ *Patrick Sweeten*
PATRICK SWEETEN
Special Counsel
Tex. State Bar No. 00798537

**Counsel for State Defendants**

## CERTIFICATE OF SERVICE

On August 2, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

s/ *Patrick Sweeten*
PATRICK SWEETEN