**United States District Court
Western District of Texas
Austin Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS, <br><br> *Defendants*. | No. 1:23-cv-00853-DII |

**DEFENDANTS' NOTICE OF
MOTION TO CONSOLIDATE IN RELATED CASE**

Defendants provide notice to the Court that this lawsuit is one of two pending cases in the Austin Division of the Western District of Texas challenging Texas's installation of foam-and-plastic buoys in the Rio Grande River. The other case is *Epi's Canoe & Kayak Team, LLC v. State of Texas*, No. 1:23-cv-836 (W.D. Tex.) (filed in state court prior to removal on July 7, 2023, removed on July 21, 2023).

Pursuant to the Fifth Circuit's first-to-file rule, Defendants filed the partially opposed Motion to Consolidate in the *Epi's Canoe* case (attached as Exhibit A). As explained in the Motion, as the court where suit was first filed, it is the duty of the *Epi's Canoe* court to determine if the issues presented in this case substantially overlap and, if they do, what to do with the subsequently filed case. *Mann Mfg., Inc. v. Hortex, Inc.*, 439 F.2d 403, 408 (5th Cir. 1971).

| | |
|---|---|
| Date: August 2, 2023 | Respectfully submitted, |
| ANGELA COLMENERO<br>Provisional Attorney General | /s/ David Bryant<br>DAVID BRYANT<br>Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | |
| OFFICE OF THE ATTORNEY GENERAL<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | **Counsel for State Defendants** |

## Certificate of Service

On August 2, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ David Bryant