UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America,<br>    *Plaintiff*,<br><br>v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br>    *Defendants*. | No. 1:23-cv-00853-DAE |

### State Defendants' Notice of Appearance

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court that Ryan D. Walters will appear as counsel in the above-captioned case along with counsel listed below. Mr. Walters is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

| | |
|---|---|
| Date: August 3, 2023 | Respectfully submitted, |
| | |
| Angela Colmenero | /s/ *Ryan D. Walters* |
| Provisional Attorney General | Ryan D. Walters |
| | Deputy Chief, Special Litigation Division |
| Brent Webster | Tex. State Bar No. 24105085 |
| First Assistant Attorney General | ryan.walters@oag.texas.gov |
| | |
| Grant Dorfman | David Bryant |
| Deputy First Assistant Attorney General | Special Counsel |
| | Tex. State Bar No. 03281500 |
| Ralph Molina | david.bryant@oag.texas.gov |
| Deputy Attorney General for Legal Strategy | |
| | Munera Al-Fuhaid |
| Office of the Attorney General | Special Counsel |
| P. O. Box 12548, MC-009 | Tex. State Bar No. 24094501 |
| Austin, TX 78711-2548 | munera.al-fuhaid@oag.texas.gov |
| (512) 936-2172 | |
| | Patrick K. Sweeten |
| | Special Counsel |
| | Tex. State Bar No. 00798537 |
| | patrick.sweeten@oag.texas.gov |
| | |
| | **Counsel for State Defendants** |

### Certificate of Service

On August 3, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ *Ryan D. Walters*
Ryan D. Walters