UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:23-CV-853-DAE |

## ORDER FOR BRIEFING AND SETTING HEARING

Before the Court is a Motion for Preliminary Injunction filed by Plaintiff the United States of America against Defendants Greg Abbott, in his official capacity as Governor of the State of Texas, and the State of Texas (together, "Defendants") on July 24, 2023. (Dkt. # 1.)

Defendants are hereby **ORDERED** to submit briefing in response to the Motion for Preliminary Injunction **by or on August 9, 2023.** Plaintiff is **ORDERED** to submit reply briefing in in response **by or on August 16, 2023**.

The parties are to appear for a hearing on the Motion for Preliminary Injunction in Courtroom 2 of the Federal Courthouse, 501 W. 5th St., in Austin, Texas, at 9:00AM on August 22, 2023.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, August 3, 2023.

_____
David Alan Ezra
Senior United States District Judge