IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREG ABBOTT, in his capacity as GOVERNOR ) <br> OF THE STATE OF TEXAS, and THE STATE OF ) <br> TEXAS, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:23-cv-853-DAE |

## NOTICE OF APPEARANCE

Notice is hereby given to the Court and Defendants of the appearance of the undersigned as co-counsel for Plaintiff, United States of America, by and through the United States Attorney for the Western District of Texas. Assistant United States Attorney Landon A. Wade hereby files his appearance as co-counsel in this matter.

It is respectfully requested that the Clerk of the Court will please ensure that henceforth copies of all orders and notices entered in this matter are directed to Assistant United States Attorney Landon A. Wade as counsel for Plaintiff:

Landon A. Wade
Assistant United States Attorney
Texas State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

1

Dated: August 4, 2023	Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division

By:	*/s/ Brian H. Lynk*
BRIAN H. LYNK, D.C. Bar. No. 459525
  Senior Trial Counsel
ANDREW KNUDSEN
  Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (tel.)
(202) 514-8865 (fax)
brian.lynk@usdoj.gov


JAIME ESPARZA
UNITED STATES ATTORNEY

By:	*/s/ Landon A. Wade*
LANDON A. WADE
  Assistant United States Attorney
  Texas State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

*Counsel for the United States of America*