

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*  
*P.O. Box 7611*  
*Washington, DC  20044*

*Telephone (202) 514-2219*  
*Facsimile (202) 514-8865*

August 3, 2023

Mr. Philip J. Devlin  
Clerk of Court  
United States District Court  
Austin Division  
501 W. 5th St., Suite 1100  
Austin, TX 78701

Re: Kimere Kimball admission to practice

Dear Mr. Devlin:

This letter is written on behalf of Kimere Kimball, who has applied for admission to practice in the United States District Court for the Western District of Texas.

My name is Angeline Purdy. I am a member of the Bar of the District of Columbia and a member of the Bar of the United States District Court for the District of Columbia.

I am not related to Ms. Kimball and have known her personally for two years. I believe that Ms. Kimball is qualified for admission to the Bar of this Court and is competent to practice before this Court, and that her private and professional character and standing are good.

I recommend Kimere Kimball for admission to practice before the United States District Court for the Western District of Texas.

I am willing to appear before the committee or members of the Bar on behalf of Ms. Kimball.

Sincerely,

Angeline Purdy  
DC Bar No. 489236