IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff,*<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br>    *Defendants.* | Case No. 1:23-CV-00853-DII |

**[PROPOSED] ORDER GRANTING MOTION OF UNITED STATES REPRESENTATIVES JODEY C. ARRINGTON, ET AL FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**

    This Cause came before the Court for review on the Motion of the United States Representatives Jodey C. Arrington, et al for Leave to File Brief as *Amici Curiae* in Opposition to Plaintiffs' Motion for Preliminary Injunction. The Court has reviewed the file and the applicable law, and being fully advised in the premises, GRANTS the motion.

    SIGNED this \_\_\_\_ day of August, 2023.

                                                _____
                                                     JUDGE PRESIDING