**United States District Court**
**Western District of Texas**
**Austin Division**

UNITED STATES OF AMERICA,

    *Plaintiff*,

       v.

GREG ABBOTT, in his capacity as Governor
of the State of Texas, and THE STATE OF
TEXAS,

    *Defendants*.

No. 1:23-cv-00853-DII

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Defendants request that the Court extend the page limitations for its opposition to the United States' motion for preliminary injunction.

The United States motion for preliminary injunction and the accompanying documents amount to hundreds of pages of material to which Defendants must now respond. Indeed, given the amount of information and complexity of the United States' arguments, Defendants have been tasked with incorporating and condensing multitudes of pages from multiple declarations and multiple depositions of its own—all in addition to fully and accurately addressing the large swaths of information provided by the United States. And to top it off, the United States' claims concern significant legal and factual issues that have serious consequences for Texas and even America.

Therefore, Defendants require additional pages to adequately brief these issues for the Court's decision. Accordingly, Defendants respectfully request that the Court grant Defendants up to 30 pages for its opposition to the United States' motion for preliminary injunction.

Date: August 9, 2023

ANGELA COLMENERO
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172

Respectfully submitted,

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Special Counsel
Tex. State Bar No. 00798537
patrick.sweeten@oag.texas.gov

RYAN D. WALTERS
Deputy Chief
Special Litigation Division
Tex. State Bar No. 24105085
ryan.walters@oag.texas.gov

DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500
david.bryant@oag.texas.gov

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

**Counsel for Defendants**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel on August 9, 2023, and they informed me that they do not oppose this motion.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

## CERTIFICATE OF SERVICE

On August 9, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

2