**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>  *Defendants*. | No. 1:23-cv-00853-DII |

### [PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMITATIONS

Before the Court is Defendants' Motion to Exceed Page Limitations (Dkt. X). After considering the motion, record, and relevant authorities, the Court hereby GRANTS the motion and allows Defendants 30 pages for its opposition to Plaintiffs' motion for preliminary injunction.

SIGNED on this the _____ day of _____, 2023.

_____
Hon. Robert Pitman
United States District Judge