United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br><br>  *Plaintiff*,<br><br>  v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br><br>  *Defendants*. | No. 1:23-cv-00853-DII |
| Epi's Canoe & Kayak Team, LLC and Jessie Fuentes,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>State of Texas, *et al.*,<br><br>  *Defendants*. | No. 1:23-cv-00836-DII |

**Defendants' Opposition to Plaintiffs' Motions for Preliminary Injunction**

# EXHIBIT H



**U.S. Customs and Border Protection (CBP) Encounters**
US Border Patrol (USBP) Title 8 Apprehensions,
Office of Field Operations (OFO) Title 8 Inadmissible Volumes,
and Title 42 Expulsions by Fiscal Year (FY)

FY: All
Component: All
Demographic: All
Citizenship Grouping: All
Title of Authority: All

FY: 2020 | 2021 | 2022 | 2023 (FYTD)

### FY Southwest Land Border Encounters by Month

|  | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 (FYTD) | 231,539 | 235,208 | 252,330 | 157,361 | 156,633 | 193,262 | 211,999 | 206,702 | 144,571 |  |  |  | 1,789,605 |
| 2022 | 164,837 | 174,845 | 179,253 | 154,874 | 166,010 | 222,574 | 235,785 | 241,136 | 207,834 | 200,162 | 204,087 | 227,547 | 2,378,944 |
| 2021 | 71,929 | 72,113 | 73,994 | 78,414 | 101,099 | 173,277 | 178,795 | 180,597 | 189,034 | 213,593 | 209,840 | 192,001 | 1,734,686 |
| 2020 | 45,139 | 42,643 | 40,565 | 36,585 | 36,687 | 34,460 | 17,106 | 23,237 | 33,049 | 40,929 | 50,014 | 57,674 | 458,088 |

### FY Comparison by Demographic

Single Adults | FMUA | UC / Single Minors | Accompanied Minors

Source: USBP and OFO official year end reporting for FY20-FY22; USBP and OFO month end reporting for FY23 to date. Data is current as of 7/6/2023.