United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br><br>    *Plaintiff*,<br><br>        v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br><br>    *Defendants*. | No. 1:23-cv-00853-DII |
| Epi's Canoe & Kayak Team, LLC and Jessie Fuentes,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>State of Texas, *et al.*,<br><br>    *Defendants*. | No. 1:23-cv-00836-DII |

**Defendants' Opposition to Plaintiffs' Motions for Preliminary Injunction**

# EXHIBIT I


