**United States District Court
Western District of Texas
Austin Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>      v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>  *Defendants*. | No. 1:23-cv-00853-DII |
| EPI'S CANOE & KAYAK TEAM, LLC AND JESSIE FUENTES,<br><br>  *Plaintiffs*,<br><br>      v.<br><br>STATE OF TEXAS, *et al.*,<br><br>  *Defendants*. | No. 1:23-cv-00836-DII |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

# EXHIBIT J

An official website of the United States government
Here's how you know

</>

# FENTANYL AWARENESS

#justKNOW

*"Fentanyl is the single deadliest drug threat our nation has ever encountered," said Administrator Anne Milgram. "Fentanyl is everywhere. From large metropolitan areas to rural America, no community is safe from this poison. We must take every opportunity to spread the word to prevent fentanyl-related overdose death and poisonings from claiming scores of American lives every day."*



# Faces of Fentanyl

The Drug Enforcement Administration (DEA) has created a special exhibit, The Faces of Fentanyl, to commemorate the lives lost from fentanyl poisoning. If you would like to submit a photo of a loved one lost to fentanyl, please send* their name, age, and photograph to fentanylawareness@dea.gov for DEA's consideration, or post a photo and their name to social media using the hashtag #JustKNOW.

**\*BY SUBMITTING PHOTOGRAPHS FOR DEA'S CONSIDERATION AND SHARING YOUR STORY, YOU AUTHORIZE DEA THE RIGHT TO USE THESE MATERIALS WITHOUT LIMITATION.**

The DEA Faces of Fentanyl Wall exhibit is located at DEA Headquarters, at 700 Army Navy Drive, Arlington, VA 22202. Visitors can view the wall Tuesday through Saturday, 10 a.m. to 4 p.m.

**Please note:** DEA Headquarters is a federal building, and visitors must comply with security rules and procedures. Guests over the age of 18 must present a valid government issued photo ID. All bags, purses, etc., will be screened, and guests will be required to step through a metal detector.



# National Fentanyl Awareness Day (May 9, 2023)

National Fentanyl Awareness Day aims to amplify nationwide efforts to increase awareness and decrease demand for fentanyl, which is a highly addictive synthetic opioid that continues to drive the overdose epidemic.



**Fentanyl is involved in more deaths of Americans under 50 than any cause of death, including heart disease, cancer, homicide, suicide and other accidents. Learn more at fentanylawarenessday.org** <https://www.fentanylawarenessday.org> **and spread the word to save a life. Illicit fentanyl is driving the recent increase in US drug overdose deaths.**

**This National Fentanyl Awareness Day, we're proud to spread the word to save lives.**

**According to the CDC, 107,375 people in the United States died of drug overdoses and drug poisonings in the 12-month period ending in January 2022.  A staggering 67 percent of those deaths involved synthetic opioids like fentanyl.  Some of these deaths were attributed to fentanyl mixed with other illicit drugs like cocaine, methamphetamine, and heroin, with many users unaware they were actually taking fentanyl. Only two milligrams of**

fentanyl is considered a potentially lethal dose; it's particularly dangerous for someone who does not have a tolerance to opioids.



# National Fentanyl Prevention and Awareness Day 2023



August 21st is a coordinated day of response by grassroots fentanyl awareness organizations and families impacted by fentanyl to educate the public about the dangers of illicit fentanyl. DEA is proud to work with families who have been affected by fentanyl poisonings to spread the word and save lives.

#facingfentanylnow

Learn more about the danger of illicit fentanyl at https://facingfentanylnow.org <https://facingfentanylnow.org> or www.dea.gov/onepill <https://www.dea.gov/onepill>.

Read Press Release <https://www.dea.gov/press-releases/2022/08/19/dea-recognizes-national-fentanyl-prevention-and-awareness-day>

# Resources

**National Fentanyl Awareness Day**

**DEA Resources**

**Parental Resources**

**Treatment Resources**

**Additional Resources**

Cite

### SAMHSA Behavioral Health Treatment Locator

Address, city, state or zip code

**Go**

| **Who We Are** </who-we-are> | **What We Do** </what-we-do> | **Careers** </careers> | **Resources** </resources> |
|---|---|---|---|
| [About](</who-we-are/about>) | [Drug Prevention](</what-we-do/education-and-prevention>) | [Overview](</careers>) | [Drug Information](</drug-information>) |
| [Domestic Divisions](</divisions>) | [Law Enforcement](</law-enforcement>) | [Special Agent](</careers/special-agent>) | [Employee Assistance Program](</resources/eap>) |
| [Foreign Offices](</foreign-offices>) | [Diversion Control Division](<https://www.deadiversion.usdoj.gov>) | [Diversion Investigator](</careers/diversion-investigator>) | [Equal Opportunity Employer](</how-to-apply/equal-opportunity-employer>) |
| [Contact Us](</who-we-are/contact-us>) | [News](</news>) | [Intelligence Research Specialist](</careers/intelligence-research-specialist>) | [FOIA](</foia>) |
| [DEA Museum](<https://museum.dea.gov/>) | | | Publications |
| | | | [Media Galleries](</resources/media-galleries>) |
| | | | [VWAP](</resources/vwap>) |

**Doing Business with the DEA** </resources/doing-business-dea>

**Overview** </resources/doing-business-dea>

**Current Vendors** </doing-business-dea/current-vendors>

**Prospective Vendors** </doing-business-dea/prospective-vendors>

**Security Clauses** </doing-business/security-clauses>

**Security Forms** </doing-business-dea/security-forms>

**Small Business Program** </doing-business-dea/small-business>

**Policies** <>

Accessibility, Plug-ins & Policy </resources/accessibility%20and%20policy>

Legal Policies & Disclaimers <https://www.justice.gov/legalpolicies>

No FEAR Act <https://www.justice.gov/jmd/eeo-program-status-report>

Privacy Policy <https://www.justice.gov/doj/privacy-policy>

U.S. Department of Justice EEO Policy <https://www.justice.gov/jmd/file/790081/download>

USA.gov <https://www.usa.gov/espanol/>

Whistleblower Protection <https://oig.justice.gov/hotline/whistleblower-protection>



# United States Drug Enforcement Administration

DEA.gov is an official site of the U.S. Department of Justice <https://www.justice.gov/>



<https://www.facebook.com/deahq/> <https://www.twitter.com/deahq/> <https://www.linkedin.com/company/drug-enforcement-administration> <https://www.instagram.com/deahq>

## DEA Contact Center

(202) 307-1000 info@dea.gov

Contact the Webmaster </contact-us>