**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>*Defendants*. | No. 1:23-cv-00853-DII |
| EPI'S CANOE & KAYAK TEAM, LLC AND JESSIE FUENTES,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>*Defendants*. | No. 1:23-cv-00836-DII |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

# EXHIBIT L



U.S. Customs and Border Protection

# Border Rescues and Mortality Data

🖨 **Printer-friendly version**

Transnational criminal organizations continue to recklessly endanger the lives of individuals they smuggle for their own financial gain. Smuggling organizations often abandon migrants in remote and dangerous areas, where severe heat, exposure, and miles of unforgiving desert pose countless threats to migrants. Preventing the loss of life is core to our mission, and CBP personnel endeavor to rescue those in distress. Tragically, the number of deaths in these harsh environments is still too high.

Pursuant to Congressional reporting requirements, CBP tracks migrant deaths under two separate sets of criteria. CBP's Office of Professional Responsibility (OPR) conducts independent oversight of in custody and certain other CBP related deaths. CBP and the U.S. Border Patrol (USBP) also track southwest border (SWB) deaths, in conjunction with their Missing Migrant Program (MMP). CBP initiated the MMP in 2017 to prevent the deaths of migrants during their journey with signage, rescue beacons, and other tools to enable individuals in distress to contact agency personnel.

While CBP works hard to track this information as fully and accurately as possible, these data are not all encompassing. These numbers may differ from other organizations that track similar data.

↙ Close all     ↗ Open all

**FY 2021 CBP Office of Professional Responsibility Mortality Reporting Data**

In FY 2021, CBP components conducted a combined 1,956,519 enforcement actions across the United States. From these enforcement actions, CBP OPR reviewed 151 CBP-related deaths. The deaths were categorized into three

categories  In Custody (Reportable)  Not in Custody (Reportable)  and Not in Custody (Not Reportable)

## In Custody (Reportable)

Subject dies in the process of being physically detained by CBP

Subject dies after being detained or arrested or while being escorted to a CBP vehicle

Subject dies due to vehicle collision, is struck by a vehicle, or dies by any other means while being actively pursued by CBP

Subject dies due to actions of CBP while attempting to detain or arrest subject (e g  struck by CBP vehicle)

Subject dies while being transported by, or in the custody of, a CBP contractor

Subject dies in a CBP holding facility or in route to a CBP holding facility

Subject dies as a result of any use of force by CBP personnel

Subject dies while undergoing secondary inspection or detained by CBP personnel for any other reason

Subject dies after being admitted to a medical facility while still in CBP s legal custody

## Not in Custody (Reportable)

Subject dies while attempting to elude CBP but not being actively pursued (including falls from border barriers)

Subject dies before, during, or after primary or outbound inspection at a port of entry (unless referred to secondary or due to use of force)

Subject dies before  during  or after primary inspection at a USBP checkpoint (unless referred to secondary or due to use of force)

Subject that is not detained or arrested dies while being transported in a CBP owned vehicle or other conveyance with the sole purpose of obtaining immediate medical care

Subject dies while processing of import/export paperwork or while paying import/export fees

## Not in Custody (Not Reportable)

Subject discovered in medical distress and dies in the field or in route to hospital (not in a CBP vehicle)

Subject discovered in medical distress and dies during initial lifesaving efforts at hospital

Remains discovered by CBP personnel

Discovery of deceased individuals by other agencies

Deaths resulting from an enforcement action in which CBP personnel did not participate

Subject found deceased by CBP personnel in connection with a search and rescue operation

## CBP-Related Deaths: Incidents by Classification

Of note, the not in custody and not reportable deaths included in the OPR review, shown below, were only those involving decedents who are found in medical distress and who died during initial lifesaving efforts.



## CBP-Related Deaths: Incident Types



For additional information and more detailed data regarding the OPR data  please see the FY2021 CBP Related Deaths Report. For further additional information, please read the Notification and Review Procedures for Certain Deaths and Deaths in Custody.

**Southwest Border Missing Migrant Program Data**

The USBP Missing Migrant Program (MMP) continues to expand partnerships with key stakeholders to improve tracking of reportable incidents. The MMP was implemented under the Missing Persons and Unidentified Remains Act of 2019 (P.L. 116–277). Through partnerships with federal, state, tribal, and local agencies, along with nongovernmental organizations (NGO) and foreign consular offices  USBP now has a standardized  active MMP in all nine USBP Southwest Border sectors.

The MMP's statistics are pulled from designated target zones, which comprise 45 counties along the southwest border that are historical routes of travel for undocumented migrants. The MMP maintains the following criteria for decedents included in their report

A suspected undocumented migrant who died

- In furtherance of an illegal entry
- Within a designated target zone, or
- Whether or not USBP was involved directly;

or

A suspected undocumented migrant who died:

- In furtherance of an illegal entry,
- Outside of a designated target zone, or
- If USBP was involved directly with the incident.

## USBP Southwest Border Deaths by Discoverer

| Discoverer | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
| --- | --- | --- | --- | --- | --- |
| USBP | 201 | 201 | 226 | 200 | 448 |
| Other* | 97 | 80 | 74 | 54 | 120 |
| Totals | 298 | 281 | 300 | 254 | 568 |

*Other includes discovery by federal, state, tribal, and local agencies other than CBP.

## USBP Southwest Border Deaths by Gender

| Gender | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
| --- | --- | --- | --- | --- | --- |
| Female | 18 | 15 | 28 | 22 | 101 |

| Gender | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Male | 151 | 164 | 178 | 148 | 364 |
| Unknown | 129 | 102 | 94 | 84 | 103 |
| Totals | 298 | 281 | 300 | 254 | 568 |

## USBP Southwest Border Deaths by Age Group

| Age Group | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| 0 - 17 | 9 | 4 | 8 | 7 | 8 |
| 18 - 25 | 29 | 44 | 43 | 46 | 110 |
| 26 - 35 | 43 | 39 | 53 | 42 | 114 |
| 36 - 45 | 30 | 32 | 40 | 27 | 75 |
| 46 - 55 | 6 | 9 | 12 | 9 | 37 |
| 56 and Older | 2 | 2 | 3 | 6 | 13 |
| Unknown | 179 | 151 | 141 | 117 | 211 |
| Totals | 298 | 281 | 300 | 254 | 568 |

## USBP Southwest Border Deaths by Nationality

| Country | | | | | |
|---|---|---|---|---|---|
| Bangladesh | 1 | 2 | 1 | 0 | 0 |
| Brazil | 7 | 1 | 1 | 0 | 4 |
| China | 0 | 0 | 1 | 0 | 1 |
| Colombia | 0 | 1 | 0 | 0 | 2 |
| Cuba | 1 | 0 | 0 | 0 | 4 |
| Dominican Republic | 2 | 0 | 3 | 0 | 0 |
| Ecuador | 6 | 2 | 6 | 4 | 12 |
| El Salvador | 15 | 8 | 7 | 2 | 19 |
| Guatemala | 20 | 20 | 21 | 11 | 32 |
| Honduras | 10 | 14 | 16 | 11 | 30 |
| India | 0 | 0 | 1 | 0 | 0 |
| Kazakhstan | 1 | 0 | 0 | 0 | 0 |
| Mexico | 98 | 117 | 124 | 136 | 334 |
| Nicaragua | 1 | 1 | 2 | 0 | 4 |
| Peru | 0 | 1 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Romania | 1 | 0 | 0 | 0 | 0 |
| Venezuela | 0 | 0 | 0 | 1 | 1 |

## USBP Southwest Border Deaths Reported by Sector

| Sector | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Rio Grande Valley Sector | 104 | 96 | 69 | 58 | 130 |
| Laredo Sector | 84 | 69 | 78 | 57 | 75 |
| Del Rio Sector | 18 | 20 | 38 | 34 | 100 |
| Big Bend Sector | 3 | 10 | 3 | 15 | 39 |
| El Paso Sector | 8 | 6 | 20 | 10 | 39 |
| Tucson Sector | 73 | 58 | 61 | 43 | 78 |
| Yuma Sector | 2 | 1 | 7 | 7 | 30 |
| El Centro Sector | 2 | 17 | 17 | 17 | 45 |
| San Diego Sector | 4 | 4 | 7 | 13 | 32 |
| Totals | 298 | 281 | 300 | 254 | 568 |

## USBP Southwest Border Death by Type

| Type of Death | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Environmental Exposure-Heat | 68 | 95 | 110 | 104 | 219 |
| Environmental Exposure-Cold | 2 | 28 | 7 | 7 | 21 |
| Train-Related | 2 | 0 | 0 | 1 | 1 |
| Motor-Vehicle-Related | 2 | 5 | 11 | 9 | 41 |
| Water-Related | 91 | 54 | 66 | 41 | 78 |
| Other[1] | 51 | 36 | 21 | 20 | 86 |
| Undetermined[2] | 35 | 37 | 60 | 42 | 73 |
| Skeletal Remains[3] | 47 | 26 | 25 | 30 | 49 |
| Totals | 298 | 281 | 300 | 254 | 568 |

[1] Type of death that doesn't fall into one of the other stated categories to include, animal-related, homicide, suicide, etc.

[2] A deceased subject is found, and the cause of death cannot be determined by the medical examiner

[3] Only bones are discovered from a deceased individual, to include not a full set of bones

## Southwest Border Migrant Rescues Data

The USBP Southwest Border rescues data highlights the extraordinary number of resources USBP has dedicated to this humanitarian mission and to preventing the loss of life.

## USBP Southwest Border Rescue Incidents by Sector

| Sector | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Rio Grande Valley Sector | 355 | 345 | 184 | 138 | 508 |
| Laredo Sector | 248 | 278 | 310 | 317 | 568 |
| Del Rio Sector | 50 | 60 | 108 | 104 | 906 |
| Big Bend Sector | 12 | 27 | 13 | 66 | 190 |
| El Paso Sector | 19 | 10 | 20 | 4 | 526 |
| Tucson Sector | 476 | 574 | 570 | 423 | 164 |
| Yuma Sector | 2 | 10 | 23 | 35 | 137 |
| El Centro Sector | 4 | 9 | 30 | 69 | 158 |
| San Diego Sector | 27 | 13 | 16 | 40 | 266 |
| Totals | 1,193 | 1,326 | 1,274 | 1,196 | 3,423 |

## USBP Southwest Border Rescues by Sector

| Sector | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Rio Grande Valley Sector | 1,191 | 1,623 | 794 | 304 | 949 |

| Sector | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Laredo Sector | 1,242 | 1,509 | 2,453 | 3,549 | 7,109 |
| Del Rio Sector | 99 | 114 | 480 | 202 | 2,096 |
| Big Bend Sector | 26 | 71 | 45 | 150 | 748 |
| El Paso Sector | 44 | 17 | 40 | 12 | 688 |
| Tucson Sector | 757 | 926 | 930 | 774 | 233 |
| Yuma Sector | 6 | 20 | 82 | 114 | 424 |
| El Centro Sector | 4 | 14 | 78 | 171 | 328 |
| San Diego Sector | 48 | 25 | 19 | 60 | 282 |
| Totals | 3,417 | 4,319 | 4,921 | 5,336 | 12,857 |

## USBP Southwest Border Rescues by Type

| Rescue Type | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Environmental Exposure-Heat | 366 | 480 | 380 | 458 | 1,664 |
| Environmental Exposure-Cold | 49 | 56 | 64 | 56 | 317 |
| Water-Related | 54 | 53 | 239 | 206 | 136 |
| Other | 511 | 547 | 444 | 319 | 1,076 |

| Rescue Type | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Motor-Vehicle-Related | 215 | 188 | 138 | 152 | 209 |
| Train-Related | 0 | 6 | 9 | 9 | 22 |
| Totals | 1,195 | 1,330 | 1,274 | 1,200 | 3,424 |

## USBP Southwest Border: Number of People by Rescue Type

| Rescue Type | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|
| Environmental Exposure-Heat | 725 | 1,209 | 924 | 1,159 | 3,760 |
| Environmental Exposure-Cold | 112 | 118 | 132 | 139 | 961 |
| Water-Related | 131 | 86 | 742 | 384 | 249 |
| Other | 829 | 945 | 768 | 631 | 1,713 |
| Motor-Vehicle-Related | 1,620 | 1,938 | 2,343 | 2,979 | 5,999 |
| Train-Related | 0 | 23 | 12 | 44 | 175 |
| Totals | 3,417 | 4,319 | 4,921 | 5,336 | 12,857 |

**Tags: Accountability and Transparency**

**Language**

English

**Last Modified:** July 24, 2023