United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>    v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>  *Defendants*. | No. 1:23-cv-00853-DII |
| EPI'S CANOE & KAYAK TEAM, LLC AND JESSIE FUENTES,<br><br>  *Plaintiffs*,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>  *Defendants*. | No. 1:23-cv-00836-DII |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

# EXHIBIT N



**U.S. Customs and Border Protection (CBP) Encounters**
U.S. Border Patrol (USBP) Title 8 Apprehensions, Office of Field Operations (OFO)
Title 8 Inadmissible Volumes, and Title 42 Expulsions by Fiscal Year to Date
(FYTD) 2023



Select a component:  ● USBP  ○ OFO

### FY2023 YTD USBP Southwest Land Border Encounters

| FYTD | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | **JUN** |

| All<br>99,545 | Title 8<br>99,545 |
|---|---|



| Sector | Count |
|---|---|
| San Diego | 12,906 |
| El Centro | 1,680 |
| Yuma | 8,969 |
| Tucson | 24,360 |
| El Paso | 13,229 |
| Big Bend | 412 |
| Del Rio | 24,634 |
| Laredo | 1,919 |
| Rio Grande Valley | 11,436 |

**Citizenship Grouping**

| Other | Mexico | Honduras | Guatemala | El Salvador |
|---|---|---|---|---|
| 43,332 | 33,967 | 10,657 | 9,547 | 2,042 |

**Demographic by Citizenship Grouping**

- Single Adults: 61,540
- FMUA: 31,264
- UC / Single Minors: 6,741

**Source**: USBP and OFO month end reporting for FY23TD. Data is current as of 7/6/2023.