**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| United States of America,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br><br>    *Defendants*. | No. 1:23-cv-00853-DII |
| Epi's Canoe & Kayak Team, LLC and Jessie Fuentes,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>State of Texas, *et al.*,<br><br>    *Defendants*. | No. 1:23-cv-00836-DII |

**Defendants' Opposition to Plaintiffs' Motions for Preliminary Injunction**

# EXHIBIT O



# U.S. Customs and Border Protection (CBP) Encounters
U.S. Border Patrol (USBP) Title 8 Apprehensions, Office of Field Operations (OFO) Title 8 Inadmissible Volumes, and Title 42 Expulsions by Fiscal Year to Date (FYTD) 2023



Select a component:  ● USBP  ○ OFO

## FY2023 YTD USBP Southwest Land Border Encounters

| FYTD | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|

| All 1,513,441 | Title 8 963,593 | Title 42 549,848 |
|---|---|---|



| Sector | Encounters |
|---|---|
| San Diego | 170,322 |
| El Centro | 45,675 |
| Yuma | 154,935 |
| Tucson | 234,667 |
| El Paso | 347,629 |
| Big Bend | 10,290 |
| Del Rio | 293,377 |
| Laredo | 37,036 |
| Rio Grande Valley | 219,510 |

### Citizenship Grouping

| Other | Mexico | Guatemala | Honduras | El Salvador |
|---|---|---|---|---|
| 787,717 | 463,873 | 120,911 | 102,337 | 38,603 |

### Demographic by Citizenship Grouping

| | Total |
|---|---|
| Single Adults | 1,053,614 |
| FMUA | 365,006 |
| UC / Single Minors | 94,821 |



**Source:** USBP and OFO month end reporting for FY23TD. Data is current as of 7/6/2023.