**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| United States of America,<br><br>    *Plaintiff*,<br><br>      v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br><br>    *Defendants*. | No. 1:23-cv-00853-DII |

## Defendants' Unopposed Motion for a Stay of their Deadline to Respond to the Complaint

Defendants respectfully request a stay of their deadline to file a response to the complaint in this case, which would otherwise be due August 14, 2023, until after the earlier of November 1, 2023, or 30 days after the Court rules on Plaintiff's pending Motion for Preliminary Injunction (ECF No. 5). Defendants have conferred with Plaintiff concerning this motion, and it is unopposed.

Good cause exists for such a stay. The Court's resolution of Plaintiff's Motion for Preliminary Injunction is likely to substantially affect subsequent proceedings in this litigation. Accordingly, extending the time for Defendants to answer or otherwise respond until 30 days after the Court resolves that motion (or November 1, 2023) will likely conserve the Parties' and the Court's resources. No previous extensions have been sought or granted. A proposed order is attached.

Date: August 10, 2023

Angela Colmenero
Provisional Attorney General

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Ralph Molina
Deputy Attorney General for Legal Strategy

Office of the Attorney General
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172

Respectfully submitted,

Patrick K. Sweeten
Special Counsel
Tex. State Bar No. 00798537
patrick.sweeten@oag.texas.gov

*/s/ Ryan D. Walters*
Ryan D. Walters
Deputy Chief
Special Litigation Division
Tex. State Bar No. 24105085
ryan.walters@oag.texas.gov

David Bryant
Special Counsel
Tex. State Bar No. 03281500
david.bryant@oag.texas.gov

Munera Al-Fuhaid
Special Counsel
Tex. State Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

**Counsel for Defendants**

## Certificate of Conference

I certify that I conferred via e-mail with Brian Lynk, counsel for Plaintiff, on August 10, 2023, and he informed me that Plaintiff does not oppose this motion.

*/s/ Ryan D. Walters*
Ryan D. Walters

## Certificate of Service

On August 10, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Ryan D. Walters*
Ryan D. Walters