**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    *Plaintiff*, <br> v. <br> GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS, <br>    *Defendants*. | No. 1:23-cv-00853-DII |

### [Proposed] Order Granting Defendants' Unopposed Motion for a Stay of their Deadline to Respond to the Complaint

Before the Court is Defendants' Unopposed Motion for a Stay of their Deadline to Respond to the Complaint. After considering the motion, record, and relevant authorities, the Court hereby GRANTS the Motion and STAYS the deadline to file a response to the complaint in this case until the earlier of November 1, 2023, or 30 days after the Court rules on Plaintiff's pending Motion for Preliminary Injunction (ECF No. 5).

SIGNED on this the _____ day of _____, 2023.

_____
Hon. David A. Ezra
United States District Judge