IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-00853-DAE |

**NOTICE OF APPEARANCE**

　　Please take notice that Paul M. Davis of Paul M. Davis & Associates, P.C. hereby enters an appearance in the above-captioned action as counsel for Amicus Curiae, Immigration Reform Law Institute and requests notice of all filings herein through the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Paul M. Davis*
　　　　　　　　　　　　　　　　　Paul M. Davis
　　　　　　　　　　　　　　　　　Texas Bar No. 24078401
　　　　　　　　　　　　　　　　　Paul M. Davis & Associates, P.C.
　　　　　　　　　　　　　　　　　9355 John W. Elliott Dr., Suite 25454
　　　　　　　　　　　　　　　　　Frisco, TX 75033
　　　　　　　　　　　　　　　　　945-348-7884
　　　　　　　　　　　　　　　　　paul@fireduptxlawyer.com

　　　　　　　　　　　　　　　　　COUNSEL FOR *AMICUS CURIAE*
　　　　　　　　　　　　　　　　　IMMIGRATION REFORM LAW INSTITUTE

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing notice on all counsel of record in this case via the Court's ECF notification system for electronic filing on August 14, 2023.

/s/ *Paul M. Davis*
Paul M. Davis