# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>Defendants. | Civil Action No. 1:23-cv-00853-DAE |

# ORDER

Pending before the Court is the unopposed motion of Immigration Reform Law Institute for leave to file a brief as *amicus curiae* in opposition to Plaintiff's motion for preliminary injunction. After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is SO ORDERED.

SIGNED this August \_\_\_\_, 2023.

_____
**DAVID ALAN EZRA**
**Senior United States District Judge**