IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**PLAINTIFF UNITED STATES' UNOPPOSED MOTION FOR A THREE-PAGE ENLARGEMENT OF THE PAGE LIMIT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 7, Plaintiff, the United States of America hereby moves for a limited, three-page enlargement of the page limits for its reply in support of its motion for a preliminary injunction, which Defendants do not oppose. The grounds to support this motion are as follows:

1. The United States filed its motion for a preliminary injunction on July 26, 2023. ECF 5.

2. On August 9, 2023, Defendants sought and received leave to file an opposition in excess of the page limits, and ultimately filed a 23-page opposition. ECF 25, 26, Aug. 10, Min. Order.

3. On August 9, 2023 and August 15, 2023, two separate sets of amici each filed ten-page oppositions to the United States' motion. ECF 24, 33.

4. To sufficiently address the additional arguments and caselaw raised in the 43 pages of briefing in opposition to the United States' motion, the United States respectfully requests three additional pages—for a total of 13 pages—for its reply.

5. Undersigned counsel conferred with counsel for Defendants who represented Defendants do not oppose the requested relief.

6. A proposed order is attached for the Court's convenience.

Respectfully submitted,

Dated:  August 15, 2023

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
| /s/ James E. Dingivan<br>JAMES E. DINGIVAN<br>  Assistant United States Attorney<br>  Texas Bar No. 24094139<br>United States Attorney's Office<br>Western District of Texas<br>601 N.W. Loop 410, Ste 600<br>San Antonio, TX 78216<br>(210) 384-7372 (tel.)<br>(210) 384-7312 (fax)<br>James.dingivan@usdoj.gov | /s/ Kimere J. Kimball<br>BRIAN H. LYNK<br>  Senior Trial Counsel<br>  DC Bar No. 459525<br>KIMERE J. KIMBALL<br>  Trial Attorney<br>  CA Bar No. 260660<br>ANDREW D. KNUDSEN<br>  Trial Attorney<br>  DC Bar No. 1019697<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 514-6187 (Lynk)<br>(202) 514-8865 (fax)<br>Brian.lynk@usdoj.gov<br>Andrew.knudsen@usdoj.gov<br>Kimere.kimball@usdoj.gov<br><br>*Counsel for the United States of America* |

## CERTIFICATE OF SERVICE

I certify that on August 15, 2023, a copy of this filing was served on all counsel of record using this Court's electronic filing system.

*/s/ Kimere J. Kimball*
Kimere J. Kimball
