IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff, the United States', Unopposed Motion for a Three-Page Enlargement of the Page Limit of Its Reply in Support of Its Motion for a Preliminary Injunction (ECF 35), and for good cause shown,

IT IS HEREBY ORDERED that the Unopposed Motion (ECF 35) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff, the United States, may file a reply in support of its motion for a preliminary injunction up to and including 13 pages.

_____
Hon. David Alan Ezra
United States District Judge