UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　*Plaintiff*,<br><br>　v.<br><br>GREG ABBOTT, in his capacity as Governor<br>of the State of Texas, and THE STATE OF<br>TEXAS,<br>　　　*Defendants*. | No. 1:23-cv-00853-DAE |

### STATE DEFENDANTS' NOTICE OF APPEARANCE

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court that Ari Cuenin will appear as counsel in the above-captioned case along with counsel listed below. Mr. Cuenin is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Date: August 16, 2023

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General

/s/ *Ari Cuenin*
Ari Cuenin
Deputy Solicitor General
Tex. State Bar No. 24078385
ari.cuenin@oag.texas.gov

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24105085
ryan.walters@oag.texas.gov

RALPH MOLINA
Deputy Attorney General for Legal Strategy

DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500
david.bryant@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

PATRICK K. SWEETEN
Special Counsel
Tex. State Bar No. 00798537
patrick.sweeten@oag.texas.gov

**Counsel for State Defendants**

## CERTIFICATE OF SERVICE

On August 16, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ *Ari Cuenin*
ARI CUENIN