# ATTACHMENT 11

23 Stat. 29 (1884) – An act to authorize the construction of a bridge over the Rio Grande River between the cities of Eagle Pass, Texas, and Piedras Negras, Mexico

shall be paid by the Secretary of the Treasury of the United States on the drafts of the President and Secretary of the board of management of the World's Industrial and Cotton Centennial Exposition authorized by order of said board, one-third of the amount immediately after the passage of this act upon being satisfied that five hundred thousand dollars has been contributed and paid in, to the said board for the purposes of the Exposition by the contributors to, and shareholders of the World's Industrial and Cotton Centennial Exposition, and the remainder in four monthly payments thereafter upon being satisfied that each of the prior payments has been faithfully applied as required by this act, and for this purpose he shall have free access to the accounts and all transactions of said board: *Provided further*, That no greater amount shall be expended or liability, or indebtedness of any kind incurred upon buildings, grounds, and preparations than the aggregate sum that may be paid in, by the subscribers to the capital stock and by donations and the amount of the loan provided herein: *And provided further*, That in the distribution of the amounts that may remain in the treasury of the board of management after the payments of the current expenses of administration the amount of the appropriation hereinbefore made shall be paid in full into the Treasury of the United States before any dividend or percentage of profits or assets shall be paid to the holders of said stock or contributors: *Provided further*, That the Government of the United States shall not, under any circumstances, be liable for any debt or obligation created or incurred by the World's Industrial and Cotton Centennial Exposition, or its board of management, or for any sum whatever in addition to the amount appropriated by this act; and that adequate space to be determined by the President of the United States for such exhibits as the Government of the United States may see proper to make at said exposition shall be furnished free of all charge by said board: *Provided further*, That no sum shall be paid to the said board of management of said exposition until after the president, secretary and a majority of the members of said board shall have executed a bond, with good and solvent security, to be approved by the Secretary of the Treasury, in the sum of three hundred thousand dollars, to sufficiently secure the safe-keeping and the faithful disbursement of the sum hereby appropriated, and for the faithful observance of this act with regard to the limitation of expenditures and liabilities as fixed herein, and for the repayment to the Government of the United States of the surplus of proceeds of said exposition remaining after payment of the current expenses of administration, said repayment in no case to exceed the loan herein appropriated and provided for: *And provided further*, That the receipt of the loan herein made or any part thereof by said board of management shall be a full acceptance of all the trusts conditions, provisions, and obligations of this act by the said board of management and by the corporation created under the laws of the State of Louisiana and designated as "The World's Industrial Cotton Centennial Exposition."

Approved, May 21st, 1884.

*Proviso.* Limit of expenses, etc.

*Proviso.* Distribution of proceeds, etc.

Government of the U. S. not liable for debts, etc.

Space for U. S. exhibit.

*Proviso.* Bond, amount, conditions.

*Proviso.*

---

**CHAP. 57.**—An act to authorize the construction of a bridge over the Rio Grande River between the cities of Eagle Pass, Texas, and Piedras Negras, Mexico.

May 29, 1884.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Rio Grande Bridge and Tramway Company, a corporation organized and created under and by virtue of the laws of the State of Texas, be, and is hereby authorized and empowered to construct, own, maintain, and operate a street-railway bridge over the Rio Grande River between the city of Eagle Pass, Texas, and the city of Piedras Negras, in the States of Coahuila, Mexico, at such point as may be most convenient to said corporation, to unite and connect the street railroad to be constructed by them in the

Bridge over the Rio Grande River between cities of Eagle Pass, Tex., and Piedras Negras, Mex.

Case 1:23-cv-00853-DAE   Document 37-1   Filed 08/16/23   Page 3 of 3

30  FORTY-EIGHTH CONGRESS. Sess. I. Chs. 57, 58. 1884.

said city of Eagle Pass with any street railroad that may be constructed by any person or company in the said city of Piedras Negras, and to build and lay on and across said bridge ways for the passage of animals, foot-passengers, and vehicles of all kinds, for the transit of which said corporation may charge a reasonable toll, which charge shall be subject to reasonable revision and regulation, from time to time, by the Secretary of War.

Construction.
SEC. 2. That said bridge shall be built of good, substantial material, and of such strength and dimensions as may be sufficient to render the passage of all such vehicles, animals, and persons as are herein mentioned perfectly safe at any and all times.

Free navigation to be maintained.
SEC. 3. That said bridge shall not interfere with the free navigation of said river, and in case of any litigation arising from an obstruction or an alleged obstruction to the free navigation thereof, caused or alleged to be caused by said bridge, the case may be tried before the circuit or district court of the United States for the State of Texas having jurisdiction thereof.

SEC. 4. That Congress reserves the right to withdraw the authority and power conferred by this act, in case the free navigation of said river shall at any time be substantially or materially obstructed by said bridge, or for any other reason, and to direct the removal or necessary modifications thereof at the cost and expense of the owners of said bridge; and Congress may at any time alter, repeal, or amend this act. The right is reserved to the United States for the establishment of a postal telegraph across said bridge.

Right for postal telegraph reserved.

Consent of state of Coahuila, etc.
SEC. 5. That the consent of the Mexican state of Coahuila and of the proper authorities of the Republic of Mexico shall have been obtained before said bridge shall be built or commenced.

Approved, May 29, 1884.

---

May 29, 1884.

**CHAP. 58.**—An act to authorize the construction of a bridge over the Rio Grande River between the cities of Laredo, Texas, and Nueva Laredo, Mexico.

Bridge over the Rio Grande River between the cities of Laredo, Tex., and Nueva Laredo, Mex.
*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the International Bridge and Tramway Company, a corporation organized and created under and by virtue of the laws of the State of Texas, be, and is hereby, authorized and empowered to construct, own, maintain, and operate a street railway bridge over the Rio Grande River between the city of Laredo, Texas, and the city of Nueva Laredo, in the state Tamaulipas, Mexico, at such point as may be most convenient to said corporation, to unite and connect the street railroad to be constructed by them in the said city of Laredo with any street railroad that may be constructed by any person or company in the said city of Nueva Laredo; and to build and lay on and across said bridge ways for the passage of animals, foot-passengers, and vehicles of all kinds, for the transit of which said corporation may charge a reasonable toll, which charge shall be subject to reasonable revision and regulation, from time to time by the Secretary of War.

Construction.
SEC. 2. That said bridge shall be built of good substantial material, and of such strength and dimensions as may be sufficient to render the passage of all such vehicles, animals and persons as are herein mentioned perfectly safe at any and all times.

Free navigation to be maintained.
SEC. 3. That said bridge shall not interfere with the free navigation of said river; and in case of any litigation arising from an obstruction, or an alleged obstruction, to the free navigation thereof, caused or alleged to be caused by said bridge, the case may be tried before the circuit or district court of the United States of the State of Texas having jurisdiction thereof.

SEC. 4. That Congress reserves the right to withdraw the authority