# ATTACHMENT 12

42 Stat. 1482 (1923) – An Act Granting consent of Congress to the Eagle Pass and Piedras Negras Bridge Company for construction of a bridge across the Rio Grande between Eagle Pass, Texas, and Piedras Negras, Mexico

| | |
|---|---|
| Expenses payable from contingent funds of both Houses. | printed page. The expenses of such committee shall be paid out of the contingent funds of the Senate and House of Representatives in proportion to the membership of such committee from each House. |
| Reports, etc. | (d) The committee shall from time to time report to both the Senate and the House of Representatives the results of its inquiries, together with its recommendations, and may prepare and submit bills or resolutions embodying such recommendations, and the final report of said committee shall be submitted not later than January 31, 1924. |
| Final report by January 31, 1924. | |

SEPARABILITY PROVISION.

Invalidity of any clause, etc., not to affect remainder of Act.    SEC. 507. That if any clause, sentence, paragraph, or part of this Act shall for any reason be adjudged by any court of competent jurisdiction to be invalid, such judgment shall not affect, impair, or invalidate the remainder of this Act, but shall be confined in its operation to the clause, sentence, paragraph, or part thereof directly involved in the controversy in which such judgment is rendered.

Definitions.

DEFINITIONS.

"Federal Farm Loan Act"
Vol. 39, p 360, etc.
"Federal Reserve Act"
Vol. 38, p 251, etc.    SEC. 508. That when used in this Act, the term "Federal Farm Loan Act" means the Federal Farm Loan Act approved July 17, 1916, as amended, and the term "Federal Reserve Act" means the Federal Reserve Act approved December 23, 1913, as amended.

SHORT TITLE.

Title of Act.    SEC. 509. That this Act may be cited as the "Agricultural Credits Act of 1923."

Conference agreement.    And the Senate agree to the same.

That the Senate recede from its disagreement to the amendment of the House to the title of the bill, and agree to the same.

Approved, March 4, 1923.

---

March 4, 1923
[S 4503]
[Public, No. 504]

**CHAP. 253.**—An Act Granting the consent of Congress to Bethlehem Steel Company to construct a bridge across Humphreys Creek at or near the city of Sparrows Point, Maryland.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the consent of Congress is hereby granted to Bethlehem Steel Company, and its successors and assigns, to construct, maintain, and operate a bridge and approaches thereto across Humphreys Creek at a point suitable to the interests of navigation at or near the city of Sparrows Point, the county of Baltimore, in the State of Maryland, in accordance with the provisions of the Act entitled "An Act to regulate the construction of bridges over navigable waters," approved March 23, 1906.

Humphreys Creek. Bethlehem Steel Company may bridge, Sparrows Point, Md.

Construction.
Vol. 34, p 84.

Amendment    SEC. 2. That the right to alter, amend, or repeal this Act is hereby expressly reserved.

Approved, March 4, 1923.

---

March 4, 1923.
[S 4592]
[Public, No 505.]

**CHAP. 254.**—An Act Granting consent of Congress to the Eagle Pass and Piedras Negras Bridge Company for construction of a bridge across the Rio Grande between Eagle Pass, Texas, and Piedras Negras, Mexico.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the consent of Congress be, and is hereby, granted to the Eagle Pass and Piedras Negras Bridge Company, a corporation organized under the laws of Texas, to construct, maintain, and operate a bridge and approaches thereto, at a point suitable to the interests of navigation across the

Rio Grande
Eagle Pass and Piedras Negras Bridge Company may bridge, Eagle Pass, Tex., to Piedras Negras, Mexico

Rio Grande between Eagle Pass, Texas, and Piedras Negras, Mexico, in accordance with the provisions of an Act entitled "An Act to regulate the construction of bridges over navigable waters," approved March 23, 1906: *Provided,* That the consent of the proper authorities of the Republic of Mexico to the construction, maintenance, and operation of the bridge shall also be obtained.

<small>Construction
Vol 34 p 84

*Proviso*
Consent of Mexico required</small>

SEC. 2. That the right to alter, amend or repeal this Act is hereby expressly reserved.

<small>Amendment</small>

Approved, March 4, 1923.

---

**CHAP. 255.**—An Act To authorize the Secretary of State to acquire in Paris a site, with an erected building thereon, at a cost not to exceed $300,000 for the use of the diplomatic and consular establishments of the United States.

<small>March 4, 1923
[S 4594]
[Public, No. 506]</small>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of State be, and he is hereby, empowered, at a cost not to exceed $300,000 for both site and building or buildings, to acquire in Paris a site, together with the building or buildings thereon, for the use of the diplomatic and consular establishments of the United States, and the appropriation of the sum of $150,000 is hereby authorized in addition to a like sum heretofore appropriated for this purpose.

<small>Paris
Building for diplomatic and consular service at, authorized

Amount authorized
Vol 41, p 1214</small>

Approved, March 4, 1923.

---

**CHAP. 256.**—An Act To amend section 81 of the Act entitled "An Act to codify, revise, and amend the laws relating to the judiciary," approved March 3, 1911.

<small>March 4, 1923.
[S 4614]
[Public, No 507]</small>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 81 of the Act entitled "An Act to codify, revise, and amend the laws relating to the judiciary," approved March 3, 1911, as amended by the Act of February 23, 1916, and the Act of April 27, 1916, be, and the same is hereby, amended to read as follows:

<small>United States courts.
Vol. 36, p 1111

Vol 39, pp 12, 55, amended</small>

"SEC. 81. The State of Iowa is divided into two judicial districts, to be known as the northern and southern districts of Iowa.

<small>Iowa judicial districts</small>

"The northern district shall include the territory embraced on the 1st day of July, 1910, in the counties of Allamakee, Dubuque, Buchanan, Clayton, Delaware, Fayette, Winneshiek, Howard, Chickasaw, Bremer, Blackhawk, Floyd, Mitchell, and Jackson, which shall constitute the eastern division of said district; also the territory embraced on the date last mentioned in the counties of Jones, Cedar, Linn, Iowa, Benton, Tama, Grundy, and Hardin, which shall constitute the Cedar Rapids division; also the territory embraced on the date last mentioned in the counties of Emmet, Palo Alto, Pocahontas, Calhoun, Carroll, Kossuth, Humboldt, Webster, Winnebago, Hancock, Wright, Hamilton, Worth, Cerro Gordo, Franklin, and Butler, which shall constitute the central division; also the territory embraced on the date last mentioned in the counties of Dickinson, Clay, Buena Vista, Sac, Osceola, O'Brien, Cherokee, Ida, Lyon, Sioux, Plymouth, Woodbury, and Monona, which shall constitute the western division.

<small>Northern district.
Eastern division

Cedar Rapids division.

Central division

Western division.</small>

"Terms of the district court for the eastern division shall be held at Dubuque on the fourth Tuesday in April and the first Tuesday in December, and at Waterloo on the second Tuesdays in May and September; for the Cedar Rapids division, at Cedar Rapids on the first Tuesday in April and the fourth Tuesday in September; for the central division, at Fort Dodge on the second Tuesdays in June and November, and at Mason City on the fourth Tuesdays in

<small>Terms.</small>