ATTACHMENT 13

26 Stat. 495 (1890) – An act to authorize the Texas-Mexican Electric Light and Power Company to erect wires across the Rio Grande River at Eagle Pass, Texas

lands as a public park shall be charged against and paid out of the revenues of the District of Columbia, in the manner now provided by law in respect to other appropriations for the District of Columbia, and the other half shall be appropriated out of the Treasury of the United States.

SEC. 7. That the public park authorized and established by this act shall be under the joint control of the Commissioners of the District of Columbia and the Chief of Engineers of the United States Army, whose duty it shall be, as soon as practicable, to lay out and prepare roadways and bridle paths, to be used for driving and for horseback riding, respectively, and footways for pedestrians; and whose duty it shall also be to make and publish such regulations as they deem necessary or proper for the care and management of the same. Such regulations shall provide for the preservation from injury or spoliation of all timber, animals, or curiosities within said park, and their retention in their natural condition, as nearly as possible. *[margin: Control, etc., of park. Regulations, etc.]*

Approved, September 27, 1890.

---

**CHAP. 1002.**—An act to authorize the Texas-Mexican Electric Light and Power Company to erect wires across the Rio Grande River at Eagle Pass, Texas. *[margin: September 27, 1890.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Texas-Mexican Electric Light and Power Company, a corporation organized and created under and by virtue of the laws of the State of Texas, be, and is hereby, authorized and empowered to construct, own, maintain, and operate its wires across the Rio Grande River between the city of Eagle Pass, in the State of Texas, and the city of Porfirio Diaz, formerly known as Piedras Negras, in the State of Coahuila, in the Republic of Mexico, at such point as may be most convenient to said corporation: *Provided,* That said wires shall not interfere with the free navigation of said river, and in case of any litigation arising from an obstruction or alleged obstruction to the free navigation thereof, caused or alleged to be caused by said wires, the case may be tried before the district court of the United States for the western district of Texas: *And provided also,* That Congress reserves the right to withdraw the power and authority conferred by this act in case the free navigation of the river shall at any time be substantially or materially obstructed by said wires, or for any other reason, and to direct the removal of said wires, or necessary modifications thereof, at the cost and expense of the owners of said wires; and Congress may at any time alter, repeal, or amend this act: *And provided further,* That the consent of the Mexican state of Coahuila and of the proper authorities of the Republic of Mexico shall have been obtained before the construction of said wires shall be commenced. *[margin: Texas-Mexican Electric Light and Power Company may wire the Rio Grande River at Eagle Pass, Tex. Wires. Location. Provisos. Unobstructed navigation. Litigation. Removal, etc., of wires. Amendment, etc. Consent of Mexican authorities, etc.]*

Approved, September 27, 1890.

---

**CHAP. 1003.**—An act to provide an American register for the steam-ship G. W. Jones, of New York. *[margin: September 27, 1890.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Commissioner of Navigation is hereby authorized and directed to cause the foreign-built steam-ship G. W. Jones, purchased and wholly owned by an American citizen, and repaired at New York, to be registered as a vessel of the United States under the name of Czarina. *[margin: "Czarina." American register granted to foreign-built steam-ship "G. W. Jones," and name changed to.]*