ATTACHMENT 14

26 Stat. 502 (1890)– An act to authorize the Eagle Pass Water Supply Company and the Compania Proveedora de Aguas de Ciudad Porforio Diaz to connect their water works communications across the Rio Grande River at Eagle Pass, Texas

Case 1:23-cv-00853-DAE   Document 37-4   Filed 08/16/23   Page 2 of 3

502           FIFTY-FIRST CONGRESS.  Sess. I.  Chs. 1048, 1120–1122.  1890.

September 29, 1890.

**CHAP. 1048.**—An act to repeal part of section six of an act entitled "An act to divide the State of Iowa into two judicial districts," approved July twentieth, eighteen hundred and eighty-two.

Judicial districts of Iowa.
Rent of court buildings.
Vol. 22, p. 172, repealed.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That so much of section six of an act entitled "An act to divide the State of Iowa into two judicial districts," approved July twentieth, eighteen hundred and eighty-two, as requires courts held under the provisions of said act to be held in buildings provided for that purpose without expense to the United States be, and the same is hereby, repealed.

Approved, September 29, 1890.

---

September 30, 1890.

**CHAP. 1120.**—An act to provide an American register for the bark Campanero, of Baltimore, Maryland.

"Campanero."
American register granted to the bark.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Commissioner of Navigation is hereby authorized and directed to cause the bark Campanero, owned and rebuilt at the port of Baltimore, Maryland, by John M. Bandel and Sons, citizens of the United States, to be registered as a vessel of the United States.

Approved, September 30, 1890.

---

September 30, 1890.

**CHAP. 1121.**—An act to authorize entry of the public lands by incorporated cities and towns for cemetery and park purpose.

Public lands.
Cities, etc., may purchase certain lands for cemeteries and parks.

Three-mile limit.
*Proviso.*

Mineral lands.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That incorporated cities and towns shall have the right, under rules and regulations prescribed by the Secretary of the Interior, to purchase for cemetery and park purposes not exceeding one-quarter section of public lands not reserved for public use, such lands to be within three miles of such cities or towns: *Provided,* That when such city or town is situated within a mining district, the land proposed to be taken under this act shall be considered as mineral lands, and patent to such land shall not authorize such city or town to extract mineral therefrom, but all such mineral shall be reserved to the United States, and such reservation shall be entered in such patent.

Approved, September 30, 1890.

---

September 30, 1890.

**CHAP. 1122.**—An act to authorize the Eagle Pass Water Supply Company and the Compania Proveedora de Aguas de Ciudad Porfirio Diaz to connect their water works communications across the Rio Grande River at Eagle Pass, Texas.

Eagle Pass Water Supply Company and the Compania Proveedora de Aguas de Ciudad Porfirio Diaz, may connect their water works, etc., across Rio Grande River at Eagle Pass, Tex.

Location.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Eagle Pass Water Supply Company, a corporation organized and created under and by virtue of the laws of the State of Texas, and the Compania Proveedora de Aguas de Ciudad Porfirio Diaz, created under and by virtue of the laws of the State of Coahuila, one of the States of the Republic of Mexico, be, and are hereby, authorized and empowered to construct, own, maintain, and operate their water connection by tubes, or otherwise, across the Rio Grande River, between the city of Eagle Pass, in the State of Texas, and the city of Porfirio Diaz, formerly known as Piedras Negras, in the State of Coahuila, in the Republic of Mexico, as may be most convenient to

FIFTY-FIRST CONGRESS. Sess. I. Chs. 1122–1124. 1890.    503

said corporations: *Provided*, That said connection shall not interfere with the free navigation of said river; and in case of any litigation arising from an obstruction, or alleged obstruction, to the free navigation thereof, caused, or alleged to be caused, by said connection of their water-pipes or hydraulic connections, the case may be tried before the district court of the United States for the western district of Texas: *And provided, also,* That Congress reserves the right to withdraw the power and authority conferred by this act in case the free navigation of the river shall at any time be substantially or materially obstructed by said connections or pipes, or for any other reasons, and to direct the removal of said pipes or connections, or necessary modifications thereof, at the cost and expense of the owners of said pipes or connections, and Congress may at any time alter, repeal, or amend this act: *And provided further,* That the consent of the Mexican State of Coahuila and of the proper authorities of the Republic of Mexico shall have been obtained before the establishment of said pipes and connections.

*Provisos.*
Unobstructed navigation.
Litigation.
Jurisdiction.
Removal of pipes, etc.
Amendment, etc.
Consent of Mexican authorities.

Approved, September 30, 1890.

---

**CHAP. 1123.**—An act to repeal sections thirty-nine hundred and fifty-two and thirty-nine hundred and fifty-three of Revised Statutes of the United States.

September 30, 1890.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That sections thirty-nine hundred and fifty-two and thirty-nine hundred and fifty-three of the Revised Statutes of the United States be, and the same are hereby, repealed.

Postal service.
Release of bidder for mail carrying.
R. S., secs. 3952–3, p. 766, repealed.

Approved, September 30, 1890.

---

**CHAP. 1124.**—An act to provide for the disposal of a portion of the United States military reservation at Baton Rouge, Louisiana.

September 30, 1890.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That whatever title may remain in the United States to a parcel of ground in the United States reservation or garrison grounds in the city of Baton Rouge, Louisiana, and heretofore used as a grave-yard or burial ground by the Roman Catholic congregation of Saint Joseph's Church of said city, in the parish of East Baton Rouge, which is not included in any of the lots or streets of said city, but lying on North street and between Uncle Sam street and the lot or private property of H. E. Hansey, measuring two hundred and fourteen and five-tenths feet American measure, on line of said Hansey, running north, by a depth of four hundred and ninety-seven feet, more or less, running east to west line of Uncle Sam street, between parallel lines, and containing about two and forty-five one hundredths acres, be, and the same is hereby, relinquished and granted unto the Roman Catholic congregation of Saint Joseph's Church of the city of Baton Rouge, Parish of East Baton Rouge, State of Louisiana, in trust for the sole use and benefit of the aforesaid congregation, so long as the same shall be used for cemetery purposes, unless hereafter required by the Secretary of War for the use of the United States for military purposes.

Baton Rouge, La.
Part of reservation in, granted to Saint Joseph's Church.
Description.
Grant.
Limitations.

SEC. 2. That all laws or part of laws in conflict with the provision of this act be, and the same are hereby, repealed.

Repeal.

Approved, September 30, 1890.