ATTACHMENT 17

10 Stat. 1034 (Dec. 30, 1853) – Treaty with Mexico, Article IV

of this treaty, and the remaining three millions as soon as the boundary line shall be surveyed, marked, and established.

ciones de este tratado, y los tres millones restantes tan pronto como se reconozca, marque y fijé la linea divisoria.

### ARTICLE IV.

*Articles VI. and VII. of the treaty of Guadalupe Hidalgo annulled.*
*Vol. ix. p. 928.*

The provisions of the 6th and 7th articles of the treaty of Guadalupe Hidalgo having been rendered nugatory, for the most part, by the cession of territory granted in the first article of this treaty, the said articles are hereby abrogated and annulled, and the provisions as herein expressed substituted therefor.

*Free passage through the Gulf of California.*

The vessels, and citizens of the United States shall, in all time, have free and uninterrupted passage through the Gulf of California, to and from their possessions situated north of the boundary line of the two countries. It being understood that this passage is to be by navigating the Gulf of California and the river Colorado, and not by land, without the express consent of the Mexican government; and precisely the same provisions, stipulations, and restrictions, in all respects, are hereby agreed upon and adopted, and shall be scrupulously observed and enforced by the two contracting governments in reference to the Rio Colorado, so far and for such distance as the middle of that river is made their common boundary line by the first article of this treaty.

*How far Art. VII. of treaty of Guadalupe Hidalgo is to apply to the Rio Bravo del Norte.*
*Vol. ix. p. 928.*

The several provisions, stipulations, and restrictions contained in the 7th article of the treaty of Guadalupe Hidalgo shall remain in force only so far as regards the Rio Bravo del Norte, below the initial of the said boundary provided in the first article of this treaty; that is to say, below the intersection of the 31° 47' 30" parallel of latitude, with the boundary line established by the late treaty dividing said river from its mouth upwards, according to the fifth article of the treaty of Guadalupe.

### ARTICULO IV.

Habiendose hecho en su mayor parte nugatorias las estipulaciones de los articulos sexto y séptimo del tratado de Guadalupe Hidalgo por la cesion de territorio hecha en el articulo primero de este tratado, aquellos dichos articulos quedan por este derogados y anulados, y las estipulaciones que á continuacion se espresan, substituidas en lugar de aquellas. Los buques y ciudadanos de los Estados Unidos tendrán en todo tiempo libre y no interrumpido tránsito por el Golfo de California para sus posesiones y desde sus posesiones sitas al Norte de la linea divisoria de los dos paises; entendiendose que ese tránsito se ha de hacer navegando por el Golfo de California y por el Rio Colorado, y no por tierra, sin expreso consentimiento del Gobierno Mexicano. Y precisamente, y bajo todos respectos, las mismas disposiciones, estipulaciones y restricciones quedan convenidas y adoptadas por este articulo; y serán escrupulosamente observadas y hechas efectivas por los dos Gobiernos contratantes, con referencia al Rio Colorado por tal distancia, y en tanto que la mediania de ese Rio queda como su linea divisoria comun por el articulo primero de este tratado. Las diversas disposiciones, estipulaciones y restricciones contenidas en el articulo séptimo del tratado de Guadalupe Hidalgo, solo permanecerán en vigor en lo relativo al Rio Bravo del Norte abajo del punto inicial de dicho limite estipulado en el articulo primero de este tratado; es decir, abajo de la interseccion del paralelo de 31° 47' 30" de latitud con la linea divisoria establecida por el reciente tratado que divide dicho rio desde su embocadura arriba de conformidad con el articulo quinto del tratado de Guadalupe.

·