UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America., | § § | |
| Plaintiff, | § | NO:  AU:23-CV-00853-DAE |
| vs. | § § | |
| Greg Abbott, et al. | § § | |
| Defendants. | § § | |

ORDER RESETTING PRELIMINARY INJUNCTION HEARING

It is hereby ORDERED that the above entitled and numbered case is reset for a PRELIMINARY INJUNCTION HEARING before Senior U.S. District Judge David A. Ezra in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, August 22, 2023 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas August 18, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE