IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**DECLARATION OF EVELIO SILLER**

I, Evelio Siller, declare as follows based on my personal knowledge:

1. I am Civil Engineer employed by International Boundary and Water Commission.

2. On August 18, 2023, I drove to a site near Eagle Pass, Texas, approximately 2.5 miles downstream of International Railroad Bridge where buoy's, associated chains and concrete blocks utilized to anchor the buoys have been placed in the Rio Grande.

3. There, I observed two excavators in the Rio Grande and at least two persons with work vests in the river. I observed one excavator lift and move a concrete block that anchors the buoy system in the river, repositioning the block closer to the U.S. Side.

4. I took photos of the work being performed. The attached photos depict the work that I observed being performed on August 18, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at Del Rio, Texas on August 18, 2023

_____
EVELIO SILLER
Digitally signed by EVELIO SILLER
Date: 2023.08.18 17:10:13 -05'00'

Evelio B. Siller Civil Engineer/ Safety of Dams







