**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS, <br><br> *Defendants*. | No. 1:23-cv-00853-DAE |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY

Before the Court is Defendants' Unopposed Motion for Leave to File Surreply. The Court, having considered the arguments of the parties, and being fully advised in the premises, is of the opinion that Defendants' Motion should be **GRANTED**.

It is therefore **ORDERED** that Defendants' Unopposed Motion for Leave to File Surreply is hereby **GRANTED**.

Dated: August _____, 2023

_____
Hon. David Alan Ezra