IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff*,<br><br>  v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>     *Defendants*. | Case No. 1:23-cv-00853-DAE |

**NOTICE OF FILING UNITED STATES' WITNESS LIST AND EXHIBIT LIST**

  Pursuant to the Court's August 18, 2023, emailed instructions, the United States of America hereby submits its witness list and exhibit list for the preliminary injunction hearing set for August 22, 2023.

                      Respectfully submitted,

Dated: August 21, 2023

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
|  */s/ James E. Dingivan*<br>JAMES E. DINGIVAN<br> Assistant United States Attorney<br> Texas Bar No. 24094139<br>United States Attorney's Office<br>Western District of Texas<br>601 N.W. Loop 410, Ste 600<br>San Antonio, TX 78216<br>(210) 384-7372 (tel.)<br>(210) 384-7312 (fax)<br>James.dingivan@usdoj.gov |  */s/ Kimere J. Kimball*<br>BRIAN H. LYNK<br> Senior Trial Counsel<br> DC Bar No. 459525<br>KIMERE J. KIMBALL<br> Trial Attorney<br> CA Bar No. 260660<br>ANDREW D. KNUDSEN<br> Trial Attorney<br> DC Bar No. 1019697<br>U.S. Department of Justice<br>Environmental Defense Section |

P.O. Box 7611  
Washington, DC 20044  
(202) 514-6187 (Lynk)  
(202) 514-8865 (fax)  
Brian.lynk@usdoj.gov  
Andrew.knudsen@usdoj.gov  
Kimere.kimball@usdoj.gov  

*Counsel for the United States of America*

# CERTIFICATE OF SERVICE

I certify that on August 21, 2023, a copy of this filing was served on all counsel of record using this Court's electronic filing system.

*/s/  Kimere J. Kimball*  
Kimere J. Kimball