IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**The United States' Witness List**

The United States submits its Witness List pursuant to Western District of Texas Local Rule 16(f)(5). All witnesses may be contacted through undersigned counsel.

**I.  WITNESSES EXPECTED TO BE PRESENTED THROUGH LIVE TESTIMONY**

1. Joseph Shelnutt

**II.  ADDITIONAL WITNESSES WHO MAY BE CALLED AS NEEDED**

1. Mario Gomez

2. Jennifer Pena

3. Hillary Quam

4. Evelio Siller

5. Any witnesses designated and/or called at the Preliminary Injunction Hearing by Defendants.

6. The United States reserves the right to present witnesses to be used for impeachment only. See Western District of Texas Local Rule CV-16(f)(4).

                                                    Respectfully submitted,

Dated:  August 19, 2023

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
| */s/ James E. Dingivan*<br>JAMES E. DINGIVAN<br>  Assistant United States Attorney<br>  Texas Bar No. 24094139<br>United States Attorney's Office<br>Western District of Texas<br>601 N.W. Loop 410, Ste 600<br>San Antonio, TX 78216<br>(210) 384-7372 (tel.)<br>(210) 384-7312 (fax)<br>James.dingivan@usdoj.gov | */s/ Kimere J. Kimball*<br>BRIAN H. LYNK<br>  Senior Trial Counsel<br>  DC Bar No. 459525<br>KIMERE J. KIMBALL<br>  Trial Attorney<br>  CA Bar No. 260660<br>ANDREW D. KNUDSEN<br>  Trial Attorney<br>  DC Bar No. 1019697<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 514-6187 (Lynk)<br>(202) 514-8865 (fax)<br>Brian.lynk@usdoj.gov<br>Andrew.knudsen@usdoj.gov<br>Kimere.kimball@usdoj.gov<br><br>*Counsel for the United States of America* |