## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,

    *Defendants*.

Case No. 1:23-cv-00853-DAE

## WITNESS LIST OF DEFENDANTS FOR PRELIMINARY INJUNCTION HEARING

Defendants Greg Abbott, in his official capacity as Governor of the State of Texas, and the State of Texas, submit their Witness List pursuant to agreement of the parties. All witnesses may be contacted through undersigned counsel.

**I. WITNESSES WHO WILL BE CALLED TO PROVIDE LIVE TESTIMONY**

None currently expected.

**II. WITNESSES WHO MAY BE CALLED TO PROVIDE LIVE TESTIMONY AS NEEDED**

1. Victor Escalon
2. Loren Flossman
3. Joseph Shelnutt
4. Jennifer Pena
5. Any witnesses designated and/or called to testify at the Preliminary Injunction Hearing by Plaintiff.

Defendants reserve the right to present witnesses to be used for rebuttal or impeachment only, or as necessary to support admission into evidence of any of Defendants' Exhibits.

Dated: August 21, 2023

Respectfully submitted,

| | |
|---|---|
| Angela Colmenero<br>Provisional Attorney General<br><br>Brent Webster<br>First Assistant Attorney General<br><br>Grant Dorfman<br>Deputy First Assistant Attorney General<br><br>Ralph Molina<br>Deputy Attorney General for Legal Strategy<br><br>Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | */s/ Patrick K. Sweeten*<br>Patrick K. Sweeten<br>Special Counsel<br>Tex. State Bar No. 00798537<br>patrick.sweeten@oag.texas.gov<br><br>Ryan D. Walters<br>Deputy Chief<br>Special Litigation Division<br>Tex. State Bar No. 24105085<br>ryan.walters@oag.texas.gov<br><br>David Bryant<br>Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov<br><br>Munera Al-Fuhaid<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov<br><br>**Counsel for Defendants** |