IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:23-cv-853-DAE |
| ) | |
| v. ) | |
| ) | |
| GREG ABBOTT, in his capacity as GOVERNOR ) | |
| OF THE STATE OF TEXAS, and THE STATE OF ) | |
| TEXAS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Notice is hereby given to the Court and Defendants of the appearance of the undersigned as co-counsel for Plaintiff, United States of America, by and through the United States Attorney for the Western District of Texas. Assistant United States Attorney Mary F. Kruger hereby files his appearance as co-counsel in this matter.

It is respectfully requested that the Clerk of the Court will please ensure that henceforth copies of all orders and notices entered in this matter are directed to Assistant United States Attorney Mary F. Kruger as counsel for Plaintiff:

Mary F. Kruger
Assistant United States Attorney
Georgia Bar No. 6282540
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7630
Fax: (210) 384-7312
Email: mary.kruger@usdoj.gov

Dated: August 22, 2023

Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division

By: */s/ Brian H. Lynk*
BRIAN H. LYNK, D.C. Bar. No. 459525
  Senior Trial Counsel
ANDREW KNUDSEN
  Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (tel.)
(202) 514-8865 (fax)
brian.lynk@usdoj.gov

JAIME ESPARZA
UNITED STATES ATTORNEY

By: */s/ Landon A. Wade*
LANDON A. WADE
Assistant United States Attorney
Texas State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

By: */s/ Mary F. Kruger*
MARY F. KRUGER
Assistant United States Attorney
Georgia Bar No. 6282540
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7630 (phone)
(210) 384-7312 (fax)
mary.kruger@usdoj.gov

*Counsel for the United States of America*

2