**FILED**
August 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America. | § § | CIVIL NO: |
| vs. | § § | AU:23-CV-00853-DAE |
| Greg Abbott, et al. | § § | |

# LIST OF WITNESSES
## Preliminary Injunction Hearing
## August 22, 2023

**FOR PLAINTIFF**
1. Joseph Shelnutt
2. Hillary Quam

**FOR DEFENDANT**
1. Loren Flossman