Case 1:23-cv-00853-DAE   Document 49   Filed 08/22/23   Page 1 of 4

**FILED**
August 22, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
                    DEPUTY

United States District Court
Western District
Exhibits Log: 1:23-cv-00853-DAE
United States of America v. Abbott et al, 8/22/2023

# Preliminary Injunction Hearing

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-1 | Garcia Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-2 | Garcia Declaration Exhibit 1.1 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-3 | Garcia Declaration Exhibit 1.2 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-4 | Garcia Declaration Exhibit 1.3 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-5 | Garcia Declaration Exhibit 2.1 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-6 | Garcia Declaration Exhibit 2.2 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-7 | Garcia Declaration Exhibit 2.3 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-8 | Gomez Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-9 | Gomez Declaration Exhibit A.1 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-10 | Gomez Declaration Exhibit A.2 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-11 | Gomez Declaration Exhibit B.1 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-12 | Gomez Declaration Exhibit B.2 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-13 | Gomez Declaration Exhibit B.3 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-14 | Gomez Declaration Exhibit C.1 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-15 | Gomez Declaration Exhibit C.2 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-16 | Gomez Declaration Exhibit C.3 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-17 | Gomez Declaration Exhibit C.4 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-18 | Gomez Declaration Exhibit D.1 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-19 | Gomez Declaration Exhibit D.2 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-20 | Gomez Declaration Exhibit D.3 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-21 | Owens Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-22 | Pena Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-23 | Peters Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-24 | Quam Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-25 | Shelnutt Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-26 | Shelnutt Declaration Attach 1 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-27 | Shelnutt Declaration Attach 2 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-28 | Parker Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-29 | Parker Declaration Exhibit A | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-30 | Pena Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-31 | Pena Declaration Exhibit A | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-32 | Pena Declaration Exhibit B | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-33 | Shelnutt Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-34 | Shelnutt Declaration Exhibit A | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-35 | Shelnutt Declaration Exhibit B | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-36 | Quam Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-37 | Quam Declaration Exhibit A | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-38 | Siller Declaration | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-39 | Siller Declaration Attach 1 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-40 | Siller Declaration Attach 2 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-41 | Siller Declaration Attach 3 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-42 | Siller Declaration Attach 4 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-43 | 1848 Treaty | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-44 | 1853 Treaty | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-45 | 1884 Statute re Bridge | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-46 | 1923 Act re Bridge | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-47 | 1890 Act re Power Lines | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-48 | 1890 Act re Water Works | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-49 | Debate | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-50 | 1970 Treaty | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-51 | 1944 Treaty | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-52 | IBWC 2023 07 27 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-53 | Retencion Arrastres | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-54 | 8 19 23 IBWC Photo 1 of Barrier | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-55 | 8 19 23 IBWC Photo 2 of Barrier | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-56 | 8 19 23 IBWC Photo 3 of Barrier | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Pla-57 | Cochrane website | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-1 | Escalon Declaration.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-2 | Nordloh Declaration.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-3 | Flossman Declaration.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-4 | Peters Deposition.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-5 | Gomez Deposition.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-6 | Shelnutt Deposition.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-7 | Homeland Security Memo.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-8 | CBP Apprehensions.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-9 | CBP Drug Seizures.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-10 | DA Website.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-11 | Missing Migrants Project.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-12 | CBP Data.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-13 | Federal Register 14953.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-14 | CBP Apprehensions June2023YTD.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-15 | CBP Apprehensions 20-23.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-16 | Gonzalez Declaration.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-17 | Valdez Declaration.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-18 | Texas DPS Drone Video.MP4 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-19 | Handbook of Texas Rio Grande.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-20 | Abbott Executive Orders.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-21 | Fox News Article July 4 2022.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-22 | Abbott Executive Order GA41 | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-23 | CNN Article.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-24 | CBS News Article.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-25 | Abbott Letter to Colonel McCraw.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-26 | Abbott Executive Order September 21 2022.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-27 | President Biden Executive Order 14059.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-28 | President Biden Message to Congress December 12 2022.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-29 | Fact Sheet 2022 National Drug Control Strategy.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-30 | Border Patrol Warns of Rio Grande Risks.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-31 | ICE Press Release FY2022 Annual Report.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-32 | Media Coverage Greg Abbott June 8 Press Conference.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-33 | CBP Releases July 2023 Monthly Update.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-34 | National Review Illegal Border Crossings Surged.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-35 | Statement from Jake Sullivan July 28 2023.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |
| Def-36 | Blinken Barcena Joint Press Availability August 10 2023.PDF | No | 8/22/2023 1:40 PM | 8/22/2023 1:40 PM |