**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS, <br> *Defendants*. | No. 1:23-cv-00853-DAE |

**DEFENDANTS' NOTICE OF APPEAL**

  Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas appeal this Court's Order entered on September 6, 2023, to the United States Court of Appeals for the Fifth Circuit.  *See* Order Granting Plaintiff's Motion for Preliminary Injunction, ECF No. 50.  That Order granted the United States' motion for preliminary injunction.  *See* Order Granting Plaintiff's Motion for Preliminary Injunction, ECF No. 50; *see also* Pl. U.S.' Opposed Mot. for Prelim. Inj., ECF No. 5. The order granting a preliminary injunction is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

1

| | |
|---|---|
| Date: September 6, 2023 | Respectfully submitted, |
| Angela Colmenero<br>Provisional Attorney General | /s/ Ari Cuenin<br>Ari Cuenin<br>Deputy Solicitor General<br>Tex. State Bar No. 24078385<br>ari.cuenin@oag.texas.gov |
| Brent Webster<br>First Assistant Attorney General | |
| Grant Dorfman<br>Deputy First Assistant Attorney General | Patrick K. Sweeten<br>Special Counsel<br>Tex. State Bar No. 00798537<br>patrick.sweeten@oag.texas.gov |
| Ralph Molina<br>Deputy Attorney General for Legal Strategy | |
| Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | Ryan D. Walters<br>Deputy Chief<br>Special Litigation Division<br>Tex. State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| | David Bryant<br>Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov |
| | Munera Al-Fuhaid<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| | **Counsel for Defendants** |

### Certificate of Service

On September 6, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ Ari Cuenin
Ari Cuenin