FILED
September 07, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

No. 23-50632

United States of America,

*Plaintiff—Appellee,*

*versus*

Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853 DAE

---

UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' motion for administrative stay of the order of the Western District of Texas, Austin Division dated September 6, 2023, is GRANTED pending further order of the Court.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 07, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50632   USA v. Abbott
                     USDC No. 1:23-CV-853

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Andrew Marshall Bernie
Mr. Ari Cuenin
Mr. Philip Devlin
Mr. Michael Thomas Gray
Mr. Andrew D. Knudsen
Mr. Brian H. Lynk
Mr. Landon Wade