IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>            Plaintiff,                             )<br>                                                               )<br>            v.                                           )<br>                                                               )<br> GREG ABBOTT, in his capacity as GOVERNOR )<br> OF THE STATE OF TEXAS, and THE STATE OF )<br> TEXAS,                                              )<br>                                                               )<br>            Defendants.                       )<br>                                                               ) | Civil Action No. 1:23-cv-00853 |

I, Jennifer T. Pena, do declare as follows based on my personal knowledge, as well as information provided to me in the course of my official duties:

1. This declaration supplements my declarations of July 25, 2023, and August 14, 2023.

2. On August 30, 2023, the USIBWC and the MXIBWC conducted an on-site, joint (binational) topographic survey of the floating barrier that Texas deployed in the Rio Grande in the vicinity of Eagle Pass, Texas.  Survey participants were Sidney Rouch (USIBWC), Adrian Vallejo (USIBWC), Dilaida Sanchez (USIBWC), John Claudio (USIBWC), and Roberto Enriquez (MXIBWC).

3. The reason for the August 30, 2023, survey was to verify the location of the buoys vis-à-vis the international boundary after Texas's relocation of the buoys in August 2023.

4. The joint survey recorded the locations of the buoys and concrete anchors of the line of buoys that Texas deployed approximately two miles downstream of the Camino Real International Bridge, in the vicinity of 28° 40' 21" N, 100° 30' 14" W.  The survey horizontal datum was North American Datum of 1983, U.S. State Plane

    Coordinate system Texas South Central Zone, U.S. Survey feet.  The survey vertical datum was North American Vertical Datum of 1988.

5. Exhibit A is a true and correct copy of the final survey data, including the locations of the buoys and the anchors that were recorded in the joint binational survey.  The first column in the spreadsheet is the survey point identification number.  The second column is northing in feet.  The third column is easting in feet.  The fourth column is vertical ground elevation in feet.  The fifth column describes the object surveyed.  The surveyors recorded the western (Mexico-facing) side of each anchor or buoy.

6. The survey data reflect that the total length of the floating barrier is approximately 995 feet.

7. Pursuant to Article II of the 1970 Treaty, the International Boundary Line (IBL) in this region is "the middle of the channel occupied by normal flow," as determined by the IBWC and updated after periodic surveys.  Consistent with Article II(C) of the 1970 Treaty, the IBWC records the official IBL on aerial photographic mosaics of the Rio Grande.  Under Article 25 of the 1944 Treaty, IBWC decisions that delineate changes to the official IBL "shall be recorded in the form of Minutes."  The current IBL delineation was recorded in 2009 as Minute 315 (see https://www.ibwc.gov/wp-content/uploads/2023/04/Minute_315.pdf).

8. A comparison of the recorded locations of the buoys to the official IBL, as defined in Minute 315, establishes that the entire buoy line was located within the United States on August 30, 2023.

9. Exhibit B is a true and correct copy of a figure prepared by USIBWC that plots the recorded locations of the buoys and anchors of the line of buoys from the joint binational survey against an approximation of the IBL as delineated by Minute 315, with United States territory on the east (righthand) side of the boundary and Mexican territory on the west (lefthand) side of the boundary.

10. The USIBWC acts as a public international organization when it conducts surveys along the IBL in concert with MXIBWC.  For that reason, communications regarding such surveys that are exchanged between USIBWC and MXIBWC are considered the property and assets of the International Boundary and Water Commission, United States and Mexico, as an international organization.  Longstanding IBWC policy prohibits the disclosure of all communications such as letters, technical information, studies, and data exchanged between the U.S. and Mexican Sections on such matters to anyone other than the two countries' foreign ministries, absent the concurrence of USIBWC and MXIBWC.

11. On September 14, 2023, MXIBWC expressed its concurrence in the joint binational survey results.  The concurrence extends to both the survey data and the determinations in Paragraph 8 regarding the location of the floating barrier relative to the official IBL.

12. On September 14, 2023, MXIBWC and USIBWC authorized the disclosure of the joint binational survey results to the public.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2023

Jennifer T. Pena
USIBWC
4191 N. Mesa
El Paso, TX 79902

# Exhibit A to the September 18, 2023 Declaration of Jennifer T. Pena

| | | | | | |
|---|---|---|---|---|---|
| 3000 | 13431474 | 1486555 | 689.851 | chk in opus | |
| 3001 | 13431620 | 1486350 | 675.049 | BUOY CL | |
| 3002 | 13431617 | 1486349 | 675.053 | Buoy | |
| 3003 | 13431606 | 1486352 | 675.295 | Buoy | |
| 3004 | 13431591 | 1486358 | 675.483 | Buoy | |
| 3005 | 13431577 | 1486365 | 675.375 | Buoy | |
| 3006 | 13431563 | 1486371 | 675.62 | Buoy | |
| 3007 | 13431549 | 1486378 | 675.831 | Buoy | |
| 3008 | 13431535 | 1486383 | 675.668 | Buoy | |
| 3009 | 13431520 | 1486388 | 676.024 | Buoy | |
| 3010 | 13431505 | 1486393 | 676.05 | Buoy | |
| 3011 | 13431490 | 1486397 | 675.819 | Buoy | |
| 3012 | 13431475 | 1486402 | 675.616 | Buoy | |
| 3013 | 13431461 | 1486408 | 675.534 | Buoy | |
| 3014 | 13431446 | 1486413 | 675.552 | Buoy | |
| 3015 | 13431432 | 1486418 | 675.545 | Buoy | |
| 3016 | 13431417 | 1486424 | 675.989 | Buoy | |
| 3017 | 13431403 | 1486430 | 675.738 | Buoy | |
| 3018 | 13431388 | 1486436 | 675.549 | Buoy | |
| 3019 | 13431374 | 1486441 | 675.815 | Buoy | |
| 3020 | 13431359 | 1486446 | 675.616 | Buoy | |
| 3021 | 13431344 | 1486451 | 675.417 | Buoy | |
| 3022 | 13431330 | 1486455 | 675.589 | Buoy | |
| 3023 | 13431314 | 1486458 | 676.322 | Buoy | |
| 3024 | 13431299 | 1486462 | 676.132 | Buoy | |
| 3025 | 13431283 | 1486467 | 675.791 | Buoy | |
| 3026 | 13431268 | 1486472 | 676.194 | Buoy | |
| 3027 | 13431253 | 1486477 | 676.325 | Buoy | |
| 3028 | 13431238 | 1486481 | 676.05 | Buoy | |
| 3029 | 13431223 | 1486486 | 675.728 | Buoy | |
| 3030 | 13431207 | 1486491 | 676.2 | Buoy | |
| 3031 | 13431192 | 1486496 | 676.719 | Buoy | |
| 3032 | 13431177 | 1486501 | 675.593 | Buoy | |
| 3033 | 13431162 | 1486506 | 675.45 | Buoy | |
| 3034 | 13431147 | 1486510 | 675.773 | Buoy | |
| 3035 | 13431132 | 1486514 | 675.627 | Buoy | |
| 3036 | 13431116 | 1486519 | 675.848 | Buoy | |
| 3037 | 13431101 | 1486521 | 675.545 | Buoy | |
| 3038 | 13431085 | 1486525 | 676.117 | Buoy | |
| 3039 | 13431070 | 1486530 | 676.204 | Buoy | |
| 3040 | 13431055 | 1486534 | 675.986 | Buoy | |
| 3041 | 13431040 | 1486541 | 675.552 | Buoy | |
| 3042 | 13431025 | 1486546 | 675.52 | Buoy | |
| 3043 | 13431010 | 1486551 | 675.498 | Buoy | |
| 3044 | 13430995 | 1486557 | 675.045 | Buoy | |
| 3045 | 13430980 | 1486562 | 675.074 | Buoy | |
| 3046 | 13430964 | 1486566 | 674.924 | Buoy | |

| | | | | |
|---|---|---|---|---|
| 3047 | 13430949 | 1486570 | 674.67 | Buoy |
| 3048 | 13430933 | 1486574 | 674.522 | Buoy |
| 3049 | 13430918 | 1486579 | 674.616 | Buoy |
| 3050 | 13430903 | 1486583 | 673.943 | Buoy |
| 3051 | 13430888 | 1486589 | 674.101 | Buoy |
| 3052 | 13430873 | 1486593 | 673.552 | Buoy |
| 3053 | 13430857 | 1486598 | 672.93 | Buoy |
| 3054 | 13430842 | 1486603 | 673.362 | Buoy |
| 3200 | 13430834 | 1486605 | 674.812 | Anchor |
| 3055 | 13430827 | 1486608 | 673.874 | Buoy |
| 3056 | 13430812 | 1486611 | 673.67 | Buoy |
| 3057 | 13430796 | 1486615 | 674.162 | Buoy |
| 3058 | 13430781 | 1486619 | 673.657 | Buoy |
| 3059 | 13430766 | 1486624 | 673.795 | Buoy |
| 3060 | 13430751 | 1486628 | 673.405 | Buoy |
| 3061 | 13430737 | 1486633 | 673.389 | Buoy |
| 3062 | 13430722 | 1486637 | 673.186 | Buoy |
| 3063 | 13430707 | 1486640 | 673.672 | Buoy |
| 3064 | 13430691 | 1486645 | 673.329 | Buoy |
| 3065 | 13430676 | 1486650 | 673.139 | Buoy |
| 3201 | 13430665 | 1486653 | 674.252 | Anchor |
| 3202 | 13430666 | 1486655 | 673.66 | Buoy |
| 3203 | 13430665 | 1486657 | 674.348 | BUOY CL |
| 3204 | 13430711 | 1486644 | 676.687 | BUOY CL |
| 3205 | 13430835 | 1486614 | 674.33 | Anchor |
| 3206 | 13430791 | 1486627 | 673.449 | Anchor |
| 3207 | 13430834 | 1486613 | 674.383 | Anchor |
| 3208 | 13430853 | 1486608 | 674.459 | Anchor |
| 3209 | 13430878 | 1486598 | 674.867 | Anchor |
| 3211 | 13430940 | 1486577 | 675.781 | Anchor |
| 3212 | 13430992 | 1486565 | 676.279 | Anchor |
| 3213 | 13431016 | 1486555 | 676.586 | Anchor |
| 3214 | 13431069 | 1486535 | 676.89 | Anchor |
| 3215 | 13431095 | 1486532 | 676.932 | Anchor |
| 3216 | 13431120 | 1486526 | 677.151 | Anchor |
| 3217 | 13431145 | 1486516 | 677.014 | Anchor |
| 3218 | 13431170 | 1486512 | 677.018 | Anchor |
| 3219 | 13431195 | 1486505 | 677.269 | Anchor |
| 3220 | 13431222 | 1486497 | 677.175 | Anchor |
| 3221 | 13431247 | 1486490 | 677.171 | Anchor |
| 3222 | 13431272 | 1486484 | 677.265 | Anchor |
| 3223 | 13431300 | 1486476 | 677.119 | Anchor |
| 3224 | 13431324 | 1486468 | 676.961 | Anchor |
| 3225 | 13431348 | 1486459 | 677.094 | Anchor |
| 3226 | 13431375 | 1486452 | 677.145 | Anchor |
| 3227 | 13431399 | 1486442 | 677.251 | Anchor |
| 3228 | 13431423 | 1486433 | 677.191 | Anchor |

| | | | | | |
|---:|---:|---:|---:|---|---|
| 3229 | 13431449 | 1486423 | 677.203 | Anchor | |
| 3230 | 13431473 | 1486415 | 677.353 | Anchor | |
| 3231 | 13431497 | 1486406 | 677.402 | Anchor | |
| 3232 | 13431522 | 1486395 | 677.296 | Anchor | |
| 3233 | 13431546 | 1486387 | 677.013 | Anchor | |
| 3234 | 13431570 | 1486378 | 677.307 | Anchor | |
| 3235 | 13431595 | 1486373 | 676.586 | Anchor | |
| 3236 | 13431615 | 1486358 | 676.763 | Anchor | |
| 3237 | 13431639 | 1486350 | 676.517 | Anchor | |
| 3238 | 13431666 | 1486336 | 676.218 | Anchor | |
| 3239 | 13431692 | 1486338 | 676.486 | Anchor | |
| 3240 | 13431717 | 1486334 | 676.506 | Anchor | |
| 3241 | 13431661 | 1486325 | 675.765 | Anchor | |
| 3242 | 13431612 | 1486345 | 676.499 | Anchor | |
| 3243 | 13431588 | 1486354 | 676.762 | Anchor | |
| 3244 | 13431536 | 1486373 | 677.13 | Anchor | |
| 3245 | 13431515 | 1486380 | 677.268 | Anchor | |
| 3246 | 13431493 | 1486390 | 676.776 | Anchor | |
| 3247 | 13431467 | 1486398 | 677.148 | Anchor | |
| 3248 | 13431444 | 1486407 | 677.173 | Anchor | |
| 3249 | 13431419 | 1486418 | 676.814 | Anchor | |
| 3250 | 13431395 | 1486424 | 677.123 | Anchor | |
| 3251 | 13431371 | 1486433 | 677.178 | Anchor | |
| 3252 | 13431319 | 1486450 | 677.059 | Anchor | |
| 3253 | 13431295 | 1486457 | 677.142 | Anchor | |
| 3254 | 13431243 | 1486474 | 677.265 | Anchor | |
| 3255 | 13431219 | 1486482 | 677.239 | Anchor | |
| 3256 | 13431168 | 1486497 | 677.076 | Anchor | |
| 3257 | 13431143 | 1486504 | 677.144 | Anchor | |
| 3258 | 13431090 | 1486520 | 677.018 | Anchor | |
| 3259 | 13431066 | 1486527 | 677.057 | Anchor | |
| 3260 | 13431016 | 1486546 | 676.635 | Anchor | |
| 3261 | 13430991 | 1486552 | 676.627 | Anchor | |
| 3262 | 13430938 | 1486565 | 676.137 | Anchor | |
| 3263 | 13430914 | 1486575 | 676.266 | Anchor | |
| 3264 | 13430916 | 1486584 | 675.574 | Anchor | |
| 3265 | 13430851 | 1486597 | 674.922 | Anchor | |
| 3266 | 13430762 | 1486617 | 674.32 | Anchor | |
| 3267 | 13430740 | 1486624 | 673.893 | Anchor | |
| 3268 | 13430721 | 1486628 | 673.988 | Anchor | |
| 3269 | 13430767 | 1486638 | 673.527 | Anchor | |
| 3270 | 13430816 | 1486624 | 673.814 | Anchor | |

# Exhibit B to the September 18, 2023 Declaration of Jennifer T. Pena

