IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

The Court, upon consideration of Plaintiffs' Consent Motion for Leave to Amend Its Complaint (Dkt. 58), hereby **ORDERS** that the foregoing motion is **GRANTED**. It is hereby **ORDERED** that Plaintiff's First Amended Complaint is deemed filed. It is **ORDERED** that Defendants shall file their answer or other responsive pleading to Plaintiffs' First Amended Complaint by no later than 44 days after service of Plaintiffs' First Amended Complaint.

**SO ORDERED,**

Date: _____          _____
                                         SENIOR UNITED STATES DISTRICT JUDGE