UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

U̲n̲i̲t̲e̲d̲ S̲t̲a̲t̲e̲s̲ o̲f̲ A̲m̲e̲r̲i̲c̲a̲,
    *Plaintiff*,

v.

G̲r̲e̲g̲ A̲b̲b̲o̲t̲t̲, in his capacity as Governor of the State of Texas, and t̲h̲e̲ S̲t̲a̲t̲e̲ o̲f̲ T̲e̲x̲a̲s̲,
    *Defendants*.

No. 1:23-cv-00853-DAE

### S̲t̲a̲t̲e̲ D̲e̲f̲e̲n̲d̲a̲n̲t̲s̲' N̲o̲t̲i̲c̲e̲ o̲f̲ A̲p̲p̲e̲a̲r̲a̲n̲c̲e̲

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court that Jacob E. Przada will appear as counsel in the above-captioned case along with counsel listed below. Mr. Przada is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

| | |
|---|---|
| Date: December 4, 2023 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of the State of Texas | RYAN D. WALTERS<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | DAVID BRYANT<br>Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | |
| Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| | */s/ Jacob E. Przada*<br>JACOB E. PRZADA<br>Special Counsel<br>Tex. State Bar No. 24125371<br>jacob.przada@oag.texas.gov |
| | **Counsel for Defendants** |

### Certificate of Service

On December 4, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Ryan D. Walters*
RYAN D. WALTERS