United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America, *Plaintiff*, v. Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas, *Defendants*. | No. 1:23-cv-00853-DAE |

### Order Granting Motion to Dismiss

Before the Court is Defendants' Motion to Dismiss the First Amended Complaint. After considering the motion, record, and relevant authorities, the Court GRANTS Defendants' motion and orders that all claims in the First Amended Complaint are dismissed.

SIGNED on this the _____ day of _____, 202_.

_____
Hon. David Alan Ezra
United States District Judge