# United States District Court
## Western District of Texas
## Austin Division

| | |
|---|---|
| United States of America,<br><br>  *Plaintiff*,<br><br>     v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br><br>  *Defendants*. | No. 1:23-cv-00853-DAE |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendants respectfully file this unopposed request for a 14-day extension of time to file their Reply in support of Defendants' Motion to Dismiss and show the Court as follows:

1. Defendants filed their Motion to Dismiss (Dkt. 62) on December 6, 2023, making Plaintiff's response due on or before December 20, 2023.

2. Plaintiff filed its Response in Opposition to Defendants' Motion to Dismiss on December 20, 2023 (Dkt. 63). Defendants' Reply is due on or before December 27, 2023.

3. The pending reply deadline falls during agency closure as it is immediately following the Christmas holiday and counsel for Defendants will be out of town.

4. The undersigned counsel conferred with opposing counsel regarding this extension. Opposing counsel stated that Plaintiff is unopposed to the requested extension.

5. Defendants respectfully request a 14-day extension of time to file their Reply in support of their Motion to Dismiss. This would extend the deadline for filing the Reply to January 10, 2024.

| | |
|---|---|
| Date: December 21, 2023 | Respectfully submitted, |
| Ken Paxton<br>Attorney General of the State of Texas | Ryan D. Walters<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| Brent Webster<br>First Assistant Attorney General | *s/ David Bryant*<br>David Bryant<br>Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov |
| Grant Dorfman<br>Deputy First Assistant Attorney General | |
| Ralph Molina | |
| Deputy Attorney General for Legal Strategy<br>Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | Munera Al-Fuhaid<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| | Jacob E. Przada<br>Special Counsel<br>Tex. State Bar No. 24125371<br>jacob.przada@oag.texas.gov |
| | **Counsel for Defendants** |

**Certificate of Service**

On December 21, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*s/ David Bryant*
David Bryant