# United States District Court
# Western District of Texas
# Austin Division

| | |
|---|---|
| United States of America,<br><br>*Plaintiff*,<br><br>v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br><br>*Defendants*. | No. 1:23-cv-00853-DAE |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File a Reply in Support of their Motion to Dismiss. Upon consideration of the Motion, the Court finds that the extension should be granted.

It is therefore ORDERED that Defendants' Unopposed Motion for Extension of Time is GRANTED. Defendants' Reply in Support of their Motion to Dismiss is due on or before January 10, 2024.

DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Date: December 21, 2023 | Respectfully submitted, |
| | /s/ Ryan D. Walters |
| KEN PAXTON | RYAN D. WALTERS |
| Attorney General of the State of Texas | Chief, Special Litigation Division |
| | Tex. State Bar No. 24105085 |
| BRENT WEBSTER | ryan.walters@oag.texas.gov |
| First Assistant Attorney General | |
| | DAVID BRYANT |
| GRANT DORFMAN | Special Counsel |
| Deputy First Assistant Attorney General | Tex. State Bar No. 03281500 |
| | david.bryant@oag.texas.gov |
| RALPH MOLINA | |
| Deputy Attorney General for Legal Strategy | MUNERA AL-FUHAID |
| | Special Counsel |
| Office of the Attorney General | Tex. State Bar No. 24094501 |
| P. O. Box 12548, MC-009 | munera.al-fuhaid@oag.texas.gov |
| Austin, TX 78711-2548 | |
| (512) 936-2172 | JACOB E. PRZADA |
| | Special Counsel |
| | Tex. State Bar No. 24125371 |
| | jacob.przada@oag.texas.gov |
| | **Counsel for Defendants** |

### Certificate of Service

On December 21, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ Ryan D. Walters
RYAN D. WALTERS