IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Having duly considered Plaintiff the United States' Motion to Set New Deadline for Compliance with Paragraph 2 of Preliminary Injunction, and Defendants' response thereto, the Court hereby **GRANTS** this motion. Accordingly, **IT IS HEREBY ORDERED** that:

(1) Within two business days from today's date, Defendants shall inform the United States of Defendants' plans for compliance with Paragraph 2 of the Court's Preliminary Injunction Order of September 6, 2023 (ECF 50), including the location where they intend to move the barrier, how they intend to move the barrier, and the anticipated dates when the work would take place, with supporting drawings and maps; and

(2) Defendants shall fully comply with Paragraph 2 of the Preliminary Injunction Order, by no later than January 31, 2024, or such later date that is 14 calendar days following today's date.

**IT IS SO ORDERED.**

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David Alan Ezra
Senior United States District Judge