FILED
January 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ps_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

vs.                                                         NO:   1:23-CV-00853-DAE

ABBOTT ET AL.

ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a STATUS CONFERENCE before Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Federal Courthouse, 501 W. 5th St., Austin, TX, on **Friday, January 19, 2024 at 11:00am. All local counsel is ordered to appear in person. Counsel out of state is encouraged to attend in person. However, may appear via telephone.** Out of state counsel is to provide ONE direct number to Courtroom Deputy Priscilla Springs via email (priscilla_springs@txwd.uscourts.gov) by the end of the business day.

It is further ORDERED that the Clerk of Court shall send a copy of this order to counsel for all parties.

IT IS SO ORDERED.

DATED: Austin, Texas. January 18, 2024.

DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE