IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-853-DAE |

**MOTION FOR WITHDRAWAL OF COUNSEL**

The United States moves this Court to withdraw James Dingivan as an attorney of record in this matter, as he left the United States Attorney's Office on January 5, 2024. The remaining counsel of record for the United States will continue representing the United States in this litigation.

Accordingly, the United States respectfully requests that the Court grant this request and the Court's docket reflect that James Dingivan is no longer an attorney of record for the United States in this matter.

Dated: January 18, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　TODD KIM
　　　　　　　　　　　　　　　　　　　　ASSISTANT ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division

　　　　　　　　　　　　By:　*/s/ Brian H. Lynk*
　　　　　　　　　　　　　　　BRIAN H. LYNK, D.C. Bar. No. 459525
　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　ANDREW KNUDSEN

1

        Trial Attorney
        Environmental Defense Section
        United States Department of Justice
        P.O. Box 7611
        Washington, DC 20044
        (202) 514-6187 (tel.)
        (202) 514-8865 (fax)
        brian.lynk@usdoj.gov

        JAIME ESPARZA
        UNITED STATES ATTORNEY

By:   */s/ Landon A. Wade*
        LANDON A. WADE
        Assistant United States Attorney
        Texas State Bar No. 24098560
        U.S. Attorney's Office
        903 San Jacinto Blvd., Suite 334
        Austin, Texas 78701
        (512) 370-1255 (phone)
        (512) 916-5854 (fax)
        landon.wade@usdoj.gov

        *Counsel for the United States of America*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding this motion on January 18, 2024. Counsel for Defendants stated they are unopposed to the relief sought in Plaintiff's motion.

        */s/ Landon A. Wade*
        LANDON A. WADE
        Assistant United States Attorney