IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREG ABBOTT, in his capacity as GOVERNOR )<br>OF THE STATE OF TEXAS, and THE STATE OF )<br>TEXAS, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:23-cv-853-DAE |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion for Withdrawal of Counsel. After considering the Motion, the Court is of the opinion that Plaintiff's motion should be GRANTED.

It is hereby ORDERED that Plaintiff's motion for withdrawal counsel is GRANTED. It is further ordered that James Dingivan be terminated as counsel of record in this matter.

SIGNED this ____ day of _____, 2024.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

1