IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>  v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>    *Defendants*. | Case No. 1:23-cv-00853-DAE |

**PLAINTIFF UNITED STATES' NOTICE OF WITHDRAWAL OF MOTION**

JAIME ESPARZA
UNITED STATES ATTORNEY

LANDON A. WADE
 Assistant United States Attorney
 Texas Bar No. 24098560
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
(512) 370-1255 (tel)
(512) 916-5854 (fax)

TODD KIM
ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division

BRIAN H. LYNK
 Senior Trial Counsel
 DC Bar No. 459525
KIMERE J. KIMBALL
 Trial Attorney
 CA Bar No. 260660
ANDREW D. KNUDSEN
 Trial Attorney
 DC Bar No. 1019697
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (Lynk)
(202) 514-8865 (fax)
Brian.lynk@usdoj.gov
Kimere.kimball@usdo.gov
Andrew.knudsen@usdoj.gov

Dated:  January 22, 2024        *Counsel for the United States of America*

Plaintiff the United States hereby notifies Defendants and the Court of its withdrawal of the Motion to Set New Deadline for Compliance with Paragraph 2 of Preliminary Injunction. ECF 66. Shortly after filing that motion on January 17, 2024, the United States received notice that the Fifth Circuit on the same day granted Defendants' petition for rehearing *en banc* of Defendants' interlocutory appeal from this Court's order granting the Preliminary Injunction. *See* Attachment 1. In light of the Fifth Circuit's action and this Court setting a trial date of March 19, 2024, the United States withdraws the motion it filed with this Court without prejudice.

Respectfully submitted,

Dated: January 22, 2024

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
| /s/ Landon A. Wade<br>LANDON A. WADE<br>  Assistant United States Attorney<br>  Texas Bar No. 24098560<br>United States Attorney's Office<br>Western District of Texas<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>(512) 370-1255 (tel)<br>(512) 916-5854 (fax)<br>Landon.wade@usdoj.gov | /s/ Brian H. Lynk<br>BRIAN H. LYNK<br>  Senior Trial Counsel<br>  DC Bar No. 459525<br>KIMERE J. KIMBALL<br>  Trial Attorney<br>  CA Bar No. 260660<br>ANDREW D. KNUDSEN<br>  Trial Attorney<br>  DC Bar No. 1019697<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 514-6187 (Lynk)<br>(202) 514-8865 (fax)<br>Brian.lynk@usdoj.gov<br>Kimere.kimball@usdoj.gov<br>Andrew.knudsen@usdoj.gov<br><br>*Counsel for the United States of America* |

## CERTIFICATE OF SERVICE

I certify that on January 22, 2024, a copy of this filing was served on counsel of record through the Court's electronic filing system.

                                                                             */s/  Brian Lynk*
                                                                             Brian Lynk