UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>*Defendants*. | No. 1:23-cv-00853-DAE |

### [Proposed] Order Granting Defendants' opposed Motion for a Stay of Proceedings

Before the Court is Defendants' Opposed Motion for a Stay of Proceedings. After considering the motion, record, and relevant authorities, the Court hereby **GRANTS** the Motion and **STAYS** all further proceedings in this case until the mandate issues from the United States Court of Appeals for the Fifth Circuit in Case No. 23-50632.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David A. Ezra
United States District Judge