UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America., | § § | |
| Plaintiffs, | § | NO:  AU:23-CV-00853-DAE |
| vs. | § § | |
| Greg Abbott, et al. | § § | |
| Defendants. | § | |

## ORDER SETTING BENCH TRIAL AND RELATED DEADLINES

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Bench Trial in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, March 19, 2024 at 09:00 AM**.

Proposed Finding of Fact and Conclusions of Law are due **March 5, 2024.**

**Pretrial Submissions**

Pursuant to Local Rule 16(f), the Court **ORDERS** all parties to serve and file the following information by the close of business **Monday, March 11, 2024:**

(1) An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises.

(2) The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom

the party may call if the need arises.

(3) The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

(4) An estimate of the probable length of trial.

**Objections to Pretrial Submissions**

Pursuant to Local Rule 16(g), the Court also **ORDERS** both parties to serve and file the following information by close of business on **Wednesday, March 13, 2024:**

(1) A list disclosing any objections to the use under Rule 32(a) of deposition testimony designated by the other party.

(2) A list disclosing any objection, together with the grounds therefore, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403 shall be deemed waived unless excused by the court for good cause shown.

IT IS SO ORDERED.

DATED: Austin, Texas January 19, 2024.

DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE