UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America,<br> *Plaintiff*,<br><br>v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br> *Defendants*. | No. 1:23-cv-00853-DAE |

### State Defendants' Notice of Appearance

 Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court that Ryan G. Kercher will appear as counsel in the above-captioned case along with counsel listed below. Mr. Kercher is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

| | |
|---|---|
| Date: January 29, 2024 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of the State of Texas | RYAN D. WALTERS<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | RYAN. G. KERCHER<br>Deputy Chief, Special Litigation Division<br>Tex. State Bar No. 24060998<br>ryan.kercher@oag.texas.gov |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | |
| Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | David Bryant<br>Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov |
| | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| | JACOB E. PRZADA<br>Special Counsel<br>Tex. State Bar No. 24125371<br>jacob.przada@oag.texas.gov |
| | **Counsel for Defendants** |

### Certificate of Service

On January 29, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER