UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　*Plaintiff*,<br><br>　v.<br><br>**GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,**<br>　　*Defendants*. | No. 1:23-cv-00853-DAE |

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW PATRICK SWEETEN AS COUNSEL

　　Pursuant to Local Rule AT-3, Defendants Greg Abbott, in his official capacity as Governor of Texas, and the State of Texas (collectively, "State Defendants") file this file this Unopposed Motion to Withdraw Patrick Sweeten as their attorney in this matter.

　　Patrick Sweeten has accepted a position outside the Office of the Attorney General of Texas, and the State Defendants respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

<table>
<tr><td>

Date: January 29, 2024

**KEN PAXTON**
Attorney General of the State of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

Office of the Attorney General
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172

</td><td>

Respectfully submitted,

*/s/ Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Tex. State Bar No. 24105085
ryan.walters@oag.texas.gov

**RYAN. G. KERCHER**
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998
ryan.kercher@oag.texas.gov

**David Bryant**
Special Counsel
Tex. State Bar No. 03281500
david.bryant@oag.texas.gov

**MUNERA AL-FUHAID**
Special Counsel
Tex. State Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

**JACOB E. PRZADA**
Special Counsel
Tex. State Bar No. 24125371
jacob.przada@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

</td></tr>
</table>

**Certificate of Conference**

I certify that on January 29, 2024, I conferred by email with all counsel for Plaintiff, who indicated no opposition to this motion.

*/s/ Ryan D. Walters*
Ryan D. Walters

**Certificate of Service**

On January 29, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Ryan D. Walters*
Ryan D. Walters