# United States Court of Appeals for the Fifth Circuit

**FILED**
January 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

---

No. 23-50632

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GREG ABBOTT, *in his capacity as Governor of the State of Texas*; STATE OF TEXAS,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853   DAE

_____

Before RICHMAN, *Chief Judge*, and KING, JONES, SMITH, STEWART, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS and RAMIREZ, *Circuit Judges*.

PER CURIAM:[1]

---

[1] RICHMAN, *Chief Judge*, and JONES, SMITH, ELROD, SOUTHWICK, HAYNES, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, and WILSON, *Circuit Judges*, voted to grant a stay pending appeal. KING, STEWART, GRAVES, HIGGINSON, DOUGLAS, and RAMIREZ, *Circuit Judges*, voted to deny a stay pending appeal.

No. 23-50632

IT IS ORDERED that Appellants' opposed motion for a stay of the district court's preliminary injunction pending appeal is GRANTED. *See* Fed. R. App. P. 8; *Nken v. Holder*, 556 U.S. 418, 434 (2009).

IT IS FURTHER ORDERED that the administrative stay previously issued by this court on September 7, 2023, is VACATED.