UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>  v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br>    *Defendants*. | No. 1:23-cv-00853-DAE |

### State Defendants' Notice of Appearance

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court Johnathan Stone will appear as counsel in the above-captioned case along with counsel listed below. Mr. Stone is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

| | |
|---|---|
| Date: February 15, 2024 | Respectfully submitted, |
| **Ken Paxton** <br> Attorney General of the State of Texas | **Ryan D. Walters** <br> Chief, Special Litigation Division <br> Tex. State Bar No. 24105085 <br> ryan.walters@oag.texas.gov |
| **Brent Webster** <br> First Assistant Attorney General | **Ryan. G. Kercher** <br> Deputy Chief, Special Litigation Division <br> Tex. State Bar No. 24060998 <br> ryan.kercher@oag.texas.gov |
| **Ralph Molina** <br> Deputy Attorney General for Legal Strategy | **David Bryant** <br> Special Counsel <br> Tex. State Bar No. 03281500 <br> david.bryant@oag.texas.gov |
| Office of the Attorney General <br> P. O. Box 12548, MC-009 <br> Austin, TX 78711-2548 <br> (512) 936-2172 | */s/ Johnathan Stone* <br> **Johnathan Stone** <br> Special Counsel <br> Tex. State Bar No. 24071779 <br> Johnathan.stone@oag.texas.gov |
| | **Munera Al-Fuhaid** <br> Special Counsel <br> Tex. State Bar No. 24094501 <br> munera.al-fuhaid@oag.texas.gov |
| | **Jacob E. Przada** <br> Special Counsel <br> Tex. State Bar No. 24125371 <br> jacob.przada@oag.texas.gov |
| | **Counsel for Defendants** |

### Certificate of Service

On February 15, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Johnathan Stone*
Jonathan Stone