UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America., | § § | |
|     Plaintiff, | § | NO:   AU:23-CV-00853-DAE |
| vs. | § § | |
| Greg Abbott, et al. | § § | |
|     Defendants. | § § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for **an in person** hearing on the pending Motion to Dismiss for Failure to State a Claim (Dkt no. 62) before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, March 19, 2024 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas February 23, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE