UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America., | § § | |
| Plaintiff, | § | NO:  AU:23-CV-00853-DAE |
| vs. | § § | |
| Greg Abbott, et al. | § § | |
| Defendants. | § § | |

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for a Non-Jury Trial in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, August 06, 2024 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas February 23, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE