## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                    Case No.  **1:23-CV-00853-DAE**

**GREG ABBOTT, et al.**

## O R D E R

BE IT REMEMBERED on this the __28th__ day of __February__, 20 _24_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**Bryan J. Harrison**__ ("Applicant"), counsel for __the United States of America__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __**the United States of America**__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __28th__ day of __February__ 20 _24_.

_____
David Alan Ezra
Senior United States District Judge