**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| |
|---|
| UNITED STATES OF AMERICA, |
| *Plaintiff*, |
| v. |
| GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, |
| *Defendants*. |

Case No. 1:23-cv-00853-DAE

**JOINT MOTION TO ENTER PROPOSED DISCOVERY AND PRE-TRIAL SCHEDULE**

Plaintiff, the United States of America, and Defendants, Governor Greg Abbott and the State of Texas (together, "Texas"), hereby jointly move the Court to enter a proposed revised schedule for completing discovery and for pre-trial filings.   In support of this Motion, the Parties state the following:

1.      On February 22, 2024, the Court held a status conference at which it determined that it would grant the Parties' then-pending joint motion to vacate the then-existing discovery and pre-trial schedule in this case.  The Court ordered the Parties to confer and submit a new proposed discovery and pre-trial schedule (or alternate schedules if the Parties were unable to agree) no later than Wednesday, March 6, 2024.  ECF 95 (Feb. 22, 2024 Transcript at 32-33). On February 23, 2024, the Court issued an order re-setting bench trial in this matter for the week of August 6, 2024.  ECF 91.

1

2.      The Parties subsequently conferred and reached agreement on the following

deadlines and other provisions governing the schedule for discovery and pre-trial filings, which

they now jointly submit for the Court's approval:

- Electronic service of discovery requests with standard response times under the Federal Rules of Civil Procedure unless otherwise agreed or ordered.

- Defendants' responses to Plaintiff's 1st discovery requests (served on January 22, 2024) will be due Monday, March 11, with rolling production of documents continuing thereafter.

- Plaintiff's responses to Defendants' 1st discovery requests (served on February 16, 2024) will be due Wednesday, March 27, with rolling production of documents continuing thereafter.

- The parties agree there will be no further dispositive motions filed.

- Privilege logs:  Defendants to produce theirs Monday, March 25, Plaintiff to produce theirs Wednesday, April 10 (along with producing any documents initially held for privilege review and finally determined releasable).

- Friday, May 3:  Plaintiff must identify their case-in-chief experts.

- Friday, May 10: Deadline for Plaintiff to serve any expert reports.

- Friday, June 7:  Defendants must identify their experts.

- Friday, June 14:  Deadline for Defendants to serve any expert reports.

- Monday, June 17:  Deadline to serve any discovery request other than noticing expert depositions.

- Friday, July 5:  Plaintiff must identify any new experts offered solely for rebuttal purposes.

- Friday, July 12:  Deadline for Plaintiff to serve any rebuttal expert reports.

- Friday, July 19:  Close of discovery.

- Friday, July 26: Pre-trial filings due (proposed final pre-trial order, exhibit and witness lists, deposition designations, motions in limine, motions to exclude witnesses, and any proposed fact stipulations).

- Friday, August 2:  Objections and responses to same are due.

- Trial to commence at 9AM CT on Tuesday, August 6.

- Proposed findings of fact and conclusions of law due 7 days after availability of trial transcript.

3.     The Parties agree that the schedule proposed above is reasonably expeditious and will ensure that this matter is ready for trial by the Court-ordered date of August 6, 2024.

4.     Defendants join this motion and authorize counsel for the United States to file it on Defendants' behalf.

**CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court grant this motion and enter an order setting forth the schedule set forth in Paragraph 2 above.

Respectfully submitted,

Dated:  March 1, 2024

JAIME ESPARZA                               TODD KIM
UNITED STATES ATTORNEY          ASSISTANT ATTORNEY GENERAL
                                                      Environment & Natural Resources Division


                                                       /s/ Brian H. Lynk
LANDON A. WADE                            BRIAN H. LYNK
   Assistant United States Attorney          Senior Trial Counsel
   Texas Bar No. 24098560                    DC Bar No. 459525
United States Attorney's Office             KIMERE J. KIMBALL
Western District of Texas                      Trial Attorney
903 San Jacinto Blvd., Suite 334            CA Bar No. 260660
Austin, TX 78701                              ANDREW D. KNUDSEN
(512) 370-1255 (tel)                            Trial Attorney
(512) 916-5854 (fax)                           DC Bar No. 1019697
Landon.wade@usdoj.gov                     BRYAN J. HARRISON
                                                      Trial Attorney
                                                      FL Bar No. 106379
                                                   U.S. Department of Justice
                                                   Environmental Defense Section
                                                   P.O. Box 7611
                                                   Washington, DC 20044
                                                   (202) 514-6187 (Lynk)
                                                   (202) 514-8865 (fax)
                                                   Brian.lynk@usdoj.gov

Kimere.kimball@usdoj.gov
Andrew.knudsen@usdoj.gov
Bryan.harrison@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on March 1, 2024, a copy of this filing was served on counsel of record

through the Court's electronic filing system.

*/s/  Brian Lynk*
Brian Lynk