IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Having duly considered the Joint Motion of Plaintiff and Defendants in this case to enter a revised discovery and pre-trial schedule, the Court hereby **GRANTS** this motion. Accordingly, **IT IS HEREBY ORDERED** that this case shall proceed according to the following schedule:

- Electronic service of discovery requests with standard response times under the Federal Rules of Civil Procedure unless otherwise agreed or ordered.

- Defendants' responses to Plaintiff's 1st discovery requests (served on January 22, 2024) will be due Monday, March 11, with rolling production of documents continuing thereafter.

- Plaintiff's responses to Defendants' 1st discovery requests (served on February 16, 2024) will be due Wednesday, March 27, with rolling production of documents continuing thereafter.

- The parties agree there will be no further dispositive motions filed.

- Privilege logs: Defendants to produce theirs Monday, March 25, Plaintiff to produce theirs Wednesday, April 10 (along with producing any documents initially held for privilege review and finally determined releasable).

- Friday, May 3: Plaintiff must identify their case-in-chief experts.

- <u>Friday, May 10</u>: Deadline for Plaintiff to serve any expert reports.

- <u>Friday, June 7</u>:  Defendants must identify their experts.

- <u>Friday, June 14</u>:  Deadline for Defendants to serve any expert reports.

- <u>Monday, June 17</u>:  Deadline to serve any discovery request other than noticing expert depositions.

- <u>Friday, July 5</u>:  Plaintiff must identify any new experts offered solely for rebuttal purposes.

- <u>Friday, July 12</u>:  Deadline for Plaintiff to serve any rebuttal expert reports.

- <u>Friday, July 19</u>:  Close of discovery.

- <u>Friday, July 26</u>: Pre-trial filings due (proposed final pre-trial order, exhibit and witness lists, deposition designations, motions in limine, motions to exclude witnesses, and any proposed fact stipulations).

- <u>Friday, August 2</u>:  Objections and responses to same are due.

- Trial to commence at 9AM CT on <u>Tuesday, August 6</u>.

- Proposed findings of fact and conclusions of law due 7 days after availability of trial transcript.

**IT IS SO ORDERED.**

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David Alan Ezra
Senior United States District Judge