UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America., | § § | |
| Plaintiff, | § | NO:  AU:23-CV-00853-DAE |
| vs. | § § | |
| Greg Abbott, et al. | § § | |
| Defendants. | § | |

## ORDER RESETTING MOTION HEARING

It is hereby ORDERED that the **in person** hearing on Motion to Dismiss for Failure to State a Claim (Dkt no. 62) is reset for **Tuesday, March 19, 2024 at 09:30 AM** before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX

IT IS SO ORDERED.

DATED: Austin, Texas March 15, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE