FILED
March 25, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
            DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

---

**UNITED STATES OF AMERICA,**

            *Plaintiff,*      :    No. 1:23-cv-00853-DAE

v.                                      :

                                          :

**GREG ABBOTT,** *in his capacity as* **GOVERNOR**    :    REPLY

**OF THE STATE OF TEXAS, and**                    :

**THE STATE OF TEXAS,**                           :    March 21, 2024

            *Defendants.*        :

---

### PETITIONER'S REPLY TO PLAINTIFF'S MOTION TO DISMISS THE PETITION FOR A WRIT OF ERROR *CORAM NOBIS*

The Government in it's Motion to Dismiss cites two cases. The first is Simmons v. Twin City Towing, 425 Fed. App'x 401, 403 n.2 (5th Cir. 2011), The Three Judge Panel in *Simmons* instructed that the decision not be printed and not be cited in future cases. As a result, when the Petitioner searched for the decision, the heading of the case appeared on line but the body of the decision was blanked out. Thus, the Petitioner is unable to respond to that authority.

The second case cited actually refutes the Government's position. In *Correa-Negron v. United States,* 473 F.2d 684, 685 (5th Cir. 1973), the Court after noting

that Fed. R. Civ. P 60(b) abolishes the use of *Coram Nobis* in some situations such as re-opening criminal judgments entered years or decades before continues:

> Despite the express abolition of coram nobis relief in federal civil actions, Fed. R. Civ. P. 60(b), it is still available with respect to criminal convictions under the All Writs Statute, 28 U.S.C.A. Sec. 1651(a). See United States v. Morgan, 1954, 346 U.S. 502, 74 S. Ct. 247, 98 L. Ed. 248. Nevertheless, the writ of error *coram nobis* is an extraordinary writ and the jurisdiction of the court to grant such relief is of limited scope. See, e. g., United States v. Norman, 6 Cir. 1968, 391 F.2d 212, cert. denied, 390 U.S. 1014, 88 S. Ct. 1265, 20 L. Ed. 2d 163. *Coram nobis* is only available to correct errors of the most fundamental character where the circumstances are compelling to achieve justice. United States v. Morgan, supra; Cline v. United States, 5 Cir. 1972, 453 F.2d 873.

The Petitioner does not dispute that under Rule 60 (b) Coram Nobis cannot be used to re-open criminal judgments entered years before. However, the Government cites no authority that Coram Nobis cannot be used in on going civil cases. The statement in *Correa Negron* that *Coram Nobis* has been abolished in civil litigation is pure *dicta* offered without any authority. To the contrary the Government concedes that *Coram Nobis* is preserved under the All Writs Statute. The All Writs Act grants the power to all courts established by Act of Congress to issue all writs necessary or appropriate in aid of their respective jurisdiction and agreeable to the usages and principles of law. The Act draws no distinction between civil or criminal proceedings. Similarly, Appellate Rules such as Circuit Court of Appeals for the District of Columbia Rule 4 (a) specifically permits District Court decisions on

Petitions for a Writ of Error *Coram Nobis* to be appealed to the Circuit Court without regard if the decision below is in a civil or criminal proceeding.

## CONCLUSION

The Motion to Dismiss must be denied.

Respectfully submitted,

Robert A. Heghmann

P.O. Box 2108

Leander, Texas 78646

Bob_Heghmann@Reagan.com

## CERTIFICATION

The Petitioner hereby certifies that a copy of this Petition was served upon the counsel for the United States and the State of Texas by U.S. Mail, Postage-Prepaid on March 21, 2024.

_____




9505 5163 1682 4081 2677 66

**PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**



PS00001000014    EP14F July 2022
OD: 12 1/2 x 9 1/2



To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

FROM:
R.A. Heshmann
P.O. Box 2108
Beauler, Texas
78646-2108

RECEIVED
MAR 25 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

TO:
U.S. District's Clerks Office
262 West Nueva Street
Room 1-400
San Antonio, Texas
78207

(V-3)