# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **United States of America,**<br>    *Plaintiff,*<br><br>  v.<br><br>**Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,**<br>    *Defendants.* | No. 1:23-cv-00853-DAE |

### State Defendants' Notice of Appearance

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court Amy Snow Hilton will appear as counsel in the above-captioned case along with counsel listed below. Ms. Hilton is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. Her contact information is in the signature block below.

Date: April 9, 2024

**Ken Paxton**
Attorney General of the State of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy Attorney General for Legal Strategy

Office of the Attorney General
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172

Respectfully submitted,

**Ryan D. Walters**
Chief, Special Litigation Division
Tex. State Bar No. 24105085
ryan.walters@oag.texas.gov

**Ryan. G. Kercher**
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998
ryan.kercher@oag.texas.gov

**David Bryant**
Special Counsel
Tex. State Bar No. 03281500
david.bryant@oag.texas.gov

*/s/ Amy S. Hilton*
**Amy Snow Hilton**
Special Counsel
Tex. State Bar No. 240978347
Amy.hilton@oag.texas.gov

**Johnathan Stone**
Special Counsel
Tex. State Bar No. 24071779
Johnathan.stone@oag.texas.gov

**Munera Al-Fuhaid**
Special Counsel
Tex. State Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

**Jacob E. Przada**
Special Counsel
Tex. State Bar No. 24125371
jacob.przada@oag.texas.gov

**Counsel for Defendants**

## Certificate of Service

On April 9, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Amy S. Hilton*
Amy Snow Hilton