RECEIVED
APR 2 2 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

FILED
APR 2 2 2024
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| *Plaintiff,* : | No. 1:23-cv-00853-DAE |
| v. : | |
| **GREG ABBOTT**, *in his capacity as* | |
| **GOVERNOR OF THE STATE OF TEXAS,** : | |
| and **THE STATE OF TEXAS,** | April 17, 2024 |
| *Defendants.* : | |

## MOVANT'S MOTION FOR DECLARATORY JUDGMENT

The Movant, Robert A. Heghmann, hereby Moves for a Declaratory Judgment that Joseph Biden is GUILTY of committing a Crime against Humanity and Genocide between June, 2014 and the date hereof in the State of Texas and elsewhere. In support of this Motion, the Movant has filed the accompanying Memorandum of Law and Appendix.

Dated: April 17, 2024

Robert A. Heghmann
P.O. Box 2108
Leander, Texas 78646
Bob_Heghmann@Reagan.com

## CERTIFICATION

The Movant hereby certifies that a copy of this Motion for Declaratory Judgment was served upon the counsel for the United States and the State of Texas by U.S. Mail, Postage-Prepaid on April 17, 2024 at the following addresses:

The United States

Andrew D. Knudsen
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044

Mary F. Kruger
U. S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216

State of Texas

Kyle Stephen Tebo
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Jacob Edward Przada
Office the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

_[signature]_

FROM:
R. A. Highman
P.O. Box 2408
Lewader, TX 78646

TO:
District Clerks Ofc.
U.S. Federal Courthouse
501 W. 5th Street
Suite 1100
Austin, TX

PRIORITY MAIL
POSTAGE REQUIRED

PRIORITY MAIL®

US POSTAGE PAID
$11.55
Retail
Origin: 76513
04/17/24
4806750513-08

2 Lb 9.00 Oz
RDC 03
C006

EXPECTED DELIVERY DAY: 04/19/24

SHIP TO:
STE 1100
501 W 5TH ST
AUSTIN TX 78701-3812

USPS TRACKING® #
9505 5163 1684 4108 3998 74