**Expert Report**

**Regarding the Historical Navigability of the Lower Rio Grande, Particularly in the Eagle Pass-Piedras Negras Area**

**United Stated District Court, Western District of Texas**
**No. 1:23-CV-853-DAE**

**United States of America**
**v.**
**Greg Abbott, Governor of the State of Texas, and the State of Texas**

**Prepared by**

**Benjamin H. Johnson, Ph.D.**
**Professor of History**
**Loyola University Chicago**
**Chicago, Illinois**
**May 10, 2024**

## I. Introduction: Background and Opinions

I have prepared this expert witness report at the request of the Environmental Defense Section of the Environment and Natural Resources Division of the United States Department of Justice.  In September 2023, counsel from the Environmental Defense Section contacted me regarding this case.  Subsequently, I signed a contract to review documentation, conduct historical research, and write an expert witness report regarding the historical uses of the Rio Grande, particularly in the vicinity of present-day Eagle Pass, Texas-Piedras Negras, Coahuila.

I have a doctoral degree in United States history, with an emphasis on the history of the U.S.-Mexico borderlands.  I am the author of three books, twenty-two articles, and one forthcoming book on the U.S.-Mexico borderlands and/or U.S. environmental history; the editor of four books as well as a book series on borders published by the University of North Carolina Press; a recipient of several National Endowment for the Humanities grants for my individual research and seminars on borders for other scholars; and my expertise on various subjects in history is routinely sought by publishers and by universities evaluating historians of the United States and Mexico for promotion and retention.  I am being compensated for my services as described in Appendix E.  I have attached my resume as Appendix D.

To complete the work required for this report, I reviewed the court filings and orders in this case provided by the Department of Justice to assess the scope of the research question.  I then researched this question using the generally accepted methodology of historical research and evaluation in my field: I conducted bibliographic searches to identify secondary and primary sources on the history of the lower Rio Grande[1] (including scholarly books and articles, travelers' accounts, government records, and historical newspapers), consulted with other historical experts to identify additional secondary and primary sources, and reviewed sources

---

[1] In this report I used the term "Lower Rio Grande" to refer to area depicted in the map (see Appendix B), which depicts the length of the river from the confluence with the Rio Conchos upstream from what is now Big Bend National Park, to the Rio Grande's mouth at the Gulf of Mexico, in order to distinguish it from the upper river basin, which starts on the edge of the San Luis Valley in what is now Colorado and flows down into New Mexico, entering present-day Texas near the Paso del Norte, now the site of the twin cities of El Paso-Juárez.  "The Lower Rio Grande *Valley*," in contrast, as per widespread popular and scholarly usage, refers to the large delta at the lower reaches of the river, in Starr, Cameron, and Hidalgo Counties.

identified in that research.  I have attached a bibliography of materials consulted as Appendix A, which primarily consists of publicly available materials.  Materials that are more difficult to obtain will be produced with this report.  I also provided historical maps and locations relevant to this report to a cartographer, who produced the map that is attached as Appendix B.

Based on my review of the pertinent materials and my background and expertise in U.S.-Mexico borderlands history, I offer the following expert opinions.  I reserve the right to offer additional opinions and to modify these opinions if new documentary material or information is identified.

**Summary of Opinions**

1. Visitors and residents in the 1700s and 1800s identified the Rio Grande, including the stretch between and in the vicinity of the present-day twin cities of Eagle Pass, Texas-Piedras Negras, Mexico as a river with depth and waterflow capable of carrying substantial watercraft.

2. Use of watercraft on the stretch of the river in present day Eagle Pass-Piedras Negras took place before the 1848 establishment of a permanent population in the Eagle Pass-Piedras Negras area and increased thereafter.

3. Various plans and efforts were made to link navigation in the Eagle Pass-Piedras Negras stretch to the robust river commerce of the lower river, but economic and political factors weakened the economic attractiveness of a larger navigation network and eventually reduced commercial boat traffic along the entire river, from Del Rio to the mouth, in favor of land-based transportation.

4. Local use of watercraft for commerce and other purposes, including in the Eagle Pass-Piedras Negras portion of the Rio Grande, continued after these plans for larger scale development of the river failed to come to fruition.

5. The prioritization of irrigation agriculture and the construction of dams on the Rio Grande in the twentieth century further reduced use of the river from Eagle Pass-Piedras Negras to the river's mouth as a commercial waterway.

## II.  Early Use and Consideration of Use of the Lower Rio Grande

The extent and specifics of use of watercraft on the Rio Grande before the 18th century remain difficult to determine with precision, for the simple reason that the region's inhabitants were nomadic peoples who produced no written records.  Yet early written records produced by Spanish authorities and visitors indicate that Indigenous people used watercraft on the stretch of the Rio Grande near Eagle Pass-Piedras Negras.

### A. Indigenous Uses of the Rio Grande

By the 1740s, when Spanish settlements and military incursions began to generate written records of the Rio Grande in the vicinity of what is now the Eagle Pass-Piedras Negras area, Lipans (also known as Lipan Apaches) and various Coahuiltecan groups lived and passed through the area, with the expansionary Comanches beginning to enter the territory.  Spanish documents from the 1600s shed light on the conditions of the Rio Grande, and the use of small watercraft on it, between what is now Laredo and Del Rio.  In 1674, Spanish Franciscan Brother Manuel de la Cruz, seeking to convert Coahuiltecan Indians to Christianity, spent several weeks north of the Rio Grande in the region that scholars agree now comprised "the Texas counties of Maverick, Val Verde, and Kinney," having crossed the river at a ford with shallower water than most of the river.[2]  The following year, in May, Franciscan Priest Juan Larios and a small military escort led by Captain Fernande del Bosque encountered and crossed the river in the vicinity of contemporary Eagle Pass-Piedras Negras.  In the first written description of the Rio Grande that I can find, del Bosque stated that it was "a very copious and very wide river, with a current more than four hundred *varas* across."  It is impossible to determine the exact location of del Bosque's observations, but his account of his travels suggests that his party crossed near or within thirty miles of the location that is now Eagle Pass-Piedras Negras.[3]

Whatever the exact location of this crossing, del Bosque's observations leave little doubt that, at that time, the stretch of the river near what is now Eagle Pass-Piedras Negras could support large watercraft.  "Vara" is a Spanish term of measurement, roughly equivalent to the

---

[2] Robert S. Weddle, *San Juan Bautista: Gateway to Spanish Texas* (Austin: University of Texas Press, 1968), 7.

[3] Francis Borgia Steck, "Forerunners of the Captain De Leon's Expedition to Texas, 1670-1675," *Southwestern Historical Quarterly* 36:1 (July 1932).  Reprinted in *Preliminary Studies of the Texas Catholic Historical Society* 2: 3 (September 1932), 26.  Weddle, San Juan Bautista, 9.

English "yard," equaling between 32 and 43 modern inches – so the river in that stretch in May was by his estimate in the vicinity of 1,100 feet wide.[4]  The Spanish founded a mission a few miles west of the Rio Grande in this region, calling it "San Juan Bautista," in what is now the town of Guerrero, Coahuila.  Spanish priest Isidro Félix de Espinosa was assigned as minister of this mission in or around 1703, and in 1726 was appointed the *cronista* or scribe of the missions of northeastern new Spain (the contemporary states of Tamaulipas, Nuevo León, Coahuila, and Texas).  Espinosa noted that the river levels fluctuated substantially, to the point where in wetter months it was impossible to ford the waterway because of its depth.  He recorded a description of Coahuiltecan Indians using "rafts made of buffalo skins to cross the river" in his account of Spanish missionizing.[5]  Forty years later, in 1767, a party of Spaniards crossing the Rio Grande to enter Texas near the location of present-day Del Rio noted that the Lipan village at the crossing had a watercraft, described by the Spanish as a "canoe."[6]

Later sources corroborate these written accounts.  Lipans interviewed by an anthropologist in the 1930s described traditional watercraft in their domain, including on the Rio Grande:

> Another kind of boat is of wood covered with hide.  It is called "wood boat."  They have two parallel logs and tie crosspieces to them.  Hides are put on top.  Baggage can be put on this kind of boat, and the young and very old can ride on it.  Men swim ahead pulling it by ropes . . . When my mother was a girl, she crossed the Rio Grande, coming this way, on a boat of this kind.[7]

Lipans described a second kind of watercraft, a "rawhide boat," made with "a circular rawhide with holes all around the edge."  A rope is run through the holes, "[t]hey put their things in the middle, pull the rope, and it comes into shape."  Lipans used watercraft frequently enough to have

---

4 Weddle, San Juan Bautista, 7; on the length of a vara, see Anonymous, "Vara," Handbook of Texas Online, accessed April 19, 2024, https://www.tshaonline.org/handbook/entries/vara.
5 Weddle, *San Juan Bautista*, 59; Fray Isidro Felix de Espinosa, *Crónica de los Colegios de Propagande Fide de la Nueva España* (Madrid, Span: Academy of American Franciscan History, 1964 [1746]), 762.
6 Thomas Hester, "Aboriginal Watercraft on the Lower Rio Grande of Texas," *The Masterkey* 46 (1972), 110; Lawrence Kinniard, *The Frontiers of New Spain: Nicolás de Lafora's Description, 1766-1768*. (Berkeley, California: Quivara Society, 1958), 146.
7 Morris E. Opler, "Lipan Apache Navigation," *The Masterkey* 49:2 (1975), 70.

a word for "boat" (*naakøø*), formed from the same stem as their word for "swim" (naa'lkøø).[8] Lipans interviewed in the 1930s recalled that:

> When the Rio Grande was in flood they [the speaker's ancestors] made boats. These were made of buffalo hide. They strung a rope around the edge of the hide. Sticks were laid parallel inside the boat. Then the boat was put in the water and with it they crossed the Rio Grande. On the other side there was fruit and they picked it and put it in containers. Then they put it in the boat. Then they put the boat in the water again.[9]

It is impossible to recreate specific routes or voyages, but these accounts leave no doubt that Lipans, whose territory encompassed what is now Eagle Pass-Piedras Negras, used watercraft in that section of the Rio Grande as part of how they moved people and goods through the region.

**B. Spanish and Mexican Uses of the River**

Spanish and Mexican leaders and travelers quickly saw the Rio Grande's potential as a thoroughfare for travel and commerce, used it accordingly, and formulated plans to realize more of the river's potential to carry substantial watercraft. Permanent Spanish settlement along the lower Rio Grande dates to the 1740s, when José de Escandón and his deputies founded towns on either side of the river at Reynosa, Camargo, Mier, Revilla, Dolores, and Laredo, in what was called the Province of Nuevo Santander (most of which later became the state of Tamaulipas). By 1750, a little over 8,000 settlers called the province their home.[10] In contrast to the nomadic Lipanes and Coahuiltecans, Spanish settlers and travelers were more sedentary and connected to larger and more distant population centers in Mexico and Spain.

The earliest records generated by Spanish settlements include descriptions of watercraft being used for commerce. A 1757 inspection of the young colony conducted by Don José Tienda de Cuervo at the orders of the Viceroy visited the river settlements, though it did not go as far upriver as the location of present-day Eagle Pass-Piedras Negras because there was no settlement there. Tienda de Cuervo noted the regular use of a flatboat with a stern sail on the river at Hacienda

---

[8] Opler, "Lipan Apache Navigation," 71.
[9] Quoted in Opler, "Lipan Apache Navigation," 72.
[10] Clotilde P. García, "Escandon, Jose de," Handbook of Texas Online, accessed May 05, 2024, https://www.tshaonline.org/handbook/entries/escandon-jose-de.; David Vigness, "Nuevo Santander in 1795: A Provincial Inspection by Félix Calleja," *Southwestern Historical Quarterly* 75:4 (April 1972), 487.

de Dolores (downstream of Laredo and twelve miles north of San Ygnacio, not to be confused with a later mining community north of Laredo bearing the same name).[11]  Shortly thereafter, a Laredo resident began using a flatboat to travel to Reynosa to trade for the salt produced there.[12] The use of watercraft on the Rio Grande had within just a few years become a part of life and commerce in the Spanish settlements.

Soon experts in the larger Spanish world began paying attention to the Rio Grande and its commercial potential.  In 1787, Friar Vicente Santa María published a history of Nuevo Santander entitled *Historical Account of the Colony of Nuevo Santander and the Coast of the Mexican Littoral*.[13] Santa María was a well-informed scholar of politics, economics, and religion familiar with the efforts to canalize the Ohio River and the key role that the Mississippi River (whose lower stretches were then in control of Spain) played in continental commerce.  Santa María relayed very detailed information about the course of the Rio Grande, including specific rapids and shelves.  He found the Rio Grande to be "among the rivers of the greatest size in all America and can be placed alongside the Mississippi in its circumstances and usefulness."[14]  In months of high water, he found the river "able to be navigated by medium boats" all the way upriver to Laredo and possibly into Coahuila, the state containing the site of the future Eagle Pass and Piedras Negras. Santa María described the Rio Grande as "like the networks of the Mississippi which serve a successful colony . . . and its environs."  He took note of trade by flatboat between Laredo and Reynosa, as well as the carrying of contraband tobacco along the river.  The last sentence of his depiction of the river

---

[11]Pat Kelley, *River of Lost Dreams: Navigation on the Rio Grande* (Lincoln: University of Nebraska Press, 1986), 6.

[12] Kelley, *River of Lost Dreams*, 6.

[13] Translation by Benjamin Johnson of the title from the Spanish (*Relación histórica de la colonia del Nuevo Santander y costa del seno mexicano*).  Friar Vicente Santa María, *Fundación de la Colonia del Nuevo Santander* (Mexico City, Talleres Gráficos de la Nación, 1930).  For more information about Santa María, see Ernesto de la Torre Villar, "Fray Vicente de Santa María y Su Relaciôn Histórica," in *Conciencia y autenticidad históricas, escitos en homenaje a Edmuno O'Gorman*, ed. Juan Antonio Ortega y Medina (Mexico City: Universidad Nacional Autónoma de México, Institute de Investigaciones Históricas, 2018): 365-398; Carlos González Salas, "Dos Cronistas Franciscanos del Nuevo Santander: Simón del Hierro y Vicente de Santa María."  In *Humanitas: Anuario del Centro de Estudios Humanísticos* (Monterrey: Universidad Autónoma de Nuevo León, 1977): 427-437

[14]Santa María, *Fundación de la Colonia del Nuevo Santander,* volume 2, 371.  Translation by Benjamin Johnson; Spanish original is "Se cuenta . . . entre los ríos de primera magnitude en toda esta América y puede ponerse al lado del Mississippí por sus circunstancias y utilidades."

underscored the river's importance as an artery of commerce: "One can say without equivocation that the Rio Bravo or Grande del Norte [alternate names for the Rio Grande] can become as the Mississippi has become to Louisiana."[15]

Just a few years later, in 1795, Felix Calleja del Rey, a Captain in the Spanish army sent to inspect the Mexican Northeast and assess its ability to fend off increasingly powerful Comanche, drew much the same conclusion about the river. Describing the parts of the river under Spanish control as routinely used by watercraft, Calleja del Rey argued that allowing for the creation of a port at the river's mouth would make the Rio Grande "the channel to abundant peopling and prosperity of the four provinces [Coahuila, Nuevo León, and Texas, in addition to Nuevo Santander, the colonial province that later became Tamaulipas]. . .The different and exquisite woods, the skins of deer, buffalo, and beaver, and even pearls, would then become items of no little value." His predictions point to the importance of the river's mouth to robust navigation upstream: Spanish policy required all imports and exports to go through authorized ports, the closest of which was Tampico, three hundred miles south of the mouth of the Rio Grande on the Gulf Coast in what is now the Mexican state of Tamaulipas. Regulatory frameworks as well as the conditions of the river itself structured the extent and amount of actual navigation. With the right policies in place, Calleja del Rey was confident that the Rio Grande could serve as a second Mississippi river, supporting commerce that would benefit both local residents and the Spanish crown.[16]

The advent of Mexican independence from Spain in 1821 saw the young Mexican government assess its natural resources, including those in its province of Texas, and the means by which they might be developed. Tadeo Ortiz y Ayala was a major figure in these nation-building efforts. Ortiz y Ayala, who represented the young country as a bureaucrat in Texas and a diplomat in France, Spain, Guatemala, and South America, was a prolific writer and advocate for policies to foster economic development.[17] His 1822 book *Resumen de la estadistica del*

---

[15] Santa María, *Fundación*, 372. Translation by Benjamin Johnson; Spanish original is "basta que se vea sin equivocación que en estos países podría hacerse del río Bravo o Grande del Norte o que hacen del Mississippí los de Luisiana."

[16] Felix Calleja del Rey, "Nuevo Santander in 1795: A Provincial Inspection," trans. and ed., David M. Vignes, *Southwestern Historical Quarterly* (April 1972): 461-596; Kelley, *River of Lost Dreams*, 9-10.

[17] For overviews of Ortiz y Ayala's career, *see* Jose Covarrubias V., "Tadeo Ortiz y Ayala," *Historiografía Mexicana: Volumen III. El Surgimiento de la historiografía nacional*, ed. Juan

*imperio mexicano* (Statistical Overview of the Mexican Empire) offered concrete ways that Mexico's federal government could foster economic development. For him, the use of the Rio Grande as an artery for commerce and mobility was key to fully incorporating northern states into the new nation of Mexico.[18] Ortiz y Ayala further developed this point ten years later in *Mexico considerado como nacion independiente* (*Mexico Considered as an Independent Country*). In his lengthy discussion of the Rio Grande, he noted that the enormous herds of cattle and horses in the vicinity of the Rio Grande (as well as further north in interior Texas), could become "an important article of export."[19] Lead mines "also remain of interest for export commerce, when they are supported by regulations, as they are not far from various rivers and ports adjacent to the navigation of the Bravo [Rio Grande] and others, from which they could be exported with economy and advantage." Ortiz y Ayala drew on experience not only in the Mexican Northeast (including Texas), but also in Europe and South America. He urged Mexican officials to enhance the country's maritime infrastructure by using the kind of pontoon construction that he had seen in Sete, France, specifically saying that it could benefit shipping on the Rio Grande at little cost.[20]

Notably, it was not the physical characteristics of the Rio Grande that he saw as problematic. Instead, Ortiz y Ayala pointed to the role of Indigenous people, whose power on both sides of the Rio Grande, including the river crossing at the site of the future Eagle Pass-Piedras Negras, limited economic development and restrained population growth. Apaches, Lipans, and Comanche hampered Mexican economic development, but with greater security he thought that there would be more settlement and production of valuable goods on "the banks of the Rio Grande in the states of Tamaulipas, Coahuila, and Nuevo Leon" – in other words, not just the lower reaches of the river, but the stretches that include present day Eagle Pass-Piedras Negras.[21]

---

Ortega Y Medina y Rosa Camelo (Mexico City: Universidad Nacional Autónoma de México, Instituto de Investigaciones Históricas, 1997.

[18] Tadeo Ortiz y Ayala, *Resumen de la etadistica del imperio mexicano* ed. Tarsicio Garcìa Dìaz (Mexico City: Universidad Nacional Autònoma de Mèxico, 1968 [1822]), 10-11; Kelley, *River of Lost Dreams*, 14.

[19] Tadeo Ortiz y Ayala, *Mexico considerado como nacion independiente* (Mexico City: C. Lawalle Sobrino, 1832), 315. The English translation is by Benjamin Johnson; the original Spanish is "un articulo de exportacion importante."

[20] Ibid, 457.

[21] Ibid, 425, 577.

### III.  The Intensification of Large-Scale Commercial Use of the River

The expectation that the Rio Grande would become a highway of commerce and shipping, articulated from the very beginnings of Spanish settlement, continued in the 1820s and 1830s. Ships began crossing the bars at the river's mouth, sailing upriver to Matamoros, with enough commerce to support the construction of multiple large warehouses along the river to Camargo, half way up the river to Laredo.  In 1828, political officials and merchants from Tamaulipas, Nuevo León, Coahuila y Tejas (which included the site of the future towns of Eagle Pass and Piedras Negras, and was then combined into a single state with its capital at Saltillo, Coahuila), and Chihuahua met to support the development of navigation on the Rio Grande.  Together these state governments offered two developers – Colonel Juan Davis Bradburn and Laredo businessman Stephen Staples – a fifteen-year monopoly on river transit, with incentives in the form of the right to settle unsettled land, to call upon soldiers for defense against Indians, and to be able to sell the concession in its fifteen-year term.[22]  Bradburn and Staples soon sent a steamboat up the river. How far it traveled is unclear, though it may have come as close to the site of the future Eagle Pass-Piedras Negras as Kingsbury Falls/Las Isletas.[23]  The two developers concluded that the Rio Grande could become an integrated commercial artery by combining steam ships in the lower stretches of the river with boats pulled by horse (as was commonly done on commercial waterways in the Netherlands, United Kingdom, and United States) further upriver, including the stretch where Eagle Pass-Piedras Negras would later be located.[24]

Political events disrupted this specific proposal, with a Spanish invasion of Mexico resulting in Bradburn's being called back to active military duty.  But others continued to draw up big plans for the river's use.  Henry Austin, a cousin of the Stephen F. Austin, was impressed by the potential of the Rio Grande and the growing population and economy of the Mexican

---

[22] H.P.N. Gammell, ed., *The Laws of Texas, 1822-1897* (Austin: Gammel Book Company, 1898), 1:210-211.

[23] William H.. Egerton, *Important Report Just Received from the Government Surveyor for the Tracts of Land owned by the Rio Grande and Texas Land Co.* (New York: Osborn and Buckingham, 1835), 6. Kelley, *River of Lost Dreams*, 19.

[24] Kelley, *River of Lost Dreams*, 19; For discussion of the efficiency of barges and boats drawn by horses, oxen, and other livestock, see anonymous, "The Barge Canal System," *Rochester History* 72:1 (2010), 16; Dagomar Degroot, *The Frigid Golden Age: Climate Change, the Little Ice Age, and the Dutch Republic, 1560–1720* (New York: Cambridge University Press, 2019); Kelley, *River of Lost Dreams*, 19.

Northeast.  The Tamaulipas government extended the terms of its 1828 grant to Austin, who soon took the steamer *Ariel* as far upriver as Mier; by 1830s, the *Ariel* was making regular runs between Camargo, Reynosa, and Matamoros.  Austin's pilot Alpheus Rackliffe took over his business and attempted to further develop the rio grenterprise that Austin had begun.  In 1831, Rackliffe was commissioned by the Mexican government to survey the Rio Grande, charting the river and its flow and banks all the way to the Sierra Blanca mountains in Chihuahua, far upstream from present-day Eagle Pass-Piedras Negras and beyond even the confluence with the Conchos. Rackliffe ordered keelboats and "went into the freighting business on the Rio Grande, usually running from Presidio del Rio Grande [thirty miles downriver from current Eagle Pass-Piedras Negras] to Matamoros and points in between."  These keelboats were substantial, large enough to carry 125 men each.  The stretch of the river between Presidio del Rio Grande and the future site of Eagle Pass-Piedras Negras was no more challenging to these crafts that was the stretch of the river from Laredo to Presidio.  But there were no settlements on the river upstream from Presidio, and thus no markets or supplies for good, and thus no reason for Rackliffe to have extended his freighting networks that far upriver.[25]

One observer of the efforts at systematic commercial river traffic made by Bradburn, Staples, Austin, and Rackliffe was Jean Louis Berlandier, a French scientist who began working for the Mexican Boundary commission in 1826.  Berlandier thereafter traveled and lived in the Mexican Northeast, including Texas, making Matamoros his home from 1829 to his death in 1851.[26]  Berlandier's account – *Journey to Mexico During the Years 1826 to 1834*[27] is a widely-cited depiction of the region straddling the Rio Grande in these years, particularly its natural characteristics.

Berlandier mentioned the earlier decade's efforts to develop the river and the runs of steamships on the lower river.  He went as far upriver as Laredo, like his predecessors not traveling

---

[25] Kelley, *River of Lost Dreams*, 20-21.
[26] See Tad Bennicof, "Jean Luis Berlandier: The Path from Geneva to Mexico," *Smithsonian Institution Archives* June 5, 2014, https://siarchives.si.edu/blog/jean-louis-berlandier-path-geneva-mexico (accessed May 5, 2024); Clinton P. Hartmann, "Berlandier, Jean Louis," Handbook of Texas Online, accessed May 05, 2024, https://www.tshaonline.org/handbook/entries/berlandier-jean-louis.
[27] Jean Louis Berlandier, *Journey to Mexico during the years 1826 to 1834* (Austin: Texas State Historical Association in Cooperation with the Center for Studies in Texas History, University of Texas at Austin, 1980. [1835]).

to the site of Eagle Pass-Piedras Negras because there was no settlement there.  Berlandier did report that "An American beaver trapper who has ascended most of that river assured me that it could be navigated with *chalanas*, or small boats, for almost three hundred leagues from its estuaries."[28]  A league is 3.4 miles, so this man had been upriver well beyond where Eagle Pass and Piedras Negras are currently located.  Based on this information, his familiarity with Rackliffe's business, and his close observations of the Rio Grande, Berlandier also predicted that regular commercial shipping networks would develop on the river, up to at least the stretch of the river where Eagle Pass and Piedras Negras are now located.  He wrote

> According to what we have been able to observe of the course of the Río Bravo [Rio Grande], we believe that its navigation would be suitable for three kinds of steamboats, getting smaller and smaller in size.  Some would go as far as Mier, others from Mier to Laredo, and the smaller from Laredo to Presidio del Río Grande, or as far as they could go until held back by shallows. The inhabitants of the state of Coahuila, neighbors of the Río Bravo [Rio Grande], could navigate that river without recourse to steamboats, as do those who live on the rivers which flow into the Mississippi.  In making rafts or *chalanas* out of timber they would have a double advantage.  Not only could they take their agricultural products by that means to various towns in Tamaulipas – where corn is often very expensive – but they could also sell there the material of their rafts.  Because timber is lacking in the region, it is ordinarily scarce and expensive and must be imported from the United States of America.[29]

Berlandier's time in Matamoros coincided with the rise of vigorous steam navigation on the river downstream from Laredo, and further plans to link that navigation to prospective settlements upriver from the future site of Eagle Pass-Piedras Negras at the site of present day Del Rio, Texas and Ciudad Acuña, Coahuila.  At least three steamers plied the lower river in the 1830s, with one landing at Laredo.  Rackliffe's "freighting business prospered."  Reports from the Mier expedition, an 1842 invasion of Mexico by forces of the breakaway Republic of Texas, convey some sense of the scope of lower river navigation.  On December 20, 1842, a small Texan army of several hundred commandeered six large flatboats and several smaller crafts near the original Guerrero, Tamaulipas downstream of Laredo on the right bank of the river (now under the Falcon Reservoir).  The larger craft were "capable of carrying 125 men" each.  This ragtag navy set sail down the river, which Green found impressive:

---

[28] Berlandier, *Journey to Mexico*, Volume 1, 268.
[29] Berlandier, *Journey to Mexico*, vol. 2 442-443

> We descended it at a low stage of water – in few occasions does it get lower – and never found any place at which it could be forded below Laredo, and it is, indeed, barely fordable there.  It is a beautiful river, averaging four hundred yards in width . . . This river resembles more the Ohio, when in boatable order, than any we recollect to have seen and is far superior for steamboat navigation to any other upon the Gulf of Mexico west of the Mississippi.

As the expedition proceeded down the river to Mier, it captured and burned "forty or fifty boats."[30]

  The success in creating regular commercial shipping on the river downstream from Laredo renewed interest in establishing settlements upriver and connecting them to lower river trade.  In 1834, the Rio Grande and Texas Land Company established a colony on Las Moras Creek, about 12 miles from the creek's confluence with the Rio Grande upriver from the future site of Eagle Pass-Piedras Negras.  The Rio Grande, the company's publication emphasized, "is navigable for steam-boats, up and down, during seven months, at least, of the year, namely, from May to December; and flat-boats can go down it nearly at all times."  The company planned to clear the obstacles upriver from Laredo and use the river as an artery for commerce.  "Mills will be immediately erected, and a steamboat will, as early as possible, be placed on the Rio Grande."[31]  The Rio Grande "seemed to be on the verge of becoming a second Mississippi."[32]

  Political disruption and violence, rather than the physical characteristics of the river itself, hampered the success of Rackliffe's business and precluded the Rio Grande and Texas Land Company's plans.  The violence of the 1842 Mier expedition destroyed much of Rackliffe's capital, and the warfare before, during, and after the Texas Revolution (1835-45) wrecked the plans of the Rio Grande and Texas Land Company, which amidst the chaos could attract neither the settlers nor the capital necessary to make its colony a success. These years of military conflict not only denied the river above Laredo "a chance at steamboat navigation, for the Rio

---

[30] Thomas Jefferson Green, *Journal of the Texas Expedition against Mier, Subsequent imprisonment of the Author, His Sufferings and Final Escape from the Castle Perote, with Reflections upon the Present Political and Probable Future Relations of Texas, Mexico, and the United States.* Austin: Steck Company, 1935 [1844], 71-3. Kelley, *River of Lost Dreams,* 21;
[31] [Charles Edwards]  Rio Grande and Texas Land Company, *Information to the emigrant who is deserious of settling in grants now colonizing by the Rio Grande and Texas Land Company*. (New York, n.d. [1834]), 1, 3.
[32] Kelley, *River of Lost Dreams,* 22.

Grande and Texas Land company had the resources – and the intent – to open the river," but also led to a withering of economic and population growth along the river from Laredo downstream.[33]

### IV.    Plans and Efforts to Extend Commercial Navigation Networks to Eagle Pass -Piedras Negras and Upriver

The remoteness, small population size, and later destruction of many Mexican archives during the decade of warfare and dislocation caused by the Mexican Revolution in the 1910s make it difficult to fully reconstruct the extent of actual navigation up the river from Laredo before the 1850s.  But the observations of early American travelers and soldiers on the Rio Grande indicate that residents and visitors alike routinely used the river upstream of Laredo, including the stretch by what is now Eagle Pass-Piedras Negras, to move goods and people.  In October of 1846, barely five months after the first combat of the U.S.-Mexico War, the United States military sent the steamer *Brown* upriver from the mouth of the Rio Grande with a crew of twenty-seven together with ammunition and provisions for a month.  In twelve days the ship reached Laredo, somewhat delayed by a series of reefs and rapids not far downstream from the settlement.  The force then dispatched a small party of four to travel by horse to Presidio del Rio Grande[34], some further upriver and thirty miles downstream from the future site of Eagle Pass-Piedras Negras.  At Presidio del Rio Grande, the party was able to secure a "dug out" watercraft, repair it, and return to Laredo by river.  Fifteen to twenty miles above Laredo, they encountered a basin with a "labyrinth of islands, shoals, rocks, reefs, and snags, sometimes in rapids, and sometimes in long shoots, varying in force with the different stages of the stream."  Yet, soldier Samuel Tilden noted, "even this place is ascended in flat boats by Mexicans," suggesting the routine use of watercraft to travel between Laredo and Presidio del Rio Grande.[35]

---

[33] Ibid., 26-7.
[34] Presidio del Rio Grande, located in what is now the municipality of Guerrero, Coahuila, was initially called "San Juan Bautista" by its Spanish founders, and also known as "Presidio del Norte" and "Presidio del Rio Grande," the latter of which became more commonly used by Spanish and Mexican authorities.
[35] Bryant Tilden, *Notes on the Upper Rio Grande* (Philadelphia: Lindsay and Blakiston, 1847), 26, 29; Kelley, *River of Lost Dreams,* 32-33.

Neither Eagle Pass nor Piedras Negras would come into being until 1849, so the *Brown* expedition made no effort to travel upriver or investigate the river's susceptibility to navigation upstream from Presidio del Norte.  But we know that the river was open upstream of this basin until the confluence with the Pecos, upstream from the future sites of Eagle Pass-Piedras Negras, as well as Del Rio.  In March of 1850, a U.S. military expedition headed by H. Love left Fort Ringgold, in a boat fifty feet long and sixteen feet wide, manned by a crew of twelve with provisions and weapons.  This boat made it 976 miles upriver, far past the location of Eagle Pass-Piedras Negras.  The expedition reported that the main obstacles were Kingsbury Falls/Las Isletas, downstream of Eagle Pass-Piedras Negras.  Cutting or blasting a channel through these obstacles, Love's Assistant Quartermaster Major W.W. Chapman concluded, would allow steamboats of the size of the *Corvette* and *Major Brown,* which plied the lower stretches of the river, to travel upstream past Eagle Pass-Piedras Negras.  As Chapman concluded, "[f]rom Kingsbury's Falls up to the mouth of the San Pedro or Devil's River [upriver from Del Rio and now part of Amistad Reservoir], a distance of two hundred and thirty-two miles, there is nothing to obstruct the navigation of the river with steamboats of the largest class running on the lower Rio Grande. Although the river was at its lowest known stage when Captain Love passed up, there were nearly four feet of water, with a wide channel."  Such river improvements would allow for the United States' Fort Duncan [at Eagle Pass] established in March of 1849 and provisioned by mule teams carrying supplies from Fort McIntosh at Laredo to "be furnished by keel or steamboats, thus obviating the necessity of an expensive wagon train."[36]

The conversion of the Rio Grande into an international boundary by the 1848 Treaty of Guadalupe Hidalgo inaugurated a new era of development and navigation along the river.  The U.S. military established a string of forts along the river, and auctioned off the steamships it had used in the war to private sector entrepreneurs.  These businessmen operated at least six steamships on the lower river, running from the mouth up to Laredo.  One of them, W.W. Chapman, made plans in 1850 to run keelboats north of Laredo to the new town of Eagle Pass, not even two years old.  The only natural obstacle he foresaw were Kingsbury Falls, which in 1850 he wrote that "I hope the engineers have cut . . . I am quite sanguine in the belief we will yet be able to put on the upper Rio Grande a class of iron steamboats which will supercede the

---

[36] *Coast Depot and Shipping Port of the Valley and the provinces of Mexico tributary thereto : with the government map of that region* (New York : Pudney & Russell, 1850), 17-18.

keel boats and save much labor and expense."[37]  That same year, the U.S. army sent an expedition upriver under the command of Lieutenant W.T. Smith to map the river.  Smith determined that clearing obstructions below Laredo and the Kingsbury Falls/Las Isletas rapids shortly downstream of Presidio del Rio Grande would "open the river to the largest steamers on it year-round."  They estimated the costs for such improvements to be $25,760.  As measured by a proportion of gross domestic product, this sum would be a bit over $18 million in 2024.  It is well within the range of appropriations regularly made by the federal government for the improvement of rivers and harbors in the nineteenth century.  By 1850, for example, the federal government had spent more than $67,000 [more than $48 million in 2024 terms] on clearing sand bars and making other improvements at the mouth of the Merrimac River in Massachusetts.  By 1880, Congress had devoted $198,300 (equivalent to more than $78 million in 2024) for deepening three miles of the Penobscot River near Bangor, Maine.  Expenditures of these magnitudes to improve the navigability of waterways were commonplace: in 1915, when the Chief of the Army Corps of Engineers prepared a summary of previous river and harbor improvements financed by the federal government, the document ran to 320 pages.[38]

The note of caution that Smith introduced in his report did not concern the physical characteristics of the river but rather economic conditions.  Given the small number of people living on and near the river upstream from Laredo to Eagle Pass-Piedras Negras, and the consequently low level of economic activity, he cautioned that the economic development above the falls "was too unsure to warrant the cost."[39]  Smith's journey marked the second time in two years that substantial boats from downriver made it up to the site of Eagle Pass-Piedras Negras.  So they had established the capability of local navigation and linking with navigation downriver,

[37] Kelley, *River of Lost Dreams*, 42.
[38]Kelley, *River of Lost Dreams*, 49; Chief of Engineers, *A Historical Summary Giving the Scope of Previous Projects for The Improvement of Certain Rivers and Harbors* (Washington, D.C.: Government Printing Office, 1915), 1740, 1732-3;calculation based on measuringworth.com, accessed March 8, 2024, https://www.measuringworth.com/dollarvaluetoday/result.php?year=1851&amount=25760&transaction_type=CONSTRUCTION; "Annual Report of the Chief of Engineers, 1915: A Historical Summary Giving the Scope of Previous Projects for the Improvement of Certain Rivers and Harbors" (Washington, D.C.: Government Printing Office, 1915), 1742, 1732
[39] Kelley, *River of Lost Dreams*, 48.

though whether regularizing such trips would be financially attractive remained an open question.

Smith's concern was well-placed.  Population and economic activity of the river settlements upstream from Laredo/Nuevo Laredo remained minimal, providing neither a market nor goods of sufficient value and quantity to make sustained shipping between the Eagle Pass-Piedras Negras area and vastly larger settlements of the lower river valley worth the outlay of capital that river shipping and river improvements would have required.  Eagle Pass and Fort Duncan (located on the north side of the town) combined to constitute the largest settlement on the river between Laredo and El Paso on either side of the river.  But Eagle Pass was, even taken together with its now cross-border sister, Piedras Negras, still a small and hardscrabble place. Frederick Law Olmsted, a writer and traveler whose account of Texas and the Mexican northeast in this period is widely cited by historians, did not at first realize that he had entered the town during his 1854 visit.  "There were half a dozen tottering shanties," he wrote, "mere confused piles of poles, brush-wood, and rushes, with hides hung over the apertures for doors; broken cart-wheels, yokes and other rubbish lay about them; fowls had their nests in the loose thatch, and swine were sweeping in holes they had rooted out on the shady sides.  A single woman's garment, long since dry, hung fluttering upon a hide-rope, but no other sign of a human being appeared."  Soon he saw "two or three adobe houses, looking like long, two-story sepulchres . . . and then, as we rode over the brow of the hill, and there appeared only a few low huts beyond, and still no living man, I asked our guide where was the town.  This was it, he said."[40] The town had about 500 inhabitants by 1860, eleven years after its founding, and grew to only 1,200 by 1870.[41]

Piedras Negras was even smaller and poorer.  The houses "we first passed," wrote Olmsted, "were made by digging into the bank, as if for a cellar, with one end open upon the road, covering the top first with brush-wood and ruses, and with sand or clay to the depth of a foot or more, and closing in the front by poles set upright, closely together, the interstices made

---

[40] Frederick Law Olmsted, *A Journey Through Texas: Or, A Saddle-Trip on the Southwestern Frontier* (Dallas: DeGolyer Library and William P. Clements Center for Southwest Studies, Southern Methodist University, 2004 [1857], 184.

[41] United States Census, *Manuscript Census,* Eagle Pass, Maverick County, 1860, 1870; Alicia Dewey, *Pesos and Dollars*: *Entrepreneurs in the Texas-Mexico Borderlands*, 1880-1940 (College Station: Texas A & M Press, 2014), 30.

tight with clay.  They had no windows, and a hide hung over the doorway."  He did note "several adobe houses, of one story," as well as "two edifices of adobes, of noticeable magnitude" – a church and a small town hall.[42]  Recent scholarship corroborates Olmsted's account, noting the presence of a few small stores in Piedras Negras, selling alcohol and tobacco to travelers and the 140 or so soldiers at the Mexican military colony who made up perhaps half of the town's population.  "Some of the residents," notes one such historian, "were the owners of small lots of cattle.  These were allowed to graze during the day in the neighborhood, and were then brought into the village at night for protection against Indians."[43]

Both Eagle Pass and Piedras Negras remained small and poor, and settlement on the Rio Grande upriver was anemic.  A cartographer making a map of the strip between the Nueces River and Rio Grande in 1858 did not place either town on his map, only noting the presence of "stores" near the Rio Grande.[44]  Three years later, a map of Texas included Eagle Pass but marked no settlements upriver.  This map hinted at one reason for the limited settled population with its designations of "Comanches" and "Lipans" north of Eagle Pass.[45]  An 1868 map of Mexico showed Fort Duncan and Piedras Negras, but showed nothing at the future site of Del Rio.  It described the Mexican territory upstream from Piedras Negras as "very broken unknown lands" and denoted "Lipan Indians" as living north of Eagle Pass.[46]  Three years later, the San Felipe Agricultural, Manufacturing, and Irrigation Company completed an irrigation work near San Felipe Creek, a tributary that entered the Rio Grande about thirty miles upriver from Eagle Pass.  In 1883, the postal service opened a station there and the settlement was dubbed "Del Rio."  It grew to 2,000 people by 1890.[47]

---

[42] Olmsted, *A Journey Through Texas*, 186.

[43] Ben Pingenot, as quoted in John Gesick, "The 1855 Callahan Raid into Mexico: Pursuing Indians or Hunting Slaves," *The Journal of Big Bend Studies* 19 (2007), 60.

[44] Antonio García Cubas, "Pérdida de la Franja del Nueces," in Octavio Herrera Pérez, *El Noreste Cartográfico: Configuración Histórica de una Región*.  Fondo Editorial de Nuevo León, 2008, 219.

[45] "Richardson's New Map of the State of Texas," in Octavio Herrera Pérez, *El Noreste Cartográfico: Configuración Histórica de una Región*.  Fondo Editorial de Nuevo León, 2008, 231.

[46] "Carta General de una Parte de la República Mexicana," in Octavio Herrera Pérez, *El Noreste* Cartográfico: Configuración Histórica de una Región.  Fondo Editorial de Nuevo León, 2008, 218.

[47] Robert C. Overfelt, "Del Rio, TX." Handbook of Texas Online, accessed April 24, 2024, https://www.tshaonline.org/handbook/entries/del-rio-tx

The river crossing and presence of hundreds of soldiers assigned to Fort Duncan kept Eagle Pass's economy afloat, but it was hardly a bustling metropolis.  Population density and economic activity in Eagle Pass-Piedras Negras itself remained meagre. "After we ascend about thirty miles above Loredo [sic], all settlements on the Texas side cease until we get in the immediate neighborhood of Eagle Pass" reported William Emory, the head of the U.S. government expedition mapping the young international border, in the summer of 1853.[48] Emory, like Chapman, Kinsbury, Smith and Merchier in the previous decade, found that the river would support large watercraft in the Eagle Pass-Piedras Negras area.  Indeed, he predicted that steam navigation "will be extended as high up as the mouth of Devil's river [upstream from Del Rio, at Amistad Reservoir]."  Like his predecessors, he identified the principal obstacle as Las Isletas/Kinsgbury Falls, but noted that "in most cases the rocks forming the obstructions are sedimentary rocks of the upper cretaceous age, lying in horizontal strata; these would yield easily to the pick."[49]

Around the time of Emory's visit to Eagle Pass (1853), an efficient network of freighting carts drawn by oxen, horses, and mules to move goods in South Texas and northeastern Mexico (the states of Tamaulipas, Nuevo León, and Coahuila) was emerging.  In 1851, the transport of silver bullion from mines in Mexico to the United States saw shipments worth as much as three hundred thousand dollars (the purchasing power of $12,645,000 in 2024 dollars) carried by processions of up to 150 wagons or 250 smaller carts across the Rio Grande by ferry from Piedras Negras to Eagle Pass.[50]  In 1854, businessman Friedrich Wilhelm Carl Groos secured a contract from the United States Army to supply Fort Duncan.  He soon hired seventy families, who settled near the fort, and provided each with four ox carts and four oxen.  The freighters traveled inland in convoys to San Antonio in order to better protect themselves from attacks by Comanches and other Indians.  A round-trip between Eagle Pass and San Antonio averaged twenty-three days.[51]

---

[48] William Emory, *United States and Mexico Boundary Survey* (Austin: Texas State Historical Association, 1987 [1857], Volume 1, 67.

[49] Emory, *United States and Mexico Boundary Survey* 70-1.

[50] Miguel Ángel González de Quiroga, *War and Peace on the Rio Grande Frontier*, 1830-1880 (Norman: University of Oklahoma Press, 2020), 94.

[51] Santiago Escobedo, "Iron Men and Wooden Carts: Tejano Freighters During the Civil War," *The Journal of South Texas* 17:2 (2004), 53

Emory accurately foresaw a new factor in the future navigation of the Rio Grande:  the prospect that the development of other transportation networks would remove the incentive for the investments needed to link Eagle Pass-Piedras Negras to the lower river by regular navigation.  "It may be," he wrote, "that in time the resources of the country will be sufficient to justify its connexion by railroad with San Antonio or Brownsville, in which event the improvement of the navigation of the river will become of minor importance."[52]  In 1874, a short rail line between the port of Point Isabel and Brownsville cut into the profits of lower river navigation, and rail lines reached Laredo in 1881 and Eagle Pass in 1882.  The efficacy of these connections dampened interest in plans and hopes for regular commercial navigation up the Rio Grande to Eagle Pass and beyond.[53]

Another set of changes was underway when Emory saw the potential for upstream navigation and its eclipsing by the burgeoning rail networks of Mexico and the United States: policies to prioritize irrigation by diverting water from the Rio Grande was causing the water level of the river to drop.  Expanding irrigation networks in New Mexico and Colorado, the headwaters of the Rio Grande, diverted so much water by the end of the 1860s, that water levels at Roma were reduced by more than two feet, and "[s]nags began to appear where none had been before, and there were actually crossings where deep water had been the rule only five years earlier."[54]  The thousands of midwestern migrants attracted by the Homestead Act in the 1870s to farm in southern Colorado's San Luis Valley, near the Rio Grande's headwaters, diverted more water from the river, particularly when they switched from dryland farming of wheat to "massive applications of diversional water" from the river to grow higher-value cash crops.  These farmers built "hundreds of miles of canals and laterals . . . from the Rio Grande River to divert water."[55]  One canal, the San Luis Valley Rio Grande Canal, was so large and well-engineered that it could

[52] Emory, *United States and Mexico Boundary Survey* 71.
[53] U.S. Consul to William Hunter, October 30, 1882, United States Consulate, Piedras Negras, Mexico. *Despatches from United States Consuls in Piedras Negras, 1868-1906*: register, 1868-1906 and volumes 1-2 [Piedras Negras] January 8, 1868 -July 14, 1881/MF-4369; Kelley, *River of Lost Dreams,* 79.
[54] Department of State, *Proceedings of the International (Water) Boundary Commission, Treaties of 1884 and 1889; Equitable Distribution of the Waters of the Rio Grande* (Washington, D.C.: Government Printing Office, 1903), 349; Kelley, *River of Lost Dreams,*77.
[55] Alvar Ward Carlson, "Rural Settlement Patterns in the San Luis Valley: A Comparative Study," *Colorado Heritage* 44:2 (1967), 119-120.

divert the entire flow of the river.  By 1889, the Rio Grande riverbed at the border of Colorado and New Mexico was frequently entirely dry.[56]

Snowmelt and tributaries in New Mexico replenished the Rio Grande's flow, but these too were reduced by agricultural development.  By 1880, farmers in north central New Mexico in the valley of the Rio Puerco (tributary to the Chama River, itself tributary to the Rio Grande) were diverting enough water to irrigate 10,000 acres.[57]  Heavier development took place on the Pecos River.  The Pecos joins the Rio Grande forty miles upriver from the site of Del Rio, Texas and Ciudad Acuna, Coahuila.  Along with the Conchos, flowing out of the highlands of Chihuahua, Mexico and joining the Rio Grande upriver from what is now Big Bend National Park, the Pecos is one of the Rio Grande's two largest tributaries. Extensive agricultural development in the Pecos watershed took place in the 1870s and 1880s in eastern New Mexico, especially the stretch of the river between the towns of Roswell and Eddy (later renamed Carlsbad).  Federal policy incentivized this agricultural development.  The Homestead Act of 1862 made up to 160 acres per household available for only a small registration fee if the land were cultivated and occupied for five years, or for $1.25 acre after only a six-month residency.[58] Believing that larger tracts were better suited for less environmentally productive arid lands, Congress passed the Desert Lands Act in 1877, which allowed for the acquisition of up to 640 acres a household at $1.25 an acre if proof of irrigation infrastructure was offered within three years.  More than 100,000 acres in the Pecos Valley were taken up under this law.  By 1887, the Pecos Irrigation and Improvement Company, one of 88 irrigation companies incorporated in New Mexico by 1891, began construction on a reservoir, headgate, and main ditch, which was soon 85 miles long, six feet deep, and 35 feet wide.  A second reservoir was completed in 1894, by which point the state of New Mexico counted almost 600 miles of ditches and smaller lateral canals in the vicinity of Eddy.  Federal involvement increased with the passage of the Newlands

---

[56] David Stiller, *Water and Agriculture in Colorado and the American West: First In Line for the Rio Grande* (Reno: University of Nevada Press, 2021), 35-7.

[57] William DeBuys, *Enchantment and Exploitation:  The Life and Hard Times of a New Mexico Mountain Range* (Albuquerque: University of New Mexico Press, 1985), 217

[58] National Archives, "Homestead Act (1862)," https://www.archives.gov/milestone-documents/homestead-act#:~:text=The%20Homestead%20Act%2C%20enacted%20during,plot%20by%20cultivating%20the%20land, accessed May 9, 2024.

Reclamation Act, which created the Bureau of Reclamation as a federal agency charged with directly constructing and maintaining dams and irrigation infrastructure.[59]  The Bureau began work in the Pecos Valley in 1905, rebuilding storage dams to higher engineering standards and lining channels with concrete to reduce water loss.  The Pecos was so heavily diverted by the 1910s that farmers near Eddy/Carlsbad mobilized against further development upstream since they fully used the waters of the Pecos during the growing season.[60]

This prioritization of Rio Grande waters for agrarian expansion, incentivized by a host of federal programs and agencies (Homestead Act, Desert Lands Act, Bureau of Reclamation), brought further declines in water in the entire course of the river.  Federal officials recognized that irrigation agriculture came at the expense of stream flow and thus potential uses of the Rio Grande for boating.  In the 1890s, private developers proposed to build a dam at Elephant Butte, New Mexico, 125 miles upstream from El Paso. In 1897, U.S. Secretary of State Richard Olney asked the Army Corps of Engineers for its estimation of how such a dam, or one built closer to El Paso, would impact the navigability of the Rio Grande along the international boundary with Mexico.  Responding for the Corps, Colonel Anson Mills recounted the history of navigation on the lower Rio Grande (encompassing the Eagle Pass-Piedras Negras area), including the military expeditions and steamboat service described above.  He acknowledged that dams and irrigation infrastructure "injuriously affect the navigation of the Rio Grande and the rights of the citizens of Mexico under international law and treaty."[61]  The same year, the Department of Justice filed suit against the Rio Grande Dam and Irrigation Company, seeking to ban it from building a dam at Elephant Butte.  The DOJ's filing asserted that the proposed dam "will so deplete and prevent the flow of water through the channel of the said river [Rio Grande] . . . as to seriously obstruct the navigable capacity of the said river throughout its entire course from said point at Elephant Butte to its mouth."[62]

---

[59] Ira Clark, "The Elephant Butte Controversy: A Chapter in the Emergence of Federal Water Law," *Journal of American History* 61:4 (March 1975), 1015.

[60] Stephen Bogener, *Ditches Across the Desert: Irrigation in the Lower Pecos Valley* (Lubbock: Texas Tech Press, 2003), 45, 85, 215.

[61] Department of State, *Proceedings of the International (Water) Boundary Commission,* 349; Clark, "The Elephant Butte Controversy," 1022.

[62] *United States v. Rio Grande Dam & Irrigation Co.*, 174 U.S. 690 (1899), 173.

### V.  Persistence of Navigation in Eagle Pass-Piedras Negras Area

Although powerful agricultural and economic forces militated against the coming to fruition of the numerous 19th century plans for long-distance navigation, local commercial and personal travel on the Rio Grande continued to flourish.  Indeed, the stretch of the Rio Grande near Eagle Pass-Piedras Negras was used extensively and continuously for commercial and personal boating from the creation of these municipalities to recent times.  The first images of the area that I can locate, watercolors from an 1853 survey of the new border conducted by the federal government, both have watercraft in them.  The sketch of Fort Duncan, from the perspective of the heights across the river in Piedras Negras, Mexico, has one medium-sized craft with a few people in it, close to the U.S. shore and somewhat upstream from the Fort.[63]  The second image, a sketch of the Mexican military outpost that would become Piedras Negras taken from the vantage of Fort Duncan several hundred yards upstream, appears to have three watercraft.[64]  One looks like a *chalana* or a flatboat, piloted by a man in the stern with a long pole, and is dropping off or picking up two people on a large island on the Mexican side.  A second craft has people or livestock in it, and a third, furthest from the artists' perspective, looks to be either a canoe or a *chalana*.  These images depict a broad, easily navigable and actually navigated waterway.

Written accounts from the 1850s are consistent with these images.  Journalist Jane Cazneau moved to Eagle Pass in March of 1850 with her businessman husband, staying until June of 1852.  Cazneau, writing under the pseudonym Cora Montgomery, left detailed descriptions of life in Eagle Pass.  Cazneau wrote that the river was as "wide as the Hudson at Troy" on her arrival, referring to her hometown in New York.  One of the first people Cazneau met was a settler named "Baptiste," who lived nearby and soon decided to move his family into the young town.  Baptiste began constructing a house, and Cazneau makes passing mention that all he showed up with was "[h]is canoe and a hatchet," suggesting that this resident routinely moved through the region by boat.  Baptiste relied on this canoe to gather the materials for the house: "he explored the islands for his reeds and rafters; for her [his wife's] sake he forgot the

---

[63] Emory, *United States and Mexico Boundary Survey*, 79.
[64] Emory, *United States and Mexico Boundary Survey,* facing 72.

tempting fish in the limpid [nearby stream] Escondida to handle the axe and raft over, with only the help of his light canoe, the timber for his simple framework."[65]

Cazneau quickly found a carpenter in town, who had been contracted to build a "ferry scow" and a warehouse.  A local rancher, Juan Fernandez, had also hired the man to construct a "light skiff" to allow him to travel between town and his properties, where he ran cattle, three hundred of which he brought to Eagle Pass.  Cazneau hired the man to construct several watercraft for her family.  Navigating the river became part of the family's routine.  "We found our boats delightful auxiliaries," she wrote, "for we followed Don Juan's example and supplied ourselves with the means of enjoying the water and we visited in them many a cosey little nook for a gypsey [sic] dinner, that we never would have found by a land path."  What Cazneau dubbed "the bathing rapids of the Escondida," on a side stream that enters the Rio Grande from the Mexican side two miles downstream from Fort Duncan, became a favorite site.  She was entranced with the "dancing, singing, rejoicing rapids that rush laughingly over the rocky bed" half a mile up from the confluence with the Rio Grande, "water-hallowed into innumerable natural baths" in which "the idle or timid bather may recline at careless length and the caressing tide will lift him in its cool embrace and enfold and lave his indolent limbs in its watery delights without the cost of an effort."  Cazneau's account suggests that she explored the river extensively with these crafts, as she noted that "[i]t is a singular dispensation of nature that for scores of miles the Mexican bank of the Bravo [Rio Grande] is enriched with a continual succession of ever living springs, 'ojos de agua,' or 'water eyes,' as the Mexicans call them."[66]

Cazneau's account is by far the most detailed record of life in Eagle Pass in the early 1850s; the absence of other such accounts makes it difficult to know how many residents besides her family and Juan Fernandez's routinely traveled up and down the river.  But we do know that residents of both Eagle Pass and Piedras Negras used the ferry for cross-border recreation and commerce.  American army officers and their wives routinely crossed from Eagle Pass to Piedras Negras to eat Mexican food, see bullfights, and attend concerts, and a Mexican military band crossed into the United States to play at Fort Duncan.[67]

---

[65] Cora Montgomery [Jane Cazneau], *Eagle Pass; or, Life on the Border* (New York: Putnam, 1852), 49, 92-3.
[66] Ibid., 99-100.
[67] Paul Horgan, *Great River, The Rio Grande in North American History (*New York: Rinehart, 1954), 817.

Cazneau appears to have used the river and her family's watercraft for recreation, while she noted more commercial uses of the river, such as the ferry and the ranching and construction travel by Fernandez and Baptiste. She also took note of the history of navigation, reporting that the three efforts (one in 1849, two in 1850) to bring large boats from the lower river up to Fort Duncan had been successful. "These three efforts," she noted, "were made in common boats, at diverse seasons, without any preliminary knowledge of the current or its various difficulties, and without the force or means to remove the slightest impediments in the bed of the river." Cazneau expressed great enthusiasm about linking the stretch of the river where she made her home in Eagle Pass to the more heavily-populated and trafficked lower river. Clearing the obstacles at Las Isletas/Kingsbury Falls, she predicted, would "open to steam navigation one thousand miles of this boundary river. The boats would be small, but they could carry each a gun or two, and transport troops with activity from point to point, to meet, drive back, and effectually overawe, the wandering tribes of savages who now baffle and set at derision our slow, and always after-time, pursuits."[68]

Cazneau's hopes of an integrated commercial and military network along the Rio Grande from its mouth to Eagle Pass and even further upriver, shared by so many observers for a century, never came to fruition. Nevertheless, a vigorous local navigation sector emerged, with residents routinely using boats to cross themselves and commercial goods back and forth across the river, to move cattle and construction materials, and for recreation. Even in 1855, despite the anemic population growth and economic development, when James Callahan's force of Texas Rangers put Piedras Negras to the torch during their retreat from a brief invasion of Mexico, his more than one hundred-strong force had no difficulty commandeering enough boats to bring them and the "large quantities of corn, beans, flour and produce" that they had looted, back across the river.[69] Two days before the full-scale retreat, Callahan had his injured men shipped up the river two miles from Piedras Negras to Fort Duncan on the American side, and then individually made the same trip at least once to visit them before rejoining his larger force on the

---

[68] Montgomery, *Eagle Pass*, 177-8.
[69] Jesse Sumpter, *Paso del Águila: A Chronicle of Frontier Days on the Texas Border as recorded in the Memoir of Jesse Sumpter*, edited and annotated by Ben E. Pingenot (Austin: Encino Press, 1969), 69; John Gesick, "The 1855 Callahan Raid into Mexico: Pursuing Indians or Hunting Slaves?," *The Journal of Big Bend Studies* 19 (2007), 62.

Mexican side and ordering its retreat.[70]  In the 1860 census, which counted 522 residents of Eagle Pass, one resident identified himself as a "boatman" and another as a "waterman," though those identifying themselves as "journey man," "carpenter," and "laborer" may also have worked in the local navigation sector.[71]  The river in the vicinity of Eagle Pass supported vigorous navigation within just a few years of its settlement.

This navigation infrastructure supported significant cross-border commerce until the 1882 construction of a railroad bridge linked the town by rail to the interiors of both Mexico and the United States.  Local boating expanded and contracted with economic circumstances.  A distinct period came in during the Civil War, when Union blockades (and later, capture) of the ports of New Orleans and Galveston greatly complicated the shipment of goods in and out of the Confederacy.  "Large [wagon] trains are daily leaving for the different points on the Rio Grande," wrote the U.S. consul in Monterrey, Mexico in October of 1862, "though most of them go to Eagle Pass loaded with blankets, shoes, leather, cloth, cotton goods of all kinds, coffee, rice, sugar, powder, salt peter, sulphur, medicine and in fact almost everything needed to supply the armies of the Rebels."  Navigation of the Rio Grande at Eagle Pass-Piedras Negras was critical to this commerce, as all of these goods were ferried across the river, then taken by wagon and cart to San Antonio and points east.  Cotton exports were the lifeblood of the Confederacy, and these too were ferried across the Rio Grande into Mexico at Eagle Pass-Piedras Negras.  A year later, the consul noted that "Large quantities of cotton are now crossing at Eagle Pass; in fact, more than at any time since the war began.  The increase is on account of the danger in crossing at Brownsville and other points."  He estimated 500 bales (each weighing about 460 pounds) a month crossed in 1861.  Shipments accelerated rapidly, and from April 1862 to November 1863, he reported that 57,467 bales were crossed at Eagle Pass.  By comparison, this is about a third of the quantity of cotton leaving the Houston ship channel in 1880 – a port servicing a substantially larger population.  Since a cotton bale sold on the world market for about $300 in the 1860s (almost $11,000 in 2024 dollars), the value of the cotton transported by

---

[70] Sumpter, *Paso del Águila,* 62, 78;  Gesick, "The 1855 Callahan Raid," 61.
[71] United States Census, *Manuscript Census,* Eagle Pass, Maverick County, 1860.

river into Mexico at Eagle Pass-Piedras Negras was enormous ($17,240,100 in 1863 dollars, equivalent to more than $442 million 2024 dollars).[72]

This enormous boom in commerce briefly transformed Eagle Pass.  "I went to the river as inspector [for the Confederate government]," remembered early Eagle Pass settler Jesse Sumpter, "and stayed on the river day and night until the war was ended, scarcely ever coming into town except to the custom house . . . there was scarcely a day that hundreds of bales were not unloaded here and crossed the river as fast as possible.  At one time in 1864, the whole river bottom from the bank of the river to the edge of town was covered with cotton."[73] That year an C.E. Bonwill sketched an image of a cotton press, cotton bales, and transportation workers in Piedras Negras for *Frank Leslie's Illustrated Newspaper*:[74]

---

[72] Quoted in Gonález de Quiroga, *War and Peace*, 186-188; the $300 figure is from David Montejano, "How Do Markets Trump Warfare? On the Wartime Business of Confederate Supplier Charles Stillman," *Southwestern Historical Quarterly* 127:1 (July 2023), 44.  See Marilyn McAdams Sibley, *The Port of Houston: A History* (Austin: University of Texas Press, 1968), 103.  Present values calculated using https://www.measuringworth.com/dollarvaluetoday/?amount=90&from=1863

[73] Jesse Sumpter, *Paso del Águila: A Chronicle of Frontier Days on the Texas Border as recorded in the Memoir of Jesse Sumpter*, edited and annotated by Ben E. Pingenot (Austin: Encino Press, 1969), 87.

[74] C.E. Bonwill, "Our Mexican Frontier – cotton press at Piedras Negras, on the Rio Grande, the centre of the rebel trade," *Frank Leslie's Illustrated Newspaper*, September 3, 1864, p 372.



OUR MEXICAN FRONTIER—COTTON PRESS AT PIEDRAS NEGRAS, ON THE RIO GRANDE, THE CENTER OF THE REBEL TRADE.—FROM A SKETCH BY OUR SPECIAL ARTIST, C. E. H. BONWILL.

In this period, at Laredo and points south, boats were routinely used to carry cotton to the river's mouth.  "A goodly portion of the cotton reaching Laredo was loaded on flatboats, or, in high water, on steamers for the downriver trip." Fleets of flatboats carried cotton, coal mined north of Laredo, and other goods on the lower river.[75]   The mouth of the river thus became the key shipping point for cotton brought overland to the Rio Grande.  The population of Matamoros exploded from 9,000 in 1862 to 40,000 in 1864 because of this trade.  In all, during the Civil War an estimated 300,000 bales of southern cotton was shipped from Matamoros – cargo worth about $90 million at the time, or $2.3 billion in 2024 dollars.[76]

The end of the Civil War saw a steep decline in commercial shipping on the entire southern Rio Grande, as southern ports reopened and the water levels continued to drop from irrigation in southern Colorado and Northern New Mexico.[77]  Yet extensive use of the river

---

[75] Kelley, *River of Lost Dreams*, 73-5.
[76] David Montejano, "How Do Markets Trump Warfare? On the Wartime Business of Confederate Supplier Charles Stillman," *Southwestern Historical Quarterly*, Volume 127, Number 1 (July 2023), 32.  Present values calculated using https://www.measuringworth.com/dollarvaluetoday/?amount=90&from=1863
[77] Kelley, *River of Lost Dreams*, 77

continued in Eagle Pass.  Both the 1870 and 1880 U.S censuses recorded five people working as "ferry boatman," "Ferryman on Rio Grande," "boatman," or simply "Ferryman," out of populations of 1,240 (1870) and 1,627 (1880), counts that excluded Piedras Negras residents working in this sector.  Ramón and Jesús Loza were two of them, and the hundred dollars in personal property (equivalent to over $40,000 in wealth holding today) that they each reported suggested that their navigation work was very profitable.[78]  A photo of Piedras Negras labeled by Jesse Sumpter as from the late 1870s or early 1880s shows a ferry measuring about 20 feet long together with four flatboats in the foreground, with another ferry and handful of small crafts beached on the Mexican side; three more watercraft appear to be in motion slightly upriver:[79]



Piedras Negras in the late seventies or early eighties seen from the Texas shore. Ferry barge and boatmen in foreground.

---

[78] United States Census, 1870; the calculation of present value in terms of wealth holding is from Measuringworth.com, accessed March 6, 2024.
https://www.measuringworth.com/dollarvaluetoday/result.php?year=1870&amount=100&transaction_type=WEALTH
[79] Sumpter, *Paso del Águila*, 91.

The capacity of this shipping network to bring commercial goods across the river was considerable.  In the fiscal year ending September 30, 1881 – the last before the railroad connection was completed -- the U.S. consul in Piedras Negras, charged with monitoring international trade, estimated that goods worth $141,545 came from Mexico to the United States through Eagle Pass, with $337,625 worth of goods being shipped into Mexico.  Until the railroad, the bulk of this merchandise – worth a combined $479,170 in 1881, or $12,481,771 in 2024 dollars – was transported by boat.[80]

The 1882 connection of Eagle Pass, Del Rio, and Laredo to railroads running to both San Antonio and Monterrey (and from those points to the ports of Corpus Christi and Tampico) and the advent of automobiles and trucking in the twentieth century diminished the impetus behind the 19th century proposals to open channels for large boats to travel from Eagle Pass downstream to Laredo and the lower river. Indeed, the rail network reduced lower river commerce as well. By leaving the larger cities of Brownsville and Matamoros near the river's mouth without train connections, it heightened the shift to interior land routes in northeastern Mexico, including the routes through Laredo and Eagle Pass.[81]

Yet even with sinking river levels, the end of large-scale commercial shipping on the lower river, and dramatic alterations caused by reservoir construction in the 20th century, for some time after the 1882 railroad connection, use of the river continued to be an important part of commercial and social life in Eagle Pass.  In 1886, cross-river commerce carried by boat remained vigorous enough to support two ferry companies.  A. P. Tugwell, owner of one of the companies, sued the other, alleging that it had "an exclusive right to operate a ferry between the towns named [Eagle Pass and Piedras Negras] by virtue of a license granted to them by the commissioners' court of Maverick county in June, 1886."  Tugwell made enough money from his company to go to the trouble to appeal an adverse ruling in the Maverick County district

---

[80]October 30, 1881 letter from Piedras Negras Consul to William Hunter, Second Assistant Secretary of State (United States Consulate, Piedras Negras, Mexico, *Despatches from United States Consuls in Piedras Negras, 1868-1906* : register, 1868-1906 and volumes 1-2 [Piedras Negras] January 8, 1868 -July 14, 1881/MF-4369**.**  2024 purchasing power was calculated using Measuringworth.com, accessed March 6, 2024, https://www.measuringworth.com/dollarvaluetoday/result.php?year=1871&amount=479170&transaction_type=PURCHASE.

[81] González de Quiroga, *War and Peace on the Rio Grande,* 341.

court to the Supreme Court of Texas, which ruled in his favor in June of 1888.[82]  Photos from an Eagle Pass collector show cars being moved by ferry in the 1910s or 1920s:[83]



---

[82] *Tugwell v. Eagle Pass Ferry Co.*, 74 Tex. 480 (Tex. 1888)
[83] Jeff Taylor, Sr., Private Collection.



And there is evidence that well into the twentieth century, Eagle Pass residents returned to the
Rio Grande for commercial purposes to meet their needs when necessary.  Storekeeper Morris
Riskind recalled a 1922 flood that destroyed the bridge.  "Until the bridge was repaired, it was a
return to the old days before the bridge was built. Townspeople stretched a heavy rope across the
Rio Grande, and large rowboats called *chalánes* were poled across."[84]  A 1954 flood brought
even higher waters, inundating the downtown business district.  "As we worked inside," Riskind
wrote, "the street began to fill with water. Soon the water was deep enough so that rowboats
began to go up and down the street."  Again the chalanes came out, in a kind of return to the
practice of local navigation. "Eagle Pass was cut off from Piedras Negras except by boat. For a
few days the old-time *chalanes* (barges) operated across the Rio Grande. A rope had been

---

[84] Morris Riskind, "Life on the Rio Grande" (typescript in private hands), 129; The Riskind
manuscript is to be published as Morris Riskind (Bryan Stone, editor), *Neither Fish nor Fowl: A
Mercantile Jewish Family on the Rio Grande* (Lubbock: Texas Tech University Press), 2024.
The relevant page numbers are 171 and 376-7 in the typescript of that manuscript; as of the
completion of this report in early May, 2024, page proofs have yet to be generated.

stretched across the river and rowboats were poled across the water, attached to the rope to prevent the current from carrying the boat downriver. Some people desperate to reach their families were venturesome enough to make the crossing." [85]

## VI.  Later 20th Century Alterations to the River's Course

The twentieth century saw substantial alterations to the flow of the Rio Grande.  The U.S. federal government, often working with the Mexican state under the aegis of the International Boundary and Water Commission (IBWC, established in 1889 as the International Boundary Commission and given its current name under the Water Treaty of 1944), altered the riverbed for irrigation, flood control, and migration surveillance purposes.  Three dams on the Rio Grande (Elephant Butte upriver from El Paso, completed in 1916; Falcon, downstream of Laredo, completed in 1954; and Amistad, just upstream from Del Rio, completed in 1969) further altered the Rio Grande's flows.  Navigation, so central to infrastructure proposals in the 18th and 19th centuries, was no longer as important to economic development plans as it had been in the 18th and 19th centuries.  Burgeoning rail and road networks that linked markets and shipping and manufacturing sites in both countries handled the commerce that leaders in previous centuries had looked to the Rio Grande to support.

---

[85] Morris Riskind, "Life on the Rio Grande" (typescript in private hands), 129; The Riskind manuscript is to be published as Morris Riskind (Bryan Stone, editor), *Neither Fish nor Fowl: A Mercantile Jewish Family on the Rio Grande* (Lubbock: Texas Tech University Press), 2024. The relevant page numbers are 171 and 376-7 in the typescript of that manuscript; as of the completion of this report in early May, 2024, page proofs have yet to be generated.

Appendix A: Bibliography of Sources Consulted

Primary

Berlandier, Jean Luis.  *Journey to Mexico during the years 1826 to 1834.*  Austin: Texas State Historical Association in Cooperation with the Center for Studies in Texas History, University of Texas at Austin, 1980. [1835]

Bonwill, C.E.. "Our Mexican Frontier – cotton press at Piedras Negras, on the Rio Grande, the centre of the rebel trade," *Frank Leslie's Illustrated Newspaper*, September 3, 1864, p 372

*Coast Depot and Shipping Port of the Valley and the Provinces of Mexico Tributary Thereto: with the Government Map of that Region.*  New York : Pudney & Russell, 1850

Comisión Pesquisidora de la Frontera del Norte.  *Reports of the committee of investigation: sent in 1873 by the Mexican Government to the Frontier of Texas.*  New York: Baker and Godwin, 1873

Calleja del Rey, Felix.  "Nuevo Santander in 1795: A Provincial Inspection." Translated and edited by David M. Vignes*, Southwestern Historical Quarterly* (April 1972)

Chief of Engineers. *A Historical Summary Giving the Scope of Previous Projects for The Improvement of Certain Rivers and Harbors.*  Washington, D.C.: Government Printing Office, 1915

Domenech, Emmanuel. *Missionary Adventures in Texas and Mexico: A Personal Narrative of Six Years' Sojourn in Those Regions.*  New York: Longman, Brown, Green, Longmans, and Roberts, 1858

"Eagle Pass, Maverick County, a Coming Border City." *Texas Magazine* April 1911: 74-5

Edwards, Charles.  *Rio Grande and Texas Land Company.*  New York: [NP], 1834

Egerton, William H..  *Important Report Just Received from the Government Surveyor for the Tracts of Land owned by the Rio Grande and Texas Land Co..* New York: Osborn and Buckingham, 1835

Emory, William.  *United States and Mexico Boundary Survey*.  Austin: Texas State Historical Association, 1987 [1857]

Espinosa, Fray Isidro Felix de.  *Crónica de los Colegios de Propagande Fide de la Nueva España.*  Madrid, Span: Academy of American Franciscan History, 1964 [1746]

*Estado General de las Fundaciones Hechas por D. José de Escandon en la Colonia del Nuevo Santander.*  Mexico City: Talleres Gráficos de la Nación, 1930

*Frank Leslie's Illustrated Newspaper* 18: 466 (September 3, 1864), 372

Gammell, H.P.N., ed., *The Laws of Texas, 1822-1897*.  Austin: Gammel Book Company, 1898

Green, Duff C.. "Exploring the Rio Grande: Lt Duff C. Green's. Report of 1852", ed. Ronnie Tyler. *Arizona and the West* 10:1 (Spring 1968)

Green, Thomas Jefferson. *Journal of the Texas Expedition against Mier, Subsequent imprisonment of the Author, His Sufferings and Final Escape from the Castle Perote, with Reflections upon the Present Political and Probable Future Relations of Texas, Mexico, and the United States.*  Austin: Steck Company, 1935 [1844]

Hill, Robert T.. "Running the Canons of the Rio Grande." *Century Magazine* 61 (January 1901) International Boundary and Water Commission, *Proceedings of the International (Water) Boundary Commission: Equitable Distribution of the Waters of the Rio Grande.*  Washington, D.C.: State Department, 1903

Montgomery, Cora [Jane Cazneau]. *Eagle Pass; or, Life on the Border*.  New York: Putnam, 1852

Morfi, Juan Augustín. *Diario y derrotero, 1777-1781*.  Instituto Tecnológico de Estudios Superiores de Monterrey. 1967

Olmsted, Frederick Law. *A Journey Through Texas: Or, A Saddle-Trip on the Southwestern Frontier.*  Dallas: DeGolyer Library and William P. Clements Center for Southwest Studies, Southern Methodist University, 2004

Ortiz y Ayala, Tadeo. *Resumen de la etadìstica del imperio mexicano* ed. Tarsicio Garcìa Dìaz. Mexico City: Universidad Nacional Autònoma de Mèxico, 1968 [1822]

Ortiz y Ayala, Tadeo. *Mexico considerado como nacion independiente; ó sean algunas indicaciones sobre los deberes mas esenciales de los Mexicanos.*  Mexico City: C. Lawalle Sobrino, 1832

*Reports of the Committee of Investigation sent in 1873 by the Mexican Government to the Frontier of Texas.*  New York: Baker and Godwin, Printers, 1875

Rio Grande and Texas Land Company, *Information to the emigrant who is desirious of settling in grants now colonizing by the Rio Grande and Texas Land Company*.  New York, n.d. [1834]

Riskind, Morris. "Life on the Rio Grande" (typescript in private hands), to be published as *Neither Fish nor Fowl: A Mercantile Jewish Family on the Rio Grande*, ed. Bryan Stone. Lubbock: Texas Tech University Press, 2024

Santa María, Vicente and de la Torre, Ernesto, editors.  *Relación histórica de la colonia del Nuevo Santander y costa del seno mexicano*.  Mexico City: Universidad Nacional Autónoma de México, Dirección General de Publicaciones, 1973

Santa María, Friar Vicente.  *Fundación de la Colonia del Nuevo Santander*.  Mexico City: Talleres Gráficos de la Nación, 1930

Sumpter, Jesse.  *Paso del Águila: A Chronicle of Frontier Days on the Texas Border as recorded in the Memoir of Jesse Sumpter*, edited and annotated by Ben E. Pingenot.  Austin: Encino Press, 1969

*Telegraph and Texas Register*, August 29, 1851

Texas State Highway Department. *General Highway Map, Maverick County, Zavala County*, 1936

Texas State Highway Department, *General Highway Map, Maverick County*, 1958

Tilden, Bryant.  *Notes on the Upper Rio Grande.*  Philadelphia: Lindsay and Blakiston, 1847

*Tugwell v. Eagle Pass Ferry Co.*, 74 Tex. 480 (Tex. 1888)

United States Army, *Annual Report of the Chief of Engineers*.  Washington, D.C.: Government Printing Office, 1923

U.S. Army Corps of Engineers. *Navigable Waters of the United States in the Fort Worth, Albuquerque, and Tulsa Districts Within the State of Texas*, Dec. 20, 2011

United States Census. *Manuscript Census,* Eagle Pass, Maverick County, 1860, 1870, 1880

United States Congress, House, Committee on Interstate and Foreign Commerce.  *Bridge across the Rio Grande between Eagle Pass, Tex., and Piedras Negras, Mexico. March 24, 1926. -- Referred to the House Calendar and ordered to be printed*.  Washington, D.C., 1926

United States Consulate, Piedras Negras, Mexico. *Despatches from United States Consuls in Piedras Negras, 1868-1906*: register, 1868-1906 and volumes 1-2 [Piedras Negras] January 8, 1868 -July 14, 1881/MF-4369

United States Department of State, *Proceedings of the International (Water) Boundary Commission, Treaties of 1884 and 1889; Equitable Distribution of the Waters of the Rio Grande.* Washington, D.C.: Government Printing Office, 1903

United States Department of Transportation & U.S. Coast Guard. *Navigability Determination, Rio Grande River, TX*, Oct. 19, 1964

*United States v. Rio Grande Dam & Irrigation Co..* 174 U.S. 690 (1899)

*United States v. Weil*, 35 Ct. Cl. 42 (Ct. Cl. 1900)


Secondary

Adams, Ephraim.  "British Correspondence Concerning Texas," *Southwestern Historical Quarterly* (1914)

Alvarez, C.J.  *Border Land, Border Water: A History of Construction on the US-Mexico Divide.* Austin: University of Texas Press, 2019

Anonymous.  "The Barge Canal System." *Rochester History* 72:1 (2010)

Anonymous. "Vara," Handbook of Texas Online, accessed April 19, 2024, https://www.tshaonline.org/handbook/entries/vara

Bennicof, Tad.  "Jean Luis Berlandier: The Path from Geneva to Mexico." *Smithsonian Institution Archives* June 5, 2014, https://siarchives.si.edu/blog/jean-louis-berlandier-path-geneva-mexico (accessed May 5, 2024)

Bogener, Stephen.  *Ditches Across the Desert: Irrigation in the Lower Pecos Valley* (Lubbock: Texas Tech Press, 2003

Carlson, Alvar Ward.  "Rural Settlement Patterns in the San Luis Valley: A Comparative Study" *Colorado Heritage* 44:2 (1967)

Clark, Ira.  "The Elephant Butte Controversy: A Chapter in the Emergence of Federal Water Law." *Journal of American History* 61:4 (March 1975)

Dewey, Alicia.  *Pesos and Dollars*: *Entrepreneurs in the Texas-Mexico Borderlands*, 1880-1940/ College Station: Texas A & M Press, 2014

Degroot, Dagomar.  *The Frigid Golden Age: Climate Change, the Little Ice Age, and the Dutch Republic, 1560–1720*.  New York: Cambridge University Press, 2019

Calderón, Roberto.  *Mexican Coal Minin Labor in Texas and Coahuila, 1880-1930*.  College Station: Texas A & M Press, 2000

Clark, Ira.  "The Elephant Butte Controversy: A Chapter in the Emergence of Federal Water Law." *Journal of American History* 61:4 (March 1975)

Crimmins, M.L..  "Two Thousand Miles by Boat in the Rio Grande in 1850." *Sul Ross State Teachers College, Bulletin 48,* West Texas Historical and Scientific Association, Number 5, (December 1, 1933)

Covarrubias V., José. "Tadeo Ortiz y Ayala," *Historiografía Mexicana: Volumen III. El Surgimiento de la historiografía nacional*, ed. Juan Ortega Y Medina y Rosa Camelo. Mexico City: Universidad Nacional Autónoma de México, Instituto de Investigaciones Históricas, 1997

Davenport, Harbert. "Notes on Early Steamboating on the Rio Grande," *Southwestern Historical Quarterly* (October 1945): 286-89

DeBuys, William. *Enchantment and Exploitation: The Life and Hard Times of a New Mexico Mountain Range*. Albuquerque: University of New Mexico Press, 1985

de la Torre Villar, Ernesto. "Fray Vicente de Santa María y Su Relaciòn Històrica," in *Conciencia y autenticidad històricas, escitors en homenaje a Edmuno O'Gorman*, ed. Juan Antonio Ortega y Medina (Mexico City: Universidad Nacional Autonoma de Mexico, Institute de Investigaciones Historicas, 2018): 365-398

Dewey, Alica. *Pesos and Dollars: Entrepreneurs* in the Texas-Mexico Borderlands, 1880-1940. College Station: Texas A & M Press, 2014

Escobedo, Santiago. "Iron Men and Wooden Carts: Tejano Freighters during the Civil War." *Journal of South Texas* 17:2 (2004)

Gesick, John. "The 1855 Callahan Raid into Mexico: Pursuing Indians or Hunting Slaves?," *The Journal of Big Bend Studies* 19 (2007)

García, Clotilde P.. "Escandon, José de," Handbook of Texas Online, accessed March 2, 2024, https://www.tshaonline.org/handbook/entries/escandon-jose-de

Gilpin, Laura. *Rio Grande: River of Destiny.* New York: Duell, Sloan & Pearce, 1949.

González Salas, Carlos. "Dos Cronistas Franciscanos del Nuevo Santander: Simón del Hierro y Vicente de Santa María." In *Humanitas: Anuario del Centro de Estudios Humanísticos*. Monterrey: Universidad Autónoma de Nuevo León, 1977: 427-437

González de Quiroga, Miguel Ángel. *War and Peace on the Rio Grande Frontier*, 1830-1880. Norman: University of Oklahoma Press, 2022

Hartmann, Clinton P.. "Berlandier, Jean Louis," *Handbook of Texas Online*, accessed May 05, 2024, https://www.tshaonline.org/handbook/entries/berlandier-jean-louis

Herrera Perez, Octavio *La zona libre : excepción fiscal y conformación histórica de la frontera norte de México /. Mexi*co City: Secretaría de Relaciones Exteriores, 2000

Herrera Perez, Octavio. *El Noreste Cartográfico: Configuración Histórica de una Región*. Fondo Editorial de Nuevo León, 2008

Hester, Thomas.  "Aboriginal Watercraft on the Lower Rio Grande of Texas." *The Masterkey* 46 (1972)

Horgan, Paul.  *Great River*: *The Rio Grande in North American History.*  New York: Rinehart, 1954

Hudson, Linda.  *Mistress of Manifest Destiny*.  Austin: Texas State Historical Association, 2001

Kelley, Pat.  *River of Lost Dreams: Navigation on the Rio Grande.*  Lincoln: University of Nebraska Press, 1986

Kerrigan, William T.. "Race, Expansion, and Slavery in Eagle Pass, Texas, 1852." *Southwestern Historical Quarterly* 101:3 (January 1998): 275-301

Kinniard, Lawrence.  *The Frontiers of New Spain: Nicolás de Lafora's Description, 1766-1768*. Berkeley, California: Quivara Society, 1958

Kinsall, Al.  "Fort Duncan: Frontier Outpost on the Rio Grande."  *Journal of Big Bend Studies* 11 (1999)

Littlefield, Douglas R..  *Conflict on the Rio Grande: Water and the Law, 1879-1939.*  Norman: University of Oklahoma Press, 2008

Masters, Ben.  *The River and the Wall*.  College Station: Texas A & M University Press, 2019

Montejano, David.  "How Do Markets Trump Warfare? On the Wartime Business of Confederate Supplier Charles Stillman," *Southwestern Historical Quarterly*, Volume 127, Number 1 (July 2023)

Nichols, James.  *The Limits of Liberty: Mobility and the Making of the Eastern U.S.-Mexico Border*.  Lincoln: University of Nebraska Press, 2018

Opler, Morris E.. "Lipan Apache Navigation." *The Masterkey* 49:2 (1975)

Overfelt, Robert C..  "Del Rio, TX." Handbook of Texas Online, accessed April 24, 2024, https://www.tshaonline.org/handbook/entries/del-rio-tx

National Archives, "Homestead Act (1862)," https://www.archives.gov/milestone-documents/homestead-act#:~:text=The%20Homestead%20Act%2C%20enacted%20during,plot%20by%20cultivating%20the%20land, accessed May 9, 2024

Pingenot, Ben E., editor.  *Paso del Aguila: A Chronicle of Frontier Days on the Texas Border as Recorded in the Memoirs of Jesse Sumpter*.  Austin: Encino Press, 1969

Rebert, Paula.  *La Gran Línea: Mapping the United States - Mexico Boundary, 1849-1857.* Austin: University of Texas Press, 2001

Sibley, Marilyn McAdams.  *The Port of Houston: A History.*  Austin: University of Texas Press, 1968

Steck, Francis Borgia.  "Forerunners of Captain De Leon's Expedition to Texas, 1670-1675." *Southwestern Historical Quarterly* 36:1 (July 1932)

Stiller, David.  *Water and Agriculture in Colorado and the American West: First In Line for the Rio Grande.*  Reno: University of Nevada Press, 2021

Thompson, Richard.  *Fort Duncan, Texas, Rock of the Rio Grande.*  Eagle Pass: n.p., 2004

Tyler, Ronnie C..  "Cotton on the Border, 1861-5."  *Southwestern Historical Quarterly* 73:4 (April 1970): 456-477

United States Army Corps of Engineers. *Navigability study of the Rio Grande (River Mile 275.5 to 610.0, Texas)*.  Mar. 31, 1975

Walter, Matt.  "Love on the Rio Grande: the 1850 Expedition by Captain Love."  *Journal of Big Bend Studies* 19 (2007)

Weddle, Robert S..  *San Juan Bautista: Gateway to Spanish Texas.*   Austin: University of Texas Press, 1968

Wood, Robert.  *John Twohig: An Extraordinary Irish Immigrant.*  San Antonio, Pecan Grove Press, 2009

Court Documents

Order (Dkt. No. 50), *United States v. Abbott, et al.*, Case No. 1:23-cv-853 (W.D. Tex. Sep. 6, 2023)

Opinion (Dkt. No. 98-1), *United States v. Abbott, et al.*, Case No. 23-50632 (5th Cir. Dec. 1, 2023)

Mot. (Dkt. No. 62), *United States v. Abbott, et al.*, Case No. 1-23-cv-853 (W.D. Tex. Dec. 6, 2023)

Appeal (Dkt. No. 131-1), *United States v. Abbott, et al.*, Case No. 23-50632 (5th Cir. Jan. 27, 2024)

Order (Dkt. No. 142-1), *United States v. Abbott, et al.*, Case No. 23-50632 (5th Cir. Feb. 9, 2023)

**Appendix B: Map of Lower Rio Grande**



# LOWER RIO GRANDE RIVER

CONFLUENCE WITH RIO CONCHOS

PRESENT-DAY BIG BEND NATIONAL PARK

CONFLUENCE WITH RIO PECOS

RIO PECOS

DEVIL'S RIVER

CONFLUENCE WITH DEVIL'S RIVER

RIO GRANDE

AMISTAD DAM
Del Rio/Ciudad Acuña

TEXAS

Austin

Houston

San Antonio

LAS MORAS CREEK

Piedras Negras    Eagle Pass

RIO ESCONDIDO

San Juan Bautista/ Presidio del Rio Grande

Kingsbury Falls/Las Isletas

CHIHUAHUA

COAHUILA

Corpus Christi

Laredo

Hacienda de Dolores

RIO GRANDE

San Ygnacio

FALCON DAM

Revilla

Roma

NEUVO LEÓN

Mier

Camargo

Port Isabel

Brownsville

RIO GRANDE

GULF OF MEXICO

Reynosa

Matamoros

Monterrey

TAMAULIPAS

Tampico

TEXAS

MEXICO

EAGLE PASS

MAP DESIGN BY ZACHARY AMMERMAN | WWW.ZACHARYAMMERMAN.COM

**Appendix C: Lower Rio Grande Timeline**

| | |
|---|---|
| 1675 | Fernando del Bosque Describes Rio Grande at or Near Present-Day Eagle Pass as "Very Copious" and "Very Wide" |
| 1700 | San Juan Bautista (later Presidio del Rio Grande) Founded, Approximately 30 Miles Downriver from Present-Day Eagle Pass |
| 1700s onward | Lipan Watercraft Used on Rio Grande |
| 1821 | Independence of Mexico (Including Texas as a Territory) |
| | Anglo Americans Begin Settling in Texas |
| 1824 | Mexican Constitution Joins Texas and Coahuila in a Single State |
| 1828 | River Transit Monopoly and Concession Granted by Tamaulipas, Nuevo Leon, Coahuila y Tejas, Chihuahua State Governments |
| 1828 | Jean Luis Berlandier Reports Boats Upstream from Site of Future Eagle Pass, Predicts Future Navigation Network |
| 1831 | Ortiz y Ayala Advocates Greater Use of Rio Grande, Building of Infrastructure |
| | Alpheus Rackliffe Reports Survey of River Upstream from Big Bend, Starting from Laredo or Lower; Begins Running Keel Boats Downriver from Presidio del Rio Grande |
| 1834 | Settlers Travelling Overland Reach Rio Grande and Texas Land Company Colony Slightly Northeast of Current Del Rio, Plan Steam Boat and Flat Boat Navigation on Rio Grande up to Confluence with Las Mora Creek |
| 1835 | Outbreak of Violence against Central Government Agents Marks Start of Texas Independence, Brings Economic Chaos and Disruption to Rio Grande |
| 1836 | Texas Wins Independence from Mexico |
| 1845 | Texas Admitted to the Union |

| | |
|---|---|
| 1846-8 | U.S.-Mexico War |
| 1848 | Treaty of Guadalupe Hidalgo Makes the Rio Grande an International Border |
| 1849 | Founding of Eagle Pass and Piedras Negras |
| 1850 | Expedition Led by Harry Love Brings Boat *Major Babbitt* from South of Laredo to Upriver from Eagle Pass, Identifies Improvements to Expedite Navigation |
| 1850 | Smith Expedition Takes Boat from Rio Grande City Upriver to Beyond Pecos River Confluence |
| 1850-2 | Jane Cazneau Leaves Detailed Record of Frequent Use of Rio Grande for Commerce, Recreation in Eagle Pass Area |
| 1853 | Emory Border Mapping Expedition Depicts Numerous Watercraft at Eagle Pass |
| 1855 | Retreating Texas Rangers Transport Men, Supplies up Rio Grande from Near Piedras Negras to Fort Duncan |
| 1860 | U.S. Census Identifies Multiple Workers in Navigation Sector Residing in Eagle Pass |
| 1860s | Diversion of Water for Irrigation in Headwaters Reduces Flow in Texas Portion of River by Two Feet |
| 1861-5 | Eagle Pass Becomes Key Port for Confederacy's Export of Cotton to Mexico during Civil War; 57,467 Bales of Cotton Valued at over $17 Million ($442 Million in 2024 Dollars) in 1863 Alone |
| 1870 | U.S. Census Again Identifies Multiple Workers in Navigation Sector Residing in Eagle Pass |
| 1880 | U.S. Census Again Identifies Multiple Workers in Navigation Sector Residing in Eagle Pass |
| 1881 | U.S. Consul in Piedras Negras Reports $479,170 [$12,481,771 in 2024 dollars] of Trade Transported into Mexico via Rio Grande at Eagle Pass-Piedras Negras |
| 1882 | Railroad Connects Eagle Pass to San Antonio Inland and to Piedras Negras via Bridge |

2

| | |
|---|---|
| 1883 | Town Later Named Del Rio Established |
| 1886 | Two Ferry Companies Based in Eagle Pass Enter into Legal Dispute |
| 1887 | Construction Begins on Pecos River Reservoir and Irrigation Network |
| 1890 | Passenger and Carriage Bridge Linking Eagle Pass and Piedras Negras Opens in April; a Flood Destroys It in September |
| 1894 | Second Reservoir and Irrigation Infrastructure Completed on Pecos River |
| 1905 | Bureau of Reclamation Begins Expanding Dams and Irrigation Systems on Pecos |
| 1916 | Elephant Butte Dam Completed |
| 1922 | Morris Riskind Describes Flatboats Carrying Goods at Eagle Pass When Flood Takes Out Bridge |
| 1954 | Morris Riskind Describes Flatboats Carrying Goods at Eagle Pass When Second Flood Takes Out Bridge |
| 1954 | Falcon Dam Completed |
| 1969 | Amistad Dam Completed |

**Appendix D: Johnson Resumè**

Benjamin Heber Johnson

Professor, Department of History and School of Environmental Sustainability
Loyola University Chicago
1032 W. Sheridan Road, Chicago IL 60660
Phone 773.508.3082 | Fax 773.508.3693
bjohnson25@luc.edu

## Education

Ph.D., Yale University, 2000
M.A., Yale University, 1996
B.A., summa cum laude, Carleton College, 1994

## Positions Held

Loyola University Chicago, Associate Professor, 2016-19
Loyola University Chicago, Assistant Professor 2014-16
University of Wisconsin at Milwaukee, Associate Professor, 2011-14
Southern Methodist University, Associate Professor, 2007-2011
Southern Methodist University, Assistant Professor, 2002-2007
University of Texas at San Antonio, Assistant Professor, 2001-2002
California Institute of Technology, Instructor in History, 2000-2001

## Books

*Texas: An American History.* (Yale University Press, forthcoming 2025)

*Escaping the Dark, Gray City: Fear and Hope in Progressive-Era Conservation.*
(Yale University Press, 2017)

*Bordertown: The Odyssey of an American Place.* With photographs by Jeffrey
Gusky. (Yale University Press, 2008)

*Revolution in Texas: How a Forgotten Rebellion and Its Bloody Suppression
Turned Mexicans into Americans.* (Yale University Press, 2003)

## Edited Works

"Señor Escudero Goes to Washington: Diplomacy, Indians, and the Santa Fe
Trade," by David J. Weber, *Western Historical Quarterly* 43:4 (Winter 2012):
417-435

*Major Problems in North American Borderlands History*.  Co-edited with Pekka Hämäläinen.  (Cengage Learning, 2011)

*Bridging National Borders in North America:  Transnational and Comparative Histories.*  Co-edited with Andrew Graybill.  (Duke University Press, 2010)

*Making of the American West:  People and Perspectives* (ABC-CLIO, 2007)

*Steal this University:  The Labor Movement and the Corporatization of Higher Education.*  Co-edited with Kevin Mattson and Patrick Kavanaugh.  (Routledge, 2003).

## Journal Articles and Review Essays

"American Environmentalism and the Visage of a Second Gilded Age," *Journal of the Gilded Age and Progressive Era* 19:2 (April 2020): 245-252

"A Shadow on the Past: Teaching and Studying Migration and Borders in the Age of Trump," (with Hasia Diner, Sonia Hernández, Julian Lim, Maddalena Marinari, and Elliott Young), *Journal of the Gilded Age and Progressive Era* 17:1 (January 2018): 23-55

"The Cosmic Race in Texas: Racial Fusion, White Supremacy, and Civil Rights Politics," *Journal of American History* 98 (September 2011): 404-419

"Unearthing the Hidden Histories of a Borderlands Rebellion," *South Texas History* 24:1 (Spring 2011): 6-21

"Problems and Prospects in North American Borderlands History," *History Compass* 4 (2006):  1-7

"Engendering Nation and Race in the Borderlands," *Latin American Research Review* 37:1 (2002): 259-271

"The Dark Side of American Environmentalism."  *Reviews in American History* (June 2001): 215-221

"Subsistence, Class, and Conservation at the Birth of Superior National Forest." *Environmental History* 4:1 (January 1999).  Republished in Louis Warren, ed., *American Environmental History* (Blackwell, 2003).

## Chapters in Anthologies and Encyclopedias

"Refusing to Forget" (with Trinidad Gonzales and Monica Muñoz Martinez), in *Reverberations of Racial Violence: Critical Reflections on U.S. History*, eds. John Morán González and Sonia Hernández (University of Texas Press, 2021).

"Reconstructing North America:  The Borderlands of Juan Cortina and Louis Riel in an Age of National Consolidation," in *Remaking North American Sovereignty*, eds. Jewel Spangler and Frank Towers (Fordham University Press, 2020)

"The Mexican Revolution," in *Oxford Research Encyclopedia of American History* (December, 2018)

"Environment:  Nature, Conservation, and the Progressive State," in *Wiley-Blackwell Companion to the Gilded Age and Progressive Era: The Making of Modern America*, eds. Nancy Unger and Christopher McKnight Nichols (Wiley-Blackwell, 2017)

"Negotiating North America's New National Borders," in *Borderlands in World History, 1700-1914*, eds. Paul Readman, Cynthia Radding, and Chad Bryant (Palgrave, 2014)

Co-author (with Andrew Graybill), "Borders and Their Historians in North America," in Graybill and Johnson, eds., *Bridging National Borders in North America* (Duke University Press, 2010)

"Conservation Reconsidered," in William Deverell and David Igler, eds., *Blackwell Companion to California History* (Blackwell, 2008)

"Wilderness Parks and Their Discontents," in Michael Lewis, ed., *American Wilderness* (Oxford University Press, 2007): 113-130

"Environment and Ecology," in Mark Busby, ed., *The Southwest: The Greenwood Encyclopedia of American Regional Cultures* (Greenwood, 2004): 81-109

"The Plan de San Diego and the Making of the Modern Texas-Mexico Borderlands," in Samuel Truett and Elliott Young, eds., *Continental Crossroads: Frontiers, Borders and Transnational History in the US-Mexico Borderlands, 1821-1940*.  (Duke University Press, 2004)

"The Drain-o of Higher Education: Casual Labor and University Teaching," in Benjamin Johnson, Kevin Mattson, and Patrick Kavanaugh, eds., *Steal This University: The Labor Movement and the Corporatization of Higher Education.* (Routledge, 2003)

"Red Populism?  T.A. Bland, Agrarian Radicalism, and the Debate over the Dawes Act."  In *The Countryside in the Age of the Modern State:  Essays in Twentieth-Century Rural Political History*, eds. Catherine McNicol Stock and Robert D. Johnston (Cornell University Press, 2001)

Co-author (with Thomas McCarthy), "Graduate Student Organizing at Yale and the Future of the Labor Movement in Higher Education."  *Social Policy* 30:4 (Summer 2000)

Co-author (with Thomas McCarthy), "Teaching Assistants and the Casualization of Academic Labor."  *Thought and Action* (May 2000)

## Other Publications

"Harvard Faculty Have a Rare Chance to Act in Solidarity with Striking Student Workers," (with Robert D. Johnston), *The Nation,* December 10, 2019

"Introduction:  Re-creating the 'Bisbee Deportation' on Film," *American Historical Review* 124:3 (June 2019): 955-958

"Pasó Por Aquí:  David Weber, the Borderlands, and Beyond," *Southern California Quarterly* 93:3 (Fall 2011): 341-5

"The WHA and the Need to Incorporate Conflict," *Western Historical Quarterly* 38:3 (Autumn 2007): 329-331.

"Legacies of Forgotten Rebellion Linger," *Dallas Morning News*, May 16, 2005

"The Other Texas Revolution," *Houston Chronicle*, April 9, 2004

"Forestry," "Lumber Industry," "Irrigation," "Water Pollution," "California Gold Rush," and "United Farm Workers," *Dictionary of American History*.  Scribner's Sons, 2003.

"Segregation and Steel."  Book review article on Diane McWhorter's *Carry Me Home* for *Texas Observer*, December 7, 2001.

"The United States Rejoins the Americas."  Book review article on Mike Davis' *Magical Urbanism:  Latinos Reinvent the Big U.S. City* for *Texas Observer*, October 6, 2000.

"Celebrating Our New Rulers."  Book review article on David *Brooks' Bobos in Paradise:  The New Upper Class and How They Got There* for *Texas Observer*, February 2001

**Reviews**

Lacy Johnson and Cheryl Beckett, eds., *More City than Water: A Houston Flood Atlas*.  Book review for the *Southwestern Historical Quarterly* (2023)

Kelly Lytle Hernández, *Bad Mexicans:  Race, Empire, and Revolution in the Borderlands*.  Book review for the *Southwestern Historical Quarterly* (2022)

Walter Prescott Webb, *A Texan's Story*, ed. Michael Collins.  Book review for the *American Historical Review* (2022)

Greg Grandin, *The End of the Myth: From the Frontier to the Border Wall in the Mind of America*.  Book review for the *American Historical Review* (2020)

Torre Olson, *Agrarian Crossings: Reformers and the Remaking of the US and Mexican Countryside*.  Book review for the *Journal of American History* (2019)

Theodore Catton, *Rainy Lake House: Twilight of Empire on the Northern Frontier*.  Book review for *Montana:  The Magazine of Western History* (2018).

Charles H. Harris III and Louis R. Sadler, *The Plan de San Diego: Tejano Rebellion, Mexican Intrigue*.  Book review for the *Hispanic American Historical Review* 94:2 (2014): 351-3

Kornel Chang, *Pacific Connections:  The Making of the U.S.-Canadian Borderlands*. Book review for H-Diplo Roundtable, March 2014.

Katherine Benton-Cohen, *Borderline Americans:  Racial Division and Labor War in the Arizona Borderlands*.  Book review for *Journal of the Gilded Age and Progressive Era* (April/May 2010)

Casey Walsh, *Building the Borderlands:  A Transnational History of Irrigated Cotton along the Mexico-Texas Border*.  Book review for *Western Historical Quarterly* (Autumn 2009).

Jerry Thompson, *Cortina:  Defending the Mexican Name in Texas*.  Book review for the *Hispanic American Historical Review* (May 2009)

Gary Clayton Anderson, *The Conquest of Texas:  Ethnic Cleansing in the Promised Land, 1820-1875*.  Book Review for *Western Historical Quarterly* (Spring 2007)

Irving W. Levinson. *Wars within Wars: Mexican Guerrillas, Domestic Elites, and the United States of America, 1846–1848.*  Book review for *American Historical Review* (April 2006)

Jerry Thompson and Lawrence T. Jones III, *Civil War and Revolution on the Rio Grande Frontier: A Narrative and Photographic History*.  Book review for *Journal of Southern History* (Spring 2006)

Charles Harris III and Louis R. Sadler, *The Texas Rangers and the Mexican Revolution: The Bloodiest Decade, 1910-1920*.  Book review for *Southwestern Historical Quarterly* (Fall 2005)

Elliott Young, *Catarino Garza's Revolution on the Texas-Mexico Border*. Book review for *Texas Books in Review* (Fall 2005)

Char Miller, ed., *On the Border: An Environmental History of San Antonio*.  Book Review for H-Enviro (September 2004)

Patrick J. Carroll, *Felix Longoria's Wake: Bereavement, Racism and the Rise of Mexican American Activism*.  Book review for *The Register of the Kentucky Historical Society* (Spring 2003)

Michael Lind, *Made in Texas: George W. Bush and the Southern Takeover of American Politics*.  Book Review for *Texas Books in Review* (Summer 2003)

John L. Kessell, *Spain in the Southwest: A Narrative History of Colonial New Mexico, Arizona, Texas, and California*.  Book review for *Southern California Quarterly* (2003)

William Shutkin, *The Land that Could Be: Environmentalism and Democracy in the Twenty-First Century*.  Book review for *Culture and Agriculture* (2003)

Murray Wickett, *Contested Territory: Whites, Native Americans and African Americans in Oklahoma, 1865-1907*.  Book review for *Journal of American Ethnic History* (2003)

William Henry Kellar, *Make Haste Slowly: Moderates, Conservatives, and School Desegregation in Houston*.  Book review for *Texas Books in Review* (Spring 2003)

Dennis Shirley, *Valley Interfaith and School Reform: Organizing for Power in South Texas*.  Book review for *Texas Books in Review* (Fall/Winter 2002)

Neil Foley, *The White Scourge*.  Book review for the *Hispanic American Historical Review* (2000)

Nigel Sellars, *Oil, Wheat, and Wobblies*.  Book review for *The Annals of Iowa* (2000)

Robert Woodmansee Herr and Richard Herr, *An American Family in the Mexican Revolution*.  Book review in the *New Mexico Historical Review* (2000)

## Presentations and Papers

"The State of Texas History," keynote presentation at Historical Studies of Texas symposium, sponsored by Yale University's Center for Race, Indigeneity, and Transnational Migration, Austin, Texas February 2024

"Landmark Exhibit," roundtable presentation at opening of "Life and Death on the Border," exhibit at South Texas College, McAllen, Texas, February 2023.

"Refusing to Forget," presentation at Texas Ranger Summit, Schreiner University, Kerrville, Texas, November 2022.

Participant, "Roundtable on the 1836 Project:  The Protocols of Myth and Places of Resistance in Narratives of Texas History," Western History Association Annual Conference, San Antonio, Texas, October 2022

 "State Violence, Detention, and Separation in America's Past and Present," roundtable participant, Organization of American Historians Annual Meeting, April 2022

"A Brief History of Bar-B-Q," Heidelberg Center for American Studies, July 2021

"The Strange Careers of Racial Violence Along the U.S.-Mexico Border," presentation for Heidelberg Center for American Studies, MAS/PhD Colloquium, January 2021

"Refusing to Forget: A Conversation about anti-Mexican Violence," panel presentation at Mexican American Civil Rights Institute, San Antonio, Texas, November 2020

"Graduate Student Lightning Round," commentator, Western History Association Annual Meeting, October 2020

"Refusing to Forget Border Violence," talk at "Monumental Resistance:  Public History and Social Justice," DePaul University Museum of Art, November 2019

"Telling Border Histories in the Age of Trump," University of Texas at San Antonio, October 2018

"The Strange Career of Puerto Rico and American Liberalism," Newberry Library Colloquium, May 2018

 "The Dark Side of American Environmentalism:  Were Early Wilderness Advocates White Supremacists?" Oakton Community College, November 2017

Chair and Comment, "Reform in the Progressive Era: A Primer on Dissent," American Studies Association Annual Meeting, November 2017

Comment on "Risky Business: How the Rhetoric of Capitalism Made Environmental Risk Palatable for Twentieth-Century Texas Oil Communities," Newberry Seminar in Labor History, May 2017

Comment and Panel Chair, "Bodies in Motion: State Deportation on the U.S.-Canadian Border in the Early Twentieth Century," Organization of American Historians, April 2017

"Promises and Pitfalls of a Politically-Engaged Classroom," Focus on Teaching and Learning, Loyola University Chicago, January 2017

"The Conflicted Legacies of John Muir," Illinois Audubon Society, Lake/Cook Chapter, September 2015

"Reconstructing North America:  Borderlands in the Age of National Consolidation," Reconstructing North American Sovereignty Conference, Banff, Canada, August 2015

"Wilderness and Its Discontents in American History," Institute for Environmental Sustainability, Loyola University Chicago, April 2015

Panel Chair, "A Century Later: Old Memories and New Interpretations of the 1915-1919 Border Violence." Texas State Historical Association, March 2015

Comment, "Borderlandscapes of the Rio Grande," Western History Association Annual Conference, October 2014

Comment and Panel Chair, "Internationalizing Mexican American Civil & Human Rights Struggles," Organization of American Historians Annual Conference, San Francisco, April 2013

"The Environmental Movement," Newberry Teachers' Consortium, Newberry Library, Chicago, February 2013

"Progressives, Parks, and People," Chicago Teachers as Scholars, Newberry Library, Chicago, February 2013

Comment and Panel Chair, "Hybridity in Urban Environments," Western Historical Association Annual Conference, Denver, October 2012

"The Border and the Mexican Revolution" and "World War I," American Dreams Teaching American History Summer Institute, Chicago Metro History Education Center, July 2012

"Negotiating North America's New National Borders," Borderlands as Physical Reality:  Producing Place in the Eighteenth and Nineteenth Centuries, Kings College London, October 2011

"The Plan de San Diego:  Unearthing the Hidden Histories of a Borderlands Rebellion," Teaching of History Conference, University of North Texas, September 2011

"The Line That Divides:  How the Mexican Revolution Re-Made the U.S.-Mexico Border," for "Creating an Archetype:  The Influence of the Mexican Revolution in the United States," Smithsonian National Museum of American History, September 2010

"*Revolution in Texas* in Retrospect," Lamar Center for the Study of Frontier and Borders, Yale University, September 2010

"Unearthing the Hidden Histories of a Borderlands Rebellion," Texas & M Kingsville, April 2010

"The Mexican Revolution, South Texas, and the United States," University of Texas-Pan American, March 2010

"Bordertown:  Odyssey of an American Place," Town and Gown Lecture Series, SMU, November 2009

"Mexican America," Godbey Lecture Series, SMU, November 2009

"Border Town: Histories from an American Place," Godbey Lecture Series, SMU, October 2009

"Bordertown:  Odyssey of an American Place," at Dallas Humanities Institute, October 2008

"Bordertown:  Odyssey of an American Place," at Texas Book Festival, Austin, Texas, November 2008

"Bordertown:  Roma, a Frontier Redefined," Roma, Texas, December 2008

"Borderlands and the Making of the American West," The West and the Shaping of America:  A Teacher's Institute, Texas Christian University, May 2007

"The Problem of Statelessness and the Origins of LULAC," Gay LULAC Chapter Meeting, Dallas, November 2006

"The Plan of San Diego," Casa Linda Public Library, Dallas, September 2006.

"Becoming American:  How a Doomed Rebellion Turned Mexicans Into American Citizens," California State University, Long Beach, April 2006

"How South Texas Changed America:  A Doomed Rebellion that Turned Mexicans into Americans," Texas A & M Corpus Christi, March 2006

"Rethinking Conservation:  City, Suburb, and Countryside in Progressive-Era Los Angeles," Western History Seminar, Autry National Center, February, 2006

Commentary on "Race, Nation, and Incorporation in Nineteenth-Century North America," American Historical Association Annual Meeting, Philadelphia, Pennsylvania, January 2006

Panelist, "The Wind that Swept Mexico:  Views of the Mexican Revolution," Texas Book Festival, Austin, Texas, October 2005

"The Cosmic Race in Texas:  Intermarriage, White Supremacy, and Civil Rights Politics," Western History Association Annual Meeting, Scottsdale, Arizona, October 2005

"Borderlands: Mexicans and the Shaping of Texas History," Teaching History Conference, University of North Texas, September 2005

"Becoming American:  How a Doomed Rebellion Turned Mexicans Into American Citizens," Brookhaven Community College, September 2005

Commentary on "Struggle for Rights:  Black Populists and Texas Suffragists," Texas State Historical Association, Annual Meeting, Ft. Worth, Texas, March 2005

"The Plan of San Diego," San Antonio College, March 2005

"Forget the Alamo:  How a Doomed Rebellion Turned Mexicans Into American Citizens," Old City Park, Dallas, Texas, November 2004

Commentary on "Vigilantism, Lynching, and Citizenship in the Southwest, 1870-1921," Western History Association Annual Meeting, Las Vegas, Nevada, October 2004

"Becoming American:  How a Doomed Rebellion Turned Mexicans Into American Citizens," Museum of South Texas History, Edinburg, Texas, September 2004

"Revolution in Texas:  How a Doomed Rebellion Turned Mexicans Into American Citizens," Kenedy Ranch Historical Museum, Sarita, Texas, September 2004

"Becoming American:  How a Doomed Rebellion Turned Mexicans Into American Citizens," SMU-in-Taos Summer Lecture Series, July 2004

"The Cosmic Race in Texas:  Mexican American Politics and Transnational Identities," American Historical Association Annual Meeting, Washington, D.C., January 2004

"Nature, Modernism, and the Control of Space in Progressive America," paper delivered to Dallas Area Social Historians, Dallas, Texas, December 2003

"Citizenship, Transnationalism, and the Making of Mexican American Politics," in "Citizenship Unbound," Symposium at the Glasscock Humanities Center, Texas A & M University, November 2003

"From American History to Texana:  Webb, Paredes, the Rangers, and the Decline of Texas History," Western Historical Association Annual Meeting, Ft. Worth, Texas, October 2003

"The Strange Career of Citizenship in South Texas," Cornell University, Institute for Latino Studies, March 10, 2003

"The Plan de San Diego, the United States Army, and the Question of Citizenship," Texas State Historical Association Annual Meeting, El Paso, Texas, March 2003

"The Other Texas Revolution:  Aniceto Pizaña's Memories of the Plan de San Diego Uprising," South Texas Ranching Heritage Symposium, Kingsville, TX, February 2002

"The Other Texas Revolution."  Hispanic Genealogical Society, Houston Texas, September 15, 2001

"The Plan de San Diego as Tejano Civil War," paper presentation at the Western Historical Association Annual Meeting, San Antonio, Texas, October, 2000

 "Red Populism?  T.A. Bland, Agrarian Radicalism, and the Debate over the Dawes Act," paper presentation at American Historical Association, Chicago, Illinois, 2000

"The Plan de San Diego as Tejano Civil War," paper presentation at X Reuniòn de Historiadores Mexicanos y Norteamericanos, Fort Worth, Texas, 1999

"Sedition and Citizenship in South Texas," paper presentation at "Contested Terrain:  Five Centuries of Communities Staking Their Claims on the Land," Beinecke Library, Yale University, 1998

"Conservation and Class in Superior National Forest," paper presented at Graduate Student History Conference, Cornell University, 1997

"Red Populism?  T.A. Bland, Agrarian Radicalism, and the Debate over the Dawes Act," paper presented at Western Historical Association Conference, Lincoln, Nebraska, 1996

**Courses Taught**

Climate and History
Environmental Justice
Global History Since 1500
Latina/o History
Global Studies:  Economics and the Environment
Theory of History and Historiography
Graduate Seminar in Global History
Civil Rights:  Our Unfinished Revolution
Searching for the American Dream:  Immigration and Ethnicity
Human History of Natural Disaster in America
North American Borders
Modern U.S.-Mexican Borderlands
Out of Many:  The U.S. through 1877
Out of Many:  The U.S. Since 1877
Global and Comparative Environmental History
North American Environmental History
The American Indian
The Problem of Freedom in Modern America
Texas History
Northwoods Studies and Wilderness Research
North American Environmental History:  The Quetico-Superior
U.S. West Since 1850

**Awards and Fellowships**

Friend of History Award, Organization of American Historians, for "an institution or organization, or an individual working primarily outside college or university settings, for outstanding support for historical research, the

12

public presentation of American history, or the work of the OAH," shared with other members of Refusing to Forget (2021)

Herbert Feis Award, American Historical Association, for "distinguished contributions to public history," shared with the four other members of Refusing to Forget (2020)

Roger D. Bridge Distinguished Service Award, Society for the History of the Gilded Age and Progressive Era, for "exemplary service" to the Society (2019)

Honorable Mention, Presidents' Award, Society for the History of the Gilded Age and Progressive Era, for *Escaping the Dark, Gray City* (2018)

Lloyd Lewis Fellow in American History, Newberry Library (2018)

Autry Public History Award, Western History Association, for "Refusing to Forget" (2017)

American Association for State and Local History, Leadership in History Award for exhibit "Life and Death on the Border" (2016)

Texas Institute of Letters (inducted 2015)

National Endowment for the Humanities, Seminars for College Teachers (Project Director), 2014, 2017

Graduate School/UWM Foundation Research Award, 2013

National Endowment for the Humanities, Faculty Fellowship, 2013-14

Alliance of History Graduate Students, Award for Best Graduate Course, 2012

Pat Browne Award, Popular Culture Association, for *Bordertown*, 2009

Sam Taylor Fellowship, United Methodist Church, 2008

Summer Fellowship, National Endowment for the Humanities, March 2007

Canadian Studies Conference Grant Program, Government of Canada, awarded to support "Bridging National Borders in North America," March 2007

Finalist, Hiett Prize in the Humanities, the Dallas Institute of Humanities and Culture, March 2006

University Research Council, SMU, Faculty Travel Award, April 2006

University Research Council, SMU, Faculty Research Award, January 2006

Honorable Mention for *Revolution in Texas*, Caroline Bancroft Prize for Western History, Denver Public Library, 2004

Haynes Research Fellowship, Huntington Library, May-August 2003

SSRC Area Studies Fellowship, American Council of Learned Societies, July-December 2002.

National Endowment for the Humanities, Summer Institute Fellowship, June 2002.

Ralph W. Hidy Award, given by the Forest History Society for the best article in the journal *Environmental History*, March 2001

Marshall/Baruch Fellowship, Marshall Foundation, grant for book research, November 2000

Frederick Beinecke Prize for best dissertation in western history, Yale University, May 2000

Mellon Dissertation Fellowship, Yale University, 1999-2000

Research Travel grant, John Perry Miller Research Fund, Yale University Graduate School, 1999

Dissertation Research Grant, Mellon Foundation Grant, Yale University History Department, 1998

Beinecke Library Summer Fellowship, 1997

Research Grant, Program in Agrarian Studies, Yale University, 1997

## Administration, Service, Advising, and Curricular Development

Convenor, Concerned Texas Historians (2023-4)

Member, Faculty Council, Loyola University Chicago (2018-2022)

Secretary, Faculty Council, Loyola University Chicago (2020-2022)

Member, Promotion and Tenure Committee, College of Arts and Sciences (2020-2024)

Convenor, The Francis Project, Loyola University Chicago (2019-2020)

Chair, Environmental Policy Search Committee (School of Environmental
      Sustainability), 2020-2021

Department of History, Loyola University Chicago
      Placement Officer, Graduate Program (2014-)
      Chair, Latin America Search Committee (2016-7)
      Graduate Program Director (2024-)

Program in Latin American and Latina/o Studies, Loyola University Chicago
      Steering Committee Member, 2016-19

Center for International Education (CIE), University of Wisconsin, Milwaukee
      Committee member for new Sustainability Track, 2012
      Committee Member, Global Studies Advisory Committee (2012-14)

Center for Teaching Excellence, Southern Methodist University
      Plenary Session Speaker, Teaching Preparation Conference, 2010
      Convener, Seminar on Gerald Graff's *Clueless in Academe*, 2003

Clements Center for Southwest Studies, Southern Methodist University
      Interim Director, 2010-11
      Associate Director, 2007-2010
      Co-Editor, Library of Texas, 2008-2011
      Postdoctoral Fellow Selection Committee, 2003-2011
      Executive Committee, 2002-2011

Clements Department of History, Southern Methodist University
      Undergraduate Curriculum Committee, Department of History, 2006-2011
      Graduate Curriculum Committee, Department of History, 2006-2011

Department of Anthropology, SMU
      Environmental Anthropology Hiring Committee, 2009

Environmental Studies Program, SMU
      Environmental Center Director Hiring Committee, 2009
      Curriculum Development Committee, 2006-7

Ethnic Studies Program, University of Wisconsin, Milwaukee
      Faculty Board, 2012-14

Faculty Senate, SMU
      Senator-at-Large, Dedman College, 2007-9

Graduate Students Advised and Theses and Dissertations Directed

PhD Dissertation Director, George T. Díaz (2010), Timothy Bowman (2011); Nathan Ellstrand (2022); Catherine LiaBraaten (2023)

MA Thesis Director, Daniel Garza (2010), Paul-Michael Dusek (2012), Alexis Smith (2013)

PhD Dissertation and Exam Committees, Anne Albright, Scott Cassingham, Cherri Conley (2013), Alicia Dewey (2007), Helen McLure (2009), Christienne Macpherson, Carla Mendiola, Eduardo Morález (2011), Houston Mount (2007), Paul Nelson (2009), José Ramirez (2007), Jeffrey Schulze (2008), Jennifer Seman, Jennifer Valadez, John Weber (William and Mary, 2008), Neel Baumgardner (UT-Austin, 2013), David Romo (UT-El Paso), Andrew Dribin (UIC), Joshua Wachuta (2015), Liam Brew (2015), Chelsea Denault (2016), Meagan McChesney (2016, 2018), Sebastian Wuepper (2017), June Coyne (2018), Ella Wagner (2018), Nathan Ellstrand (2018), Megan McChesney (2019), Joshua Wachuta (2019)

MA Committee Head, Jennifer Deal (2013), Blake Kennedy (2016)

MA Committee, Paul Santa Cruz (2008), Lauren Gaines (2013)

## Professional Affiliations and Service

Committee Chair, Fishel-Calhoun Prize, Society for the History of the Gilded Age and Progressive Era (2023-4)

Committee Member, Autry Prize Committee, Western Hist. Association (2019-2021)

Co-editor, *Journal of the Gilded Age and Progressive Era* (2013-18)

Advisory Board, *American Lynching: A Documentary Film* (2004-09)

Board of Directors, Texas State Historical Association, 2010-2013

Co-Chair, Program Committee, Western History Association (2009-2011)

Co-Convenor (with Geraldo Cadava), Newberry Seminar on Borderlands and Latino History, 2012-2016

Committee Member, Bolton-Cutter Prize Committee, Western Historical Association (2009-2011)

Committee Member, Western History Association 50-Year Committee (2010)

Committee Member, DeSantis Prize, Society for the History of the Gilded Age and Progressive Era (2012-2013)

Council Member, Society for the History of the Gilded Age and Progressive Era (2011-2017)

Editorial Board, *Encyclopedia of American Environmental History* (Facts on File, 2011-15)

Editor (with Andrew Graybill), Weber Series in the New Borderlands History (University of North Carolina Press, 2012-present)

Fellow, Dallas Institute of Humanities, 2006-2009

Manuscript and Proposal Referee:
 *American Historical Review* (2012, 2021)
 Duke University Press (2008)
 *Environmental History* (2001, 2015, 2018)
 *Journal of American Studies* (2012)
 *Journal of Ethnic History* (2004)
 *Journal of the Gilded Age and Progressive Era* (2018, 2019)
 *Journal of Higher Education* (2003)
 *Journal of the Illinois State Historical Society* (2023)
 *Journal of Policy History* (2004)
 *Journal of Southern History* (2005)
 *Left History* (2019)
 *Modern American History* (2024)
 National Endowment for the Humanities (2017, 2019)
 National Science Foundation (2005)
 Oxford University Press (2002, 2005, 2007, 2009, 2015, 2022)
 *Pacific Historical Review* (2019)
 Prentice-Hall (2004)
 *Radical History Review* (2019)
 *Social Science History* (2004)
 *Southwestern Historical Quarterly* (2010, 2011, 2014, 2015)
 Texas A & M University Press (2005)
 University of Arizona Press (2003)
 University of Chicago Press (2009, 2012, 2019, 2020, 2021, 2022)
 University of Missouri Press (2021)
 University of Nebraska Press (2012)
 University of North Carolina Press (2013)
 University of Oklahoma Press (2021, 2023)
 University of Pennsylvania Press (2012)
 University of Pittsburgh Press (2019)
 University of Texas Press (2004, 2006, 2013)
 University of Virginia Press (2008)

*USAbroad: Journal of American History and Politics* (2023)
*Western Historical Quarterly* (2006, 2012, 2013, 2016)
Yale University Press (2005, 2007, 2008, 2010, 2012, 2013, 2016, 2022)

Member, Local Arrangements Committee, American Society for Environmental
History Annual Conference, Houston, Texas, March 2005

Member, Hiring Committee for U.S. Southwest/Mexican American History
Search, University of Texas at San Antonio, 2001

Organizer and Panelist, *A Teach-In on the Current Crisis*, University of Texas at
San Antonio, 2001

Secretary, Faculty Council, Loyola University Chicago (2020-22)

Tenure and/or Promotion Reviewer, Colgate University, University of California
at Berkeley, University of New Mexico, University of California at Santa
Barbara, University of California at Los Angeles, North Carolina State
University, Simon Fraser University, University of Kansas, Texas A & M
University, Georgia State University, Amherst College, Central
Washington University, University of California at Davis, University of
North Texas, University at Stony Brook, University of Texas Rio Grande
Valley, University of Virginia, George Washington University, Northern
Arizona University, Lake Forest College, Texas State University

American Historical Association; American Society for Environmental History;
Western Historical Association; Organization of American Historians
American Association of University Professors

## Other Positions

President, Loyola Lakeside AAUP Chapter (2019-2021)

Graduate Employees and Students Organization, Director of Research, 1999-2000

Associated Colleges of the Midwest Field Station, Instructor, 1997-1999

Yale University, Teaching Assistant, 1995-1997

Lifetime Learning, Inc., Writer and Researcher, 1995
Internet Companion to Public Broadcasting System series "The West"

**Appendix E – Additional Rule 26(a)(2) Disclosures**

<u>Facts and Data Considered</u>

All facts and data considered in the drafting of this report are in the sources identified in the Bibliography attached as Appendix A.

<u>Exhibits to Summarize or Support Opinions</u>

All exhibits that will be used to summarize or support the opinions contained in this report are identified in the bibliography, attached as appendices to this report, or produced with this report.

<u>Qualifications</u>

Part I of and Appendix D to this report contain my qualifications, including publications I have authored over the past 10 years.

<u>Expert Witness Testimony over Past 4 Years</u>

I have not testified as an expert witness at deposition or trial during the previous 4 years.

<u>Compensation</u>

| | |
|---|---|
| Report Preparation/Drafting and Trial Preparation | $200/hour |
| Testimony (Deposition or Trial) | $250/hour |