**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS, <br><br> *Defendants*. | No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER GRANTING MOTION TO PLACE CASE ON JURY DOCKET AND FOR TRIAL BY JURY**

Before the Court is Defendants' Opposed Motion to Place Case on Jury Docket and for Trial by Jury. After considering the motion, record, and relevant authorities, the Court hereby GRANTS the motion and ORDERS Civil Action No. 1:23-cv-00853 DAE be placed on the jury docket.

The case is set for trial by jury on _____.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David Alan Ezra
United States District Judge