United States District Court
Western District of Texas
Austin Division

UNITED STATES OF AMERICA,

   *Plaintiff*,

   v.

GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,

   *Defendants*.

No. 1:23-cv-00853-DAE

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO TAKE DEPOSITIONS ON ORAL QUESTIONS IN EXCESS OF TEN

     Before the Court is Defendants' Opposed Motion for Leave to Take Depositions on Oral Questions in Excess of Ten. After considering the motion, record, and relevant authorities, the Court hereby GRANTS the motion and allows Defendants to take depositions in excess of the 10 permitted by Fed. R. Civ. P. 30.

     SIGNED on this the _____ day of _____, 2024.

_____
Hon. Dustin M. Howell
United States District Judge