**APPENDIX**
**TABLE OF TOPICS OBJECTED TO BY AGENCY AND OBJECTION BASES**

| Amended 30(b)(6) USACE Notice – Topic | Objection Basis* |
|---|---|
| 17. Current agency policies, procedures, protocols, and regulations relating to commercial navigation, including but not limited to waterways, vessels, permits, locks, dams, dredging, civil works projects, and inspections. | B |
| 18. Agency policies, procedures, protocols, regulations, and operations relating to the Intercoastal Waterway, the Mississippi river, Tennessee-Tombigbee Waterway, Alafia River, Red River, and all ports located in Texas along the Rio Grande River. | B |
| 19. The minimum (and average) dimensions and depths the Intercoastal Waterway, the Mississippi river, Tennessee-Tombigbee Waterway, Alafia River, Red River, and all ports located in Texas along the Rio Grande River. | B |
| 20. The minimum (and average) dimensions and depths of waterways in the U.S. Maritime Transportation System, U.S. National Inland Transportation Systems, National Waterway Network, and U.S. Waterway Systems. | B |
| 27. The feasibility, reasonableness, impact, and amount of water from Amistad Reservoir necessary to raise the minimum and average dimensions and depth of the Rio Grande River between Mile Markers 275.5 and 610 to the minimum (and average) dimensions and depth of waterways in the U.S. Maritime Transportation System, U.S. National Inland Transportation Systems, National Waterway Network, and U.S. Waterway Systems. | B |
| 28. The feasibility, reasonableness, impact, and amount of water from Amistad Reservoir necessary to raise the minimum and average dimensions and depth of the Rio Grande River between Mile Markers 275.5 and 610 to the minimum dimensions of 250 feet wide and 9, 12, and 30 feet deep. | B |
| 29. The average (and minimum) dimensions and depth of the Rio Grande River between Mile Markers 275.5 and 610 if U.S. released the maximum amount of water from the Amistad Dam that it is capable of releasing at current water levels in the Amistad Reservoir. | B |
| 30. The average (and minimum) depth at each of the gauges on the Rio Grande River between Mile Markers 275.5 and 610 if U.S. released the maximum amount of water from the Amistad Dam that it is capable of releasing at current water levels in the Amistad Reservoir. | B |
| 31. Average weather and water conditions on the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present. | B |
| 33. The existing treaty obligations relating to water use of the Rio Grande River, including but not limited to prioritization of uses. | B |

---

* The objection letters correspond to the specific subsections in the Argument section of the United States' Opposed Motion for Protective Order: "A" is for 30(b)(6) topics pertaining to immigration, "border security," or "illegal" activities; "B" is for 30(b)(6) topics seeking information not known or reasonably available to the noticed agencies, information that is publicly available, or information that is overly broad or unduly burdensome.

| | |
|---|---|
| 34. All instances of vessels transporting commercial cargo up or down, or bank-to-bank, on the Rio Grande River between Mile Markers 275.5 to 610. | B |
| 35. The legality, reasonableness, and/or feasibility of releasing water from Amistad Dam or Falcon Dam for the purpose of enabling or enhancing commercial navigation on the Rio Grande River anywhere downstream of Amistad Dam. | B |
| 37. The number, location, condition, details, height, and dimensions of the weirs on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 38. The number, location, condition, details, height, and dimensions of the cableways on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 39. The number, location, condition, details, height, and dimensions of debris in the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 40. The amount of water necessary to overcome the weirs, cableways, debris, and Maverick Dam such that the Rio Grande River navigable for vessels carrying commercial cargo between Mile Markers 275.5 and 610. | B |
| 43. Any Section 10 or other construction permits ever issued by USACE or IBWC for work on the Rio Grande River. | B |
| 45. All construction projects authorized, approved, or proposed whose purpose was to facilitate illegal commercial navigation. | B |
| 55. Damage to agency vessels caused by collision or making contact with rocks, shoals, debris, weirs, dams, buoys, structures, booms, cableways, and/or any other object, while operating between Mile Markers 275.5 and 610 of the Rio Grande River from 2020 through the present. | B |
| 56. Implementation and impact of the June 4, 2024, Executive Order on border security and asylum claims by the Biden Administration on the operations on Rio Grande River between Mile Markers 275.5 and 610 from 2020. | A, B |

| Amended 30(b)(6) USCG Notice – Topic | Objection Basis* |
|---|---|
| 2. "Highways of commerce" definitions, determinations, reports, and data relating to the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 6. Agency policies, procedures, protocols, regulations, and operations relating to the Intercoastal Waterway, the Mississippi river, Tennessee-Tombigbee Waterway, Alafia River, Red River, and all ports located in Texas along the Rio Grande River. | B |
| 7. The minimum (and average) dimensions and depths the Intercoastal Waterway, the Mississippi river, Tennessee-Tombigbee Waterway, Alafia River, Red River, and all ports located in Texas along the Rio Grande River. | B |
| 8. The minimum (and average) dimensions and depths of U.S. waterways where the agency operates and conducts inspections of vessels and barges carrying commercial cargo. | B |
| 9. The minimum (and average) dimensions and depths of U.S. waterways where the agency operates and conducts inspections of vessels and barges carrying commercial cargo. | B |
| 10. The minimum (and average) dimensions and depths of waterways in the U.S. Maritime Transportation System, U.S. National Inland Transportation Systems, National Waterway Network, and U.S. Waterway Systems. | B |
| 11. Agency policies, procedures, protocols, and regulations relating to Class A vessels, Class I vessels, canoes, kayaks, airboats, commercial vessels and/or vessels or barges carrying. | B |
| 12. Current or historical use as a highway of commerce to transport goods or commodities in lawful interstate or foreign commerce on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 14. Agency policies, procedures, protocols, regulations, and operations relating to intermodal and maritime logistics, supply chain management, commodity corridors, and supply chain resilience on the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present. | B |
| 15. Specifications, recommendations, and warnings relating to agency vessels operating on the Intercoastal Waterway, the Mississippi river, Tennessee-Tombigbee Waterway, Alafia River, Red River, and all ports located in Texas along the Rio Grande River, from 2020 through the present, including length, width, passenger, capacity, weight capacity, and draft. | B |
| 25. Damage to agency vessels caused by collision or making contact with rocks, shoals, debris, weirs, dams, buoys, structures, booms, cableways, and/or any other object, while operating between Mile Markers 275.5 and 610 of the Rio Grande River from 2020 through the present. | B |

---

* The objection letters correspond to the specific subsections in the Argument section of the United States' Opposed Motion for Protective Order: "A" is for 30(b)(6) topics pertaining to immigration, "border security," or "illegal" activities; "B" is for 30(b)(6) topics seeking information not known or reasonably available to the noticed agencies, information that is publicly available, or information that is overly broad or unduly burdensome.

| | |
|---|---|
| 26. Border security on the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present, including but not limited to the impact of the buoys and razor wire installed by Texas. | A |
| 28. The number and impact of illegal people, guns, drugs, and goods entering the U.S. by crossing the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present. | A, B |
| 29. Implementation and impact of the June 4, 2024, Executive Order on border security and asylum claims by the Biden Administration on the operations on Rio Grande River between Mile Markers 275.5 and 610 from 2020. | A, B |

| Amended 30(b)(6) CBP Notice – Topic | Objection Basis* |
|---|---|
| 1. "Navigable waters" and "navigability" definitions, determinations, reports, and data relating to the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 2. "Highways of commerce" definitions and determinations, reports, and data relating to the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 3. Maritime Transportation Systems definitions and determinations relating to the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 4. Current agency policies, procedures, protocols, and regulations relating to commercial navigation, including but not limited to surveillance, interdictions, boardings, inspections, imports, customs, and ports of entry. | A, B |
| 5. The minimum (and average) dimensions and depths of U.S. waterways where the agency operates and conducts inspections of vessels and barges carrying commercial cargo. | B |
| 6. Agency policies, procedures, protocols, and regulations relating to Class A vessels, Class I vessels, canoes, kayaks, airboats, commercial vessels and/or vessels or barges carrying commercial cargo. | B |
| 7. Current or historical use as a highway of commerce to transport goods or commodities in lawful interstate or foreign commerce on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 8. Commercial navigation on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 9. Agency policies, procedures, protocols, regulations, and operations relating to intermodal and maritime logistics, supply chain management, commodity corridors, and supply chain resilience on the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present. | B |
| 10. Current agency policies, procedures, protocols, and regulations relating to recreational navigation. | B |
| 11. Imports and exports and customs data, studies, reports, and records relating to goods crossing the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present, whether through a port of entry or between a port of entry. | B |
| 12. Recreational navigation on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 15. Specifications, recommendations, and warnings relating to agency vessels operating between Mile Markers 275.5 and 610 of the Rio Grande River from 2020 through the present, including length, width, passenger, capacity, weight capacity, and draft. | B |
| 16. Marine safety unit and/or search and rescue operations on the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present. | B |

---

* The objection letters correspond to the specific subsections in the Argument section of the United States' Opposed Motion for Protective Order: "A" is for 30(b)(6) topics pertaining to immigration, "border security," or "illegal" activities; "B" is for 30(b)(6) topics seeking information not known or reasonably available to the noticed agencies, information that is publicly available, or information that is overly broad or unduly burdensome.

Case 1:23-cv-00853-DAE   Document 126-1   Filed 06/21/24   Page 6 of 9

| | |
|---|---|
| 20. Records and data relating to agency employees or contractors killed or injured while operating in the vicinity of the buoys from 2020 through the present. | A |
| 21. Damage to agency vessels caused by collision or making contact with rocks, shoals, debris, weirs, dams, buoys, structures, booms, cableways, and/or any other object, while operating between Mile Markers 275 and 610 of the Rio Grande River from 2020 through the present. | B |
| 22. Border security on the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present, including but not limited to the impact of the buoys and razor wire installed by Texas. | A |
| 24. The number and impact ~~of illegal people, guns, drugs, and~~ goods entering the U.S. by crossing the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present.<br><br>**Note**: Only objecting to stricken text. | A, B |
| 25. Implementation and impact of the June 4, 2024, Executive Order on border security and asylum claims by the Biden Administration on the operations on Rio Grande River between Mile Markers 275.5 and 610 from 2020. | A |

A-vi

| Amended 30(b)(6) USIBWC Notice – Topic | Objection Basis* |
|---|---|
| 1. "Navigable waters" and "navigability" definitions, determinations, reports, and data relating to the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 2. "Highways of commerce" definitions and determinations, reports, and data relating to the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 6. Agency policies, procedures, protocols, and regulations relating to Class A vessels, Class I vessels, canoes, kayaks, airboats, commercial vessels and/or vessels or barges carrying commercial cargo. | B |
| 7. Current or historical use as a highway of commerce to transport goods or commodities in lawful interstate or foreign commerce on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 8. Commercial navigation on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 9. Agency policies, procedures, protocols, regulations, and operations relating to intermodal and maritime logistics, supply chain management, commodity corridors, and supply chain resilience on the Rio Grande River between Mile Markers 275.5 and 610 from 2020 through the present. | B |
| 10. The process for obtaining approval for construction, projects, dredging, or any other improvement to the Rio Grande River between Mile Markers 275.5 and 610, including but not limited to studies, surveys, cost-benefit analyses, and environmental impacts assessments and studies. | B |
| 12. Gage readings between Mile Markers 275.5 and 610 from 2013 through the present. | B |
| 13. Weather conditions, including rainfall, fog, and smoke, between Mile Markers 275.5 and 610 of the Rio Grande River from 2020 through the present. | B |
| 14. The ~~feasibility, reasonableness, and~~ process of changing water priorities in the existing treaties governing the Rio Grande River between Mile Markers 275.5 and 610.<br><br>**Note**: Only objecting to stricken text – duplicate of Topic 50. | B |
| 16. The average water depths along the Rio Grande River at each gage between Mile Markers 275.5 and 610; over the past 1, 3, 5, and 10 years. | B |
| 17. The average water depths at the Amistad and Falcon reservoirs over the past 1, 3, 5, and 10 years. | B |
| 18. The average dimensions of the Rio Grande River between Mile Markers 275.5 and 610; over the past 1, 3, 5, and 10 years. | B |
| 20. The feasibility, reasonableness, impact, and amount of water from Amistad Reservoir necessary to raise the minimum and average dimensions and depth of | B |

---

* The objection letters correspond to the specific subsections in the Argument section of the United States' Opposed Motion for Protective Order: "A" is for 30(b)(6) topics pertaining to immigration, "border security," or "illegal" activities; "B" is for 30(b)(6) topics seeking information not known or reasonably available to the noticed agencies, information that is publicly available, or information that is overly broad or unduly burdensome.

| | |
|---|---|
| the Rio Grande River between Mile Markers 275.5 and 610 to the minimum (and average) dimensions and depth of waterways in the U.S. Maritime Transportation System, U.S. National Inland Transportation Systems, National Waterway Network, and U.S. Waterway Systems. | |
| 21. The feasibility, reasonableness, impact, and amount of water from Amistad Reservoir necessary to raise the minimum and average dimensions and depth of the Rio Grande River between Mile Markers 275.5 and 610 to the minimum dimensions of 250 feet wide and 9, 12, and 30 feet deep. | B |
| 22. The average (and minimum) dimensions and depth of the Rio Grande River between Mile Markers 275.5 and 610 if U.S. released the maximum amount of water from the Amistad Dam that it is capable of releasing at current water levels in the Amistad Reservoir. | B |
| 23. The average (and minimum) depth at each of the gauges on the Rio Grande River between Mile Markers 275.5 and 610 if U.S. released the maximum amount of water from the Amistad Dam that it is capable of releasing at current water levels in the Amistad Reservoir. | B |
| 25. The legality and/or feasibility of releasing water from Amistad Dam or Falcon Dam for the purpose of enabling or enhancing commercial navigation on the Rio Grande River anywhere downstream of Amistad Dam. | B |
| 26. Mexico's current and historic compliance with their treaty obligations relating to the Rio Grande River, including but not limited to the area between Mile Markers 275.5 and 610. | B |
| 27. Any present, proposed/planned, and/or historical practical use of the Rio Grande River as a highway of commerce for goods, commodities, or trade anywhere between El Paso, Texas and the Gulf of Mexico. | B |
| 29. All instances of vessels transporting commercial cargo up or down, or bank-to-bank, on the Rio Grande River between Mile Markers 275.5 to 610. | B |
| 30. The legality, reasonableness, and/or feasibility of releasing water from Amistad Dam or Falcon Dam for the purpose of enabling or enhancing commercial navigation on the Rio Grande River anywhere downstream of Amistad Dam. | B |
| 31. The number, location, condition, details, height, and dimensions of the weirs on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 32. The number, location, condition, details, height, and dimensions of the cableways on the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 33. The number, location, condition, details, height, and dimensions of debris in the Rio Grande River between Mile Markers 275.5 and 610. | B |
| 34. The amount of water necessary to overcome the weirs, cableways, debris, and Maverick Dam such that the Rio Grande River navigable for vessels carrying commercial cargo between Mile Markers 275.5 and 610. | B |
| 35. Construction permits that have been proposed and/or approved or authorized for construction projects and/or dredging on the Rio Grande River between Mile Markers 275.5 and 610 from 2000 through the present. | B |
| 36. Any Section 10 or other construction permits ever issued by USACE or IBWC for work on the Rio Grande River. | B |

| | |
|---|---|
| 37. The processes and criteria for approval or rejection for applications for Section 10 permits, the policies and criteria that would be applicable relating to approval or rejection of any potential dredging or other improvements to the Rio Grande River or rivers or waterways under management or control of USACE to enable or enhance navigability (including feasibility, cost-benefit analyses, cost effectiveness analyses, and environmental planning and studies, engineering, installations and operational environments, civil works, geospatial research and engineering, and engineered resilient systems); 38. All construction projects authorized, approved, or proposed whose purpose was to facilitate illegal commercial navigation. | B |
| 46. Any actual navigation of the Rio Grande River that has been obstructed, harmed, or otherwise affected by the presence of the buoys. | B |
| 47. Damage to agency vessels caused by collision or making contact with rocks, shoals, debris, weirs, dams, buoys, structures, booms, cableways, and/or any other object, while operating between Mile Markers 275.5 and 610 of the Rio Grande River from 2020 through the present. | B |
| 48. Implementation and impact of the June 4, 2024, Executive Order on border security and asylum claims by the Biden Administration on the operations on Rio Grande River between Mile Markers 275.5 and 610 from 2020. | A, B |
| 50. The ~~feasibility, reasonableness, and~~ process of changing water priorities in the existing treaties governing the Rio Grande River between Mile Markers 275.5 and 610.<br><br>**Note**: Only objecting to stricken text – duplicate of Topic 14. | B |