IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>   v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>       *Defendants*. | Case No. 1:23-cv-00853-DAE |

**PLAINTIFF UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO PLACE CASE ON JURY DOCKET**

JAIME ESPARZA
UNITED STATES ATTORNEY

LANDON A. WADE
  Assistant United States Attorney
  Texas Bar No. 24098560
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
(512) 370-1255 (tel)
(512) 916-5854 (fax)
Landon.wade@usdoj.gov

TODD KIM
ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division

BRIAN H. LYNK
  Senior Trial Counsel
  DC Bar No. 459525
BRYAN HARRISON
  Trial Attorney
  FL Bar No. 106379
KIMERE J. KIMBALL
  Trial Attorney
  CA Bar No. 260660
ANDREW D. KNUDSEN
  Trial Attorney
  DC Bar No. 1019697
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (Lynk)
(202) 514-8865 (fax)
Brian.lynk@usdoj.gov

Dated: June 22, 2024

*Counsel for the United States of America*

Defendants moved to "Place Case on Jury Docket."  ECF 123 (June 21, 2024).  Plaintiff, the United States, opposes.  The Court should deny the motion for one or both reasons below:

1. There is no "jury docket" in this Court.  There are a civil and a criminal docket.  As the caption above communicates, this case was placed on the civil docket last year.  The additional thing Defendants desire access to does not exist here.  Thus, their motion is simultaneously moot, and futile.

2. The United States has separately moved to strike Defendants' jury demand and deny their advisory jury request.  ECF 125 (June 21, 2024).  That relief should be granted for reasons explained in the pertinent parts of that motion.  *Id.* at 1, 5, 16-20.  Rulings granting that relief would be a further basis to deny this motion if one were needed.

Respectfully submitted,

Dated:  June 22, 2024

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
| */s/ Landon A. Wade*<br>LANDON A. WADE<br>  Assistant United States Attorney<br>  Texas Bar No. 24098560<br>United States Attorney's Office<br>Western District of Texas<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>(512) 370-1255 (tel)<br>(512) 916-5854 (fax)<br>Landon.wade@usdoj.gov | */s/ Brian H. Lynk*<br>BRIAN H. LYNK<br>  Senior Trial Counsel<br>  DC Bar No. 459525<br>BRYAN HARRISON<br>  Trial Attorney<br>  FL Bar No. 106379<br>KIMERE J. KIMBALL<br>  Trial Attorney<br>  CA Bar No. 260660<br>ANDREW D. KNUDSEN<br>  Trial Attorney |

DC Bar No. 1019697  
U.S. Department of Justice  
Environmental Defense Section  
P.O. Box 7611  
Washington, DC 20044  
(202) 514-6187 (Lynk)  
(202) 514-8865 (fax)  
Brian.lynk@usdoj.gov  

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on June 22, 2024, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Brian Lynk*
Brian Lynk