```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
                     AUSTIN DIVISION
```

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
VS.                            ) CIVIL ACTION
                               )
GREG ABBOTT IN HIS             ) NO.: 1:23-cv-00853-DAE
CAPACITY AS  GOVERNOR OF       )
THE STATE OF TEXAS, AND        )
THE STATE OF TEXAS,            )
                               )
              Defendants.      )
        ------------------------------------

        REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

                     ADRIAN CORTEZ

                     MAY 22, 2024

        ------------------------------------

    REMOTE ORAL AND VIDEOTAPED DEPOSITION OF ADRIAN

CORTEZ, produced as a witness at the instance of the

DEFENDANT, and duly sworn, was taken in the

above-styled and numbered cause on May 22, 2024, from

9:18 a.m. to 4:40 p.m., before Vanessa J. Theisen,

CSR in and for the State of Texas, who appeared

remotely via Zoom videoconference, and reported by

machine shorthand, at the offices of the U.S.

Attorney General's Office, 700 E. San Antonio. Suite

200, El Paso, Texas 79901, pursuant to the Federal

Rules of Civil Procedure and any provisions stated on

the record or attached hereto.

**2**

```
 1              A P P E A R A N C E S
 2
 3  FOR THE UNITED STATES OF AMERICA:
 4     Mr. Bryan J. Harrison
        Trial Attorney
 5     UNITED STATES DEPARTMENT OF JUSTICE
        Environment & Natural Resources Division
 6     P.O. Box 7611
        Washington, D.C. 20044-7611
 7     (202) 307-0930
        Bryan.Harrison@usdoj.gov
 8
    FOR GREG ABBOTT IN HIS CAPACITY AS  GOVERNOR OF THE
 9  STATE OF TEXAS, AND THE STATE OF TEXAS:
10
       Mr. Johnathan Stone
11     Ms. Munera Al-Fuhaid
       Mr. Kyle Tebo
12     Special Counsel
        Office of the Attorney General
13     P.O. Box 12548, MC-009
        Austin, Texas 78711-2548
14     (512) 936-2172
        Johnathan.Stone@oag.texas.gov
15     Munera.Al-Fuhaid@oag.texas.gov
        Kyle.Tebo@oag.texas.gov
16
17  ALSO PRESENT (via Zoom Teleconference):
18
       Ms. Vanessa J. Theisen, CSR, RPR
19     Mr. David Bryant
       Consulting Expert (undisclosed name)
20     Consulting Expert (undisclosed name)
       Consulting Expert (undisclosed name)
21     Consulting Expert (undisclosed name)
       Consulting Expert (undisclosed name)
22     Ms. Kimere Kimball
       Mr. Andrew Knudsen
23     Mr. Brian Lynk
       Ms. Alexia Baker
24     Ms. Zachary Berg
25
```

**3**

```
 1              INDEX
                                        PAGE
 2  Appearances.......................... 2
 3  ADRIAN CORTEZ
 4     EXAMINATION BY MR. STONE................. 5
       EXAMINATION BY MR. HARRISON............. 235
 5     FURTHER EXAMINATION BY MR. STONE........... 237
 6
    Changes and Signature............................ 242
 7  Reporter's Certificate............................ 244
 8
              EXHIBITS
 9
    NO.  DESCRIPTION                 PAGE
11  1    Curriculum Vitae of Adrian D. Cortez... 7
12  2    Expert Report on Rio Grande Basin
         Operations............................ 20
13
    3    January 24, 2024 Expert Designation.... 25
14
    4    May 3, 2024 Expert Designation......... 26
15
    5    Table of River Mileages................ 49
16
    6    March 1975 Navigability Study,
17       Rio Grande, Tributaries and Lakes,
         Rio Grande Basin
18       River Miles 275.5 to 610..............206
19
20
21
22
```
```
23  REPORTER'S NOTE
    Quotation marks are used for clarity and do not
24  necessarily reflect a direct quote.
25
```

**4**

```
 1          THE VIDEOGRAPHER:  Today's date is
 2  May 22nd, 2024.  This is the video deposition of
 3  Adrian Cortez, in the matter of United States of
 4  America v. Greg Abbott, et al.  Our location is 700
 5  E. San Antonio, Suite 200, in El Paso, TX.
 6          We are on the record at 9:18 a.m.  My
 7  name is Leo Betancourt, and my business address is
 8  9901 Brodie Lane, Austin, TX 78748.
 9          Would all persons present please
10  introduce themselves for the record, after which the
11  officer of the court will administer the oath to the
12  witness.
13          MR. STONE:  Johnathan Stone on behalf of
14  the State of Texas.  I'm here along with my cocounsel
15  Munera and Kyle.  We're also joined on Zoom by David
16  Bryant and Alexia Baker as well as several consulting
17  experts.  Oh, and Zach Berg as well.
18          MR. HARRISON:  All right.  Good morning.
19  Brian Harrison, on behalf of the United States, in
20  person.  Remotely, I have my colleagues Brian Lynk
21  and Andrew Knudsen as well as Kimere Kimball.
22          THE REPORTER:  Okay.  Mr. Cortez, I need
23  to swear you in, please.  If you will raise your
24  right hand.
25          (Witness sworn.)
```

**5**

```
 1          ADRIAN CORTEZ,
 2  having been first duly sworn, testified as follows:
 3          EXAMINATION
 4  BY MR. STONE:
 5     Q.  Good morning, Mr. Cortez.
 6     A.  Morning.
 7     Q.  Could you state your name for the record?
 8     A.  My name is Adrian Dmitri Cortez.
 9     Q.  Mr. Cortez, have you ever testified before
10  in a case?
11     A.  I have not.
12     Q.  Have you ever given a deposition in a case
13  before?
14     A.  I have not.
15     Q.  Are you currently under the influence of any
16  medications or drugs that would impair your ability
17  to testify truthfully today?
18     A.  I am not.
19     Q.  Do you understand today that you are
20  testifying under oath, and it's the same as if you
21  were sitting today in a courtroom in Austin, Texas,
22  in front of the jury?
23     A.  Yes, I understand.
24     Q.  Do you understand that during the course of
25  the deposition, we'll take breaks probably every --
```

Adrian Cortez - 5/22/2024

6

1  every hour, but if you need to take a break at any
2  point, you can ask?
3      A. Yes.
4      Q. And do you understand that if at any point
5  you do need to take a break, if there is a question
6  that I've asked, you will need to answer the question
7  before we go on break?
8      A. Yes.
9      Q. Do you understand that you need to give oral
10  answers during the course of the deposition so the
11  court reporter can record it?
12      A. Yes.
13      Q. Do you understand that during the course of
14  the deposition, you may hear objections stated, but
15  you'll still need to go ahead and answer the
16  question?
17      A. Yes.
18      Q. During the course of the deposition, I may
19  use the term "IBWC" or "Commission."  Do you
20  understand that when I use those terms, I'm referring
21  to the International Boundary and Water Commission?
22      A. That is correct, yes.
23      Q. And, additionally, during the course of the
24  deposition, I may use terms like "Rio Grande River"
25  or "reach."  And unless I specify otherwise, do you

7

1  understand that I'm referring specifically to the
2  section between river miles 275.5 and 610?
3      A. Yes.
4      Q. Do you also understand that if any -- at any
5  point during the deposition, if any of my questions
6  are vague or difficult to understand, you can a --
7  you can let me know and ask for clarification?
8      A. Uh-huh, I do.
9      Q. Well, let's get started.
10          MR. STONE:  I'm going to drop what I'm
11  marking as Exhibit 1 in the chat, for the court
12  reporter.
13          (Cortez Exhibit 1 marked.)
14          MR. HARRISON:  Do you want to make them
15  Cortez Exhibit 1, just for ease of reference with the
16  other depositions?
17          MR. STONE:  Yes, we can do that.
18          MR. HARRISON:  Okay.
19          MR. STONE:  Let me rename it real quick.
20      Q. (BY MR. STONE)  Mr. Cortez, do you see on
21  the screen what -- apologies.
22          Can you see on the screen what we have
23  marked as Cortez Exhibit No. 1?
24      A. Yes, I can.
25      Q. Is this a copy of your CV?

8

1      A. Yes, it is.
2      Q. I understand that you have a bachelor's in
3  science, right?
4      A. That is correct.
5      Q. What is your bachelor of science degree in?
6      A. Civil engineering.
7      Q. When did you receive a bachelor of science
8  degree in civil engineering?
9      A. I believe it was 2018.
10      Q. 2018?
11      A. Sorry, not 2018.  2008.
12      Q. 2008.  I also see that you started a
13  master's degree, a master's of science in
14  environmental engineering?
15      A. That is correct.
16      Q. When did you start your master's of science
17  in environmental engineering?
18      A. Immediately after graduating with my civil
19  bachelor degree.
20      Q. In 2008?
21      A. Yes.
22      Q. How many hours towards your master's of
23  science in environmental engineering did you
24  complete?
25      A. 31 hours were completed.

9

1      Q. How many did you need to complete a master's
2  degree in civil engineering?
3      A. I believe it was around that number.
4      Q. Did you actually complete a master's of
5  science in environmental engineering?
6      A. No, I did not.
7      Q. Do you hold an engineering license?
8      A. I do not.
9      Q. Are you an engineer?
10      A. I have attained a degree in engineering, but
11  I am not employed as an engineer.
12      Q. Are you licensed to engage in the practice
13  of engineering in any jurisdiction?
14      A. I am not.
15      Q. Are you working --
16          THE REPORTER:  Hang on.  Did you say, "I
17  am not"?
18          THE WITNESS:  I am not, no.
19          THE REPORTER:  Okay.  I need you to slow
20  your answers down just a bit.
21          THE WITNESS:  Okay.
22      Q. (BY MR. STONE)  You are not currently
23  employed as an engineer at the IBWC, are you?
24      A. I am not.
25      Q. And none of your job duties at the

10

1  Commission involve the practice of engineering, do
2  they?
3      A.  No.
4      Q.  Are you giving any engineering opinions in
5  this case?
6      A.  No.
7      Q.  You are a hydrologist, right?
8      A.  That is correct.
9      Q.  What is hydrology?
10     A.  Hydrology?  So it would be the study of
11  water resources:  Where it comes from, whether it's
12  supply or drought, groundwater as well as surface
13  water, the science of the water of where it comes
14  from, and those sorts of topics.
15     Q.  What does a hydrologist do?
16     A.  A hydrologist can perform everything from
17  water resource studies -- in my case, where I'm part
18  of the Water Accounting Division, as my CV notes, it
19  can be statistical analysis of data, modeling --
20  hydraulic modeling -- sorry, not hydraulic --
21  hydrologic modeling, things of that nature.
22     Q.  You said that -- you testified that you
23  worked in the Water Accounting Division, correct?
24     A.  That is correct.
25     Q.  What is the Water Accounting Division?

11

1      A.  So it is a division of the International
2  Boundary and Water Commission under the U.S. section
3  in my position that's responsible for implementing
4  certain provisions of the 1944 Water Treaty.
5          So there's provisions that require both
6  countries to keep an accurate accounting of the
7  ownership of flows in the river, and it is the -- my
8  division's responsibility to make those
9  determinations.
10     Q.  So is it accurate to describe you as a water
11  accountant?
12     A.  That would be part of my job description,
13  yes.
14     Q.  On page 2 of Cortez Exhibit 1, under
15  Hydrologist Positions and Responsibilities, tell me
16  if I'm reading this accurately, and you should see it
17  on the screen:  "Serves as Agency SME for review and
18  certification of agency stream flow records at over
19  80 stream gages."  Did I read that accurately?
20     A.  That is correct, yes.
21     Q.  What is SME?
22     A.  That acronym there is subject matter expert.
23     Q.  When you use "SME" in your CV elsewhere, are
24  you also similarly referring to subject matter
25  expert?

12

1      A.  Yes.
2      Q.  Can you describe the review and
3  certification process for the stream flow records at
4  over 80 stream gages?
5      A.  Okay.  So it depends on the record itself
6  and location.  So in order to produce a stream flow
7  record, there is a lot of data that is collected;
8  both in the field as well from sensor technology
9  that's metering water levels would be our primary
10  collection data point.
11         So the composite of all of that can go
12  into what is a computation of a discharge record.  So
13  it would be the review of the flow records, the
14  review of the data that was collected in the field,
15  the review of the stream or the stage rating
16  curves -- so these are curves that are used to relay
17  a water level to a flow -- and the calibrations that
18  are performed using the field data in order to
19  produce a flow record.
20     Q.  You also mentioned that you provide "input
21  and guidance for management and expansion of agency
22  stream gaging program."  Do you see that up on the
23  screen?
24     A.  I do.
25     Q.  Okay.  How many stream gages have been added

13

1  to the stream gaging program as a result of your
2  input and guidance?
3      A.  I would say under two dozen, but I couldn't
4  give an exact number.
5      Q.  So prior to beginning at IBWC, there were
6  less than 60 stream gages.
7      A.  So -- that is not accurate.  So we -- so the
8  certification of stream flow gages for the agency,
9  there are only certain gages that we do a flow -- a
10  complete record for those.  There are other gages
11  that we operate that we maintain for operational
12  purposes, for flood management and monitoring, which
13  we would not perform the same steps and reviews.
14     Q.  How many stream gages were in the stream
15  gage program when you first started?
16     A.  I do not recall.
17     Q.  But it's your testimony that based on your
18  input, several dozen additional stream gages have
19  been added to the stream gaging program?
20     A.  So I'm testifying to the fact that, in my
21  recollection, we have added under two dozen
22  additional gages, but that does not imply knowledge
23  of what was before.  And, certainly, I have knowledge
24  of it; I just can't recall at this time an exact
25  number.

Adrian Cortez - 5/22/2024

14

1    Q. What are stream flow hydraulics?
2    A. Can you refer to the section that you're --
3    or is that just a general question?
4    Q. That's -- it's a general question.
5    A. Stream flow hydraulics -- so within a
6    cross-section of a river or a reach of a river, the
7    area of the actual river, as well as things like the
8    slope of the river -- you know, the land -- slope of
9    the land surface, as well as what sort of material
10   makes up the river, whether it's large gravel, rocks,
11   trees, that can slow down the water and cause it to
12   raise in level.
13         So all of that is part of stream flow
14   hydraulics and how the river moves over time.
15   Q. What is an example of a stream flow
16   hydraulics issue that you analyzed and solved on the
17   Rio Grande River?
18   A. Okay. So there's a few different instances
19   where we've had specific issues. El Indio gage,
20   which is one of the gages on the Rio Grande, we had
21   data that, upon review, we did not believe to be
22   accurate. So we had to perform some hydraulic
23   analysis within that reach in order to come up with a
24   more accurate record because we -- and at that point
25   we used multiple gages, as well as scientific study,

15

1    hydraulic equations and stuff, to come up with that
2    determination.
3    Q. What was the gage again?
4    A. The Rio Grande at El Indio.
5    Q. And what was the specific stream flow
6    hydraulics issue that presented itself in that
7    scenario?
8    A. It related to the calibration of our
9    stage-discharge curve. Upon review of the record,
10   the -- we didn't believe that the data it was
11   producing was accurate, and we did not have, due to
12   the site conditions specifically at that time, a
13   field measurement in order to verify those flows, so
14   we had to use the hydraulic equations in order to
15   make a determination.
16   Q. So the data that was being produced by the
17   gage was inaccurate?
18   A. For that specific flow regime at the time,
19   but it was a high flow.
20   Q. What data management software is used by the
21   Commission?
22   A. The Commission employs the Aquarius hydro
23   package, so it's a suite of programs produced by the
24   company Aquatic Informatics.
25         THE REPORTER: I'm sorry, Aquatic what?

16

1          THE WITNESS: Aquatic Informatics.
2          THE REPORTER: Thank you.
3    Q. (BY MR. STONE) Did you rely on the Aquatic
4    Informatics software in reaching any of your expert
5    opinions in this case?
6    A. Only thing I reviewed was the data that we
7    present publicly using that software we have
8    published on our web site.
9    Q. What is the GOES Data Collection network?
10   A. The GOES Data Collection network is a system
11   that's operated by NOAA, so it's part of the GOES
12   weather satellite, which is -- there's two or three
13   of them that are currently deployed across North
14   America as well as some down in South America.
15         As a part of that, along with all the
16   sensors, is the data collection systems. So it is a
17   system that is used by the federal primarily, and
18   then, also, you have local entities and others that
19   have access to it. And it's really used for the
20   transmission and collection of environmental data.
21   Q. You used a term there -- just for the court
22   reporter, can you -- what do you mean when you say
23   the word "NOAA"?
24   A. National Oceanic Science -- I forget the
25   full acronym, but it's the head agency for the

17

1    National Weather Service.
2    Q. Did you rely on any information from the
3    GOES Data Collection network in forming any of your
4    opinions in this case?
5    A. Only from the standpoint that the data that
6    is transmitted to the satellites and then collected
7    is part of the record that goes into the resulting
8    data that I used for this report.
9    Q. What is data ingestion software?
10   A. Could you refer to the section?
11   Q. You are an agency -- you put on here on
12   page -- let me just -- for reference here, I'll point
13   out on page 3 of your -- of Cortez Exhibit 1, under
14   the first bullet point, you have "agency subject
15   matter expert for water data -- water data management
16   software, GOES data collection network, and data
17   ingestion software." Did I read that accurately?
18   A. I believe you did, yes.
19   Q. Okay. So a minute ago I asked you what data
20   ingestion software was, right?
21   A. Uh-huh.
22   Q. And you asked me to refer you to a specific
23   section.
24   A. Uh-huh.
25   Q. So now that you've seen this section, as a

18

1  subject matter expert on it, what is data ingestion
2  software?
3      A.  So that section is referring to -- so as
4  part of the transmission process for the GOES data
5  collection network, we operate a small satellite dish
6  at our headquarters office that's monitoring every
7  day and collecting the data that's transmitted by our
8  platforms that are deployed out in the field.
9          In order to get that data into Aquarius,
10  there is a software program called Open DCS, so it's
11  Open Data Collection System.  So that ingests the
12  data that's coming off the satellite, parses it,
13  decodes it, and then supplies it to Aquarius for
14  ingest into our Aquarius database.
15      Q.  And you're a subject matter expert on the
16  Open DCS?
17      A.  Yes.
18      Q.  Okay.  Did you rely on Open DCS at all in
19  forming any of the opinions in your expert -- any of
20  your expert opinions in this case?
21      A.  It's similar to Aquarius where the data from
22  GOES goes through Open DCS and then is fed to
23  Aquarius, but not the resulting record, just to
24  clarify.
25      Q.  When you say, "not the resulting record,"

19

1  what do you mean?
2      A.  The -- I only referred to the resulting
3  record, not the individual values that are
4  transmitted through that system.
5      Q.  What is a satellite telemetry network?
6      A.  It's the same thing as the GOES data
7  collection network.
8      Q.  It's actually the same thing as GOES?
9      A.  (Nodding head up and down.)
10      Q.  Okay.  What is the RiverWare modeling
11  software?
12      A.  RiverWare is a -- it's a modeling software
13  used for operations of reservoirs, stream gages, and
14  basins used by multiple agencies, including the IBWC.
15  It has a simulation capability.  So if I have two
16  reservoir systems, I can simulate water coming in and
17  out of it, or you can have a rule-based policy level
18  where you're actually programmatically saying, "At 2
19  I do this.  At 3 I do this.  4 I do this."  And we
20  use both at the IBWC.
21      Q.  What do you use them for?
22      A.  We use it as part of our binational
23  accounting.  So that's what I referred to previously
24  where we have to determine the ownership of water.
25  So we have a monthly accounting that uses that

20

1  software.
2          It also incorporates our flood operating
3  criteria.  So if we were in a flood situation, that's
4  one of the tools we would use to manage -- to route
5  water through it and see what we need to do in order
6  to save the -- manage those flows.  And then we also
7  use it for other purposes.
8      Q.  When was the last time that you were -- this
9  segment of the Rio Grande River had flood conditions?
10      A.  Beyond localized flooding -- let's say we
11  have something that comes off a creek and impacts a
12  small region.  We last operated the reservoirs for
13  flood purposes in 2010.
14      Q.  Did you rely on the RiverWare modeling
15  software for any of your expert opinions in this
16  case?
17      A.  No.
18      Q.  Let's switch exhibits.  I'm sharing with the
19  court -- I'll give it a minute to upload -- what
20  we're marking as Cortez Exhibit 2.  This is a copy of
21  your expert report.
22          (Cortez Exhibit 2 marked.)
23      A.  Okay.
24      Q.  (BY MR. STONE)  Are you able to see it on
25  the screen here?

21

1      A.  I am, yes.
2      Q.  So I have a couple of questions I want to go
3  through with respect to your report.  I guess we
4  don't have to necessarily start here on page 37.
5  I'll go to the first page for you.
6          Does this report contain a complete
7  statement of all the opinions that you will express
8  in this case and the basis and reasons for them?
9      A.  Yes.
10      Q.  Does this report contain the facts or data
11  considered by you in forming all of your opinions in
12  this case that you will express?
13      A.  I believe so, yes.
14      Q.  Does this report contain all exhibits that
15  will be used to summarize or support all opinions
16  that you will express in this case?
17      A.  I believe so, yes.
18      Q.  Did you write this report?
19      A.  Yes, I did.
20      Q.  Did you write this report with the
21  assistance of any other person?
22      A.  No, I did not.
23      Q.  Did you use artificial intelligence in the
24  preparation of this expert report?
25      A.  I did not.

22

1          MR. HARRISON:  Just to clarify, are
2    you -- is this the supplemented report that we sent
3    yesterday, or is this the original one that you've
4    marked as Exhibit 2?  Okay.  So it is the supplement.
5    Okay, thank you.
6          Q.  (BY MR. STONE)  Approximately how many hours
7    did it take you to write this report?
8          A.  In total -- review, drafts, all that
9    stuff -- 30 to 40, but that's a guess.  Time flies
10   when you're doing this stuff.
11         Q.  30 to 40 hours?
12         A.  That's my -- that's a guess just based off
13   of what I think, but it's -- a significant amount of
14   time was spent on it.
15         MR. HARRISON:  Do we need to check the
16   door?  Can we go off real quick?
17         MR. STONE:  Okay.  Let's go off the
18   record.
19         THE VIDEOGRAPHER:  The time is 9:44 a.m.
20   We're off the record.
21         (Brief pause.)
22         THE VIDEOGRAPHER:  Time is 9:45 a.m.  We
23   are back on the record.
24         Q.  (BY MR. STONE)  So I want to ask you about
25   some of your communications with your attorneys in

23

1    this case.
2          What facts did the attorneys provide
3    you -- provide that you considered in forming the
4    opinions to be expressed in this case?
5          A.  Facts?  No facts.
6          Q.  What data did the attorneys provide that you
7    considered in forming the opinions to be expressed in
8    this case?
9          A.  No data.
10         Q.  What assumptions did the attorneys provide
11   to you that you considered in forming the opinions to
12   be expressed in this case?
13         A.  Define "assumptions."
14         Q.  "Assumptions" means things that you were
15   told to assume were true for the purposes of your
16   expert report.
17         A.  Nothing to assume true.
18         Q.  Going to page 37 of Cortez Exhibit 2, your
19   expert report, Section 11, the Documents Reviewed and
20   Referenced.  Do you see that on the screen?
21         A.  I do.
22         Q.  Are these the documents -- are the -- strike
23   that.
24         Are these the only documents that you
25   relied on in preparation for your expert report?

24

1          A.  Yes, they are.
2          Q.  Other than the documents listed in
3    Section 11, did you review any other documents or
4    information in preparation for your expert testimony
5    today?
6          A.  Nothing.
7          Q.  Did you meet with the attorneys for the U.S.
8    in preparation for your testimony today?
9          A.  Yes, we have met.
10         Q.  How many times?
11         A.  Three or four.
12         Q.  How long ago was the first meeting?
13         A.  It was last week.
14         Q.  And I'm not going to ask about the substance
15   of any of the conversations, okay?  I'm just asking
16   about the meetings.
17         When did you meet with them for the
18   first time last week?
19         A.  I believe it was last Wednesday, but I'm
20   very busy and the time flies.
21         Q.  Uh-huh.  Approximately how long did you meet
22   for?
23         A.  About a couple of hours.
24         Q.  When was the second time you met?
25         A.  It was a couple of days later, so Friday.

25

1          Q.  And how long did you meet on Friday?
2          A.  A couple of hours.
3          Q.  When was the third time you met?
4          A.  Yesterday.
5          Q.  And how long did you meet for?
6          A.  A few hours, maybe three hours.
7          Q.  You said three hours?
8          A.  Three hours, thereabout.
9          Q.  Let's see.  Two, four -- so about seven
10   hours you met total?
11         A.  That would probably be about right.
12         Q.  All right.
13         Next I'm showing you what I've marked as
14   Cortez Exhibit No. 3 --
15         THE REPORTER:  Yes.
16         (Cortez Exhibit 3 marked.)
17         Q.  (BY MR. STONE)  And let me share it on the
18   screen.  Are you able to see this document on the
19   screen clearly?
20         A.  I do, yes.
21         Q.  This document is dated January 24th, 2024,
22   right?
23         A.  Yes, that's what it says.
24         Q.  Have you seen this document before?
25         A.  I do not recall seeing it.

26

1    Q.  This is your initial expert designation.  So
2  I'm going to read the section here aloud, and just
3  tell me if I'm reading this correctly.
4        "Mr. Cortez is expected to testify
5  regarding the decision factors and procedures for
6  water releases from Amistad Dam; dam release
7  information; regional hydraulic [sic] inputs and
8  outputs; and information about water levels
9  downstream of Amistad Dam as they relate to
10  navigability."  Did I read that accurately?
11    A.  Yes.
12        THE REPORTER:  I'm sorry, what was your
13  answer?
14        THE WITNESS:  Yes.
15        THE REPORTER:  Thank you.
16    Q.  (BY MR. STONE)  Next I'm going to show what
17  I am marking as Cortez Exhibit 4.
18        (Cortez Exhibit 4 marked.)
19    Q.  (BY MR. STONE)  Do you see it on the screen
20  right here?
21    A.  Yes, I do.
22    Q.  This is the -- your amended expert
23  designation dated May 3rd, 2024.  Have you seen this
24  document before?
25    A.  I do not recall seeing it.

27

1    Q.  Okay.  I'm going to read the highlighted
2  section under your name, and tell me if I'm reading
3  it accurately.
4        "Mr. Cortez is expected to" -- hang on.
5  All right.  There we go.
6        "Mr. Cortez is expected to testify
7  regarding the decision factors and procedures for
8  water releases from Amistad Dam; dam release
9  information; regional hydrologic inputs and outputs;
10  information about water levels downstream of Amistad
11  Dam as these relate to navigability; and the USIBWC's
12  use of watercraft in support of its operations on the
13  Rio Grande."  Did I read that accurately?
14    A.  You did, I believe, yes.  Yes.
15    Q.  So are you testifying in this case as an
16  expert on any topics that are not listed in this
17  designation?
18    A.  I don't believe so, no.
19    Q.  So let's start with the top.  We're going to
20  kind of go through each of these a little bit.
21        Will you be providing expert opinions on
22  the decision factors for water releases from Amistad
23  Dam?
24    A.  Yes.
25    Q.  What are the decision factors for water

28

1  released from Amistad Dam?
2    A.  It depends on where you are in terms of the
3  storage of the dam.  So if you're under a flood
4  situation, then we have flood criteria and procedures
5  that we would follow for the evacuation of waters
6  within the flood pool.
7        If you're down below that level in the
8  conservation storage, then it relates to the water
9  that is owned by two countries who can call upon that
10  water for their use, and how that -- in the sense
11  that that -- operating dam is part of the
12  Commission's responsibility to convey those waters
13  for those stakeholders.
14    Q.  You testified a little bit ago that the last
15  time that you were in flood conditions was in 2010,
16  right?
17    A.  That is accurate, yes.
18    Q.  So is it fair to say that since 2010 you've
19  been at the water conservation levels at the -- at
20  Amistad Dam?
21    A.  At Amistad Dam?  Yes.
22    Q.  So what are the decision factors for water
23  releases from the Amistad Dam during conservation
24  water levels?
25    A.  As it relates to the physical structure of

29

1  the dam?
2    Q.  I'm sorry, what?  What do you mean the --
3  "as it relates to the physical structure of the dam"?
4    A.  Right.  So the dam itself has physical
5  limitations, right?  So your outlet works are going
6  to be at a certain elevation.  Your power pool
7  generation capability is going to be at another
8  elevation.
9        So as it respects to dam release
10  information, it would be -- and the decision-making
11  would be, with regards to that topic, whether or not
12  we can physically move the water out of the dam at
13  different elevations.  And that's part of the topics
14  and things that the Commission would be looking at.
15    Q.  So I guess what I'm trying to understand --
16  and let me just see if my question can be more
17  specific.
18    A.  Uh-huh.
19    Q.  What expert opinions do you have in this
20  case about the decision factors for water releases
21  from the Amistad Dam at conservation water levels?
22    A.  Only from the standpoint of who is making
23  those decisions.
24    Q.  And who is making those decisions?
25    A.  If it is -- if the water is owned by the

Adrian Cortez - 5/22/2024

30

1 United States, it -- that the water is under control
2 of the Texas watermaster.  And then, if it's under --
3 water that's owned by Mexico, it's in CONAGUA and
4 through their user associations and domestic laws
5 that make those determinations.
6     Q.  So the only expert opinions you have in this
7 case as it relates to the decision factors for water
8 releases from the Amistad Dam at conservation water
9 levels is that that decision is made by the TCEQ
10 watermaster?
11         MR. HARRISON:  Objection.  Form.  You
12 can answer.
13     A.  And then as how it relates to the treaty and
14 implement -- and implementation of the provisions of
15 the treaty, as there's specific guidelines on the use
16 of the water that are described in the articles of
17 the treaty and the general rules for how the dams are
18 operated.
19     Q.  (BY MR. STONE)  Okay.  So let's go through
20 those.
21         What are the decision factors for water
22 releases from the Amistad Dam at water conservation
23 levels?
24     A.  In relates to a specific or just in general?
25     Q.  In general.

31

1     A.  Okay.  So the treaty itself specifies
2 certain guideline rules in terms of how water is
3 evacuated and used -- again flood, but we haven't
4 been in flood situation.
5         And then there are also rules as it
6 relates to -- we'll used Amistad as an example.  The
7 release of water from Amistad would be for the
8 purposes of beneficial use or storing water into
9 Falcon.  And there's general operating rules also to
10 maintain Amistad at a higher conservation, since it's
11 the highest upstream international dam.
12         So the goal is -- in order to -- best
13 practices, to store water and use it as efficiently
14 as possible, you would want to keep it in your higher
15 reservoir.  And that's part of the treaty.
16     Q.  So if the TCEQ watermaster -- strike that.
17         When I use the word "TCEQ," do you
18 understand that I mean the Texas Commission -- well,
19 what do you understand I mean to mean when I say
20 "TCEQ"?
21         MR. HARRISON:  Objection.  Form.
22     A.  I understand it to be the Texas Commission
23 on Environmental Quality.
24     Q.  (BY MR. STONE)  Okay.  When you receive a
25 request for water release from the TCEQ watermaster,

32

1 what decision factors do you use to determine water
2 releases from the Amistad Dam during conservation
3 water levels?
4         MR. HARRISON:  Objection.  Form.
5     A.  We would not make any decisions.  It's their
6 water.  As long as it's physically possible to convey
7 that water, the Commission would make that release.
8     Q.  (BY MR. STONE)  So during conservation water
9 levels at Amistad Dam, when there is a water release,
10 what decision factors do you have to go through
11 before making that water release?
12     A.  Could you restate the question, just so I
13 could make sure I understood?
14     Q.  Sure.  When there is a water release done at
15 the Amistad Dam, what decision factors do you go
16 through?
17     A.  Okay.  So both countries are going to make a
18 request -- we'll say TCEQ and Mexico.  Because
19 Amistad is a power-generating facility, there are
20 decisions that are made on how the generators and
21 turbines are operated in order to release the order
22 request.
23         So if they want 20, then the power plant
24 operators will make a decision based off of how to
25 make that release through the turbines in order to

33

1 generate energy off that release well.
2     Q.  And when you say "20," what do you mean?
3     A.  I just used a figure for reference.
4     Q.  But even using that figure for reference,
5 20 -- what would it be?  20 of what?
6     A.  So if TCEQ wanted, let's say, 8,000 CFS,
7 Mexico wanted 8,000 CFS as an order, the power plant
8 generators or operators would then make a
9 determination on how to manage their system to make
10 that release.
11     Q.  And just for the record, when you use "CFS,"
12 what are you specifically referring to?
13     A.  CFS stands for cubic feet per second.
14     Q.  How do you know what the decision factors
15 are for water releases from the Amistad Dam when the
16 water is at conservation levels?
17     A.  Just from my experience working with the
18 agency, because we do the accounting -- so because we
19 do the accounting of the waters on a monthly and a
20 weekly basis, we have to know what each country has
21 ordered so that we can charge it appropriately.  And
22 through that we also work with the power plant
23 operators to collect that data:  Understand, you
24 know, if TCEQ is ordering 8,000 CFS, Mexico is
25 ordering 8,000 CFS, how that was done during the

34

1   week.
2       Q.  Are you offering fact testimony or opinion
3   testimony about the decision factors for water
4   releases from the Amistad Dam at conservation levels?
5           MR. HARRISON:  Objection.  Form.
6       A.  I believe I would be offering fact
7   testimony.
8       Q.  (BY MR. STONE)  Is there any -- are the
9   decision factors for water releases from the Amistad
10  Dam when it's at conservation levels written down?
11      A.  Decision factors being what I referred to
12  for the power plant operations --
13      Q.  Yes.
14      A.  I believe they are, although I have not
15  reviewed them myself.
16      Q.  Do those written decision factors govern
17  how -- strike that.
18          Have you ever governed -- strike that.
19          Have you ever reviewed the document for
20  Amistad Dam that details the decision factors?
21      A.  Which document are you referring to?
22      Q.  The document that you just said you hadn't
23  reviewed.
24      A.  Then I have not reviewed it.
25      Q.  Have you ever reviewed it?

35

1           MR. HARRISON:  Objection.  Asked and
2   answered.
3       A.  Not to my recollection.
4       Q.  (BY MR. STONE)  How do you know it exists?
5       A.  References to it in other documents.
6       Q.  Have you ever personally made decisions
7   about the decision factors for water releases at the
8   Amistad Dam during conservation water levels?
9       A.  During conservation, no.
10      Q.  What opinions do you have in this case about
11  the decision factors for water releases from Amistad
12  Dam during conservation water levels?
13      A.  I have no opinions that I cover in my
14  report.
15      Q.  Isn't it true that the Commission makes no
16  decision as to why water is released at the Amistad
17  Dam while it's at conservation levels?
18          MR. HARRISON:  Objection.  Form.
19      A.  Except for extenuating emergency situations,
20  that would be my understanding, yes.
21      Q.  (BY MR. STONE)  That decision rests solely
22  with TCEQ absent some emergency situation, right?
23      A.  Or --
24          MR. HARRISON:  Objection.  Form.
25      A.  Or with Mexico for their portion of the

36

1   water.
2       Q.  (BY MR. STONE)  Next I've got you in here as
3   providing expert opinions on the procedures for water
4   releases from the Amistad Dam, right?
5       A.  "Expert to testify -- supply."  Will you say
6   it again, please?
7       Q.  Sure.  It says here that you are expected
8   "to testify regarding the decision factors and
9   procedures for water releases from Amistad Dam,"
10  right?
11      A.  That is what it says, yes.
12      Q.  Are you an expert on the procedures for
13  water releases from Amistad Dam?
14          MR. HARRISON:  Objection.  Form.
15      A.  Not the specifics for power generation, no.
16      Q.  (BY MR. STONE)  Is power generation the only
17  procedure for water releases from Amistad Dam?
18      A.  No.  There would also be procedures for
19  releases out of the irrigation gates that are not
20  used for generating power.
21      Q.  Are you an expert on those -- the procedures
22  for those releases?
23      A.  I am not.
24      Q.  Are you an expert on -- for the procedures
25  for any water releases from Amistad Dam?

37

1       A.  Only the general procedures of how we
2   operate.
3       Q.  What are the general procedures for how you
4   operate?
5       A.  So, for instance, who is responsible for
6   making the releases.  So Texas -- Texas has Texas
7   Commission on Environmental Water Quality, who has a
8   watermaster, who has that data or
9   information as it relates to our water accounting,
10  the general management of the flows, as it goes
11  downstream, understanding that there's a water order.
12  Those can be reductions or water taken in and out of
13  the river moving downstream.  This all plays into a
14  factor.
15          And then anytime that we are near a
16  critical threshold of the dam -- "critical" being,
17  let's say, power pool.  So the point where we can no
18  longer generate power -- then we would also be
19  looking at it from the standpoint of what projections
20  and information are we looking at to see where we
21  expect the dam to end up based off operations.
22      Q.  Are the general procedures for how you
23  operate water releases from the Amistad Dam when it's
24  at conservation levels written down?
25      A.  Beyond what is in the treaty and the minutes

Adrian Cortez - 5/22/2024

38

1  relating to the operations rules and procedures for
2  Amistad Dam, there's working documents that we have,
3  but they are not final at this point.
4      Q.  Do those written documents that are not
5  final govern how the general procedures are for how
6  you operate water releases from the Amistad Dam when
7  it's at conservation water levels?
8          MR. HARRISON:  Objection.
9  Deliberative -- invoking deliberative process.
10  Privileged to the extent that these reflect
11  predecisional documents.
12          So if you're able to answer without
13  revealing that information, then you can answer.
14  Otherwise, I would instruct you not to answer.
15          THE WITNESS:  Okay.
16      A.  If you could restate the question.  If you
17  could say the question again because I --
18      Q.  (BY MR. STONE)  Yeah, I'm trying to
19  determine are you making the determinations, or are
20  you being gover -- is there a document that's telling
21  you what the general procedures are for how you
22  operate water releases from the Amistad Dam when it's
23  at water conservation levels?
24      A.  There -- so in terms of physical
25  limitations, what is capable of the dam, there are

39

1  documents for that.  But in terms of TCEQ making a
2  request, we would follow that request if physically
3  possible.
4      Q.  So I'm trying to understand are you an
5  expert on this, or are you just -- you're -- just
6  comply with whatever the written procedure is?
7          MR. HARRISON:  Objection.  Form.
8      A.  I'm providing testimony on how the
9  Commission has operated the Amistad Dam.
10      Q.  (BY MR. STONE)  Is water ever released from
11  the Amistad Dam just for power generation?
12      A.  From Amistad Dam?  To my understanding and
13  knowledge, we do make continual releases out of the
14  dam, but that is based off of expected use, and that
15  request is made by both countries.
16      Q.  Mr. Cortez, power generation is incidental
17  to other demands for water use when it comes to
18  releases from the Amistad Dam, right?
19          MR. HARRISON:  Objection.  Form.
20      A.  It is incidental; it's not the primary goal.
21      Q.  (BY MR. STONE)  Right.  The Amistad Dam
22  doesn't just release water solely for power
23  generation purposes, does it?
24      A.  It does not.
25      Q.  And neither does the Falcon Dam?

40

1      A.  It does not.
2      Q.  Can you describe generally what expertise
3  would be necessary for a person to determine the
4  general procedures for how the Commission operates
5  water releases from the Amistad Dam when it's at
6  water conservation levels?
7          MR. HARRISON:  Objection.  Form.
8      A.  So the treaty specifies the general
9  operating rules for both dams.  If you're getting
10  into the specific acting as a watermaster, where
11  you're taking orders from all your stakeholders and
12  such, that's a different area outside of my
13  responsibilities.
14      Q.  (BY MR. STONE)  And anyone can read the
15  treaty, right?
16          MR. HARRISON:  Objection.  Form.
17      A.  Yes.  It is a public document.
18      Q.  (BY MR. STONE)  So is it fair to say that
19  you don't need a specialized expertise to be able to
20  read the treaty and know what the general procedures
21  are for how the Commission operates water releases
22  from the Amistad Dam when it's at water conservation
23  levels?
24          MR. HARRISON:  Objection.  Calls for a
25  legal conclusion.  Form.

41

1      A.  In the sense that it is a public document
2  and people can review it and form opinions and
3  decisions based off what they read, that is possible.
4      Q.  (BY MR. STONE)  You mentioned earlier
5  that -- there was some assertion of deliberative
6  process earlier about some document relating to the
7  general procedures for how the Commission operates
8  water releases from the Amistad Dam.  Do you remember
9  that?
10      A.  I do.
11      Q.  Were you relying on those documents when you
12  formed your expert opinions in this case?
13      A.  No, not at all.
14      Q.  Are you offering fact testimony or opinion
15  testimony about the procedure for water releases from
16  the Amistad Dam at water conservation levels?
17      A.  Fact testimony.
18          MR. HARRISON:  Objection.  Form.
19      A.  Oh, sorry.  Fact testimony.
20      Q.  (BY MR. STONE)  What opinions, if any, do
21  you have in this case about the procedures for water
22  releases from the Amistad Dam at water conservation
23  levels?
24      A.  You said "opinions"?
25      Q.  If any.

42

1    A.  No opinions.

2    Q.  So next on this it just says, "dam release

3  information."  What is dam release information?

4    A.  I believe that just relates to releases from

5  Amistad Dam in this case.

6    Q.  Is that different than what we just talked

7  about?

8    A.  I'm not sure.

9        MR. HARRISON:  Objection.  Foundation.

10    A.  I'm not sure what the -- if there was a

11  ment -- if there was a desired difference between

12  those two statements.

13    Q.  (BY MR. STONE)  Are you an expert on dam

14  release information?

15        MR. HARRISON:  Objection.  Foundation.

16    A.  Without understanding the exact context of

17  what they're referring to in this document, I could

18  not answer that question.

19    Q.  (BY MR. STONE)  Do you --

20    A.  I would like to clarify that last statement.

21    Q.  Yeah, yeah, absolutely.  If you can figure

22  out what it means, go ahead.

23    A.  I believe what they're relating to is the

24  physical design of the dam.  So both its outlet

25  works -- so its ability to take water out of the dam,

43

1  you know, the power-generator runs the irrigation

2  valves, and then critical thresholds and things like

3  that as well as the storage volumes of the dam

4  itself.  I believe that's what that section is

5  referring to.

6    Q.  Okay.  So the "dam release information," you

7  mean like the physical construct of the dam itself as

8  it releases water?

9    A.  That's my --

10        MR. HARRISON:  Objection.  Foundation.

11    A.  Sorry.  That's my understanding of that.

12    Q.  (BY MR. STONE)  Okay.  And are you an expert

13  on dam release information as described?

14    A.  For --

15        MR. HARRISON:  Same objection.

16        THE WITNESS:  I'm sorry.

17    Q.  (BY MR. STONE)  Let me -- let's slow down

18  for a minute.  When you answer, if you could just

19  pause a beat --

20    A.  Yeah, yeah.

21    Q.  -- so that way this guy can object, okay?

22    A.  Yeah.

23    Q.  Okay.  Go ahead.

24    A.  Okay.  Right.  So I -- I'm very familiar

25  with Amistad Dam, the structure of the dam itself and

44

1  its release capabilities as I note in my expert

2  report.

3    Q.  Are you an expert on it?

4        MR. HARRISON:  Objection.  Calls for a

5  legal conclusion.

6    A.  I would consider myself very, very

7  knowledgeable in that it does relate to my job

8  duties.

9    Q.  (BY MR. STONE)  And you didn't design the

10  dam, the Amistad Dam, did you?

11    A.  I did not.

12    Q.  Have you studied the schematics for the

13  Amistad Dam?

14    A.  I have previously, yes.

15    Q.  There's some images of the Amistad Dam in

16  your -- and its physical construct within your expert

17  report, right?

18    A.  That is correct.

19    Q.  Okay.  So assuming you're an expert on dam

20  release information as it relates to the -- well,

21  strike that.

22        Other than the Amistad Dam -- strike

23  that.

24        Are you an expert on dam release

25  information as it relates to any dams other than the

45

1  Amistad Dam on the Rio Grande River?

2        MR. HARRISON:  Objection.  Form.

3    A.  I am knowledgeable of other dams as it

4  relates to their release capabilities, including

5  Falcon Dam.

6    Q.  (BY MR. STONE)  Falcon Dam is one.  You said

7  others.  Is there other dams that you're an expert on

8  other than the Falcon Dam and the Amistad Dam on the

9  Rio Grande River?

10        MR. HARRISON:  Objection.  Form.

11    A.  I wouldn't say expert; just knowledgeable of

12  their capabilities for -- as it relates to my job

13  duties.

14    Q.  (BY MR. STONE)  So you're only an expert on

15  the Falcon Dam and the Amistad Dam's water releases?

16        MR. HARRISON:  Objection.  Form.

17    Q.  (BY MR. STONE)  Information -- sorry.

18  Strike that.

19        So you're only an expert on the Amistad

20  and Falcon Dam release information?

21        MR. HARRISON:  Same objection.

22    A.  Yes, that's -- it relates specifically to my

23  job duties for Amistad and Falcon Dam.

24    Q.  (BY MR. STONE)  Is it fair to say you're

25  only an expert to the extent that it relates to your

Adrian Cortez - 5/22/2024

46

1  current job duties?
2       MR. HARRISON: Objection. Form.
3       A. I believe that's an accurate statement.
4       Q. (BY MR. STONE) Aside from your job duties,
5  you don't have any independent expertise on the
6  Amistad or Falcon Dams as it relates to water release
7  information?
8       A. No.
9       Q. Let's do both, starting with the Amistad
10 Dam. Are you providing fact testimony or opinion
11 testimony in this case about Amistad Dam release
12 information?
13      MR. HARRISON: Objection. Form.
14      A. Fact testimony.
15      Q. (BY MR. STONE) Are you providing fact
16 testimony or opinion testimony about Falcon Dam
17 release information?
18      MR. HARRISON: Objection. Form.
19      A. Falcon was only briefly covered in the
20 report just to give an ending point for that section
21 of the river. So within the confines of the report,
22 I'm providing expert information or facts about
23 Falcon as it relates to accepting the waters from
24 Amistad.
25      Q. (BY MR. STONE) What is an expert fact?

47

1       A. I don't know.
2       Q. Do you have any opinions about the Falcon
3  Dam release information?
4       A. No. And the expert report does not cover
5  Falcon Dam release information.
6       Q. I see. Okay.
7          Next it says, "Regional" -- hold on.
8  Before I move on, let me make sure I don't have any
9  more questions about that.
10         Before we move on, do you have any
11 expert opinions in this case about Amistad Dam
12 release information?
13      A. Expert opinions, no.
14      Q. Do you have any expert opinions in this case
15 about Falcon Dam release information?
16      A. No.
17      Q. Next it says, "Regional hydraulic [sic]
18 inputs and outputs." Do you know what that means?
19      A. Yes, I do.
20      THE WITNESS: Sorry.
21      MR. HARRISON: Objection. Foundation.
22      A. Yes, I do.
23      Q. (BY MR. STONE) Okay. What is meant by
24 "regional hydraulic inputs and outputs"?
25      A. It's referring to the streams, the

48

1  tributaries, creeks, arroyos that come into the Rio
2  Grande.
3       Q. What are the regional hydrologic inputs and
4  outputs on the Rio Grande River?
5       A. It is a very large basin, so that's going to
6  be a significant list. I'm aware of the major ones
7  that come into the international reach.
8       Q. What are the major ones?
9       A. For the entire reach or a specific area?
10      Q. Yeah. Remember, when I say, "Rio Grande
11 River," I mean that mile marker 275.5 to 610, right?
12      A. Right. Could you clarify just so I have a
13 full understanding of your -- could you provide the
14 locations for those just so I make sure I'm --
15      Q. Yeah.
16      A. -- specific?
17      Q. So river mile -- when I say, "Rio Grande
18 River" or "reach," I'm specifically referring to
19 river miles 275.5 to 610.
20      A. Okay. And could you provide the exhibit for
21 that, because I don't exactly remember the river
22 mileages for all the points. It was one of the
23 documents cited.
24      Q. Okay. Which document did you -- can you
25 specifically refer --

49

1       A. River kilometers. It's one of the...
2       Q. Is it called, "Table of River Mileages"?
3  Oh --
4       A. That is correct.
5       Q. -- I'm sharing my screen.
6          Let me mark this and drag and drop it.
7       A. Okay.
8       Q. Give me a second. Better be careful what I
9  open since it's going to pop right up.
10         (Cortez Exhibit 5 marked.)
11      Q. (BY MR. STONE) I am showing you what I am
12 marking as Cortez Exhibit 5, Rio Grande River Miles.
13 Do you see it on the screen?
14      A. I do not.
15      Q. Oh, sorry. Do you see it on the screen now?
16      A. I do.
17      Q. Okay. So this document is 11 pages long.
18 Which -- is there a specific page you would need me
19 to go to so that you can identify the inputs and
20 outputs for the Rio Grande River?
21      A. Not the Rio Grande River. I just want to
22 know the river mileages that you were referencing
23 with the locations --
24      Q. Oh, you want to see 275.5 to 610 on this
25 document. Okay.

50

1        Did you know that you were going to be
2   testifying in this case about a segment of the Rio
3   Grande River involving river mile 275.5 to 610?
4        A.  Not the specific river mileages.
5        Q.  Are you aware that that is the segment of
6   the Rio Grande at issue in this case?
7        A.  I believe so, once I verify the --
8        Q.  Okay.  Sure.  We are on page 3 of Exhibit --
9   Cortez Exhibit 5.  Do you see page 3?
10       A.  I do.
11       Q.  Okay.  Do you see the river mile -- or are
12  you able to use this document to identify where river
13  mile 275.5 is?
14       A.  Can I see the header just so I know which
15  one -- miles on the right.  And you said the number
16  was 275?
17       Q.  You know what, I'm on the wrong page.  Yeah.
18  Let's go to page 4 of Cortez Exhibit 5.  Are you able
19  to see 275.5 on this document?
20       A.  Yes.  So roughly between Falcon Dam, and I'm
21  assuming the other point is Amistad?
22       Q.  Yeah.  Well, let's scroll down and just make
23  sure.
24       A.  I think you passed it.
25       Q.  I'm on page 7 of Cortez Exhibit 5.  Do you

51

1   see river mile 610?
2        A.  I do.
3        Q.  So this is the relevant segment I'm going to
4   be asking questions about during the course of the
5   deposition.  Do you understand?
6        A.  I do, yes.
7        Q.  Okay.  Perfect.  Can I close this document
8   now that I've given you a chance to refresh, or do
9   you want me to keep it up?
10       A.  No, that's fine.  Thank you.
11       Q.  Okay.  All right.  So what are the
12  hydrologic inputs and outputs for the Rio Grande
13  River?
14       A.  Okay.  So for the Rio Grande River, upstream
15  of Amistad Dam, which I believe is covered in that,
16  you have the Devils and Pecos River, which come
17  directly into the reservoir itself.
18       Downstream of that you have Pinto Creek,
19  Sycamore Creek, Elm Creek, San Felipe Creek, Arroyo
20  de las Vacas, Rio San Dago -- Rio San Diego, Rio San
21  Rodrigo, the Rio Salado, the Rio Escondido.  Is that
22  Sycamore?  There's some other ones on the Mexican
23  side, like Arroyo el Buey, a spring that comes in
24  right down downstream of Amistad, that we also
25  monitor.

52

1        Those would be the major ones that I can
2   think of as well as diversions.
3        Q.  We'll come back to diversions.  But are you
4   offering fact testimony in this case or opinion
5   testimony in this case about the hydrologic inputs
6   and outputs on the Rio Grande River?
7        MR. HARRISON:  Objection.  Form.
8        A.  I was asked to provide expert testimony on
9   that.
10       Q.  (BY MR. STONE)  Okay.  What expert opinions
11  do you have in this case about the hydrologic inputs
12  and outputs on the Rio Grande River?
13       A.  I have no opinions.
14       Q.  Okay.  Next -- let me put the document back
15  up on the screen.  Okay.
16       Next I've got information about water
17  levels downstream -- strike that.
18       Let me start again and identify this
19  document.
20       So I'm showing you Cortez Exhibit 4,
21  page 1.
22       Next on this document, in the
23  highlighted section, it says that you will be
24  testifying as an expert about "information about
25  water levels downstream of Amistad Dam as these

53

1   relate to navigability."  Did I read that correctly?
2        MR. HARRISON:  Objection.  Foundation.
3        A.  I believe so, yes.
4        Q.  (BY MR. STONE)  Yes, I did read that
5   correctly?
6        A.  I believe you read it correctly.
7        Q.  Okay.  Will you be providing expert opinions
8   on information about water levels downstream of
9   Amistad Dam as these relate to navigability in this
10  case?
11       MR. HARRISON:  Objection.  Calls for a
12  legal conclusion.
13       A.  Only from the standpoint that I provide
14  information on the range of -- specifically within
15  the region near Eagle Pass, I provide information on
16  the extents and depths of the river.
17       Q.  (BY MR. STONE)  So it's not accurate to say
18  that you're going to provide information about water
19  levels downstream of Amistad Dam as they relate to
20  navigability for the entire stretch of the Rio Grande
21  River?
22       MR. HARRISON:  Objection.  Form.
23       A.  Only general statements.
24       Q.  (BY MR. STONE)  Only general statements of
25  information about water levels downstream of Amistad

Adrian Cortez - 5/22/2024

54

1  Dam as they relate to navigability?
2          MR. HARRISON: Objection. Form.
3      A. In the sense that increased flow would raise
4  water levels as a general statement.
5      Q. (BY MR. STONE) So do you have to be an
6  expert to know that increasing water levels --
7  increasing flow, it could increase water levels?
8          MR. HARRISON: Objection. Form. Calls
9  for a legal conclusion.
10         MR. STONE: Counsel, I'm going to ask
11 you to stop stating the bases for your legal
12 objections. In the Western District, where this case
13 is, you can only object to form unless I ask
14 otherwise.
15     Q. (BY MR. STONE) Go ahead.
16     A. Could you restate the question?
17     Q. Yeah. Do you need a particular expertise to
18 know that water levels rise if you release more water
19 from the Amistad Dam?
20         MR. HARRISON: Objection. Form.
21     A. I don't believe so.
22     Q. (BY MR. STONE) Other than that, do you have
23 any other expert opin -- other than -- strike that.
24         Other than your expert opinion that
25 increasing more water from the Amistad Dam would

55

1  increase the water levels downstream, do you have any
2  other expert opinions as it relates to the
3  information about water levels downstream of Amistad
4  Dam as these relate to navigability?
5          MR. HARRISON: Objection. Form.
6      A. As it says there, I'm providing information
7  about that topic.
8      Q. (BY MR. STONE) Is that factual information
9  or expert opinion?
10         MR. HARRISON: Objection. Form.
11     A. I guess factual information.
12     Q. (BY MR. STONE) What is -- it says here "as
13 these relate to navigability." What is navigability?
14         MR. HARRISON: Objection. Form.
15     A. As I understand it, navigability would be
16 the ability to have some sort of vessel on the water,
17 moving its length and width.
18     Q. (BY MR. STONE) Moving its length and width?
19     A. Yes.
20     Q. Are you an expert on navigability?
21     A. I am --
22         MR. HARRISON: Objection. Form.
23         THE WITNESS: Sorry.
24     Q. (BY MR. STONE) Yeah. Remember, just pause
25 a beat. He's going to object to most questions,

56

1  okay? So just pause a beat.
2          All right. Are you an expert on
3  navigability?
4          MR. HARRISON: Same objection.
5      A. I am not.
6      Q. (BY MR. STONE) Are you an expert --
7          THE REPORTER: I'm sorry --
8          THE WITNESS: I am not.
9          THE REPORTER: -- did you say, "I am"?
10         THE WITNESS: I am not.
11         THE REPORTER: Thank you.
12     Q. (BY MR. STONE) Are you an expert on
13 navigability of the Rio Grande River?
14         MR. HARRISON: Objection. Form.
15     A. No.
16     Q. (BY MR. STONE) Are you providing any expert
17 opinions in this case on the subject of navigability?
18         MR. HARRISON: Objection. Form.
19     A. I provide information on how navigability is
20 treated in the water treaty and then how it -- the
21 document itself is flexible in the treatment of
22 navigation, and then that it -- it does reference the
23 navigation of the Rio Grande.
24     Q. (BY MR. STONE) How many times does it
25 reference navigation in the 1944 treaty?

57

1      A. I could not give an exact count, but at --
2      Q. Twice.
3      A. -- least one.
4      Q. Twice, right?
5          MR. HARRISON: Objection. Form.
6      A. I would want to verify, but that sounds
7  accurate.
8      Q. (BY MR. STONE) Is there a definition of
9  "navigation" in the 1944 treaty?
10     A. There is not.
11     Q. Have you personally navigated up and down
12 the Rio Grande River?
13     A. I have --
14         MR. HARRISON: Objection. Form.
15     A. Sorry. The pauses are shorter than I
16 expect. I have not.
17     Q. (BY MR. STONE) Have you ever spoken to
18 anybody who has navigated the entire stretch of the
19 Rio Grande River?
20         MR. HARRISON: Objection. Form.
21     A. The entire stretch from the headwaters to
22 the gulf, or the river?
23     Q. (BY MR. STONE) Again, whenever I say, "Rio
24 Grande River," unless I specify otherwise, I only
25 mean river mile 275.5 to 610. So I'll tell you if I

58

1  mean anything -- whenever I say, "Rio Grande River"
2  or "reach," if I mean anything other than that
3  specific stretch, okay?
4      A.  Okay.
5      Q.  So let me ask it again.  Have you spoken to
6  anybody who has navigated the entire stretch of the
7  Rio Grande River?
8          MR. HARRISON:  Same objection.
9      A.  I have not.
10     Q.  (BY MR. STONE)  Are you aware of anyone who
11 has navigated the entire stretch of the Rio Grande
12 River?
13         MR. HARRISON:  Objection.  Form.
14     A.  I'm aware of a reporter or somebody, a
15 blogger, who did do that as part of his story or
16 whatever he was writing in news.
17     Q.  (BY MR. STONE)  Oh, which reporter?
18     A.  I couldn't recall his name.  It's been
19 several years.
20     Q.  Did you cite it in your expert report?
21     A.  No.
22     Q.  Did you rely on it in your expert report?
23     A.  Not at all.
24     Q.  Are you relying on it for your expert
25 opinions?

59

1      A.  I am not.
2      Q.  So you can recall there was an article at
3  some point that you read where a person, a reporter
4  or a blogger, navigated the entire stretch of the Rio
5  Grande River?
6          MR. HARRISON:  Objection.  Form.
7      A.  That was the topic of his report, yes.
8      Q.  (BY MR. STONE)  Do you remember what year
9  you read that?
10     A.  I could not recall.
11     Q.  Do you remember anything about the subject
12 of it so I could search for it?  Like -- could you
13 give me any details that might trigger a Google
14 search that we would find it?
15         MR. HARRISON:  Objection.  Form.
16     A.  I believe it was through The Texas Tribune,
17 the newspaper.
18     Q.  (BY MR. STONE)  Uh-huh.
19     A.  He started in the headwaters in this case
20 and traveled to the gulf, and he was giving a report
21 section by section of the river of his travels.
22     Q.  Other than that article that you can
23 remember from some time ago, are you aware of anybody
24 else who has navigated the entire stretch of the Rio
25 Grande River?

60

1          MR. HARRISON:  Objection.  Form.
2      A.  I have not.
3      Q.  (BY MR. STONE)  Have you personally
4  navigated from bank to bank across the Rio Grande
5  River?
6          MR. HARRISON:  Objection.  Form.
7      A.  I may have at some time in my his -- but I
8  can't recall at this moment.
9      Q.  (BY MR. STONE)  Have you spoken to anyone
10 who has navigated from bank to bank across the Rio
11 Grande River?
12         MR. HARRISON:  Objection.  Form.
13     A.  Yes.
14     Q.  (BY MR. STONE)  Who?
15     A.  Other employees at IBWC.
16     Q.  And when did they navigate from bank to bank
17 across the Rio Grande River?
18         MR. HARRISON:  Objection.  Form.
19     A.  It is a normal part of their job duties.
20     Q.  (BY MR. STONE)  Did you rely on those
21 conversations in any way in forming your opinions in
22 this case?
23     A.  No.
24     Q.  What opinions do you have in this case about
25 the navigability of the Rio Grande River?

61

1          MR. HARRISON:  Objection.  Form.
2      A.  The only opinion I provide is that -- as
3  relates to my report is that the treaty is flexible
4  in its treatment of that topic, and the two
5  governments could come to an agreement to prioritize
6  or change how navigation is prioritized.
7      Q.  (BY MR. STONE)  Are you aware of any goods
8  or services -- strike that.
9          Are you aware of any commercial goods or
10 services that have been transported by navigation
11 down the Rio Grande River?
12         MR. HARRISON:  Objection.  Form.
13     A.  I would only be aware of, say, fishing that
14 is done in the region.  And whether or not that's
15 used for commercials, like selling that fish or
16 something like that, I could not speak to that.
17     Q.  (BY MR. STONE)  Are fishing and hunting
18 "navigation" under the 1944 treaty?
19         MR. HARRISON:  Objection.  Form.
20     A.  I couldn't make a determination.
21     Q.  (BY MR. STONE)  They're a separate category
22 from navigation in the 1944 treaty, aren't they?
23         MR. HARRISON:  Objection.  Form.
24     A.  They are, yes.
25     Q.  (BY MR. STONE)  In fact, they're the

Adrian Cortez - 5/22/2024

62

1 priority after navigation, right?
2    A. I would have --
3       MR. HARRISON: Objection. Form.
4    A. I would have to reference the document to
5 get the exact order.
6    Q. (BY MR. STONE) Is it your understanding
7 that hunting and fishing are considered navigation
8 under the 1944 treaty?
9       MR. HARRISON: Objection. Form.
10    A. I could not make a determination if, say,
11 commercial fishing falls under navigation or not.
12    Q. (BY MR. STONE) Other than -- so is that
13 fishing that you referenced -- is that recreational
14 fishing or commercial fishing?
15    A. I couldn't speak to what the individuals
16 were doing.
17    Q. So is it fair to say that you're not aware
18 of any commercial goods or services being transported
19 by navigation down the Rio Grande River?
20       MR. HARRISON: Objection. Form.
21    A. Yes.
22    Q. (BY MR. STONE) Are you aware of any
23 commercial goods or services that have been
24 transported by navigation up the Rio Grande River?
25       MR. HARRISON: Objection. Form.

63

1    A. I am not.
2    Q. (BY MR. STONE) Would you describe the Rio
3 Grande River as a highway of commerce?
4       MR. HARRISON: Objection. Form.
5    A. I wouldn't have a description of that. I
6 guess -- no.
7    Q. (BY MR. STONE) No? Sorry, we spoke at the
8 same time.
9    A. No.
10    Q. Why not?
11       MR. HARRISON: Objection. Form.
12    A. It's not something I've thought about.
13    Q. (BY MR. STONE) Well, let me give you a
14 minute to think about it now.
15       Why wouldn't you describe the Rio Grande
16 River as a highway of commerce?
17       MR. HARRISON: Objection. Form.
18    A. So it depends on how you're thinking of the
19 concept of highway of commerce, right? So as it
20 relates to the release of water, water is money. It
21 grows food. It grows agriculture. It grows cotton
22 and all sorts of things, right?
23       So from the sense that that water is
24 used for supplying industries, municipalities, and
25 various other uses of that water, in a sense, it is a

64

1 highway of commerce. But that's more of a
2 philosophical thinking of it.
3    Q. (BY MR. STONE) So the highway of commerce
4 would be the water release and how it is distributed
5 as the water goes down to the different individuals
6 with their water rights for municipal and irrigation
7 purposes?
8       MR. HARRISON: Objection. Form.
9    A. I could think of that, yes.
10    Q. (BY MR. STONE) Okay. What are the water
11 levels downstream of Amistad Dam as they relate to
12 navigability?
13       MR. HARRISON: Objection. Form.
14    A. Okay. So in my report I provide information
15 in water levels near Eagle Pass, Texas, with what
16 would be considered a normal or a day-to-day normal,
17 sunny-day water level and then compare it to the
18 water levels that were experienced during Hurricane
19 Alex.
20    Q. (BY MR. STONE) When was Hurricane Alex?
21    A. In 2010.
22    Q. And what date was the -- strike that. We're
23 going to come -- we'll talk about that gage.
24       How many gages are there between Amistad
25 Dam and Falcon Dam? You know what, strike that.

65

1 Let's do the whole -- how many gages are there on the
2 Rio Grande River?
3    A. In your terminology of the Rio Grande...
4       I would not be able to give a precise
5 answer, but it's going to be several dozen.
6    Q. Would you say at least 20?
7    A. That seems like a reasonable count.
8    Q. Okay. So I'm going to be referring to gages
9 1 through 20, beginning with number 1, and that gage
10 is going to be the closest to Amistad Dam, with 20
11 being the furthest away. Do you understand?
12    A. 1 through 20, okay.
13    Q. Uh-huh. Where is the first gage?
14    A. Oh, you want me to name the gages?
15    Q. We're going through the 20 gages, yes.
16    A. Oh.
17    Q. So where is the first gage?
18    A. Downstream of Amistad, the first gage would
19 be below Amistad Dam.
20    Q. What is the current depth of the water in
21 the Rio Grande River at the first gage?
22    A. I could not provide that information.
23    Q. Is it possible to determine what the current
24 depth of the water is in the Rio Grande River at the
25 first gage?

66

1    A. It is, yes.
2    Q. Could you have determined that in this case?
3    A. The depth of the water at the gage is going
4    to be changing minute by minute, so I could not give
5    an accurate number at this very moment, because it is
6    going to be -- I do not look at that data every hour
7    or minute that it's transmitting.
8    Q. I understand. Okay. Let me start again.
9        What is the average depth of the water
10   in the Rio Grande River at the first gage over the
11   past year?
12       MR. HARRISON: Objection. Form.
13   A. I could not provide that information, since
14   we publicly post that data. So I would use that as
15   reference.
16   Q. (BY MR. STONE) So it's -- the water depth
17   of the -- strike that.
18       So the current depth of the water in the
19   Rio Grande River at the first gage, its average over
20   the past year is publicly available on the -- on what
21   web site?
22   A. A data portal that's operated by the U.S.
23   section of the Commission.
24       And to clarify, the information that is
25   posted is gage height or stage. Those are synonyms

67

1    for the same thing, which are the height of the water
2    above a reference -- a fixed reference point. It is
3    not exactly depth, but it would be very similar.
4    Q. So it's not actually the depth of the water
5    at the first gage, right?
6    A. It would be a similar -- close, but not
7    exact.
8    Q. How close?
9    A. It depends on the gage.
10   Q. At the first gage?
11   A. I couldn't tell you exactly.
12   Q. The second gage?
13   A. I couldn't tell you exactly.
14   Q. How do we know how close it is at each of
15   the gages?
16   A. Oh, okay.
17       MR. HARRISON: Objection. Form.
18   A. Sorry. We collect that data on a 15-minute
19   basis in terms of stage and gage height. Additional
20   analysis would have to be conducted to get the depth.
21   And if I was going to do that, I would use a recent
22   calibration measurement, since it does collect
23   cross-section data, and that would then give me an
24   idea of where the current bottom of the river channel
25   is.

68

1    Q. (BY MR. STONE) So is it fair to say that I
2    cannot, through the data portal operated by the U.S.
3    section, determine the actual depth of the water at
4    each gage on the Rio Grande River?
5        MR. HARRISON: Objection. Form.
6    A. The actual depth, not at this time, no.
7    Q. (BY MR. STONE) And you said it's close, but
8    you don't know how -- there's not a way for me to
9    determine how close the water depth is to what the
10   publicly available information is, right?
11       MR. HARRISON: Objection. Form.
12   A. Not using the portal or web site only.
13   Q. (BY MR. STONE) How would I determine --
14   strike that.
15       How would you determine what the water
16   depth is on average over the past year at the first
17   gage?
18   A. Okay. If I was going to make the
19   determination, I would pull the field data that is
20   collected, the most recent numbers for the period of
21   time of interest, and then I would relate that to a
22   water surface elevation, and using that
23   cross-section, I could estimate a depth of the water.
24   Q. You didn't do that in this case?
25   A. I did not, no.

69

1    Q. Did you do that for any of the 20 gages in
2    this case?
3        MR. HARRISON: Objection. Form.
4    A. I did not.
5    Q. (BY MR. STONE) Did you determine -- strike
6    that.
7        How would you determine the average
8    depth of the water in the Rio Grande River at the
9    first gage over the past ten years?
10   A. Okay. So for the past ten years -- we've
11   been operating the Aquarius system since 2012, so we
12   have a continuous record of gage heights in the
13   database over that ten-year period that you
14   reference. So, using that data, I would be able to
15   get the average depths and then, using the
16   cross-section information from our measurements, make
17   a determination on depths that way.
18   Q. So you could have made that determination in
19   this case, right?
20   A. With sufficient time, yes.
21   Q. But you didn't, right?
22   A. I didn't --
23       MR. HARRISON: Object --
24   A. -- no. Sorry.
25       MR. HARRISON: Objection. Form.

Adrian Cortez - 5/22/2024

70

1    Q. (BY MR. STONE) How much water would you
2   have to release from the Amistad Dam to increase the
3   depth of the water in the Rio Grande River at the
4   first gage to three feet?
5        MR. HARRISON: Objection. Form.
6    A. I could not answer that time without looking
7   at other files.
8    Q. (BY MR. STONE) And that's because you don't
9   even know what the depth is at the first gage, right?
10       MR. HARRISON: Objection. Form.
11   A. Not offhand.
12   Q. (BY MR. STONE) How would releasing water
13  from the Amistad Dam to increase the depth of the
14  water in the Rio Grande River at the first gage to
15  three feet impact existing water right allocations?
16       MR. HARRISON: Objection. Form.
17   A. The impact would be entirely based off who
18  is calling for that water. So if the -- Mexico
19  was -- had the goal to raise it by three feet and
20  they ordered that water, in order to do that, it
21  would impact their ownerships of waters. Same
22  with -- similar on the Texas side. It just depends.
23   Q. (BY MR. STONE) How much water would you
24  have to release from the Amistad Dam to increase the
25  depth of the water in the Rio Grande River at the

71

1   first gage to three feet year-round?
2        MR. HARRISON: Objection. Form.
3    A. I would have to do additional analysis.
4    Q. (BY MR. STONE) You don't know?
5    A. Not at this moment.
6    Q. How much water would you have to release
7   from the Amistad Dam to increase the depth of the
8   water in the Rio Grande River at the first gage to
9   nine feet?
10       MR. HARRISON: Objection. Form.
11   A. Same answer: I would not know at this
12  moment.
13   Q. (BY MR. STONE) And is -- is it your
14  testimony that that same situation applies to all 20
15  gages in the Rio Grande River?
16       MR. HARRISON: Objection. Form.
17   A. In the sense that I am not -- at any given
18  moment, I would have to do additional analysis. It's
19  not information that I keep readily in my head at any
20  given moment.
21   Q. (BY MR. STONE) Sure. Let me ask it
22  differently.
23       Can you tell us, for any of the 20 gages
24  on the Rio Grande River, how much water you would
25  need to release from the Amistad Dam to increase the

72

1   depth of the water at that location to three feet?
2        MR. HARRISON: Objection. Form.
3    A. Not without additional analysis.
4    Q. (BY MR. STONE) Same question but for nine
5   feet.
6        MR. HARRISON: Objection. Form.
7    A. Not without additional analysis.
8    Q. (BY MR. STONE) And you didn't do any of
9   that analysis for the purposes of your expert
10  opinions today, right?
11   A. I did not, no. And when we get to a good
12  stopping point, if we could take a small break?
13   Q. Oh, yeah. Why don't we take a -- let's take
14  a break. Off the record.
15       THE VIDEOGRAPHER: It's 10:51 a.m.
16  We're off the record.
17       (Recess 10:51 a.m. to 11:02 a.m.)
18       THE VIDEOGRAPHER: The time is
19  11:02 a.m. We're back on the record.
20       MR. HARRISON: We object to the three
21  consulting experts being on this Zoom without them
22  being identified. Rule 30(b)(5)(A)(v) requires that
23  the identity of all persons present be identified for
24  the purposes of the deposition. And so for them to
25  participate, we would ask that you-all identify those

73

1   individuals.
2        MR. STONE: We will identify them
3   pursuant to the agreement that we have. In other
4   words, we will provide you with their identities as
5   required by the rules and by the scheduling order.
6        MR. HARRISON: But for purposes of a
7   deposition, their identity is required. You have to
8   pro -- those have to be provided now.
9        MR. STONE: Well, no, by -- for our
10  agreement, our agreement is that we're going to
11  disclose our experts to you -- yeah, unless the
12  parties stipulate otherwise. We have an agreement,
13  an agreed scheduling order, that says that we'll
14  disclose the identity of our experts to you on
15  June 7th.
16       MR. HARRISON: So --
17       MR. STONE: And we will. We will
18  absolutely identify all of the individuals who are
19  attending on June 7th.
20       MR. HARRISON: It has nothing to do with
21  your expert identification. It has -- what it has to
22  do with is that the rule requires that individuals
23  participating in a deposition be identified as part
24  of the record in the deposition itself. And it's
25  complying with the rules so that we know who is

74

1  present at the deposition and so that you-all have it
2  and the court has it.
3          And so if "consulting expert" is the
4  only thing that comes up there, we object to it
5  because that's not consistent with the rules, and it
6  doesn't identify all persons present at the
7  deposition, regardless of whether they're
8  participating in the deposition or not.
9          MR. STONE:  Slow down.  We are going to
10 provide their identities.  On June 7th we will
11 supplement and provide for this deposition transcript
12 the identities of all these individuals.  So we will
13 provide it to you.  It will be part of the deposition
14 transcript.  All this information will be included in
15 the deposition transcript.
16         MR. HARRISON:  I think our position is
17 that if they're not identified now, then they
18 can't -- they can't participate in the deposition
19 itself.  And so if they don't want to choose to be
20 identified, then they need to leave -- they need to
21 leave the Zoom.
22         MR. STONE:  My individuals are not
23 leaving the Zoom.  They're entitled to be here right
24 now, and we're entitled to provide you with that
25 information on June 7th, as we agreed.  We're going

75

1  to give you their identities on June 7th.  You're not
2  entitled to find out their identities prior to
3  June 7th.
4          Additionally -- I mean, this is just an
5  attempt to figure out who our experts are before
6  we're required to disclose them.  We have such a
7  tight timeline here that it's important that my
8  experts be able to hear this testimony live because
9  we're on such a tight schedule.
10         You guys didn't give us any details.
11 You wouldn't even tell us what segment of the river
12 was at issue until two weeks ago.
13         So we are -- you know, we are clearly at
14 a disadvantage here, and it's important that my
15 experts are able to listen.  And, again, we will
16 provide you with their identities and make sure that
17 it's part of the transcript for this hearing.
18         MR. HARRISON:  Okay.  So maybe the way
19 to move forward, then, is I would like to put on a
20 standing objection for their participation in this,
21 and we can confer afterwards and decide how to handle
22 this for future depositions.
23         MR. STONE:  I think that makes sense.
24 We can have a conversation after this about how we
25 handle this going forward.

76

1          MR. HARRISON:  Thank you.  Thanks.
2          MR. STONE:  Okay.
3      Q.  (BY MR. STONE)  All right.  Now, you
4  testified a few minutes ago that you don't know what
5  the water levels downstream of the Amistad Dam are as
6  they relate to navigability, right?
7          MR. HARRISON:  Objection.  Form.
8      A.  I do not know the water levels at this
9  current moment, correct.
10     Q.  (BY MR. STONE)  And you don't know the water
11 levels over the past year on average as they relate
12 to -- strike that.
13         You also don't know what the average
14 water levels are downstream of Amistad Dam as they
15 relate to navigability for all 20 gages?
16         MR. HARRISON:  Objection.  Form.
17     A.  I do not have a -- at this moment I could
18 not give you that information, because additional
19 analysis would be required on my part.
20     Q.  (BY MR. STONE)  As it relates to the
21 determination of water levels downstream of the
22 Amistad Dam as they relate to navigability, are you
23 offering fact testimony or expert opinions about
24 those?
25         MR. HARRISON:  Objection.  Form.

77

1      A.  My report is specifically focused on
2  providing the water levels at Eagle Pass.  I do not
3  make any statements regarding what flow would be
4  required to reach those water levels between those
5  elevations nor the other sections of the river that
6  I'm not covering in the report.
7      Q.  (BY MR. STONE)  So when it says here,
8  "information about water levels downstream of Amistad
9  Dam as" -- strike that.
10         Referring to Cortez Exhibit 4.  So when
11 it says in Cortez Exhibit 4, "information about water
12 levels downstream of Amistad Dam as they relate to
13 navigability," you're only actually talking about the
14 gage that's in Eagle Pass, right?
15         MR. HARRISON:  Objection.  Form.
16     A.  That is the only gage I reference in my
17 report.
18     Q.  (BY MR. STONE)  You're not talking about any
19 of the other gages on the Rio Grande River?
20         MR. HARRISON:  Objection.  Form.
21     A.  I make reference to other gages as part of
22 the reports but not as it relates to navigability.
23 And to amend that statement for completeness, I do
24 reference the mile 13 Jimenez gages and the
25 operations there, which is upstream of Eagle Pass.

Adrian Cortez - 5/22/2024

78

1    Q. (BY MR. STONE)  So two gages that you
2  mention --
3    A.  Uh-huh.
4    Q.  -- are both in Eagle Pass?
5    A.  They are upstream of Eagle Pass, but
6  relatively close.
7    Q.  How far upstream of Eagle Pass?
8    A.  I would need to look at my report to get the
9  river mileages.
10   Q.  Well, we'll be going through your report
11 shortly, so we'll wait and go through that then.
12       What opinions do you have about the
13 water levels downstream of the Amistad Dam as they
14 relate to navigability at the Eagle Pass gage?
15       MR. HARRISON:  Objection.  Form.
16   A.  I do not offer any opinions on that topic.
17   Q. (BY MR. STONE)  A moment ago you mentioned
18 the other gage that you discuss -- which one was it
19 again?
20   A.  Rio Grande at Jimenez.
21   Q.  Jimenez.  What expert opinion do you have
22 about the water levels downstream of Amistad Dam as
23 they relate to navigability at the Jimenez gage?
24       MR. HARRISON:  Objection.  Form.
25   A.  Only that the reduced water levels at the

79

1  Jimenez gage reduces -- the reduced water flows at
2  the Jimenez gage reduces water levels.  So depending
3  on how far it's reduced, that would have an impact on
4  navigability.
5    Q. (BY MR. STONE)  Next on Exhibit 4, the final
6  category that we've got listed here, it says that
7  "USIBWC's use of watercraft in support of its
8  operations on the Rio Grande."  Do you see that?
9    A.  I see that, yes.
10   Q.  Are you an expert on the IBWC's use of
11 watercraft in support of its operations on the Rio
12 Grande River?
13       MR. HARRISON:  Objection.  Form.
14   A.  I am not an expert in the deployment of
15 watercraft on the Rio Grande River.
16   Q. (BY MR. STONE)  I think I understand.  So is
17 it your testimony that you're not an expert on
18 watercraft on the Rio Grande River, period, not just
19 specifically to the operations of IBWC?
20       MR. HARRISON:  Objection.  Form.
21   A.  The testimony that I'm offering is relating
22 to the equipment that the Commission deploys and the
23 type of equipment they would use on the river -- Rio
24 Grande in general.
25   Q. (BY MR. STONE)  So you have expert opinions

80

1  about that subject?
2    A.  Not opinions; I'm providing information.
3    Q.  Okay.  Do you have -- strike that.
4        Are you an expert on the Commission's
5  use of watercraft in support of its operations on the
6  Rio Grande River?
7        MR. HARRISON:  Objection.  Form.
8    A.  I'm knowledgeable in my daily duties of the
9  type of instruments that we use for collecting data
10 within our division.
11   Q. (BY MR. STONE)  So is that a yes?
12       MR. HARRISON:  Objection.  Form.
13   A.  Specific to as it relates to my job duties,
14 yes.
15   Q. (BY MR. STONE)  Other than as it relates to
16 your job duties, are you an expert on the IBW -- on
17 the Commission's use of watercraft in support of its
18 operations on the Rio Grande River?
19       MR. HARRISON:  Objection.  Form.
20   A.  No.
21   Q. (BY MR. STONE)  Will you be providing expert
22 opinions in this case on the Commission's use of
23 watercraft in support of its operations on the Rio
24 Grande River?
25       MR. HARRISON:  Objection.  Form.

81

1    A.  I provide information on the type of
2  watercraft that we use.
3    Q. (BY MR. STONE)  Is that fact testimony, or
4  is it expert opinion testimony?
5    A.  It is fact testimony.
6        MR. HARRISON:  Objection.  Form.
7    A.  It is fact testimony.
8    Q. (BY MR. STONE)  Do you have any expert
9  opinions in this case about the Commission's use of
10 watercraft in support of its operations on the Rio
11 Grande River?
12   A.  I do not.
13   Q.  Other than the -- other than the topics that
14 are identified here on Exhibit 4, is there anything
15 else that you will be testifying as an expert on in
16 this case?
17       MR. HARRISON:  Objection.  Form.
18   A.  I believe what is written there is accurate.
19   Q. (BY MR. STONE)  Okay.  I want to go back to
20 Exhibit 5.  This is the -- Cortez Exhibit 5, this is
21 the table of river mileages.  I'm looking at page 4
22 where we started with that mile at 275.5, right?
23       Do you see -- I haven't shared the
24 screen.  Hold on.
25       Okay.  Do you see it on your screen?

82

1    A. I do see it, yes.
2    Q. Do you know where each of these buoys is
3  located?
4    A. Beyond the river mileage information that's
5  provided here?
6    Q. Yeah.
7    A. No. This would be where the buoys are
8  located if they're currently installed and operable.
9    Q. What are these Falcon Buoys?
10   A. They demark the international boundary in
11  the reservoir itself.
12   Q. You mentioned that you collect
13  cross-sectional data at the gages. Is that correct?
14   A. As part of my division's duties, that is
15  data we collect.
16   Q. How often do you collect cross-sectional
17  data at the gages along the Rio Grande River?
18   A. So every time one of our technicians
19  performs a field measurement, there is a
20  cross-section that is collected in order to do that.
21  It depends on the exact gage that we are looking at,
22  but at least once a month would be the routine.
23   Q. And do you guys retain that information in
24  written format at the IBWC?
25   A. Not written, but digital files.

83

1    Q. Digital files, okay. Did you rely on any of
2  that information in forming your expert opinions in
3  this case?
4    A. I did not.
5    Q. Are any of the buoys identified in Exhibit 5
6  located in -- located where the buoys at issue in
7  this case that were installed by Texas are?
8        MR. HARRISON: Objection. Form.
9    A. I do not believe so, no.
10   Q. (BY MR. STONE) For the purposes of this
11  deposition, and so I don't have to use a bunch of
12  words to explain it, when I say "floating buoys," I'm
13  going to be specifically referencing the buoys that
14  were installed by Texas that are at issue in this
15  case. Do you understand?
16   A. Yes.
17   Q. Have you seen the buoys that are identified
18  in Exhibit 5 along the stretch at issue here of the
19  Rio Grande River?
20   A. Those specifically named "Falcon Buoy No."
21  something?
22   Q. Uh-huh.
23   A. I have seen photos of them, but that's the
24  only time.
25   Q. Do you know where those buoys are -- those

84

1  buoys called the Falcon Buoys, where are they in
2  ref -- located in reference to the riverbanks?
3    A. The -- so that's a complicated question in
4  the sense that the reservoir is inundated, right? So
5  as it fills up, the extent of the reservoir is going
6  to increase, and that's going to -- there's not
7  really a riverbank anymore, because you have a full
8  inundation pool, if you're talking about what the
9  original elevation of the river was and its prior --
10  prior to the construction of the dam or the current
11  extent of the dam.
12   Q. Yeah. And this is a great time to do some
13  terms, talk about some terms.
14       What do you mean when you say the word
15  "inundate"?
16   A. Inundate. So that is the pool of water that
17  is formed by Falcon Dam and Amistad Dam.
18   Q. Is that where the reservoirs are located, or
19  is it a different location?
20   A. It is the same location, yes.
21   Q. Are the -- those Falcon Buoys that are
22  referenced in Exhibit 5, are they located on the U.S.
23  or Mexico side of the reservoir?
24   A. They would be located on the international
25  boundary.

85

1    Q. And you said that it's complicated because
2  the river is inundated right now in determining where
3  they are in relation to the riverbank, which there is
4  no riverbank?
5        MR. HARRISON: Objection. Form.
6        MR. STONE: Strike that. Even I was
7  confused by it. Terrible question. All right.
8    Q. (BY MR. STONE) Who owns or controls those
9  buoys?
10       MR. HARRISON: Objection. Form.
11   A. For the buoys that are specifically
12  referenced as Falcon Buoy, my understanding is that
13  those are maintained by the Commission as part of its
14  jurisdiction.
15   Q. (BY MR. STONE) Do you know if a Section 10
16  permit was issued by the U.S. Army Corps of Engineers
17  for those buoys?
18       MR. HARRISON: Objection. Form.
19   A. I don't have any knowledge of that.
20   Q. (BY MR. STONE) Are you -- have you reviewed
21  the Rivers and Harbors Act of 1899?
22   A. I have not.
23   Q. Let's switch over and talk about your expert
24  report.
25       Do you see Cortez Exhibit 2 on the

86

1 screen?
2    A. I do.
3    Q. This is your supp -- this is your current
4 expert report?
5    A. Yes, that's what it appears to be.
6    Q. I want to start on page 3 under Section 1,
7 Purpose and Need. Could you read the first paragraph
8 here silently to yourself and then let me know when
9 you finish. I have some follow-up questions.
10    A. Could I look at a paper version?
11       MR. HARRISON: I have a paper version
12 printed off here.
13       MR. STONE: Yeah, if you want.
14       MR. HARRISON: All that's written on it
15 is Cortez 2.
16       MR. STONE: Perfect, yeah.
17       THE WITNESS: Thank you so much.
18    A. (Reading.) Okay.
19    Q. (BY MR. STONE) When were you asked to
20 provide expert opinions about the information
21 described in paragraph 1?
22    A. I want to roughly say it was February,
23 March, that time period, but I could be wrong.
24    Q. It was before May 3rd?
25    A. Before submittal of the report?

87

1    Q. No, no. Were you asked to provide the
2 information described in paragraph 1 before May 3rd,
3 2024?
4    A. Yes, I was -- yes.
5    Q. Were you asked to provide the information
6 described in paragraph 1 before January 24th, 2024?
7    A. I don't believe so, but my calendar is
8 fuzzy.
9    Q. Let's look at the second paragraph here on
10 page 3 of Exhibit 2, Cortez Exhibit 2.
11       "I have been asked to provide an opinion
12 on how the 1944 Water Treaty addresses the subject of
13 navigation, current navigational uses of the Rio
14 Grande within the responsibility of the Commission,
15 and how this could be prioritized in the future
16 within the stretch of the river extending from
17 Amistad International Dam to Falcon International Dam
18 and Reservoir." Did I read that correctly?
19    A. I believe so, yes.
20    Q. When were you asked to provide that
21 information?
22    A. A similar time period as when I was first
23 asked to go through the report.
24    Q. Before May 3rd, 2024, right?
25    A. Before May 3rd. That is correct.

88

1    Q. And possibly before January 24th, 2024?
2       MR. HARRISON: Objection. Form.
3    A. It's unlikely, but it is possible.
4    Q. (BY MR. STONE) Were you asked to provide
5 expert opinions on the River and Harbors Act of 1899?
6    A. I was not.
7    Q. All right. Do you have any expert opinions
8 on the River and Harbors Act?
9    A. I do not.
10    Q. Are you a lawyer?
11    A. I am not.
12    Q. Did you attend law school?
13    A. I did not.
14    Q. Are you offering any legal opinions on the
15 1944 Water Treaty?
16    A. I am not.
17    Q. Does the 1944 Water Treaty define
18 "navigation"?
19    A. It does not.
20    Q. How did dictionaries define the word
21 "navigation" in 1944 when the water treaty was
22 adopted?
23       MR. HARRISON: Objection. Form.
24    A. I couldn't provide that information.
25    Q. (BY MR. STONE) What specialized knowledge

89

1 do you have on the definition of "navigation" in the
2 1944 Water Treaty?
3    A. Specialized knowledge? Nothing. Just what
4 it says in the treaty.
5    Q. What specialized skills do you have as it
6 relates to the definition of "navigation" in the 1944
7 Water Treaty?
8    A. None.
9    Q. What specialized experience do you have as
10 it relates to the definition of "navigation" in the
11 1944 Water Treaty?
12       MR. HARRISON: Objection. Form.
13    A. None.
14    Q. (BY MR. STONE) What specialized training do
15 you have on the definition of "navigation" in the
16 1944 Water Treaty?
17       MR. HARRISON: Objection. Form.
18    A. None.
19    Q. (BY MR. STONE) What specialized education
20 do you have on the definition of "navigation" in the
21 1944 Water Treaty?
22       MR. HARRISON: Objection. Form.
23    A. None.
24    Q. (BY MR. STONE) Are you an expert on the
25 subject of navigation in the 1944 Water Treaty?

90

1          MR. HARRISON:  Objection.  Form.
2     A.  I am not.
3     Q.  (BY MR. STONE)  Are you an expert on current
4  navigational uses of the Rio Grande within the
5  responsibility of the Commission?
6          MR. HARRISON:  Objection.  Form.
7     A.  I provide information on the watercraft that
8  are used by the Commission in doing its duties.
9     Q.  (BY MR. STONE)  Is that factual information
10  or expert opinion?
11          MR. HARRISON:  Objection.  Form.
12     A.  Just factual information.
13     Q.  (BY MR. STONE)  Do you have any expert
14  opinions on the current navigational uses of the Rio
15  Grande within the responsibility of the Commission?
16     A.  Say the question again.  Sorry.  I was
17  reading the...
18     Q.  Yeah.  Do you have any expert opinions in
19  this case on the current navigational uses of the Rio
20  Grande within the responsibility of the Commission?
21     A.  No.  I provide information about our uses.
22     Q.  Just factual information?
23     A.  Yes.
24     Q.  Do you have any expert opinions in this case
25  on how this could be prioritized in the future within

91

1  the stretch of the river -- strike that.  It's
2  wordier than -- let me do it shorter.
3          Do you have any expert opinions in this
4  case on how this could be prioritized in the future
5  along the Rio Grande River?
6          MR. HARRISON:  Objection.  Form.
7     A.  I provide information on how the treaty is
8  flexible in its application of uses, which navigation
9  is one of the uses that is contemplated by the
10  treaty.
11     Q.  (BY MR. STONE)  Is that factual information
12  or expert opinion?
13          MR. HARRISON:  Objection.  Form.
14     A.  It would be factual information.
15     Q.  (BY MR. STONE)  How many times has the
16  Amistad Dam released water for the purposes of
17  navigation since the adoption of the 1944 Water
18  Treaty?
19          MR. HARRISON:  Objection.  Form.
20     A.  I couldn't provide that information.  Not to
21  my knowledge.
22     Q.  (BY MR. STONE)  So you gave two different
23  answers there.  Let me parse that.
24          Do you not know, or you're not aware of
25  it ever happening, that the Amistad Dam released

92

1  water for the purposes of navigation after 1944?
2          MR. HARRISON:  Objection.  Form.
3     A.  The dam was constructed in '68, but in
4  general, I'm not aware in my knowledge of that.
5     Q.  (BY MR. STONE)  So it's fair to say that you
6  have no knowledge of the Amistad Dam ever releasing
7  water for the purposes of navigation?
8          MR. HARRISON:  Objection.  Form.
9     A.  Not to my knowledge.
10     Q.  (BY MR. STONE)  Are you aware of the Falcon
11  Dam ever releasing water for the purposes of
12  navigation?
13          MR. HARRISON:  Objection.  Form.
14     A.  Again, not to my knowledge.
15     Q.  (BY MR. STONE)  Would you know if the Falcon
16  Dam released water for the purposes of navigation?
17     A.  If it happened in the future, I would be
18  aware of it, yes.
19     Q.  What about since you have been employed by
20  the IBWC?
21     A.  I am not aware of any instances.
22     Q.  Right.  But would you be aware?  Since
23  you've been employed by the IBWC, would you be aware
24  if the Falcon Dam released water for the purposes of
25  navigation?

93

1     A.  I believe I would be aware.
2     Q.  And to the best of your knowledge, has the
3  Falcon Dam, since you've been at the IBWC, ever
4  released water for the purposes of navigation?
5     A.  Not to my knowledge.
6     Q.  Since you've been at the -- so similar line
7  of questioning.  Since you've been at the IBWC, would
8  you be aware if the Amistad Dam released water for
9  navigation?
10     A.  I would be aware.
11     Q.  Since you've been employed by the IBWC, are
12  you aware of the Amistad Dam ever releasing water for
13  the purposes of navigation?
14     A.  Not to my knowledge.
15     Q.  Has there ever been a request for the
16  Amistad Dam to release water for the purposes of
17  navigation?
18     A.  Not to my knowledge.
19     Q.  Hypothetically, how would a request for the
20  Amistad Dam to release water for the purposes of
21  navigation occur?
22          MR. HARRISON:  Objection.  Form.
23     A.  Speaking purely hypothetically, assuming
24  that the release was made consistent with the current
25  operating rules and guidelines that are identified in

Adrian Cortez - 5/22/2024

94

1 minutes and treaty, then whoever owns the water could
2 make a release or request a release from the dams for
3 that purpose, if it meets the current operating
4 standards.
5        If -- something would have to be changed
6 in Article -- in Article 3 of the '94 [sic] Water
7 Treaty.  Then the two governments, through the
8 Commission, could come to a different agreement for
9 the prioritization of water.
10    Q.  (BY MR. STONE)  Would a water right be
11 required for the TCEQ watermaster to release water
12 for navigation?
13        MR. HARRISON: Objection.  Form.
14    Q.  (BY MR. STONE)  Wait.  Before you answer.
15        MR. STONE:  State your objection.
16        MR. HARRISON:  You said "water right."
17 Vague.
18    Q.  (BY MR. STONE)  Okay.  What is a water
19 right?
20    A.  So a water right is -- it's the right of an
21 individual predominantly for a sum of water.  So if I
22 own a farm or something like that, I may have, you
23 know, ten acre-feet that I'm allocated or allowed to
24 use in order to do my business.  Similarly, a
25 municipality may have a water right for drinking

95

1 water purposes or industries.
2    Q.  Would a water right be required for the
3 watermaster to release water for navigation?
4    A.  And you're specifying the Texas watermaster?
5    Q.  Sure.  Let me ask it again with the TCEQ.
6 Wait.  Let me pause there.
7        Is there -- on the Mexico side, is there
8 also a watermaster?
9    A.  It's possible.  I'm just familiar with the
10 agencies, but they may have someone who has a similar
11 title.
12    Q.  I see.  Would a water right be required for
13 the TCEQ watermaster to release water for navigation?
14    A.  Any release from the dam is being requested
15 by the watermaster when we're talking solely about
16 the United States' portion of it.
17    Q.  Uh-huh.
18    A.  So then it would be, in that case, the
19 determination of Texas Administrative Code on how the
20 water rights are used, allocated, and their uses.
21    Q.  Are you aware of any water rights for
22 navigation being issued ever in Texas?
23    A.  I'm not aware, no.
24    Q.  Are you aware if TCEQ has granted any water
25 rights for navigation as a beneficial use?

96

1    A.  Navigation as beneficial use.  I am not
2 aware, which isn't to say it doesn't exist.
3        THE REPORTER:  I'm sorry, that last part
4 that you said?
5        THE WITNESS:  I am not aware, not to say
6 it doesn't exist somewhere within Texas.
7    Q.  (BY MR. STONE)  Okay.  I'm not asking
8 specifically about Texas, so maybe I should clarify.
9        Are you aware if TCEQ has granted any
10 water rights on the Rio Grande River for navigation
11 as a beneficial use?
12    A.  Not to my knowledge.
13    Q.  Would you be -- would you know if TCEQ
14 granted a water right for navigation on the Rio
15 Grande River?
16    A.  It may be something that comes along for my
17 job duties from the standpoint that we have to
18 account for all the puts and takes in the reservoirs
19 and the stream -- river itself.  So from that extent,
20 we may -- I may have that knowledge, if it were
21 right, because we would have to account for it in our
22 operations.
23    Q.  So you would probably know if TCEQ had
24 issued a water right on the Rio Grande River for
25 navigation as a beneficial use?

97

1    A.  It is likely, because we would be aware of
2 water rights in general and their placement.
3    Q.  Are fishing and hunting considered
4 navigation by the 1944 treaty?
5    A.  Within the scope of the 1944 Water Treaty,
6 they list that as priority 6 in Article 3.
7    Q.  So they list it --
8    A.  Separately.
9    Q.  Does the 1944 Water Treaty consider bank-to-
10 bank crossings of the Rio Grande River to be
11 navigation?
12    A.  In 1944 Water Treaty does not provide a
13 definition of "navigation" or "navigability."
14    Q.  Does the 1944 Water Treaty definition --
15 strike that.
16        Does the 1944 Water Treaty consider
17 navigation to include only commercial activity on the
18 Rio Grande River?
19        MR. HARRISON:  Objection.  Form.
20    A.  It does not specify a definition for what...
21    Q.  (BY MR. STONE)  Is there any commercial
22 navigation taking place on the Rio Grande River, to
23 the best of your knowledge?
24    A.  Not to my knowledge.
25    Q.  Does the 1944 Water Treaty consider

98

1  recreational activity on the Rio Grande River to be
2  navigation?
3      A. I could not make a determination on what the
4  1944 Water Treaty determines each individual thing
5  would be other than if it's made a determination that
6  falls under those priorities.
7      Q. Does the 1944 Water Treaty consider
8  navigation to include the illegal crossing of drugs
9  from Mexico into the United States?
10         MR. HARRISON: Objection. Form.
11     A. I couldn't make that determination.
12     Q. (BY MR. STONE) So it's possible?
13         MR. HARRISON: Objection. Form.
14     A. In -- I couldn't provide a legal
15  determination what's -- whether or not that is
16  considered, but...
17         Since the treaty itself does not
18  specifically define "navigation," right, you could
19  have a large subset of items that fall under that
20  thing that's silent within the treaty itself.
21     Q. (BY MR. STONE) So is it fair to say that
22  because the 1944 treaty doesn't define "navigation,"
23  it could be anything?
24         MR. HARRISON: Objection. Form.
25     A. As far as what is determined by the

99

1  Commission and then also determined by the two
2  governments through our processes.
3      Q. (BY MR. STONE) So there's two processes,
4  you said. One was determined by the Commission or
5  determined by the governments. Is that correct;
6  there's two pathways here?
7      A. Yes, in the sense that the determinations by
8  the Commission are usually approved by the
9  governments in the forms of minutes and things like
10  that as well as the amendment that is listed in
11  Article 3 of the -- if the Commission needed to
12  change something or adjust the priorities.
13     Q. Okay. Has the Commission approved -- strike
14  that.
15         Has the Commission defined "navigation"
16  for the purposes of the 1944 treaty?
17     A. Not to my knowledge.
18     Q. Has the governments defined "navigation" for
19  the purposes of the 1944 treaty?
20     A. Not to my knowledge. It's not part of my
21  duties.
22     Q. Has this Commission determined what activity
23  constitutes navigation for the purposes of the 1944
24  treaty?
25     A. Not to my knowledge.

100

1      Q. Have the governments determined what
2  activity constitutes navigation for the purposes of
3  the 1944 treaty?
4      A. Not to my knowledge, or it's not in my job
5  duties.
6      Q. So is it your testimony that the Commission
7  could determine that navigation under the 1944 Water
8  Treaty includes the illegal crossing of drugs into
9  the United States?
10         MR. HARRISON: Objection. Form.
11     A. That would be a determination made by the
12  governments.
13     Q. (BY MR. STONE) Not the Commission?
14         MR. HARRISON: Same objection.
15     A. So it's through agreements of the Commission
16  that that would be determined, and those are approved
17  by the governments.
18     Q. (BY MR. STONE) Are there any agreements
19  right now between the governments as it relates to
20  navigation under the 1944 treaty?
21     A. Not to my knowledge.
22     Q. Do you know why the governments have not
23  come to any kind of agreement as it relates to
24  navigation of the 1944 treaty?
25     A. I couldn't speculate.

101

1      Q. I'm not asking you to speculate; I'm asking
2  if you know.
3      A. I do not know.
4      Q. Okay. The watermaster reports monthly on
5  all water uses by Texas on the Rio Grande River,
6  right?
7      A. Yes, they make a determination monthly.
8      Q. It's required by the IBWC accounting, right?
9      A. Okay. Could you restate your full --
10     Q. Sure.
11     A. -- question?
12     Q. The TCEQ watermaster's monthly reports on
13  water uses, is that required by IBWC accounting?
14     A. In order for us to perform the accounting,
15  we do have to know the releases out of the dams, who
16  owns or requests those releases, and then similarly,
17  to perform the monthly accounting, we would have to
18  know how much was being diverted by the TCEQ
19  watermaster, stakeholders, or the accounts under the
20  watermaster.
21     Q. Has TCEQ ever reported any water used for
22  navigation on the Rio Grande River?
23     A. Not to my knowledge.
24     Q. Does navigation -- under the 1944 treaty,
25  water -- strike that.

Adrian Cortez - 5/22/2024

102

1     Under the 1944 Water Treaty, does
2  navigation include illicit -- the transfer of illicit
3  cargo?
4        MR. HARRISON: Objection. Form.
5     A. Say that again.
6     Q. (BY MR. STONE) Sure. Under the 1944 Water
7  Treaty, does the definition of "navigation" include
8  the transfer of illicit cargo?
9        MR. HARRISON: Same objection.
10    A. The treaty does not provide a definition for
11 navigation.
12    Q. (BY MR. STONE) And is it your testimony
13 that a determination of what navigation means under
14 the 1944 treaty would be made either by the
15 Commission or by the governments cooperating jointly?
16    A. The Commission solely, I don't believe,
17 would make the determination with respect to
18 navigation; it would be with consultation of both
19 governments.
20    Q. Okay. So -- strike that.
21       All right. I want to keep going. We
22 are on page 3 of Exhibit 4. If you want to use the
23 paper copy in front of you, it might be easier for
24 you.
25       Let's pick up under Section 2. So the

103

1  bottom of, again, page 3 on Cortez Exhibit 4 [sic].
2  You say here that "Based on my experience and
3  knowledge of the 1944 Water Treaty, navigation is
4  considered as an authorized use of the waters of the
5  basin." Did I read that correctly?
6     A. Yes.
7     Q. And then you say, "The primary limiting
8  factors are the current hydrology and infrastructure
9  constructed upstream of the international reach of
10 the river and boundary, known as the limitrophe" --
11 am I saying that correctly?
12    A. The limitrophe.
13    Q. -- "limitrophe and its tributaries." Did I
14 read that accurately?
15    A. Yes.
16    Q. Limitrophe?
17    A. Yes.
18    Q. Okay. How is current hydrology a limiting
19 factor?
20    A. Okay. So current hydrology is a limiting
21 factor because the basin itself is drying. Amistad
22 and Falcon Reservoirs combined are currently at
23 record lows. Flows coming upstream of Amistad Dam
24 have been decreasing with time. So, generally, we'll
25 say it's a drought. That is going to impact the

104

1  water supply, as it determines the available water
2  supply, in order to use that water for any use,
3  regardless of navigation or municipal use or things
4  like that.
5     Q. How long have these drought-like conditions
6  existed?
7     A. The drought started in the mid to late
8  1990s. Has a little -- couple years that were pretty
9  good, and then we're back in it.
10    Q. Do you have any reason to believe that in
11 the near-term future, those drought conditions will
12 cease to exist?
13       MR. HARRISON: Objection. Form.
14    A. I couldn't make a determination on climate
15 and weather as it relates to long-term periods.
16    Q. (BY MR. STONE) You also talk about here the
17 infrastructure constructed upstream. How is that a
18 limiting factor?
19    A. Okay. So the construction upstream -- every
20 drop of the water in the Rio Grande basin at this
21 point is allocated to somebody. So as I say in my
22 report, the way the basin is managed is that the
23 region upstream of El Paso, Texas, is sort of its own
24 river. And the infrastructure there is operated to
25 provide, you know, water to the water rights holder

105

1  there.
2        The portion downstream, which is
3  governed by the 1944 Water Treaty after Fort Quitman,
4  is sort of like its own river basin because it's been
5  disconnected due to the operational practices.
6     Q. How much of that water is allocated to the
7  federal government?
8     A. Could you be specific in which region?
9     Q. The region that we're talking about here,
10 the Rio Grande River.
11    A. Oh, Okay. There's no allocation of water to
12 the federal government beyond the treaty giving the
13 water to the United States and then public law giving
14 that water to -- for management by the State of
15 Texas.
16    Q. So is all of the water on the U.S. side
17 allocated to Texas?
18    A. You're not talking about a physical side,
19 right?
20    Q. What do you mean I'm "not talking about a
21 physical side"?
22    A. So, within the stream, it can be commingled
23 with Mexico water, right? So there's not --
24    Q. Oh, I see. Okay.
25    A. -- not a physical boundary side, that that

106

1  side of the water is U.S.'s what I was getting to.
2     Q.  I see.  All right.  Okay.  So with respect
3  to the allocation of water rights, is all of the
4  allocation of water rights for the water allocated to
5  the U.S. held by Texas?
6     A.  Assuming that it is below -- the reservoirs
7  are below conservation.  Once -- you know, if it's a
8  flood and it reaches above conservation, then it
9  is then the Commission's responsibility to evacuate
10  those flood flows.  But neither country has an
11  interest in those waters, I believe, is what the
12  treaty says.
13     Q.  I see.  And I think you mentioned earlier
14  there hasn't been a flood at the Amistad Dam since
15  2010?
16     A.  That is correct.
17     Q.  You say here that "Under current hydrology
18  and channel conditions, navigation would be limited
19  to smaller watercraft and is dependent on the exact
20  cross-section and water depths in the region being
21  traversed."  Did I read that right?
22     A.  Yes, that's correct.
23     Q.  Okay.  And then you say, "There is
24  infrastructure" -- I'm reading -- strike that.
25        So I'm continuing on to page 4 of

107

1  Exhibit -- Cortez Exhibit 2, your expert report.  You
2  say, "There is infrastructure like weirs and small
3  diversion dams that would limit access at lower water
4  levels.  At higher water levels, the effect of these
5  minor infrastructures are drowned out, making it
6  easier to traverse the full stretch of the river."
7  Did I read that correctly?
8     A.  That is correct, yes.
9     Q.  Okay.  What is a weir?
10     A.  A weir?
11     Q.  Uh-huh.
12     A.  So a weir is a hydraulic control device
13  that's commonly built either -- it can be done in a
14  canal or a river or some sort of water conveyance
15  structure that is used to hydrolically control the
16  flow of water over the weir as well as the height of
17  the water over the weir.  And it's a control device
18  that's used for various different reasons.
19     Q.  How many weirs are there on the Rio Grande
20  River?
21     A.  I could not give an accurate number without
22  reviewing site by site for all our day use.
23     Q.  Is it possible there's more than 100?
24     A.  More than 100?  No.
25     Q.  Is it possible there's more than 50?

108

1     A.  No.
2     Q.  Is it possible there's more than 20?
3     A.  Possibly.
4     Q.  Okay.  Where is the first weir located on
5  the Rio Grande River in relation to the Amistad Dam?
6     A.  Below Amistad Dam has a -- is that a
7  weir? -- I believe it has a weir.
8     Q.  Now, you testified -- or your expert report
9  says that if the water level is high enough --
10  high -- strike that.
11        Your expert report says that if the
12  water depth is high enough, it can drown out the
13  impact on navigation caused by these 20-plus weirs on
14  the Rio Grande River, right?
15     A.  That is what I say, yes.
16     Q.  How high would the water depth need to be to
17  drown out the effects of the 20-plus weirs on the Rio
18  Grande River?
19     A.  That is dependent on the cross-section and
20  specific weir that you would be looking at.
21     Q.  Okay.  For any of them?  In other words, you
22  said there's more than 20.  The first one -- let's
23  start with the first one.
24     A.  I don't think I said more than 20, but...
25     Q.  It's possible that there's more than 20,

109

1  okay.
2        Let's start with the first one.  How
3  high would the water level need to be in the Rio
4  Grande River to drown out the effects to navigation
5  caused by the first weir?
6     A.  I would -- to give an accurate answer, I
7  would have to look at the actual weir, so the
8  structure of the weir, and perform additional
9  analysis.  Off the top of my head, I could not answer
10  that question.
11     Q.  Can you answer that question for any of the
12  weirs on the Rio Grande River?
13     A.  It would require additional analysis.
14     Q.  You also mention diversion, small diversion
15  dams, right?
16     A.  Yes, I do.
17     Q.  How many small diversion -- before we move
18  on, you said that it would depend on each individual
19  weir what water level was necessary to drown out
20  their impacts on navigation, right?
21     A.  Yes.
22     Q.  Is there an average water depth you would --
23  you could reasonably conclude would be sufficient to
24  drown out the effects of the weirs along -- of all of
25  the weirs along the stretch of the Rio Grande River?

Adrian Cortez - 5/22/2024

110

1  A. That is a determination where I would want
2  to be able to do technical analysis in order to
3  provide, not just an off-the-hand or back-of-the-
4  napkin number.
5  Q. Sure. Let me pose it as a hypothetical.
6      If the water was -- if the entire
7  section of the Rio Grande River was 50 feet deep, do
8  you believe that that would drown out the effects of
9  the weirs along the Rio Grande River?
10  A. 50 feet in depth?
11  Q. Correct. Along the entire stretch.
12  A. I believe for the weirs that seems like a
13  reasonable number hypothetically without additional
14  technical analysis.
15  Q. What about ten feet of water depth?
16  A. I would require technical analysis to give a
17  judgment on that.
18  Q. It's fair to say that you couldn't just say
19  even right now that, back-of-napkin, ten feet would
20  be sufficient to drown out the effects of the weirs
21  along the -- on average along the Rio Grande River?
22  A. That is correct.
23  Q. Okay. You also mentioned small diversion
24  dams, right?
25  A. Yes, I do.

111

1  Q. How many small diversion dams are there on
2  the Rio Grande River?
3  A. In the section that we are discussing, I'm
4  aware of Maverick Dam.
5  Q. Okay. So one?
6  A. That's correct.
7  Q. Okay. And you talk about Maverick Dam in
8  the report. We're going to get to that in a little
9  bit more detail. Okay.
10      So I'm curious, in your -- strike that.
11      You're very familiar with Maverick Dam,
12  right?
13  A. I'm familiar with it, yes.
14  Q. How high would the water depth need to be to
15  drown out the effects of the Maverick Dam on
16  navigation along the Rio Grande River?
17  A. I couldn't give a number on the required
18  height.
19  Q. Would 50 feet of water depth be sufficient
20  to overcome the effects of the Maverick Dam on
21  navigation along the Rio Grande River?
22  A. That may be a reasonable number without
23  reviewing, you know, the actual schematic of the dam
24  and the heights of the dam and things of that nature.
25  Q. Is it possible that you might need more than

112

1  50 feet of water depth because of how much water is
2  being diverted by the Maverick Dam?
3  A. Say that again.
4  Q. Yeah. So the -- you know what, let's take
5  this step by step. What is a diversion dam?
6  A. Okay. So a diversion dam is another
7  hydrolog -- hydraulic control structure which is
8  designed to back water up in order to divert that
9  into something like a canal for, in this case, the
10  purpose of irrigation and power generation.
11  Q. As I understand it from your expert report,
12  the Maverick Dam diverts water from the Rio Grande
13  River?
14  A. That is correct, yes.
15  Q. And then it reinserts the water further
16  downstream into the Rio Grande River?
17  A. That is correct, yes.
18  Q. Approximately how long is the stretch
19  between where the water is diverted to where it is
20  reinserted in the Rio Grande River?
21  A. It's approximately 38, but let me confirm.
22  About 35.8 river miles, according to my report.
23  Q. Okay. Is there a name for that 35.8-mile
24  stretch that you guys use at IBWC?
25  A. Not to my knowledge, no.

113

1  Q. What is the water level -- strike that.
2      What is the average water level along
3  that 35.8-mile-point stretch below the Maverick Dam
4  over the past year?
5  A. Average water level in that stretch over the
6  past year. I would have to look at the data to give
7  a number. It's not going to be a large number.
8      It's specifically the distance that's
9  between the diversion for Maverick Canal and to where
10  it's reinserted.
11  Q. Uh-huh. How much water approximately is
12  diverted as a percentage from the Rio Grande River by
13  the Maverick Dam?
14  A. As a percentage? Without calculating it --
15  okay. It's -- so at its maximum capacity, the
16  Maverick Canal will divert about -- this isn't a
17  hundred percent accurate number, but around twelve to
18  thirteen hundred CFS, without a calculator. And
19  it's -- the ability to take that water through the
20  canal is dependent on the releases that are coming
21  out of Amistad Dam.
22      So if the release is 30, then it is
23  operated to try and divert as much water through the
24  canal to maximize power generation for their
25  purposes.

114

1    THE REPORTER: I'm sorry, "maximize
2  power generation."
3    THE WITNESS: For their purposes.
4    THE REPORTER: Thank you.
5    Q. (BY MR. STONE) So if you increase the
6  amount of water depth by the Maverick Dam, the
7  Maverick Dam is going to take more of that water for
8  the purposes of hydroelectric power generation?
9    A. Up to the capacity limits of the canal
10  itself.
11    Q. What are the capacity limits of the canal
12  itself?
13    A. Roughly 40 CMS, cubic meters per second. I
14  would need a calculator to convert it.
15    Q. Is the 35.8-mile stretch below that Maverick
16  Dam diversion currently navigable?
17    MR. HARRISON: Objection. Form.
18    A. I could not give a speci -- I could not
19  specify if it's navigable or not.
20    Q. (BY MR. STONE) And would just releasing
21  water from the Amistad Dam make that water navigable?
22    MR. HARRISON: Objection. Form.
23    A. If -- that section of the river is highly
24  dependent on the releases out of Amistad Dam, but if
25  there is localized rain flow -- rainfall that falls

115

1  on the tributaries that affect that section of the
2  river, then it may not just be Amistad --
3    Q. (BY MR. STONE) Okay.
4    A. -- contributing. And I just need a quick
5  break, five minutes.
6    Q. Okay. Yeah, yeah. Let's go off the record.
7    THE VIDEOGRAPHER: The time is 12:03
8  p.m. Going off the record.
9    (Lunch recess 12:03 p.m. to 1:06 p.m.)
10    THE VIDEOGRAPHER: The time is 1:06 p.m.
11  We're back on the record.
12    Q. (BY MR. STONE) I'm sharing on the screen
13  again what we've marked as Cortez Exhibit 2. This is
14  a copy of your expert report.
15    Picking back up where we left off on
16  page 4 of Exhibit 2, I had a question. Is the
17  diversion channel at Maverick Dam considered a
18  Section 10 water?
19    A. I could not give an answer to that question.
20    Q. Now, in your expert report, you identify the
21  weirs and small diversion dams as infrastructure that
22  would be limiting factors for navigation on the Rio
23  Grande River, right?
24    A. I do, yes.
25    Q. Are there any other infra -- is there --

116

1  strike that.
2    Is there any other infrastructure on the
3  Rio Grande River that would be a limiting factor for
4  the purposes of navigation?
5    A. Besides dams and weirs?
6    Q. Yes.
7    A. There are cableways in the -- that reach of
8  the river that are -- so a cableway is an
9  infrastructure structure that's used for the metering
10  of water. It has a steel cable that goes across from
11  bank to bank. And then, using a cable car, our
12  employees can measure the river itself.
13    Q. So there's a -- did you say "cable car"?
14    A. It's a steel cable that's stretched across
15  the river.
16    Q. And is there a car -- some kind of thing
17  that people climb into that is transported back and
18  forth across this cable?
19    A. It depends on the location. Some of them
20  have been replaced with mechanical equipment, so
21  there are remote control devices that go across.
22  Other places are going to have a physical metal car
23  structure that hangs and is suspended on a cable and
24  is then traveling back and forth across.
25    Q. And how would the cableways crossing from

117

1  bank to bank impede navigation on the Rio Grande
2  River?
3    A. It would depend on the height of the steel
4  cable.
5    Q. Can you elaborate? What do you mean by "it
6  would depend on the height"?
7    A. So in other areas -- not the one that we're
8  specifically talking about -- I know that it is a
9  consideration for navigation when on the river to
10  avoid those cables and such because they -- depending
11  on where it is, the height could be -- as the water
12  level increases, the distance to that cable would
13  also decrease. So it's a function of operations.
14    Q. How many cableways are there in the Rio
15  Grande River?
16    A. I would say at least five to six, but I
17  could not give a specific answer. It's a common
18  structure.
19    Q. Do you know where they are on the Rio Grande
20  River?
21    A. I know instances of them.
22    Q. Are they permanent?
23    A. Yes, they are.
24    Q. Are they on the river mile document that
25  we -- what we marked as Cortez Exhibit 5?

118

1    A.  Only if it is not near the gaging station.
2  There's usually -- it's normal for there to be a
3  cableway located with a gaging station.
4    Q.  Other than the weirs, small diversion
5  dams -- and by that we mean the Maverick Dam -- and
6  cableways, are there any -- is there any other
7  infrastructure on the Rio Grande River that would
8  impede navigation?
9    A.  I couldn't think of anything at this time.
10    Q.  You write in your report on page 4 of Cortez
11  Exhibit 2 that "additional infrastructure may be
12  required to allow passage through these sections of
13  the river, depending on the size of the watercraft
14  and destination," right?
15    A.  Yes, I do.
16    Q.  What -- all right.  So you say, "depending
17  on the size of the watercraft and destination."  So
18  for the purposes of these questions, I want you to
19  assume that the stretch at issue is that river mile
20  275.5 to river mile 610, okay?
21        What additional infrastructure would you
22  need for commercial barge traffic to travel down the
23  Rio Grande River?
24        MR. HARRISON:  Objection.  Form.
25    A.  I couldn't give specifications on the exact

119

1  infrastructure required.
2    Q.  (BY MR. STONE)  What additional
3  infrastructure would be required to allow passage for
4  cargo ships down the Rio Grande River?
5        MR. HARRISON:  Objection.  Form.
6    A.  I wouldn't be able to specify the exact
7  infrastructure.
8    Q.  (BY MR. STONE)  What type of
9  infrastructure -- additional infrastructure would be
10  required to allow passage down the Rio Grande River
11  for a tanker?
12        MR. HARRISON:  Objection.  Form.
13    A.  I wouldn't be able to give an exact answer.
14    Q.  (BY MR. STONE)  What additional
15  infrastructure would be required to allow passage
16  down the Rio Grande River for a passenger ship?
17        MR. HARRISON:  Objection.  Form.
18    A.  I wouldn't be able to give an answer.
19    Q.  (BY MR. STONE)  What additional
20  infrastructure would be required to allow passage
21  down the Rio Grande River of a cruise ship?
22    A.  I wouldn't --
23        MR. HARRISON:  Objection.  Form.
24    A.  I wouldn't be able to give an answer.
25    Q.  (BY MR. STONE)  What additional

120

1  infrastructure would be required to allow passage
2  down the Rio Grande River of a cruise ship?
3        MR. HARRISON:  Objection.  Form.
4    A.  I wouldn't be able to provide an answer.
5    Q.  (BY MR. STONE)  What additional
6  infrastructure would be required to allow passage
7  down the Rio Grande River of a small feeder ship?
8        MR. HARRISON:  Objection.  Form.
9    A.  Define "a small feeder ship."
10    Q.  (BY MR. STONE)  Do you know what a small
11  feeder ship is?
12    A.  No.
13    Q.  Okay.  What infrastructure -- what
14  additional infrastructure would be required to allow
15  passage down the Rio Grande River of a johnboat?
16        MR. HARRISON:  Objection.  Form.
17    A.  Again, as I -- so it depends on the stretch
18  of river.  The Commission does operate things that
19  are typically described as johnboats.
20    Q.  (BY MR. STONE)  Remember, for the purposes
21  of this question, I told you the stretch of the river
22  is mile marker 275.5 to 610.
23    A.  Yes.
24    Q.  Okay.  So what additional infrastructure for
25  that stretch of river would need -- would be required

121

1  for passage of johnboats down the Rio Grande River?
2        MR. HARRISON:  Objection.  Form.
3    A.  I couldn't provide specifics beyond I know
4  that we use that sort of watercraft to access the
5  river at certain stretches.
6    Q.  (BY MR. STONE)  What -- okay.  So, earlier,
7  you asked what is a small feeder ship.  So for the
8  purposes of this question, I want you to assume that
9  a small feeder ship is a small vessel with containers
10  that can be moved to a larger ship, okay?
11        What additional infrastructure would be
12  required to allow passage of smaller feeder ships
13  down the Rio Grande River?
14        MR. HARRISON:  Objection.  Form.
15    A.  I would not be able to give you a specific
16  answer.
17    Q.  (BY MR. STONE)  What additional
18  infrastructure would be required to allow passage
19  down the Rio Grande River of AirRanger Rhino
20  airboats?
21        MR. HARRISON:  Objection.  Form.
22    A.  AirRangers are -- it's an airboat that we
23  have at the agency that's used to traverse the Rio
24  Grande at present.  Its design is -- because it
25  floats on the top of water and it's controlled by

122

1  air, you have a much reduced drag or depth
2  requirement in order to operate that.
3         In terms of additional infrastructure, I
4  would not be able to give specifics on what would be
5  required for that specific type of boat.
6     Q. (BY MR. STONE)  What additional
7  infrastructure would be required to allow passage
8  down the Rio Grande River of a 1925 Pacific boat?
9         MR. HARRISON:  Objection.  Form.
10    A. Again, it depends on the stretch of river
11 that you are looking at to travel.  The Commission
12 utilizes this equipment to -- in its conduction of
13 its duties.
14    Q. (BY MR. STONE)  The stretch I'm asking is
15 about 275.5 to 610.  What additional infrastructure
16 would be required in that stretch to allow passage of
17 a 1925 Pacific boat down the Rio Grande River?
18        MR. HARRISON:  Objection.  Form.
19    A. It depends on the exact site conditions.  If
20 there was a flood going on, I could make an
21 assumption, taking that information into
22 consideration, that a johnboat of that type would be
23 able to traverse the river without any modifications
24 or additional infrastructure.
25    Q. (BY MR. STONE)  Okay.  So let me clarify,

123

1  since we haven't had a flood since 2010, right?
2     A. Yes, that is accurate.
3     Q. Okay.  So -- and we're currently in drought
4  conditions, right?
5     A. That is correct, accurate.
6     Q. Okay.  So, currently, in the absence of
7  flood-like conditions, what additional infrastructure
8  would be required to allow passage down the entire
9  stretch of river mile 275.5 to 610 for a 1925
10 johnboat?
11        MR. HARRISON:  Objection --
12    Q. (BY MR. STONE)  1925 Pacific boat.  Sorry.
13        MR. HARRISON:  Objection.  Form.
14    A. I couldn't speculate if there would be a
15 requirement for additional infrastructure.  It
16 depends on the flow rates out of the dam absent of
17 flood conditions.
18    Q. (BY MR. STONE)  So it's possible that right
19 now a 1925 Pacific boat can already traverse the
20 entire stretch of the Rio Grande River from mile
21 marker 275.5 to 610?
22        MR. HARRISON:  Objection.  Form.
23    A. Without doing a study of the full stretch of
24 river that we're discussing, I believe it's a
25 reasonable assumption.

124

1     Q. (BY MR. STONE)  What is the basis for that
2  assumption?
3     A. The basis for that assumption would be the
4  capabilities of Amistad Dam in terms of releasing
5  water.  So if it was going to go to a full release
6  and it was requested by either country to make that,
7  then I could foresee it being possible to traverse
8  that section of river as described.  But this is just
9  a sort of a back-of-the-napkin answer.
10    Q. Hold on.  So I understand your question --
11 I'm sorry, your response, you're saying -- I'm not
12 asking about if you release enough water to make it
13 happen.  I'm talking about conditions as they exist
14 today.
15        Could a 1925 Pacific boat traverse the
16 entire stretch from mile marker 275.5 to 610 on the
17 Rio Grande River?
18    A. Okay.  You're saying as of today or --
19    Q. Uh-huh.
20    A. I understand.  Thank you.  Given that the
21 release rates at present are fairly low -- I think
22 it's around 20 CMS, which would be about 700 CFS -- a
23 lot of that water is being diverted out of -- into
24 Maverick Canal, as we've explained.  So in that
25 instance there would be that stretch that we've

125

1  discussed previously where water levels would be
2  significantly reduced.  And just at this given
3  moment, it is unlikely our employees would deploy
4  watercraft in that stretch.
5     Q. How deep does the water need to be for you
6  to operate a 1925 Pacific boat?
7     A. I'm not an expert on boating.
8     Q. Then how do you know that a 1925 Pacific
9  boat can navigate the entire stretch of the Rio
10 Grande River today except for the 35.8-mile stretch
11 below the Maverick Dam diversion?
12        MR. HARRISON:  Objection.  Form.
13    A. Based on the description of the boat here
14 that was provided to me.
15    Q. (BY MR. STONE)  And does that description of
16 the boat tell you how much water depth is needed in
17 order for the 1925 Pacific boat to operate in the Rio
18 Grande River?
19    A. It does not.
20    Q. So what about the description of the 1925
21 Pacific boat leads you to believe that it could
22 navigate anywhere on the Rio Grande River except for
23 that 35.8-mile stretch below the Maverick Dam
24 diversion?
25        MR. HARRISON:  Objection.  Form.

Adrian Cortez - 5/22/2024

126

1    A.  Because I'm familiar with its usages on the
2    river.  So if there is -- sorry.  Can you start with
3    the original assumption?
4    Q.  (BY MR. STONE)  Yeah.  So I'm asking about
5    the -- so I asked, right, what depth is needed for
6    a -- to operate a 1925 Pacific boat, right?
7    A.  Right.
8    Q.  And you said you didn't -- you don't know.
9    A.  Right.
10   Q.  Right?  So then I asked, if you don't know
11   what depth is needed to operate a 1925 Pacific boat,
12   how do you know that the water is sufficiently deep
13   along the entire stretch of the Rio Grande River at
14   issue here except for that 35.8-mile stretch below
15   the Maverick Dam diversion?
16   A.  Okay.  Just based off of knowledge of how we
17   operate.
18   Q.  Are you aware of the 1925 Pacific boats
19   operating in every stretch of the Rio Grande River
20   except for that 35.8-mile stretch below the Maverick
21   Dam diversion?
22   A.  Specifically for the 1925 Pacific boat, it
23   is currently located in -- downstream of the region
24   that we're talking about.  So that specific boat
25   would be unlikely to be deployed right now, because,

127

1    to my knowledge, it's not nearby.  I wasn't sure --
2    Q.  Yeah, if the -- so let's pick the gage 12.
3    It's the 12th furthest away from the Amistad Dam,
4    right?  Assuming the water there is three feet deep,
5    could the 1925 Pacific boat operate in that location?
6         MR. HARRISON:  Objection.  Form.
7    A.  If it's the boat that I believe it is from
8    recollection, I don't believe it could.
9    Q.  (BY MR. STONE)  When you say it's the boat
10   that you "believe it is from recollection," how
11   familiar are you with the 1925 Pacific boat?
12   A.  Not the brand names.
13   Q.  Like could you recognize a 1925 Pacific boat
14   if I showed it to you?
15   A.  I could speculate.  I couldn't say if
16   it's -- right.  There can be different models of
17   boats, so I wouldn't be able to specifically say that
18   is a -- but I could say that is a 30-foot-long boat.
19   Q.  Why is it called a 1925 Pacific boat?
20   A.  I believe that's just the name of the
21   equipment.
22   Q.  Who makes it?
23   A.  I could not tell you.
24   Q.  What different sizes do 1925 Pacific boats
25   come in?

128

1         MR. HARRISON:  Objection.  Form.
2    A.  I'm not sure.
3    Q.  (BY MR. STONE)  How many people can ride in
4    the 1925 Pacific boat?
5         MR. HARRISON:  Objection.  Form.
6    A.  In total?  I do not know the total amount.
7    Q.  (BY MR. STONE)  What is the weight capacity
8    for a 1925 Pacific boat?
9    A.  I do not know.
10   Q.  Are you an expert on 1925 Pacific boats?
11        MR. HARRISON:  Objection.  Form.
12   A.  I am not.
13   Q.  (BY MR. STONE)  Are you an expert on the
14   navigation of the Rio Grande River by 1925 Pacific
15   boats?
16        MR. HARRISON:  Objection.  Form.
17   A.  I am not.
18   Q.  (BY MR. STONE)  What additional
19   infrastructure would you need on the Rio Grande River
20   to connect the contents of small vessels with rail?
21        MR. HARRISON:  Objection.  Form.
22   A.  I wouldn't be able to give specifics.
23   Q.  (BY MR. STONE)  What additional
24   infrastructure would you need on the Rio Grande River
25   to connect the contents of small vessels with our

129

1    modern form of transport by truck?
2         MR. HARRISON:  Objection.  Form.
3    A.  I wouldn't be -- I would not be able to give
4    a specific answer.
5    Q.  (BY MR. STONE)  What additional
6    infrastructure would be required on the Rio Grande
7    River to offload the -- okay.
8         What additional infrastructure would be
9    required on the Rio Grande River to offload contents
10   of vessels onto other modes of transportation?
11        MR. HARRISON:  Objection.  Form.
12   A.  I would not be able to give a specific
13   answer.
14   Q.  (BY MR. STONE)  At the bottom of this
15   paragraph here on page 4, first paragraph, page 4 of
16   Exhibit 2, you say, "A change in priority and
17   operations, removal of constructed infrastructure,
18   additional infrastructure, or river channel
19   modifications could allow for expanded navigational
20   access as well as longer period of navigation."  Did
21   I read that correctly?
22   A.  I believe that is accurate, yes.
23   Q.  A change in -- when you say, "a change in
24   priority" of use, are you referring specifically to
25   the 1944 treaty?

130

1  A. That is correct, yes.
2  Q. Would a change in the priority of use in the
3  1944 treaty relating to navigation govern the
4  issuance of Tex -- the issuance of water issued to
5  Texas as it relates to water rights?  Strike that.
6  It's a bungled question.  Let's do it again, all
7  right?
8      Would a change in the navigational
9  priority in the 1944 treaty have an impact on Texas's
10 water rights?
11     MR. HARRISON:  Objection.  Form.
12 A. To the extent that the water treaty
13 specifies the allotment of waters between the two
14 countries.  Whether it directly or specifically
15 impacts the State of Texas, I couldn't speak to that,
16 because that's a domestic issue.
17 Q. (BY MR. STONE)  Water rights are what
18 actually permit use, not the 1944 treaty, right?
19 A. Specifically for the United States' portion,
20 it is the water rights that are granted by the State
21 of Texas to its users.
22 Q. So a change in a priority of navigation in the
23 1944 treaty would not actually change the water
24 rights as it relates to navigation in Texas?
25 A. The treaty alone specifically, no.  It

131

1  would -- the allotments would be still what was
2  stated within the treaty.
3  Q. All right.  What would be the process for
4  changing the priority of navigation in the 1944
5  treaty?
6  A. The treaty, in Article 3, just notes that
7  the --
8      THE REPORTER:  Hang on.  I need the
9  question repeated, please.  It was cutting out.
10     MR. STONE:  Sorry, ma'am.
11 Q. (BY MR. STONE)  What is the process for
12 changing the priority of navigation in the 1944
13 treaty?
14 A. It would be at the discretion of the two
15 governments, so an agreement would have to be made
16 what the actual form and domestic process is is, you
17 know, subject to each country's requirements.
18 Q. Do you know what those requirements are in
19 the U.S.?
20 A. Generally, but not specifics.
21 Q. Has there ever been a change in priority in
22 the 1944 treaty in the past?
23 A. Not to my knowledge.
24 Q. How feasible do you think, in your opinion,
25 would it be to change the priority of navigation in

132

1  the 1944 treaty?
2      MR. HARRISON:  Objection.  Form.
3  A. I wouldn't be able to give specifics on
4  the -- how feasible that would be.  It just depends
5  on all parties coming to an agreement.
6  Q. (BY MR. STONE)  How high would the priority
7  need to be changed in order to allow expanded
8  navigational access along the Rio Grande River?
9      MR. HARRISON:  Objection.  Form.
10 A. I couldn't give an answer to that.
11 Q. (BY MR. STONE)  So it's currently --
12     THE REPORTER:  I'm sorry, I didn't get
13 your answer.
14     THE WITNESS:  I could not give an
15 answer, or I would not be able to give a response to
16 that question.
17 Q. (BY MR. STONE)  I'm taking you to page 10 of
18 your report that lists the water priorities.  Do you
19 see it?
20 A. I do.
21 Q. And navigation is listed as the fifth
22 priority, right?
23 A. That is correct, yes.
24 Q. If navigation was made the fourth priority,
25 would that expand navigational access along the Rio

133

1  Grande River?
2      MR. HARRISON:  Objection.  Form.
3  A. So the priority order here is just -- it
4  does give a priority order as it is, but these are
5  also the accepted uses of the water under the treaty,
6  and that's why number 7 has a final catch-all, "any
7  other beneficial uses which may be determined by the
8  Commission."
9      So it's -- the order does matter, but
10 it -- it's all relative to each other.
11 Q. (BY MR. STONE)  Let me just ask like what
12 water is currently used for, flowing out of the
13 Amistad Dam.  Is the water currently used for --
14 going down the priority list, is it currently used
15 for any domestic and municipal uses?
16 A. To my knowledge, yes.
17 Q. Is it currently being used for any
18 agricultural and stock raising purposes?
19 A. To my knowledge, yes.
20 Q. Is it currently being used for any electric
21 power purposes?
22 A. To my knowledge, yes.
23 Q. Is it currently being used for any other
24 industrial uses?
25 A. It depends on what the definition is

134

1  considered under "other industrial uses."
2      Q.  Are you an expert on other industrial uses
3  in the 1944 Water Treaty?
4          MR. HARRISON:  Objection.  Form.
5      A.  I'm aware of other uses that are used for
6  industry on the 1944 Water Treaty.
7      Q.  (BY MR. STONE)  So, currently, there are
8  water rights allocated to other industrial uses under
9  the -- I'll stop there.
10     A.  Yes.  I understand mining would be one of
11  the ones that may not fall under the previous ones.
12     Q.  I think you already testified that there are
13  no water rights allocated for navigation?
14         MR. HARRISON:  Objection.  Form.
15     A.  Not to my knowledge.
16     Q.  (BY MR. STONE)  Are there any water rights
17  allocated for fishing and hunting?
18     A.  Not to my knowledge.
19     Q.  Are there any water rights allocated for any
20  other beneficial use which may be determined by the
21  Commission?
22     A.  I do not have any knowledge to that
23  information.
24     Q.  Other than mining, are you aware of any
25  other industrial uses?

135

1      A.  I mean, commercial, if a business has a use
2  for the water, for the withdrawal, that could
3  probably fall under other use -- other industrial
4  uses, but it's -- that's more subject to the
5  watermaster's office and how they allocate the waters
6  to their users.
7      Q.  So you say -- again, I'm reading the final
8  sentence in this paragraph -- "A future change in
9  priority and operations, removal of constructed
10  infrastructure" -- actually, let's stop there.
11         When you say, "removal of constructed
12  infrastructure," what constructed infrastructure are
13  you specifically referring to?
14     A.  This is just a general statement for any
15  constructed infrastructure within the Rio Grande.
16     Q.  So we would move all the weirs?
17         MR. HARRISON:  Objection.  Form.
18     A.  In my statement that's generalized, saying
19  the things, that could be one of the considerations
20  in that statement.
21     Q.  (BY MR. STONE)  If you removed all the
22  weirs, would that expand navigational access on the
23  Rio Grande River?
24         MR. HARRISON:  Objection.  Form.
25     A.  I would not be able to give a specific

136

1  answer, but it would be my expectation that it would.
2      Q.  (BY MR. STONE)  If you removed the Maverick
3  diversion dam, would it increase or expand
4  navigational access on the Rio Grande River?
5          MR. HARRISON:  Objection.  Form.
6      A.  So if you did remove the Maverick Dam, you
7  would know -- you would have a reduced ability to
8  make a diversion into the canal.  So in that sense
9  there would be increased flows downstream of the dam,
10  and then based off what is being released...
11     Q.  (BY MR. STONE)  And then, if you removed the
12  cableways, would that expand navigational access
13  along the Rio Grande River?
14         MR. HARRISON:  Objection.  Form.
15     A.  If the cableway structure is preventing
16  access or navigational access, then removing of that
17  structure would then permit access.
18     Q.  (BY MR. STONE)  But you're not sure if
19  it's -- if those cableways are actually obstructing
20  access right now?
21     A.  Obstruction of access would be entirely
22  dependent on the flow rates of the river.
23     Q.  So if we change the priority in operations,
24  we remove constructed infrastructure on the Rio
25  Grande River, we add additional infrastructure,

137

1  undefined, or river channel modifications, it could
2  allow expanded navigational access.  Is that correct?
3      A.  That is what my statement generally says.
4      Q.  What are the river channel modifications you
5  mention here?
6      A.  You could straighten the river or perform
7  some dredging work to increase the width and depth of
8  it.
9      Q.  Where would you straighten the river to
10  increase or to expand navigational access along the
11  Rio Grande River?
12     A.  This is just a global, general statement
13  with no specifics on where that work would be
14  conducted.
15     Q.  Where would you dredge on the Rio Grande
16  River to expand navigational access?
17         MR. HARRISON:  Objection.  Form.
18     A.  That depends on the goal and needs for the
19  proponent.
20     Q.  (BY MR. STONE)  Well, I mean, the goal is to
21  expand navigational access.  So can you identify any
22  specific sections of the Rio Grande River where you
23  would need to dredge in order to do that?
24         MR. HARRISON:  Objection.  Form.
25         MR. STONE:  State your objection.

138

1        MR. HARRISON:  He said he didn't -- he
2   was providing general examples here and not
3   specifics, and now you're asking him about specifics.
4        Q.  (BY MR. STONE) Go ahead and answer if you
5   can.
6        A.  It's -- again, it's highly dependent on the
7   situation and need.
8        Q.  Isn't it true that if you removed the weirs
9   or the diversion dam, that you would significantly
10  drop the water elevation above those structures?
11       A.  At those structures, that is an accurate
12  statement, a reasonable statement, yes.
13       Q.  What do you mean by "longer periods of
14  navigation" in the sentence?
15       A.  Longer periods are -- since the -- a lot of
16  what we do and operate for the Commission is
17  seasonally based.  So, example, releases at Amistad
18  are usually done in bulk.  So the watermaster, as an
19  example -- the same thing could be for Mexico --
20  could say, "I want to move 100,000 acre-feet over the
21  next 30 days."  Like that's his goal.
22       So from that standpoint you could
23  operate the reservoirs to also conduct navigation
24  during those periods, and with those other things
25  that I identify contemplating or falling into that.

139

1        Q.  Could you accomplish it for a period that
2   was year-round?
3        A.  That depends on the available water supply.
4        Q.  So it's possible with all these changes it
5   might not be possible to sustain expanded
6   navigational access for a year-round period?
7        MR. HARRISON:  Objection.  Form.
8        A.  Again, it just -- it depends on what the
9   available water supply is in the dams.
10       Q.  (BY MR. STONE) So, yes, it depends on
11  the -- depending on the available water supply at the
12  dam?
13       A.  Yes.
14       Q.  Got it.  Would you agree with me that
15  commerce requires a stable level of water?
16       MR. HARRISON:  Objection.  Form.
17       A.  I couldn't make a specific answer to that,
18  but I guess if you could...
19       Q.  (BY MR. STONE) Sure.  Do you think that --
20  do you think that it could impact commercial activity
21  on the Rio Grande River if the water levels
22  fluctuated wildly?
23       MR. HARRISON:  Objection.  Form.
24       A.  And are we just speculating in general or...
25       Q.  (BY MR. STONE) So let me rephrase it as a

140

1   hypothetical.
2        So, hypothetically, if you were
3   conducting commercial activity up and down the Rio
4   Grande River, could that be impacted by the -- by
5   unstable levels of water depth?
6        A.  In the sense that -- so if you're operating
7   a kayaking business, right, there may be only a
8   season that you want to operate that business for so
9   then there may be water supply available to conduct
10  that, that business.
11       Q.  Same hypothetical, but instead of water
12  depth, would it be -- could it be impacted by water
13  flow, fluctuation in water flow levels?
14       MR. HARRISON:  Objection.  Form.
15       A.  Those would be the same things, water flow
16  levels and water depth.
17       Q.  (BY MR. STONE) Okay.  So water flow means
18  the same thing as water depth?
19       A.  No, no, no.  Water flow would just be water
20  flow.  But you said water flow depth, so that would
21  imply water level.
22       Q.  Yeah, I see -- I see what I did, yes.  Okay.
23  I -- yes.  I shouldn't have said "depth" at the end
24  of that, okay.
25       So same question, but instead of water

141

1   depth, could commercial activity be impacted by
2   unstable levels of water flow?
3        MR. HARRISON:  Objection.  Form.
4        A.  Okay.  So in the sense that water flow is a
5   function of velocity and also your cross-section, so
6   as your cross-section decreases, your velocity is
7   going to increase.  So if you're operating on the
8   river, whether it's a kayak or anything, you're going
9   to be taking that into consideration as you do
10  whatever you're doing.
11       So in that sense, just operating a boat,
12  you're going to want to be monitoring water flow as
13  it impacts water velocity.
14       Q.  (BY MR. STONE) So yes?
15       A.  Say the question again.
16       Q.  Yes.  So your answer is yes?
17       A.  Yes, it would impact.
18       Q.  So you have listed out all the things here
19  to -- that could be possible to allow for extended --
20  expanded navigational access for longer periods of
21  navigation.  How likely is it, though, for all of
22  these things to happen?
23       MR. HARRISON:  Objection.  Form.
24       A.  I could not speculate on the future desires
25  or needs for the users of this water supply...

Adrian Cortez - 5/22/2024

142

1  Q. (BY MR. STONE)  So it's fair to say you
2  don't have an opinion on the likelihood of any of
3  these things happening?
4  A. I do not.
5  THE REPORTER:  I'm sorry, your answer?
6  THE WITNESS:  I do not.
7  THE REPORTER:  Thank you.
8  Q. (BY MR. STONE)  Does the IBWC issue permits
9  for structures erected in the Rio Grande River?
10  A. To my knowledge, yes, permits are issued.
11  MR. STONE:  Sorry for the delay on my
12  computer.
13  Q. (BY MR. STONE)  Would criminal activity
14  along the Rio Grande River make the use of the river
15  for navigational purposes an impediment?
16  MR. HARRISON:  Objection.  Form.
17  A. I couldn't give an answer to that.
18  Q. (BY MR. STONE)  Isn't it true that the IBWC
19  does not visit certain parts of the Rio Grande River
20  at certain times due to criminal activity concerns?
21  MR. HARRISON:  Objection.  Form.
22  A. That depends on on-the-ground conditions,
23  but I'm unaware of instances where we have limited
24  access.
25  Q. (BY MR. STONE)  Let's move on.

143

1  A. Are we starting this section?
2  Q. Yeah.  We're going to move on to page --
3  A. Sorry, I was going to ask for just a quick
4  two-minute break so I can hit the restroom.
5  Q. Yeah, we can -- let's go off the record.
6  THE VIDEOGRAPHER:  The time is 1:46 p.m.
7  We're off the record.
8  (Recess 1:46 p.m. to 1:51 p.m.)
9  THE VIDEOGRAPHER:  The time is 1:51 p.m.
10  We're back on the record.
11  Q. (BY MR. STONE)  IBWC has a water permit
12  along the Rio Grande River, right?
13  A. I'm aware of -- yes.
14  Q. Just one water permit, though, right?
15  A. For the stretch we're talking about, yes.
16  Q. What is that water permit for?
17  A. For drinking water, I believe.
18  Q. All right.  So let's go -- let's pick up
19  here at page 6, if you want to look at your paper
20  copy, of Cortez Exhibit 2, your expert report.  And,
21  specifically, I want to ask about Section 4.  Do you
22  see Section 4, Rio Grande Basin Overview?
23  A. I do, yes.
24  Q. Is the information contained in Section 4 of
25  your expert report all factual information?

144

1  A. Okay.  Give me a moment to skim to make sure
2  I recollect -- recollect the full thing.
3  And for clarification, you just mean
4  Section 4.0?
5  Q. Correct, yes.  We're going through each
6  section.  For Section 4.0, is the information
7  contained in that section just factual information?
8  A. A mixture of factual as well as some
9  observations based on my knowledge in how we've
10  operated the reservoirs in the system.
11  Q. Okay.  So what in here is not factual
12  information, if you -- identify specifics?
13  A. For instance, there is a sentence in the
14  second paragraph that says, "The water conveyance
15  infrastructure upstream of El Paso, Texas, is
16  operated to maximize beneficial use of these waters
17  for the local region and limit the flows passing
18  downstream."
19  So while it is operated and limits flow
20  passed downstream, my observation is that it's
21  operated in such a manner to maximize beneficial use
22  of those waters.
23  Q. And you would agree with me, though, that
24  the section of the river upstream from El Paso is not
25  the portion of the Rio Grande River between river

145

1  miles 275.5 and 610, right?
2  A. Correct.
3  Q. Okay.  So what other observations are
4  contained in Section 4.0 that are not facts?
5  A. The last sentence on paragraph 3 where I
6  state that the -- "When making releases from the dams
7  in the spring and summer, these releases are limited
8  to only what is necessary" --
9  THE REPORTER:  I need you to slow down
10  reading, please.
11  THE WITNESS:  Okay.  I'm sorry.
12  A. Hold on.  Give me a moment to read through
13  this or not -- to skim it very fast.
14  Okay.  Specific to the reaches that we
15  are talking about, I do not see any observations.  I
16  believe these are all facts.
17  Q. (BY MR. STONE)  Okay.  So in Section 4.0 of
18  your expert report, the information contained therein
19  as it relates to the Rio Grande River, the stretch
20  that we're here today about, it's all factual
21  information, right?
22  A. From my rereading of the section, yes, in my
23  recollection.
24  Q. A minute ago you mentioned that IBWC issues
25  permits on the Rio Grande River, right?

146

1      A. It said that, correct.
2      Q. Right. What types of permits does IBWC
3  issue?
4      A. It would be permits related to structures
5  and such that someone may want to install. So if I
6  wanted to put a pump in the Rio Grande River, a
7  permit would be provided by us in order to allow that
8  to happen.
9      Q. Do the weirs that are currently in the Rio
10  Grande River -- are they permitted by IBWC?
11      A. Specifically the weirs, to my knowledge,
12  they are owned and operated by the Commission, and it
13  was -- that falls under a specific provision of the
14  treaty that says we can construct gaging stations and
15  any mechanical apparatuses, and that would be
16  inclusive of those weirs.
17      Q. What specific structures are you aware of on
18  the Rio Grande River that have received an IBWC
19  permit?
20      A. From my knowledge, it would just be like
21  pumps as well as if -- USGS, for instance, does
22  operate stream gages; not in the section that we're
23  talking about. Well, they may have water quality
24  gages. So I should change that or restate that.
25          So anything that's going to be in our

147

1  stretch of river or on our property, for instance,
2  would require a permit in order to do that.
3      Q. And it's your testimony that there might be
4  some permits issued right now by IBWC in that stretch
5  for what?
6      A. Okay. So if you were going to do a crossing
7  of, say, a gas line or something like that, that
8  would be one of those things, pumps in the rivers.
9          If you have some sort of constructed
10  infrastructure that's going to be on the floodplain,
11  things of that nature. But there's a long list of
12  things that could be considered.
13      Q. Are you actually aware of any IBWC permits
14  that have been issued in this reach of the Rio Grande
15  River at issue?
16      A. Not specifically. Speaking in general terms
17  of our operations.
18      Q. But my question isn't about general. I'm
19  asking if you're aware of any IBWC permits for any
20  structures in -- between mile marker 275 and 610, if
21  you're aware.
22      A. I would be aware without being able to give
23  specifics of that.
24      Q. Is that publicly available information?
25      A. I do not know.

148

1      Q. Okay. Going to Section 4.1 of your expert
2  report, which begins on page 7 of Exhibit 2. Is all
3  of the information contained in Section 4.1 factual
4  information?
5      A. I believe it is factual, yes.
6      Q. There's no opinions expressed in
7  Section 4.1?
8      A. No.
9      Q. In Section 4.2 of your expert report, is all
10  the information contained in that section factual?
11      A. I believe it is all factual, yes.
12      Q. You're not expressing any opinions in
13  Section 4.2 of your expert report, right?
14      A. I do not see any opinions, no.
15      Q. In Section 4.3 of your expert report, does
16  this section contain only factual information?
17      A. I believe it is all factual.
18      Q. So you looked at Sections 4.0, 4.1, 4.2, and
19  now 4.3, and it's all factual information contained
20  within those sections, right?
21      A. I believe so; that's correct.
22      Q. Let's go to Section 5. It doesn't say 5.0,
23  but it's 5.0. It says, "Important Infrastructure -
24  International Reach of the Rio Grande Basin," on
25  Page -- this is Page 14 of Cortez Exhibit 2 (cell

149

1  phone alarm sounding).
2          Does Section 5.0 in this expert report
3  contain only factual information?
4      A. Yes, I believe it's factual information.
5      Q. And Section 5.1 of your expert report, does
6  this section contain only factual information?
7      A. I believe it is all factual.
8      Q. Looking next at Section 5.2 of your report,
9  does this section also contain only factual
10  information?
11      A. I believe it is all factual, yes.
12      Q. Next, going to Section 5.3 of your report,
13  does this section also contain only factual
14  information?
15          MR. HARRISON: I object on form to this
16  line of questions.
17      Q. (BY MR. STONE) Go ahead.
18      A. I can -- okay. Okay. I wasn't sure if I
19  was supposed to stop.
20      Q. No, keep going.
21      A. Okay. Thank you. I believe it's factual
22  except for an instance where I describe, "it is
23  likely for one of the penstocks to be plugged,"
24  simply because that's speculation or what I'm aware
25  of --

150

```
 1      Q.  Uh-huh.  What is the -- so let's talk about
 2   -- what is a penstock?
 3      A.  So a penstock is a structure on the dam that
 4   allows the passage of water from the upstream side to
 5   the downstream side.
 6      Q.  How many penstocks are there on the Amistad
 7   Dam?
 8      A.  There is a total of nine as it was
 9   constructed.
10      Q.  How many of the nine penstocks are owned by
11   the United States?
12      A.  Five in the United States.
13      Q.  Of the five in the United States, how many
14   of them are operational?
15      A.  At the current present moment, two of the
16   penstocks are operational.
17      Q.  Operating at maximum capacity, how much
18   water could be released from the Amistad Dam through
19   the two penstocks that are operational?
20      A.  Specifically for the U.S.?
21      Q.  Uh-huh.
22      A.  It would be -- this is just a general gross
23   number -- about 3,500 CFS or 3,000 CFS.
24      Q.  So --
25      A.  And that depends on head.
```

151

```
 1      Q.  I'm looking at image or Figure 5.  Do you
 2   see it on the screen?
 3      A.  I do, yes.
 4      Q.  And Figure 5 is on page 18 of your expert
 5   report, Exhibit -- Cortez Exhibit 2.
 6      A.  Uh-huh.
 7      Q.  All right.  Now, these tainter gates, can
 8   those be opened during flood conditions?
 9      A.  They can be opened during flood conditions.
10      Q.  What about the spillway that's depicted
11   on -- in Figure 5?  Could that be used during flood
12   conditions?
13      A.  Yes, it can be used during flood conditions.
14      Q.  Right now we're at water conservation levels
15   in the Amistad Reservoir, right?
16      A.  That is correct, yes.
17      Q.  So looking at this image in Figure 5,
18   approximately where is the water level right now?
19      A.  It is approximately ten feet above power
20   pool.
21      Q.  So it says, "power pool 16%," right here,
22   right?
23      A.  Yeah, at 1040 feet.  Without looking at the
24   data in the past several days, I know it's
25   approximately ten feet above.  But if it's different
```

152

```
 1   as of this morning, I wouldn't be able to specify.
 2      Q.  So it's not high enough to reach the
 3   spillway crest as of right now, right?
 4      A.  At present, it is not.
 5      Q.  So as of present, the only way that you
 6   could release water, given the current water levels,
 7   would be through the penstocks at Amistad Dam.  Is
 8   that correct?
 9      A.  That is correct.
10      Q.  And of those penstocks, the U.S. only has
11   two that are operational, right?
12      A.  Of the U.S., that is correct, yes.
13      Q.  And even if we operated those two at maximum
14   capacity, you would be limited to 3500 CFS?
15      A.  For only those two, yes.
16      Q.  Now, if you operated -- let's say --
17   remember, we talked about change priority; we could
18   do all these different things to increase the
19   navigability of the river, right?
20          Okay.  So let's say that you get to
21   operate those two penstocks at maximum capacity, 3500
22   CFS.  How much, on average, would that raise the
23   water depth on the Rio Grande River?
24      A.  And I would like to clarify my answer.
25   There -- my recollection of the dam is often cubic
```

153

```
 1   meters --
 2      Q.  Okay.
 3      A.  -- per second because that's what we
 4   typically use.  So at what we were talking about
 5   previously, roughly half of the maximum capacity,
 6   assuming either generating units would be 240 CMS, or
 7   cubic meters per second, roughly half of that would
 8   be through the U.S. side of the turbines.  So that
 9   would be 120.  And then if I can use a calculator.
10      Q.  Yeah, that's fine.  Absolutely.
11          And so just for the record, right now
12   you're pulling out a calculator, and you're doing
13   small calculations right now to figure out what the
14   CFS is, max CFS if we operate at full -- full flow
15   for both of our operational penstocks on the U.S.
16   side.
17      A.  And I promise I know how to use a
18   calculator.
19      Q.  I believe you.
20      A.  Okay.  Yeah, so about 4,000, give or change,
21   would be for the U.S. side.
22      Q.  So we could -- at the most on the U.S. side
23   we could release 4,000 CFS?
24      A.  That is correct, but we would operate both
25   if required.  Both being --
```

154

1    Q. If required --
2    A. -- U.S. and Mexico.
3    Q. Let's set Mexico aside for a moment. Let's
4  just -- we just want to focus on the U.S. side.
5        How long could you operate releasing
6  4,000 CFS through our two penstocks before you ran
7  out of water in the Amistad Reservoir?
8    A. At current conditions?
9    Q. Uh-huh.
10    A. I would not be able to give a specific
11  answer without doing the math, but it would not be a
12  full year just for...
13    Q. If we even just opera -- if we open the two
14  penstocks, we ran 4,000 CFS, we would literally run
15  out of water in the Amistad Reservoir in less than a
16  year?
17        MR. HARRISON: Objection. Form.
18    A. Under current conditions without -- ignoring
19  the possibility of, say, another hurricane or large
20  rainfall event filling the reservoirs and providing
21  additional water supply, yes.
22    Q. (BY MR. STONE) Okay. Let's say in this
23  hypothetical we do release 4,000 CFS, which are
24  capacity of the penstocks at the Amistad on the U.S.
25  side. What -- how high would that raise the water

155

1  level on average on the Rio Grande River?
2    A. I would not be able to specify without doing
3  additional analysis.
4    Q. Well, ballpark: Would it raise it by a
5  hundred feet?
6        MR. HARRISON: Objection. Form.
7    A. Making the assumption if the goal or target
8  is a hundred feet, it is unlikely.
9    Q. (BY MR. STONE) Could it -- if you ran it
10  4,000 CFS, could you raise the Rio Grande -- on
11  average, the Rio Grande River by 50 feet?
12        MR. HARRISON: Objection. Form.
13    A. Again, I couldn't give you specifics. It
14  would require study and the specific cross-sections
15  you're looking at to give a good engin -- not
16  engineering, but a good scientific answer.
17    Q. (BY MR. STONE) But it's possible that you
18  could -- if you wanted, you could figure out exactly
19  how high for the whole stretch of the Rio Grande
20  River you could raise that water depth if you
21  released the 4,000 CFS from our two operational
22  penstocks at the Amistad Dam, right?
23        MR. HARRISON: Objection. Form.
24    A. For the entire stretch, again, I would need
25  additional data, LiDAR, things of that nature in

156

1  order to have a good, accurate topography.
2    Q. (BY MR. STONE) Okay. I want to go through
3  the data, what we would need. What is a -- what's a
4  LiDAR?
5    A. LiDAR? So that is a -- it's a laser-based
6  data collection system -- or not data. It's a type
7  of sensor that uses lasers to determine the distance
8  to objects, and it's commonly used to collect
9  topography data, you know, above the surface water
10  and, in some instances, below the surface water if
11  it's not too deep.
12        So then using that data and computer
13  programs, you would be able to produce a digital
14  elevation model, which then would help determine the
15  situation that you just proposed.
16    Q. How long would it take to do that?
17        MR. HARRISON: Objection. Form.
18    A. How long to collect the data?
19    Q. (BY MR. STONE) Uh-huh.
20    A. Based off other experiences in other areas,
21  it would be a few months probably to collect the
22  data.
23    Q. So it's unlikely that we could get the -- in
24  your opinion, is it unlikely for us to be able to
25  collect the data and run the model to see -- to see

157

1  what the impact of that 4,000 CFS would be on water
2  levels before our trial on August 6th?
3        MR. HARRISON: Objection. Form.
4    A. There is existing data sets. There is a
5  program that's -- I believe it's a consortium of
6  federal agencies called 3DEP, so it's a 3-D
7  elevation.
8    Q. (BY MR. STONE) 3DEP.
9    A. The goal really was to produce a elevation
10  model for the entire nation, and part of that they
11  have broken it into sections to collect LiDAR data
12  like that.
13        So the data that you're proposing for
14  that may have been -- already been collected or
15  existing, and the Commission has produced studies and
16  such that may also be able to input into that. So I
17  couldn't speculate. To your point, the data may
18  exist, so I couldn't --
19    Q. So we may even already have the data; we
20  just need to collect it to run the modeling for it?
21        MR. HARRISON: Objection. Form.
22    A. Right. You would have to process the data,
23  assuming it hasn't been processed, and then do the
24  analysis with using that data.
25    Q. (BY MR. STONE) So I'm a lawyer; help me.

Adrian Cortez - 5/22/2024

158

1  How would you describe the data that you
2  would need collectively to be able to run that
3  analysis?
4  A. If you could restate the goal of the
5  analysis, just so --
6  Q. Yeah, the goal of the analysis is to
7  determine how -- the impact on water depth --
8  A. Uh-huh.
9  Q. -- along the stretch of the Rio Grande River
10  at issue here if you release 4,000 CFS from the
11  Amistad Dam, just until you run out of water.
12  A. Okay. So the start of -- as I said, you
13  would have to set up some sort of elevation model
14  that may already exist within existing projects, or
15  the data may have to be collected. I couldn't say
16  the disposition of that data.
17  Q. So I would just say, "I want" -- "IBWC, do
18  you guys have any elevation data on the Rio Grande
19  River?"
20  A. But assuming you have that information
21  available to you, it would then be loaded into some
22  sort of hydraulic software, like some sort of
23  hydraulic software that's used to do hydraulic
24  calculations. And the purpose of that software is to
25  predict or estimate the water surface elevations.

159

1  And in the case that if your grade of
2  data is dense enough, then you would be able to give
3  a more accurate response of the full extents and
4  depths for the reach that we're talking about.
5  And this is a similar process to the
6  information I provided in my report for Eagle Pass
7  where their project scope was limited to the urban
8  extents.
9  Q. Was it 3DEEP or 3DEP?
10  A. So 3-D-E-P.
11  Q. D-E-P.
12  A. Yeah, mostly just DEP is what I hear it
13  referred to as.
14  Q. And LiDAR. Can you spell LiDAR?
15  A. It was also -- just the acronym?
16  Q. Yeah, uh-huh.
17  A. L-I-D-A-R.
18  Q. Okay. L-I-D-A-R, okay.
19  A. I thought you wanted the acronym for it.
20  Never mind.
21  Q. All right. I think we are at Section 5.3.
22  A. Okay.
23  Q. For Section 5.3 of your expert report, which
24  is page 18 of Cortez Exhibit 2, are there any -- is
25  all the information contained in this section factual

160

1  information?
2  MR. HARRISON: Objection. Form.
3  Q. (BY MR. STONE) You know what, strike that.
4  This is the one where you just told me about the
5  plug. This is 5.3, about one of the penstocks being
6  plugged, I believe.
7  A. Uh-huh.
8  Q. And what is the basis for your opinion that
9  one of the U.S. penstocks will be plugged?
10  A. Okay. The basis for -- it's not an opinion
11  necessarily. It's just, in operating a dam, we
12  regularly have meetings as well as with stakeholders,
13  and this is information that we have conveyed to the
14  public as well.
15  Q. I see. You know what, before we move on,
16  I'm really curious about the penstocks now. So more
17  questions about penstocks.
18  How many of the penstocks on the Mexico
19  side are currently operational?
20  A. To my knowledge, all but one of them. I
21  believe one of them is just plugged since
22  construction.
23  Q. Is the CFS capacity the same on the Mexican
24  penstocks as it is for the U.S. penstocks?
25  A. I believe it is similar, yes.

161

1  Q. So if we ran all six -- strike that.
2  There are six operational penstocks
3  right now at the Amistad Dam?
4  A. Operational, that -- it seems like an
5  accurate count, yes.
6  Q. Okay. If we ran all six penstocks at
7  maximum capacity, how many CFS could we release from
8  the Amistad Dam?
9  A. Okay. So first, we would not operate all of
10  them at the same time. So with the design of the dam
11  or the construction of the dam, we would not operate
12  like the irrigation penstock that's not on a
13  generated turbine.
14  At the same time, we are also generating
15  energy. That's just a -- with how the dam was
16  constructed, so...
17  Q. So how many penstocks could you -- for both
18  the U.S. and Mexico side, just simultaneously, how
19  many could you operate at the same time?
20  A. If you were going full out, it would be the
21  240 CMS, thereabouts, not -- ignoring efficiencies.
22  Q. Sorry. Let's take it one step at a time.
23  How many of the -- numerically, how many
24  penstocks?
25  A. It would be four penstocks.

162

1    Q. Four penstocks, the max penstocks we can
2  open up at once, or we would open at once at the
3  Amistad Dam, right?
4        So what will be the CFS if we ran four
5  penstocks at full capacity?
6    A. Approximately 8500 CFS.
7    Q. 8500 CFS, approximately.
8    A. And I believe in my report I say 8400 CFS to
9  7,000 CFS.
10   Q. Okay. How long, approximately, would it
11 take before you ran out of water in the Amistad
12 Reservoir if you operated at 8400 CFS at a constant
13 rate?
14       MR. HARRISON: Objection. Form.
15   A. Again, I would want to be able to actually
16 run the numbers and sit down in front of a computer
17 and spreadsheet, but it would be a few months --
18   Q. (BY MR. STONE) A few months.
19   A. -- and highly dependent on what your inflows
20 are, right? If it starts raining in June, that's
21 going to completely change our response or what's
22 available for that.
23   Q. But potentially is -- is it also fair that
24 as the water elevation in the reservoir drops, so
25 does the thorput -- throughput through the penstocks?

163

1    A. That is correct and accurate, yes.
2    Q. What impact would that have on the amount of
3  CFS that you could output?
4    A. It drops or declines.
5    Q. So you wouldn't be able to actually continue
6  to operate at 8400 as you drained out the Amistad
7  res -- as we empty the Amistad Reservoir, your CFS is
8  going to decline as that water level in the reservoir
9  drops?
10   A. That is correct. It's a function of head or
11 the height above your intake.
12   Q. I see. If we released 8400 CFS from Amistad
13 Dam, how high -- just how high, approximately, do you
14 think the water depth would be in Eagle Pass where
15 the floating buoys are currently located?
16       MR. HARRISON: Objection. Form.
17   A. I wouldn't be able to speak specifically to
18 the Eagle Pass, the buoys that you refer to.
19   Q. (BY MR. STONE) Uh-huh.
20   A. Just based off my knowledge of operations
21 and such, it would be, in terms of rising, five or
22 six feet. But that's just a quick recollection of
23 what I have in my head.
24   Q. So potentially, if we could get the water
25 level in Eagle Pass up to maybe five, six feet of

164

1  depth by releasing 8400 -- I know it would decline
2  over time -- CFS from Amistad Dam, you would only be
3  able to do that for a couple of months before you ran
4  out of water in the Amistad Reservoir, right?
5        MR. HARRISON: Objection. Form.
6    A. A clarifying question because I think we may
7  have switched at some point. There is --
8    Q. (BY MR. STONE) Sure. I -- probably my
9  fault, so please ask the clarifying question.
10   A. At the start we were talking about just the
11 U.S. turbines, And then we were talking about -- may
12 have been talking about all the turbines. So right
13 now are you talking about all the turbines
14 operationally or just the U.S. turbines, because
15 that's...
16   Q. (BY MR. STONE) Yeah, let's do both. That's
17 a -- thank you for asking that clarifying question.
18 That's great. So let's start with just the U.S.
19 ones.
20       So if we ran the two U.S. ones at 3500
21 CFS and we're going to run out of water in a little
22 less than a year, how high would that release, that
23 constant release from Amistad Dam, raise the water
24 depth in Eagle Pass where the floating buoys are
25 located?

165

1        MR. HARRISON: Objection. Form.
2    A. This is, again, just from my recollection of
3  water operations over time. For that it would be
4  probably four to five feet, three to four -- I mean,
5  it's hard to say exactly without doing -- and to that
6  point, it also varies greatly with the actual
7  cross-section. So I could go, "Here it's six feet
8  deep," and then travel down 20 feet down the river,
9  and it's eight feet deep. So it varies.
10   Q. So right now around the buoys I want you to
11 assume that it is 18 inches deep, the water level,
12 okay?
13   A. Okay.
14   Q. So assuming that's true, would you be
15 raising it to four or five feet with that 3500-CFS
16 release, or would that be in addition to the
17 18 inches of water?
18       MR. HARRISON: Objection. Form.
19   A. Okay. So your -- to raise the water would
20 be your delta of your release. So if I'm at already
21 presently 20, going to 120, then that 18 inches that
22 you gave me in your hypothetical is based off of 20,
23 and the delta of those two would be a hundred, so
24 then increase in water level would be based on the
25 hundred.

Adrian Cortez - 5/22/2024

166

1    Q.  (BY MR. STONE)  So we'd go from 18 inches to
2  six and a half feet at most?
3        MR. HARRISON:  Objection.  Form.
4    A.  Within normal -- normal being non-flooding
5  conditions, that region of the river -- talking again
6  Eagle Pass --
7    Q.  (BY MR. STONE)  Uh-huh.
8    A.  -- area is generally under eight feet in
9  depth.  But, again, that can depend on the exact
10  cross-section depending on how the river widens or
11  narrows through the area.
12    Q.  Right.  But what I'm trying to understand
13  is, if we released the 3500 CFS from Amistad Dam, a
14  moment ago you testified that you believed it would
15  raise the water level four or five feet possibly in
16  the Eagle Pass region.
17    A.  Assuming that for some reason Amistad was at
18  zero, not releasing anything.  I think that's the
19  nuance there.
20    Q.  Okay.  And so the water level would -- it's
21  now -- now we're up to four or five feet water level,
22  in Eagle Pass.  Sorry, I'm getting words out.
23        So now let's switch it up, and let's say
24  that that was for the U.S. release.  So let's switch
25  it up and talk about like what if Mexico and the U.S.

167

1  release.  So we had four penstocks operating at that
2  8400 level, 8400-CFS level.  How high do you think
3  that would raise the water level in Eagle Pass?
4        MR. HARRISON:  Objection.  Form.
5    A.  When you say "raise," what do you mean?
6  Because my assumption is that there is a -- you know,
7  there is a static level, so it's at 1.  And when you
8  raise it, it would be to a certain level, but that 1
9  is going to be based off of whatever is coming out of
10  Amistad or any intervening flows coming into the
11  river.
12    Q.  (BY MR. STONE)  So is it not possible for --
13  without additional data about intervening water
14  flows, for you to guesstimate what the new water
15  depth would be in Eagle Pass if you were to release
16  8400 CFS from Amistad Dam?
17        MR. HARRISON:  Objection.  Form.
18    A.  To give a good sign of, you know, response
19  with a basis of data, I would want to be able to
20  review the current conditions all along the stretch
21  of the river, all the inputs, all the outputs, and
22  then, of course, resolving the question of where is
23  it right now, right?
24        So we've been releasing around under 20
25  for a few months now, so the river is sort of in a

168

1  steady state.  So if you then were going to change
2  that operation, that would be the basis for my
3  response.  So there's a lot of assumptions that would
4  have to go into making that response in the terms of
5  specifically rising.
6    Q.  (BY MR. STONE)  Would releasing water just
7  for navigation from the Amistad Dam be counter to the
8  treaty requirement to keep most of the water in the
9  uppermost portion of the reservoir?
10    A.  Were you going to show or --
11    Q.  Oh, I'm sorry.  I --
12    A.  I wasn't sure.
13    Q.  This thing, I'm sorry.
14    A.  I wasn't sure if you were showing me
15  something.
16    Q.  Yeah.  No, I'm not.  I'm not.
17    A.  Okay.  Cool.  So your question, if you could
18  restate it?
19    Q.  Yes.  Would releasing water for the purposes
20  of navigation run counter to the provisions in the
21  treaty requiring the water to be primarily held in
22  the uppermost region?
23        MR. HARRISON:  Objection.  Form.
24    A.  The treaty contemplates that you can release
25  water for -- out of Amistad specifically for

169

1  beneficial use, but also for the storage of the
2  waters in a downstream reservoir, which in this case
3  would be Falcon.
4    Q.  (BY MR. STONE)  I see.  So it wouldn't --
5        THE REPORTER:  Did you say, "Which in
6  this case would be" --
7        THE WITNESS:  Falcon.
8        THE REPORTER:  Falcon.  Thank you.
9    Q.  (BY MR. STONE)  So such a release
10  wouldn't -- such a release as we are talking about
11  right now about releasing 3500 CFS for the purposes
12  of navigation, that wouldn't run counter to the
13  treaty requirement about keeping most of the water in
14  the uppermost reservoir?
15        MR. HARRISON:  Objection.  Form.
16    A.  Assuming that is the request that we receive
17  from Texas or Mexico, I don't see any reason we would
18  say anything in regards to that.
19    Q.  (BY MR. STONE)  So if the TCEQ watermaster
20  sent you a request to release 3500 CFS effective
21  immediately and until you run out of water in the
22  Amistad Reservoir from the Amistad Dam, 3500 CFS
23  released through the penstocks, you guys would just
24  go ahead and do it?
25        MR. HARRISON:  Objection.  Form.

170

1      A.  To be specific, the watermaster could only
2   order the water that is owned by the United States
3   and the State of Texas through that.  They would not
4   be able to call for the release of water in Mexico.
5   So they couldn't empty Amistad under that --
6      Q.  (BY MR. STONE)  I see.
7      A.  -- on that statement.
8      Q.  So earlier when you talked about emptying
9   the Amistad Reservoir of water, were you only
10  referring to the U.S.'s apportionment of the water in
11  the Amistad Reservoir or did you mean all of the
12  water in the Amistad Reservoir?
13        MR. HARRISON:  Objection.  Form.
14     A.  I would have --
15     Q.  (BY MR. STONE)  Wait, wait.  Before you
16  answer.
17        MR. STONE:  State the basis for your
18  objection.
19        MR. HARRISON:  Misstates prior
20  testimony.
21        MR. STONE:  Okay.
22     Q.  (BY MR. STONE)  Go ahead.
23     A.  I would have to know the exact question that
24  you asked as to whether or not it was to the United
25  States portion or a general statement on the draining

171

1   of Amistad and for what you were -- as answering.
2      Q.  You testified earlier that if you released
3   3500 CFS from the Amistad Dam, you would run out of
4   the water in the Amistad Reservoir in a little less
5   than a year.  Do you remember that?
6        MR. HARRISON:  Objection.  Form.
7      A.  I did say that, yes.
8      Q.  (BY MR. STONE)  Okay.
9        MR. STONE:  Sorry.  State your
10  objection.
11        MR. HARRISON:  Misstates prior
12  testimony.
13     Q.  (BY MR. STONE)  You did state that, though,
14  right?
15     A.  In this general sense, correct.
16     Q.  Okay.  Now, when you said we would run out
17  of water in the Amistad Reservoir within a year, did
18  you mean all the water, or did you mean just water
19  held by the U.S.?
20        MR. HARRISON:  Objection.  Form.
21     A.  I would have to -- back to when we were
22  making that discussion --
23     Q.  (BY MR. STONE)  Uh-huh.
24     A.  -- we may not have distinguished between
25  Texas water and Mexico water.

172

1      Q.  Ah, okay.  So we wouldn't have a year, would
2   we?
3        MR. HARRISON:  Objection.  Form.
4      A.  I didn't hear you, sorry.
5      Q.  (BY MR. STONE)  So we would have much less
6   than a year, right, before we ran out of Texas's
7   water?
8        MR. HARRISON:  Objection.  Form.
9      A.  The majority of the water at present is
10  owned by Texas.
11     Q.  (BY MR. STONE)  Okay.
12     A.  I think it's 20 percent, 10 percent,
13  thereabouts, of the conservation storage, but I
14  couldn't give -- like I said, I gave a general answer
15  on the time period.  To give something more
16  scientifically, I would have to look at the current
17  storage owned by Texas, the release rates that we
18  would do, and things like that.
19     Q.  So you said we were currently about ten feet
20  above power pool level, right?
21     A.  That is correct, yes.
22     Q.  And that's about -- so that would be about
23  1,050 feet?
24     A.  Yes.
25     Q.  And, of that, I think you said 10 percent --

173

1   you said ten-twenty.  What did you mean by
2   ten-twenty?
3      A.  So the way that we -- one of the ways that
4   we report water ownership data is relative to how
5   much water either country could own at the max.  So
6   if they -- dam was completely full, you know, one of
7   the ways that we report that information is that of
8   that full amount, the U.S. has 20 percent.
9      Q.  So when you say, "of the full amount," is
10  that at the 100 percent level or is that at this like
11  162 percent maximum water surface level?
12     A.  The ownership by the countries is only to
13  the conservation pool.  Above that, there is no
14  interest or -- between the two countries.
15     Q.  Got it.  So as of -- as of right now, if the
16  water level is at 100 percent, 20 percent would be
17  for Texas and 10 percent would be for Mexico?
18     A.  Sorry, say that again.
19     Q.  So looking at this, the 100 percent, that
20  top of the conservation pool, if that was the water
21  level, 20 percent would be allocated to Texas and
22  10 percent would be allocated to Mexico?
23     A.  No.
24     Q.  Okay.
25     A.  If the dam was completely full --

Adrian Cortez - 5/22/2024

174

1    Q. Uh-huh.
2    A. -- at elevation three hundred and forty-four
3 six --
4    Q. Yes.
5    A. -- it is split -- let me find it -- it's
6 about 57 percent U.S.  There's rules where they can
7 go above that, but if it's completely full, that's
8 the number.  56.2 percent --
9    Q. Okay.
10    A. -- would be owned by the U.S.
11    Q. So of the 1,050 feet of water -- hold.
12 Strike that.
13        Are evaporation losses higher in Falcon
14 than in Amistad?
15    A. Restate the order, just to make sure I'm --
16    Q. Are evaporation losses higher in Falcon than
17 in Amistad in general?
18    A. In general terms, Falcon has a higher
19 surface area, which then translates to greater
20 evaporation losses.
21    Q. So if you move water from Amistad for
22 navigation, even if you capture in Falcon, you would
23 still lose more water due to bank storage and
24 evaporation, right?
25    A. There would be losses associated with the

175

1 conveyance of water from Amistad to Falcon, including
2 the two that you named right now.
3    Q. If the U.S. -- let's say Texas -- strike
4 that.  Let me start again.
5        If Texas -- strike that.
6        If the two U.S. penstocks operated at
7 full capacity and released 3500 CFS, approximately
8 how long could they operate at that level before, at
9 current water levels, you ran out of water that is
10 allocated to Texas?
11        MR. HARRISON:  Objection.  Form.
12    A. Okay.  The nuance with that question is that
13 the penstocks on the United States side and the
14 penstocks in Mexico are at different elevations.  So
15 purely hypothetical, going along with your statement,
16 there can be an instance where, in order to evacuate
17 all of U.S. water, we would have to utilize the U.S.
18 irrigation valve -- or, sorry, not the -- the Mexican
19 irrigation valve to convey the waters.
20    Q. (BY MR. STONE)  Well, assume they weren't
21 willing to cooperate.  How long would it take --
22        MR. HARRISON:  Object --
23    Q. (BY MR. STONE) -- with just our two?
24        MR. HARRISON:  Objection.  Form.
25    A. We op -- we operate the dams to release the

176

1 water.  So an order is provided to us from Mexico and
2 the United States.  We then operate the dams to
3 fulfill that order.  And either country can generate
4 water or use its infrastructure to convey that water
5 order.
6        So, for instance, I know as of right now
7 I think it's 12 hours where they switch.  So it's 12
8 hours generated through the U.S. side, 12 hours
9 through the Mexican side.  So a lot of your questions
10 are -- while theoretically are possible, don't relate
11 to how we operate the reservoirs, because we're --
12 we're using both.
13    Q. (BY MR. STONE)  I understand.  So you
14 couldn't operate -- it wouldn't be possible to just
15 operate the two U.S. penstocks releasing 3500 CFS
16 nonstop.  You wouldn't be able to do that because of
17 the Mexican penstocks and their turn for releases.
18 Is that accurate?
19    A. That is part of the determination.  And it
20 all -- I mean, it's -- if you have a unit off.  Let's
21 say a unit goes off for maintenance.  That's going to
22 take that one out.
23        So it's -- it's a function of what is
24 operating, right?  You may have units or maintenance
25 requirements.  What is the order and requirements --

177

1 or even if we're going to operate the turbines, if
2 it's -- if the demand isn't high enough that it makes
3 sense for us to operate those tur -- those releases,
4 then we would use the Mexican irrigation gate.  It's
5 all in operations depending on what's actually being
6 requested on a given day by the two stakeholders.
7    Q. Hypothetical.
8    A. Uh-huh.
9    Q. Assume that you receive an order to release
10 3500 CFS of water from the Amistad Dam until you run
11 out of water for Texas.  It's allocated to Texas.
12 How long do you think that would take?
13        MR. HARRISON:  Objection.  Form.
14    Q. (BY MR. STONE)  Wait, wait.  Before you
15 answer.
16        MR. STONE:  State your objection.
17        MR. HARRISON:  Calls for speculation.
18        MR. STONE:  In a hypothetical?
19    Q. (BY MR. STONE)  Go ahead and answer.
20    A. Okay.  Making a lot of assumptions on the
21 water and realizing that there could be a situation
22 where there is water released -- were we just only
23 using the U.S. penstocks or just in general?
24    Q. In general.
25    A. Oh, in general.  Okay.  Assuming no drastic

178

1 inflows and assuming a dry inflow hydrology for
2 inflows into reservoirs, it would be -- it would be
3 months, but I would need to sit down at a spreadsheet
4 to model it, so to speak.
5    Q.  Okay.  Same hypothetical, except this time
6 it's 8400 CFS.  How long could you operate at that
7 until Tex -- until you ran out of water allocated to
8 Texas?
9        MR. HARRISON:  Objection.  Form.
10    A.  Again, it's the same response.  I would have
11 to look at the actual data and run a spreadsheet
12 calculation to say how long their water would last
13 based off the current, today, ownership in Amistad.
14    Q.  (BY MR. STONE)  Do you think that it would
15 be a matter of months?
16        MR. HARRISON:  Objection.  Form.
17    A.  It would be months, but I couldn't say how
18 many months.
19    Q.  (BY MR. STONE)  Is it possible it could be
20 weeks?
21        MR. HARRISON:  Objection.  Form.
22    A.  I do not believe it would be weeks, just
23 with my quick head --
24    Q.  (BY MR. STONE)  Okay.
25    A.  -- calculation.  But give me a computer.

179

1        THE REPORTER:  I can't hear you.
2        THE WITNESS:  I would not be able --
3 sorry.  What did I say?
4        THE REPORTER:  Can you repeat?
5    A.  If you could ask the question again.
6    Q.  (BY MR. STONE)  Okay.  Why don't I -- how
7 about I ask the question again, okay.
8        Could it be a matter of weeks before --
9 operating at 8400-CFS release, before you ran out of
10 water allocated to Texas?
11        MR. HARRISON:  Objection.  Form.
12    A.  I do not believe it would be weeks.
13    Q.  (BY MR. STONE)  Okay.  So let's go to
14 Section 5.4 of your expert report.  In Section 5.4,
15 which begins on page 19 of Cortez Exhibit 2, does
16 this section only contain factual statements?
17    A.  I believe it's all factual statements,
18 correct.
19    Q.  There's no opinion -- there's no expert
20 opinions contained in Section 5.4 of your expert
21 report, right?
22    A.  I do not see any opinions, no.
23    Q.  Okay.  Moving on to Section 5.5 of your
24 expert report.  Does this section only contain
25 factual statements as well?

180

1    A.  I believe they're all factual statements,
2 yes.
3    Q.  Okay.  So we've gone through Sections 5.0,
4 5.1, 5.2, 5.3, 5.4, and 5.5.  And is it fair to say
5 that the only expert opinion that you expressed had
6 to do with the plugging of one of the penstocks at
7 the Amistad Dam?
8        MR. HARRISON:  Objection.  Form.
9    A.  Expert opinion in the sense that the
10 penstock -- I provide information on what is expected
11 to happen, not what necessarily has happened or --
12        THE REPORTER:  I can't hear you.  I need
13 you to speak up, please.
14    A.  So in the sense that as it relates to the
15 penstocks, I provide information on what is expected
16 to happen but not what has happened or what -- you
17 know, there could be changes.
18    Q.  So that's not -- so just so I'm clear, so
19 the penstock testimony you gave isn't actually expert
20 opinion that you -- isn't an expert opinion that you
21 have in this case?
22    A.  No, I don't believe so.
23    Q.  So is it fair to say that there are no
24 expert opinions contained in Section 5 of the report?
25        MR. HARRISON:  Objection.  Form.

181

1    A.  I believe it is all factual, yes.
2    Q.  (BY MR. STONE)  Okay.  So let's go to
3 Section 6.  And 6 is just one section.
4        Are the -- in Section 6 of your expert
5 report, is this only factual information?
6    A.  I believe it is all factual information,
7 yes.
8    Q.  Are there any -- do you see any expert
9 opinions being expressed in Section 6 of your report?
10    A.  I do not see any, no.
11    Q.  Do you remember earlier this morning when I
12 asked you about whether or not the Rio Grande River
13 could be thought of as a highway of commerce?
14    A.  I do.  I remember.
15    Q.  And you mentioned that the water itself
16 might be -- because of its use for irrigation and
17 other purposes, might be thought of as commerce.  Do
18 you remember that?
19    A.  I do believe, yes.
20    Q.  Are you aware that the USA expressly
21 disclaimed that position during the Fifth Circuit
22 oral arguments last week?
23        MR. HARRISON:  Objection.  Form.
24    A.  I'm not aware.
25    Q.  (BY MR. STONE)  If that were true, would a

Adrian Cortez - 5/22/2024

182

1  change by IBWC that impacts water allocation priority
2  and use -- would that cause a negative monetary
3  impact to users who lose some ability to utilize
4  previous volumes of water that are allocated to them?
5          MR. HARRISON: Objection. Form.
6      A. Okay. A few clarifying questions. To say
7  if that is true, you're referring to?
8      Q. (BY MR. STONE) The water itself being
9  commerce --
10     A. Okay. And that being the determination --
11     Q. -- or mo -- think of money.
12     A. And there was earlier saying was I aware of
13 a determination --
14     Q. Right. So I'm switching. I wanted to
15 switch back.
16     A. Not that that is true.
17     Q. Right. Set aside like -- but if it were
18 true -- like let's assume that that is true, what you
19 were thinking about earlier -- it's a really
20 interesting idea. So if that's true, would that
21 change by IBWC impact water alloca -- that impacts
22 water allocation priority and use, would that
23 repurposing of water cause a negative monetary impact
24 to users who lose some ability to utilize previous
25 volumes of water that have been allocated to them?

183

1          MR. HARRISON: Objection. Form.
2      A. I believe what I -- you had proposed was the
3  concept that the water -- well, my proposal or
4  thought based off what you expressed was that the
5  water itself is -- has an aspect of commerce, right,
6  because it is used for development of products and
7  such, which is -- then goes into commerce and
8  production and selling. So I'm not sure how -- what
9  would be changing in that case or, I guess, if you
10 could expand.
11     Q. (BY MR. STONE) Okay. So if the water
12 itself is money, think of it -- the water -- under
13 this -- under this kind of theory, the water itself
14 is the commerce, the water is money, right? And it's
15 currently allocated certain volumes to certain
16 people, right?
17     A. That is correct, yes.
18     Q. Okay. So if that were the case, then any
19 change in that water allocation for priority in use,
20 that would have a negative monetary impact on those
21 individuals who have a preexisting water allocation
22 to them, right?
23         MR. HARRISON: Objection. Form.
24     A. So the allocation process for that in
25 general would be subject to the watermaster. So they

184

1  make the determination whether or not there is water
2  available for changing allocation or something of
3  that nature.
4      Q. (BY MR. STONE) So, yes, it would be true,
5  but it wouldn't be you guys; it would be the TCEQ
6  watermaster that would be making that decision that
7  results in a negative monetary impact on users who
8  lose some ability to utilize the previous volumes of
9  water that are allocated to them?
10         MR. HARRISON: Objection. Form.
11     A. That's entirely dependent on how that's
12 executed by the State, whether or not there is a
13 judgment of a negative impact.
14     Q. (BY MR. STONE) Okay. I want -- I want to
15 go to Section 7 of your report. This is page 24 of
16 Cortez Exhibit 2.
17         Are the -- is the information contained
18 in Section 7 of your expert report all factual
19 information?
20         MR. HARRISON: Objection. Form.
21     A. For Section 7 it appears to be all factual
22 information, yes.
23     Q. (BY MR. STONE) You know what, I messed up
24 because I said Section 7, but I should have said
25 Section 7.0. Did you understand me to mean

185

1  Section 7.0 in my prior question?
2      A. Yes.
3      Q. Okay. Perfect. So are there any -- is it
4  fair to say that there are no expert opinions
5  expressed by you in Section 7.0 of your expert
6  report?
7          MR. HARRISON: Objection. Form.
8      A. I do not see any expert opinions provided.
9      Q. (BY MR. STONE) In Section 7.1 of your
10 expert report, is the information contained in this
11 section factual -- all factual information?
12         MR. HARRISON: Objection. Form.
13     A. 7.1 appears to be all factual information.
14     Q. (BY MR. STONE) Is the information contained
15 in Section 7.2 of your expert report all factual
16 information?
17         MR. HARRISON: Objection. Form.
18     A. In Section 7.2, I -- it is based off factual
19 information, but I do see instances where I'm
20 providing a judgment based upon my review of the
21 data, if that is --
22     Q. (BY MR. STONE) Okay.
23     A. -- falls under your criteria.
24     Q. Yes. So let's home in on those. Where in
25 Section 7.2 are you expressing an opinion?

186

1    A.  So I do note that after reviewing the flow
2  records at Rio Grande, Eagle Pass, I state that it is
3  evident that the Rio Grande can vary significantly
4  from year to year.  I make a statement about where
5  the water comes from.
6    Q.  Well, let's stop, though, and start with the
7  first one here.
8        So you've reviewed the flow records from
9  Rio Grande for the Rio Grande at Eagle Pass, right?
10    A.  That is correct, yes.
11    Q.  Okay.  And you say that it's evident that
12  flows in "the Rio Grande can vary significantly from
13  year to year," right?
14    A.  That is correct, yes.
15    Q.  Now, is that variance captured in the data
16  that is collected from the Texas stream gage at Eagle
17  Pass?
18    A.  Yes, that is what I'm showing in Figures --
19  or Figure -- Figures 8 and Figure 9, which is
20  describing the vary -- the variance in the river
21  prior to construction of Amistad Dam.
22    Q.  So it's just a fact that the flows in the
23  Rio Grande River at Eagle Pass can vary significantly
24  from year to year, right?
25        MR. HARRISON:  Objection.  Form.

187

1    A.  I would consider that to be factual, yes.
2  It --
3    Q.  (BY MR. STONE)  What's the --
4    A.  -- I am making a judgment on -- there's no
5  specific definition of "varying significantly."  I am
6  making a judgment on that it is varying
7  significantly.
8    Q.  What do you mean when you say then -- okay.
9  So I understand now it's the word "vary
10  significantly" that's a subjective term, and that's
11  what you mean when you say that you are rendering an
12  opinion in that sentence.  Is that fair?
13    A.  Correct.
14    Q.  What do you -- okay.  What other -- I agree
15  with you.  So let's keep going.
16        What other -- what other opinions do you
17  have in Section 7.2 that you flagged?
18    A.  I mean, I make similar judgments on what is
19  the driest period, wettest period, and things like
20  that --
21    Q.  Okay.  Where --
22    A.  -- based off my review of the data.  That's
23  in the second paragraph in the middle.
24        And then I make a determination in the
25  last paragraph on that page -- or not determination

188

1  but a statement that this section of the river is
2  highly regulated due to the construction of Amistad
3  Dam, which led to a much narrower operating range.
4    Q.  Where is that sentence?
5    A.  First sentence of page 27, last paragraph
6  above the figure.
7    Q.  Yeah, "The second figure shows that after
8  construction of Amistad Dam, the stream becomes" --
9        THE REPORTER:  I need you to slow down,
10  please.
11    Q.  (BY MR. STONE)  So the first sentence of the
12  final paragraph on page 27 of your expert report
13  says, "The second figure shows that after
14  construction of Amistad Dam, the stream becomes
15  highly regulated which a much narrower -- which a
16  much narrower operating range," right?
17    A.  There is a typo in that sentence, but yes,
18  that's what it says.
19    Q.  What is the typo?
20    A.  I believe it should say, "the stream becomes
21  highly regulated" -- "The second figure shows that
22  after construction of the Amistad Dam, the stream
23  becomes highly regulated with a much narrower
24  operating range."
25    Q.  What do you mean by "highly regulated"?

189

1    A.  Is where my -- I'm saying because of the
2  construction of the Amistad Reservoir, which is
3  capturing any of the flows that are coming in
4  upstream, including rainfall, hurricanes, monsoons,
5  which I referenced previously, the Amistad becomes a
6  controlling structure, which changed the flow regime
7  at Eagle Pass so that it is now regulated compared to
8  Figure 9, which shows greater variability.
9    Q.  Other than that, are there any other
10  opinions -- other than what you've already talked
11  about -- strike that.
12        Other than what you've already talked
13  about, are there any other opinions that you give in
14  Section 7.2 of your expert report?
15    A.  I do not see any, no.
16    Q.  Moving to Section 8.0 -- this is 8, but I
17  think it means 8.0 -- on page 28 of your expert
18  report, do you -- is all the information contained in
19  that section factual?
20        MR. HARRISON:  Objection.  Form.
21    A.  Everything except for the first sentence
22  where I say that it is drastically altered.
23    Q.  (BY MR. STONE)  And is the opi -- is the
24  opinion that you're offering in that sentence your
25  subjective use of the word "drastically"?

Adrian Cortez – 5/22/2024

190

1   A. That is correct.
2   Q. Okay. Other than your subjective use of the
3   word "drastically" in that sentence, are there any
4   other opinions expressed in Sections 8.0 of your
5   report?
6   A. I do not see any.
7   Q. In Section -- let's look at Section 8.1 of
8   your report. Does Section 8.1 contain only factual
9   information?
10      MR. HARRISON: Objection. Form.
11   A. I believe that is all factual, yes.
12   Q. (BY MR. STONE) Okay. Next let's go to
13   Section 8.2. Is all of the information contained in
14   Section 8.2 of your report factual?
15      MR. HARRISON: Objection. Form.
16   A. Only -- it is factual except for usages of,
17   like, "greatly" as one of the descriptor words.
18   Q. (BY MR. STONE) I knew you were going to say
19   that. I read the same thing, and I thought -- all
20   right.
21      So other than the subjective use of the
22   term "greatly," are there any other opinions that you
23   are offering in this section?
24   A. I do not see any, no.
25   Q. Okay. Let's look at Section 8.3 of your

191

1   expert report. Is the information contained in 8.3
2   of your expert report all factual information?
3      MR. HARRISON: Objection. Form.
4   A. I believe this is all factual information,
5   yes.
6   Q. (BY MR. STONE) Looking at Section 8.4, is
7   all the information contained in Section 8.4 of your
8   expert report factual information?
9      MR. HARRISON: Objection. Form.
10   A. I believe it is all factual, yes.
11   Q. (BY MR. STONE) Okay. Looking at -- so for
12   Sections 8.0 through 8.4, other than what you
13   specifically flagged, are there any -- were there any
14   other expert opinions that you offered in those
15   sections?
16   A. I do not believe so.
17   Q. Okay. Let's look at Section 8.5. Is the
18   information contained in Section 8.5 of your report
19   only factual information?
20      MR. HARRISON: Objection. Form.
21   A. I believe it is all factual information.
22   Q. (BY MR. STONE) Are you offering any expert
23   opinions in this case in Section 8.5 of your report?
24   A. As I reread the section and review it, I
25   believe it is only providing information on the

192

1   watercraft that we use, so I believe it is just
2   factual information that's being conveyed.
3   Q. Next I want to ask about Section 9. And
4   it's not numbered. It's just one section for 9.
5      This is on page 36 of your expert
6   report. Looking at Section 9, is this all factual
7   information?
8      MR. HARRISON: Objection. Form.
9   A. I believe I make opinions on how or what
10   could be done with the treaty with regards to how it
11   is written to support navigational enhancement
12   between Amistad and Falcon Dams in the context of the
13   treaty itself.
14   Q. (BY MR. STONE) So what is the first expert
15   opinion that you express in Section 9 of this report?
16   A. I make a statement that "It follows then
17   that the creation of navigation as a priority use of
18   the waters of the Rio Grande is consistent with the
19   objectives from the '44 Water Treaty from is its
20   inception. An amendment or modification to the
21   general rules may be required since the stretch of
22   the river under review is between Amistad and
23   Falcon."
24      So I'm -- I'm just stating fact, but I
25   am like making a conclusion that...

193

1   Q. When you say that it -- okay. So the 1944
2   Water Treaty expressly lists navigation as one of the
3   priority uses, right?
4   A. Yes.
5   Q. So what do you mean that "It then follows
6   that creation of navigation as a priority use of the
7   water is consistent with the 1944 Water Treaty"?
8   A. So if a proponent -- I'm not going to say
9   who or what -- said that they were going to use
10   waters that was allocated to them -- let's say in
11   Mexico --
12   Q. Uh-huh.
13   A. -- for the purposes of navigation, Article 3
14   of the treaty allows that as identified purpose
15   for -- of use of that water.
16   Q. Well, I mean, it says that in Article 3,
17   right?
18   A. Yes.
19   Q. So that's just a fact, right? That's not
20   like an opinion?
21   A. That's correct, yes.
22   Q. Okay. Is there anything else in that first
23   paragraph that -- is there anything in that paragraph
24   on page 36 of Cortez Exhibit 2 that is opinion?
25   A. In just that paragraph, I don't see

194

1  anything, no.
2      Q. It's all factual information in that
3  paragraph, right?
4      A. I believe so.
5      Q. Okay. So let's look at the next paragraph,
6  paragraph 2 under Section 9. Is the information in
7  this paragraph all factual?
8          MR. HARRISON: Objection. Form.
9      A. I do make a conjecture that "If releases for
10 the purposes of navigation require operations
11 inconsistent with the general rules currently
12 outlined in the treaty, then an amendment or
13 modification to that provision may be required at
14 the -- subject to the approval of the two
15 governments."
16     Q. (BY MR. STONE) So to the extent that any
17 kind of navigational use conflicted with the current
18 prioritization storage to fulfill flood control,
19 irrigation use, and power requirements, it might
20 require amendment or modification. Is that fair?
21     A. That seems to be a summary of what I put in
22 there.
23     Q. So you said, "would be possible," right?
24     A. Yes, I say, "would be possible."
25     Q. But would an amendment or a modification to

195

1  the provision be plausible?
2          MR. HARRISON: Objection. Form.
3      A. I would not be able to speak to whether or
4  not it's plausible.
5      Q. (BY MR. STONE) Has it ever happened before
6  where there was such an amendment or modification to
7  the treaty?
8          MR. HARRISON: Objection. Form.
9      A. Not to my knowledge.
10     Q. (BY MR. STONE) Do you have any reason to
11 believe that the two governments would agree to such
12 a modification?
13         MR. HARRISON: Objection. Form.
14     A. I could not project, you know, decades from
15 now what's -- what would happen.
16     Q. (BY MR. STONE) I mean, assuming there's
17 still water in the Amistad Reservoir, right?
18         MR. HARRISON: Objection. Form.
19     A. That would be a consideration in the
20 agreements.
21     Q. (BY MR. STONE) So the current rules of
22 Amistad do not prioritize navigation at all, do they?
23         MR. HARRISON: Objection. Form.
24     A. It is not one of the listed topics in the
25 treaty as quoted there.

196

1      Q. (BY MR. STONE) Wait. In the treaty, or in
2  the Amistad Dam rules?
3      A. So the treaty has specific general rules,
4  and they identify the uppermost reservoir, which,
5  once it was constructed, was Amistad.
6      Q. So in other words, while navigation is
7  listed as a priority in Article 2 of the 1944 Water
8  Treaty, the treaty goes on to list the actual
9  priorities for the Amistad Dam, and navigation is not
10 one of them, right?
11     A. That's correct for Article 3.
12     Q. And that's why you would need to actually
13 amend or modify Article 3 to add navigation to be a
14 priority for the Amistad Dam, right?
15     A. Only in the sense that in the next paragraph
16 I do note that if navigation was needed and it also
17 coincided with the flood control, irrigation, and
18 power requirements, then there would be no
19 modification required.
20     Q. Describe how such a release would be
21 possible.
22         MR. HARRISON: Objection. Form.
23     A. If I'm just hypothetically talking about --
24     Q. (BY MR. STONE) Uh-huh.
25     A. -- right. So if you're operating a kayaking

197

1  business or a canoe trip business or something like
2  that, there's always going to be releases out of the
3  dam year-round made, and additionally -- sorry. Let
4  me rephrase that.
5          Additionally, as I've said previously,
6  there are periods where either country are moving
7  water down, so they -- in order to do that as
8  efficiently as possible, they will try and release a
9  large volume at a high rate. So in the sense that if
10 any of those uses for navigation are compliant and
11 merge well with the current operations, then
12 Article 2 identifies that you could -- navigation is
13 certainly a -- navigation is a use of the waters of
14 the river.
15     Q. In other words, the -- if navigation was
16 incidental to one of the other releases, priority
17 releases, then it wouldn't -- you wouldn't need to do
18 any modification?
19     A. That sounds accurate as you've stated.
20     Q. Okay. You say here that "if Falcon has
21 sufficient storage to capture water releases from
22 Amistad Dam," right?
23     A. Yes, I say that.
24     Q. Right. Sorry. Final sentence of the third
25 paragraph under Section 9. Do you see that?

198

1    A.  Yes.  I read that, yes.
2    Q.  Okay.  What is the -- you say, "if Falcon
3 has sufficient storage to capture water released from
4 Amistad Dam."  What do you mean by that?
5    A.  What I mean by that is that if, for
6 instance, Falcon was as full and you were releasing
7 water out of Amistad Dam for navigation and it
8 wouldn't also comply with the flood control,
9 irrigation use, and power requirements downstream.
10    So the simple answer would be you don't
11 want to waste water to the gulf that's not being
12 used.  And due to the physical limitations of the
13 dam, if it's full and you release a larger water --
14 volume of water to it, you essentially would be
15 wasting water downstream.
16    Q.  When you say here, "Operations can be
17 planned to allow seasonal navigation of this stretch
18 of the river," what stretch are you talking about?
19    A.  In this instance I was talking about the
20 region near Eagle Pass or between Amistad and Falcon,
21 as we've been discussing, but without getting into
22 the details of depths and exact rates.
23    Q.  Okay.  So this stretch -- you're not talking
24 about the Falcon Reservoir here?
25    A.  I am not speaking to Falcon Reservoir, no.

199

1    Q.  You're talking about the whole, you know,
2 river mile 275.5 to 610?
3    A.  In that stretch, yes.
4    Q.  Okay.  Even if that -- a minute ago you were
5 talking about how navigational use could be
6 incidental to other priority usages, but even an
7 incidental use of water for navigation would still
8 require a water right, right?
9    MR. HARRISON:  Objection.  Form.
10    A.  In the sense that an incidental use of the
11 water, right.  So the example would be the
12 Commission, in order to do its mission, puts boats on
13 the river every day.  To my knowledge, we don't have
14 a water right specifically for putting boats on the
15 river and conducting our mission.  It is an
16 incidental of the water just being in the river.
17    Q.  (BY MR. STONE)  Power generation, as an
18 incidental use, has a TCEQ-issued water right, right?
19    A.  That is my understanding, yes.
20    Q.  But you're saying that IBWC boats on the
21 water on the Rio Grande River do not require a water
22 right for navigation?
23    A.  I am not aware of a navigation water right
24 to put -- for the Commission to do its mission.
25    Q.  That's because when the IBW -- when the

200

1 Commission has boats on the Rio Grande River, that's
2 not navigation for the purposes of the 1944 Water
3 Treaty, right?
4    A.  I guess --
5    MR. HARRISON:  Objection.  Form.
6    THE WITNESS:  Sorry.
7    A.  You have to -- one, you would have -- a
8 water right implies that there is a use of the water.
9    Q.  (BY MR. STONE)  Uh-huh.
10    A.  Right?  So if I'm just floating on the
11 river, you would have to identify what the use of
12 that water is, if there is a loss of the water -- in
13 terms of water rights as it is explained right now.
14 So we're not diverting water out of the river to put
15 a boat on the river; it's just an -- the water is
16 there.
17    So under the current regime, it's
18 incidental/apportioned for us to navigate, but I
19 don't see how it relates specifically to water rights
20 in that instance.
21    Q.  You, again, in this final sentence, "If
22 Falcon has sufficient storage to capture water
23 releases -- water released from Amistad Dam and this
24 water is required for beneficial use by downstream
25 users, operations could be planned to allow seasonal

201

1 navigation of this stretch of the river," right?
2    A.  Yes, that is what I write.
3    Q.  But isn't it true that commercial navigation
4 does not operate on a seasonal basis?
5    A.  I couldn't speak to all the uses for
6 commercial navigation.
7    Q.  You said that the boats, IB -- the
8 Commission's boats on the Rio Grande River don't
9 require a permit, because there's not a water
10 diversion for them to operate.  But you're not
11 diverting water out of the river for power generation
12 at the Amistad Dam, are you?
13    A.  There are conveyance losses associated with
14 that, and those conveyance losses for power
15 generating would be charged to the country making
16 that diversion.
17    Q.  I want to parse this sentence here:  "This
18 water is required for beneficial use by downstream
19 users."  What do you mean by that phrase in the
20 sentence?
21    A.  Okay.  So under typical operations we are
22 moving -- the Amistad is like our piggy bank.  It is
23 where we keep the water.  And we move it down to
24 Falcon for release to the users in that region.
25    So what I'm referring to there is just,

202

1  with the way that Amistad is currently operated, we
2  make releases to move the water to Falcon.  Not --
3  also there are consumptive uses between those two
4  points as well that will play into that.
5      Q.  Other than what we've talked about, are
6  there any other expert opinions that you express in
7  Section 9 of your report?
8      A.  I don't believe so.
9      Q.  So going to Section 10, which is literally
10 entitled in part, "State of Expert Opinion."  I want
11 to go through the expert opinions that you -- let me
12 start with are you expressing expert opinions in this
13 section?
14     A.  I believe I am --
15     Q.  Okay.
16     A.  -- stating...
17     Q.  So let's start with each -- let's go through
18 each of the opinions that you express in Section 10
19 of your report.
20        What is the first expert opinion that
21 you provide here?
22     A.  Give me a second to read through this.
23     Q.  Uh-huh.
24     A.  I believe my first opinion relates to the
25 first sentence of the -- I guess -- is this the first

203

1  paragraph?
2        MR. HARRISON:  Second --
3      Q.  (BY MR. STONE)  I believe there is an
4  earlier paragraph on Page 36.
5      A.  So the second paragraph where I state that
6  "The flow regime of the Rio Grande has been highly
7  modified over time," and then I --
8      Q.  Before you go on, is -- just to clarify
9  here, is the expert opinion that you're expressing in
10 that sentence the subjective use of the word
11 "highly"?
12     A.  Or "highly modified" together.
13     Q.  Okay.  What's the next opinion?
14     A.  In the second -- or the second paragraph on
15 that page, I do state, "The construction of Amistad
16 Dam and other small infrastructure, like Maverick
17 Dam, have greatly modified the flow regime downstream
18 of Del Rio, Texas, to Falcon Dam and Reservoir."
19     Q.  Okay.  Oh, I see here.  And is the opinion
20 that you're expressing in that sentence the
21 subjective use of the word "greatly modified"?
22     A.  Yes.
23     Q.  Okay.  What is the next expert opinion that
24 you provide in Section 10?
25     A.  The last sentence of the section where, "If

204

1  priorities of the current water allocations and
2  management practices change, the treaty was written
3  with the required flexibility to accommodate these
4  adjustments."
5      Q.  I'm sorry, I didn't see -- oh, okay.  So the
6  last sentence of the final paragraph on -- in
7  Section 10, is that what you just read?
8      A.  That is correct, yes.
9      Q.  And I'm sorry because I wasn't listening.
10 Could you read it one more time?
11     A.  "If priorities of the current water
12 allocations and management practices change, the
13 treaty was written with the required flexibility to
14 accommodate these adjustments."
15     Q.  And that's an opinion, not a fact.
16     A.  That is an opinion on my reading of the
17 treaty.
18     Q.  I see.
19     A.  Yep.
20     Q.  Okay.  Other than the "highly modified," the
21 "greatly modified," and the final sentence about
22 priorities changing, are there any other expert
23 opinions that you offer in Section 10 of your report?
24     A.  The last sentence -- let me read it -- for
25 the second paragraph on that page, "The use of water

205

1  for the purpose of navigation in this reach between
2  the two dams is highly dependent on the consumptive
3  use needs of water users in the U.S. and Mexico."  I
4  believe that's a statement of fact.
5      Q.  That's a statement of fact, okay.
6      A.  Yes.
7      Q.  Okay.  All right.
8        MR. STONE:  Why don't we take a break.
9  I think we've gone through most of the expert report,
10 so why don't we take a -- let's go off the record.
11        THE VIDEOGRAPHER:  The time is 3:25 p.m.
12 We're off the record.
13        (Recess 3:25 p.m. to 3:44 p.m.)
14        THE VIDEOGRAPHER:  The time is 3:44 p.m.
15 We're back on the record.
16     Q.  (BY MR. STONE)  Are all waters of the Rio
17 Grande River in Texas fully appropriated?
18     A.  Yes, that is an accurate statement, to my
19 knowledge.
20     Q.  Does the IBWC perform any channel
21 maintenance between Amistad and Falcon Dams?
22     A.  We would be performing channel maintenance
23 with regards to like vegetation clearing and those
24 things as part of our jurisdictional duties.
25     Q.  Do you do that along the entire stretch or

Adrian Cortez - 5/22/2024

206

1  just where the gages are?
2      A.  It's going to be a site-by-site-dependent
3  decision.  It may not just be the gages.  There may
4  be other considerations, and there may be others who
5  are doing that.  For instance, border patrol may have
6  a reason to clear sections of the river of
7  vegetation.
8      Q.  Next I am sharing in the chat what we're
9  marking as Cortez 6.
10         (Cortez Exhibit 6 marked.)
11     Q.  (BY MR. STONE)  And I'll -- do you recognize
12 this document?
13     A.  I don't believe I've seen that -- this
14 document before.
15     Q.  This is the 1975 study that has been talked
16 a lot about in this case.
17         Are you familiar with it at all?
18     A.  I have not reviewed it, no.
19     Q.  Okay.  Do you work for the International
20 Boundary and Water Commission?
21     A.  Yes, I work for the International Boundary
22 and Water Commission, U.S. Section.
23     Q.  Was an entity formerly known as or referred to
24 as the -- strike that.
25         Was that entity formerly known or

207

1  referred to as the International Water Commission?
2      A.  My understanding of that is that the
3  International -- the duties of the International
4  Water Commission were granted to the IBWC, the
5  International Boundary Commission, which later became
6  the International Boundary and Water Commission.
7      Q.  So it was called the International -- hold
8  on, sorry.
9          So it was called the International
10 Boundary Commission?
11     A.  Your original question is whether or not the
12 International Water Commission became the
13 International Boundary Commission, I believe -- or I
14 was saying that the duties of the International Water
15 Commission were transferred to the International
16 Boundary Commission, and the Water Commission was
17 sunset.
18     Q.  I see.  Okay.  Thank you for the
19 clarification.
20         Have you -- I asked a minute ago, but
21 have you seen -- have you ever seen the March 1975
22 navigability study by the United States Army Corps of
23 Engineers regarding the Rio Grande River Basin from
24 river miles 275.5 to 610?
25     MR. HARRISON:  Objection.  Form.

208

1      A.  I have not seen that document that you
2  described.
3      Q.  (BY MR. STONE)  Let me show you -- well, I
4  am showing you what is Cortez Exhibit 6, which is a
5  copy of that study.
6          Let's look at Exhibit 23 to this study.
7  And just because it's so slow with the uptick, I'm
8  going to go to Exhibit 23 and share screen again.
9          Apologies for the delay.  I'm coming.
10         In the section of the 1975 navigability
11 study, there is a statement that both river flows
12 through regions of -- strike that.
13         In the study, the 1975 navigability
14 study, there is a statement relating to the Rio
15 Grande River and Colorado Rivers that, quote, both
16 rivers flow through regions of scanty and uncertain
17 rainfall, unquote.  Is that an accurate statement?
18     MR. HARRISON:  Objection.  Form.
19     A.  Scan -- use the words again.  Scanty and --
20     Q.  (BY MR. STONE)  Scanty and uncertain
21 rainfall.
22     A.  Okay.  And if -- are you asking me if it's
23 accurate, what's written in the report?
24     Q.  No.
25     A.  Because I haven't ever seen the report --

209

1      Q.  No, I'm not asking --
2      A.  -- so I can't say --
3      Q.  I'm asking if the statement is accurate.
4          So, in other words -- let me phrase it
5  differently.  In the -- is the Rio Grande River,
6  river miles 275.5 to 610 -- is that, as the river
7  flows through that region, subject to scanty and
8  uncertain rainfall?
9      MR. HARRISON:  Objection.  Form.
10     A.  Specifically, you said, rainfall?  It is
11 subject to scanty and uncertain rainfall just as
12 rainfall in general can be variable.
13     Q.  (BY MR. STONE)  So is it your testimony that
14 every river in the United States is subject to scanty
15 and uncertain rainfall?
16     MR. HARRISON:  Objection.  Form.
17     A.  From my understanding of hydrology and my
18 experience, you know, there is going to be a range of
19 rainfall that's going to be variable over time.  You
20 know, it's not raining every single day on every
21 single place, and the ability to predict rainfall is
22 a -- you know, that's a science in and of itself.  So
23 variable rainfall would be -- yes.
24     Q.  (BY MR. STONE)  So variable rainfall could
25 range from no rainfall at all to monsoon-like

210

1  conditions.  Is that fair?
2      A.  Yes.
3      Q.  How many times have there been monsoon-like
4  conditions on this stretch of the Rio Grande River
5  we're talking about right now?
6      A.  Over what period?
7      Q.  Since 19 -- prior to 1975.
8      A.  I could not give an accurate number on how
9  many times it's rained in that basin due to its size.
10     Q.  Do you agree with the statement that "There
11 has never been any practical navigation of the 1,014
12 miles of river between El Paso and Roma"?
13         MR. HARRISON:  Objection.  Form.
14     A.  I don't know the source or information or
15 standing of that statement, so I couldn't be able to
16 give an opinion on it.
17     Q.  (BY MR. STONE)  Do you know whether IBWC has
18 ever advised Congress of anything regarding
19 historical navigation of the Rio Grande River
20 inconsistent with the statement that there's never
21 been any practical navigation on the 1,014-mile
22 stretch between Roma and El Paso?
23         MR. HARRISON:  Objection.  Form.
24     A.  I couldn't provide an answer to that.
25     Q.  (BY MR. STONE)  Are you aware of anyone

211

1  associated with the IBWC who would disagree with that
2  statement today?
3          MR. HARRISON:  Objection.  Form.
4      A.  Again, I couldn't project the decisions of
5  others or the statements of others.
6      Q.  (BY MR. STONE)  Are you aware of anyone
7  associated with the IBWC who has ever said anything
8  inconsistent with that statement that there has been
9  no practical navigation on the stretch between
10 El Paso and Roma?
11         MR. HARRISON:  Objection.  Form.
12     A.  I guess, having not known the source of that
13 statement or why it would come up or where it would
14 come up, I don't have any knowledge of that.
15     Q.  (BY MR. STONE)  Are you aware of any
16 practical navigation on the Rio Grande River between
17 El Paso and Roma?
18         MR. HARRISON:  Objection.  Form.
19     A.  Without knowing a definition of "practical
20 navigation," I wouldn't be able to give an answer to
21 that statement.
22     Q.  (BY MR. STONE)  Would you agree with the
23 statement that "It is therefore apparent that the
24 conditions which form the basis of the agreement in
25 the old treaties concerning navigation of the Rio

212

1  Grande and Colorado Rivers have so completely changed
2  that the spirit is dead, if not the letter, of those
3  parts of the treaties that deal with navigation"?
4          MR. HARRISON:  Objection.  Form.
5      A.  Again, I wouldn't be able to give an opinion
6  on that statement.
7      Q.  (BY MR. STONE)  Why can't you give an
8  opinion on that statement?
9      A.  I don't know who said it or where it was
10 written or what the basis for that -- you know, if
11 someone says the sky is red, my first question is
12 going to be "Why do you say that?"
13     Q.  Would it change your opinion if that
14 statement was made by the IBWC?
15         MR. HARRISON:  Objection.  Form.
16     A.  Again, without -- you're providing me
17 information that I haven't seen before or even
18 knowledge that it was presented by IBWC, so I
19 couldn't provide a position that just because it was
20 said by somebody, that somehow changes my
21 opinion of the -- any statement.
22     Q.  (BY MR. STONE)  Do you agree with the
23 statement that "Above Laredo up to Eagle Pass,
24 navigation is impeded by rocks and ledges at low
25 water levels"?

213

1          MR. HARRISON:  Objection.  Form.
2      A.  Again, it would depend on -- I would verify
3  any sort of statement if I was going to say I agree
4  with it.
5      Q.  (BY MR. STONE)  Okay.  So let's get out of
6  the context of --
7          Let's forget about the 1975 report,
8  okay?  Let's set that aside.  I'm just going to ask
9  you for your opinions about the Rio Grande River
10 right now.
11         Above Laredo up to Eagle Pass, is
12 navigation on the Rio Grande River impeded by rocks
13 and ledges at low water levels?
14     A.  As a general statement, any river would be
15 impeded by those items you identify at low water
16 levels.  So, yes.
17     Q.  Do you agree that with the advent of
18 railroads in 1882, it led to the decline and eventual
19 extinction of commercial navigation on the Rio Grande
20 River?
21         MR. HARRISON:  Objection.  Form.
22     A.  I couldn't give an opinion on that
23 statement.
24     Q.  (BY MR. STONE)  What is your best estimate
25 of when commercial navigation on the Rio Grande River

214

1   became extinct?
2          MR. HARRISON:  Objection.  Form.
3      A.  I couldn't provide any estimate.
4      Q.  (BY MR. STONE)  What dredging, if any, has
5   been done in the Rio Grande River between Amistad Dam
6   and the city of Laredo?
7          MR. HARRISON:  Objection.  Form.
8      A.  I can't speak to any specific instance.
9      Q.  (BY MR. STONE)  So you're not aware of any
10  dredging that's taken place in that stretch?
11         MR. HARRISON:  Objection.  Form.
12     A.  In my job duties, I'm not aware of any --
13  anything of that nature in that stretch.
14     Q.  (BY MR. STONE)  Are there any current
15  proposals before IBWC for dredging in the Rio Grande
16  between Lake Amistad and the city of Laredo?
17         MR. HARRISON:  Objection.  Form.
18     A.  Proposals that have gone to the IBWC?  I'm
19  not aware of anything.
20     Q.  (BY MR. STONE)  When is the last time there
21  was such a proposal?
22         MR. HARRISON:  Objection.  Form.
23     A.  I couldn't speak to that.
24     Q.  (BY MR. STONE)  What environmental data
25  studies and review would be required by IBWC before

215

1   it would approve a proposal to approve dredging in
2   the Rio Grande River between Amistad Dam and Laredo?
3          MR. HARRISON:  Objection.  Form.
4      A.  So any sort of work along the river, you
5   would be conducting some sort of analysis,
6   environmental review if it's in the United States or
7   Mexico, complying with their side and the
8   requirements.  So if hydraulic analysis is necessary,
9   it just depends on specifically what you're doing, if
10  it was an engineering project or something.
11     Q.  (BY MR. STONE)  What hydrological data,
12  studies, and review would be required by IBWC before
13  it would approve a proposal to approve dredging in
14  the Rio Grande River between Amistad Dam and Laredo?
15         MR. HARRISON:  Objection.  Form.
16     A.  Hydrological studies?  I'm not aware of
17  anything at this moment.
18     Q.  (BY MR. STONE)  If there was a proposal --
19  strike that.
20         If there were a proposal to the IBWC to
21  approve dredging or other improvements to the Rio
22  Grande between Amistad Dam and the city of Laredo to
23  facilitate commercial navigation, would IBWC require
24  data or studies showing that there is actually
25  substantial demand for commercial navigation in the

216

1   Rio Grande in that area?
2          MR. HARRISON:  Objection.  Form.
3      A.  Could we go back one?  If you could define
4   what you consider a hydrological study from your
5   cite.
6      Q.  (BY MR. STONE)  Okay.  So strike the last
7   question, and let's step back.
8      A.  Yes --
9      Q.  Let's go back to the prior question.
10         So let me ask it again.  And listen
11  carefully, and if you need clarification, we'll get
12  that.
13         What hydrological data, studies, and
14  review would be required by IBWC before it would
15  approve a proposal to approve dredging in the Rio
16  Grande River between Amistad Dam and Laredo?
17         MR. HARRISON:  Objection.  Form.
18     A.  I can't think of specific requirements they
19  would have beyond compliance with the treaties for
20  the boundary and such.
21     Q.  (BY MR. STONE)  If there were a proposal to
22  the IBWC to approve dredging or other improvements to
23  the Rio Grande River between Amistad Dam and the city
24  of Laredo to facilitate commercial navigation, would
25  IBWC require data or studies showing that there is

217

1   actually substantial demand for commercial navigation
2   in the Rio Grande in that area?
3          MR. HARRISON:  Objection.  Form.
4      A.  I cannot speculate on something outside of
5   my job duties.  As it relates to the permitting and
6   stuff like that, to do that, I've -- it's...
7      Q.  (BY MR. STONE)  So are you aware of the IBWC
8   permitting process to approve dredging?
9      A.  I am not.
10     Q.  Okay.  I'm -- let me close the loop there.
11         Are you an expert on the permit approval
12  process for dredging in the Rio Grande River?
13     A.  I am not.
14     Q.  To your knowledge, is there actually any
15  current substantial demand for commercial navigation
16  in the Rio Grande between Amistad Dam and the city of
17  Laredo?
18         MR. HARRISON:  Objection.  Form.
19     A.  Specifically speaking to my knowledge, I am
20  not aware.
21     Q.  (BY MR. STONE)  Would you -- would you agree
22  that the possibility of any future demand for
23  commercial navigation between Amistad Dam and the
24  city of Laredo is speculative?
25         MR. HARRISON:  Objection.  Form.

218

1    A. I couldn't give an opinion on that -- yeah.
2    Q. (BY MR. STONE)  What future demand for
3  commercial navigation in the area between Amistad Dam
4  and the city of Laredo is reasonably likely to occur?
5        MR. HARRISON: Objection.  Form.
6    A. Again, I can't speculate on the future.
7    Q. (BY MR. STONE)  Is it correct that there are
8  no locks at Amistad or Falcon Dam that would allow
9  vessels engaged in commercial navigation to pass
10  through or around either of those dams?
11        MR. HARRISON: Objection.  Form.
12    A. Not to my knowledge.
13    Q. (BY MR. STONE)  Would any future commercial
14  navigation on the Rio Grande from Eagle Pass to any
15  point below Falcon Dam require the creation of locks
16  or another practical means of going through or around
17  Falcon Dam?
18        MR. HARRISON: Objection.  Form.
19    A. I'm treating this simply as a hypothetical
20  question to me.  Yes, it would -- likely would be
21  required locks to do what you said.
22    Q. (BY MR. STONE)  Would you agree that
23  creation of any locks at Amistad or Falcon Dam to
24  facilitate commercial navigation would be
25  prohibitively expensive?

219

1        MR. HARRISON: Objection.  Form.
2    A. I have no -- I can't give anything as it
3  relates to costs to do those sort of things.
4    Q. (BY MR. STONE)  Has there ever, to your
5  knowledge, been a proposal or even discussion
6  regarding creating locks or other means of enabling
7  vessels to go through or around Amistad or Falcon
8  Dams?
9        MR. HARRISON: Objection.  Form.
10    A. Not to my specific knowledge.
11    Q. (BY MR. STONE)  Is it -- is it correct that
12  there are no existing water rights for navigation in
13  the Rio Grande anywhere between Amistad Dam and the
14  city of Laredo?
15    A. Not to my knowledge.
16    Q. Is that also true for the entire Rio Grande
17  River from El Paso to Brownsville?
18        MR. HARRISON: Objection.  Form.
19    A. Not to my knowledge.
20    Q. (BY MR. STONE)  To conduct commercial
21  navigation on the Rio Grande anywhere between the
22  Amistad Dam and the city of Laredo, would it be
23  necessary for commercial navigation operators to have
24  water rights?
25        MR. HARRISON: Objection.  Form.

220

1    A. Sorry, could you restate the question?
2    Q. (BY MR. STONE)  Uh-huh.  To conduct
3  commercial navigation on the Rio Grande River
4  anywhere between Amistad Dam and the city of Laredo,
5  would it be necessary for the navi -- for the
6  commercial navigation operators to have water rights?
7        MR. HARRISON: Same objection.
8    A. I couldn't speak to that.
9    Q. (BY MR. STONE)  To conduct commercial
10  navigation on the Rio Grande anywhere between Amistad
11  Dam and the city of Laredo, would it be necessary for
12  the commercial navigation operators to obtain IBWC
13  approval?
14        MR. HARRISON: Objection.  Form.
15    A. I couldn't speak to that.
16    Q. (BY MR. STONE)  Does any person or entity
17  currently have IBWC approval or permits to conduct
18  any commercial navigation operations on the Rio
19  Grande anywhere between Amistad Dam and the city of
20  Laredo?
21        MR. HARRISON: Objection.  Form.
22    A. I can't speak to that.
23    Q. (BY MR. STONE)  Does any person or entity
24  currently have a pending application for IBWC
25  approval or permits to conduct any commercial

221

1  navigation operations on the Rio Grande River between
2  Amistad Dam and the city of Laredo?
3        MR. HARRISON: Objection.  Form.
4    A. I can't speak to that topic.
5    Q. (BY MR. STONE)  When is the last time, to
6  your knowledge, that any person or entity applied for
7  IBWC approval or permits to conduct any commercial
8  navigation operations on the Rio Grande anywhere
9  between Amistad Dam and the city of Laredo?
10        MR. HARRISON: Objection.  Form.
11    A. Specifically, to my knowledge, I am not
12  knowledgeable of that.
13    Q. (BY MR. STONE)  Earlier you said the
14  potential use of the Rio Grande River for commercial
15  use was hypothetical, right?
16    A. Earlier when?
17    Q. A few minutes ago.  Do you remem -- do
18  you -- let's step back.  Let me just ask the
19  question.
20        Is the potential use of the Rio Grande
21  River for commercial navigation hypothetical?
22        MR. HARRISON: Objection.  Form.
23    A. I couldn't speak to that.
24    Q. (BY MR. STONE)  When -- to your knowledge,
25  are there any -- to your knowledge, is there any

222

1  present or ongoing commercial navigation on the Rio
2  Grande anywhere between Amistad Dam and the city of
3  Laredo?
4          MR. HARRISON: Objection. Form.
5      A. Specifically to my knowledge, no.
6      Q. (BY MR. STONE) Given the current and recent
7  level of Mexican cartel activity and illegal activity
8  on or near the Rio Grande, would you personally
9  consider it reasonably safe to conduct any commercial
10  navigation operations on the Rio Grande anywhere
11  between the Amistad Dam and the city of Laredo?
12         MR. HARRISON: Objection. Form.
13     A. I wouldn't be able to give a personal
14  opinion on that subject.
15     Q. (BY MR. STONE) Why not?
16     A. Simply as it relates to my testimony, this
17  is -- it's not part of my job duties. I'm testifying
18  to my job disputes.
19     Q. Are you testifying today in your capacity as
20  an employee of the IBWC?
21     A. I'm employed by the IBWC, U.S. Section, yes.
22     Q. But are you testifying in your capacity as
23  an employee of the IBWC?
24     A. My understanding is yes.
25     Q. Okay. Do you have any reason to believe

223

1  that the level of Mexican cartel activity and illegal
2  activity on or near the Rio Grande between Amistad
3  Dam and the city of Laredo will substantially be
4  reduced anytime in the foreseeable future?
5          MR. HARRISON: Objection. Form.
6      A. I can't speculate on the future.
7      Q. (BY MR. STONE) How much -- would any
8  changes in the amount of water released from the
9  Amistad Dam for the purposes of facilitating
10  navigation require the consent or approval of the
11  United States and of Mexico?
12     A. Can you please restate the question, just so
13  -- not restate, but say it again so I can follow it?
14     Q. Uh-huh. Would any change in the amount of
15  water released from Amistad Dam for the purpose of
16  facilitating navigation require the consent or
17  approval of the United States and Mexico?
18     A. It is suggested by the -- or the treaty does
19  say that there may be -- have to be a modification to
20  the general operating rules that -- approval of the
21  two governments.
22     Q. So it would require the approval of
23  amendments to the treaties or minutes between the
24  United States and Mexico?
25     A. I can't say specifically what that would

224

1  look like. The treaty itself just says an agreement
2  of the Commission approved by the two governments.
3      Q. Can you say under oath that any such
4  consents or approvals are reasonably likely to occur
5  at any future date?
6          MR. HARRISON: Objection. Form.
7      A. I couldn't speculate on the future.
8      Q. (BY MR. STONE) Would it require the consent
9  of the U.S. Army Corps of Engineers?
10     A. Within the scope of the treaty, it says the
11  approval of the two governments. Whether or not the
12  approval for the U.S. Government would be subject to
13  what you just said, the -- that a domestic process
14  that's not part of my job duties or knowledge.
15     Q. Would it require -- if you know, would it
16  require the consent of the United States Congress?
17     A. Typically the -- any minutes or agreements
18  are going to be consulted through Congress as part of
19  our operation.
20     Q. Would it require the consent or approval of
21  Texas or any agency of Texas, such as the TCEQ?
22     A. To the extent of modification of domestic
23  law, if that's required, or changes in authority for
24  the commission itself, I -- it's not part of my
25  duties at the Commission to make those

225

1  determinations.
2      Q. Would it require the approval or consent of
3  the TCEQ watermaster?
4      A. Would what require modif -- approval or
5  consent of the TCEQ watermaster?
6      Q. Any changes in the amount of water released
7  from Amistad Dam for the purposes of facilitating
8  navigation.
9      A. So any change in the sense that -- for the
10  U.S. portion of the water that is owned by Texas, it
11  is at the request of the Texas watermaster. Now,
12  whether or not Texas law or Texas Administrative Code
13  is -- does what you're proposing, that's a domestic
14  matter.
15     Q. Can you -- can you say under oath that any
16  such consent or approvals are reasonably alike --
17  reasonably likely to occur at any future date?
18         MR. HARRISON: Objection. Form.
19     A. I wouldn't be able to give a -- predict the
20  future.
21     Q. (BY MR. STONE) Are you aware of cartels
22  attempting to weaponize commercial supply chains
23  crossing the US/Mexico border for their economic
24  benefit and to undermine U.S. national security?
25         MR. HARRISON: Objection. Form.

226

1    A.  Again, that's not part of my -- I couldn't
2  provide an answer to that.
3    Q.  (BY MR. STONE)  Okay.  I'm going back to
4  what is marked as Cortez Exhibit 2.  We're finished
5  with those questions; we're going to switch to a
6  different set.
7    A.  Okay.  Still on this document, but a
8  different set of questions?
9    Q.  Yeah, yeah.  Now we're going to go -- yeah,
10  we're going to talk about some -- a different set of
11  questions now.  But we're going to be referring, I
12  think, in this next set of questions to your expert
13  report.
14    A.  Okay.
15    Q.  Let's go to page 10 of your report.  I'm
16  sorry, page 12.  I want to ask about the third dam
17  that's authorized.
18        So you mentioned that there is a -- so
19  when this 1944 treaty was approved, right, it
20  authorized the construction of three dams, and two of
21  them were built, right?
22    A.  That is correct, yes.
23    Q.  And the two dams that were built were the
24  Amistad Dam and the Falcon Dam, right?
25    A.  That is accurate, yes.

227

1    Q.  But it approved the construction of a third
2  dam, right?
3    A.  It didn't approve the construction of the
4  dam, but it did authorize that under the treaty.
5    Q.  I see.  Where would that third dam be
6  located?
7    A.  The treaty does suggest that it would be
8  located near Laredo, but it does offer, you know,
9  based on engineering expertise at the time and
10  review, that that may be subject to change.
11    Q.  Do you know if there's been an actual plan
12  produced for the construction of that third dam?
13    A.  Not to my knowledge specifically.
14    Q.  Do you know if it's currently been
15  contemplated to construct the third dam?
16        MR. HARRISON:  Objection.  Form.
17    A.  Again, I'm not -- in my personal knowledge,
18  I'm not aware.
19    Q.  (BY MR. STONE)  Would it change your
20  opinions in this case if the -- if the third dam was
21  constructed in the segment of the Rio Grande River
22  near Laredo?
23    A.  I don't believe so, just to the extent that
24  it would be functionally similar to Falcon.
25    Q.  In footnotes -- okay.  How silted in are the

228

1  dams?
2    A.  What are you referring to, a page or just in
3  general?
4    Q.  Let's start with Amistad Dam.
5    A.  Okay.  So at present, Amistad Dam has lost
6  silt over time.  But at present there's about 32,000
7  acre-feet of remaining silt storage for that dam,
8  32,700.
9    Q.  Is it even feasible to release enough water
10  for navigation, accounting for the height of silt,
11  depth of water at the release points?
12        MR. HARRISON:  Objection.  Form.
13    A.  Sorry, earlier you were talking about the
14  silt at Amistad Dam.
15    Q.  (BY MR. STONE)  Uh-Huh.
16    A.  Now you're talking about -- when you say
17  "release points," what are you talking about?
18    Q.  So when I say the term -- are you familiar
19  with the term "release points"?
20    A.  I haven't used it before, so.
21    Q.  Okay.  All right.  That clarifies that,
22  right?
23        How silted in is the Maverick Dam?
24    A.  I have not performed any sort -- I don't
25  have any knowledge of how silted in it is.

229

1    Q.  How silted in is the Falcon Dam?
2    A.  As of our last survey, it is -- it doesn't
3  have any more remaining silt capacity except for 10
4  or 13 acre-feet -- 10 acre-feet.
5    Q.  Are the penstocks at Amistad Dam that are
6  not operational not operative due to siltation?
7    A.  I -- not to my knowledge; it is not due to
8  siltation.  Sorry, let me make sure I said that
9  correctly.
10        To my knowledge, it is not due to
11  siltation.  I think I had a double negative.
12    Q.  Uh-huh.  What is the most recent
13  topobathymetric survey that has been conducted on
14  this segment of the Rio Grande River?
15    A.  The most recent?  I don't know what the most
16  recent is.
17    Q.  Did you review any topobathymetric surveys
18  in preparation for your expert testimony in this
19  case?
20    A.  I only reviewed what is referenced in
21  Section -- and I did not review the actual survey but
22  just the results from that survey for the creation of
23  Figures 12 and 13 in Section 8.4, as those are the
24  result of a topographic survey.
25    Q.  When are -- so when you say on page -- can

230

1  you define "dead storage" in a reservoir?
2      A. I'm sorry, so the first thing you said, "on
3  page," and then "can you" --
4      Q. Yeah, sorry. Strike that.
5          What is dead storage on a reservoir?
6      A. Okay. So dead storage would refer to the
7  water that is behind the dam that we cannot evacuate
8  by means of gravity through the penstocks.
9      Q. How much dead storage is there in the
10  Amistad Reservoir?
11      A. 32,700 acre-feet as of the last survey that
12  was conducted. You said Amistad, correct?
13      Q. Yes.
14      A. Yes.
15      Q. My next question is on page 30 here, where
16  I've highlighted the word "most."
17      A. Okay. "Most."
18      Q. Yes. So "Most of the flow from Maverick
19  Canal reenters the Rio Grande about ten miles
20  upstream of the city limits of Eagle Pass, Texas,
21  after being conveyed through the canal and discharged
22  or spilled from Maverick Power Plant." Did I read
23  that correctly?
24      A. I believe so, yes.
25      Q. How much is most?

231

1      A. Most? They will divert as much as they can
2  within the capacity limits of the Maverick Canal. So
3  if the water is available, they will divert it, and
4  then also if they have the ability to do that with
5  the watermaster. So most could be, as I show there
6  in this figure, one thousand -- your average is about
7  a thousand CFS across the year in my median value.
8          During the winter the Rio Grande is only
9  at 400 CFS. So from that proportion is where I'm
10  saying "most," as opposed to later when there is
11  additional flows, it looks to be closer to being
12  equal.
13      Q. All right.
14      A. It's seasonally dependent.
15      Q. All right. Next I want to ask about this
16  statement in the first sentence on page 31, "when
17  water levels in the Amistad Dam exceed the assigned
18  total conservation pool capacity." Do you see that?
19      A. I do.
20      Q. How often do the water levels at the Amistad
21  Dam exceed the assigned total conservation pool
22  capacity?
23      A. You're talking historically?
24      Q. Uh-huh.
25      A. And just -- so the most recent time was in

232

1  2010. There was -- I believe there was a period in
2  2008. I would have to go even farther back to start
3  getting all the different floods that filled the
4  reservoir.
5      Q. I think I'm winding down here.
6          How would raising the water levels in
7  the Rio Grande River affect the inundation impact if
8  another hurricane like Alex occurs?
9      A. Okay. Say the question again, please.
10      Q. Uh-huh. How would raising the water depth
11  level of the Rio Grande River affect the inundation
12  impact if another hurricane like Alex occurs?
13      A. We would operate Amistad Reservoir in
14  accordance with our criteria. So that dictates the
15  release rates that we would use.
16          If the hurricane were to occur
17  downstream of Amistad and the tributaries from those
18  were contributing, of course then we would not be
19  able to regulate the flood out of Amistad in the
20  sense that anytime you have water in the river, it's
21  going to have some sort of impact, but it is
22  something that we would account for according to our
23  operational guidelines.
24      Q. You mention the survey boats that are used
25  by IBWC. But isn't it true that IBWC could also use

233

1  other means to conduct surveys, like gages,
2  satellites, drones, or planes?
3      A. Define what you mean by "survey" in this
4  instance.
5      Q. I mean, the surveys as you refer to it being
6  conducted by the boats on page 35 of your report.
7      A. I refer to our collection of data as well as
8  surveys. So you're just talking about surveys as it
9  relates to...
10      Q. I'm talking about the surveys that you're
11  discussing on page 35 of your report.
12          Let me ask this a little differently.
13  Could the surveys -- let me give you a minute to get
14  there. Are you on page 35 of your report?
15      A. Yes, I am.
16      Q. Okay. Could the surveys described on this
17  page that are being conducted by the boats similarly
18  be conducted by other means such as drone or airplane
19  or some other means?
20      A. I am interpreting -- well, I used "survey"
21  here, so I'll explain what I was using.
22          So survey would be the collection of
23  topobathymetry. There are -- satellites have a hard
24  time penetrating water. Similarly with LiDAR. There
25  are specific wavelengths that have been used to

234

1  penetrate water.  And that depends on the depth of
2  the water also.  That's a factor that you have to
3  take into account.
4         So it's possible that the things that
5  you outlined may have difficulties depending on what
6  the goal of your survey is.  If it's just an aerial
7  survey --
8     Q.  Uh-huh.
9     A.  -- and you're not talking about the portion
10  of the river that's under-inundated at that time,
11  then you could use a boat -- or not a boat but a
12  drone, I believe you said, or a satellite.
13         I'm sure the technology for satellites
14  has improved, but generally, I don't think it's used
15  for an engineering-level survey, if that's what your
16  requirement is.
17     Q.  Okay.  Next I want to ask about these
18  specific boats.  The first one on page 35 of your
19  report is the 16-foot single-motor johnboat.  Do you
20  see it?
21     A.  I do.
22     Q.  Do you know that -- what the draft is for
23  that boat?
24     A.  I'm not familiar with that.
25     Q.  Next is the 26-foot landing craft boat.  Do

235

1  you see it in your report?
2     A.  I see it.
3     Q.  Do you know what the draft is for that boat?
4     A.  I'm not familiar with that information.
5     Q.  Next you talk about the 28-foot landing
6  craft boat.  Do you see that on the report?
7     A.  I do see that information.
8     Q.  Do you know what the draft is for that boat?
9     A.  I do not know that information.
10     Q.  Do you know what the draft is for any of the
11  boats discussed on page 35 of your expert report?
12     A.  I do not.
13     Q.  Okay.
14         MR. STONE:  Pass the witness.
15         MR. HARRISON:  Can we take -- actually,
16  I'll go ahead.  Just a few questions.
17             EXAMINATION
18  BY MR. HARRISON:
19     Q.  Mr. Cortez, do you recall being asked this
20  morning about Exhibit 3, which was a January 24th,
21  2024 letter?
22     A.  Could I see the exhibit for my -- make sure
23  we're talking about the --
24     Q.  Sure.
25         MR. HARRISON:  Do you mind pulling that

236

1  up?
2         MR. STONE:  Which one is it?
3         MR. HARRISON:  Exhibit 3.
4         MR. STONE:  Okay.
5     Q.  (BY MR. HARRISON)  Did you draft any
6  portions of this letter of Exhibit 3?
7     A.  I was asked to give a couple of sentences on
8  what I expected to be within my report, and I believe
9  that was used as input for creation of this document.
10  But if it's verbatim, what I issued, I cannot recall.
11     Q.  But prior to today had you seen that letter
12  before?
13     A.  Not to my knowledge.
14     Q.  Do you recall also being asked this morning
15  about Exhibit 4, a May 3rd, 2024 letter?
16     A.  Can I see Exhibit 4, just to make sure I'm
17  referring to the right document?
18         MR. STONE:  Yeah, absolutely.
19     Q.  (BY MR. HARRISON)  So prior to today had you
20  seen Exhibit 4 before?
21     A.  I had not, no.
22     Q.  And all of your report and opinions are
23  contained within Exhibit 2?
24     A.  Exhibit 2 as I understand it to be the
25  expert report that I'm currently holding in my hand.

237

1     Q.  Do you recall being asked this afternoon
2  about various hypotheticals regarding water releases
3  from Amistad Dam and the effect of the water flows
4  and levels downstream of Amistad?
5     A.  I do recall, yes.
6     Q.  You did not consider those as part of --
7  for -- as part of your report, did you?
8         MR. STONE:  Objection.  Leading.
9     A.  I did not consider hypothetical situations
10  in my report.
11     Q.  (BY MR. HARRISON)  And would you need more
12  information and data in order to fully respond to
13  those hypotheticals?
14         MR. STONE:  Objection.  Leading.
15     A.  That is accurate.
16         MR. HARRISON:  I don't have anything
17  else.
18             FURTHER EXAMINATION
19  BY MR. STONE:
20     Q.  So following up, did you -- is your
21  testimony that you wrote this sentence that I'm
22  highlighting here on Cortez Exhibit 4?
23     A.  As I stated, I supplied a few sentences
24  related to what was going to be in my report.  I
25  could not tell you if that is a verbatim recollection

238

1  of what I provided. It was just a -- yeah.
2      Q. Do you think that your report, which we've
3  marked as Cortez Exhibit 2, is inconsistent in any
4  way with this description of what you're -- the
5  subjects of your expert testimony contained in Cortez
6  Exhibit 4?
7          MR. HARRISON: Objection. Form.
8      A. I'm rereading the sentence. Give me a
9  moment.
10         I believe it does state what's generally
11  in my report as a short summary.
12     Q. (BY MR. STONE) So you don't see any
13  inconsistencies, right?
14         MR. HARRISON: Objection. Form.
15     A. Again, no, I -- it generally describes this
16  section of my reports -- report.
17     Q. (BY MR. STONE) You were also asked a minute
18  ago about whether or not you considered hypotheticals
19  for the purposes of your expert report. Do you
20  recall that?
21     A. I do.
22     Q. Would you consider creating a model to
23  determine how much water you would release to raise
24  the depth of the Rio Grande River at different
25  sections to be hypothetical?

239

1          MR. HARRISON: Objection. Form.
2      A. I guess could you expand on that question or
3  restate it? I'm not --
4      Q. (BY MR. STONE) Yeah.
5      A. -- what -- the existence of something
6  wouldn't be hypothetical, so...
7      Q. If you create -- is modeling a hypothetical?
8      A. It is an estimate. It's not 100 percent
9  accurate. There's going to be uncertainties in any
10  model.
11     Q. So if you created modeling in this case to
12  determine how much water would be needed to raise the
13  depth of the Rio Grande River to whatever height, say
14  three feet, throughout the entire Rio Grande River,
15  if you were to model that, would that just be a
16  hypothetical?
17     A. I don't believe so. It would be based off
18  of some sort of science and engineering judgment.
19     Q. Based on the data that you collect to put
20  into the model to run the model and determine what
21  you would need, right?
22     A. That is correct.
23     Q. Okay.
24         MR. STONE: Pass the witness.
25         MR. HARRISON: Nothing. That's all.

240

1  We'll read and sign.
2          MR. STONE: Thank you. She's muted.
3  Sorry, Vanessa.
4          THE REPORTER: There we go. I think
5  that's all I can think of that I need. Leo, do you
6  need anything?
7          THE VIDEOGRAPHER: No, ma'am.
8          THE REPORTER: All right.
9          THE VIDEOGRAPHER: This concludes the
10  deposition. The time is 4:39 p.m., going off the
11  record.
12         (Discussion off the record.)
13         MR. STONE: We want an ex -- do you want
14  me to go through the whole thing of what we want?
15         THE REPORTER: Yes.
16         MR. STONE: I want a copy -- an
17  electronic copy of the transcript expedited. We
18  would like a rough draft if possible. I think that's
19  it. Am I missing anything, Vanessa?
20         THE REPORTER: I don't think so.
21         MR. STONE: All right. Perfect.
22         THE REPORTER: So I'm just going to get
23  you your final on May 31st. Do you still want a
24  rough?
25         MR. STONE: What's today's date, the

241

1  22nd? So -- you know what, no, no need for the
2  rough.
3          THE REPORTER: Okay.
4          MR. STONE: You can do it on the 31st.
5  That would work awesome.
6          MR. HARRISON: Same for us too.
7          THE REPORTER: Sounds good.
8          (Deposition concluded at 4:40 p.m.)
9
10         -- SIGNATURE REQUIRED --
11
12
13
14
15
16
17
18
19          * * * * *
20
21
22
23
24
25

242

```
 1              CHANGES AND SIGNATURE
 2   WITNESS NAME:  ADRIAN CORTEZ
 3   DATE OF DEPOSITION:  MAY 22, 2024
 4   PAGE      LINE      CHANGE      REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

243

```
 1         I, ADRIAN CORTEZ, have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4
 5         _____
 6              ADRIAN CORTEZ
 6
 7   THE STATE OF _____ )
 8   COUNTY OF _____ )
 9       Before me, _____, on this day
10   personally appeared ADRIAN CORTEZ, known to me (or
11   proved to me under oath or through _____)
12   (description of identity card or other document) to
13   be the person whose name is subscribed to the
14   foregoing instrument and acknowledged to me that he
15   executed the same for the purposes and consideration
16   therein expressed.
17       Given under my hand and seal of office, this
18   _____ day of _____, _____.
19
20
21         _____
22              NOTARY PUBLIC IN AND FOR
22
23              THE STATE OF _____
24   My commission expires: _____
25   _____ No Changes Made _____ Amendment Sheet(s) Attached
```

244

```
 1         IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TEXAS
 2              AUSTIN DIVISION
 3   UNITED STATES OF AMERICA,   )
                                 )
 4        Plaintiff,   )
                       )
 5   VS.              ) CIVIL ACTION
                       )
 6   GREG ABBOTT IN HIS      ) NO.: 1:23-cv-00853-DAE
     CAPACITY AS  GOVERNOR OF   )
 7   THE STATE OF TEXAS, AND   )
     THE STATE OF TEXAS,       )
 8                             )
        Defendants.  )
 9
       REPORTER'S CERTIFICATION OF THE ORAL
10       DEPOSITION OF ADRIAN CORTEZ
            MAY 22, 2024
11
12       I, Vanessa J. Theisen, a Certified Shorthand
13   Reporter in and for the State of Texas, hereby
14   certify to the following:
15       That the witness, ADRIAN CORTEZ, was duly
16   sworn by the officer and that the transcript of the
17   oral deposition is a true record of the testimony
18   given by the witness;
19       That the original deposition was delivered
20   Mr. Brian Harrison to obtain witness's signature.
21       That a copy of this certificate was served
22   on all parties and/or the witness shown herein on
23   May 30, 2024.
24       I further certify that pursuant to FRCP
25   Rule 30(3) that the signature of the deponent:
```

245

```
 1       _XX_ was requested by the deponent or a
 2   party before the completion of the deposition and
 3   that the signature is to be before any notary public
 4   and returned within 30 days from date of receipt of
 5   the transcript.
 6       If returned, the attached Changes and
 7   Signature Page contains any changes and the reasons
 8   therefore:
 9       ____ was not requested by the deponent or
10   a party before the completion of the deposition.
11       I further certify that I am neither
12   counsel for, related to, nor employed by any of the
13   parties or attorneys in the action in which this
14   proceeding was taken, and further that I am not
15   financially or otherwise interested in the outcome of
16   the action.
17       Certified to by me on this, the 30 day
18   of May, 2024.
19
20         _____
       VANESSA J. THEISEN, Texas CSR, RPR
21     Texas Cert No. 3238
       Expiration Date: 10/31/25
22     Integrity Legal Support Solutions
       Firm Registration No. 528
23     9901 Brodie Ln., Ste. 160-400
       Austin, Texas 78748
24     (512) 320-8690
       www.integritylegal.support
25
```

**Numbers**

**100** 107:23,24 173:10,
  16,19 239:8
**100,000** 138:20
**1,014** 210:11
**1,014-mile** 210:21
**1040** 151:23
**1,050** 172:23 174:11
**10:51** 72:15,17
**11:02** 72:17,19
**120** 153:9 165:21
**12:03** 115:7,9
**12th** 127:3
**15-minute** 67:18
**16%** 151:21
**162** 173:11
**16-foot** 234:19
**1882** 213:18
**1899** 85:21 88:5
**1925** 122:8,17 123:9,
  12,19 124:15 125:6,
  8,17,20 126:6,11,
  18,22 127:5,11,13,
  19,24 128:4,8,10,
  14
**1944** 11:4 56:25 57:9
  61:18,22 62:8
  87:12 88:15,17,21
  89:2,6,11,16,21,25
  91:17 92:1 97:4,5,
  9,12,14,16,25 98:4,
  7,22 99:16,19,23
  100:3,7,20,24
  101:24 102:1,6,14
  103:3 105:3 129:25
  130:3,9,18,23
  131:4,12,22 132:1
  134:3,6 193:1,7
  196:7 200:2 226:19
**1975** 206:15 207:21
  208:10,13 210:7
  213:7
**1990s** 104:8
**1:06** 115:9,10
**1:46** 143:6,8
**1:51** 143:8,9
**200** 4:5
**2008** 8:11,12,20

232:2
**2010** 20:13 28:15,18
  64:21 106:15 123:1
  232:1
**2012** 69:11
**2018** 8:9,10,11
**2024** 4:2 25:21 26:23
  87:3,6,24 88:1
  235:21 236:15
**20-plus** 108:13,17
**22nd** 4:2 241:1
**240** 153:6 161:21
**24th** 25:21 87:6 88:1
  235:20
**26-foot** 234:25
**275** 50:16 147:20
**275.5** 7:2 48:11,19
  49:24 50:3,13,19
  57:25 81:22 118:20
  120:22 122:15
  123:9,21 124:16
  145:1 199:2 207:24
  209:6
**28-foot** 235:5
**3,000** 150:23
**30b5Av** 72:22
**30-foot-long** 127:18
**31st** 240:23 241:4
**32,000** 228:6
**32,700** 228:8 230:11
**35.8** 112:22
**35.8-mile** 112:23
  114:15 125:10,23
  126:14,20
**35.8-mile-point**
  113:3
**3500** 152:14,21
  164:20 166:13
  169:11,20,22 171:3
  175:7 176:15
  177:10
**3,500** 150:23
**3500-CFS** 165:15
**3:25** 205:11,13
**3:44** 205:13,14
**3-D** 157:6
**3DEEP** 159:9
**3DEP** 157:6,8 159:9
**3-D-E-P** 159:10
**3rd** 26:23 86:24 87:2,

24,25 236:15
**4.0** 144:4,6 145:4,17
  148:18
**4.1** 148:1,3,7,18
**4.2** 148:9,13,18
**4.3** 148:15,19
**400** 231:9
**4,000** 153:20,23
  154:6,14,23 155:10,
  21 157:1 158:10
**4:39** 240:10
**4:40** 241:8
**5.0** 148:22,23 149:2
  180:3
**5.1** 149:5 180:4
**5.2** 149:8 180:4
**5.3** 149:12 159:21,23
  160:5 180:4
**5.4** 179:14 179:14,20
  180:4
**5.5** 179:23 180:4
**56.2** 174:8
**610** 7:2 48:11,19
  49:24 50:3 51:1
  57:25 118:20
  120:22 122:15
  123:9,21 124:16
  145:1 147:20 199:2
  207:24 209:6
**6th** 157:2
**7.0** 184:25 185:1,5
**7.1** 185:9,13
**7.2** 185:15,18,25
  187:17 189:14
**700** 4:4 124:22
**7,000** 162:9
**78748** 4:8
**7th** 73:15,19 74:10,
  25 75:1,3
**8.0** 189:16,17 190:4
  191:12
**8.1** 190:7,8
**8.2** 190:13,14
**8.3** 190:25 191:1
**8.4** 191:6,7,12
  229:23
**8.5** 191:17,18,23
**8,000** 33:6,7,24,25
**8400** 162:8,12 163:6,
  12 164:1 167:2,16

178:6
**8400-CFS** 167:2 179:9
**8500** 162:6,7
**9901** 4:8
**9:18** 4:6
**9:44** 22:19
**9:45** 22:22

---

**A**

---

**a.m** 4:6 22:19,22
    72:15,17,17,19
**Abbott** 4:4
**ability** 5:16 42:25
    55:16 113:19 136:7
    182:3,24 184:8
    209:21 231:4
**able** 20:24 25:18
    38:12 40:19 50:12,
    18 65:4 69:14 75:8,
    15 110:2 119:6,13,
    18,24 120:4 121:15
    122:4,23 127:17
    128:22 129:3,12
    132:3,15 135:25
    147:22 152:1
    154:10 155:2
    156:13,24 157:16
    158:2 159:2 162:15
    163:5,17 164:3
    167:19 170:4
    176:16 179:2 195:3
    210:15 211:20
    212:5 222:13
    225:19 232:19
**above** 67:2 106:8
    138:10 151:19,25
    156:9 163:11
    172:20 173:13
    174:7 188:6 212:23
    213:11
**absence** 123:6
**absent** 35:22 123:16
**absolutely** 42:21
    73:18 153:10
    236:18
**accepted** 133:5
**accepting** 46:23
**access** 16:19 107:3
    121:4 129:20 132:8,

25 135:22 136:4,12,
16,16,17,20,21
137:2,10,16,21
139:6 141:20
142:24
**accommodate** 204:3,14
**accomplish** 139:1
**accordance** 232:14
**according** 112:22
    232:22
**account** 96:18,21
    232:22 234:3
**accountant** 11:11
**Accounting** 10:18,23,
    25 11:6 19:23,25
    33:18,19 37:9
    101:8,13,14,17
    228:10
**accounts** 101:19
**accurate** 11:6,10
    13:7 14:22,24
    15:11 28:17 46:3
    53:17 57:7 66:5
    81:18 107:21 109:6
    113:17 123:2,5
    129:22 138:11
    156:1 159:3 161:5
    163:1 176:18
    197:19 205:18
    208:17,23 209:3
    210:8 226:25
    237:15 239:9
**accurately** 11:16,19
    17:17 26:10 27:3,
    13 103:14
**acre-feet** 94:23
    138:20 228:7 229:4
    229:4 230:11
**acronym** 11:22 16:25
    159:15,19
**across** 16:13 60:4,10,
    17 116:10,14,18,21,
    24 231:7
**Act** 85:21 88:5,8
**acting** 40:10
**activity** 97:17 98:1
    99:22 100:2 139:20
    140:3 141:1 142:13,
    20 222:7 222:7
    223:1,2

**actual** 14:7 68:3,6
    109:7 111:23
    131:16 165:6
    178:11 196:8
    227:11 229:21
**actually** 9:4 19:8,18
    67:4 77:13 130:18,
    23 135:10 136:19
    147:13 162:15
    163:5 177:5 180:19
    196:12 215:24
    217:1,14 235:15
**add** 136:25 196:13
**added** 12:25 13:19,21
**addition** 165:16
**additional** 13:18,22
    67:19 71:3,18 72:3,
    7 76:18 109:8,13
    110:13 118:11,21
    119:2,9,14,19,25
    120:5,14,24 121:11,
    17 122:3,6,15,24
    123:7,15 128:18,23
    129:5,8,18 136:25
    154:21 155:3,25
    167:13 231:11
**additionally** 6:23
    75:4 197:3,5
**address** 4:7
**addresses** 87:12
**adjust** 99:12
**adjustments** 204:4,14
**administer** 4:11
**Administrative**
    95:19 225:12
**adopted** 88:22
**adoption** 91:17
**Adrian** 4:3 5:8
**advent** 213:17
**advised** 210:18
**aerial** 234:6
**affect** 115:1 232:7,
    11
**after** 4:10 8:18 62:1
    75:24 92:1 105:3
    186:1 188:7,13,22
    230:21
**afternoon** 237:1
**afterwards** 75:21
**again** 15:3 31:3 36:6

38:17 52:18 57:23
58:5 66:8 75:15
78:19 90:16 92:14
95:5 102:5 103:1
112:3 115:13
120:17 122:10
130:6 135:7 138:6
139:8 141:15
155:13,24 162:15
165:2 166:5,9
173:18 175:4
178:10 179:5,7
200:21 208:8,19
211:4 212:5,16
213:2 216:10 218:6
223:13 226:1
227:17 232:9
238:15
**agencies** 19:14 95:10
157:6
**Agency** 11:17,18
12:21 13:8 16:25
17:11,14 33:18
121:23 224:21
**ago** 17:19 24:12
28:14 59:23 75:12
76:4 78:17 145:24
166:14 199:4
207:20 221:17
238:18
**agree** 139:14 144:23
187:14 195:11
210:10 211:22
212:22 213:3,17
217:21 218:22
**agreed** 73:13 74:25
**agreement** 61:5 73:3,
10,10,12 94:8
100:23 131:15
132:5 211:24 224:1
**agreements** 100:15,18
195:20 224:17
**agricultural** 133:18
**agriculture** 63:21
**ahead** 6:15 42:22
43:23 54:15 138:4
149:17 169:24
170:22 177:19
235:16
**air** 122:1

**airboat** 121:22
**airboats** 121:20
**airplane** 233:18
**AirRanger** 121:19
**AirRangers** 121:22
**alarm** 149:1
**Alex** 64:19,20 232:8,
12
**Alexia** 4:16
**alike** 225:16
**alloca** 182:21
**allocate** 135:5
**allocated** 94:23
95:20 104:21 105:6,
17 106:4 134:8,13,
17,19 173:21,22
175:10 177:11
178:7 179:10 182:4,
25 183:15 184:9
193:10
**allocation** 105:11
106:3,4 182:1,22
183:19,21,24 184:2
**allocations** 70:15
204:1,12
**allotment** 130:13
**allotments** 131:1
**allow** 118:12 119:3,
10,15,20 120:1,6,
14 121:12,18 122:7,
16 123:8 129:19
132:7 137:2 141:19
146:7 198:17
200:25 218:8
**allowed** 94:23
**allows** 150:4 193:14
**alone** 130:25
**along** 4:14 16:15
82:17 83:18 91:5
96:16 109:24,25
110:9,11,21,21
111:16,21 113:2
126:13 132:8,25
136:13 137:10
142:14 143:12
158:9 167:20
175:15 205:25
215:4
**aloud** 26:2
**already** 123:19

134:12 157:14,19
158:14 165:20
189:10,12
**also** 4:15 7:4 8:12
11:24 12:20 16:18
20:2,6 31:5,9
33:22 36:18 37:18
51:24 76:13 95:8
99:1 104:16 109:14
110:23 117:13
133:5 138:23 141:5
149:9,13 157:16
159:15 161:14
162:23 165:6 169:1
196:16 198:8 202:3
219:16 231:4
232:25 234:2
236:14 238:17
**altered** 189:22
**although** 34:14
**always** 197:2
**amend** 77:23 196:13
**amended** 26:22
**amendment** 99:10
192:20 194:12,20,
25 195:6
**amendments** 223:23
**America** 4:4 16:14
16:14
**Amistad** 26:6,9 27:8,
10,22 28:1,20,21,
23 29:21 30:8,22
31:6,7,10 32:2,9,
15,19 33:15 34:4,9,
20 35:8,11,16 36:4,
9,13,17,25 37:23
38:2,6,22 39:9,11,
12,18,21 40:5,22
41:8,16,22 42:5
43:25 44:10,13,15,
22 45:1,8,15,19,23
46:6,9,11,24 47:11
50:21 51:15,24
52:25 53:9,19,25
54:19,25 55:3
64:11,24 65:10,18,
19 70:2,13,24 71:7,
25 76:5,14,22 77:8,
12 78:13,22 84:17
87:17 91:16,25

92:6 93:8,12,16,20
103:21,23 106:14
108:5,6 113:21
114:21,24 115:2
124:4 127:3 133:13
138:17 150:6,18
151:15 152:7 154:7,
15,24 155:22
158:11 161:3,8
162:3,11 163:6,7,
12 164:2,4,23
166:13,17 167:10,
16 168:7,25 169:22
169:22 170:5,9,11,
12 171:1,3,4,17
174:14,17,21 175:1
177:10 178:13
180:7 186:21 188:2,
8,14,22 189:2,5
192:12,22 195:17,
22 196:2,5,9,14
197:22 198:4,7,20
200:23 201:12,22
202:1 203:15
205:21 214:5,16
215:2,14,22 216:16,
23 217:16,23 218:3,
8,23 219:7,13,22
220:4,10,19 221:2,
9 222:2,11 223:2,9,
15 225:7 226:24
228:4,5,14 229:5
230:10,12 231:17,
20 232:13,17,19
237:3,4
**amount** 22:13 114:6
128:6 163:2 173:8,
9 223:8,14 225:6
**analysis** 10:19 14:23
67:20 71:3,18 72:3,
7,9 76:19 109:9,13
110:2,14,16 155:3
157:24 158:3,5,6
215:5,8
**analyzed** 14:16
**Andrew** 4:21
**another** 29:7 112:6
154:19 218:16
232:8,12
**answer** 6:6,15 26:13

30:12 38:12,13,14
42:18 43:18 65:5
70:6 71:11 94:14
109:6,9,11 115:19
117:17 119:13,18,
24 120:4 121:16
124:9 129:4,13
132:10,13,15 136:1
138:4 139:17
141:16 142:5,17
152:24 154:11
155:16 170:16
172:14 177:15,19
198:10 210:24
211:20 226:2
**answered** 35:2
**answering** 171:1
**answers** 6:10 9:20
91:23
**Antonio** 4:5
**anybody** 57:18 58:6
59:23
**anymore** 84:7
**anyone** 40:14 58:10
60:9 210:25 211:6
**anything** 58:1,2
59:11 81:14 98:23
118:9 141:8 146:25
166:18 169:18
193:22,23 194:1
210:18 211:7
214:13,19 215:17
219:2 237:16 240:6,
19
**anytime** 37:15 223:4
232:20
**anywhere** 125:22
219:13,21 220:4,10,
19 221:8 222:2,10
**apologies** 7:21 208:9
**apparatuses** 146:15
**apparent** 211:23
**appears** 86:5 184:21
185:13
**application** 91:8
220:24
**applied** 221:6
**applies** 71:14
**apportionment**
170:10

**appropriated** 205:17
**appropriately** 33:21
**approval** 194:14
217:11 220:13,17,
25 221:7 223:10,17,
20,22 224:11,12,20
225:2,4
**approvals** 224:4
225:16
**approve** 215:1 215:1,
13,13,21 216:15
216:15,22 217:8
227:3
**approved** 99:8,13
100:16 224:2
226:19 227:1
**Approximately** 22:6
24:21 112:18,21
113:11 151:18,19,
25 162:6,7,10
163:13 175:7
**Aquarius** 15:22 18:9,
13,14,21,23 69:11
**Aquatic** 15:24,25
16:1,3
**area** 14:7 40:12 48:9
166:8,11 174:19
216:1 217:2 218:3
**areas** 117:7 156:20
**aren't** 61:22
**arguments** 181:22
**Army** 85:16 207:22
224:9
**around** 9:3 113:17
124:22 165:10
167:24 218:10,16
219:7
**Arroyo** 51:19,23
**arroyos** 48:1
**article** 59:2,22 94:6
94:6 97:6 99:11
131:6 193:13,16
196:7,11,13 197:12
**articles** 30:16
**artificial** 21:23
**Aside** 46:4 154:3
182:17 213:8
**ask** 6:2 7:7 22:24
24:14 54:10,13
58:5 71:21 72:25

95:5 133:11 143:3,
21 164:9 179:5,7
192:3 213:8 216:10
221:18 226:16
231:15 233:12
234:17
**asked** 6:6 17:19,22
35:1 52:8 86:19
87:1,5,11,20,23
88:4 121:7 126:5,
10 170:24 181:12
207:20 235:19
236:7,14 237:1
238:17
**asking** 24:15 51:4
96:7 101:1 101:1
122:14 124:12
126:4 138:3 147:19
164:17 208:22
209:1,3
**aspect** 183:5
**assertion** 41:5
**assigned** 231:17,21
**assistance** 21:21
**associated** 174:25
201:13 211:1,7
**associations** 30:4
**assume** 23:15,17
118:19 121:8
165:11 175:20
177:9 182:18
**assuming** 44:19 50:21
93:23 106:6 127:4
153:6 157:23
158:20 165:14
166:17 169:16
177:25 178:1
195:16
**assumption** 122:21
123:25 124:2,3
126:3 155:7 167:6
**assumptions** 23:10,13,
14 168:3 177:20
**attained** 9:10
**attempt** 75:5
**attempting** 225:22
**attend** 88:12
**attending** 73:19
**attorneys** 22:25 23:2,
6,10 24:7

**August** 157:2
**Austin** 4:8 5:21
**authority** 224:23
**authorize** 227:4
**authorized** 103:4
226:17,20
**available** 66:20
68:10 104:1 139:3,
9,11 140:9 147:24
158:21 162:22
184:2 231:3
**average** 66:9,19
68:16 69:7,15
76:11,13 109:22
110:21 113:2,5
152:22 155:1,11
231:6
**avoid** 117:10
**aware** 48:6 50:5
58:10,14 59:23
61:7,9,13 62:17,22
91:24 92:4,10,18,
21,22,23 93:1,8,10,
12 95:21,23,24
96:2,5,9 97:1
111:4 126:18 134:5,
24 143:13 146:17
147:13,19,21,22
149:24 181:20,24
182:12 199:23
210:25 211:6,15
214:9,12,19 215:16
217:7,20 225:21
227:18
**away** 65:11 127:3
**awesome** 241:5

**B**

**bachelor** 8:5,7,19
**bachelor's** 8:2
**back** 22:23 52:3,14
72:19 81:19 104:9
112:8 115:11,15
116:17,24 143:10
171:21 182:15
205:15 216:3,7,9
221:18 226:3 232:2
**back-of-napkin**
110:19

**back-of-the** 110:3
**back-of-the-napkin**
124:9
**Baker** 4:16
**ballpark** 155:4
**bank** 60:4 60:4,10,10,
16,16 97:10 116:11
116:11 117:1 117:1
174:23 201:22
**bank-to** 97:9
**barge** 118:22
**based** 13:17 22:12
32:24 37:21 39:14
41:3 70:17 103:2
125:13 126:16
136:10 138:17
144:9 156:20
163:20 165:22,24
167:9 178:13 183:4
185:18,20 187:22
227:9 239:17,19
**bases** 54:11
**basin** 48:5 103:5,21
104:20,22 105:4
143:22 148:24
207:23 210:9
**basins** 19:14
**basis** 21:8 33:20
67:19 124:1,3
160:8,10 167:19
168:2 170:17 201:4
211:24 212:10
**beat** 43:19 55:25
56:1
**became** 207:5,12
214:1
**becomes** 188:8,14,20,
23 189:5
**before** 5:9,13 6:7
13:23 25:24 26:24
32:11 47:8,10 75:5
86:24,25 87:2,6,24,
25 88:1 94:14
109:17 154:6 157:2
160:15 162:11
164:3 170:15 172:6
175:8 177:14 179:8,
9 195:5 203:8
206:14 212:17
214:15,25 215:12

216:14 228:20
236:12,20
**beginning** 13:5 65:9
**begins** 148:2 179:15
**behalf** 4:13,19
**behind** 230:7
**being** 15:16 34:11
37:16 38:20 62:18
65:11 72:21,22
95:14,22 101:18
106:20 112:2 124:7,
23 133:17,20,23
136:10 147:22
153:25 160:5 166:4
177:5 181:9 182:8,
10 192:2 198:11
199:16 230:21
231:11 233:5,17
235:19 236:14
237:1
**believe** 8:9 9:3
14:21 15:10 17:18
21:13,17 24:19
27:14,18 34:6,14
42:4,23 43:4 46:3
50:7 51:15 53:3,6
54:21 59:16 81:18
83:9 87:7,19 93:1
102:16 104:10
106:11 108:7 110:8,
12 123:24 125:21
127:7,8,10,20
129:22 143:17
145:16 148:5,11,17,
21 149:4,7,11,21
153:19 157:5 160:6,
21,25 162:8 178:22
179:12,17 180:1,22
181:1,6,19 183:2
188:20 190:11
191:4,10,16,21,25
192:1,9 194:4
195:11 202:8,14,24
203:3 205:4 206:13
207:13 222:25
227:23 230:24
232:1 234:12 236:8
238:10 239:17
**believed** 166:14
**below** 28:7 65:19

106:6,7 108:6
113:3 114:15
125:11,23 126:14,
20 156:10 218:15
**beneficial** 31:8
95:25 96:1,11,25
133:7 134:20
144:16,21 169:1
200:24 201:18
**benefit** 225:24
**Berg** 4:17
**Besides** 116:5
**best** 31:12 93:2
97:23 213:24
**Betancourt** 4:7
**Better** 49:8
**between** 7:2 42:11
50:20 64:24 77:4
100:19 112:19
113:9 130:13
144:25 147:20
171:24 173:14
192:12,22 198:20
202:3 205:1,21
210:12,22 211:9,16
214:5,16 215:2,14,
22 216:16,23
217:16,23 218:3
219:13,21 220:4,10,
19 221:1,9 222:2,
11 223:2,23
**Beyond** 20:10 37:25
82:4 105:12 121:3
216:19
**binational** 19:22
**bit** 9:20 27:20 28:14
111:9
**blogger** 58:15 59:4
**boat** 122:5,8,17
123:12,19 124:15
125:6,9,13,16,17,
21 126:6,11,22,24
127:5,7,9,11,13,18,
19 128:4,8 141:11
200:15 234:11
234:11,23,25 235:3,
6,8
**boating** 125:7
**boats** 126:18 127:17,
24 128:10,15

199:12,14,20 200:1
201:7,8 232:24
233:6,17 234:18
235:11
**border** 206:5 225:23
**both** 11:5 12:8 19:20
32:17 39:15 40:9
42:24 46:9 78:4
102:18 153:15,24,
25 161:17 164:16
176:12 208:11,15
**bottom** 67:24 103:1
129:14
**Boundary** 6:21 11:2
82:10 84:25 103:10
105:25 206:20,21
207:5,6,10,13,16
216:20
**brand** 127:12
**break** 6:1,5,7 72:12,
14 115:5 143:4
205:8
**breaks** 5:25
**Brian** 4:19,20
**Brief** 22:21
**briefly** 46:19
**Brodie** 4:8
**broken** 157:11
**Brownsville** 219:17
**Bryant** 4:16
**Buey** 51:23
**built** 107:13 226:21,
23
**bulk** 138:18
**bullet** 17:14
**bunch** 83:11
**bungled** 130:6
**Buoy** 83:20 85:12
**buoys** 82:2,7,9 83:5,
6,12,13,17,25 84:1
84:1,21 85:9,11,17
163:15,18 164:24
165:10
**business** 4:7 94:24
135:1 140:7,8,10
197:1 197:1
**busy** 24:20

|   |
|---|
| C |

cable 116:10,11,13,
    14,18,23 117:4,12
cables 117:10
cableway 116:8 118:3
    136:15
cableways 116:7,25
    117:14 118:6
    136:12,19
calculating 113:14
calculation 178:12,
    25
calculations 153:13
    158:24
calculator 113:18
    114:14 153:9,12,18
calendar 87:7
calibration 15:8
    67:22
calibrations 12:17
call 28:9 170:4
called 18:10 49:2
    84:1 127:19 157:6
    207:7,9
calling 70:18
Calls 40:24 44:4
    53:11 54:8 177:17
can 6:2,11 7:6,7,17,
    22,24 10:16,19
    12:2,11 14:2,11
    16:22 19:16,17
    22:16 28:9 29:12,
    16 30:12 33:21
    37:12,17 38:13
    40:2,14 41:2 42:21
    43:21 48:24 49:19
    50:14 51:7 52:1
    54:13 59:2,22
    71:23 75:21,24
    105:22 107:13
    108:12 109:11
    116:12 117:5
    121:10 123:19
    125:9 126:2 127:16
    128:3 137:21 138:5
    143:4,5 146:14
    149:18 151:7,9,13
    153:9 159:14 162:1
    166:9 168:24 174:6
    175:16 176:3 179:4
    186:3,12,23 198:16

209:12 223:12,13
    224:3 225:15
    225:15 229:25
    230:3 231:1 235:15
    236:16 240:5 241:4
canal 107:14 112:9
    113:9,16,20,24
    114:9,11 124:24
    136:8 230:19,21
    231:2
cannot 68:2 217:4
    230:7 236:10
canoe 197:1
can't 13:24 60:8
    74:18 74:18 179:1
    180:12 209:2 212:7
    214:8 216:18 218:6
    219:2 220:22 221:4
    223:6,25
capabilities 44:1
    45:4,12 124:4
capability 19:15
    29:7
capable 38:25
capacity 113:15
    114:9,11 128:7
    150:17 152:14,21
    153:5 154:24
    160:23 161:7 162:5
    175:7 222:19,22
    229:3 231:2,18,22
capture 174:22
    197:21 198:3
    200:22
captured 186:15
capturing 189:3
car 116:11,13,16,22
careful 49:8
carefully 216:11
cargo 102:3,8 119:4
cartel 222:7 223:1
cartels 225:21
case 5:10,12 10:5,17
    16:5 17:4 18:20
    20:16 21:8,12,16
    23:1,4,8,12 27:15
    29:20 30:7 35:10
    41:12,21 42:5
    46:11 47:11,14
    50:2,6 52:4,5,11

53:10 54:12 56:17
    59:19 60:22,24
    66:2 68:24 69:2,19
    80:22 81:9,16 83:3,
    7,15 90:19,24 91:4
    95:18 112:9 159:1
    169:2,6 180:21
    183:9,18 191:23
    206:16 227:20
    229:19 239:11
catch-all 133:6
category 61:21 79:6
cause 14:11 182:2,23
caused 108:13 109:5
cease 104:12
cell 148:25
certain 11:4 13:9
    29:6 31:2 121:5
    142:19,20 167:8
    183:15 183:15
certainly 13:23
    197:13
certification 11:18
    12:3 13:8
chains 225:22
chance 51:8
change 61:6 99:12
    129:16,23,23 130:2,
    8,22,23 131:21,25
    135:8 136:23
    146:24 152:17
    153:20 162:21
    168:1 182:1,21
    183:19 204:2,12
    212:13 223:14
    225:9 227:10,19
changed 94:5 132:7
    189:6 212:1
changes 139:4 180:17
    212:20 223:8
    224:23 225:6
changing 66:4 131:4,
    12 183:9 184:2
    204:22
channel 67:24 106:18
    115:17 129:18
    137:1,4 205:20,22
charge 33:21
charged 201:15
chat 7:11 206:8

check 22:15
choose 74:19
Circuit 181:21
cite 58:20 216:5
cited 48:23
city 214:6,16 215:22
    216:23 217:16,24
    218:4 219:14,22
    220:4,11,19 221:2,
    9 222:2,11 223:3
    230:20
Civil 8:6,8,18 9:2
clarification 7:7
    144:3 207:19
    216:11
clarifies 228:21
clarify 18:24 22:1
    42:20 48:12 66:24
    96:8 122:25 152:24
    203:8
clarifying 164:6,9,
    17 182:6
clear 180:18 206:6
clearing 205:23
clearly 25:19 75:13
climate 104:14
climb 116:17
close 51:7 67:6,8,14
    68:7,9 78:6 217:10
closer 231:11
closest 65:10
cocounsel 4:14
Code 95:19 225:12
coincided 196:17
colleagues 4:20
collect 33:23 67:18,
    22 82:12,15,16
    156:8,18,21,25
    157:11,20 239:19
collected 12:7,14
    17:6 68:20 82:20
    157:14 158:15
    186:16
collecting 18:7 80:9
collection 12:10
    16:9,10,16,20 17:3,
    16 18:5,11 19:7
    156:6 233:7,22
collectively 158:2
Colorado 208:15

212:1
combined 103:22
come 14:23 15:1 48:1,
    7 51:16 52:3 61:5
    64:23 94:8 100:23
    127:25 211:13,14
comes 10:11,13 20:11
    39:17 51:23 74:4
    96:16 186:5
coming 18:12 19:16
    103:23 113:20
    132:5 167:9,10
    189:3 208:9
commerce 63:3,16,19
    64:1,3 139:15
    181:13,17 182:9
    183:5,7,14
commercial 61:9
    62:11,14,18,23
    97:17,21 118:22
    135:1 139:20 140:3
    141:1 201:3,6
    213:19,25 215:23,
    25 216:24 217:1,15,
    23 218:3,9,13,24
    219:20,23 220:3,6,
    9,12,18,25 221:7,
    14,21 222:1,9
    225:22
commercials 61:15
commingled 105:22
Commission 6:19,21
    10:1 11:2 15:21,22
    29:14 31:18,22
    32:7 35:15 37:7
    39:9 40:4,21 41:7
    66:23 79:22 85:13
    87:14 90:5,8,15,20
    94:8 99:1,4,8,11,
    13,15,22 100:6,13,
    15 102:15,16
    120:18 122:11
    133:8 134:21
    138:16 146:12
    157:15 199:12,24
    200:1 206:20,22
    207:1,4,5,6,10,12,
    13,15,16,16 224:2,
    24,25
Commission's 28:12

80:4,17,22 81:9
    106:9 201:8
common 117:17
commonly 107:13
    156:8
communications
    22:25
company 15:24
compare 64:17
compared 189:7
complete 8:24 9:1,4
    13:10 21:6
completed 8:25
completely 162:21
    173:6,25 174:7
    212:1
completeness 77:23
compliance 216:19
compliant 197:10
complicated 84:3
    85:1
comply 39:6 198:8
complying 73:25
    215:7
composite 12:11
computation 12:12
computer 142:12
    156:12 162:16
    178:25
concept 63:19 183:3
concerning 211:25
concerns 142:20
conclude 109:23
concluded 241:8
concludes 240:9
conclusion 40:25
    44:5 53:12 54:9
    192:25
conditions 15:12
    20:9 28:15 104:5,
    11 106:18 122:19
    123:4,7,17 124:13
    142:22 151:8,9,12,
    13 154:8,18 166:5
    167:20 210:1,4
    211:24
conduct 138:23 140:9
    219:20 220:2,9,17,
    25 221:7 222:9
    233:1

conducted 67:20
  137:14 229:13
  230:12 233:6,17,18
conducting 140:3
  199:15 215:5
conduction 122:12
confer 75:21
confines 46:21
confirm 112:21
conflicted 194:17
confused 85:7
Congress 210:18
  224:16,18
conjecture 194:9
connect 128:20,25
consent 223:10,16
  224:8,16,20 225:2,
  5,16
consents 224:4
conservation 28:8,19,
  23 29:21 30:8,22
  31:10 32:2,8 33:16
  34:4,10 35:8,9,12,
  17 37:24 38:7,23
  40:6,22 41:16,22
  106:7,8 151:14
  172:13 173:13,20
  231:18,21
consider 44:6 97:9,
  16,25 98:7 187:1
  216:4 222:9 237:6,
  9 238:22
consideration 117:9
  122:22 141:9
  195:19
considerations
  135:19 206:4
considered 21:11
  23:3,7,11 62:7
  64:16 97:3 98:16
  103:4 115:17 134:1
  147:12 238:18
consistent 74:5
  93:24 192:18 193:7
consortium 157:5
constant 162:12
  164:23
constitutes 99:23
  100:2
construct 43:7 44:16

146:14 227:15
constructed 92:3
  103:9 104:17
  129:17 135:9,11,12,
  15 136:24 147:9
  150:9 161:16 196:5
  227:21
construction 84:10
  104:19 160:22
  161:11 186:21
  188:2,8,14,22
  189:2 203:15
  226:20 227:1,3,12
consultation 102:18
consulted 224:18
consulting 4:16
  72:21 74:3
consumptive 202:3
  205:2
contain 21:6,10,14
  148:16 149:3,6,9,
  13 179:16,24 190:8
contained 143:24
  144:7 145:4,18
  148:3,10,19 159:25
  179:20 180:24
  184:17 185:10,14
  189:18 190:13
  191:1,7,18 236:23
  238:5
containers 121:9
contemplated 91:9
  227:15
contemplates 168:24
contemplating
  138:25
contents 128:20,25
  129:9
context 42:16 192:12
  213:6
continual 39:13
continue 163:5
continuing 106:25
continuous 69:12
contributing 115:4
  232:18
control 30:1 107:12,
  15,17 112:7 116:21
  194:18 196:17
  198:8

controlled 121:25
controlling 189:6
controls 85:8
conversation 75:24
conversations 24:15
  60:21
convert 114:14
convey 28:12 32:6
  175:19 176:4
conveyance 107:14
  144:14 175:1
  201:13,14
conveyed 160:13
  192:2 230:21
Cool 168:17
cooperate 175:21
cooperating 102:15
copy 7:25 20:20
  102:23 115:14
  143:20 208:5
  240:16,17
Corps 85:16 207:22
  224:9
correct 6:22 8:4,15
  10:8,23,24 11:20
  44:18 49:4 76:9
  82:13 87:25 99:5
  106:16,22 107:8
  110:11,22 111:6
  112:14,17 123:5
  130:1 132:23 137:2
  144:5 145:2 146:1
  148:21 151:16
  152:8,9,12 153:24
  163:1,10 171:15
  172:21 179:18
  183:17 186:10,14
  187:13 190:1
  193:21 196:11
  204:8 218:7 219:11
  226:22 230:12
  239:22
correctly 26:3 53:1,
  5,6 87:18 103:5,11
  107:7 129:21 229:9
  230:23
Cortez 4:3,22 5:5,8,
  9 7:13,15,20,23
  11:14 17:13 20:20,
  22 23:18 25:14,16

26:4,17,18 27:4,6
39:16 49:10,12
50:9,18,25 52:20
77:10,11 81:20
85:25 86:15 87:10
103:1 107:1 115:13
117:25 118:10
143:20 148:25
151:5 159:24
179:15 184:16
193:24 206:9,10
208:4 226:4 235:19
237:22 238:3,5
costs 219:3
cotton 63:21
Could 5:7 17:10
32:12,13 38:16,17
42:17 43:18 48:12,
13,20 54:7,16 57:1
59:10,12,12 61:5,
16 62:10 64:9
65:22 66:2,4,13
68:23 69:18 70:6
72:12 76:17 86:7,
10,23 87:15 90:25
91:4 94:1,8 98:3,
18,23 100:7 101:9
105:8 107:21 109:9,
23 114:18 114:18
115:19 117:11,17
122:20 124:7,15
125:21 127:5,8,13,
15,18,23 129:19
132:14 135:2,19
137:1,6 138:19,20,
22 139:1,18,20
140:4,12 141:1,19,
24 147:12 150:18
151:11 152:6,17
153:22,23 154:5
155:9,10,18,18,20
156:23 158:4 161:7,
17,19 163:3,24
165:7 168:17 170:1
173:5 175:8 177:21
178:6,19 179:5,8
180:17 181:13
183:10 192:10
195:14 197:12
199:5 200:25

204:10 209:24
210:8 216:3 216:3
220:1 231:5 232:25
233:13,16 234:11
235:22 237:25
239:2
couldn't 13:3 58:18
61:20 62:15 67:11,
13 88:24 91:20
98:11,14 100:25
104:14 110:18
111:17 118:9,25
121:3 123:14
127:15 130:15
132:10 139:17
142:17 155:13
157:17,18 158:15
170:5 172:14
176:14 178:17
201:5 210:15,24
211:4 212:19
213:22 214:3,23
218:1 220:8,15
221:23 224:7 226:1
Counsel 54:10
count 57:1 65:7
161:5
counter 168:7,20
169:12
countries 11:6 28:9
32:17 39:15 130:14
173:12,14
country 33:20 106:10
124:6 173:5 176:3
197:6 201:15
country's 131:17
couple 21:2 24:23,25
25:2 104:8 164:3
236:7
course 5:24 6:10,13,
18,23 51:4 167:22
232:18
court 4:11 6:11 7:11
16:21 20:19 74:2
courtroom 5:21
cover 35:13 47:4
covered 46:19 51:15
covering 77:6
craft 234:25 235:6
create 239:7

created 239:11
creating 219:6
238:22
creation 192:17
193:6 218:15,23
229:22 236:9
creek 20:11 51:18,19,
19,19
creeks 48:1
crest 152:3
criminal 142:13,20
criteria 20:3 28:4
185:23 232:14
critical 37:16 37:16
43:2
crossing 98:8 100:8
116:25 147:6
225:23
crossings 97:10
cross-section 14:6
67:23 68:23 69:16
82:20 106:20
108:19 141:5,6
165:7 166:10
cross-sectional
82:13,16
cross-sections
155:14
cruise 119:21 120:2
cubic 33:13 114:13
152:25 153:7
curious 111:10
160:16
current 46:1 65:20,
23 66:18 67:24
76:9 84:10 86:3
87:13 90:3,14,19
93:24 94:3 103:8,
18,20 106:17
150:15 152:6 154:8,
18 167:20 172:16
175:9 178:13
194:17 195:21
197:11 200:17
204:1,11 214:14
217:15 222:6
currently 5:15 9:22
16:13 82:8 103:22
114:16 123:3,6
126:23 132:11

133:12,13,14,17,20,
23 134:7 146:9
160:19 163:15
172:19 183:15
194:11 202:1
220:17,24 227:14
236:25
**curve** 15:9
**curves** 12:16 12:16
**cutting** 131:9

---

**D**

---

**Dago** 51:20
**daily** 80:8
**Dam** 26:6 26:6,9 27:8
27:8,11,23 28:1,3,
11,20,21,23 29:1,3,
4,9,12,21 30:8,22
31:11 32:2,9,15
33:15 34:4,10,20
35:8,12,17 36:4,9,
13,17,25 37:16,21,
23 38:2,6,22,25
39:9,11,12,14,18,
21,25 40:5,22 41:8,
16,22 42:2,3,5,13,
24,25 43:3,6,7,13,
25,25 44:10 44:10,
13,15,19,22,24
45:1,5,6,8,8,15,20,
23 46:10,11,16
47:3,5,11,15 50:20
51:15 52:25 53:9,
19 54:1,19,25 55:4
64:11,25,25 65:10,
19 70:2,13,24 71:7,
25 76:5,14,22 77:9,
12 78:13,22 84:10,
11,17,17 87:17
87:17 91:16,25
92:3,6,11,16,24
93:3,8,12,16,20
95:14 103:23
106:14 108:5,6
111:4,7,11,15,20,
23,24 112:2,5,6,12
113:3,13,21 114:6,
7,16,21,24 115:17
118:5 123:16 124:4

125:11,23 126:15,
21 127:3 133:13
136:3,6,9 138:9
139:12 150:3,7,18
152:7,25 155:22
158:11 160:11
161:3,8,10,11,15
162:3 163:13 164:2,
23 166:13 167:16
168:7 169:22 171:3
173:6,25 177:10
180:7 186:21 188:3,
8,14,22 196:2,9,14
197:3,22 198:4,7,
13 200:23 201:12
203:16,17,18 214:5
215:2,14,22 216:16,
23 217:16,23 218:3,
8,15,17,23 219:13,
22 220:4,11,19
221:2,9 222:2,11
223:3,9,15 225:7
226:16,24,24 227:2,
4,5,12,15,20 228:4,
5,7,14,23 229:1,5
230:7 231:17,21
237:3
**dams** 30:17 40:9
44:25 45:3,7 46:6
94:2 101:15 107:3
109:15 110:24
111:1 115:21 116:5
118:5 139:9 145:6
175:25 176:2
192:12 205:2,21
218:10 219:8
226:20,23 228:1
**Dam's** 45:15
**data** 10:19 12:7,10,
14,18 14:21 15:10,
16,20 16:6,9,10,16,
20 17:3,5,8,9,15,
15,16,16,19 18:1,4,
7,9,11,12,21 19:6
21:10 23:6,9 33:23
37:8 66:6,14,22
67:18,23 68:2,19
69:14 80:9 82:13,
15,17 113:6 151:24
155:25 156:3,6,6,9,

12,18,22,25 157:4,
11,13,17,19,22,24
158:1,15,16,18
159:2 167:13,19
173:4 178:11
185:21 186:15
187:22 214:24
215:11,24 216:13,
25 233:7 237:12
239:19
**database** 18:14 69:13
**date** 4:1 64:22 224:5
225:17 240:25
**dated** 25:21 26:23
**David** 4:15
**day** 18:7 107:22
177:6 199:13
209:20
**days** 24:25 138:21
151:24
**day-to-day** 64:16
**dead** 212:2 230:1,5,6,
9
**deal** 212:3
**decades** 195:14
**decide** 75:21
**decision** 26:5 27:7,
22,25 28:22 29:20
30:7,9,21 32:1,10,
15,24 33:14 34:3,9,
11,16,20 35:7,11,
16,21 36:8 184:6
206:3
**decision-making**
29:10
**decisions** 29:23,24
32:5,20 35:6 41:3
211:4
**decline** 163:8 164:1
213:18
**declines** 163:4
**decodes** 18:13
**decrease** 117:13
**decreases** 141:6
**decreasing** 103:24
**deep** 110:7 125:5
126:12 127:4
156:11 165:8,9,11
**Define** 23:13 88:17,
20 98:18,22 120:9

216:3 230:1 233:3
**defined** 99:15,18
**definition** 57:8 89:1,
6,10,15,20 97:13,
14,20 102:7,10
133:25 187:5
211:19
**degree** 8:5,8,13,19
9:2,10
**Del** 203:18
**delay** 142:11 208:9
**Deliberative** 38:9
38:9 41:5
**delta** 165:20,23
**demand** 177:2 215:25
217:1,15,22 218:2
**demands** 39:17
**demark** 82:10
**dense** 159:2
**depend** 109:18 117:3,
6 166:9 213:2
**dependent** 106:19
108:19 113:20
114:24 136:22
138:6 162:19
184:11 205:2
231:14
**depending** 79:2
117:10 118:13,16
139:11 166:10
177:5 234:5
**depends** 12:5 28:2
63:18 67:9 70:22
82:21 116:19
120:17 122:10,19
123:16 132:4
133:25 137:18
139:3,8,10 142:22
150:25 215:9 234:1
**depicted** 151:10
**deploy** 125:3
**deployed** 16:13 18:8
126:25
**deployment** 79:14
**deploys** 79:22
**deposition** 4:2 5:12,
25 6:10,14,18,24
7:5 51:5 72:24
73:7,23,24 74:1,7,
8,11,13,15,18

83:11 240:10 241:8
**depositions** 7:16
75:22
**depth** 65:20,24 66:3,
9,16,18 67:3,4,20
68:3,6,9,16,23
69:8 70:3,9,13,25
71:7 72:1 108:12,
16 109:22 110:10,
15 111:14,19 112:1
114:6 122:1 125:16
126:5,11 137:7
140:5,12,16,18,20,
23 141:1 152:23
155:20 158:7
163:14 164:1,24
166:9 167:15
228:11 232:10
234:1 238:24
239:13
**depths** 53:16 69:15,
17 106:20 159:4
198:22
**describe** 11:10 12:2
40:2 63:2,15
149:22 158:1
196:20
**described** 30:16
43:13 86:21 87:2,6
120:19 124:8 208:2
233:16
**describes** 238:15
**describing** 186:20
**description** 11:12
63:5 125:13,15,20
238:4
**descriptor** 190:17
**design** 42:24 44:9
121:24 161:10
**designation** 26:1,23
27:17
**designed** 112:8
**desired** 42:11
**desires** 141:24
**destination** 118:14,
17
**detail** 111:9
**details** 34:20 59:13
75:10 198:22
**determination** 15:2,

15 33:9 61:20
62:10 68:19 69:17,
18 76:21 95:19
98:3,5,11,15
100:11 101:7
102:13,17 104:14
110:1 176:19
182:10,13 184:1
187:24,25
**determinations** 11:9
30:5 38:19 99:7
225:1
**determine** 19:24 32:1
38:19 40:3 65:23
68:3,9,13,15 69:5,
7 100:7 156:7,14
158:7 238:23
239:12,20
**determined** 66:2
98:25 99:1,4,5,22
100:1,16 133:7
134:20
**determines** 98:4
104:1
**determining** 85:2
**development** 183:6
**device** 107:12,17
**devices** 116:21
**Devils** 51:16
**dictates** 232:14
**dictionaries** 88:20
**Diego** 51:20
**difference** 42:11
**different** 14:18
29:13 40:12 42:6
64:5 84:19 91:22
94:8 107:18 127:16,
24 151:25 152:18
175:14 226:6,8,10
232:3 238:24
**differently** 71:22
209:5 233:12
**difficult** 7:6
**difficulties** 234:5
**digital** 82:25 83:1
156:13
**directly** 51:17
130:14
**disadvantage** 75:14
**disagree** 211:1

discharge 12:12
discharged 230:21
disclaimed 181:21
disclose 73:11,14
  75:6
disconnected 105:5
discretion 131:14
discuss 78:18
discussed 125:1
  235:11
discussing 111:3
  123:24 198:21
  233:11
discussion 171:22
  219:5 240:12
dish 18:5
disposition 158:16
disputes 222:18
distance 113:8
  117:12 156:7
distinguished
  171:24
distributed 64:4
District 54:12
diversion 107:3
  109:14 109:14,17
  110:23 111:1 112:5,
  6 113:9 114:16
  115:17,21 118:4
  125:11,24 126:15,
  21 136:3,8 138:9
  201:10,16
diversions 52:2,3
divert 112:8 113:16,
  23 231:1,3
diverted 101:18
  112:2,19 113:12
  124:23
diverting 200:14
  201:11
diverts 112:12
Division 10:18,23,25
  11:1 80:10
division's 11:8
  82:14
Dmitri 5:8
document 25:18,21,24
  26:24 34:19,21,22
  38:20 40:17 41:1,6
  42:17 48:24 49:17,

25 50:12,19 51:7
52:14,19,22 56:21
62:4 117:24 206:12,
14 208:1 226:7
236:9,17
Documents 23:19,22,
  24 24:2,3 35:5
  38:2,4,11 39:1
  41:11 48:23
does 10:15 13:22
  21:6,10,14 39:23,
  24,25 40:1 44:7
  47:4 56:22,24
  67:22 88:17,19
  97:9,12,14,16,20,
  25 98:7,17 101:24
  102:1,7,10 120:18
  125:5,15,19 133:4,
  9 142:8,19 146:2,
  21 148:15 149:2,5,
  9,13 162:25 179:15,
  24 190:8 201:4
  205:20 220:16,23
  223:18 225:13
  227:7,8 238:10
doesn't 39:22 74:6
  96:2,6 98:22
  148:22 229:2
doing 22:10 62:16
  90:8 123:23 141:10
  153:12 154:11
  155:2 165:5 206:5
  215:9
domestic 30:4 130:16
  131:16 133:15
  224:13,22 225:13
done 32:14 33:25
  61:14 107:13
  138:18 192:10
  214:5
door 22:16
double 229:11
down 9:20 14:11
  16:14 19:9 28:7
  34:10 37:24 43:17
  50:22 51:24 57:11
  61:11 62:19 64:5
  74:9 118:22 119:4,
  10,16,21 120:2,7,
  15 121:1,13,19

122:8,17 123:8
133:14 140:3 145:9
162:16 165:8 165:8
178:3 188:9 197:7
201:23 232:5
downstream 26:9
  27:10 37:11,13
  51:18,24 52:17,25
  53:8,19,25 55:1,3
  64:11 65:18 76:5,
  14,21 77:8,12
  78:13,22 105:2
  112:16 126:23
  136:9 144:18,20
  150:5 169:2 198:9,
  15 200:24 201:18
  203:17 232:17
  237:4
dozen 13:3,18,21
  65:5
draft 234:22 235:3,8,
  10 236:5 240:18
drafts 22:8
drag 49:6 122:1
drained 163:6
draining 170:25
drastic 177:25
drastically 189:22,
  25 190:3
dredge 137:15,23
dredging 137:7 214:4,
  10,15 215:1,13,21
  216:15,22 217:8,12
driest 187:19
drinking 94:25
  143:17
drone 233:18 234:12
drones 233:2
drop 7:10 49:6
  104:20 138:10
drops 162:24 163:4,9
drought 10:12 103:25
  104:7,11 123:3
drought-like 104:5
drown 108:12,17
  109:4,19,24 110:8,
  20 111:15
drowned 107:5
drugs 5:16 98:8
  100:8

**dry** 178:1
**drying** 103:21
**due** 15:11 105:5
    142:20 174:23
    188:2 198:12 210:9
    229:6,7,10
**duly** 5:2
**during** 5:24 6:10,13,
    18,23 7:5 28:23
    32:2,8 33:25 35:8,
    9,12 51:4 64:18
    138:24 151:8,9,11,
    13 181:21 231:8
**duties** 9:25 44:8
    45:13,23 46:1,4
    60:19 80:8,13,16
    82:14 90:8 96:17
    99:21 100:5 122:13
    205:24 207:3,14
    214:12 217:5
    222:17 224:14,25

---

**E**

**each** 27:20 33:20
    67:14 68:4 82:2
    98:4 109:18 131:17
    133:10 144:5
    202:17,18
**Eagle** 53:15 64:15
    77:2,14,25 78:4,5,
    7,14 159:6 163:14,
    18,25 164:24 166:6,
    16,22 167:3,15
    186:2,9,16,23
    189:7 198:20
    212:23 213:11
    218:14 230:20
**earlier** 41:4,6
    106:13 121:6 170:8
    171:2 181:11
    182:12,19 203:4
    221:13,16 228:13
**ease** 7:15
**easier** 102:23 107:6
**economic** 225:23
**education** 89:19
**effect** 107:4 237:3
**effective** 169:20
**effects** 108:17 109:4,

24 110:8,20 111:15,
    20
**efficiencies** 161:21
**efficiently** 31:13
    197:8
**eight** 165:9 166:8
**either** 102:14 107:13
    124:6 153:6 173:5
    176:3 197:6 218:10
**elaborate** 117:5
**electric** 133:20
**electronic** 240:17
**elevation** 29:6,8
    68:22 84:9 138:10
    156:14 157:7,9
    158:13,18 162:24
    174:2
**elevations** 29:13
    77:5 158:25 175:14
**Elm** 51:19
**else** 59:24 81:15
    193:22 237:17
**elsewhere** 11:23
**emergency** 35:19,22
**employed** 9:11,23
    92:19,23 93:11
    222:21
**employee** 222:20,23
**employees** 60:15
    116:12 125:3
**employs** 15:22
**empty** 163:7 170:5
**emptying** 170:8
**enabling** 219:6
**end** 37:21 140:23
**ending** 46:20
**energy** 33:1 161:15
**engage** 9:12
**engaged** 218:9
**engin** 155:15
**engineer** 9:9,11,23
**engineering** 8:6,8,14,
    17,23 9:2,5,7,10,
    13 10:1,4 155:16
    215:10 227:9
    239:18
**engineering-level**
    234:15
**Engineers** 85:16
    207:23 224:9

**enhancement** 192:11
**enough** 108:9,12
    124:12 152:2 159:2
    177:2 228:9
**entire** 48:9 53:20
    57:18,21 58:6,11
    59:4,24 110:6,11
    123:8,20 124:16
    125:9 126:13
    155:24 157:10
    205:25 219:16
    239:14
**entirely** 70:17
    136:21 184:11
**entities** 16:18
**entitled** 74:23,24
    75:2 202:10
**entity** 206:23,25
    220:16,23 221:6
**environmental** 8:14,
    17,23 9:5 16:20
    31:23 37:7 214:24
    215:6
**equal** 231:12
**equations** 15:1,14
**equipment** 79:22,23
    116:20 122:12
    127:21
**erected** 142:9
**Escondido** 51:21
**essentially** 198:14
**estimate** 68:23
    158:25 213:24
    214:3 239:8
**evacuate** 106:9
    175:16 230:7
**evacuated** 31:3
**evacuation** 28:5
**evaporation** 174:13,
    16,20,24
**even** 33:4 70:9 75:11
    85:6 110:19 152:13
    154:13 157:19
    174:22 177:1 199:4,
    6 212:17 219:5
    228:9 232:2
**event** 154:20
**eventual** 213:18
**ever** 5:9,12 34:18,19,
    25 35:6 39:10

57:17 91:25 92:6,
11 93:3,12,15
95:22 101:21
131:21 195:5
207:21 208:25
210:18 211:7 219:4
**every** 5:25 6:1 18:6
66:6 82:18 104:19
126:19 199:13
209:14,20,20
**everything** 10:16
189:21
**evident** 186:3,11
**exact** 13:4,24 42:16
57:1 62:5 67:7
82:21 106:19
118:25 119:6,13
122:19 166:9
170:23 198:22
**exactly** 48:21 67:3,
11,13 155:18 165:5
**example** 14:15 31:6
138:17,19 199:11
**examples** 138:2
**exceed** 231:17,21
**Except** 35:19 125:10,
22 126:14,20
149:22 178:5
189:21 190:16
229:3
**executed** 184:12
**Exhibit** 7:11,13,15,
23 11:14 17:13
20:20,22 22:4
23:18 25:14,16
26:17,18 48:20
49:10,12 50:8,9,18,
25 52:20 77:10,11
79:5 81:14,20,20
83:5,18 84:22
85:25 87:10 87:10
102:22 103:1 107:1
107:1 115:13,16
117:25 118:11
129:16 143:20
148:2,25 151:5
151:5 159:24
179:15 184:16
193:24 206:10
208:4,6,8 226:4

235:20,22 236:3,6,
15,16,20,23,24
237:22 238:3,6
**exhibits** 20:18 21:14
**exist** 96:2,6 104:12
124:13 157:18
158:14
**existed** 104:6
**existence** 239:5
**existing** 70:15 157:4,
15 158:14 219:12
**exists** 35:4
**expand** 132:25 135:22
136:3,12 137:10,16,
21 183:10 239:2
**expanded** 129:19
132:7 137:2 139:5
141:20
**expansion** 12:21
**expect** 37:21 57:16
**expectation** 136:1
**expected** 26:4 27:4,6
36:7 39:14 180:10,
15 236:8
**expedited** 240:17
**expensive** 218:25
**experience** 33:17
89:9 103:2 209:18
**experienced** 64:18
**experiences** 156:20
**expert** 11:22,25 16:4
17:15 18:1,15,19,
20 20:15,21 21:24
23:16,19,25 24:4
26:1,22 27:16,21
29:19 30:6 36:3,5,
12,21,24 39:5
41:12 42:13 43:12
44:1,3,16,19,24
45:7,11,14,19,25
46:22,25 47:4,11,
13,14 52:8,10,24
53:7 54:6,23,24
55:2,9,20 56:2,6,
12,16 58:20,22,24
72:9 73:21 74:3
76:23 78:21 79:10,
14,17,25 80:4,16,
21 81:4,8,15 83:2
85:23 86:4,20 88:5,

7 89:24 90:3,10,13,
18,24 91:3,12
107:1 108:8,11
112:11 115:14,20
125:7 128:10,13
134:2 143:20,25
145:18 148:1,9,13,
15 149:2,5 151:4
159:23 179:14,19,
20,24 180:5,9,19,
20,24 181:4,8
184:18 185:4,5,8,
10,15 188:12
189:14,17 191:1,2,
8,14,22 192:5,14
202:6,10,11,12,20
203:9,23 204:22
205:9 217:11
226:12 229:18
235:11 236:25
238:5,19
**expertise** 40:2,19
46:5 54:17 227:9
**experts** 4:17 72:21
73:11,14 75:5,8,15
**explain** 83:12 233:21
**explained** 124:24
200:13
**express** 21:7,12,16
192:15 202:6,18
**expressed** 23:4,7,12
148:6 180:5 181:9
183:4 185:5 190:4
**expressing** 148:12
185:25 202:12
203:9,20
**expressly** 181:20
193:2
**extended** 141:19
**extending** 87:16
**extent** 38:10 45:25
84:5,11 96:19
130:12 194:16
224:22 227:23
**extents** 53:16 159:3,
8
**extenuating** 35:19
**extinct** 214:1
**extinction** 213:19

## F

facilitate 215:23
216:24 218:24
facilitating 223:9,
16 225:7
facility 32:19
fact 13:20 34:2,6
41:14,17,19 46:10,
14,15,25 52:4
61:25 76:23 81:3,5,
7 186:22 192:24
193:19 204:15
205:4,5
factor 37:14 103:19,
21 104:18 116:3
234:2
factors 26:5 27:7,22,
25 28:22 29:20
30:7,21 32:1,10,15
33:14 34:3,9,11,16,
20 35:7,11 36:8
103:8 115:22
facts 21:10 23:2,5,5
46:22 145:4,16
factual 55:8,11 90:9,
12,22 91:11,14
143:25 144:7,8,11
145:20 148:3,5,10,
11,16,17,19 149:3,
4,6,7,9,11,13,21
159:25 179:16,17,
25 180:1 181:1,5,6
184:18,21 185:11
185:11,13,15,18
187:1 189:19 190:8,
11,14,16 191:2,4,8,
10,19,21 192:2,6
194:2,7
fair 28:18 40:18
45:24 62:17 68:1
92:5 98:21 110:18
142:1 162:23 180:4,
23 185:4 187:12
194:20 210:1
fairly 124:21
Falcon 31:9 39:25
45:5,6,8,15,20,23
46:6,16,19,23 47:2,
5,15 50:20 64:25

82:9 83:20 84:1,17,
21 85:12 87:17
92:10,15,24 93:3
103:22 169:3,7,8
174:13,16,18,22
175:1 192:12,23
197:20 198:2,6,20,
24,25 200:22
201:24 202:2
203:18 205:21
218:8,15,17,23
219:7 226:24
227:24 229:1
fall 98:19 134:11
135:3
falling 138:25
falls 62:11 98:6
114:25 146:13
185:23
familiar 43:24 95:9
111:11,13 126:1
127:11 206:17
228:18 234:24
235:4
far 78:7 79:3 98:25
farm 94:22
farther 232:2
fast 145:13
fault 164:9
feasible 131:24
132:4 228:9
February 86:22
fed 18:22
federal 16:17 105:7,
12 157:6
feeder 120:7,9,11
121:7,9,12
feet 33:13 70:4,15,
19 71:1,9 72:1,5
110:7,10,15,19
111:19 112:1 127:4
151:19,23,25 155:5,
8,11 163:22,25
165:4,7,8,9,15
166:2,8,15,21
172:19,23 174:11
239:14
Felipe 51:19
few 14:18 25:6 76:4
156:21 162:17,18

167:25 182:6
221:17 235:16
237:23
field 12:8,14,18
15:13 18:8 68:19
82:19
fifth 132:21 181:21
figure 33:3,4 42:21
75:5 151:1,4,11,17
153:13 155:18
186:19 186:19
188:6,7,13,21
189:8 231:6
Figures 186:18,19
229:23
files 70:7 82:25
83:1
filled 232:3
filling 154:20
fills 84:5
final 38:3,5 79:5
133:6 135:7 188:12
197:24 200:21
204:6,21 240:23
find 59:14 75:2
174:5
fine 51:10 153:10
finish 86:9
finished 226:4
first 5:2 13:15
17:14 21:5 24:12,
18 65:13,17,18,21,
25 66:10,19 67:5,
10 68:16 69:9 70:4,
9,14 71:1,8 86:7
87:22 108:4,22,23
109:2,5 129:15
161:9 186:7 188:5,
11 189:21 192:14
193:22 202:20,24,
25,25 212:11 230:2
231:16 234:18
fish 61:15
fishing 61:13,17
62:7,11,13,14,14
97:3 134:17
five 115:5 117:16
150:12,13 163:21,
25 165:4,15 166:15,
21

fixed 67:2
flagged 187:17
   191:13
flexibility 204:3,13
flexible 56:21 61:3
   91:8
flies 22:9 24:20
floating 83:12
   163:15 164:24
   200:10
floats 121:25
flood 13:12 20:2,3,9,
   13 28:3,4,6,15
   31:3,4 106:8,10,14
   122:20 123:1,17
   151:8,9,11,13
   194:18 196:17
   198:8 232:19
flooding 20:10
flood-like 123:7
floodplain 147:10
floods 232:3
flow 11:18 12:3,6,13,
   17,19 13:8,9 14:1,
   5,13,15 15:5,18,19
   54:3,7 77:3 107:16
   114:25 123:16
   136:22 140:13
   140:13,15,17,19,20,
   20 141:2,4,12
   144:19 153:14
   186:1,8 189:6
   203:6,17 208:16
   230:18
flowing 133:12
flows 11:7 15:13
   20:6 37:10 79:1
   103:23 106:10
   136:9 144:17
   167:10,14 186:12,
   22 189:3 208:11
   209:7 231:11 237:3
fluctuated 139:22
fluctuation 140:13
focus 154:4
focused 77:1
follow 28:5 39:2
   223:13
following 237:20
follows 5:2 192:16

   193:5
follow-up 86:9
food 63:21
footnotes 227:25
foresee 124:7
foreseeable 223:4
forget 16:24 213:7
Form 30:11 31:21
   32:4 34:5 35:18,24
   36:14 39:7,19 40:7,
   16,25 41:2,18 45:2,
   10,16 46:2,13,18
   52:7 53:22 54:2,8,
   13,20 55:5,10,14,
   22 56:14,18 57:5,
   14,20 58:13 59:6,
   15 60:1,6,12,18
   61:1,12,19,23 62:3,
   9,20,25 63:4,11,17
   64:8,13 66:12
   67:17 68:5,11 69:3,
   25 70:5,10,16 71:2,
   10,16 72:2,6 76:7,
   16,25 77:15,20
   78:15,24 79:13,20
   80:7,12,19,25 81:6,
   17 83:8 85:5,10,18
   88:2,23 89:12,17,
   22 90:1,6,11 91:6,
   13,19 92:2,8,13
   93:22 94:13 97:19
   98:10,13,24 100:10
   102:4 104:13
   114:17,22 118:24
   119:5,12,17,23
   120:3,8,16 121:2,
   14,21 122:9,18
   123:13,22 125:12,
   25 127:6 128:1,5,
   11,16,21 129:1,2,
   11 130:11 131:16
   132:2,9 133:2
   134:4,14 135:17,24
   136:5,14 137:17,24
   139:7,16,23 140:14
   141:3,23 142:16,21
   149:15 154:17
   155:6,12,23 156:17
   157:3,21 160:2
   162:14 163:16

   164:5 165:1,18
   166:3 167:4,17
   168:23 169:15,25
   170:13 171:6,20
   172:3,8 175:11,24
   177:13 178:9,16,21
   179:11 180:8,25
   181:23 182:5 183:1,
   23 184:10,20 185:7,
   12,17 186:25
   189:20 190:10,15
   191:3,9,20 192:8
   194:8 195:2,8,13,
   18,23 196:22 199:9
   200:5 207:25
   208:18 209:9,16
   210:13,23 211:3,11,
   18,24 212:4,15
   213:1,21 214:2,7,
   11,17,22 215:3,15
   216:2,17 217:3,18,
   25 218:5,11,18
   219:1,9,18,25
   220:14,21 221:3,10,
   22 222:4,12 223:5
   224:6 225:18,25
   227:16 228:12
   238:7,14 239:1
format 82:24
formed 41:12 84:17
formerly 206:23,25
forming 17:3 18:19
   21:11 23:3,7,11
   60:21 83:2
forms 99:9
Fort 105:3
forth 116:18,24
forty-four 174:2
forward 75:19,25
Foundation 42:9,15
   43:10 47:21 53:2
four 24:11 25:9
   161:25 162:1,4
   165:4 165:4,15
   166:15,21 167:1
fourth 132:24
Friday 24:25 25:1
from 10:11,14,16
   12:8 17:2,5 18:21
   26:6 27:8,22 28:1,

23 29:21,22 30:8,
22 31:7,25 32:2
33:15,17 34:4,9
35:11 36:4,9,13,17,
25 37:19,23 38:6,
22 39:10,12,18
40:5,11,22 41:8,15,
22 42:4 46:4,23
53:13 54:19,25
57:21 59:23 60:4,
10,16 61:22 63:23
69:16 70:2,13,24
71:7,25 87:16 94:2
95:14 96:17,19
98:9 112:11,12
113:12 114:21
116:10,25 123:20
124:16 127:3,7,10
138:22 144:24
145:6,22 146:20
150:4,18 155:21
158:10 161:7
163:12 164:2,23
165:2 166:1,13
167:16 168:7
169:17,22 171:3
174:21 175:1 176:1
177:10 186:4,5,8,
12,16,24 192:19
192:19 195:14
197:21 198:3
200:23 207:23
209:17,25 216:4
218:14 219:17
223:8,15 225:7
229:22 230:18,22
231:9 232:17 237:3
**front** 5:22 102:23
162:16
**fulfill** 176:3 194:18
**full** 16:25 48:13
84:7 101:9 107:6
123:23 124:5 144:2
153:14 153:14
154:12 159:3
161:20 162:5 173:6,
8,9,25 174:7 175:7
198:6,13
**fully** 205:17 237:12
**function** 117:13

141:5 163:10
176:23
**functionally** 227:24
**further** 112:15
**furthest** 65:11 127:3
**future** 75:22 87:15
90:25 91:4 92:17
104:11 135:8
141:24 217:22
218:2,6,13 223:4,6
224:5,7 225:17,20
**fuzzy** 87:8

---

## G

**gage** 13:15 14:19
15:3,17 64:23 65:9,
13,17,18,21,25
66:3,10,19,25 67:5,
9,10,12,19 68:4,17
69:9,12 70:4,9,14
71:1,8 77:14,16
78:14,18,23 79:1,2
82:21 127:2 186:16
**gages** 11:19 12:4,25
13:6,8,9,10,14,18,
22 14:20,25 19:13
64:24 65:1,8,14,15
67:15 69:1 71:15,
23 76:15 77:19,21,
24 78:1 82:13,17
146:22,24 206:1,3
233:1
**gaging** 12:22 13:1,19
118:1,3 146:14
**gas** 147:7
**gate** 177:4
**gates** 36:19 151:7
**gave** 91:22 165:22
172:14 180:19
**general** 14:3,4 30:17,
24,25 31:9 37:1,3,
10,22 38:5,21 40:4,
8,20 41:7 53:23,24
54:4 79:24 92:4
97:2 135:14 137:12
138:2 139:24
147:16,18 150:22
170:25 171:15
172:14 174:17,18

177:23,24,25
183:25 192:21
194:11 196:3
209:12 213:14
223:20 228:3
**generalized** 135:18
**generally** 40:2
103:24 131:20
137:3 166:8 234:14
238:10,15
**generate** 33:1 37:18
176:3
**generated** 161:13
176:8
**generating** 36:20
153:6 161:14
201:15
**generation** 29:7
36:15,16 39:11,16,
23 112:10 113:24
114:2,8 199:17
201:11
**generators** 32:20
33:8
**get** 7:9 18:9 62:5
67:20 69:15 72:11
78:8 111:8 132:12
152:20 156:23
163:24 213:5
216:11 233:13
240:22
**getting** 40:9 106:1
166:22 198:21
232:3
**give** 6:9 13:4 20:19
46:20 49:8 57:1
59:13 63:13 65:4
66:4 67:23 75:1,10
76:18 107:21 109:6
110:16 111:17
113:6 114:18
115:19 117:17
118:25 119:13,18,
24 121:15 122:4
128:22 129:3,12
132:3,10,14,15
133:4 135:25
142:17 144:1
145:12 147:22
153:20 154:10

155:13,15 159:2
167:18 172:14,15
178:25 189:13
202:22 210:8,16
211:20 212:5,7
213:22 218:1 219:2
222:13 225:19
233:13 236:7 238:8
**given** 5:12 51:8
71:17,20 124:20
125:2 152:6 177:6
222:6
**giving** 10:4 59:20
105:12,13
**global** 137:12
**goal** 31:12 39:20
70:19 137:18,20
138:21 155:7 157:9
158:4,6 234:6
**goes** 17:7 18:22
37:10 64:5 116:10
176:21 183:7 196:8
**going** 7:10 23:18
24:14 26:2,16 27:1,
19 29:5,7 32:17
48:5 49:9 50:1
51:3 53:18 54:10
55:25 64:23 65:5,8,
10,15 66:3,6 67:21
68:18 73:10 74:9,
25 75:25 78:10
83:13 84:5,6
102:21 103:25
111:8 113:7 114:7
115:8 116:22
122:20 124:5
133:14 141:7,8,12
143:2,3 144:5
146:25 147:6,10
148:1 149:12,20
161:20 162:21
163:8 164:21
165:21 167:9 168:1,
10 175:15 176:21
177:1 187:15
190:18 193:8,9
197:2 202:9 206:2
208:8 209:18,19
212:12 213:3,8
218:16 224:18

226:3,5,9,10,11
232:21 237:24
239:9 240:10,22
**gone** 180:3 205:9
214:18
**Good** 4:18 5:5 72:11
104:9 155:15,16
156:1 167:18 241:7
**goods** 61:7,9 62:18,
23
**Google** 59:13
**got** 36:2 52:16 79:6
139:14 173:15
**gover** 38:20
**govern** 34:16 38:5
130:3
**governed** 34:18 105:3
**government** 105:7,12
224:12
**governments** 61:5
94:7 99:2,5,9,18
100:1,12,17,19,22
102:15,19 131:15
194:15 195:11
223:21 224:2,11
**grade** 159:1
**graduating** 8:18
**Grande** 6:24 14:17,20
15:4 20:9 27:13
45:1,9 48:2,4,10,
17 49:12,20,21
50:3,6 51:12,14
52:6,12 53:20
56:13,23 57:12,19,
24 58:1,7,11 59:5,
25 60:4,11,17,25
61:11 62:19,24
63:3,15 65:2,3,21,
24 66:10,19 68:4
69:8 70:3,14,25
71:8,15,24 77:19
78:20 79:8,12,15,
18,24 80:6,18,24
81:11 82:17 83:19
87:14 90:4,15,20
91:5 96:10,15,24
97:10,18,22 98:1
101:5,22 104:20
105:10 107:19
108:5,14,18 109:4,

12,25 110:7,9,21
111:2,16,21 112:12,
16,20 113:12
115:23 116:3 117:1,
15,19 118:7,23
119:4,10,16,21
120:2,7,15 121:1,
13,19,24 122:8,17
123:20 124:17
125:10,18,22
126:13,19 128:14,
19,24 129:6,9
132:8 133:1 135:15,
23 136:4,13,25
137:11,15,22
139:21 140:4 142:9,
14,19 143:12,22
144:25 145:19,25
146:6,10,18 147:14
148:24 152:23
155:1,10,11,19
158:9,18 181:12
186:2,3,9,9,12,23
192:18 199:21
200:1 201:8 203:6
205:17 207:23
208:15 209:5 210:4,
19 211:16 212:1
213:9,12,19,25
214:5,15 215:2,14,
22 216:1,16,23
217:2,12,16 218:14
219:13,16,21 220:3,
10,19 221:1,8,14,
20 222:2,8,10
223:2 227:21
229:14 230:19
231:8 232:7,11
238:24 239:13,14
**granted** 95:24 96:9,
14 130:20 207:4
**gravel** 14:10
**gravity** 230:8
**great** 84:12 164:18
**greater** 174:19 189:8
**greatly** 165:6 190:17,
22 203:17,21
204:21
**Greg** 4:4
**gross** 150:22

groundwater 10:12
grows 63:21 63:21
   63:21
guess 21:3 22:9,12
   29:15 55:11 63:6
   139:18 183:9 200:4
   202:25 211:12
   239:2
guesstimate 167:14
guidance 12:21 13:2
guideline 31:2
guidelines 30:15
   93:25 232:23
gulf 57:22 59:20
   198:11
guy 43:21
guys 75:10 82:23
   112:24 158:18
   169:23 184:5

H

hadn't 34:22
half 153:5,7 166:2
hand 4:24 236:25
handle 75:21,25
Hang 9:16 27:4 131:8
hangs 116:23
happen 124:13 141:22
   146:8 180:11,16
   195:15
happened 92:17
   180:11,16 195:5
happening 91:25
   142:3
Harbors 85:21 88:5,8
hard 165:5 233:23
Harrison 4:19
has 19:15 29:4 33:20
   37:6,7 39:9 57:18
   58:6,11 59:24
   60:10 73:20,21,21
   74:2 91:15 93:2,15
   95:10,24 96:9
   99:13,15,18,22
   101:21 104:8
   106:10 108:6,7
   116:10 131:21
   133:6 135:1 143:11
   152:10 157:15

173:8 174:18
   180:11,16 183:5
   195:5 196:3 197:20
   198:3 199:18 200:1,
   22 203:6 206:15
   210:11,17 211:7,8
   214:4 219:4 228:5
   229:13 234:14
hasn't 106:14 157:23
haven't 31:3 81:23
   123:1 208:25
   212:17 228:20
having 5:2 211:12
head 16:25 19:9
   71:19 109:9 150:25
   163:10,23 178:23
header 50:14
headquarters 18:6
headwaters 57:21
   59:19
hear 6:14 75:8
   159:12 172:4 179:1
   180:12
hearing 75:17
height 66:25 67:1,19
   107:16 111:18
   117:3,6,11 163:11
   228:10 239:13
heights 69:12 111:24
held 106:5 168:21
   171:19
help 156:14 157:25
here 4:14 17:11,12
   20:25 21:4 26:2,20
   36:2,7 55:12 74:23
   75:7,14 77:7 79:6
   81:14 82:5 83:18
   86:8,12 87:9 99:6
   103:2 104:16 105:9
   106:17 125:13
   126:14 129:15
   133:3 137:5 138:2
   141:18 143:19
   144:11 145:20
   151:21 158:10
   165:7 186:7 197:20
   198:16,24 201:17
   202:21 203:9,19
   230:15 232:5
   233:21 237:22

He's 55:25
high 15:19 108:9,10,
   12,16 109:3 111:14
   132:6 152:2 154:25
   155:19 163:13
   163:13 164:22
   167:2 177:2 197:9
higher 31:10,14
   107:4 174:13,16,18
highest 31:11
highlighted 27:1
   52:23 230:16
highlighting 237:22
highly 114:23 138:6
   162:19 188:2,15,21,
   23,25 203:6,11,12
   204:20 205:2
highway 63:3,16,19
   64:1,3 181:13
historical 210:19
historically 231:23
hit 143:4
hold 9:7 47:7 81:24
   124:10 145:12
   174:11 207:7
holder 104:25
holding 236:25
home 185:24
hour 6:1 66:6
hours 8:22,25 22:6,
   11 24:23 25:2,6,6,
   7,8,10 176:7,8,8
hundred 113:17,18
   155:5,8 165:23,25
   174:2
hunting 61:17 62:7
   97:3 134:17
Hurricane 64:18,20
   154:19 232:8,12,16
hurricanes 189:4
hydraulic 10:20
   10:20 14:22 15:1,
   14 26:7 47:17,24
   107:12 112:7
   158:22,23,23 215:8
hydraulics 14:1,5,14,
   16 15:6
hydro 15:22
hydroelectric 114:8
hydrolically 107:15

hydrolog 112:7
hydrologic 10:21
    27:9 48:3 51:12
    52:5,11
hydrological 215:11,
    16 216:4,13
hydrologist 10:7,15,
    16 11:15
hydrology 10:9,10
    103:8,18,20 106:17
    178:1 209:17
hypothetical 110:5
    140:1,11 154:23
    165:22 175:15
    177:7,18 178:5
    218:19 221:15,21
    237:9 238:25 239:6,
    7,16
Hypothetically
    93:19,23 110:13
    140:2 196:23
hypotheticals 237:2,
    13 238:18

I

IBWC's 79:10
idea 67:24 182:20
identification
    73:21
identified 72:22,23
    73:23 74:17,20
    81:14 83:5,17
    93:25 193:14
identifies 197:12
identify 49:19 50:12
    52:18 72:25 73:2,
    18 74:6 115:20
    137:21 138:25
    144:12 196:4
    200:11 213:15
identities 73:4
    74:10,12 75:1,2,16
identity 72:23 73:7,
    14
ignoring 154:18
    161:21
I'll 17:12 20:19
    21:5 57:25 134:9
    206:11 233:21

235:16
illegal 98:8 100:8
    222:7 223:1
illicit 102:2 102:2,
    8
I'm 4:14 6:20 7:1,10,
    10 10:17 11:16
    13:20 15:25 20:18
    24:14,15,19 25:13
    26:2,3,12,16 27:1,
    2 29:2,15 38:18
    39:4,8 42:8,10
    43:16,24 46:22
    48:6,14,18 49:5
    50:17,20,25 51:3
    52:20 54:10 55:6
    56:7 58:14 65:8
    77:6 79:21 80:2,8
    81:21 83:12 92:4
    94:23 95:9,23 96:3,
    7 101:1 101:1
    105:20 106:24,25
    111:3,10,13 114:1
    115:12 122:14
    124:11 124:11,13
    125:7 126:1,4
    128:2 132:12,17
    134:5 135:7 142:5,
    23 143:13 145:11
    147:18 149:24
    151:1 157:25
    160:16 165:20
    166:12,22 168:11,
    13,16,16 174:15
    180:18 181:24
    182:14 183:8
    185:19 186:18
    189:1 192:24
    192:24 193:8
    196:23 200:10
    201:25 204:5,9
    208:7,9 209:1,3
    213:8 214:12,18
    215:16 217:10
    218:19 222:17,21
    226:3,15 227:17,18
    230:2 231:9 232:5
    233:10 234:13,24
    235:4 236:16,25
    237:21 238:8 239:3

240:22
image 151:1,17
images 44:15
Immediately 8:18
    169:21
impact 70:15,17,21
    79:3 103:25 108:13
    130:9 139:20
    141:17 157:1 158:7
    163:2 182:3,21,23
    183:20 184:7,13
    232:7,12,21
impacted 140:4,12
    141:1
impacts 20:11 109:20
    130:15 141:13
    182:1,21
impair 5:16
impede 117:1 118:8
impeded 212:24
    213:12,15
impediment 142:15
implement 30:14
implementation
    30:14
implementing 11:3
implies 200:8
imply 13:22 140:21
important 75:7,14
    148:23
improved 234:14
improvements 215:21
    216:22
inaccurate 15:17
inception 192:20
inches 165:11,17,21
    166:1
incidental 39:16,20
    197:16 199:6,7,10,
    16,18
include 97:17 98:8
    102:2,7
included 74:14
includes 100:8
including 19:14 45:4
    175:1 189:4
inclusive 146:16
inconsistencies
    238:13
inconsistent 194:11

210:20 211:8 238:3
**incorporates** 20:2
**increase** 54:7 55:1
    70:2,13,24 71:7,25
    84:6 114:5 136:3
    137:7,10 141:7
    152:18 165:24
**increased** 54:3 136:9
**increases** 117:12
**increasing** 54:6,7,25
**independent** 46:5
**Indio** 14:19 15:4
**individual** 19:3
    94:21 98:4 109:18
**individuals** 62:15
    64:5 73:1,18,22
    74:12,22 183:21
**industrial** 133:24
    134:1,2,8,25 135:3
**industries** 63:24
    95:1
**industry** 134:6
**inflow** 178:1
**inflows** 162:19 178:1,
    2
**influence** 5:15
**Informatics** 15:24
    16:1,4
**information** 17:2
    24:4 26:7,8 27:9,
    10 29:10 37:9,20
    38:13 42:3 42:3,14
    43:6,13 44:20,25
    45:17,20 46:7,12,
    17,22 47:3,5,12,15
    52:16,24 53:8,14,
    15,18,25 55:3,6,8,
    11 56:19 64:14
    65:22 66:13,24
    68:10 69:16 71:19
    74:14,25 76:18
    77:8,11 80:2 81:1
    82:4,23 83:2 86:20
    87:2,5,21 88:24
    90:7,9,12,21,22
    91:7,11,14,20
    122:21 134:23
    143:24,25 144:6,7,
    12 145:18,21
    147:24 148:3,4,10,

16,19 149:3,4,6,10,
    14 158:20 159:6,25
    160:1,13 173:7
    180:10,15 181:5,6
    184:17,19,22
    185:10,11,13,14,16,
    19 189:18 190:9,13
    191:1,2,4,7,8,18,
    19,21,25 192:2,7
    194:2,6 210:14
    212:17 235:4,7,9
    237:12
**infra** 115:25
**infrastructure**
    103:8 104:17,24
    106:24 107:2
    115:21 116:2,9
    118:7,11,21 119:1,
    3,7,9,9,15,20
    120:1,6,13,14,24
    121:11,18 122:3,7,
    15,24 123:7,15
    128:19,24 129:6,8,
    17,18 135:10,12,12,
    15 136:24,25
    144:15 147:10
    148:23 176:4
    203:16
**infrastructures**
    107:5
**ingest** 18:14
**ingestion** 17:9,17,20
    18:1
**ingests** 18:11
**initial** 26:1
**input** 12:20 13:2,18
    157:16 236:9
**inputs** 26:7 27:9
    47:18,24 48:3
    49:19 51:12 52:5,
    11 167:21
**install** 146:5
**installed** 82:8 83:7,
    14
**instance** 37:5 124:25
    144:13 146:21
    147:1 149:22
    175:16 176:6 198:6,
    19 200:20 206:5
    214:8 233:4

**instances** 14:18
    92:21 117:21
    142:23 156:10
    185:19
**instead** 140:11,25
**instruct** 38:14
**instruments** 80:9
**intake** 163:11
**intelligence** 21:23
**interest** 68:21
    106:11 173:14
**interesting** 182:20
**International** 6:21
    11:1 31:11 48:7
    82:10 84:24 87:17
    87:17 103:9 148:24
    206:19,21 207:1,3,
    3,5,6,7,9,12,13,14,
    15
**interpreting** 233:20
**intervening** 167:10,
    13
**into** 12:12 17:7 18:9,
    14 31:8 37:13
    40:10 48:1,7 51:17
    98:9 100:8 112:9,
    16 116:17 122:21
    124:23 136:8
    138:25 141:9
    157:11,16 158:21
    167:10 168:4 178:2
    183:7 198:21 202:4
    234:3 239:20
**introduce** 4:10
**inundate** 84:15,16
**inundated** 84:4 85:2
**inundation** 84:8
    232:7,11
**invoking** 38:9
**involve** 10:1
**involving** 50:3
**irrigation** 36:19
    43:1 64:6 112:10
    161:12 175:18,19
    177:4 181:16
    194:19 196:17
    198:9
**Isn't** 35:15 96:2
    113:16 138:8
    142:18 147:18

177:2 180:19,20
201:3 232:25
**issuance** 130:4 130:4
**issue** 14:16 15:6
50:6 75:12 83:6,14,
18 118:19 126:14
130:16 142:8 146:3
147:15 158:10
**issued** 85:16 95:22
96:24 130:4 142:10
147:4,14 236:10
**issues** 14:19 145:24
**items** 98:19 213:15
**it's** 5:20 10:11
13:17 14:4,10
15:23 16:11,19,25
18:10,21 19:6,8,12
22:13 30:2,3 31:10
32:5,6 34:10 35:17
37:23 38:7,22
39:20 40:5,22
47:25 49:1,9 53:17
58:18 63:12 65:5
66:7,16 67:4 68:7
71:18 72:15 73:24
75:7,14,17 79:3
85:1 88:3 91:1
92:5 94:20 95:9
98:5,12 99:20
100:4,15 101:8
103:25 105:4 106:7
107:17 108:25
110:18 112:21
113:7,8,10,15,19
114:19 116:14
117:13,17 118:2
121:22,25 123:18,
24 124:22 127:1,3,
7,9,16 130:6
132:11 133:9,10
135:4 136:19 138:6
138:6 139:4 141:8
142:1 144:20
145:20 147:3
148:19,23 149:4,21
151:24,25 152:2
155:17 156:5,6,8,
11,23 157:5,6
160:10,11 163:10
165:5,7,9 166:20

167:7 172:12 174:5,
7 176:7 176:7,20,
23,23 177:2,4,11
178:6,10 179:17
182:19 183:14
186:11,22 187:9
192:4 192:4 194:2
195:4 198:13
200:15,17 206:2
208:7,22 209:20
210:9 215:6 217:6
222:17 224:24
227:14 231:14
232:10 234:4,6,14
236:10 239:8
**its** 27:12 42:24,25
44:1,16 55:17,18
61:4 66:19 79:7,11
80:5,17,23 81:10
84:9 85:13 90:8
91:8 103:13 104:23
105:4 113:15
121:24 122:12,13
126:1 130:21 176:4
181:16 192:19
199:12,24 210:9
**itself** 12:5 15:6
29:4 31:1 43:4,7,
25 51:17 56:21
73:24 74:19 82:11
96:19 98:17,20
103:21 114:10,12
116:12 181:15
182:8 183:5,12,13
192:13 209:22
224:1,24
**I've** 6:6 25:13 36:2
51:8 52:16 63:12
197:5 206:13 217:6
230:16

---

**J**

**January** 25:21 87:6
88:1 235:20
**Jimenez** 77:24 78:20,
21
**Jiminez** 78:23 79:1,2
**job** 9:25 11:12 44:7
45:12,23 46:1,4

60:19 80:13,16
96:17 100:4 214:12
217:5 222:17,18
224:14
**Johnathan** 4:13
**johnboat** 120:15
122:22 123:10
234:19
**johnboats** 120:19
121:1
**joined** 4:15
**jointly** 102:15
**judgment** 110:17
184:13 185:20
187:4,6 239:18
**judgments** 187:18
**June** 73:15,19 74:10,
25 75:1,3 162:20
**jurisdiction** 9:13
85:14
**jurisdictional**
205:24
**jury** 5:22
**just** 7:15 9:20 13:24
14:3 16:21 17:12
18:23 22:1,12
24:15 26:2 29:16
30:24 32:12 33:3,
11,17 34:22 39:5
39:5,11,22 42:2,4,
6 43:18 45:11
46:20 48:12,14
49:21 50:14,22
55:24 56:1 70:22
75:4 79:18 89:3
90:12,22 95:9
110:3,18 114:20
115:2,4 124:8
125:2 126:16
127:20 131:6 132:4
133:3,11 135:14
137:12 139:8,24
140:19 141:11
143:3,14 144:3,7
146:20 150:22
153:11 154:4 154:4,
12,13 156:15
157:20 158:5,11,17
159:12,15 160:4,11,
21 161:15,18

163:13,20,22
164:10,14,18 165:2
168:6 169:23
171:18 174:15
175:23 176:14
177:22,23 178:22
180:18 181:3
186:22 192:1,4,24
193:19,25 196:23
199:16 200:10,15
201:25 203:8 204:7
206:1,3 208:7
209:11 212:19
213:8 215:9 221:18
223:12 224:1,13
227:23 228:2
229:22 231:25
233:8 234:6 235:16
236:16 238:1
239:15 240:22

**K**

**kayak** 141:8
**kayaking** 140:7
  196:25
**keep** 11:6 31:14 51:9
  71:19 102:21
  149:20 168:8
  187:15 201:23
**keeping** 169:13
**kilometers** 49:1
**Kimball** 4:21
**Kimere** 4:21
**kind** 27:20 100:23
  116:16 183:13
  194:17
**knew** 190:18
**know** 7:7 14:8 33:14,
  20,24 35:4 40:20
  43:1 47:1,18 49:22
  50:1,14,17 54:6,18
  64:25 67:14 68:8
  70:9 71:4,11 73:25
  75:13 76:4,8,10,13
  82:2 83:25 85:15
  86:8 91:24 92:15
  94:23 96:13,23
  100:22 101:2,3,15,
  18 104:25 106:7

111:23 112:4 117:8,
  19,21 120:10 121:3
  125:8 126:8,10,12
  128:6,9 131:17,18
  136:7 147:25
  151:24 153:17
  156:9 160:3,15
  164:1 167:6,18
  170:23 173:6 176:6
  180:17 184:23
  195:14 199:1
  209:18,20,22
  210:14,17 212:9,10
  224:15 227:8,11,14
  229:15 234:22
  235:3,8,9,10 241:1
**knowing** 211:19
**knowledge** 13:22,23
  39:13 85:19 88:25
  89:3 91:21 92:4,6,
  9,14 93:2,5,14,18
  96:12,20 97:23,24
  99:17,20,25 100:4,
  21 101:23 103:3
  112:25 126:16
  127:1 131:23
  133:16,19,22
  134:15,18,22
  142:10 144:9
  146:11,20 160:20
  163:20 195:9
  199:13 205:19
  211:14 212:18
  217:14,19 218:12
  219:5,10,15,19
  221:6,11,24,25
  222:5 224:14
  227:13,17 228:25
  229:7,10 236:13
**knowledgeable** 44:7
  45:3,11 80:8
  221:12
**known** 103:10 206:23,
  25 211:12
**Knudsen** 4:21
**Kyle** 4:15

**L**

**Lake** 214:16

**land** 14:8,9
**landing** 234:25 235:5
**Lane** 4:8
**Laredo** 212:23 213:11
  214:6,16 215:2,14,
  22 216:16,24
  217:17,24 218:4
  219:14,22 220:4,11,
  20 221:2,9 222:3,
  11 223:3 227:8,22
**large** 14:10 48:5
  98:19 113:7 154:19
  197:9
**larger** 121:10 198:13
**las** 51:20
**laser-based** 156:5
**lasers** 156:7
**last** 20:8,12 24:13,
  18,19 28:14 42:20
  96:3 145:5 178:12
  181:22 187:25
  188:5 203:25 204:6,
  24 214:20 216:6
  221:5 229:2 230:11
**late** 104:7
**later** 24:25 207:5
  231:10
**law** 88:12 105:13
  224:23 225:12
**laws** 30:4
**lawyer** 88:10 157:25
**Leading** 237:8,14
**leads** 125:21
**least** 57:3 65:6
  82:22 117:16
**leave** 74:20,21
**leaving** 74:23
**led** 188:3 213:18
**ledges** 212:24 213:13
**left** 115:15
**legal** 40:25 44:5
  53:12 54:9,11
  88:14 98:14
**length** 55:17,18
**Leo** 4:7 240:5
**less** 13:6 154:15
  164:22 171:4 172:5
**let** 7:7,19 17:12
  25:17 29:16 43:17
  47:8 49:6 52:14,18

58:5 63:13 66:8
71:21 86:8 91:2,23
95:5,6 110:5
112:21 122:25
133:11 139:25
174:5 175:4 197:3
202:11 204:24
208:3 209:4 216:10
217:10 221:18
229:8 233:12,13
**let's** 7:9 20:10,18
22:17 25:9 27:19
30:19 33:6 37:17
43:17 46:9 50:18,
22 65:1 72:13
85:23 87:9 102:25
108:22 109:2 112:4
115:6 127:2 130:6
135:10 142:25
143:5,18,18 148:22
150:1 152:16,20
154:3 154:3,22
161:22 164:16,18
166:23 166:23,24
175:3 176:20
179:13 181:2
182:18 185:24
186:6 187:15 190:7,
12,25 191:17
193:10 194:5
202:17 202:17
205:10 208:6 213:5,
7,8 216:7,9 221:18
226:15 228:4
**letter** 212:2 235:21
236:6,11,15
**level** 12:17 14:12
19:17 28:7 64:17
108:9 109:3,19
113:1,2,5 117:12
139:15 140:21
151:18 155:1 163:8,
25 165:11,24
166:15,20,21 167:2
167:2,3,7,8 172:20
173:10,11,16,21
175:8 222:7 223:1
232:11
**levels** 12:9 26:8
27:10 28:19,24

29:21 30:9,23 32:3,
9 33:16 34:4,10
35:8,12,17 37:24
38:7,23 40:6,23
41:16,23 52:17,25
53:8,19,25 54:4,6,
7,18 55:1,3 64:11,
15,18 76:5,8,11,14,
21 77:2,4,8,12
78:13,22,25 79:2
107:4 107:4 125:1
139:21 140:5,13,16
141:2 151:14 152:6
157:2 175:9 212:25
213:13,16 231:17,
20 232:6 237:4
**license** 9:7
**licensed** 9:12
**LiDAR** 155:25 156:4,5
157:11 159:14
159:14 233:24
**like** 6:24 14:7 42:20
43:2,7 51:23 59:12
61:15,16 65:7
75:19 94:22 99:9
104:4 105:4 107:2
110:12 112:9
127:13 133:11
138:21 146:20
147:7 152:24
157:12 158:22
161:4,12 166:25
172:14,18 173:10
182:17,18 187:19
190:17 192:25
193:20 197:1
201:22 203:16
205:23 217:6 224:1
232:8,12 233:1
240:18
**likelihood** 142:2
**likely** 97:1 141:21
149:23 218:4,20
224:4 225:17
**limit** 107:3 144:17
**limitations** 29:5
38:25 198:12
**limited** 106:18
142:23 145:7
152:14 159:7

**limiting** 103:7,18,20
104:18 115:22
116:3
**limitrophe** 103:10,12,
13,16
**limits** 114:9,11
144:19 230:20
231:2
**line** 93:6 147:7
149:16
**list** 48:6 97:6,7
133:14 147:11
196:8
**listed** 24:2 27:16
79:6 99:10 132:21
141:18 195:24
196:7
**listen** 75:15 216:10
**listening** 204:9
**lists** 132:18 193:2
**literally** 154:14
202:9
**little** 27:20 28:14
104:8 111:8 164:21
171:4 233:12
**live** 75:8
**loaded** 158:21
**local** 16:18 144:17
**localized** 20:10
114:25
**located** 82:3,8 83:6
83:6 84:2,18,22,24
108:4 118:3 126:23
163:15 164:25
227:6,8
**location** 4:4 12:6
72:1 84:19,20
116:19 127:5
**locations** 48:14
49:23
**locks** 218:8,15,21,23
219:6
**long** 24:12,21 25:1,5
32:6 49:17 104:5
112:18 147:11
154:5 156:16,18
162:10 175:8,21
177:12 178:6,12
**longer** 37:18 129:20
138:13,15 141:20

long-term 104:15
look 66:6 78:8 86:10
  87:9 109:7 113:6
  143:19 172:16
  178:11 190:7,25
  191:17 194:5 208:6
  224:1
looked 148:18
looking 29:14 37:19,
  20 70:6 81:21
  82:21 108:20
  122:11 149:8 151:1,
  17,23 155:15
  173:19 191:6,11
  192:6
looks 231:11
loop 217:10
lose 174:23 182:3,24
  184:8
loss 200:12
losses 174:13,16,20,
  25 201:13,14
lost 228:5
lot 12:7 124:23
  138:15 168:3 176:9
  177:20 206:16
low 124:21 212:24
  213:13,15
lower 107:3
lows 103:23
Lunch 115:9
Lynk 4:20

---

**M**

ma'am 131:10 240:7
made 30:9 32:20 35:6
  39:15 69:18 93:24
  98:5 100:11 102:14
  131:15 132:24
  197:3 212:14
maintain 13:11 31:10
maintained 85:13
maintenance 176:21,
  24 205:21,22
major 48:6,8 52:1
majority 172:9
make 7:14 11:8 15:15
  30:5 32:5,7,13,17,
  24,25 33:8,9 39:13

47:8 48:14 50:22
61:20 62:10 68:18
69:16 75:16 77:3,
21 94:2 98:3,11
101:7 102:17
104:14 114:21
122:20 124:6,12
136:8 139:17
142:14 144:1
174:15 184:1 186:4
187:18,24 192:9,16
194:9 202:2 224:25
229:8 235:22
236:16
makes 14:10 35:15
  75:23 127:22 177:2
making 29:22,24
  32:11 37:6 38:19
  39:1 107:5 145:6
  155:7 168:4 171:22
  177:20 184:6 187:4,
  6 192:25 201:15
manage 20:4,6 33:9
managed 104:22
management 12:21
  13:12 15:20 17:15
  37:10 105:14 204:2,
  12
manner 144:21
many 8:22 9:1 12:25
  13:14 22:6 24:10
  56:24 64:24 65:1
  91:15 107:19
  109:17 111:1
  117:14 128:3 150:6,
  10,13 160:18 161:7,
  17,19,23,23 178:18
  210:3,9
March 86:23 207:21
mark 49:6
marked 7:13,23 20:22
  22:4 25:13,16
  26:18 49:10 115:13
  117:25 206:10
  226:4 238:3
marker 48:11 120:22
  123:21 124:16
  147:20
marking 7:11 20:20
  26:17 49:12 206:9

master's 8:13 8:13,
  16,22 9:1,4
material 14:9
math 154:11
matter 4:3 11:22,24
  17:15 18:1,15
  133:9 178:15 179:8
  225:14
Maverick 111:4,7,11,
  15,20 112:2,12
  113:3,9,13,16
  114:6,7,15 115:17
  118:5 124:24
  125:11,23 126:15,
  20 136:2,6 203:16
  228:23 230:18,22
  231:2
max 153:14 162:1
  173:5
maximize 113:24
  114:1 144:16,21
maximum 113:15
  150:17 152:13,21
  153:5 161:7 173:11
May 4:2 6:14,18,24
  26:23 60:7 86:24
  87:2,24,25 94:22,
  25 95:10 96:16,20,
  20 111:22 115:2
  118:11 133:7
  134:11,20 140:7,9
  146:5,23 157:14,16,
  17,19 158:14,15
  164:6,11 171:24
  176:24 192:21
  194:13 206:3 206:3,
  4,5 223:19 227:10
  234:5 236:15
  240:23
maybe 25:6 75:18
  96:8 163:25
mean 16:22 19:1 29:2
  31:18,19,19 33:2
  43:7 48:11 57:25
  58:1,2 75:4 84:14
  105:20 117:5 118:5
  135:1 137:20
  138:13 144:3 165:4
  167:5 170:11
  171:18 171:18

173:1 176:20
184:25 187:8,11,18
188:25 193:5,16
195:16 198:4,5
201:19 233:3,5
**means** 23:14 42:22
47:18 102:13
140:17 189:17
218:16 219:6 230:8
233:1,18,19
**meant** 47:23
**measure** 116:12
**measurement** 15:13
67:22 82:19
**measurements** 69:16
**mechanical** 116:20
146:15
**median** 231:7
**medications** 5:16
**meet** 24:7,17,21 25:1,
5
**meeting** 24:12
**meetings** 24:16
160:12
**meets** 94:3
**ment** 42:11
**mention** 78:2 109:14
137:5 232:24
**mentioned** 12:20 41:4
78:17 82:12 106:13
110:23 145:24
181:15 226:18
**merge** 197:11
**messed** 184:23
**met** 24:9,24 25:3,10
**metal** 116:22
**metering** 12:9 116:9
**meters** 114:13 153:1,
7
**Mexican** 51:22 160:23
175:18 176:9,17
177:4 222:7 223:1
**Mexico** 30:3 32:18
33:7,24 35:25
70:18 84:23 95:7
98:9 105:23 138:19
154:2,3 160:18
161:18 166:25
169:17 170:4
171:25 173:17,22

**mid** 104:7
**middle** 187:23
**might** 59:13 102:23
111:25 139:5 147:3
181:16,17 194:19
**mile** 48:11,17 50:3,
11,13 51:1 57:25
77:24 81:22 117:24
118:19,20 120:22
123:9,20 124:16
147:20 199:2
**mileage** 82:4
**mileages** 48:22 49:2,
22 50:4 78:9 81:21
**miles** 7:2 48:19
49:12 50:15 112:22
145:1 207:24 209:6
210:12 223:19
**mind** 159:20 235:25
**mining** 134:10,24
**minor** 107:5
**minute** 17:19 20:19
43:18 63:14 66:4
66:4,7 145:24
199:4 207:20
233:13 238:17
**minutes** 37:25 76:4
94:1 99:9 115:5
221:17 223:23
224:17
**missing** 240:19
**mission** 199:12,15,24
**Misstates** 170:19
171:11
**mixture** 144:8
**model** 156:14,25
157:10 158:13
178:4 238:22
239:10,15,20,20
**modeling** 10:19,20,21
19:10,12 20:14
157:20 239:7,11
**models** 127:16
**modern** 129:1
**modes** 129:10
**modif** 225:4
**modification** 192:20

194:13,20,25 195:6,
12 196:19 197:18
223:19 224:22
**modifications**
122:23 129:19
137:1,4
**modified** 203:7,12,17,
21 204:20,21
**modify** 196:13
**moment** 60:8 66:5
71:5,12,18,20 76:9,
17 78:17 125:3
144:1 145:12
150:15 154:3
166:14 215:17
238:9
**monetary** 182:2,23
183:20 184:7
**money** 63:20 182:11
183:12,14
**monitor** 51:25
**monitoring** 13:12
18:6 141:12
**monsoon-like** 209:25
210:3
**monsoons** 189:4
**month** 82:22
**monthly** 19:25 33:19
101:4,7,12,17
**months** 156:21 162:17,
18 164:3 167:25
178:3,15,17,18
**more** 14:24 29:16
47:9 54:18,25 64:1
107:23,24,25 108:2,
22,24,25 111:9,25
114:7 135:4 159:3
160:16 172:15
174:23 204:10
229:3 237:11
**morning** 4:18 5:5,6
152:1 181:11
235:20 236:14
**most** 55:25 68:20
153:22 166:2 168:8
169:13 205:9
229:12,15,15
230:16,17,18,25
231:1,5,10,25
**mostly** 159:12

**move** 29:12 47:8,10
    75:19 109:17
    135:16 138:20
    142:25 143:2
    160:15 174:21
    201:23 202:2
**moved** 121:10
**moves** 14:14
**moving** 37:13 55:17,
    18 179:23 189:16
    197:6 201:22
**much** 70:1,23 71:6,24
    86:17 101:18 105:6
    112:1 113:11,23
    122:1 125:16
    150:17 152:22
    172:5 173:5 188:3,
    15,16,23 223:7
    230:9,25 231:1
    238:23 239:12
**multiple** 14:25 19:14
**Munera** 4:15
**municipal** 64:6 104:3
    133:15
**municipalities**
    63:24
**municipality** 94:25
**muted** 240:2
**myself** 34:15 44:6

**N**

**name** 4:7 5:7,8 27:2
    58:18 65:14 112:23
    127:20
**named** 83:20 175:2
**names** 127:12
**napkin** 110:4
**narrower** 188:3,15,16,
    23
**narrows** 166:11
**nation** 157:10
**National** 16:24 17:1
    225:24
**nature** 10:21 111:24
    147:11 155:25
    184:3 214:13
**navi** 220:5
**navigability** 26:10
    27:11 53:1,9,20

54:1 55:4,13,13,15,
    20 56:3,13,17,19
    60:25 64:12 76:6,
    15,22 77:13,22
    78:14,23 79:4
    97:13 152:19
    207:22 208:10,13
**navigable** 114:16,19,
    21
**navigate** 60:16 125:9,
    22 200:18
**navigated** 57:11,18
    58:6,11 59:4,24
    60:4,10
**navigation** 56:22,23,
    25 57:9 61:6,10,18,
    22 62:1,7,11,19,24
    87:13 88:18,21
    89:1,6,10,15,20,25
    91:8,17 92:1,7,12,
    16,25 93:4,9,13,17,
    21 94:12 95:3,13,
    22,25 96:1,10,14,
    25 97:4,11,13,17,
    22 98:2,8,18,22
    99:15,18,23 100:2,
    7,20,24 101:22,24
    102:2,7,11,13,18
    103:3 104:3 106:18
    108:13 109:4,20
    111:16,21 115:22
    116:4 117:1,9
    118:8 128:14
    129:20 130:3,22,24
    131:4,12,25 132:21,
    24 134:13 138:14,
    23 141:21 168:7,20
    169:12 174:22
    192:17 193:2,6,13
    194:10 195:22
    196:6,9,13,16
    197:10,12,13,15
    198:7,17 199:7,22,
    23 200:2 201:1,3,6
    205:1 210:11,19,21
    211:9,16,20,25
    212:3,24 213:12,19,
    25 215:23,25
    216:24 217:1,15,23
    218:3,9,14,24

219:12,21,23 220:3,
    6,10,12,18 221:1,8,
    21 222:1,10 223:10,
    16 225:8 228:10
**navigational** 87:13
    90:4,14,19 129:19
    130:8 132:8,25
    135:22 136:4,12,16
    137:2,10,16,21
    139:6 141:20
    142:15 192:11
    194:17 199:5
**near** 37:15 53:15
    64:15 118:1 198:20
    222:8 223:2 227:8,
    22
**nearby** 127:1
**near-term** 104:11
**necessarily** 21:4
    160:11 180:11
**necessary** 40:3
    109:19 145:8 215:8
    219:23 220:5,11
**need** 4:22 6:1,5,6,9,
    15 9:1,19 20:5
    22:15 40:19 49:18
    54:17 71:25 74:20
    74:20 78:8 86:7
    108:16 109:3
    111:14,25 114:14
    115:4 118:22
    120:25 125:5
    128:19,24 131:8
    132:7 137:23 138:7
    145:9 155:24 156:3
    157:20 158:2 178:3
    180:12 188:9
    196:12 197:17
    216:11 237:11
    239:21 240:5,6
    241:1
**needed** 99:11 125:16
    126:5,11 196:16
    239:12
**needs** 137:18 141:25
    205:3
**negative** 182:2,23
    183:20 184:7,13
    229:11
**neither** 39:25 106:10

**network** 16:9,10 17:3,
16 18:5 19:5,7
**Never** 159:20 210:11,
20
**new** 167:14
**news** 58:16
**newspaper** 59:17
**Next** 25:13 26:16
36:2 42:2 47:7,17
52:14,16,22 79:5
138:21 149:8,12
190:12 192:3 194:5
196:15 203:13,23
206:8 226:12
230:15 231:15
234:17,25 235:5
**nine** 71:9 72:4 150:8,
10
**Nodding** 19:9
**none** 9:25 89:8,13,18,
23
**non-flooding** 166:4
**nonstop** 176:16
**nor** 77:5
**normal** 60:19 64:16
64:16 118:2 166:4
166:4
**North** 16:13
**note** 44:1 186:1
196:16
**notes** 10:18 131:6
**Nothing** 23:17 24:6
73:20 89:3 239:25
**now** 17:25 49:15 51:8
63:14 73:8 74:17,
24 76:3 85:2
100:19 108:8
110:19 115:20
123:19 126:25
136:20 138:3 147:4
148:19 151:7,14,18
152:3,16 153:11,13
160:16 161:3
164:13 165:10
166:21 166:21,23
167:23,25 169:11
171:16 173:15
175:2 176:6 186:15
187:9 189:7 195:15
200:13 210:5

213:10 225:11
226:9,11 228:16
**nuance** 166:19 175:12
**number** 9:3 13:4,25
50:15 65:9 66:5
107:21 110:4,13
111:17,22 113:7
113:7,17 133:6
150:23 174:8 210:8
**numbered** 192:4
**numbers** 68:20 162:16
**numerically** 161:23

O

**oath** 4:11 5:20 224:3
225:15
**object** 43:21 54:13
55:25 69:23 72:20
74:4 149:15 175:22
**Objection** 30:11
31:21 32:4 34:5
35:1,18,24 36:14
38:8 39:7,19 40:7,
16,24 41:18 42:9,
15 43:10,15 44:4
45:2,10,16,21 46:2,
13,18 47:21 52:7
53:2,11,22 54:2,8,
20 55:5,10,14,22
56:4,14,18 57:5,14,
20 58:8,13 59:6,15
60:1,6,12,18 61:1,
12,19,23 62:3,9,20,
25 63:4,11,17 64:8,
13 66:12 67:17
68:5,11 69:3,25
70:5,10,16 71:2,10,
16 72:2,6 75:20
76:7,16,25 77:15,
20 78:15,24 79:13,
20 80:7,12,19,25
81:6,17 83:8 85:5,
10,18 88:2,23
89:12,17,22 90:1,6,
11 91:6,13,19 92:2,
8,13 93:22 94:13,
15 97:19 98:10,13,
24 100:10,14 102:4,
9 104:13 114:17,22

118:24 119:5,12,17,
23 120:3,8,16
121:2,14,21 122:9,
18 123:11,13,22
125:12,25 127:6
128:1,5,11,16,21
129:2,11 130:11
132:2,9 133:2
134:4,14 135:17,24
136:5,14 137:17,24,
25 139:7,16,23
140:14 141:3,23
142:16,21 154:17
155:6,12,23 156:17
157:3,21 160:2
162:14 163:16
164:5 165:1,18
166:3 167:4,17
168:23 169:15,25
170:13,18 171:6,10,
20 172:3,8 175:11,
24 177:13,16 178:9,
16,21 179:11 180:8,
25 181:23 182:5
183:1,23 184:10,20
185:7,12,17 186:25
189:20 190:10,15
191:3,9,20 192:8
194:8 195:2,8,13,
18,23 196:22 199:9
200:5 207:25
208:18 209:9,16
210:13,23 211:3,11,
18 212:4,15 213:1,
21 214:2,7,11,17,
22 215:3,15 216:2,
17 217:3,18,25
218:5,11,18 219:1,
9,18,25 220:7,14,
21 221:3,10,22
222:4,12 223:5
224:6 225:18,25
227:16 228:12
237:8,14 238:7,14
239:1
**objections** 6:14
54:12
**objectives** 192:19
**objects** 156:8
**observation** 144:20

observations 144:9
    145:3,15
obstructing 136:19
Obstruction 136:21
obtain 220:12
occur 93:21 218:4
    224:4 225:17
    232:16
occurs 232:8,12
Oceanic 16:24
off 18:12 20:11
    22:12,16,17,20
    32:24 33:1 37:21
    39:14 41:3 70:17
    72:14,16 86:12
    109:9 115:6,8,15
    126:16 136:10
    143:5,7 156:20
    163:20 165:22
    167:9 176:20,21
    178:13 183:4
    185:18 187:22
    205:10,12 239:17
    240:10,12
offer 78:16 204:23
    227:8
offered 191:14
offering 34:2,6
    41:14 52:4 76:23
    79:21 88:14 189:24
    190:23 191:22
offhand 70:11
office 18:6 135:5
officer 4:11
offload 129:7,9
off-the-hand 110:3
often 82:16 152:25
    231:20
old 211:25
once 50:7 82:22
    106:7 162:2 162:2
    196:5
one 14:20 20:4 22:3
    45:6 48:22 49:1
    50:15 57:3 78:18
    82:18 91:9 99:4
    108:22,23 109:2
    111:5 117:7 134:10
    135:19 143:14
    147:8 149:23 160:4,

5,9,20,21 161:22
    173:3,6 176:22
    180:6 181:3 186:7
    190:17 192:4 193:2
    195:24 196:10
    197:16 200:7
    204:10 216:3 231:6
    234:18 236:2
ones 48:6,8 51:22
    52:1 134:11 134:11
    164:19,20
ongoing 222:1
only 13:9 16:6 17:5
    19:2 23:24 29:22
    30:6 36:16 37:1
    45:14,19,25 46:19
    53:13,23,24 54:13
    57:24 61:2,13
    68:12 74:4 77:13,
    16 78:25 83:24
    97:17 118:1 140:7
    145:8 148:16 149:3,
    6,9,13 152:5,10,15
    164:2 170:1,9
    173:12 177:22
    179:16,24 180:5
    181:5 190:8,16
    191:19,25 196:15
    229:20 231:8
on-the-ground
    142:22
onto 129:10
Open 18:10,11,16,18,
    22 49:9 154:13
    162:2 162:2
opened 151:8,9
opera 154:13
operable 82:8
operate 13:11 18:5
    37:2,4,23 38:6,22
    120:18 122:2 125:6,
    17 126:6,11,17
    127:5 138:16,23
    140:8 146:22
    152:21 153:14,24
    154:5 161:9,11,19
    163:6 175:8,25
    176:2,11,14,15
    177:1,3 178:6
    201:4,10 232:13

operated 16:11 20:12
    30:18 32:21 39:9
    66:22 68:2 104:24
    113:23 144:10,16,
    19,21 146:12
    152:13,16 162:12
    175:6 202:1
operates 40:4,21
    41:7
operating 20:2 28:11
    31:9 40:9 69:11
    93:25 94:3 126:19
    140:6 141:7,11
    150:17 160:11
    167:1 176:24 179:9
    188:3,16,24 196:25
    223:20
operation 168:2
    224:19
operational 13:11
    105:5 150:14,16,19
    152:11 153:15
    155:21 160:19
    161:2,4 229:6
    232:23
operationally
    164:14
operations 19:13
    27:12 34:12 37:21
    38:1 77:25 79:8,11,
    19 80:5,18,23
    81:10 96:22 117:13
    129:17 135:9
    136:23 147:17
    163:20 165:3 177:5
    194:10 197:11
    198:16 200:25
    201:21 220:18
    221:1,8 222:10
operative 229:6
operators 32:24 33:8,
    23 219:23 220:6,12
opi 189:23
opin 54:23
opinion 34:2 41:14
    46:10,16 52:4
    54:24 55:9 61:2
    78:21 81:4 87:11
    90:10 91:12 131:24
    142:2 156:24 160:8,

10 179:19 180:5,9,
20,20 185:25
187:12 189:24
192:15 193:20,24
202:10,20,24 203:9,
13,19,23 204:15,16
210:16 212:5,8,13,
21 213:22 218:1
222:14
**opinions** 10:4 16:5
17:4 18:19,20
20:15 21:7,11,15
23:4,7,11 27:21
29:19 30:6 35:10,
13 36:3 41:2,12,20,
24 42:1 47:2,11,13,
14 52:10,13 53:7
55:2 56:17 58:25
60:21,24 72:10
76:23 78:12,16
79:25 80:2,22 81:9
83:2 86:20 88:5,7,
14 90:14,18,24
91:3 148:6,12,14
179:20,22 180:24
181:9 185:4,8
187:16 189:10,13
190:4,22 191:14,23
192:9 202:6,11,12,
18 204:23 213:9
227:20 236:22
**opposed** 231:10
**oral** 6:9 181:22
**order** 12:6,18 14:23
15:13,14 18:9 20:5
31:12 32:21 32:21,
25 33:7 37:11 62:5
70:20 73:5,13
82:20 94:24 101:14
104:2 110:2 112:8
122:2 125:17 132:7
133:3,4,9 137:23
146:7 147:2 156:1
170:2 174:15
175:16 176:1,3,5,
25 177:9 197:7
199:12 237:12
**ordered** 33:21 70:20
**ordering** 33:24,25
**orders** 40:11

**original** 22:3 84:9
126:3 207:11
**other** 7:16 13:10
20:7 21:21 24:2,3
35:5 39:17 44:22,
25 45:3,7,8 50:21
51:22 54:22,23,23,
24 55:2 58:2 59:22
60:15 62:12 63:25
70:7 73:3 77:5,19,
21 78:18 80:15
81:13 81:13 98:5
108:21 115:25
116:2,22 117:7
118:4,6 129:10
133:7,10,23 134:1,
2,5,8,20,24,25
135:3 135:3 138:24
145:3 156:20
156:20 181:17
187:14,16,16 189:9
189:9,10,12,13
190:2,4,21,22
191:12,14 196:6
197:15,16 199:6
202:5,6 203:16
204:20,22 206:4
209:4 215:21
216:22 219:6 233:1,
18,19
**others** 16:18 45:7
206:4 211:5 211:5
**otherwise** 6:25 38:14
54:14 57:24 73:12
**out** 17:13 18:8 19:17
29:12 36:19 37:12
39:13 42:22,25
75:2,5 101:15
107:5 108:12,17
109:4,19,24 110:8,
20 111:15 113:21
114:24 123:16
124:23 131:9
133:12 141:18
153:12,13 154:7,15
155:18 158:11
161:20 162:11
163:6 164:4,21
166:22 167:9
168:25 169:21

171:3,16 172:6
175:9 176:22
177:11 178:7 179:9
197:2 198:7 200:14
201:11 213:5
232:19
**outlet** 29:5 42:24
**outlined** 194:12
234:5
**output** 163:3
**outputs** 26:8 27:9
47:18,24 48:4
49:20 51:12 52:6,
12 167:21
**outside** 40:12 217:4
**over** 11:18 12:4
14:14 66:10,19
68:16 69:9,13
76:11 85:23 107:16,
17 113:4,5 138:20
164:2 165:3 203:7
209:19 210:6 228:6
**overcome** 111:20
**Overview** 143:22
**own** 94:22 104:23
105:4 173:5
**owned** 28:9 29:25
30:3 146:12 150:10
170:2 172:10,17
174:10 225:10
**ownership** 11:7 19:24
173:4,12 178:13
**ownerships** 70:21
**owns** 85:8 94:1
101:16

---

**P**

---

**p.m** 115:8,9,9,10
143:6,8,8,9 205:11,
13,13,14 240:10
241:8
**Pacific** 122:8,17
123:12,19 124:15
125:6,8,17,21
126:6,11,18,22
127:5,11,13,19,24
128:4,8,10,14
**package** 15:23
**page** 11:14 17:12,13

21:4,5 23:18 49:18
50:8,9,17,18,25
52:21 81:21 86:6
87:10 102:22 103:1
106:25 115:16
118:10 129:15
129:15 132:17
143:2,19 148:2,25,
25 151:4 159:24
179:15 184:15
187:25 188:5,12
189:17 192:5
193:24 203:4,15
204:25 226:15,16
228:2 229:25 230:3,
15 231:16 233:6,11,
14,17 234:18
235:11
**pages** 49:17
**paper** 86:10,11
102:23 143:19
**paragraph** 86:7,21
87:2,6,9 129:15
129:15 135:8
144:14 145:5
187:23,25 188:5,12
193:23 193:23,25
194:3,5,6,7 196:15
197:25 203:1,4,5,
14 204:6,25
**parse** 91:23 201:17
**parses** 18:12
**part** 10:17 11:12
14:13 16:11,15
17:7 18:4 19:22
28:11 29:13 31:15
58:15 60:19 73:23
74:13 75:17 76:19
77:21 82:14 85:13
96:3 99:20 157:10
176:19 202:10
205:24 222:17
224:14,18,24 226:1
237:6,7
**participate** 72:25
74:18
**participating** 73:23
74:8
**participation** 75:20
**particular** 54:17

**parties** 73:12 132:5
**parts** 142:19 212:3
**Paso** 4:5 104:23
144:15,24 210:12,
22 211:10,17
219:17
**Pass** 53:15 64:15
77:2,14,25 78:4,5,
7,14 159:6 163:14,
18,25 164:24 166:6,
16,22 167:3,15
186:2,9,17,23
189:7 198:20
212:23 213:11
218:9,14 230:20
235:14 239:24
**passage** 118:12 119:3,
10,15,20 120:1,6,
15 121:1,12,18
122:7,16 123:8
150:4
**passed** 50:24 144:20
**passenger** 119:16
**passing** 144:17
**past** 66:11,20 68:16
69:9,10 76:11
113:4,6 131:22
151:24
**pathways** 99:6
**patrol** 206:5
**pause** 22:21 43:19
55:24 56:1 95:6
**pauses** 57:15
**Pecos** 51:16
**pending** 220:24
**penetrate** 234:1
**penetrating** 233:24
**penstock** 150:2,3
161:12 180:10,19
**penstocks** 149:23
150:6,10,16,19
152:7,10,21 153:15
154:6,14,24 155:22
160:5,9,16,17,18,
24,24 161:2,6,17,
24,25 162:1 162:1,
5,25 167:1 169:23
175:6,13,14 176:15,
17 177:23 180:6,15
229:5 230:8

**people** 41:2 116:17
128:3 183:16
**per** 33:13 114:13
153:3,7
**percent** 113:17
172:12 172:12,25
173:8,10,11,16,16,
17,19,21,22 174:6,
8 239:8
**percentage** 113:12,14
**Perfect** 51:7 86:16
185:3 240:21
**perform** 10:16 13:13
14:22 101:14,17
109:8 137:6 205:20
**performed** 12:18
228:24
**performing** 205:22
**performs** 82:19
**period** 68:20 69:13
79:18 86:23 87:22
129:20 139:1,6
172:15 187:19
187:19 210:6 232:1
**periods** 104:15
138:13,15,24
141:20 197:6
**permanent** 117:22
**permit** 85:16 130:18
136:17 143:11,14,
16 146:7,19 147:2
201:9 217:11
**permits** 142:8,10
145:25 146:2,4
147:4,13,19 220:17,
25 221:7
**permitted** 146:10
**permitting** 217:5,8
**person** 4:20 21:21
40:3 59:3 220:16,
23 221:6
**personal** 222:13
227:17
**personally** 35:6
57:11 60:3 222:8
**persons** 4:9 72:23
74:6
**philosophical** 64:2
**phone** 149:1
**photos** 83:23

phrase 201:19 209:4
physical 28:25 29:3,
  4 38:24 42:24 43:7
  44:16 105:18,21,25
  116:22 198:12
physically 29:12
  32:6 39:2
pick 102:25 127:2
  143:18
Picking 115:15
piggy 201:22
Pinto 51:18
place 97:22 209:21
  214:10
placement 97:2
places 116:22
plan 227:11
planes 233:2
planned 198:17
  200:25
plant 32:23 33:7,22
  34:12 230:22
platforms 18:8
plausible 195:1,4
play 202:4
plays 37:13
please 4:9,23 36:6
  131:9 145:10 164:9
  180:13 188:10
  223:12 232:9
plug 160:5
plugged 149:23 160:6,
  9,21
plugging 180:6
point 6:2,4 7:5
  12:10 14:24 17:12,
  14 37:17 38:3
  46:20 50:21 59:3
  67:2 72:12 104:21
  157:17 164:7 165:6
  218:15
points 48:22 202:4
  228:11,17,19
policy 19:17
pool 28:6 29:6 37:17
  84:8,16 151:20,21
  172:20 173:13,20
  231:18,21
pop 49:9
portal 66:22 68:2,12

portion 35:25 95:16
  105:2 130:19
  144:25 168:9
  170:25 225:10
  234:9
portions 236:6
pose 110:5
position 11:3 74:16
  181:21 212:19
Positions 11:15
possibility 154:19
  217:22
possible 31:14 32:6
  39:3 41:3 65:23
  88:3 95:9 98:12
  107:23,25 108:2,25
  111:25 123:18
  124:7 139:4,5
  141:19 155:17
  167:12 176:10,14
  178:19 194:23,24
  196:21 197:8 234:4
  240:18
possibly 88:1 108:3
  166:15
post 66:14
posted 66:25
potential 221:14,20
potentially 162:23
  163:24
power 29:6 32:23
  33:7,22 34:12
  36:15,16,20 37:17,
  18 39:11,16,22
  112:10 113:24
  114:2,8 133:21
  151:19,21 172:20
  194:19 196:18
  198:9 199:17
  201:11,14 230:22
power-generating
  32:19
power-generator
  43:1
practical 210:11,21
  211:9,16,19 218:16
practice 9:12 10:1
practices 31:13
  105:5 204:2,12
precise 65:4

predecisional 38:11
predict 158:25
  209:21 225:19
predominantly 94:21
preexisting 183:21
preparation 21:24
  23:25 24:4,8
  229:18
present 4:9 16:7
  72:23 74:1,6
  121:24 124:21
  150:15 152:4,5
  172:9 222:1 228:5,
  6
presented 15:6
  212:18
presently 165:21
pretty 104:8
preventing 136:15
previous 134:11
  182:4,24 184:8
previously 19:23
  44:14 125:1 153:5
  189:5 197:5
primarily 16:17
  168:21
primary 12:9 39:20
  103:7
printed 86:12
prior 13:5 75:2 84:9,
  10 170:19 171:11
  185:1 186:21 210:7
  216:9 236:11,19
priorities 98:6
  99:12 132:18 196:9
  204:1,11,22
prioritization 94:9
  194:18
prioritize 61:5
  195:22
prioritized 61:6
  87:15 90:25 91:4
priority 62:1 97:6
  129:16,24 130:2,9,
  22 131:4,12,21,25
  132:6,22,24 133:3,
  4,14 135:9 136:23
  152:17 182:1,22
  183:19 192:17
  193:3,6 196:7,14

197:16 199:6
**Privileged** 38:10
**pro** 73:8
**probably** 5:25 25:11
    96:23 135:3 156:21
    164:8 165:4
**procedure** 36:17 39:6
    41:15
**procedures** 26:5 27:7
    28:4 36:3,9,12,18,
    21,24 37:1,3,22
    38:1,5,21 40:4,20
    41:7,21
**process** 12:3 18:4
    38:9 41:6 131:3,11,
    16 157:22 159:5
    183:24 217:8,12
    224:13
**processed** 157:23
**processes** 99:2,3
**produce** 12:6,19
    156:13 157:9
**produced** 15:16,23
    157:15 227:12
**producing** 15:11
**production** 183:8
**products** 183:6
**program** 12:22 13:1,
    15,19 18:10 157:5
**programmatically**
    19:18
**programs** 15:23
    156:13
**prohibitively**
    218:25
**project** 159:7 195:14
    211:4 215:10
**projections** 37:19
**projects** 158:14
**promise** 153:17
**property** 147:1
**proponent** 137:19
    193:8
**proportion** 231:9
**proposal** 183:3
    214:21 215:1,13,18,
    20 216:15,21 219:5
**proposals** 214:15,18
**proposed** 156:15
    183:2

**proposing** 157:13
    225:13
**provide** 12:20 23:2,3,
    6,10 48:13,20 52:8
    53:13,15,18 56:19
    61:2 64:14 65:22
    66:13 73:4 74:10,
    11,13,24 75:16
    81:1 86:20 87:1,5,
    11,20 88:4,24 90:7,
    21 91:7,20 97:12
    98:14 102:10
    104:25 110:3 120:4
    121:3 180:10,15
    202:21 203:24
    210:24 212:19
    214:3 226:2
**provided** 73:8 82:5
    125:14 146:7 159:6
    176:1 185:8 238:1
**providing** 27:21 36:3
    39:8 46:10,15,22
    53:7 55:6 56:16
    77:2 80:2,21 138:2
    154:20 185:20
    191:25 212:16
**provision** 146:13
    194:13 195:1
**provisions** 11:4,5
    30:14 168:20
**public** 40:17 41:1
    105:13 160:14
**publicly** 16:7 66:14,
    20 68:10 147:24
**published** 16:8
**pull** 68:19
**pulling** 153:12
    235:25
**pump** 146:6
**pumps** 146:21 147:8
**purely** 93:23 175:15
**Purpose** 86:7 94:3
    112:10 158:24
    193:14 205:1
    223:15
**purposes** 13:12 20:7,
    13 23:15 31:8
    39:23 64:7 72:9,24
    73:6 83:10 91:16
    92:1,7,11,16,24

93:4,13,16,20 95:1
    99:16,19,23 100:2
    113:25 114:3,8
    116:4 118:18
    120:20 121:8
    133:18,21 142:15
    168:19 169:11
    181:17 193:13
    194:10 200:2 223:9
    225:7 238:19
**pursuant** 73:3
**put** 17:11 52:14
    75:19 146:6 194:21
    199:24 200:14
    239:19
**puts** 96:18 199:12
**putting** 199:14

---

**Q**

**Quality** 31:23 37:7
    146:23
**question** 6:5,6,16
    14:3,4 29:16 32:12
    38:16,17 42:18
    54:16 72:4 84:3
    85:7 90:16 101:11
    109:10,11 115:16,
    19 120:21 121:8
    124:10 130:6 131:9
    132:16 140:25
    141:15 147:18
    164:6,9,17 167:22
    168:17 170:23
    175:12 179:5,7
    185:1 207:11
    212:11 216:7,9
    218:20 220:1
    221:19 223:12
    230:15 232:9 239:2
**questioning** 93:7
**questions** 7:5 21:2
    47:9 51:4 55:25
    86:9 118:18 149:16
    160:17 176:9 182:6
    226:5,8,11,12
    235:16
**quick** 7:19 22:16
    115:4 143:3 163:22
    178:23

Quitman 105:3
quote 208:15
quoted 195:25

**R**

rail 128:20
railroads 213:18
rain 114:25
rained 210:9
rainfall 114:25
    154:20 189:4
    208:17,21 209:8,10,
    11,12,15,19,21,23,
    24,25
raining 162:20
    209:20
raise 4:23 14:12
    54:3 70:19 152:22
    154:25 155:4,10,20
    164:23 165:19
    166:15 167:3,5,8
    238:23 239:12
raising 133:18
    165:15 232:6,10
ran 154:6,14 155:9
    161:1,6 162:4,11
    164:3,20 172:6
    175:9 178:7 179:9
range 53:14 188:3,16,
    24 209:18,25
rate 162:13 197:9
rates 123:16 124:21
    136:22 172:17
    198:22 232:15
rating 12:15
reach 6:25 14:6,23
    48:7,9,18 58:2
    77:4 103:9 116:7
    147:14 148:24
    152:2 159:4 205:1
reaches 106:8 145:14
reaching 16:4
read 11:19 17:17
    26:2,10 27:1,13
    40:14,20 41:3 53:1,
    4,6 59:3,9 86:7
    87:18 103:5,14
    106:21 107:7
    129:21 145:12

190:19 198:1
202:22 204:7,10,24
230:22 240:1
readily 71:19
reading 11:16 26:3
    27:2 86:18 90:17
    106:24 135:7
    145:10 204:16
real 7:19 22:16
realizing 177:21
really 16:19 84:7
    157:9 160:16
    182:19
reason 104:10 166:17
    169:17 195:10
    206:6 222:25
reasonable 65:7
    110:13 111:22
    123:25 138:12
reasonably 109:23
    218:4 222:9 224:4
    225:16,17
reasons 21:8 107:18
recall 13:16,24
    25:25 26:25 58:18
    59:2,10 60:8
    235:19 236:10,14
    237:1,5 238:20
receive 8:7 31:24
    169:16 177:9
received 146:18
recent 67:21 68:20
    222:6 229:12,15,16
    231:25
Recess 72:17 115:9
    143:8 205:13
recognize 127:13
    206:11
recollect 144:2
    144:2
recollection 13:21
    35:3 127:8,10
    145:23 152:25
    163:22 165:2
    237:25
record 4:6,10 5:7
    6:11 12:5,7,12,19
    13:10 14:24 15:9
    17:7 18:23,25 19:3
    22:18,20,23 33:11

69:12 72:14,16,19
73:24 103:23 115:6,
8,11 143:5,7,10
153:11 205:10,12,
15 240:11,12
records 11:18 12:3,
    13 186:2,8
recreational 62:13
    98:1
red 212:11
reduced 78:25 79:1,3
    122:1 125:2 136:7
    223:4
reduces 79:1,2
reductions 37:12
reenters 230:19
ref 84:2
refer 14:2 17:10,22
    48:25 163:18 230:6
    233:5,7
reference 7:15 17:12
    33:3,4 56:22,25
    62:4 66:15 67:2
    67:2 69:14 77:16,
    21,24 84:2
Referenced 23:20
    62:13 84:22 85:12
    189:5 229:20
References 35:5
referencing 49:22
    83:13
referred 19:2,23
    34:11 159:13
    206:23 207:1
referring 6:20 7:1
    11:24 18:3 33:12
    34:21 42:17 43:5
    47:25 48:18 65:8
    77:10 129:24
    135:13 170:10
    182:7 201:25
    226:11 228:2
    236:17
reflect 38:10
refresh 51:8
regarding 26:5 27:7
    36:8 77:3 207:23
    210:18 219:6 237:2
regardless 74:7
    104:3

**regards** 29:11 169:18
192:10 205:23
**regime** 15:18 189:6
200:17 203:6,17
**region** 20:12 53:15
61:14 104:23 105:8,
9 106:20 126:23
144:17 166:5,16
168:22 198:20
201:24 209:7
**regional** 26:7 27:9
47:7,17,24 48:3
**regions** 208:12,16
**regularly** 160:12
**regulate** 232:19
**regulated** 188:2,15,
21,23,25 189:7
**reinserted** 112:20
113:10
**reinserts** 112:15
**relate** 26:9 27:11
44:7 53:1,9,19
54:1 55:4,13 64:11
68:21 76:6,11,15,
22 77:12 78:14,23
176:10
**related** 15:8 146:4
237:24
**relates** 28:8,25 29:3
30:7,13,24 31:6
37:9 42:4 44:20,25
45:4,12,22,25 46:6,
23 55:2 61:3 63:20
76:20 77:22 80:13,
15 89:6,10 100:19,
23 104:15 130:5,24
145:19 180:14
200:19 202:24
217:5 219:3 222:16
233:9
**relating** 38:1 41:6
42:23 79:21 130:3
208:14
**relation** 85:3 108:5
**relative** 133:10
173:4
**relatively** 78:6
**relay** 12:16
**release** 26:6 27:8
29:9 31:7,25 32:7,

9,11,14,21,25 33:1,
10 39:22 42:2,3,14
43:6,13 44:1,20,24
45:4,20 46:6,11,17
47:3,5,12,15 54:18
63:20 64:4 70:2,24
71:6,25 93:16,20,
24 94:2 94:2,11
95:3,13,14 113:22
124:5,12,21 152:6
153:23 154:23
158:10 161:7
164:22,23 165:16,
20 166:24 167:1,15
168:24 169:9,10,20
170:4 172:17
175:25 177:9 179:9
196:20 197:8
198:13 201:24
228:9,11,17,19
232:15 238:23
**released** 28:1 35:16
39:10 91:16,25
92:16,24 93:4,8
136:10 150:18
155:21 163:12
166:13 169:23
171:2 175:7 177:22
198:3 200:23 223:8,
15 225:6
**releases** 26:6 27:8,
22 28:23 29:20
30:8,22 32:2 33:15
34:4,9 35:7,11
36:4,9,13,17,19,22,
25 37:6,23 38:6,22
39:13,18 40:5,21
41:8,15,22 42:4
43:8 45:15 101:15,
16 113:20 114:24
138:17 145:6,7
176:17 177:3 194:9
197:2,16,17,21
200:23 202:2 237:2
**releasing** 70:12 92:6,
11 93:12 114:20
124:4 154:5 164:1
166:18 167:24
168:6,19 169:11
176:15 198:6

**relevant** 51:3
**relied** 23:25
**rely** 16:3 17:2 18:18
20:14 58:22 60:20
83:1
**relying** 41:11 58:24
**remaining** 228:7
229:3
**remem** 221:17
**remember** 41:8 48:10,
21 55:24 59:8,11,
23 120:20 152:17
171:5 181:11,14,18
**remote** 116:21
**Remotely** 4:20
**removal** 129:17 135:9,
11
**remove** 136:6,24
**removed** 135:21 136:2,
11 138:8
**removing** 136:16
**rename** 7:19
**rendering** 187:11
**repeat** 179:4
**repeated** 131:9
**rephrase** 139:25
197:4
**replaced** 116:20
**report** 17:8 20:21
21:3,6,10,14,18,20,
24 22:2,7 23:16,19,
25 35:14 44:2,17
46:20,21 47:4
58:20,22 59:7,20
61:3 64:14 77:1,6,
17 78:8,10 85:24
86:4,25 87:23
104:22 107:1 108:8,
11 111:8 112:11,22
115:14,20 118:10
132:18 143:20,25
145:18 148:2,9,13,
15 149:2,5,8,12
151:5 159:6,23
162:8 173:4,7
179:14,21,24
180:24 181:5,9
184:15,18 185:6,10,
15 188:12 189:14,
18 190:5,8,14

191:1,2,8,18,23
192:6,15 202:7,19
204:23 205:9
208:23,25 213:7
226:13,15 233:6,11,
14 234:19 235:1,6,
11 236:8,22,25
237:7,10,24 238:2,
11,16,19
**reported** 101:21
**reporter** 6:11 7:12
16:22 58:14,17
59:3
**reports** 77:22 101:4,
12 238:16
**repurposing** 182:23
**request** 31:25 32:18,
22 39:2 39:2,15
93:15,19 94:2
169:16,20 225:11
**requested** 95:14
124:6 177:6
**requests** 101:16
**require** 11:5 109:13
110:16 147:2
155:14 194:10,20
199:8,21 201:9
215:23 216:25
218:15 223:10,16,
22 224:8,15,16,20
225:2,4
**required** 73:5,7 75:6
76:19 77:4 94:11
95:2,12 101:8,13
111:17 118:12
119:1,3,10,15,20
120:1,6,14,25
121:12,18 122:5,7,
16 123:8 129:6,9
153:25 154:1
192:21 194:13
196:19 200:24
201:18 204:3,13
214:25 215:12
216:14 218:21
224:23
**requirement** 122:2
123:15 168:8
169:13 234:16
**requirements** 131:17,

18 176:25 176:25
194:19 196:18
198:9 215:8 216:18
**requires** 72:22 73:22
139:15
**requiring** 168:21
**reread** 191:24
**rereading** 145:22
238:8
**res** 163:7
**reservoir** 19:16
31:15 51:17 82:11
84:4,5,23 87:18
151:15 154:7,15
162:12,24 163:7,8
164:4 168:9 169:2,
14,22 170:9,11,12
171:4,17 189:2
195:17 196:4
198:24,25 203:18
230:1,5,10 232:4,
13
**reservoirs** 19:13
20:12 84:18 96:18
103:22 106:6
138:23 144:10
154:20 176:11
178:2
**resolving** 167:22
**resource** 10:17
**resources** 10:11
**respect** 21:3 102:17
106:2
**respects** 29:9
**respond** 237:12
**response** 124:11
132:15 159:3
162:21 167:18
168:3,4 178:10
**Responsibilities**
11:15 40:13
**responsibility** 11:8
28:12 87:14 90:5,
15,20 106:9
**responsible** 11:3
37:5
**restate** 32:12 38:16
54:16 101:9 146:24
158:4 168:18
174:15 220:1

223:12,13 239:3
**restroom** 143:4
**rests** 35:21
**result** 13:1 229:24
**resulting** 17:7 18:23,
25 19:2
**results** 184:7 229:22
**retain** 82:23
**revealing** 38:13
**review** 11:17 12:2,13,
14,15 14:21 15:9
22:8 24:3 41:2
167:20 185:20
187:22 191:24
192:22 214:25
215:6,12 216:14
227:10 229:17,21
**reviewed** 16:6 23:19
34:15,19,23,24,25
85:20 186:8 206:18
229:20
**reviewing** 107:22
111:23 186:1
**reviews** 13:13
**Rhino** 121:19
**ride** 128:3
**right** 4:18,24 8:3
10:7 17:20 25:11,
12,22 26:20 27:5
28:16 29:4,5 35:22
36:4,10 39:18,21
40:15 43:24 44:17
48:11,12 49:9
50:15 51:11,24
56:2 57:4 62:1
63:19,22 67:5
68:10 69:19,21
70:9,15 72:10
74:23 76:3,6 77:14
81:22 84:4 85:2,7
87:24 88:7 92:22
94:10,16,19,20,20,
25 95:2,12 96:14,
21,24 98:18 100:19
101:6,8 102:21
105:19,23 106:2,21
108:14 109:15,20
110:19,24 111:12
115:23 118:14,16
123:1,4,18 126:5,6,

7,9,10,25 127:4,16
130:7,18 131:3
132:22 136:20
140:7 143:12,14,18
145:1,21,25 146:2
147:4 148:13,20
151:7,14,15,18,21,
22 152:3 152:3,11,
19 153:11,13
155:22 157:22
159:21 161:3 162:3,
20 164:4,12 165:10
166:12 167:23
167:23 169:11
171:14 172:6,20
173:15 174:24
175:2 176:6,24
179:21 182:14,17
183:5,14,16,22
186:9,13,24 188:16
190:20 193:3,17,19
194:3,23 195:17
196:10,14,25
197:22,24 199:8
199:8,11,14,18,18,
22,23 200:3,8,10,
13 201:1 205:7
210:5 213:10
221:15 226:19,21,
24 227:2 228:21,22
231:13,15 236:17
238:13 239:21
240:8,21
**rights** 64:6 95:20,21,
25 96:10 97:2
104:25 106:3,4
130:5,10,17,20,24
134:8,13,16,19
200:13,19 219:12,
24 220:6
**Rio** 6:24 14:17,20
15:4 20:9 27:13
45:1,9 48:1,4,10,
17 49:12,20,21
50:2,6 51:12,14,20,
20,20,21,21 52:6,
12 53:20 56:13,23
57:12,19,23 58:1,7,
11 59:4,24 60:4,10,
17,25 61:11 62:19,

24 63:2,15 65:2,3,
21,24 66:10,19
68:4 69:8 70:3,14,
25 71:8,15,24
77:19 78:20 79:8,
11,15,18,23 80:6,
18,23 81:10 82:17
83:19 87:13 90:4,
14,19 91:5 96:10,
14,24 97:10,18,22
98:1 101:5,22
104:20 105:10
107:19 108:5,14,17
109:3,12,25 110:7,
9,21 111:2,16,21
112:12,16,20
113:12 115:22
116:3 117:1,14,19
118:7,23 119:4,10,
16,21 120:2,7,15
121:1,13,19,23
122:8,17 123:20
124:17 125:9,17,22
126:13,19 128:14,
19,24 129:6,9
132:8,25 135:15,23
136:4,13,24 137:11,
15,22 139:21 140:3
142:9,14,19 143:12,
22 144:25 145:19,
25 146:6,9,18
147:14 148:24
152:23 155:1,10,11,
19 158:9,18 181:12
186:2,3,9,9,12,23
192:18 199:21
200:1 201:8 203:6,
18 205:16 207:23
208:14 209:5 210:4,
19 211:16,25 213:9,
12,19,25 214:5,15
215:2,14,21 216:1,
15,23 217:2,12,16
218:14 219:13,16,
21 220:3,10,18
221:1,8,14,20
222:1,8,10 223:2
227:21 229:14
230:19 231:8 232:7,
11 238:24 239:13,

14
**rise** 54:18
**rising** 163:21 168:5
**River** 6:24 7:2 11:7
14:6 14:6,7,8,10,
14,17 20:9 37:13
45:1,9 46:21 48:4,
11,17,18,19,21
49:1,2,12,20,21,22
50:3 50:3,4,11,12
51:1,13,14,16 52:6,
12 53:16,21 56:13
57:12,19,22,24,25
58:1,7,12 59:5,21,
25 60:5,11,17,25
61:11 62:19,24
63:3,16 65:2,21,24
66:10,19 67:24
68:4 69:8 70:3,14,
25 71:8,15,24
75:11 77:5,19 78:9
79:12,15,18,23
80:6,18,24 81:11,
21 82:4,17 83:19
84:9 85:2 87:16
88:5,8 91:1,5
96:10,15,19,24
97:10,18,22 98:1
101:5,22 103:10
104:24 105:4,10
107:6,14,20 108:5,
14,18 109:4,12,25
110:7,9,21 111:2,
16,21 112:13,16,20,
22 113:12 114:23
115:2,23 116:3,8,
12,15 117:2,9,15,
20,24 118:7,13,19,
20,23 119:4,10,16,
21 120:2,7,15,18,
21,25 121:1,5,13,
19 122:8,10,17,23
123:9,20,24 124:8,
17 125:10,18,22
126:2,13,19 128:14,
19,24 129:7,9,18
132:8 133:1 135:23
136:4,13,22,25
137:1,4,6,9,11,16,
22 139:21 140:4

141:8 142:9,14,14,
19 143:12 144:24,
25,25 145:19,25
146:6,10,18 147:1,
15 152:19,23 155:1,
11,20 158:9,19
165:8 166:5,10
167:11,21,25
181:12 186:20,23
188:1 192:22
197:14 198:18
199:2,13,15,16,21
200:1,11,14,15
201:1,8,11 205:17
206:6 207:23,24
208:11,15 209:5,6,
6,14 210:4,12,19
211:16 213:9,12,14,
20,25 214:5 215:2,
4,14 216:16,23
217:12 219:17
220:3 221:1,14,21
227:21 229:14
232:7,11,20 234:10
238:24 239:13,14
**riverbank** 84:7 85:3,
4
**riverbanks** 84:2
**Rivers** 85:21 147:8
208:15,16 212:1
**RiverWare** 19:10,12
20:14
**rocks** 14:10 212:24
213:12
**Rodrigo** 51:21
**Roma** 210:12,22
211:10,17
**rough** 240:18,24
241:2
**roughly** 50:20 86:22
114:13 153:5,7
**route** 20:4
**routine** 82:22
**Rule** 72:22 73:22
**rule-based** 19:17
**rules** 30:17 31:2,5,9
38:1 40:9 73:5,25
74:5 93:25 174:6
192:21 194:11
195:21 196:2,3

223:20
**run** 154:14 156:25
157:20 158:2,11
162:16 164:21
168:20 169:12,21
171:3,16 177:10
178:11 239:20
**runs** 43:1

## S

**safe** 222:9
**said** 10:22 25:7
34:22 41:24 45:6
50:15 68:7 85:1
94:16 96:4 99:4
108:22,24 109:18
126:8 138:1 140:20,
23 146:1 158:12
171:16 172:14,19,
25 173:1 184:24
184:24 193:9
194:23 197:5 201:7
209:10 211:7 212:9,
20 218:21 221:13
224:13 229:8 230:2,
12 234:12
**Salado** 51:21
**same** 5:20 13:13 19:6,
8 43:15 45:21 56:4
58:8 63:8 67:1
70:21 71:11,14
72:4 84:20 100:14
102:9 138:19
140:11,15,18,25
160:23 161:10,14,
19 178:5,10 190:19
220:7 241:6
**San** 4:5 51:19,20,20,
20
**satellite** 16:12 18:5,
12 19:5 234:12
**satellites** 17:6
233:2,23 234:13
**save** 20:6
**say** 9:16 13:3 16:22
18:25 20:10 28:18
31:19 32:18 33:2,6
36:5 37:17 38:17
40:18 45:11,24

48:10,17 53:17
56:9 57:23 58:1
61:13 62:10,17
65:6 68:1 83:12
84:14 86:22 90:16
92:5 96:2,5 98:21
102:5 103:2,7,25
104:21 106:17,23
107:2 108:15
110:18 110:18
112:3 116:13
117:16 118:16
127:9,15,17,18
129:16,23 135:7,11
138:20 141:15
142:1 147:7 148:22
152:16,20 154:19,
22 158:15,17 162:8
165:5 166:23 167:5
169:5,18 171:7
173:9,18 175:3
176:21 178:12,17
179:3 180:4,23
182:6 185:4 186:11
187:8,11 188:20
189:22 190:18
193:1,8,10 194:24
197:20,23 198:2,16
209:2 212:12 213:3
223:13,19,25 224:3
225:15 228:16,18
229:25 232:9
239:13
**saying** 19:18 103:11
124:11,18 135:18
182:12 189:1
199:20 207:14
231:10
**says** 25:23 36:7,11
42:2 47:7,17 52:23
55:6,12 73:13 77:7,
11 79:6 89:4
106:12 108:9,11
137:3 144:14
146:14 148:23
151:21 188:13,18
193:16 212:11
224:1,10
**Scan** 208:19
**scanty** 208:16,19,20

209:7,11,14
scenario 15:7
schedule 75:9
scheduling 73:5,13
schematic 111:23
schematics 44:12
school 88:12
science 8:3,5,7,13,
  16,23 9:5 10:13
  16:24 209:22
  239:18
scientific 14:25
  155:16
scientifically
  172:16
scope 97:5 159:7
  224:10
screen 7:21,22 11:17
  12:23 20:25 23:20
  25:18,19 26:19
  49:5,13,15 52:15
  81:24,25 86:1
  115:12 151:2 208:8
scroll 50:22
search 59:12,14
season 140:8
seasonal 198:17
  200:25 201:4
seasonally 138:17
  231:14
second 24:24 33:13
  49:8 67:12 87:9
  114:13 144:14
  153:3,7 187:23
  188:7,13,21 202:22
  203:2,5,14,14
  204:25
section 7:2 11:2
  14:2 17:10,23,25
  18:3 23:19 24:3
  26:2 27:2 43:4
  46:20 52:23 59:21
  59:21 66:23 68:3
  85:15 86:6 102:25
  110:7 111:3 114:23
  115:1,18 124:8
  143:1,21,22,24
  144:4,6,6,7,24
  145:4,17,22 146:22
  148:1,3,7,9,10,13,

15,16,22 149:2,5,6,
  8,9,12,13 159:21,
  23,25 179:14
  179:14,16,20,23,24
  180:24 181:3 181:3,
  4,9 184:15,18,21,
  24,25 185:1,5,9,11,
  15,18,25 187:17
  188:1 189:14,16,19
  190:7 190:7,8,13,
  14,23,25 191:6,7,
  17,18,23,24 192:3,
  4,6,15 194:6
  197:25 202:7,9,13,
  18 203:24,25 204:7,
  23 206:22 208:10
  222:21 229:21,23
  238:16
sections 77:5 118:12
  137:22 148:18,20
  157:11 180:3 190:4
  191:12,15 206:6
  238:25
security 225:24
see 7:20,22 8:12
  11:16 12:22 20:5,
  24 23:20 25:9,18
  26:19 29:16 37:20
  47:6 49:13,15,24
  50:9,11,14,19 51:1
  79:8,9 81:23,25
  82:1 85:25 95:12
  105:24 106:2,13
  132:19 140:22
  140:22 143:22
  145:15 148:14
  151:2 156:25
  156:25 160:15
  163:12 169:4,17
  170:6 179:22 181:8,
  10 185:8,19 189:15
  190:6,24 193:25
  197:25 200:19
  203:19 204:5,18
  207:18 227:5
  231:18 234:20
  235:1,2,6,7,22
  236:16 238:12
seeing 25:25 26:25
seems 65:7 110:12

161:4 194:21
seen 17:25 25:24
  26:23 83:17,23
  206:13 207:21
  207:21 208:1,25
  212:17 236:11,20
segment 20:9 50:2,5
  51:3 75:11 227:21
  229:14
selling 61:15 183:8
sense 28:10 41:1
  54:3 63:23,25
  71:17 75:23 84:4
  99:7 136:8 140:6
  141:4,11 171:15
  177:3 180:9,14
  196:15 197:9
  199:10 225:9
  232:20
sensor 12:8 156:7
sensors 16:16
sent 22:2 169:20
sentence 135:8
  138:14 144:13
  145:5 187:12 188:4,
  5,11,17 189:21,24
  190:3 197:24
  200:21 201:17,20
  202:25 203:10,20,
  25 204:6,21,24
  231:16 237:21
  238:8
sentences 236:7
  237:23
separate 61:21
Separately 97:8
Serves 11:17
Service 17:1
services 61:8,10
  62:18,23
set 154:3 158:13
  182:17 213:8 226:6,
  8,10,12
sets 157:4
seven 25:9
several 4:16 13:18
  58:19 65:5 151:24
share 25:17 208:8
shared 81:23
sharing 20:18 49:5

115:12 206:8
**She's** 240:2
**ship** 119:16,21 120:2,
  7,9,11 121:7,9,10
**ships** 119:4 121:12
**short** 238:11
**shorter** 57:15 91:2
**shortly** 78:11
**should** 11:16 96:8
  146:24 184:24
  188:20
**shouldn't** 140:23
**show** 26:16 168:10
  208:3 231:5
**showed** 127:14
**showing** 25:13 49:11
  52:20 168:14
  186:18 208:4
  215:24 216:25
**shows** 188:7,13,21
  189:8
**sic** 26:7 47:17 94:6
  103:1
**side** 51:23 70:22
  84:23 95:7 105:16,
  18,21,25 106:1
  150:4,5 153:8,16,
  21,22 154:4,25
  160:19 161:18
  175:13 176:8,9
  215:7
**sign** 167:18 240:1
**significant** 22:13
  48:6
**significantly** 125:2
  138:9 186:3,12,23
  187:5,7,10
**silent** 98:20
**silently** 86:8
**silt** 228:6,7,10,14
  229:3
**siltation** 229:6,8,11
**silted** 227:25 228:23,
  25 229:1
**similar** 18:21 67:3,6
  70:22 87:22 93:6
  95:10 159:5 160:25
  187:18 227:24
**similarly** 11:24
  94:24 101:16

233:17,24
**simple** 198:10
**simply** 149:24 218:19
  222:16
**simulate** 19:16
**simulation** 19:15
**simultaneously**
  161:18
**since** 28:18 31:10
  49:9 66:13 67:22
  69:11 91:17 92:19,
  22 93:3,6,7,11
  98:17 106:14 123:1
  123:1 138:15
  160:21 192:21
  210:7
**single** 209:20,21
**single-motor** 234:19
**sit** 162:16 178:3
**site** 15:12 16:8
  66:21 68:12 107:22
  107:22 122:19
**sitting** 5:21
**situation** 20:3 28:4
  31:4 35:22 71:14
  138:7 156:15
  177:21
**situations** 35:19
  237:9
**six** 117:16 161:1,2,6
  163:22,25 165:7
  166:2 174:3
**size** 118:13,17 210:9
**sizes** 127:24
**skills** 89:5
**skim** 144:1 145:13
**sky** 212:11
**slope** 14:8 14:8
**slow** 9:19 14:11
  43:17 74:9 145:9
  188:9 208:7
**small** 18:5 20:12
  72:12 107:2 109:14,
  17 110:23 111:1
  115:21 118:4 120:7,
  9,10 121:7,9,9
  128:20,25 153:13
  203:16
**smaller** 106:19
  121:12

**software** 15:20 16:4,
  7 17:9,16,17,20
  18:2,10 19:11,12
  20:1,15 158:22,23,
  24
**solely** 35:21 39:22
  95:15 102:16
**solved** 14:16
**some** 14:22 16:14
  22:25 35:22 41:5,6
  44:15 51:22 55:16
  59:3,23 60:7 84:12,
  13 86:9 107:14
  116:16,19 137:7
  144:8 147:4,9
  156:10 158:13,21,
  22 164:7 166:17
  182:3,24 184:8
  215:5 226:10
  232:21 233:19
  239:18
**somebody** 58:14
  104:21 212:20
**somehow** 212:20
**someone** 95:10 146:5
  212:11
**something** 20:11
  61:16 63:12 83:21
  94:5,22 96:16
  99:12 112:9 147:7
  168:15 172:15
  184:2 197:1 215:10
  217:4 232:22 239:5
**somewhere** 96:6
**Sorry** 8:11 10:20
  15:25 26:12 29:2
  41:19 43:11,16
  45:17 47:20 49:15
  55:23 56:7 57:15
  63:7 67:18 69:24
  90:16 96:3 114:1
  123:12 124:11
  126:2 131:10
  132:12 142:5,11
  143:3 145:11
  161:22 166:22
  168:11,13 171:9
  172:4 173:18
  175:18 179:3 197:3,
  24 200:6 204:5,9

207:8 220:1 226:16 228:13 229:8 230:2, 4 240:3

**sort** 14:9 55:16 104:23 105:4 107:14 121:4 124:9 147:9 158:13,22,22 167:25 213:3 215:4, 5 219:3 228:24 232:21 239:18

**sorts** 10:14 63:22

**sounding** 149:1

**sounds** 57:6 197:19 241:7

**source** 210:14 211:12

**South** 16:14

**speak** 61:16 62:15 130:15 163:17 178:4 180:13 195:3 201:5 214:8,23 220:8,15,22 221:4, 23

**Speaking** 93:23 147:16 198:25 217:19

**speci** 114:18

**specialized** 40:19 88:25 89:3,5,9,14, 19

**specific** 14:19 15:5, 18 17:22 29:17 30:15,24 40:10 48:9,16 49:18 50:4 58:3 80:13 105:8 108:20 117:17 121:15 122:5 126:24 129:4,12 135:25 137:22 139:17 145:14 146:13,17 154:10 155:14 170:1 187:5 196:3 214:8 216:18 219:10 233:25 234:18

**specifically** 7:1 15:12 33:12 45:22 48:18,25 53:14 77:1 79:19 83:13, 20 85:11 96:8 98:18 113:8 117:8

126:22 127:17 129:24 130:14,19, 25 135:13 143:21 146:11 147:16 150:20 163:17 168:5,25 191:13 199:14 200:19 209:10 215:9 217:19 221:11 222:5 223:25 227:13

**specifications** 118:25

**specifics** 36:15 121:3 122:4 128:22 131:20 132:3 137:13 138:3 138:3 144:12 147:23 155:13

**specifies** 31:1 40:8 130:13

**specify** 6:25 57:24 97:20 114:19 119:6 152:1 155:2

**specifying** 95:4

**speculate** 100:25 101:1 123:14 127:15 141:24 157:17 217:4 218:6 223:6 224:7

**speculating** 139:24

**speculation** 149:24 177:17

**speculative** 217:24

**spell** 159:14

**spent** 22:14

**spilled** 230:22

**spillway** 151:10 152:3

**spirit** 212:2

**split** 174:5

**spoke** 63:7

**spoken** 57:17 58:5 60:9

**spreadsheet** 162:17 178:3,11

**spring** 51:23 145:7

**stable** 139:15

**stage** 12:15 66:25 67:19

**stage-discharge** 15:9

**stakeholders** 28:13 40:11 101:19 160:12 177:6

**standards** 94:4

**standing** 75:20 210:15

**standpoint** 17:5 29:22 37:19 53:13 96:17 138:22

**stands** 33:13

**start** 8:16 21:4 27:19 52:18 66:8 86:6 108:23 109:2 126:2 158:12 164:10,18 175:4 186:6 202:12,17 228:4 232:2

**started** 7:9 8:12 13:15 59:19 81:22 104:7

**starting** 46:9 143:1

**starts** 162:20

**State** 4:14 5:7 94:15 105:14 130:15,20 137:25 145:6 168:1 170:3,17 171:9,13 177:16 184:12 186:2 202:10 203:5, 15 238:10

**stated** 6:14 131:2 197:19 237:23

**statement** 21:7 42:20 46:3 54:4 77:23 135:14,18,20 137:3, 12 138:12 138:12 170:7,25 175:15 186:4 188:1 192:16 205:4,5,18 208:11, 14,17 209:3 210:10, 15,20 211:2,8,13, 21,23 212:6,8,14, 21,23 213:3,14,23 231:16

**statements** 42:12 53:23,24 77:3 179:16,17,25 180:1 211:5

**States** 4:3,19 30:1

95:16 98:9 100:9
105:13 130:19
150:11,12,13 170:2,
25 175:13 176:2
207:22 209:14
215:6 223:11,17,24
224:16
**static** 167:7
**stating** 54:11 192:24
202:16
**station** 118:1,3
**stations** 146:14
**statistical** 10:19
**steady** 168:1
**steel** 116:10,14
117:3
**step** 112:5 112:5
161:22 216:7
221:18
**steps** 13:13
**still** 6:15 131:1
174:23 195:17
199:7 226:7 240:23
**stipulate** 73:12
**stock** 133:18
**Stone** 4:13
**stop** 54:11 134:9
135:10 149:19
186:6
**stopping** 72:12
**storage** 28:3,8 43:3
169:1 172:13,17
174:23 194:18
197:21 198:3
200:22 228:7 230:1,
5,6,9
**store** 31:13
**storing** 31:8
**story** 58:15
**straighten** 137:6,9
**stream** 11:18,19 12:3,
4,6,15,22,25 13:1,
6,8,14,14,18,19
14:1,5,13,15 15:5
19:13 96:19 105:22
146:22 186:16
188:8,14,20,22
**streams** 47:25
**stretch** 53:20 57:18,
21 58:3,6,11 59:4,

24 83:18 87:16
91:1 107:6 109:25
110:11 112:18,24
113:3,5 114:15
118:19 120:17,21,
25 122:10,14,16
123:9,20,23 124:16,
25 125:4,9,10,23
126:13,14,19,20
143:15 145:19
147:1,4 155:19,24
158:9 167:20
192:21 198:17,18,
23 199:3 201:1
205:25 210:4,22
211:9 214:10,13
**stretched** 116:14
**stretches** 121:5
**strike** 23:22 31:16
34:17,18 44:21,22
45:18 52:17 54:23
61:8 64:22,25
66:17 68:14 69:5
76:12 77:9 80:3
85:6 91:1 97:15
99:13 101:25
102:20 106:24
108:10 111:10
113:1 116:1 130:5
160:3 161:1 174:12
175:3,5 189:11
206:24 208:12
215:19 216:6 230:4
**structure** 28:25 29:3
43:25 107:15 109:8
112:7 116:9,23
117:18 136:15,17
150:3 189:6
**structures** 138:10,11
142:9 146:4,17
147:20
**studied** 44:12
**studies** 10:17 157:15
214:25 215:12,16,
24 216:13,25
**study** 10:10 14:25
123:23 155:14
206:15 207:22
208:5,6,11,13,14
216:4

**stuff** 15:1 22:9,10
217:6
**subject** 11:22,24
17:14 18:1,15
56:17 59:11 80:1
87:12 89:25 131:17
135:4 183:25
194:14 209:7,11,14
222:14 224:12
227:10
**subjective** 187:10
189:25 190:2,21
203:10,21
**subjects** 238:5
**submittal** 86:25
**subset** 98:19
**substance** 24:14
**substantial** 215:25
217:1,15
**substantially** 223:3
**such** 40:12 75:6,9
117:10 144:21
146:5 157:16
163:21 169:9,10
183:7 195:6,11
196:20 214:21
216:20 224:3,21
225:16 233:18
**sufficient** 69:20
109:23 110:20
111:19 197:21
198:3 200:22
**sufficiently** 126:12
**suggest** 227:7
**suggested** 223:18
**Suite** 4:5 15:23
**sum** 94:21
**summarize** 21:15
**summary** 194:21
238:11
**summer** 145:7
**sunny-day** 64:17
**sunset** 207:17
**supp** 86:3
**supplement** 22:4
74:11
**supplemented** 22:2
**supplied** 237:23
**supplies** 18:13
**supply** 10:12 36:5

104:1,2 139:3,9,11
140:9 141:25
154:21 225:22
**supplying** 63:24
**support** 21:15 27:12
79:7,11 80:5,17,23
81:10 192:11
**supposed** 149:19
**sure** 32:13,14 36:7
42:8,10 47:8 48:14
50:8,23 71:21
75:16 95:5 101:10
102:6 110:5 127:1
128:2 136:18
139:19 144:1
149:18 164:8
168:12,14 174:15
183:8 229:8 234:13
235:22,24 236:16
**surface** 10:12 14:9
68:22 156:9,10
158:25 173:11
174:19
**survey** 229:2,13,21,
22,24 230:11
232:24 233:3,20,22
234:6,7,15
**surveys** 229:17 233:1,
5,8,8,10,13,16
**suspended** 116:23
**sustain** 139:5
**swear** 4:23
**switch** 20:18 85:23
166:23,24 176:7
182:15 226:5
**switched** 164:7
**switching** 182:14
**sworn** 4:25 5:2
**Sycamore** 51:19,22
**synonyms** 66:25
**system** 16:10,17
18:11 19:4 33:9
69:11 144:10 156:6
**systems** 16:16 19:16

---

**T**

---

**Table** 49:2 81:21
**tainter** 151:7
**take** 5:25 6:1,5 22:7

37:8 42:25 72:12,
13,13 112:4 113:19
114:7 156:16
161:22 162:11
175:21 176:22
177:12 205:8,10
234:3 235:15
**taken** 37:12 214:10
**takes** 96:18
**taking** 40:11 97:22
122:21 132:17
141:9
**talk** 64:23 84:13
85:23 104:16 111:7
150:1 166:25
226:10 235:5
**talked** 42:6 152:17
170:8 189:10,12
202:5 206:15
**talking** 77:13,18
84:8 95:15 105:9,
18,20 117:8 124:13
126:24 143:15
145:15 146:23
153:4 159:4 164:10,
11,12,13 166:5
169:10 196:23
198:18,19,23 199:1,
5 210:5 228:13,16,
17 231:23 233:8,10
234:9 235:23
**tanker** 119:11
**target** 155:7
**TCEQ-issued** 199:18
**technical** 110:2,14,
16
**technicians** 82:18
**technology** 12:8
234:13
**telemetry** 19:5
**tell** 11:15 26:3 27:2
57:25 67:11,13
71:23 75:11 125:16
127:23 237:25
**telling** 38:20
**ten** 69:9,10 94:23
110:15,19 151:19,
25 172:19 230:19
**ten-twenty** 173:1,2
**ten-year** 69:13

**term** 6:19 16:21
187:10 190:22
228:18,19
**terminology** 65:3
**terms** 6:20,24 28:2
31:2 38:24 39:1
67:19 84:13 84:13
122:3 124:4 147:16
163:21 168:4
174:18 200:13
**Terrible** 85:7
**testified** 5:2,9
10:22 28:14 76:4
108:8 134:12
166:14 171:2
**testify** 5:17 26:4
27:6 36:5,8
**testifying** 5:20
13:20 27:15 50:2
52:24 81:15 222:17,
19,22
**testimony** 13:17 24:4,
8 34:2,3,7 39:8
41:14,15,17,19
46:10,11,14,16,16
52:4,5,8 71:14
75:8 76:23 79:17,
21 81:3,4,5,7
100:6 102:12 147:3
170:20 171:12
180:19 209:13
222:16 229:18
237:21 238:5
**Tex** 130:4 178:7
**Texas** 4:14 5:21 30:2
31:18,22 37:6 37:6
37:6 59:16 64:15
70:22 83:7,14 95:4,
19,22 96:6,8 101:5
104:23 105:15,17
106:5 130:5,15,21,
24 144:15 169:17
170:3 171:25
172:10,17 173:17,
21 175:3,5,10
177:11 177:11
178:8 179:10
186:16 203:18
205:17 224:21
224:21 225:10,11,

12,12 230:20
**Texas's** 130:9 172:6
**than** 13:6 24:2 42:6
44:22,25 45:8
54:22,23,24 57:15
58:2 59:22 62:12
80:15 81:13 81:13
91:2 98:5 107:23,
24,25 108:2,22,24,
25 111:25 118:4
134:24 154:15
164:22 171:5 172:6
174:14,16 189:9,10,
12 190:2,21 191:12
202:5 204:20
**Thank** 16:2 22:5
26:15 51:10 56:11
76:1 86:17 114:4
124:20 142:7
149:21 164:17
169:8 207:18 240:2
**Thanks** 76:1
**that's** 11:3 12:9
14:4 16:11 18:6,7,
12 19:23 20:3 22:9,
12,12 25:23 29:13
30:3 31:15 38:20
40:12 43:4,9,11
45:22 46:3 48:5
51:10 61:14 64:1
66:22 70:8 74:5
77:14 82:4 83:23
84:3,6 86:5,14
98:20 106:22
107:13,18 111:6
113:8 116:9,14
121:23 127:20
130:16 133:6 135:4,
18 138:21 146:25
147:10 148:21
149:24 151:10
153:3,10 157:5
158:23 161:12,15
162:20 163:22
164:15,16,18
165:14 166:18
172:22 174:7
176:21 180:18
182:20 184:11
184:11 187:10

187:10,22 188:18
192:2 193:19
193:19,21 196:11,
12 198:11 199:25
200:1 204:15 205:4,
5 209:19,22 214:10
224:13,14,23
225:13 226:1,17
234:2,10,15 239:25
240:5,18
**their** 28:10 30:4
32:5 33:9 35:25
45:4,12 60:19 64:6
70:21 73:4,7 74:10
75:1,2,16,20 95:20
97:2 109:20 113:24
114:3 135:6 159:7
176:17 178:12
215:7 225:23
**themselves** 4:10
**then** 16:18 17:6
18:13,22 20:6 28:4,
8 30:2,13 31:5
32:23 33:8 34:24
37:8,15,18 38:13
43:2 56:20,22
64:17 67:23 68:21
69:15 74:17,20
75:19 78:11 86:8
94:1,7 95:18 99:1
101:16 103:7 104:9
105:13 106:8,9,23
112:15 113:22
115:2 116:11,24
124:7 125:8 126:10
136:10,11,16,17
140:9 153:9 156:12,
14 157:23 158:21
159:2 164:11 165:8,
21,24 167:22 168:1
174:19 176:2 177:4
183:7,18 187:8,24
192:16 193:5
194:12 196:18
197:11,17 203:7
230:3 231:4 232:18
234:11
**theoretically**
176:10
**theory** 183:13

**there** 6:5 11:22 12:7
13:5,9,10 16:21
18:10 27:5 31:5
32:9,14,19 34:8
36:18 38:20,24,25
41:5 42:10,11 45:7
49:18 55:6 57:8,10
59:2 64:24 65:1
74:4 77:25 81:14,
18 82:19 85:3
91:23 93:15 95:6,7,
7 97:21 100:18
104:24 105:1
106:14,23 107:2,19
109:22 111:1
112:23 114:25
115:25 115:25
116:2,7,16,21
117:14 118:2,6,6
122:20 123:14
124:25 126:2 127:4,
16 131:21 134:7,9,
12,16,19 135:10
136:9 140:7,9
144:13 147:3 150:6,
8 152:25 157:4
157:4 159:24 161:2
164:7 166:19 167:6,
7 173:13 174:25
175:16 177:21,22
180:17,23 181:8
182:12 184:1,12
185:3,4 188:17
189:9,13 190:3,22
191:13 191:13
193:22,23 194:22
195:6,25 196:18
197:6 200:8,12,16
201:13,25 202:3,6
203:3 204:22 206:3,
4 208:11,14 209:18
210:3,10 211:8
214:14,20 215:18,
20,24 216:21,25
217:10,14 218:7
219:4,12 221:25
221:25 223:19
226:18 230:9 231:5,
10 232:1 232:1
233:14,23,24 240:4

**thereabout** 25:8
**thereabouts** 161:21
  172:13
**therefore** 211:23
**therein** 145:18
**there's** 11:5 14:18
  16:12 30:15 31:9
  37:11 38:2 44:15
  51:22 68:8 84:6
  99:3,6 105:11,23
  107:23,25 108:2,22,
  25 116:13 118:2
  147:11 148:6 168:3
  174:6 179:19
  179:19 187:4
  195:16 197:2 201:9
  210:20 227:11
  228:6 239:9
**these** 12:16 23:22,24
  27:11,20 38:10
  52:25 53:9 55:4,13
  74:12 82:2,9 104:5
  107:4 108:13
  118:12,18 133:4
  139:4 141:22 142:3
  144:16 145:7,16
  151:7 152:18 204:3,
  14 234:17
**they're** 42:17,23
  61:21,25 74:7,17,
  23 82:8 180:1
**thing** 16:6 19:6,8
  67:1 74:4 98:4,20
  116:16 138:19
  140:18 144:2
  168:13 190:19
  230:2 240:14
**things** 10:21 14:7
  23:14 29:14 43:2
  63:22 99:9 104:3
  111:24 120:18
  135:19 138:24
  140:15 141:18,22
  142:3 147:8,11,12
  152:18 155:25
  172:18 187:19
  205:24 219:3 234:4
**think** 22:13 50:24
  52:2 63:14 64:9
  74:16 75:23 79:16

106:13 108:24
118:9 124:21
131:24 134:12
139:19,20 159:21
163:14 164:6
166:18 167:2
172:12,25 176:7
177:12 178:14
182:11 183:12
189:17 205:9
216:18 226:12
229:11 232:5
234:14 238:2 240:4,
5,18,20
**thinking** 63:18 64:2
  182:19
**third** 25:3 197:24
  226:16 227:1,5,12,
  15,20
**thirteen** 113:18
**thorput** 162:25
**those** 6:20 10:14
  11:8 13:10 15:13
  20:6 28:12,13
  29:23,24 30:5,20
  34:16 36:21,22
  37:12 38:4 41:11
  42:12 48:14 52:1
  60:20 66:25 72:25
  73:8 76:24 77:4
  77:4 83:20,25,25
  84:21 85:8,13,17
  98:6 100:16 101:16
  104:11 106:10,11
  117:10 131:18
  136:19 138:10,11,
  24,24 140:15
  144:22 146:16
  147:8 148:20 151:8
  152:10,13,15,21
  165:23 177:3 177:3
  183:20 185:24
  191:14 197:10
  201:14 202:3
  205:23 212:2
  213:15 218:10
  219:3 224:25 226:5
  229:23 232:17
  237:6,13
**though** 141:21 143:14

144:23 171:13
186:6
**thought** 63:12 159:19
  181:13,17 183:4
  190:19
**thousand** 231:6,7
**three** 16:12 24:11
  25:6,7,8 70:4,15,
  19 71:1 72:1,20
  127:4 165:4 174:2
  226:20 239:14
**threshold** 37:16
**thresholds** 43:2
**through** 18:22 19:4
  20:5 21:3 27:20
  30:4,19 32:10,16,
  25 33:22 59:16
  65:9,12,15 68:2
  78:10,11 87:23
  94:7 99:2 100:15
  113:19,23 118:12
  144:5 145:12
  150:18 152:7 153:8
  154:6 156:2 162:25
  166:11 169:23
  170:3 176:8,9
  180:3 191:12
  202:11,17,22 205:9
  208:12,16 209:7
  218:10,16 219:7
  224:18 230:8,21
  240:14
**throughout** 239:14
**throughput** 162:25
**tight** 75:7,9
**time** 13:24 14:14
  15:12,18 20:8 22:9,
  14,19,22 24:18,20,
  24 25:3 28:15
  59:23 60:7 63:8
  68:6,21 69:20 70:6
  72:18 82:18 83:24
  84:12 86:23 87:22
  103:24 115:7,10
  118:9 143:6,9
  161:10,14,19,22
  164:2 165:3 172:15
  178:5 203:7 204:10
  205:11,14 209:19
  214:20 221:5 227:9

228:6 231:25
233:24 234:10
240:10
**timeline** 75:7
**times** 24:10 56:24
91:15 142:20 210:3,
9
**title** 95:11
**today** 5:17,19,21
24:5,8 72:10
124:14,18 125:10
145:20 178:13
211:2 222:19
236:11,19
**Today's** 4:1 240:25
**together** 203:12
**told** 23:15 120:21
160:4
**too** 156:11 241:6
**tools** 20:4
**top** 27:19 109:9
121:25 173:20
**topic** 29:11 55:7
59:7 61:4 78:16
221:4
**topics** 10:14 27:16
29:13 81:13 195:24
**topobathymetric**
229:13,17
**topobathymetry**
233:23
**topographic** 229:24
**topography** 156:1,9
**total** 22:8 25:10
128:6 128:6 150:8
231:18,21
**towards** 8:22
**traffic** 118:22
**training** 89:14
**transcript** 74:11,14,
15 75:17 240:17
**transfer** 102:2,8
**transferred** 207:15
**translates** 174:19
**transmission** 16:20
18:4
**transmitted** 17:6
18:7 19:4
**transmitting** 66:7
**transport** 129:1

**transportation**
129:10
**transported** 61:10
62:18,24 116:17
**travel** 118:22 122:11
165:8
**traveled** 59:20
**traveling** 116:24
**travels** 59:21
**traverse** 107:6
121:23 122:23
123:19 124:7,15
**traversed** 106:21
**treated** 56:20
**treaties** 211:25
212:3 216:19
223:23
**treating** 218:19
**treatment** 56:21 61:4
**Treaty** 11:4 30:13,15,
17 31:1,15 37:25
40:8,15,20 56:20,
25 57:9 61:3,18,22
62:8 87:12 88:15,
17,21 89:2,4,7,11,
16,21,25 91:7,10,
18 94:1,7 97:4,5,9,
12,14,16,25 98:4,7,
17,20,22 99:16,19,
24 100:3,8,20,24
101:24 102:1,7,10,
14 103:3 105:3,12
106:12 129:25
130:3,9,12,18,23,
25 131:2,5,6,13,22
132:1 133:5 134:3,
6 146:14 168:8,21,
24 169:13 192:10,
13,19 193:2,7,14
194:12 195:7,25
196:1,3,8,8 200:3
204:2,13,17 223:18
224:1,10 226:19
227:4,7
**trees** 14:11
**trial** 157:2
**Tribune** 59:16
**tributaries** 48:1
103:13 115:1
232:17

**trigger** 59:13
**trip** 197:1
**truck** 129:1
**true** 23:15,17 35:15
138:8 142:18
165:14 181:25
182:7,16,18,18,20
184:4 201:3 219:16
232:25
**truthfully** 5:17
**try** 113:23 197:8
**trying** 29:15 38:18
39:4 166:12
**tur** 177:3
**turbine** 161:13
**turbines** 32:21,25
153:8 164:11,12,13,
14 177:1
**turn** 176:17
**twelve** 113:17
**Twice** 57:2,4
**two** 13:3,21 16:12
19:15 25:9 28:9
42:12 61:4 75:12
78:1 91:22 94:7
99:1,3,6 130:13
131:14 150:15,19
152:11,13,15,21
154:6,13 155:21
164:20 165:23
173:14 175:2,6,23
176:15 177:6
194:14 195:11
202:3 205:2 223:21
224:2,11 226:20,23
**two-minute** 143:4
**type** 79:23 80:9 81:1
119:8 122:5,22
156:6
**types** 146:2
**typical** 201:21
**typically** 120:19
153:4 224:17
**typo** 188:17,19

---

**U**

---

**U.S.'s** 106:1 170:10
**Uh-huh** 7:8 17:21,24
24:21 29:18 59:18

65:13 78:3 83:22
95:17 107:11
113:11 124:19
150:1,21 151:6
154:9 156:19 158:8
159:16 160:7
163:19 166:7
171:23 174:1 177:8
193:12 196:24
200:9 202:23 220:2
223:14 228:15
229:12 231:24
232:10 234:8
**unaware** 142:23
**uncertain** 208:16,20
209:8,11,15
**uncertainties** 239:9
**undefined** 137:1
**under** 5:15,20 11:2,
14 13:3,21 17:13
27:2 28:3 30:1,2
61:18 62:8,11 86:6
98:6,19 100:7,20
101:19,24 102:1,6,
13,25 106:17 133:5
134:1,8,11 135:3
146:13 154:18
166:8 167:24 170:5
183:12,13 185:23
192:22 194:6
197:25 200:17
201:21 224:3
225:15 227:4
**under-inundated**
234:10
**undermine** 225:24
**understand** 5:19,23,
24 6:4,9,13,20 7:1,
4,6 8:2 29:15
31:18,19,22 33:23
39:4 51:5 55:15
65:11 66:8 79:16
83:15 112:11
124:10,20 134:10
166:12 176:13
184:25 187:9
236:24
**understanding** 35:20
37:11 39:12 42:16
43:11 48:13 62:6

85:12 199:19 207:2
209:17 222:24
**understood** 32:13
**unit** 176:20,21
**United** 4:3,19 30:1
95:16 98:9 100:9
105:13 130:19
150:11,12,13 170:2,
24 175:13 176:2
207:22 209:14
215:6 223:11,17,24
224:16
**units** 153:6 176:24
**unless** 6:25 54:13
57:24 73:11
**unlikely** 88:3 125:3
126:25 155:8
156:23,24
**unquote** 208:17
**unstable** 140:5 141:2
**until** 75:12 158:11
169:21 177:10
178:7 178:7
**upload** 20:19
**upon** 14:21 15:9 28:9
185:20
**uppermost** 168:9,22
169:14 196:4
**upstream** 31:11 51:14
77:25 78:5,7 103:9,
23 104:17,19,23
144:15,24 150:4
189:4 230:20
**uptick** 208:7
**urban** 159:7
**US/Mexico** 225:23
**usages** 126:1 190:16
199:6
**use** 6:19,20,24 11:23
15:14 19:20,21,22
20:4,7 21:23 27:12
28:10 30:15 31:6,8,
13,17 32:1 33:11
39:14,17 50:12
66:14 67:21 79:7,
10,23 80:5,9,17,22
81:2,9 83:11 94:24
95:25 96:1,11,25
102:22 103:4 104:2
104:2,3 107:22

112:24 121:4
129:24 130:2,18
134:20 135:1,3
142:14 144:16,21
153:4,9,17 169:1
176:4 177:4 181:16
182:2,22 183:19
189:25 190:2,21
192:1,17 193:6,9,
15 194:17,19
197:13 198:9 199:5,
7,10,18 200:8,11,
24 201:18 203:10,
21 204:25 205:3
208:19 221:14,15,
20 232:15,25
234:11
**used** 12:16 14:25
15:20 16:17,19,21
17:8 19:13,14
21:15 31:3 33:3
36:20 61:15 63:24
90:8 95:20 101:21
107:15,18 116:9
121:23 133:12,13,
14,17,20,23 134:5
151:11,13 156:8
158:23 183:6
198:12 228:20
232:24 233:20,25
234:14 236:9
**user** 30:4
**users** 130:21 135:6
141:25 182:3,24
184:7 200:25
201:19,24 205:3
**uses** 19:25 63:25
87:13 90:4,14,19,
21 91:8,9 95:20
101:5,13 133:5,7,
15,24 134:1,2,5,8,
25 135:4 156:7
193:3 197:10 201:5
202:3
**USIBWC's** 27:11 79:7
**using** 12:18 16:7
33:4 68:12,22
69:14,15 116:11
156:12 157:24
176:12 177:23

233:21
**usually** 99:8 118:2
   138:18
**utilize** 175:17 182:3,
   24 184:8
**utilizes** 122:12

**V**

**Vacas** 51:20
**vague** 7:6 94:17
**value** 231:7
**values** 19:3
**valve** 175:18,19
**valves** 43:2
**Vanessa** 240:3,19
**variability** 189:8
**variable** 209:12,19,
   23,24
**variance** 186:15,20
**varies** 165:6,9
**various** 63:25 107:18
   237:2
**vary** 186:3,12,20,23
   187:9
**varying** 187:5,6
**vegetation** 205:23
   206:7
**velocity** 141:5,6,13
**verbatim** 236:10
   237:25
**verify** 15:13 50:7
   57:6 213:2
**version** 86:10,11
**very** 24:20 43:24
   44:6 44:6 48:5
   66:5 67:3 111:11
   145:13
**vessel** 55:16 121:9
**vessels** 128:20,25
   129:10 218:9 219:7
**video** 4:2
**visit** 142:19
**volume** 197:9 198:14
**volumes** 43:3 182:4,
   25 183:15 184:8

**W**

**wait** 78:11 94:14

95:6 170:15 170:15
177:14 177:14
196:1
**want** 7:14 21:2 22:24
   31:14 32:23 49:21,
   24 51:9 57:6 65:14
   74:19 81:19 86:6,
   13,22 102:21,22
   110:1 118:18 121:8
   138:20 140:8
   141:12 143:19,21
   146:5 154:4 156:2
   158:17 162:15
   165:10 167:19
   184:14 184:14
   192:3 198:11
   201:17 202:10
   226:16 231:15
   234:17 240:13
   240:13,14,16,23
**wanted** 33:6,7 146:6
   155:18 159:19
   182:14
**wasn't** 127:1 149:18
   168:12,14 204:9
**waste** 198:11
**wasting** 198:15
**Water** 6:21 10:11,13,
   13,17,18,23,25
   11:2,4,10 12:9,17
   14:11 17:15 17:15
   19:16,24 20:5 26:6,
   8 27:8,10,22,25
   28:8,10,19,22,24
   29:12,20,21,25
   30:1,3,7,8,16,21,
   22 31:2,7,8,13,25
   32:1,3,6,7,8,9,11,
   14 33:15,16 34:3,9
   35:7,8,11,12,16
   36:1,3,9,13,17,25
   37:7,9,11,12,23
   38:6,7,22,23 39:10,
   17,22 40:5,6,21,22
   41:8,15,16,21,22
   42:25 43:8 45:15
   46:6 52:16,25 53:8,
   18,25 54:4,6,7,18,
   18,25 55:1,3,16
   56:20 63:20 63:20,

23,25 64:4,5,6,10,
15,17,18 65:20,24
66:3,9,16,18 67:1,
4 68:3,9,15,22,23
69:8 70:1,3,12,14,
15,18,20,23,25
71:6,8,24 72:1
76:5,8,10,14,21
77:2,4,8,11 78:13,
22,25 79:1,2 84:16
87:12 88:15,17,21
89:2,7,11,16,21,25
91:16,17 92:1,7,11,
16,24 93:4,8,12,16,
20 94:1,6,9,10,11,
16,18,20,21,25
95:1,2,3,12,13,20,
21,24 96:10,14,24
97:2,5,9,12,14,16,
25 98:4,7 100:7
101:5,13,21,25
102:1,6 103:3
104:1 104:1,2,20,
25,25 105:3,6,11,
13,14,16,23 106:1,
3,4,4,20 107:3,4,
14,16,17 108:9,12,
16 109:3,19,22
110:6,15 111:14,19
112:1 112:1,8,12,
15,19 113:1,2,5,11,
19,23 114:6,7,21,
21 115:18 116:10
117:11 121:25
124:5,12,23 125:1,
5,16 126:12 127:4
130:4,5,10,12,17,
20,23 132:18 133:5,
12,13 134:3,6,8,13,
16,19 135:2 138:10
139:3,9,11,15,21
140:5,9,11,12,13,
15,16,17,18,19,19,
20,21,25 141:2,4,
12,13,25 143:11,14,
16,17 144:14
146:23 150:4,18
151:14,18 152:6
152:6,23 154:7,15,
21,25 155:20 156:9,

10 157:1 158:7,11,
25 162:11,24 163:8,
14,24 164:4,21,23
165:3,11,17,19,24
166:15,20,21 167:3,
13,14 168:6,8,19,
21,25 169:13,21
170:2,4,9,10,12
171:4,17,18,18,25,
25 172:7,9 173:4,5,
11,16,20 174:11,21,
23 175:1,9,9,17
176:1,4,4 177:10,
11,21,22 178:7,12
179:10 181:15
182:1,4,8,21,22,23,
25 183:3,5,11,12,
13,14,19,21 184:1,
9 186:5 192:19
193:2,7,7,15
195:17 196:7 197:7,
21 198:3,7,11,13,
14,15 199:7,8,11,
14,16,18,21,21,23
200:2,8,8,12,12,13,
14,15,19,22,23,24
201:9,11,18,23
202:2 204:1,11,25
205:3 206:20,22
207:1,4,6,12,14,16
212:25 213:13,15
219:12,24 220:6
223:8,15 225:6,10
228:9,11 230:7
231:3,17,20 232:6,
10,20 233:24 234:1,
2 237:2,3 238:23
239:12
**watercraft** 27:12
79:7,11,15,18 80:5,
17,23 81:2,10 90:7
106:19 118:13,17
121:4 125:4 192:1
**watermaster** 30:2,10
31:16,25 37:8
40:10 94:11 95:3,4,
8,13,15 101:4,19,
20 138:18 169:19
170:1 183:25 184:6
225:3,5,11 231:5

**watermaster's**
101:12 135:5
**waters** 28:5,12 33:19
46:23 70:21 103:4
106:11 130:13
135:5 144:16,22
169:2 175:19
192:18 193:10
197:13 205:16
**wavelengths** 233:25
**way** 43:21 60:21 68:8
69:17 75:18 104:22
152:5 173:3 202:1
238:4
**ways** 173:3,7
**weaponize** 225:22
**weather** 16:12 17:1
104:15
**web** 16:8 66:21 68:12
**we'd** 166:1
**Wednesday** 24:19
**week** 24:13,18 34:1
181:22
**weekly** 33:20
**weeks** 75:12 178:20,
22 179:8,12
**weight** 128:7
**weir** 107:9,10,12,16,
17 108:4,7,7,20
109:5,7,8,19
**weirs** 107:2,19
108:13,17 109:12,
24,25 110:9,12,20
115:21 116:5 118:4
135:16,22 138:8
146:9,11,16
**well** 4:16,17,21 7:9
10:12 12:8 14:7,9,
25 16:14 31:18
33:1 43:3 44:20
50:22 52:2 63:13
73:9 78:10 99:10
107:16 129:20
137:20 144:8
146:21,23 155:4
160:12,14 175:20
179:25 183:3 186:6
193:16 197:11
202:4 208:3 233:7,
20

**we'll** 5:25 31:6
32:18 52:3 64:23
73:13 78:10,11
103:24 216:11
240:1
**We're** 4:15 20:20
22:20 27:19 64:22
65:15 72:16,19
73:10 74:24,25
75:6,9 95:15 104:9
105:9 111:8 115:11
117:7 123:3,24
126:24 143:2,7,10,
15 144:5 145:20
146:22 151:14
159:4 164:21
166:21 176:11,12
177:1 200:14
205:12,15 206:8
210:5 226:4,5,9,10,
11 235:23
**weren't** 175:20
**Western** 54:12
**wettest** 187:19
**we've** 14:19 69:10
79:6 115:13 124:24,
25 144:9 167:24
180:3 198:21 202:5
205:9 238:2
**whatever** 39:6 58:16
141:10 167:9
239:13
**what's** 98:15 156:3
162:21 177:5 187:3
195:15 203:13
208:23 238:10
240:25
**whenever** 57:23 58:1
**whether** 10:11 14:10
29:11 61:14 74:7
98:15 130:14 141:8
170:24 181:12
184:1,12 195:3
207:11 210:17
224:11 225:12
238:18
**which** 4:10 13:12
14:20 16:12 34:21
48:24 49:18 50:14
51:15,16 58:17

67:1 77:25 78:18
85:3 91:8 96:2
105:2,8 112:7
124:22 133:7
134:20 148:2
154:23 156:14
159:23 169:2,5
174:19 179:15
183:7 186:19 188:3,
15,15 189:2,5,6,8
196:4 202:9 207:5
208:4 211:24
235:20 236:2 238:2
**while** 35:17 144:19
176:10 196:6
**who** 28:9 29:22,24
37:5,7 57:18 58:6,
10,15 59:24 60:10,
14 70:17 73:18,25
75:5 85:8 95:10
101:15 127:22
182:3,24 183:21
184:7 193:9 206:4
211:1,7 212:9
**whoever** 94:1
**whole** 65:1 155:19
199:1 240:14
**why** 35:16 63:10,15
72:13 100:22
127:19 133:6 179:6
196:12 205:8,10
211:13 212:7,12
222:15
**widens** 166:10
**wildly** 139:22
**will** 4:11,23 6:6
21:7,12,15,16
27:21 32:24 36:5
52:23 53:7 73:2,4,
17,17 74:10,12,13,
14 75:15 80:21
81:15 104:11
113:16 160:9 162:4
197:8 202:4 223:3
231:1,3
**willing** 175:21
**winding** 232:5
**winter** 231:8
**withdrawal** 135:2
**within** 14:5,23 28:6

44:16 46:21 53:14
80:10 87:14,16
90:4,15,20,25 96:6
97:5 98:20 105:22
131:2 135:15
148:20 158:14
166:4 171:17
224:10 231:2 236:8,
23
**without** 38:12 42:16
70:6 72:3,7,21
107:21 110:13
111:22 113:14,18
122:23 123:23
147:22 151:23
154:11,18 155:2
165:5 167:13
198:21 211:19
212:16
**witness** 4:12,25
235:14 239:24
**word** 16:23 31:17
84:14 88:20 187:9
189:25 190:3
203:10,21 230:16
**wordier** 91:2
**words** 73:4 83:12
108:21 166:22
190:17 196:6
197:15 208:19
209:4
**work** 33:22 137:7,13
206:19,21 215:4
241:5
**worked** 10:23
**working** 9:15 33:17
38:2
**works** 29:5 42:25
**wouldn't** 45:11 63:5,
15 75:11 119:6,13,
18,22,24 120:4
127:17 128:22
129:3 132:3 152:1
163:5,17 169:4,10,
12 172:1 176:14,16
184:5 197:17
197:17 198:8
211:20 212:5
222:13 225:19
239:6

**write** 21:18,20 22:7
118:10 201:2
**writing** 58:16
**written** 34:10,16
37:24 38:4 39:6
81:18 82:24,25
86:14 192:11 204:2,
13 208:23 212:10
**wrong** 50:17 86:23
**wrote** 237:21

---

Y

**year** 59:8 66:11,20
68:16 76:11 113:4,
6 154:12,16 164:22
171:5,17 172:1,6
186:4 186:4,13,13,
24,24 231:7
**year-round** 71:1
139:2,6 197:3
**years** 58:19 69:9,10
104:8
**Yep** 204:19
**yesterday** 22:3 25:4
**you-all** 72:25 74:1
**you'll** 6:15
**you're** 14:2 18:15
19:18 22:10 28:3,7
38:12 39:5 40:9,11
44:19 45:7,14,19,
24 53:18 62:17
63:18 75:1 77:13,
18 79:17 84:8
91:24 95:4 105:18
111:11 124:11,18
136:18 138:3 140:6
141:7,8,10,12
147:19,21 148:12
153:12 153:12
155:15 157:13
182:7 189:24
196:25 198:23
199:1,20 201:10
203:9,20 212:16
214:9 215:9 225:13
228:16 231:23
233:8,10 234:9
238:4
**yourself** 86:8

**you've** 17:25 22:3
  28:18 92:23 93:3,6,
  7,11 186:8 189:10,
  12 197:19

| Z |
|---|

**Zach** 4:17
**zero** 166:18
**Zoom** 4:15 72:21
  74:21,23