# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. GREG ABBOTT, ET AL., *Defendants.* | CIVIL ACTION NO. 1:23-CV-00853 |

## [PROPOSED] DEFENDANTS' MOTION TO STRIKE

Before the Court is Defendants' Motion to Strike (ECF 131) Plaintiff's Motion to Dismiss Defendants' Counterclaim (ECF 125). After considering the motion, record, and relevant authorities, the Court hereby GRANTS Defendants' motion and DENIES Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss Defendants' Counterclaim (ECF 125), is struck from the record.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David A. Ezra
United States District Judge