IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GREG ABBOTT, ET AL.,**<br><br>*Defendants.* | **CIVIL ACTION NO. 1:23-CV-00853** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**

Before the Court is Defendants' Motion to Compel Plaintiff's Interrogatory Responses (ECF 133). After considering the motion, record, and relevant authorities, the Court hereby GRANTS Defendants' motion.

IT IS THEREFORE ORDERED that Defendants' Motion to Compel Plaintiff's Interrogatory Responses is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's objections are OVERRULED and the United States is COMPELLED to fully respond to Defendants' Interrogatories.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David A. Ezra
United States District Judge