IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
|                     Plaintiff, | § | |
| v. | § | |
| | § | 1:23-cv-00853-DAE |
| Greg Abbott, in his capacity as | § | |
| Governor of the State of Texas, and | § | |
| the State of Texas, | § | |
| | § | |
|                     Defendants. | § | |

## **ORDER**

Before the Court is DEFENDANTS' EXPEDITED MOTION FOR LEAVE TO TAKE DEPOSITONS ON ORAL QUESTIONS IN EXCESS OF TEN, Dkt. 124. The motion is referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED** that the motion is set for a 60-minute hearing on **July 2, 2024 at 2:00 pm.** The hearing will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference. The parties should be prepared to discuss at the hearing the motion as well as their efforts to resolve the disputes that gave rise to it.

**IT IS FURTHER ORDERED** that the parties shall **meaningfully confer** either in-person or via phone about the issues raised in the motion, and they shall then **jointly file an advisory by 3pm on July 1, 2024**. The advisory should discuss

the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issues. If the parties are able to resolve their disputes prior to the hearing, they should so inform the Court in their joint advisory and the hearing will be cancelled.

**SIGNED** June 27, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE