# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **GREG ABBOTT, ET AL.,** *Defendants.* | **CIVIL ACTION NO. 1:23-CV-00853** |

## [PROPOSED] DEFENDANTS' MOTION TO STRIKE

Before the Court is Defendants' Motion to Strike Plaintiff's Motion for Protective Order (ECF 126). After considering the motion, record, and relevant authorities, the Court hereby GRANTS Defendants' motion and STRIKES Plaintiff's Motion for Protective Order.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Protective Order (ECF 126), is struck from the record.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. Dustin M. Howell
United States Magistrate Judge