UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | No.  1:23-CV-00853-DAE | |
| § | | |
| GREG ABBOTT, IN HIS § | | |
| CAPACITY AS GOVERNOR OF § | | |
| THE STATE OF TEXAS; AND § | | |
| THE STATE OF TEXAS, § | | |
| *Defendants* § | | |

**ORDER**

Before the Court is Plaintiff the United States of America's "Notice Regarding Defendants' 'Motion to Exclude or Limit the Expert Testimony of Adrian Cortez.'" Dkt. 131. In the Notice, the United States announces its intent to withhold responding to Defendants' motion until August 2, 2024. Dkt. 131. The District Judge has referred Defendants' motion regarding Mr. Cortez, Dkt. 130, to the undersigned. While the Court appreciates Plaintiff's Notice, the Court disagrees with Plaintiff's reading of the scheduling order.

Under the governing local rules, Plaintiff's response to Defendants' motion would be due tomorrow, July 2, 2024. *See* W.D. Tex. L.R. CV-7(d)(2). To permit Plaintiff sufficient time to respond, and the Court to consider the motion prior to the parties' quickly approaching trial date, the Court will extend this deadline to 5:00 p.m., July 8, 2024.

1

2

The Court, therefore, **ORDERS** Plaintiff to file its opposition, if any, to Defendants' "Motion to Exclude or Limit the Expert Testimony of Adrian Cortez," Dkt. 130, no later than 5:00 p.m., July 8, 2024.

SIGNED July 1, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE