IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**UNITED STATES' CORRECTION TO DECLARATION OF ADRIAN CORTEZ FILED WITH REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

On July 2, 2024, the United States filed a reply in support of its motion for protective order, ECF 142, with two accompanying declarations, *see* ECF 142-1 (Declaration of Adrian Cortez), ECF 142-2 (Declaration of Margaret Gaffney-Smith). Thereafter, counsel for the United States realized that Mr. Cortez's declaration was inadvertently missing the second page. The United States submits this supplemental filing to include the complete declaration of Mr. Cortez.

Dated: July 2, 2024

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
| */s/ Landon A. Wade*<br>LANDON A. WADE<br>  Assistant United States Attorney<br>  Texas Bar No. 24098560<br>United States Attorney's Office<br>Western District of Texas | */s/ Bryan J. Harrison*<br>BRIAN H. LYNK<br>  Senior Trial Counsel<br>  DC Bar No. 459525<br>KIMERE J. KIMBALL<br>  Trial Attorney |

903 San Jacinto Blvd., Suite 334  
Austin, TX 78701  
(512) 370-1255 (tel)  
(512) 916-5854 (fax)  
Landon.wade@usdoj.gov

CA Bar No. 260660  
ANDREW D. KNUDSEN  
  Trial Attorney  
  DC Bar No. 1019697  
BRYAN J. HARRISON  
  Trial Attorney  
  FL Bar No. 106379  
U.S. Department of Justice  
Environmental Defense Section  
P.O. Box 7611  
Washington, DC 20044  
(202) 514-6187 (Lynk)  
(202) 514-8865 (fax)  
Brian.lynk@usdoj.gov  
Kimere.kimball@usdoj.gov  
Andrew.knudsen@usdoj.gov  
Bryan.harrison@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2024, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Bryan J. Harrison*
Bryan J. Harrison
