UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America,
    *Plaintiff*,

v.

Greg Abbott, in his capacity as Governor
of the State of Texas, and the State of
Texas,
    *Defendants*.

No. 1:23-cv-00853-DAE

## State Defendants' Notice of Appearance

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court that Zachary Berg will appear as counsel in the above-captioned case along with counsel listed below. Mr. Berg is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Date: July 12, 2024

KEN PAXTON
Attorney General of the State of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

Office of the Attorney General
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-1808

Respectfully submitted,

RYAN D. WALTERS
Chief, Special Litigation Division
Tex. State Bar No. 24105085
ryan.walters@oag.texas.gov

RYAN. G. KERCHER
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998
ryan.kercher@oag.texas.gov

DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500
david.bryant@oag.texas.gov

JOHNATHAN STONE
Special Counsel
Tex. State Bar No. 24071779
johnathan.stone@oag.texas.gov

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706
zachary.berg@oag.texas.gov

**Counsel for Defendants**

## Certificate of Service

On July 12, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Zachary Berg*
ZACHARY BERG