

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 514-2219*
*Facsimile (202) 514-8865*

July 12, 2024

Philip J. Devlin
Clerk of Court
United States District Court
Austin Division
501 W. 5th St., Suite 1100
Austin, TX 78701

     Re: Krystal-Rose Perez Admission to Practice

Dear Mr. Devlin:

     This letter is written on behalf of Krystal-Rose Perez, who has applied for admission to practice in the United States District Court for the Western District of Texas.

     My name is Angeline Purdy. I am a member of the Bar of the District of Columbia and a member of the Bar of the United States District Court for the District of Columbia.

     I am not related to Ms. Perez and have known her for over a year. I believe that Ms. Perez is qualified for admission to the Bar of this Court and is competent to practice before this Court, and that her private and professional character and standing are good.

     I recommend Krystal-Rose Perez for admission to practice before the United States District Court for the Western District of Texas.

     I am willing to appear before the committee or members of the Bar on behalf of Ms. Perez.

Sincerely,

Angeline Purdy
DC Bar No. 489236