# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **GREG ABBOTT, ET AL.,** *Defendants.* | **CIVIL ACTION NO. 1:23-CV-00853** |

## [PROPOSED] DEFENDANTS' MOTION TO EXCLUDE OR LIMIT THE EXPERT WITNESS TESTIMONY OF JOHN C. TIMMEL

Before the Court is Defendants' Opposed Motion to Exclude or Limit the Expert Witness Testimony of John Timmel. After considering the motion, record, and relevant authorities, the Court hereby GRANTS the motion and excludes Mr. Timmel from offering expert testimony in this matter.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. Dustin M. Howell
United States Magistrate Judge