IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff, the United States of America.

Date: July 16, 2024

Respectfully submitted,

    /s/    Mark L. Walters
MARK L. WALTERS
State Bar No. 00788611
Senior Trial Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
999 18th Street
South Terrace 370
Denver, Colorado 80202
(303) 844-1380
(303) 844-1350 (fax)
mark.walters@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 16, 2024, a copy of this filing was served on all counsel of record using this Court's electronic filing system.

/s/   Mark L. Walters