**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**United States of America**

-vs-                                                    Case No.:   __1:23-cv-00853 DAE__

**Greg Abbott, in his capacity as Governor of the**
**State of Texas, and the State of Texas**


**MOTION FOR ADMISSION *PRO HAC VICE***


TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Laura J. Brown**_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent _____**United States of America**_____ in this case, and would

respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**U.S. Department of Justice**_____,

with offices at

Mailing address:    **P.O. Box 7611**

City, State, Zip Code:    **Washington, DC 20044**

Telephone:    **202-514-3376**

Facsimile:    **n/a**

Email:    **laura.j.s.brown@usdoj.gov**

2.    Since _____ **2008** ✚ , Applicant has been and presently is a member of and in good standing with the Bar of the State of _____ **Pennsylvania** ✚ . Applicant's bar license number is _____ **208171** _____ .

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| **Western District Washington** | **6/29/2023** |
| **U.S. Court of Appeals for Fifth** ✚ | **6/4/2024** |
| **U.S. Court of Appeals for Tenth** ✚ | **5/2/2023** |
| **U.S. Court of Appeals for D.C.** ✚ | **11/2016** |

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

**N/A**

5.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

**N/A**

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**N/A**

7.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.      Select one:

☐       Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑       Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:            **Bryan Lynk**

Mailing address:       **P.O. Box 7611**

City, State, Zip Code:     **Washington, DC 20044**

Telephone:             **(202) 514-6187**

9.      Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.     Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

- 3 -

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Laura J. Brown**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

**Laura J. Brown**
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ___16th____ day of July_____, ___2024_____.

**Laura J. Brown**
[printed name of Applicant]

[signature of Applicant]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**United States of America**

_____          Case No. ___1:23-cv-00853 DAE_____
**-vs-**

**Greg Abbott, in his capacity as Governor of the**
**State of Texas, and the State of Texas**

_____

### O R D E R

       BE IT REMEMBERED on  this  the _____ day of _____, 20____,  there

was  presented  to  the  Court  the  Motion  for  Admission  _Pro  Hac  Vice_  filed  by

_____**Laura J. Brown**_____  ("Applicant"), counsel for ____**United States of America**____  and

the Court, having reviewed the motion, enters the following order:

       IT IS ORDERED that the Motion for Admission _Pro Hac Vice_ is GRANTED, and Applicant

may appear on behalf of ____**United States of America**____  in the above case.

       IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to:  **Clerk, U.S. District Court**.

       IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

       IT IS FINALLY ORDERED that Applicant's _Pro Hac Vice_ status shall not become effective

until Applicant has complied with all provisions of this Order.

       SIGNED this the _____ day of _____ 20____.


_____
UNITED STATES DISTRICT JUDGE



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 514-2219*
*Facsimile (202) 514-8865*

July 16, 2024

Philip J. Devlin
Clerk of Court
United States District Court
Western District of Texas
Austin Division
501 W. 5th St., Suite 1100
Austin, TX 78703

   Re: Laura Brown Admission to Practice

Dear Mr. Devlin

   This letter is written on behalf of Laura Brown, who has applied for admission to practice in the United States District Court for the Western District of Texas.

   My name is Angeline Purdy. I am a member of the Bar of the District of Columbia and a member of the Bar of the United States District Court for the District of Columbia.

   I am not related to Ms. Brown and have known her for several years. I believe that Ms. Brown is qualified for admission to the Bar of this Court and is competent to practice before this Court, and that her private and professional character and standing are good.

   I recommend Laura Brown for admission to practice before the United States District Court for the Western District of Texas.

   I am willing to appear before the committee or members of the Bar on behalf of Ms. Brown.

            Sincerely,

            Angeline Purdy
            DC Bar No. 489236