# Miller Deposition Transcript Excerpts

Page 1

1         IN THE UNITED STATES DISTRICT COURT
2           FOR THE WESTERN DISTRICT OF TEXAS
3                    AUSTIN DIVISION
4   _____
5   UNITED STATES OF AMERICA,
6           Plaintiff,
7      v.                                    Case No.
8   GREG ABBOTT, in his capacity as          1:23-cv-00853-
9   GOVERNOR of the STATE OF TEXAS,          DAE
10  and the STATE OF TEXAS,
11          Defendants.
12  _____
13             VIDEOCONFERENCE DEPOSITION OF
14                 HEATHER LEE MILLER, PHD
15  DATE:           Monday, July 1, 2024
16  TIME:           9:03 a.m.
17  LOCATION:       Remote Proceeding
18                  Seattle, WA 98101
19  REPORTED BY:    Timothy Guevara
20  JOB NO.:        6778742
21
22
23
24
25

1        A    Yes.
2        Q    And how would you say the research broke
3    down between you and Dr. Baker?
4        A    I'd say that -- so I devised the research
5    plan in consultation with him, just to make sure that
6    I wasn't missing anything and he's -- we then divided
7    those tasks as time allowed and as we felt our --
8    yeah.
9             I mean, we really just, kind of, divide
10   things based on time, honestly.  And we then conducted
11   a research trip together.
12       Q    Where was your research trip?
13       A    We went to Texas.  I went to Fort Worth to
14   the corps -- well, to the National Archives, mostly
15   looking in corps records and customs.  And Chris then
16   went to the Texas State Library and Archives, and then
17   we both went to the University of Texas Briscoe
18   Center.
19       Q    Okay.  Would you say that you did the
20   majority of the research on this case, or how would
21   you say percentage-wise, the research broke down?
22       A    I would say 60/40 with me doing more, maybe
23   70/30.
24       Q    And did you review all of the research that
25   Dr. Baker did?

```
 1      A    Yes.

 2      Q    Did you draft this report?

 3      A    Yes.

 4      Q    Did Dr. Baker draft any of the report?

 5      A    No.

 6      Q    Did anyone else at HRA draft any of the
 7   report?

 8      A    No.

 9      Q    Did Texas draft any of the report?
10      A    No.

11      Q    Did anyone outside of HRA draft any of the
12   report?

13      A    No.

14      Q    What specifically did Texas ask you to
15   research?

16      A    We were asked to research the use of the
17   river, including any kind of watercraft that we might
18   find on that river over time.

19      Q    Did Texas provide you with any assumptions?
20      A    Only insofar as, I believe, the US and the
21   State of Texas agreed to some assumptions.
22      Q    What assumptions do you believe that were
23   agreed to?
24      A    The stretch of the river that we were
25   looking at.  I want to say that I have that
```

```
 1    document -- and some -- some definitions of terms.
 2         Q    What definitions of terms did Texas provide
 3    for you?
 4         A    I'd have to look back at that document.
 5         Q    And when you say, "that document," what
 6    document are you referring to?
 7         A    It was something agreed to between the US
 8    and Texas.  I believe it was a formal document of some
 9    sort.
10         Q    That involved definitions?
11         A    I'd have to go back and look at it.  I'm
12    sorry.
13         Q    You list out definitions at the beginning of
14    your report.  Are those the definitions that you're
15    referring to?
16         A    No.  These are my definitions.
17         Q    Did Texas identify any sources for you?
18         A    Not other than -- I -- I was given the
19    Johnson report and looked at what he was looking at to
20    understand what kinds of sources he was looking at.
21              There were some other filings in the case
22    earlier.  So things attached to -- there were
23    attachments to a filing.  I'm not -- I'm probably not
24    saying it right but -- and there were some attachments
25    to a 1975 corps document that discussed the
```

```
 1     navigability of that river section.
 2          Q    Did Texas tell you to limit your research to
 3     any particular type of watercraft?
 4          A    I'm sorry.  You must not have heard me.  I
 5     said -- I said "no."
 6          Q    Oh, sorry.  And did they provide any
 7     limitations on the type of transport down the river in
 8     terms of cross-river versus up/downstream?
 9          A    No.
10          Q    Did Texas provide you with any data?
11          A    Could you define what you mean by "data"?
12          Q    Other than the documentation that you've
13     already identified, which I believe you said was the
14     corps report and the attachments to public filings in
15     this case and a set of definitions that you believe
16     the parties had agreed to, did they provide you with
17     any other documents?
18          A    The only other thing I have is -- it was an
19     appendix to -- I want to say it was a Boundary
20     Commission report that has the river miles listed from
21     the Gulf to all the way up the river.
22          Q    Okay.  Did Texas provide you with any facts
23     that you should assume to be true?
24          A    No.
25          Q    Have you ever been to the Rio Grande?
```