IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**PROPOSED ORDER**

Upon consideration of the United States' Motion to Compel ("Motion") and opposition filed thereto, and on good cause having been shown, it is on this ____ day of _____ 2024 hereby:

ORDERED that the United States's Motion is GRANTED; and it is further

ORDERED that Texas shall immediately produce to the United States the email or emails that are the subject of the Motion.

.

     _____
     The Honorable Dustin M. Howell
     United States Magistrate Judge