IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>    v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>        *Defendants*. | Case No. 1:23-cv-00853-DAE |

**PROPOSED ORDER**

Upon consideration of the United States' Consolidated Daubert Motion to Exclude Certain Experts ("Motion") and opposition filed thereto, and on good cause having been shown, it is on this ____ day of _____ 2024 hereby:

ORDERED that the United States's Motion is GRANTED; and it is further

ORDERED that testimony by the following experts is excluded:

    Dr. Kathy Alexander

    Mr. Herman Settemeyer

    Mr. Carlos Rubinstein

    Mr. Michael Banks

    Ms. Christina Magers

    Ms. Cassandra K. Hart

    Captain Thomas Ciarametaro

.

                                                    _____
                                                    The Honorable Dustin M. Howell
                                                    United States Magistrate Judge