IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

-vs-

Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas

Case No. 1:23-cv-00853 DAE

**O R D E R**

BE IT REMEMBERED on this the __16th_ day of ___July_____, __2024___, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Laura J. Brown** ("Applicant"), counsel for __United States of America__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __United States of America__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___16th_____ day of _____July_____ 20_24___.

_____
David Alan Ezra
Senior United States District Judge