**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:23-cv-853-DAE |
| | ) | |
| v. | ) | |
| | ) | |
| GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Notice is hereby given to the Court and Defendants of the appearance of the undersigned as co-counsel for Plaintiff, United States of America, by and through the United States Attorney for the Western District of Texas. Assistant United States Attorney Darryl S. Vereen hereby files his appearance as co-counsel in this matter.

It is respectfully requested that the Clerk of the Court will please ensure that henceforth copies of all orders and notices entered in this matter are directed to Assistant United States Attorney Darryl S. Vereen as co-counsel for Plaintiff:

Darryl S. Vereen
Assistant United States Attorney
Texas Bar No. 00785148
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7170
Fax: (210) 384-7358
Email: darryl.vereen@usdoj.gov

Dated: July 17, 2024

Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division

By:    */s/ Brian H. Lynk*
BRIAN H. LYNK, D.C. Bar. No. 459525
   Senior Trial Counsel
ANDREW KNUDSEN
   Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (tel.)
(202) 514-8865 (fax)
brian.lynk@usdoj.gov
JAIME ESPARZA
UNITED STATES ATTORNEY

By:    */s/ Landon A. Wade*
LANDON A. WADE
   Assistant United States Attorney
   Texas State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

By:    */s/ Darryl S. Vereen*
DARRYL S. VEREEN
Assistant United States Attorney
Texas Bar No. 00785148
U.S. Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7170 (phone)
(210) 384-7358 (fax)
darryl.vereen@usdoj.gov

*Counsel for the United States of America*

2