# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# Austin DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **GREG ABBOTT, ET AL.,** *Defendants.* | **CIVIL ACTION NO. 1:23-CV-00853** |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

Before the Court is Defendants' Motion to Compel and Request for *In Camera* Review. After considering the motion, record, relevant authorities, and conducting an *in camera* review, the Court hereby GRANTS Defendants' motion.

IT IS THEREFORE ORDERED that Defendants' Motion to Compel is GRANTED.

IT IS FURTHER ORDERED that the United States is COMPELLED to produce unredacted copies of IBWC0005936-52, IBWC0005953-69, IBWC0006033-47 and IBWC0006051-65.

SIGNED on this the _____ day of _____, 2024.

_____
Magistrate Dustin M. Howell
United States District Judge