# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **GREG ABBOTT, ET AL.,** *Defendants.* | **CIVIL ACTION NO. 1:23-CV-00853** |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

Before the Court is Defendants' Motion to Compel the Testimony of Justin Peters. After considering the motion, record, and relevant authorities the Court hereby GRANTS Defendants' motion.

IT IS THEREFORE ORDERED that Defendants' Motion to Compel is GRANTED.

IT IS FURTHER ORDERED that the United States is to produce Mr. Peters for a deposition at an agreed upon data and time, with all associated costs and attorneys' fees to be paid by Plaintiff's counsel, Kimere Kimball.

SIGNED on this the _____ day of _____, 2024.

_____
Magistrate Dustin M. Howell
United States District Judge