# **EXHIBIT 4**

| | |
|---|---|
| From: | Mario Gomez </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=97B6AB521D7D4291A3E9E2E82FECB7E7-MARIO.GOMEZ> |
| To: | Rebecca Rizzuti; Jennifer Pena; Evelio Siller; Isela Canava; John Claudio; Ramon Macias; Xochitl Aranda; William Finn; Jeremy Wall |
| CC: | Frank Fisher; Leslie Grijalva; Sally Spener; Frankie Pinon; Joel Saldivar; Luise Martinez; Demetrius Gaines |
| Sent: | 7/24/2023 9:00:45 PM |
| Subject: | RE: National Guard Work in Eagle Pass in Rio Grande |
| Attachments: | Eagle_Pass_Buoy_MX_Survey_01.jpg; Eagle_Pass_Buoy_MX_Survey_02.jpg; Eagle_Pass_Buoy_MX_Survey_03.jpg |

This message classified as Official - SBU

Team,
The Mexican Section performed survey work at the buoy site on Thursday, July 20. Staff had to cross onto the US river half for adequate data collection. The US Section was on the US side during their work.

They returned to the buoy site on Friday, July 21 to perform additional survey work using a camera drone. The Mexican Section performed all their work on the Mexican side. The US Section was not present during this work.

**From:** Mario Gomez
**Sent:** Monday, July 24, 2023 7:37 PM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <John.Claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <William.Finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <sally.spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <Demetrius.Gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as Official - SBU

Team,
Pictures from Wednesday, July 19.

Shelby Park appeared practically empty of all spherical buoys. The situation was similar earlier today.

There was no work on-going in the river at the buoy site that day. This site was not visited today.

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Friday, July 14, 2023 3:15 PM
**To:** Mario Gomez <mario.gomez@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

Thanks, Mario.

Respectfully,

*Rebecca A. Rizzuti*

Deputy Chief Counsel, USIBWC
(915) 832-4729 (phone)
(915) 238-0678 (cell)
4191 N. Mesa
El Paso, TX 79902

**From:** Mario Gomez <mario.gomez@ibwc.gov>
**Sent:** Friday, July 14, 2023 1:19 PM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as Official - SBU

Coordinates of our gauging station is approximately, 28.713423, -100.507049.

Coordinates of buoy installation site is approximately 28.672634, -100.503432. This is about 3.25 miles downstream of the station.

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Friday, July 14, 2023 2:03 PM
**To:** Mario Gomez <mario.gomez@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

[redacted]

Respectfully,

*Rebecca A. Rizzuti*

Deputy Chief Counsel, USIBWC
(915) 832-4729 (phone)
(915) 238-0678 (cell)
4191 N. Mesa
El Paso, TX 79902

**From:** Mario Gomez <mario.gomez@ibwc.gov>
**Sent:** Friday, July 14, 2023 12:50 PM

**To:** Jennifer Pena <Jennifer.Pena@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as **Official - SBU**

At the Eagle Pass gauging station, the staff gauges on the river embankment may have been disturbed.

**From:** Mario Gomez
**Sent:** Friday, July 14, 2023 1:46 PM
**To:** Jennifer Pena <Jennifer.Pena@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <John.Claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <William.Finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <sally.spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <Demetrius.Gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as **Official - SBU**

Team,
Amistad carried out a site visit of the Eagle Pass floodplain area yesterday. We were accompanied by Eng. Enriquez from the Amistad Mexican Section and two USACE staff members. DPS did not return our calls in an effort to coordinate our site visit.

We visited the IBWC Eagle Pass gauging station and the buoy installation site. Attached are some pictures of the site visit. Buoy install in this email. Gauging station on next email.

Not pictured, but the conex boxes are still present in the floodplain.

The USACE staff appeared to be satisfied with the amount of information obtained during their trip. Picture 01 show USACE staff as we made our first observation of the buoys. The buoy install location is approximately, 28.672634, -100.503432 as reportedly previously.

The Mexican Section is requesting for the US Section to facilitate the use of a drone to obtain additional data on the buoys, please see attached e-mail. Their concern is that the buoys are floating on the Mexican half of the river.

Link to a pair of news articles. One was recently provided by Capt. Martinez, https://www.krgv.com/news/buoys-deployed-at-rio-grande-in-eagle-pass-to-deter-border-crossings

This other articles states "a DPS spokesman told Border Report that concrete was being laid on the riverbed of the Rio Grande to anchor a 1,000-foot-long string of giant orange buoys."
https://www.borderreport.com/immigration/texas-lawmakers-say-abbotts-buoy-barrier-system-is-dangerous-might-violate-international-law/

Regards,

**From:** Mario Gomez
**Sent:** Thursday, July 13, 2023 10:46 AM
**To:** Jennifer Pena <Jennifer.Pena@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <John.Claudio@ibwc.gov>;

Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <William.Finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <sally.spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <Demetrius.Gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as **Official - SBU**

Team,
USACE, Neil M Lebsock, Chief, Compliance and Enforcement Branch, Regulatory Division, Mobile: 817-357-7213, Email: neil.m.lebsock@usace.army.mil is on a fact gathering trip. He requested a tour of the Eagle Pass area. He will be on site this afternoon. We've invited our Mexican counterpart also as they are interested in flying a drone.

With the assistance of Capt. Martinez, we are trying to get a tour of the installation site and permission to fly the drone.

Attached is the latest information we have regarding the buoy installation work. The top right picture was taken by US staff. The bottom three pictures were taken by the Mexican Section from the Mexican side of the river.


**From:** Jennifer Pena <Jennifer.Pena@ibwc.gov>
**Sent:** Thursday, June 29, 2023 2:19 PM
**To:** Evelio Siller <evelio.siller@ibwc.gov>; Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Mario Gomez <mario.gomez@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This is very helpful

**From:** Evelio Siller <evelio.siller@ibwc.gov>
**Sent:** Thursday, June 29, 2023 12:44 PM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Mario Gomez <mario.gomez@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as **Official - Privacy - PII**

Rebecca,

Below are responses to your questions:

1. [REDACTED]





2.

3.

4.



Please let me know if you have any other questions.

Thanks

Evelio Siller
Safety of Dams (Amistad & Falcon)
U.S Section International Boundary and Water Commission
evelio.siller@ibwc.gov
(830)422-3446 Office
(830)313-1259 Mobile

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Thursday, June 29, 2023 10:52 AM
**To:** Jennifer Pena <Jennifer.Pena@ibwc.gov>; Mario Gomez <mario.gomez@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn

<william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

[redacted]

Sorry for the billion questions!


Respectfully,

*Rebecca A. Rizzuti*

Deputy Chief Counsel, USIBWC
(915) 832-4729 (phone)
(915) 238-0678 (cell)
4191 N. Mesa
El Paso, TX  79902


**From:** Jennifer Pena <Jennifer.Pena@ibwc.gov>
**Sent:** Wednesday, June 28, 2023 2:31 PM
**To:** Mario Gomez <mario.gomez@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

Thank you Mario and Team.

**From:** Mario Gomez <mario.gomez@ibwc.gov>
**Sent:** Wednesday, June 28, 2023 2:16 PM
**To:** Isela Canava <isela.canava@ibwc.gov>; Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>; Demetrius Gaines <demetrius.gaines@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as **Official**

Team,
Amistad staff carried out a follow up site visit, yesterday. Quick observations,
- Conex boxes and concertina wire still present
- No heavy equipment was operating
- One of the river islands, 28.709906, -100.509428 is not an island anymore as it has been connected to the main land.

John Claudio Information from previous email:

City of Eagle Pass owns Shelby Park –
Parcel ID: 5290
Description: Abstract A0744, Munoz, Jose MA Survey 35, (Includes Shelby Park), Acres: 44.00

**From:** Isela Canava <isela.canava@ibwc.gov>
**Sent:** Tuesday, June 13, 2023 12:02 PM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Mario Gomez <mario.gomez@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; William Finn <william.finn@ibwc.gov>; Jeremy Wall <jeremy.wall@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as **Official - Privacy - PII**

I have sent the information to Billy and Jeremy so they can provide information on how this will impact performing the mission.

Billy/Jeremy – please weigh in.

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Tuesday, June 13, 2023 10:58 AM
**To:** Evelio Siller <evelio.siller@ibwc.gov>; Mario Gomez <mario.gomez@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

[redacted]

Respectfully,

*Rebecca A. Rizzuti*

Deputy Chief Counsel, USIBWC
(915) 832-4729 (phone)
(915) 238-0678 (cell)
4191 N. Mesa
El Paso, TX  79902

**From:** Evelio Siller <evelio.siller@ibwc.gov>
**Sent:** Tuesday, June 13, 2023 10:32 AM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Mario Gomez <mario.gomez@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as Official - Privacy - PII

Rebecca,

I can help with your questions below.





Thanks

Evelio Siller
Safety of Dams (Amistad & Falcon)
U.S Section International Boundary and Water Commission

evelio.siller@ibwc.gov
(830)422-3446 Office

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Tuesday, June 13, 2023 9:24 AM
**To:** Mario Gomez <mario.gomez@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande



Respectfully,

*Rebecca A. Rizzuti*

Deputy Chief Counsel, USIBWC
(915) 832-4729 (phone)
(915) 238-0678 (cell)
4191 N. Mesa
El Paso, TX  79902


**From:** Mario Gomez <mario.gomez@ibwc.gov>
**Sent:** Monday, June 12, 2023 11:18 PM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as Official

Team,
The Amistad team did a follow up site visit on Monday to check on progress by DPS in the Eagle Pass area. Here is a brief summary before Mr. Evelio Siller's detailed information with pictures and meeting notes.

We saw that there is still earth work happening on island 1, additional concertina wire installation at different areas around the flood plain and conex boxes being moved around. There was still no sight of buoys in the area.

Capt. Martinez was able to secure a meeting with Lieutenant Isaac from the Eagle Pass office that afternoon. DPS staff was very receptive to our visit and said they anticipated our visit. We briefly explained our agency mission before asking about their continued earth work in the area and planned buoy system.

They explained that the buoy system is a pilot system of less than a mile run. The area of installation has not been determined, but there are three areas that are being considered. These areas are identified as high drowning sites.

The buoy system will be anchored on the US side of the riverbanks. Installation is estimated to begin on July 10. They've extended an invitation as to when work begins.

DPS explained how anybody stepping foot on Texas ground can be charged with criminal trespassing. I asked if I can be charged with criminal trespassing in this area of work, which is identified as a park or public area, they said yes. They warned that anybody caught in the area of work without authorization can be charged with criminal trespassing.

The area of work is near an agency gauging station. We'll confirm with WAD hydrotechs that they are familiar with this DPS policy of criminal trespassing.


**From:** Mario Gomez
**Sent:** Friday, June 9, 2023 4:10 PM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <John.Claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <sally.spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as **Official**

Team,
Site report as prepared by Mr. Evelio Siller, for your information.

Turbidity was not spotted or hard to observe, as the river site was fairly busy with DPS boats traveling up and down the river.

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Friday, June 9, 2023 3:02 PM
**To:** Mario Gomez <mario.gomez@ibwc.gov>; Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

[redacted]

Respectfully,

*Rebecca A. Rizzuti*

Deputy Chief Counsel, USIBWC
(915) 832-4729 (phone)
(915) 238-0678 (cell)
4191 N. Mesa
El Paso, TX  79902

**From:** Mario Gomez <mario.gomez@ibwc.gov>
**Sent:** Friday, June 9, 2023 1:49 PM
**To:** Isela Canava <isela.canava@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>; Evelio Siller <evelio.siller@ibwc.gov>; Luise Martinez <luise.martinez@ibwc.gov>
**Subject:** RE: National Guard Work in Eagle Pass in Rio Grande

This message classified as **Official**

Team,
Evelio and Capt. Martinez have visited the site in the Mexican news article. Evelio is finishing up a report on his observations.

Brief advanced summary, he mainly saw vegetation removal on the river islands. They are using some bridge structure to access the islands. There is concertina wire installed near the river banks. The conex boxes previously removed are back.

Capt. Mtz has notified DHS about CILA's plan to fly a drone. DHS was flying their own drones so warned against flying at the moment. Capt Mtz. has coordinated with DHS so they can meet CILA Enriquez today and agree on a best time to fly.


**From:** Isela Canava <isela.canava@ibwc.gov>
**Sent:** Thursday, June 8, 2023 5:45 PM
**To:** Mario Gomez <mario.gomez@ibwc.gov>; John Claudio <john.claudio@ibwc.gov>; Ramon Macias <ramon.macias@ibwc.gov>; Jennifer Pena <Jennifer.Pena@ibwc.gov>; Xochitl Aranda <xochitl.aranda@ibwc.gov>; Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Cc:** Frank Fisher <frank.fisher@ibwc.gov>; Leslie Grijalva <leslie.grijalva@ibwc.gov>; Sally Spener <Sally.Spener@ibwc.gov>; Frankie Pinon <frankie.pinon@ibwc.gov>; Joel Saldivar <joel.saldivar@ibwc.gov>
**Subject:** National Guard Work in Eagle Pass in Rio Grande
**Importance:** High

This message classified as **Official - Privacy - PII**

Good Afternoon,
I just spoke to PE Boone. He informed me that they were notified that the Texas National Guard was performing sediment removal in the river in the Eagle Pass area. He just forwarded me the article from a Mexican newspaper. See attached.

It looks like work is being done within the Rio Grande and possibly on the Mexican side. Concertina wire is also being placed in the river.

Mario – please have someone investigate this first thing tomorrow morning and report back. A letter for this work to the state of Texas is recommended.

PE Boone also informed me that PE Rascon is preparing and Commissioner level letter.

Thank you,
Isela



This message is classified as **Official - Privacy - PII** by IBWC\Isela.Canava on **Thursday, June 8, 2023 4:45:18 PM**

This message is classified as Official by **IBWC\Mario.Gomez** on **Friday, June 9, 2023 2:48:35 PM**

This message is classified as Official by **IBWC\Mario.Gomez** on **Friday, June 9, 2023 4:09:31 PM**

This message is classified as Official by **IBWC\Mario.Gomez** on **Tuesday, June 13, 2023 12:18:00 AM**

This message is classified as Official - Privacy - PII by **IBWC\evelio.siller** on **Tuesday, June 13, 2023 11:31:43 AM**

This message is classified as Official - Privacy - PII by **IBWC\Isela.Canava** on **Tuesday, June 13, 2023 11:02:17 AM**

This message is classified as Official by **IBWC\Mario.Gomez** on **Wednesday, June 28, 2023 3:14:39 PM**

This message is classified as Official - Privacy - PII by **IBWC\evelio.siller** on **Thursday, June 29, 2023 1:41:41 PM**

This message is classified as Official - SBU by **IBWC\Mario.Gomez** on **Thursday, July 13, 2023 10:45:24 AM**

This message is classified as Official - SBU by **IBWC\Mario.Gomez** on **Friday, July 14, 2023 1:46:22 PM**

This message is classified as Official - SBU by **IBWC\Mario.Gomez** on **Friday, July 14, 2023 1:49:17 PM**

This message is classified as Official - SBU by **IBWC\Mario.Gomez** on **Friday, July 14, 2023 2:18:17 PM**

This message is classified as Official - SBU by **IBWC\Mario.Gomez** on **Monday, July 24, 2023 7:37:21 PM**

This message is classified as Official - SBU by **IBWC\Mario.Gomez** on **Monday, July 24, 2023 7:56:28 PM**