## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. AU:23-CV-00853-DAE |
| GREG ABBOTT, ET AL., | |
| *Defendants.* | |

### JOINT MOTION FOR EXTENSION OF TIME AND DISCOVERY SCHEDULE

Plaintiff, the United States of America, and Defendants, Governor Greg Abbott and the State of Texas (together, "Texas"), hereby jointly move the Court to enter a proposed revised schedule for completing discovery and for briefings. In support of this Motion, the Parties state the following:

1.      At or around 11:40 P.M., C.D.T. on July 18, 2024, a faulty update from the Austin-based, computer security company CrowdStrike caused outages across multiple computer systems.

2.      The Parties conferred about the issue on the night of July 18th and the morning of July 19th.

3.      The Parties are each being affected across several of their internal computer systems. This has inhibited their ability to meet deadlines regarding discovery and motions practice. Due to the outages, it is unlikely that the Parties will be able to meet deadlines listed in the active Scheduling Order (ECF No. 97) and Judge Howell's Briefing Schedule Order (ECF No. 167).

4.      The Parties propose the following change to the active Scheduling Order (ECF No.

**1**

97):

- The close of discovery be moved to Monday, July 22, 2024, at 5:00 P.M., C.D.T.

5.      The Parties propose the following changes to Judge Howell's Briefing Schedule Order (ECF No. 167):

- Texas's Response to the United States' Motion to Compel Email to Experts, which was served on the United States by email Thursday evening, will be filed in identical form on CM/ECF as soon as Texas is able to do so.

- Both Parties' outstanding replies to motions will be due Monday, July 22, 2024, at 5:00 P.M., C.D.T.

- The Parties' joint advisory on all motions will be moved to noon on Tuesday, July 23, 2024.

6.      The Parties respectfully request an order granting an extension of the current deadlines listed in paragraph #4 and #5 and affirm that the Motion is not presented for purposes of delay and will not prejudice any party to this litigation.

Date: July 19, 2024                                    Respectfully submitted,

Ken Paxton                                             */s/ Johnathan Stone*
Attorney General of the State of Texas                 **Johnathan Stone**
                                                       Special Counsel
Brent Webster                                          Tex. State Bar No. 24071779
First Assistant Attorney General                       Johnathan.stone@oag.texas.gov

Ralph Molina                                           David Bryant
Deputy Attorney General for Legal Strategy             Senior Special Counsel
                                                       Tex. State Bar No. 03281500
Ryan Walters                                           david.bryant@oag.texas.gov
Chief, Special Litigation Division
                                                       Munera Al-Fuhaid
Office of the Attorney General                         Special Counsel
P. O. Box 12548, MC-009                                Tex. State Bar No. 24094501
Austin, TX 78711-2548                                  munera.al-fuhaid@oag.texas.gov
(512) 936-2172
                                                       Kyle S. Tebo
                                                       Special Counsel
                                                       Tex. State Bar No. 24137691
                                                       kyle.tebo@oag.texas.gov

                                                       Zachary Berg
                                                       Special Counsel
                                                       Tex. State Bar. 24107706
                                                       Zachary.Berg@oag.texas.gov

                                                       **Counsel for Defendants**


        JAIME ESPARZA                          TODD KIM
        UNITED STATES ATTORNEY                 ASSISTANT              ATTORNEY

GENERAL
Environment & Natural Resources Division

/s/
LANDON WADE
  Assistant United States Attorney
  Texas Bar No. 24098560
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701
(512) 370-1255 (tel.)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

/s/
BRIAN H. LYNK
  Senior Trial Counsel
  DC Bar No. 459525
KIMERE J. KIMBALL
  Trial Attorney
  CA Bar No. 260660
ANDREW D. KNUDSEN
  Trial Attorney
  DC Bar No. 1019697
BRYAN J. HARRISON
  Trial Attorney
  FL Bar No. 106379
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (Lynk)
(202) 514-8865 (fax)
Brian.lynk@usdoj.gov
Andrew.knudsen@usdoj.gov
Kimere.kimball@usdoj.gov
Bryan.harrison@usdoj.gov

*Counsel for the United States of America*

## Certificate of Service

On July 19, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*s/ Johnathan Stone*
**Johnathan Stone**
Special Counsel