IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>v.<br><br>GREG ABBOTT, ET AL.,<br><br>   *Defendants.* | CIVIL ACTION NO. AU:23-CV-00853-DAE |

**[PROPOSED] ORDER GRANTING PARTIES' MOTION FOR EXTENSION OF TIME AND DISCOVERY SCHEDULE**

Pending before the Court is **Plaintiff's and the Defendants' Agreed Motion for Extension of Time and Discovery Schedule**. After considering this Motion, the Motion is **GRANTED**.

IT IS THEREFORE ORDERED that:

- The close of discovery is extended to **Monday, July 22, 2024, at 5:00 P.M., C.D.T.**;

- Texas may file its Response to the United States' Motion to Compel Email to Experts that it served on the United States via email Thursday night in identical form on CM/ECF as soon as Texas is able to do so.

- Both parties' outstanding replies are due **Monday, July 22, 2024, at 5:00 P.M., C.D.T.;** and

- The Parties' joint advisory on all motions is due at **noon on Tuesday, July 23, 2024**.

SIGNED this 19th day of July, 2024.

                                                                   _____

HON. DAVID ALAN EZRA  
UNITED STATES DISTRICT JUDGE