# Iakovou Deposition

# Additional Transcript Excerpts

1              IN THE UNITED STATES DISTRICT COURT

              FOR THE WESTERN DISTRICT OF TEXAS

2                     AUSTIN DIVISION

3     UNITED STATES OF AMERICA,  )

                                 )

4              PLAINTIFF,        )

                                 )

5     VS.                        )        CIVIL ACTION

                                 )   NO. 1:23-CV-00853-DAE

6     GREG ABBOTT, IN HIS        )

      CAPACITY AS GOVERNOR OF    )

7     THE STATE OF TEXAS, AND    )

      THE STATE OF TEXAS,        )

8                                )

                DEFENDANTS.      )

9

      *******************************************************

10                    ORAL DEPOSITION OF

11              ELEFTHERIOS IAKOVOU, PH.D.

12                    July 11, 2024

13    *******************************************************

14

15            ORAL DEPOSITION of ELEFTHERIOS IAKOVOU, PH.D.,

16    produced as a witness at the instance of the Plaintiff,

17    and duly sworn, was taken in the above-styled and

18    numbered cause on the 11th day of July, 2024, from

19    9:10 a.m. to 4:00 p.m., before Anica Diaz, CSR, RPR,

20    CRR, in and for the State of Texas, reported by machine

21    shorthand, at the Offices of U.S. Attorney's Office for

22    the Wester District of Texas, 903 San Jacinto Boulevard,

23    Suite 334, Austin, Texas, pursuant to the Federal Rules

24    of Civil Procedure and the provisions stated on the

25    record or attached.

Eleftherios Iakovou                                                July 11, 2024

                                                              Page 62

1    about an hour and a half now.  Let's say we take a

2    break.

3                   THE WITNESS:  Sure.  I would love to.

4    Thank you.  Thank you for that.

5                   MR. KNUDSEN:  Let's go off the record for

6    15-minute break.

7                   THE WITNESS:  Sure.

8                   MR. KNUDSEN:  Okay.

9                   (Break taken from 10:36 a.m. 10:56 a.m.)

10                  MR. KNUDSEN:  Okay.  Let's go on the

11   record.  The time is 10:56 a.m., Central.

12       Q.  (By Mr. Knudsen)  I'd like to turn to another

13   defined term in your expert report.

14       A.  Uh-huh.

15       Q.  So let's turn to Page 51 of Exhibit 1.  Do you

16   see on -- excuse me.  Let me know when you're there.

17       A.  I'm on Page 51, yes, sir.

18       Q.  Okay.  Do you see in Section 7 --

19       A.  Yes, sir.

20       Q.  -- there's a term offered up "commercial

21   navigation"?

22       A.  Uh-huh.

23       Q.  And it says:  "'Commercial navigation' means

24   that 'the act of sailing vessels on water' for the

25   purpose of engaging in commercial activity, such as

Eleftherios Iakovou                                    July 11, 2024

Page 63

1    trade or transportation."

2          A.   Uh-huh.

3          Q.   Did I read that correctly?

4          A.   Yes, sir.   Yes, sir.

5          Q.   Is that also a term provided by the State of

6    Texas for you to use in this report?

7          A.   I think in the original document that it was

8    sent to me, which was just a collection of dictionary

9    terms, it was provided like this and I used it.

10              But what I tried, Counselor, to do there is

11   just to -- before I dwell in my technical terms, I try

12   to use generic terms that I can find in the dictionaries

13   to connect with the audience that is not going to be

14   necessarily technical, right?   So commercial navigation

15   hinges up on the movement of vessels towards trade,

16   carrying cargo.   That's what it is.

17         Q.   Is this a legal term?

18         A.   Commercial navigation?

19         Q.   Yes.

20         A.   It's a technical term.   I don't know if it's a

21   legal term.   You're the experts.

22              But commercial navigation is a technical

23   term that we use in industry, used in academia, National

24   Academy of Sciences.   Remember, I keep on talking about

25   that report?   It's actually published by the

Eleftherios Iakovou                                          July 11, 2024

Page 169

```
 1    before, is for navigability.  Maybe it's my naive

 2    thinking, but I wanted to grab one or two definitions

 3    that, historically, can be used in the legal circles.

 4    Does -- the same way I try to do with the highway of

 5    commerce and try to fuse it in my own -- in my own

 6    words.

 7                    In other words, instead of me showing up

 8    and say my story, I try to say what -- how has

 9    this -- have these terms been used so far in

10    litigations?  How have these terms been used for

11    people -- in the ecosystem of litigation outside of my

12    craft.  That's what I try to do.  But affecting my

13    expert report, absolutely not.  And I can document that

14    at any point in time.  I mean, it's evident by reading

15    my report, right, that this is --

16        Q.  Well, I mean, in turning to the second page of

17    Exhibit 2 --

18        A.  Sure.

19        Q.  -- you see the definition provided for

20    commercial navigation at Item No. 4?

21        A.  Item No. 4.  Which is item No. 4?  Is

22    it -- four of the page number, Item H?

23        Q.  No.  Numeral four, Commercial Navigation.

24    Towards the bottom of the page.

25        A.  Okay.  Commercial navigation, yes, sir.  That's
```

Eleftherios Iakovou                                                          July 11, 2024

Page 170

1    the use -- the one I brought up also in my -- on my

2    report specifically as I told you for that purpose, yes.

3           Q.   So that is the same definition that's in your

4    report?

5           A.   Yeah.  So I brought it up.  So this is the only

6    thing that I grabbed up and brought it specifically in

7    my report, trying to break the ice, if you will, just to

8    make sure that layman will understand what I'm talking

9    about.

10          Q.   Okay.  And is this list from Exhibit 2 the

11   basis for your using the term highway of commerce in

12   your report as well?

13               MR. STONE:  Objection; form.

14          A.   The highway of commerce came from a discussion

15   with a counselor, Mr. Stone, whenever we discussed

16   the -- how did --

17               MR. STONE:  Let me stop you here.

18               THE WITNESS:  Please.

19               MR. STONE:  Okay.  So you can answer to the

20   extent that we've talked about things, that I gave you

21   assumptions of facts to rely on, okay, or if I -- if I

22   gave you any kind of assumptions or facts that you

23   relied on, you can testify about that.

24               But any conversations we had are going to

25   be attorney/client privileged that extend beyond that,