# Shields Deposition

# Transcript Excerpts

```
                                                        Page 1

 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                     AUSTIN DIVISION
 3
 4    UNITED STATES OF AMERICA              PLAINTIFF
 5    VS.                   CASE NO. 1:23-cv-00853-DAE
 6    GREG ABBOTT, in his capacity as
      GOVERNOR OF THE STATE OF TEXAS,
 7    And THE STATE OF TEXAS              DEFENDANTS
 8
 9
10
11    *************************************************
12
          DEPOSITION OF F. DOUGLAS SHIELDS, JR., PhD
13
14    *************************************************
15
16
17
18        TAKEN AT THE INSTANCE OF THE PLAINTIFF
          AT THE U.S. ATTORNEY'S OFFICE FOR THE
19          NORTHERN DISTRICT OF MISSISSIPPI,
                    ETHRIDGE BUILDING,
20     900 JEFFERSON AVENUE, OXFORD, MISSISSIPPI
         ON JULY 1, 2024, BEGINNING AT 9:01 A.M.
21
22
23
24      Job No. CS6778899
25      GENA MATTISON GLENN, MS CSR 1568, TN LCR 884
```

1       Q.   And can Congress only authorize a
2  project that's compatible with the remaining
3  network?
4            MR. STONE:  Objection, form.
5       A.   I'm not authority on what Congress can
6  do and cannot do.  But I can tell you this right
7  now, that I do know that we have legislation in
8  this country, the law of the land, that says
9  water resources projects' benefits must exceed
10 costs.
11           And again, while my opinion does not
12 deal with costs, with cash value of benefits,
13 with any of that stuff, I can just say that if
14 you have an authorized depth of 4, 5, 6, 7 feet
15 in your waterway, that means that you're going
16 to have to offload your barges when you get to
17 the mouth of that waterway and reload on
18 something else.  You're going to have to have a
19 special kind of barge, a special kind of
20 towboat.  And, you know, time is money.
21           All this costs money, and it's just --
22 it's not going to work.  It just doesn't work.
23 And you don't have to have an PhD in economics
24 to figure that out.
25 BY MR. KNUDSEN: