September 11, 2023

# REPORT OF BINATIONAL JOINT SURVEY OF AUGUST 30, 2023, OF THE BUOYS INSTALLED WITHIN THE RIO GRANDE NEAR EAGLE PASS/PIEDRAS NEGRAS

## Maverick County, Texas

**INTERNATIONAL BOUNDARY & WATER COMMISSION**
**United States Section**
**El Paso, Texas**


# TABLE OF CONTENTS

**1.0 INTRODUCTION AND BACKGROUND** ........ **1**

**2.0 PREVIOUS SURVEYS OF THE BUOY BARRIER** ........ **1**

**3.0 RELOCATION OF BUOY BARRIER** ........ **2**

**4.0 PURPOSE OF THE BINATIONAL JOINT SURVEY** ........ **2**

**5.0 BINATIONAL JOINT SURVEY** ........ **2**

**6.0 RESULTS** ........ **3**

**7.0 CONCLUSIONS** ........ **3**

**8.0 REFERENCES** ........ **4**

# LIST OF APPENDICES

**APPENDIX A: EXHIBITS**

**Exhibit-1:** Location Map
**Exhibit-2:** View of the Eagle Pass Buoys
**Exhibit-3:** Survey Data Plot of the IBL and Eagle Pass Buoys (Mexican Section Survey of August 23, 2023)
**Exhibit-4:** Survey Data Plot of the IBL and Eagle Pass Buoys (IBWC Binational Joint Survey of August 30, 2023)

**APPENDIX B: BINATIONAL JOINT SURVEY DATA**

# 1.0 INTRODUCTION AND BACKGROUND

The State of Texas installed a buoy barrier in the Eagle Pass/Piedras Negras reach of the Rio Grande in early July (**Exhibit 1, Exhibit 2**). The location of the buoys is approximately 2 miles (3.2 kilometers) downstream of the Camino Real International Bridge, in the vicinity of 28° 40' 21" N, 100° 30' 14" W. The State of Texas installed the buoy barrier in this area for the purported purpose of deterring the passage of migrants who cross the border at this location in large numbers by swimming/walking across the river. The four-foot diameter buoys are anchored to the ground by concrete blocks. They also have webbing below them that prevents people from swimming under the buoys.

The U.S. Section of the International Boundary and Water Commission (USIBWC) was not consulted by the State of Texas regarding the analysis required to ensure that there was no encroachment by the project elements into the territory of Mexico.

# 2.0 PREVIOUS SURVEYS OF THE BUOY BARRIER

On July 20, 2023, personnel from the Mexican Section of the International Boundary and Water Commission (MXIBWC) conducted a topographic survey using the Global Positioning System (GPS) to determine the coordinates of the installed buoys to compare the installed buoy barrier alignment with that of the International Boundary Line (IBL) between the United States and Mexico. GPS measurements were made on fifty-three (53) points on the side of the buoy facing Mexico. The IBL alignment used for the comparison was the one agreed by the Commission through Minute 315. The U.S. Section of the International Boundary and Water Commission (USIBWC) received a copy of the Mexican Section report documenting their survey and findings on July 25, 2023.

The Mexican Section's survey report stated that the total length of the floating buoys is 1,001 feet (305 meters). Of this, the length located in Mexico is 768 feet (234 meters) and the length located in the United States is 233 feet (71 meters). The report also noted that approximately eighteen (18) concrete anchor blocks were on the Mexican side.

Following the receipt of the survey data and report, the USIBWC and Mexican Sections of the IBWC coordinated a joint binational topographic survey on July 27 and 28, 2023. The survey horizontal datum used was the North American Datum of 1983 (NAD 1983), U.S. State Plane Coordinate System Texas South Central Zone, U.S. Survey feet. The survey vertical datum was the North American Vertical Datum of 1988 (NAVD 88). The survey was conducted using GPS to determine the northing and easting coordinates based on the U.S. State Plane Coordinate System Texas South Central Zone. The west face or Mexico-facing side of the buoys was surveyed. Approximately every fifth buoy was surveyed. The location of the concrete anchor blocks was also surveyed.

The joint survey indicated that the total length of the buoy system was found to be approximately 995 feet (303 meters). Based on the agreed upon IBL in Minute 315, as


demarcated by the Geographic Information System (GIS) shapefile, the survey data indicated approximately 208 feet (63 meters) of the buoys in the upstream portion of the buoy alignment are located inside the United States. The remaining approximately 787 feet (240 meters) of the buoys in the downstream portion of the buoy alignment cross over the IBL and are located in Mexico. The joint survey and results are documented in USIBWC (2023).

## 3.0 RELOCATION OF BUOY BARRIER

Following the results from the two surveys described above, the State of Texas relocated the buoy barrier by moving the alignment towards the United States during the week of August 21. 2023.

The Mexican Section conducted another survey on August 23, 2023, to verify if this new buoy alignment encroaches into the territory of Mexico. The survey used a horizontal datum of World Geodetic System (WGS) 1984 Universal Transverse Mercator (UTM) Zone 14 N coordinate system. Results of the Mexican Section survey showed that the realigned buoys are now entirely within the U.S. side of the IBL (**Exhibit 3**).

## 4.0 PURPOSE OF THE BINATIONAL JOINT SURVEY

The USIBWC conducted a second joint binational survey on August 30, 2023 to verify the findings of the Mexican Section survey report of August 23, 2023, and determine if the buoy barrier realigned by the State of Texas during the week of August 21, 2023 continued to encroach into the territory of Mexico.

## 5.0 BINATIONAL JOINT SURVEY

The USIBWC coordinated with the Mexican Section to have the joint binational survey conducted on August 30, 2023, with the Mexican Section staff also in attendance.

The U. S. Section surveyed the realigned location of the buoys and anchors installed by the State of Texas.

The survey horizontal datum used was the North American Datum of 1983 (NAD 1983), U.S. State Plane Coordinate System Texas South Central Zone, U.S. Survey feet. The survey vertical datum was the North American Vertical Datum of 1988 (NAVD 88).

The survey was conducted using the RTx Trimble GPS to determine the northing and easting coordinates based on the U.S. State Plane Coordinate System Texas South Central Zone. The survey began at the north end of the buoy system and continued downstream to the south end of the buoy system. The west face or Mexico-facing side of the buoys was surveyed. The west and east concrete anchors were then surveyed. The river’s depth was notably deeper towards the


south end of the realigned buoys and the survey team encountered a swift current during the survey.

## 6.0   RESULTS

The survey data indicated that the realigned buoy alignment is located entirely on the U.S. side of the IBL (**Exhibit 4**). The results of the binational joint survey are consistent with the findings of the Mexican Section survey of August 23, 2023.

## 7.0   CONCLUSIONS

The State of Texas realigned the buoy barrier in the Eagle Pass/Piedras Negras reach of the Rio Grande during the week of August 21, 2023, by moving the buoys closer to the United States. Following this, the Mexican Section of the IBWC conducted a survey on August 23, 2023, and determined that the new alignment is entirely on the U.S. side of the IBL. A binational joint survey of the IBWC was conducted on August 30, 2023, and verified that the realigned buoys are on the U.S. side of the IBL, consistent with the results of the Mexican Section survey of August 23, 2023.


## 8.0   REFERENCES

1. Topographic Survey Performed by the Mexican Section of the IBWC to Determine the UTM Coordinates of the Floating Buoys Installed Within the Rio Grande in the Area of Eagle Pass, TX-Piedras Negras, Coah., International Boundary and Water Commission, Mexican Section, English Translation, July 2023.

2. Minute 315 link
   https://www.ibwc.gov/minutes/

3. USIBWC Requirements for Work
   https://www.ibwc.gov/resources-info/#requirements

4. USIBWC, Report of Topographic Survey of July 27-28, 2023 of the Buoys Installed Within the Rio Grande Near Eagle Pass/Piedras Negras, Maverick County, Texas, August 25, 2023.


# APPENDIX A

# EXHIBITS


**Exhibit 1: Location Map**




**Exhibit 2: View of the Eagle Pass Buoys**



**Exhibit 3: Survey Data Plot of the IBL and Eagle Pass Buoys
(Mexican Section Survey of August 23, 2023)**





**Exhibit 4: Survey Data Plot of the IBL and Eagle Pass Buoys (IBWC Binational Joint Survey of August 30, 2023)**




# APPENDIX B

## BINATIONAL JOINT SURVEY DATA

Coordinates Based on U.S. State Plane Coordinate System Texas South Central Zone

Abbreviations:

BUOY CL = Buoy Centerline at the end points


## Survey Data of Aug 30, 2023 of the Eagle Pass Buoys

| Survey Point | Northing (feet) | Easting (feet) | Elevation (NAVD 88) (feet) | Remarks |
|---|---|---|---|---|
| 3000 | 13431474.02 | 1486554.886 | 689.851 | chk in opus |
| 3001 | 13431620.05 | 1486349.942 | 675.049 | BUOY CL |
| 3002 | 13431616.9 | 1486348.865 | 675.053 | Buoy |
| 3003 | 13431605.73 | 1486352.355 | 675.295 | Buoy |
| 3004 | 13431591.23 | 1486358.367 | 675.483 | Buoy |
| 3005 | 13431577.17 | 1486364.504 | 675.375 | Buoy |
| 3006 | 13431562.95 | 1486371.185 | 675.62 | Buoy |
| 3007 | 13431548.84 | 1486377.57 | 675.831 | Buoy |
| 3008 | 13431534.51 | 1486383.393 | 675.668 | Buoy |
| 3009 | 13431519.95 | 1486388.172 | 676.024 | Buoy |
| 3010 | 13431505.09 | 1486392.613 | 676.05 | Buoy |
| 3011 | 13431489.98 | 1486396.776 | 675.819 | Buoy |
| 3012 | 13431475.27 | 1486401.627 | 675.616 | Buoy |
| 3013 | 13431460.71 | 1486407.843 | 675.534 | Buoy |
| 3014 | 13431446.21 | 1486413.19 | 675.552 | Buoy |
| 3015 | 13431431.52 | 1486418.194 | 675.545 | Buoy |
| 3016 | 13431416.93 | 1486424.095 | 675.989 | Buoy |
| 3017 | 13431402.63 | 1486429.925 | 675.738 | Buoy |
| 3018 | 13431388.23 | 1486435.564 | 675.549 | Buoy |
| 3019 | 13431373.76 | 1486441.159 | 675.815 | Buoy |
| 3020 | 13431359.27 | 1486446.325 | 675.616 | Buoy |
| 3021 | 13431344.31 | 1486451.22 | 675.417 | Buoy |
| 3022 | 13431329.51 | 1486454.788 | 675.589 | Buoy |
| 3023 | 13431313.95 | 1486458.156 | 676.322 | Buoy |
| 3024 | 13431298.75 | 1486461.816 | 676.132 | Buoy |
| 3025 | 13431283.31 | 1486467.292 | 675.791 | Buoy |
| 3026 | 13431268.17 | 1486471.978 | 676.194 | Buoy |
| 3027 | 13431253.15 | 1486476.987 | 676.325 | Buoy |
| 3028 | 13431237.6 | 1486480.858 | 676.05 | Buoy |
| 3029 | 13431222.5 | 1486486.016 | 675.728 | Buoy |
| 3030 | 13431207.36 | 1486490.674 | 676.2 | Buoy |
| 3031 | 13431192.4 | 1486496.254 | 676.719 | Buoy |
| 3032 | 13431177.21 | 1486501.055 | 675.593 | Buoy |
| 3033 | 13431161.87 | 1486505.621 | 675.45 | Buoy |
| 3034 | 13431146.93 | 1486510.392 | 675.773 | Buoy |
| 3035 | 13431131.5 | 1486514.309 | 675.627 | Buoy |
| 3036 | 13431115.93 | 1486518.517 | 675.848 | Buoy |
| 3037 | 13431100.64 | 1486521.288 | 675.545 | Buoy |
| 3038 | 13431084.88 | 1486525.137 | 676.117 | Buoy |
| 3039 | 13431069.72 | 1486530.277 | 676.204 | Buoy |
| 3040 | 13431054.76 | 1486534.247 | 675.986 | Buoy |
| 3041 | 13431039.74 | 1486540.864 | 675.552 | Buoy |
| 3042 | 13431024.68 | 1486545.67 | 675.52 | Buoy |
| 3043 | 13431009.57 | 1486551.197 | 675.498 | Buoy |



## Survey Data of Aug 30, 2023 of the Eagle Pass Buoys

| Survey Point | Northing (feet) | Easting (feet) | Elevation (NAVD 88) (feet) | Remarks |
|---|---|---|---|---|
| 3044 | 13430994.84 | 1486557.371 | 675.045 | Buoy |
| 3045 | 13430979.87 | 1486562.214 | 675.074 | Buoy |
| 3046 | 13430964.48 | 1486566.205 | 674.924 | Buoy |
| 3047 | 13430948.88 | 1486569.901 | 674.67 | Buoy |
| 3048 | 13430933.48 | 1486574.407 | 674.522 | Buoy |
| 3049 | 13430918.21 | 1486578.715 | 674.616 | Buoy |
| 3050 | 13430903.18 | 1486583.457 | 673.943 | Buoy |
| 3051 | 13430887.96 | 1486588.501 | 674.101 | Buoy |
| 3052 | 13430872.75 | 1486592.691 | 673.552 | Buoy |
| 3053 | 13430857.38 | 1486597.56 | 672.93 | Buoy |
| 3054 | 13430842.32 | 1486602.588 | 673.362 | Buoy |
| 3200 | 13430834.14 | 1486604.528 | 674.812 | Anchor |
| 3055 | 13430827.02 | 1486607.538 | 673.874 | Buoy |
| 3056 | 13430811.67 | 1486611.307 | 673.67 | Buoy |
| 3057 | 13430796.41 | 1486615.311 | 674.162 | Buoy |
| 3058 | 13430781.01 | 1486618.712 | 673.657 | Buoy |
| 3059 | 13430766.39 | 1486623.704 | 673.795 | Buoy |
| 3060 | 13430751.19 | 1486628.108 | 673.405 | Buoy |
| 3061 | 13430737.01 | 1486632.602 | 673.389 | Buoy |
| 3062 | 13430721.89 | 1486636.612 | 673.186 | Buoy |
| 3063 | 13430706.99 | 1486640.445 | 673.672 | Buoy |
| 3064 | 13430691.33 | 1486645.389 | 673.329 | Buoy |
| 3065 | 13430676.42 | 1486649.641 | 673.139 | Buoy |
| 3201 | 13430665.22 | 1486653.18 | 674.252 | Anchor |
| 3202 | 13430666.12 | 1486654.677 | 673.66 | Buoy |
| 3203 | 13430664.7 | 1486657.098 | 674.348 | BUOY CL |
| 3204 | 13430710.86 | 1486644.267 | 676.687 | BUOY CL |
| 3205 | 13430834.89 | 1486613.67 | 674.33 | Anchor |
| 3206 | 13430791.23 | 1486627.265 | 673.449 | Anchor |
| 3207 | 13430833.85 | 1486613.188 | 674.383 | Anchor |
| 3208 | 13430852.62 | 1486608.428 | 674.459 | Anchor |
| 3209 | 13430877.91 | 1486597.867 | 674.867 | Anchor |
| 3211 | 13430939.88 | 1486577.02 | 675.781 | Anchor |
| 3212 | 13430992.07 | 1486565.014 | 676.279 | Anchor |
| 3213 | 13431015.7 | 1486555.463 | 676.586 | Anchor |
| 3214 | 13431069.4 | 1486535.447 | 676.89 | Anchor |
| 3215 | 13431094.91 | 1486532.317 | 676.932 | Anchor |
| 3216 | 13431119.72 | 1486526.093 | 677.151 | Anchor |
| 3217 | 13431145.05 | 1486516.203 | 677.014 | Anchor |
| 3218 | 13431170.39 | 1486511.919 | 677.018 | Anchor |
| 3219 | 13431194.79 | 1486504.719 | 677.269 | Anchor |
| 3220 | 13431222.47 | 1486496.915 | 677.175 | Anchor |
| 3221 | 13431247.34 | 1486490.384 | 677.171 | Anchor |
| 3222 | 13431271.87 | 1486483.53 | 677.265 | Anchor |


## Survey Data of Aug 30, 2023 of the Eagle Pass Buoys

| Survey Point | Northing (feet) | Easting (feet) | Elevation (NAVD 88) (feet) | Remarks |
|---|---|---|---|---|
| 3223 | 13431300.01 | 1486476.196 | 677.119 | Anchor |
| 3224 | 13431324.3 | 1486467.851 | 676.961 | Anchor |
| 3225 | 13431348.41 | 1486459.372 | 677.094 | Anchor |
| 3226 | 13431375.24 | 1486451.697 | 677.145 | Anchor |
| 3227 | 13431398.91 | 1486442.487 | 677.251 | Anchor |
| 3228 | 13431422.77 | 1486433.021 | 677.191 | Anchor |
| 3229 | 13431449.23 | 1486423.33 | 677.203 | Anchor |
| 3230 | 13431473.43 | 1486415.144 | 677.353 | Anchor |
| 3231 | 13431497.3 | 1486405.885 | 677.402 | Anchor |
| 3232 | 13431521.93 | 1486395.376 | 677.296 | Anchor |
| 3233 | 13431546.2 | 1486386.939 | 677.013 | Anchor |
| 3234 | 13431570.25 | 1486377.985 | 677.307 | Anchor |
| 3235 | 13431594.63 | 1486372.739 | 676.586 | Anchor |
| 3236 | 13431615.48 | 1486358.418 | 676.763 | Anchor |
| 3237 | 13431639.32 | 1486349.814 | 676.517 | Anchor |
| 3238 | 13431665.96 | 1486335.882 | 676.218 | Anchor |
| 3239 | 13431691.61 | 1486338.035 | 676.486 | Anchor |
| 3240 | 13431716.91 | 1486334.178 | 676.506 | Anchor |
| 3241 | 13431661.34 | 1486325.264 | 675.765 | Anchor |
| 3242 | 13431611.8 | 1486345.374 | 676.499 | Anchor |
| 3243 | 13431588.31 | 1486354.039 | 676.762 | Anchor |
| 3244 | 13431535.59 | 1486372.853 | 677.13 | Anchor |
| 3245 | 13431515.07 | 1486379.623 | 677.268 | Anchor |
| 3246 | 13431493.47 | 1486389.557 | 676.776 | Anchor |
| 3247 | 13431467.23 | 1486397.508 | 677.148 | Anchor |
| 3248 | 13431443.68 | 1486407.278 | 677.173 | Anchor |
| 3249 | 13431418.56 | 1486418.343 | 676.814 | Anchor |
| 3250 | 13431394.65 | 1486423.918 | 677.123 | Anchor |
| 3251 | 13431370.72 | 1486432.658 | 677.178 | Anchor |
| 3252 | 13431318.69 | 1486449.904 | 677.059 | Anchor |
| 3253 | 13431294.65 | 1486457.476 | 677.142 | Anchor |
| 3254 | 13431243.07 | 1486473.598 | 677.265 | Anchor |
| 3255 | 13431219.43 | 1486482.116 | 677.239 | Anchor |
| 3256 | 13431167.71 | 1486496.509 | 677.076 | Anchor |
| 3257 | 13431142.9 | 1486503.865 | 677.144 | Anchor |
| 3258 | 13431090.13 | 1486520.223 | 677.018 | Anchor |
| 3259 | 13431065.91 | 1486527.008 | 677.057 | Anchor |
| 3260 | 13431015.71 | 1486545.81 | 676.635 | Anchor |
| 3261 | 13430991.49 | 1486552.469 | 676.627 | Anchor |
| 3262 | 13430937.77 | 1486564.844 | 676.137 | Anchor |
| 3263 | 13430914.3 | 1486575.183 | 676.266 | Anchor |
| 3264 | 13430915.72 | 1486583.91 | 675.574 | Anchor |
| 3265 | 13430850.7 | 1486596.648 | 674.922 | Anchor |
| 3266 | 13430762.18 | 1486616.837 | 674.32 | Anchor |

## Survey Data of Aug 30, 2023 of the Eagle Pass Buoys

| Survey Point | Northing (feet) | Easting (feet) | Elevation (NAVD 88) (feet) | Remarks |
|---|---|---|---|---|
| 3267 | 13430740.36 | 1486623.824 | 673.893 | Anchor |
| 3268 | 13430720.77 | 1486628.164 | 673.988 | Anchor |
| 3269 | 13430767.29 | 1486637.698 | 673.527 | Anchor |
| 3270 | 13430815.51 | 1486623.932 | 673.814 | Anchor |