# EXHIBIT A

## DEFENDANTS DEPOSITION DESIGNATIONS

**WALKER SMITH – Deposition dated July 18, 2024**

| Page | Lines |
|---|---|
| 5 | 3-9 |
| 6 | 1-25 |
| 7 | 1-22 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 1-10 |
| 11 | 4-24 |
| 13 | 9-16 |
| 15 | 10-25 |
| 16 | 1-10, 16-25 |
| 17 | 1-9, 15-25 |
| 18 | 1-3, 11-21 |
| 19 | 15-25 |
| 20 | 1-16, 22-24 |
| 21 | 1-25 |
| 22 | 1-15 |
| 23 | 20-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-13, 22-25 |
| 28 | 1-4, 15-25 |
| 29 | 1-19 |
| 30 | 4-10, 17-22 |
| 54 | 8-10 |

**ISELA CANAVA – Deposition dated July 15, 2024**

| Page | Lines |
|---|---|
| 5 | 3-8 |
| 10 | 15-25 |
| 11 | 2-25 |
| 12 | 1-6, 18-23 |
| 13 | 13-21 |
| 14 | 3-8 |
| 15 | 10-25 |
| 16 | 1-9, 21-25 |
| 17 | 1-17 |
| 18 | 14-25 |

| | |
|---|---|
| 19 | 1-8 |
| 20 | 1-4, 12-20 |
| 23 | 24-25 |
| 24 | 1-5, 21-25 |
| 26 | 5-8 |
| 27 | 7-25 |
| 28 | 1-10 |
| 30 | 15-25 |
| 31 | 1-4 |
| 34 | 8-25 |
| 35 | 1-5 |
| 38 | 5-11 |
| 44 | 8-14 |
| 54 | 24-25 |
| 55 | 1-5 |
| 57 | 10-12 |
| 58 | 24-25 |
| 59 | 1-3, 20-24 |
| 61 | 21-25 |
| 62 | 1-5 |
| 68 | 1-19 |
| 70 | 12-24 |
| 71 | 4-25 |
| 72 | 1, 13-18 |
| 73 | 16-25 |
| 74 | 1-11 |
| 75 | 1-6 |
| 78 | 14-19 |
| 85 | 14-25 |
| 86 | 1-6 |
| 87 | 13-19 |
| 90 | 17-25 |
| 91 | 1-2 |
| 93 | 21-25 |
| 94 | 1-3, 8-14 |
| 97 | 6-13, 21-25 |
| 98 | 1-25 |
| 99 | 1-11 |
| 108 | 5-8, 17-20 |
| 113 | 17-23 |
| 114 | 12-18 |
| 116 | 3-25 |
| 117 | 1-11 |
| 118 | 1-4, 24-25 |

| | |
|---|---|
| 119 | 1-3, 11-15, 21-25 |
| 126 | 2-25 |
| 127 | 1-2, 13-25 |
| 128 | 1-18 |
| 130 | 20-25 |
| 131 | 1-10, 15-19 |
| 134 | 6-12 |
| 135 | 20-23 |
| 155 | 10-25 |
| 156 | 1-8 |
| 167 | 17-25 |
| 168 | 1-14, 22-25 |
| 178 | 2-6 |
| 186 | 17-25 |
| 187 | 1-19 |
| 190 | 23-25 |
| 191 | 1-25 |
| 192 | 1-2, 14-25 |
| 193 | 1-4 |
| 202 | 15-25 |
| 203 | 1-10 |
| 204 | 4-9 |
| 209 | 21-25 |
| 210 | 1-4 |

**IVAN MORUA - Deposition dated July 18, 2024**

| Page | Lines |
|---|---|
| 6 | 11 |
| 7 | 1-25 |
| 8 | 1-11 |
| 9 | 5-12 |
| 11 | 2-25 |
| 12 | 1-9 |
| 13 | 9-25 |
| 14 | 1-25 |
| 15 | 1-17 |
| 18 | 9-25 |
| 19 | 1-25 |
| 20 | 1 |
| 23 | 3-25 |
| 24 | 1-18 |
| 25 | 3 |
| 26 | 1-25 |
| 27 | 1-11 |

| | |
|---|---|
| 37 | 20 |
| 38 | 1-15 |
| 41 | 14-25 |
| 42 | 1-25 |
| 43 | 1-25 |
| 44 | 1-3 |
| 46 | 17-25 |
| 47 | 1-17 |
| 52 | 19-25 |
| 53 | 1 |
| 57 | 14-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 1-16 |
| 63 | 14-25 |
| 64 | 3-12 |
| 77 | 21-25 |
| 78 | 1-14 |
| 81 | 22-25 |
| 82 | 1-24 |
| 86 | 2-25 |
| 87 | 1-2 |
| 106 | 8-16 |
| 107 | 19-25 |
| 108 | 1-25 |
| 109 | 1-6 |

**MARIO GOMEZ - Deposition dated July 16, 2024**

| **Page** | **Lines** |
|---|---|
| 4 | 6-8, 15-25 |
| 5 | 1-8, 18-25 |
| 6 | 1-3, 19-20 |
| 7 | 8-12 |
| 11 | 24-25 |
| 12 | 1-2 |
| 13 | 10-17, 23-25 |
| 14 | 1-2 |
| 15 | 1-3 |
| 16 | 17-20 |
| 19 | 19-25 |
| 20 | 1-25 |
| 21 | 11-25 |
| 22 | 1, 7-10 |

| | |
|---|---|
| 23 | 17-22 |
| 33 | 3-11, 23-25 |
| 34 | 1-6 |
| 35 | 19-25 |
| 36 | 1-13 |
| 37 | 22-25 |
| 38 | 1-25 |
| 39 | 1-22 |
| 40 | 9-12, 18-22 |
| 41 | 15-19 |
| 57 | 7-25 |
| 58 | 1-25 |
| 59 | 4-25 |
| 60 | 1-25 |
| 61 | 25 |
| 62 | 1-2 |
| 65 | 7-25 |
| 66 | 2-8 |
| 68 | 11-25 |
| 69 | 1-5 |

**MARIO GOMEZ – Deposition dated August 7, 2023**

| Page | Lines |
|---|---|
| 5 | 9-22 |
| 6 | 16-25 |
| 7 | 1-10 |
| 10 | 7-17 |
| 11 | 1-25 |
| 12 | 1-8 |
| 25 | 9-13 |
| 27 | 15-18 |
| 51 | 3-25 |
| 52 | 1-18 |

**NEIL LEBSOCK – Deposition dated July 8, 2024**

| Page | Lines |
|---|---|
| 5 | 3-6 |
| 7 | 16-21 |
| 24 | 18-25 |
| 25 | 1-9 |
| 27 | 7-15 |
| 28 | 16-23 |
| 31 | 9-19 |
| 32 | 12-18 |

| | |
|---|---|
| 33 | 10-21 |
| 35 | 10-13 |
| 36 | 18-25 |
| 37 | 21-23 |
| 39 | 17-20 |
| 40 | 23-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-25 |
| 44 | 1-2 |
| 45 | 7-16 |
| 48 | 2-4 |
| 49 | 24-25 |
| 50 | 1-6, 21-25 |
| 51 | 1-20 |
| 52 | 24-25 |
| 53 | 1-13 |
| 57 | 12-25 |
| 58 | 1-19 |
| 59 | 13-17 |

**JOSEPH SHELNUTT – Deposition dated August 7, 2023**

| **Page** | **Lines** |
|---|---|
| 5 | 22-25 |
| 8 | 5-8, 22-25 |
| 9 | 1, 18-19 |
| 14 | 15-21 |
| 15 | 5-12 |
| 19 | 16-24 |
| 21 | 11-21 |
| 30 | 15-19 |
| 31 | 11-19 |
| 32 | 5-18 |
| 41 | 24-25 |
| 42 | 1-8 |
| 46 | 24-25 |
| 47 | 1-20 |
| 48 | 23-25 |
| 49 | 1-12 |
| 53 | 3-21 |
| 54 | 4-7 |
| 55 | 20-25 |
| 56 | 1-2 |
| 58 | 15-20 |

| | |
|---|---|
| 60 | 3-7 |
| 61 | 5-23 |
| 69 | 12-25 |
| 70 | 1-3, 22-25 |
| 71 | 1-4, 16-23 |
| 79 | 20-24 |

**KEVIN KIEFER – Deposition dated July 17, 2024**

| Page | Lines |
|---|---|
| 7 | 18-22 |
| 8 | 1-17 |
| 9 | 9-20 |
| 14 | 5-15 |
| 16 | 9-22 |
| 17 | 1-22 |
| 18 | 1-22 |
| 19 | 1-13 |
| 20 | 10-22 |
| 21 | 1-22 |
| 22 | 1-22 |
| 23 | 1-21 |
| 24 | 19-22 |
| 25 | 1-22 |
| 26 | 1-22 |
| 27 | 1-22 |
| 28 | 1-22 |
| 29 | 1-22 |
| 30 | 1-22 |
| 31 | 1-17; 20-21 |
| 32 | 1-22 |
| 33 | 1-15; 17-22 |
| 34 | 1-10; 12-16 |

**MICHAEL CINTRON – Deposition dated July 17, 2024**

| Page | Line(s) |
|---|---|
| 78 | 11-21 |
| 79 | 3-18 |
| 83 | 4-18 |
| 93 | 19-22 |
| 94 | 1-22 |
| 95 | 1-22 |
| 96 | 1-22 |
| 97 | 1-10 |
| 98 | 1-22 |

| | |
|---|---|
| 99 | 1-11; 13-22 |
| 100 | 1-4; 6-7 |
| 104 | 3-22 |
| 105 | 1-22 |
| 106 | 1-22 |
| 107 | 1-17 |
| 114 | 2-13; 15-17 |
| 134 | 17-21 |
| 135 | 1-3 |
| 138 | 2-9 |
| 147 | 22 |
| 148 | 1-19; 22 |
| 149 | 1-6; 8-22 |
| 150 | 1 |
| 156 | 3-5; 7-9; 21-22 |
| 157 | 1-2 |
| 159 | 9-10 |
| 163 | 16-17; 19-20 |

**MICKY DONALDSON - Deposition date July 18, 2024**

| **Page** | **Lines** |
|---|---|
| 13 | 17-25 |
| 14 | 1-3 |
| 20 | 5-7 |
| 24 | 23-25 |
| 25 | 1-12 |
| 25 | 13-24 |
| 26 | 22-25 |
| 27 | 1-14 |
| 30 | 11-16 |
| 32 | 10-23 |
| 33 | 1-6 |
| 34 | 24-25 |
| 35 | 1-5 |
| 53 | 25 |
| 54 | 1-6 |
| 58 | 8-16 |
| 66 | 8-11 |
| 68 | 5-18 |
| 69 | 24-25 |
| 70 | 1-20 |
| 73 | 21-25 |
| 74 | 1-6 |
| 76 | 12-15 |

| | |
|---|---|
| 81 | 9-13, 14-18, 19-25 |
| 82 | 1-2, 20-25 |
| 83 | 1-25 |
| 84 | 1-14 |
| 92 | 8-10 |
| 100 | 19-25 |
| 101 | 1-7 |
| 105 | 11-25 |
| 106 | 1-21 |
| 115 | 1-12 |
| 117 | 25 |
| 118 | 1-14 |
| 120 | 12-24 |
| 125 | 13-20 |
| 136 | 23-25 |
| 137 | 1-24 |

**Margaret Gaffney-Smith – Deposition dated July 15, 2024**

| **Page** | **Lines** |
|---|---|
| 12 | 5-25 |
| 13 | 1-25 |
| 14 | 1-10 |
| 18 | 1-25 |
| 19 | 1-18 |
| 20 | 9-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-25 |
| 25 | 1-14 |
| 33 | 8-25 |
| 34 | 1-25 |
| 35 | 1-21 |
| 38 | 15-25 |
| 39 | 1-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-15 |
| 49 | 11-25 |
| 50 | 1-25 |
| 51 | 1-16 |
| 68 | 1-25 |
| 69 | 1-19 |
| 73 | 7-13 |

| | |
|---|---|
| 74 | 17-25 |
| 75 | 1-4 |
| 76 | 13-25 |
| 77 | 1-25 |
| 78 | 1-25 |
| 79 | 1-25 |
| 80 | 1-12 |
| 108 | 3-25 |
| 109 | 1-25 |
| 110 | 1-5 |
| 115 | 20-25 |
| 116 | 1-15 |
| 164 | 15-22 |
| 169 | 5-25 |
| 170 | 1-25 |
| 171 | 1-25 |
| 172 | 1-25 |
| 173 | 1-25 |
| 174 | 1-2 |
| 177 | 20-25 |
| 178 | 1-4 |
| 182 | 22-25 |
| 183 | 1-25 |
| 184 | 1-18 |
| 185 | 22-25 |
| 186 | 1-25 |
| 187 | 1-7 |
| 188 | 6-25 |
| 189 | 1-25 |
| 190 | 1-16 |
| 203 | 15-25 |
| 204 | 1-4 |
| 257 | 17-25 |
| 258 | 1-13 |
| 269 | 12-18 |
| 278 | 19-25 |
| 279 | 1-5 |
| 280 | 9-18 |