# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

### [PROPOSED] ORDER

Upon consideration of the United States' opposed "Motion in Limine to Preclude Defendants' Presentation of Cumulative Expert Testimony" ("Motion"), any opposition thereto, and for good cause having been shown, the Court hereby **GRANTS** the Motion and **IT IS HEREBY ORDERED** that Defendants are precluded from eliciting cumulative testimony from three of their designated experts—Carlos Rubinstein, Herman Settemeyer, and Dr. Kathy Alexander— regarding the following: the supposed legal requirements of the United States to obtain Texas water rights under the Texas Water Code and Texas regulations; the supposed impossibility of the United States make any improvement in aid of navigation because of the lack of available water rights; and the supposed impossibility of changing water preferences under various state laws and an international treaty.

**IT IS SO ORDERED.**

SIGNED on this the _____ day of _____ 2024.

_____
Hon. David Alan Ezra
Senior United States District Judge