IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**
**UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ANY FLOATING BARRIER U.S. CUSTOMS AND BORDER PROTECTION CONTEMPLATED BUT DID NOT BUILD**

Upon consideration of the United States' Motion *in Limine* to Exclude Evidence and Argument Regarding Any Floating Barrier U.S. Customs and Border Protection Contemplated But Did Not Build and the response thereto, it is hereby

ORDERED that Defendants are precluded from offering any evidence of U.S. Customs and Border Protection's contemplation of floating barriers, including by eliciting any testimony regarding such contemplations; and it is further

ORDERED that Defendants are precluded from offering any argument regarding U.S. Customs and Border Protections contemplation of floating barriers.

_____
The Hon. David Alan Ezra
Senior U.S. Dist. Judge