IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion *in Limine* to Limit Michael Banks's Testimony to Lay Testimony and the response thereto, it is hereby

ORDERED that Defendants are limited to introducing testimony from Michael Banks only as a lay witness and not as an expert witness.

_____
The Hon. David Alan Ezra
Senior U.S. Dist. Judge

1