# U.S. EXHIBIT

## 2

Michael Banks                                                July 10, 2024

                                                            Page 1

 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                        AUSTIN DIVISION
 3      UNITED STATES OF AMERICA,    )
                                     )
 4              Plaintiff,           )
                                     )
 5      v.                           )  Case
                                     )  No. 1:23-cv-00853-DAE
 6      GREG ABBOTT, in his          )
        capacity as GOVERNOR OF      )
 7      THE STATE OF TEXAS, and      )
        THE STATE OF TEXAS,          )
 8                                   )
                Defendants.          )
 9
10
11
12                   ORAL DEPOSITION OF
13                     MICHAEL BANKS
14               Wednesday, July 10, 2024
15
16              ORAL DEPOSITION OF MICHAEL BANKS, produced as
        a witness at the instance of the Plaintiff, United
17      States of America, and duly sworn, was taken in the
        above-styled and numbered cause on the 10th of
18      July, 2024, from 9:10 a.m. to 12:43 p.m., before Sharon
        Ross, Certified Shorthand Reporter in and for the State
19      of Texas, reported by computerized stenotype machine, at
        the US Attorney's Office for the Western District of
20      Texas, 903 San Jacinto Boulevard, Suite 334, Austin,
        Texas 78701, pursuant to the Federal Rules of Civil
21      Procedure and/or any provisions stated on the record or
        attached hereto.
22
23
        Reported by:
24      SHARON ROSS, Texas CSR #1961,
        Hawaii CSR #432, RMR, CRR, CRC
25      Realtime Systems Administrator
        Job No. CS6790218

```
 1                      APPEARANCES
 2
     For Plaintiff, United States of America:
 3
            Faith Lowry
 4          US DEPARTMENT OF JUSTICE
            Civil Federal Programs Branch
 5          1100 L Street
            Washington, DC  20005
 6          202.305.2532
            Faith.e.lowry@usdoj.gov
 7
                - and -
 8
            Landon A. Wade
 9          US DEPARTMENT OF JUSTICE
            United States Attorney's Office
10          903 San Jacinto Boulevard, Suite 334
            Austin, Texas  78701
11          512.916.5858
            Landon.wade@usdoj.gov
12
                - and -
13
            Kimere Kimball (via Zoom)
14          US DEPARTMENT OF JUSTICE
            Environment & Natural Resource Division
15          150 M Street NE
            Washington, DC  20001
16          202.514.2285
            Kimere.kimball@usdoj.gov
17
18   For Defendants Greg Abbott, in his capacity as Governor
     of the State of Texas, and The State of Texas:
19
            David Bryant
20          OFFICE OF THE ATTORNEY GENERAL OF TEXAS
            PO Box 122548, Capitol Station
21          Austin, Texas  78711-2548
            512.936.2266
22          David.bryant@oag.texas.gov
23              - and -
24
25
```

Michael Banks                                                    July 10, 2024

```
                                                    Page 3

 1                     APPEARANCES (Continued)
 2          Patrick K. Sweeten
            Trevor Ezell
 3          Caleb Gunnels
            OFFICE OF THE GOVERNOR
 4          PO Box 12428
            Austin, Texas  78711
 5          512.463.1788
            Patrick.sweeten@gov.texas.gov
 6          Trevor.ezell@gov.texas.gov
            Caleb.gunnels@gov.texas.gov
 7
 8     Also Present:
 9          Armando Salinas, Jr.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Michael Banks                                                July 10, 2024

                                                              Page 14

1               THE REPORTER:  Thank you.

2         Q.  (BY MS. LOWRY)  Would you make any other

3    changes to the opinions captured in this disclosure?

4               MR. BRYANT:  Mr. Banks, take your time and

5    review --

6         Q.  (BY MS. LOWRY)  We'll go through the --

7               MR. BRYANT:  -- review the document as much

8    as you need to --

9               THE WITNESS:  Okay.

10              MR. BRYANT:  -- before you answer that.

11        Q.  (BY MS. LOWRY)  And we will go through them one

12   by one; but if there's anything that jumps out at you at

13   the top level, now would be the time.

14              MS. LOWRY:  If we could also pause -- we

15   might need to go off the record -- the guest joining us

16   by Zoom cannot hear.

17              (Discussion off the record.)

18        A.  Yeah, nothing else.

19        Q.  (BY MS. LOWRY)  In forming these opinions, have

20   you relied on any particular facts not summarized in

21   this disclosure?

22        A.  I mean, I'm sure there's a lot of facts that I

23   didn't put in here.  I mean, this is -- this is a

24   summarat -- a summarization of a lot of data.

25              And so there's a lot more data -- finite

Michael Banks                                                    July 10, 2024

                                                                    Page 15

1    data that is not put in here, but it's data I used to

2    come to that decision.

3         Q.  What types of data?

4         A.  Crossing data from CBP's public website,

5    reports from both TMD, Texas Military Department, and

6    Texas Department of Public Safety, from officers and

7    agents on the scene in addition to my own personal

8    observations from the extensive amount of time that I

9    have spent in the Eagle Pass area around the buoys.

10        Q.  What types of TMD reports?

11        A.  They do a report that shows where they have

12   people manned and located, and so they have requirements

13   to report.

14             For example, if a TMD soldier sees someone

15   approach the buoys, go around the buoys, or attempt to

16   go over the buoys, those listening and observation posts

17   would report that, also, any reports from TMD or DPS or

18   the absence of reports for rescues in and around buoys.

19        Q.  Are those reports made in writing?

20        A.  Yes, I mean, if there's a report.  If they see

21   nothing, then obviously there's no report.  They would

22   only report contact.

23        Q.  And in what form do those reports come in

24   writing?

25        A.  They're -- I mean, Excel spreadsheet via email.

Michael Banks                                                July 10, 2024

Page 19

1        A.  Well, it would be the Eagle Pass -- the task

2    force assigned to Eagle Pass.

3        Q.  About how many people are on that task force?

4        A.  I -- I could not give you an honest answer.  It

5    changes day to day depending on the influx of traffic

6    across the border.  We move soldiers almost daily.

7        Q.  So if I'm understanding correctly, personnel in

8    Eagle Pass will provide daily reports to quality

9    control; and then quality control compiles a broader

10   report covering the length of the border.  Is that

11   accurate?

12       A.  Yeah, I wouldn't -- I don't know if I -- I used

13   the term "quality control."  I don't know what the

14   military term is for it but it's a department that their

15   data comes into and then they take data from each task

16   force, because the border's broken up over task forces,

17   and then it all routes through their headquarters, if

18   you will.

19              And they have a team at headquarters that

20   puts all the data into one report that goes out daily.

21       Q.  Do you know if the personnel in Eagle Pass

22   specifically that -- I'll use quality control because

23   that's --

24       A.  Okay.

25       Q.  You understand what I mean if I say that?

Michael Banks                                                    July 10, 2024

Page 20

1       A.   Right.

2       Q.   -- that is providing this information to

3  quality control, do they do that in one package per day

4  or may -- like would they possibly make multiple

5  communications to quality control over a day?

6       A.   Headquarters produces a consolidated document

7  once a day from all the task forces.

8            How often each task force reports up to

9  headquarters, I'm not sure.  I don't know if they do

10 that daily or multiple times a day for a shift.  I just

11 don't know.

12      Q.   You mentioned that part of the reporting

13 responsibilities include if anybody has attempted to go

14 over the floating barrier, around the floating barrier.

15 Do you recall that?

16      A.   I do.

17      Q.   What are their instructions for capturing

18 information related to the floating barrier?

19      A.   TMD is required -- well, TMD or DPS -- they

20 work together -- are required to maintain an overwatch

21 of the buoys for the purpose of safety.

22           That overwatch is required to report to

23 their task force command any contact with anyone that

24 approaches the buoy, turns back, anyone that makes

25 contact with the buoy, anyone that comes over the buoy.

Michael Banks                                                July 10, 2024

                                                            Page 21

1              They're required to report that through

2    their task force, and then their task force report it to

3    their -- to the headquarters' quality control, if you

4    will.

5         Q.  Are those instructions in writing or is this a

6    verbal understanding?

7         A.  I'm not -- I'm not at the musters where TMD

8    gives their instructions.  So I'm not sure if TMD has

9    given it to them in writing or if they've given them to

10   them verbally.

11        Q.  Have you issued those instructions personally

12   to the TMD personnel performing the overwatch at the

13   buoys?

14        A.  No.  The TMD -- the TMD leadership gives that

15   to the TMD.  I don't dir -- I don't direct the

16   individual actions of the soldiers in the TMD.

17        Q.  And so you are relying on what you understand

18   to be what TMD has told their personnel?

19        A.  I'm relying on reading a report that shows any

20   activity at the buoys or not at the buoys.

21              And for them to have a section that reports

22   activity and shows activity or no activity is -- to me,

23   it's factual that TMD is recording that information

24   because they're producing that information.

25        Q.  And here's what I'm trying to understand.  Is

Michael Banks                                          July 10, 2024

Page 48

1    probably be helpful if you can refer to this exhibit as

2    we go through.

3                Can you please read for the record

4    paragraph 1, your first opinion in this case?

5        A.  Sure.  "The buoys are ... extremely

6    effective" -- "are an extremely effective deterrent

7    against transnational crime and have proven to be

8    incredibly effective in preventing the illegal entry of

9    persons, guns, drugs, and goods into Texas.  Current

10   deployed buoys are monitored 24 hours a day, seven days

11   a week; and there have been zero observed illegal

12   crossings over the buoys since they were placed in the

13   river."

14       Q.  Does that accurately capture your opinion?

15       A.  Yes.

16       Q.  Are there any changes or caveats you would like

17   to make to that opinion at this time?

18       A.  No.

19       Q.  Looking at the -- the first sentence, "The

20   buoys are an extremely effective deterrent against

21   transnational crime and have proven to be" extreme --

22   "incredibly effective in preventing the illegal entry of

23   persons, guns, drugs, and goods into Texas," did you

24   rely on any particular data in reaching that opinion?

25       A.  I did.  I relied on CBP numbers as well as the

Michael Banks                                          July 10, 2024

Page 49

1    activity that was reported by TMD and DPS.

2         Q.   What CBP numbers were you relying on?

3         A.   Whatever their publicly posted numbers are.

4         Q.   Does CBP post numbers specific to the area

5    adjacent to the floating barrier?

6         A.   No, to an entire sector or to a -- they do it

7    by station as well.

8         Q.   So the data would be covering the entire Eagle

9    Pass station that you were looking at?

10        A.   Yes.  They don't release by zone.

11        Q.   Do you know how long -- how many miles of

12   border the Eagle Pass station is responsible for?

13        A.   I don't.

14        Q.   Are you able to attribute those numbers

15   specifically to the floating barrier in any way?

16        A.   I think the floating barrier is part of a

17   defense in-depth structure, and so no one item controls

18   the border.  It is a combination of items that work

19   together.

20        Q.   So is the answer to my question -- my question

21   is whether you can take a CBP number and attribute it

22   specifically to the floating barrier.

23        A.   Not a CBP number.

24        Q.   What numbers can you -- what data are you

25   relying on to form this opinion that you can attribute

Michael Banks                                    July 10, 2024

Page 50

1   specifically to the floating barrier?

2        A.  The number of crossings witnessed in this

3   particular location before the buoys were applied and

4   then looking at the number of crossings in that

5   particular area once the buoys were put into place and

6   looking at the decrease in traffic in that specific

7   location.

8        Q.  What do you mean by "transnational crime"?

9        A.  So that's TCO -- transnational organizations

10  are organizations that are involved in smuggling.

11  They're involved in trafficking of narcotics.  They're

12  involved in -- so smuggling of weapons south, smuggling

13  of money south, smuggling of guns -- I'm sorry --

14  smug -- drugs and humans north, so anything where your

15  criminal activity is coming from one country into

16  another country.

17       Q.  Do you have data specific to transnational

18  crime in the area of the floating barrier?

19       A.  I'm trying to make sure I say this right.

20            The smuggling of people across that area is

21  transnational criminal activity.  That is a crime,

22  smuggling.

23            If in that particular area we were seeing

24  high numbers, once those buoys were placed there, we saw

25  no numbers.  That, to me, is reduction of that

Michael Banks                                                July 10, 2024

Page 76

1    surrender.

2                    THE REPORTER:  Thank you.

3         Q.  (BY MS. LOWRY)  They are not evading -- trying

4    to make further entry, as you said, as a got-away?

5                    MR. BRYANT:  Objection to form.

6         A.  I'd have to go back and look at the total

7    number of got-aways that DPS has apprehended that don't

8    count as got-aways because they're handed over to the

9    Border Patrol but they were attempting to get away, plus

10   the total number of reported got-aways by CBP to get you

11   an exact number on what the percentages are.

12                   But if -- but if I was using an -- using an

13   estimate, I would say more have surrendered than have

14   gotten away.

15        Q.  (BY MS. LOWRY)  Looking back at Exhibit 1 at

16   your second opinion, can you please read that for the

17   record?

18        A.  "It is my view that buoys do not possess a

19   danger to the public or law enforcement.  The Rio Grande

20   River has numerous natural dangers, including the

21   currents, depth, rocks, debris, both sunken and

22   floating, large boulders.  As a moving body of water,

23   the river is consistently changing.  Each of these

24   changes presents a danger to boats operating on the

25   river.  The buoys, on the other hand, are affixed and

Michael Banks                                          July 10, 2024

Page 77

```
1    constant.  So their location is marked on maps, GPS
2    systems, and known to locals and law enforcement.
3    Additionally the buoys are bright orange for visual
4    identification which prevents collisions of passing
5    vessels.  The buoys run perpendicular to the banks of
6    the river to ensure water flow and navigation of vessels
7    up and down the river is unimpeded."
8         Q.  Does that accurately capture your opinion?
9         A.  Yes.
10        Q.  Is there anything that you would like to change
11   about that opinion at this time?
12        A.  No.
13        Q.  Is there any particular data that you relied
14   upon in reaching this opinion?
15        A.  So there's a lot of data right there.  There's
16   my personal experience.  There's the amount of time I've
17   spent on boats with DPS and TMD along the river.  There
18   is my past experience with the boat units.
19             As we established earlier, I was not
20   certified to operate boats; but I did spend quite a bit
21   of time on the boats with my agents.  And they mark
22   everything in the river on GPS to ensure they know where
23   the hazards are.
24        Q.  Is -- so is that data captured in any written
25   format or are you saying that you're relying on your
```

Michael Banks                                          July 10, 2024

                                                    Page 78

1    experience?

2         A.   That they're marked on GPSs?

3         Q.   If that dat -- if the fact that they are

4    captured on GPSs is written down somewhere and you're

5    relying on that, then, yes.

6         A.   I guess I'm trying to understand the question

7    because, I mean, I guess the data that the buoys are

8    orange and we could take it piece by piece; but the

9    video you showed showed the numerous natural dangers,

10   including the fast-moving current around the rocks.  It

11   shows the debris.  It showed large boulders.  It showed

12   the river moving.

13             The buoys being -- being orange and large,

14   the buoys running perpendicular, I mean, that was all

15   just in the last exhibit we showed.

16        Q.   Uh-huh.

17        A.   So, I mean, to me it's factual and I think data

18   is -- there's tons of data and experience and knowledge

19   that validate what I'm saying in this message.

20        Q.   Do you -- are you aware that there are concrete

21   anchors attached to the floating barrier?

22             MR. BRYANT:  Objection to form.

23        A.   Yes.

24        Q.   (BY MS. LOWRY)  How many concrete anchors are

25   there attached to the floating barrier?

Michael Banks                                                July 10, 2024

Page 96

1    sub it out.  I just don't know.

2        Q.  So you're not sure who -- who it was

3    specifically performing that maintenance?

4        A.  Correct.

5        Q.  "The buoys assist" -- reading again from your

6    opinion, "The buoys assist law enforcement in performing

7    their job as no illegal cross-border activity has

8    happened at this portion of the border.  Instead, the

9    buoys have funneled that traffic and proven to be a

10   force multiplier."

11       A.  Correct.

12       Q.  Is it your testimony that no one has made

13   landfall in the area on the US side around the floating

14   barrier?

15       A.  No, that's not what I said.

16       Q.  What do you mean when you say "no illegal

17   cross-border activity has happened at this portion of

18   the border"?

19       A.  No one has -- no one has left Mexico, entered

20   the river, went across the buoys, and entered into the

21   United States.

22       Q.  You have observed migrants going around --

23       A.  Correct.

24       Q.  -- the barrier, correct?

25       A.  Correct.

Michael Banks                                              July 10, 2024

Page 97

```
1          Q.  What is a "force multiplier"?

2          A.  A force multiplier is any time you can put

3    something in place that will limit the number of

4    personnel you need to have in an area to control an

5    area.

6               For example, the federal wall is a force

7    multiplier.  The state wall is a force multiplier.  It

8    allows you to control the flow of traffic allowing you

9    to apply less physical manpower to it.

10         Q.  I believe you testified earlier that Texas'

11   attention to the area around the floating barrier has

12   increased --

13         A.  Correct.

14         Q.  -- since it was installed, correct?

15         A.  Correct.

16         Q.  So it has not decreased the number of personnel

17   needed to monitor this portion of the border, correct?

18         A.  That's not -- no, that's not correct.

19              There were hundreds, if not thousands, a

20   day crossing in that area.  So the number of soldiers it

21   took to either hold back them from making landfall or to

22   detain them and get them to Border Patrol was

23   significantly more than requiring one or two LPOPs

24   watching the area to report.

25              Because the traffic in that specif --
```

Michael Banks                                        July 10, 2024

Page 98

1   particular area has been so greatly reduced, we have

2   been able to move more manpower to other locations.

3        Q.  Starting at the floating barrier, in what --

4   just if you could orient me from there, in what portion

5   of the border has the traffic been reduced?

6        A.  The area at the individual buoys and then much

7   of the area immediately to the east and west of the

8   buoys.

9             At first when the buoys went in, a lot of

10  traffic would approach the buoys and either turn back or

11  approach the buoys and go around them.

12            As time went on and they realized that it

13  wasn't going to be as easy to get across these buoys,

14  much of the traffic -- the majority of the traffic in

15  that area stopped coming.  And so even the traffic that

16  would go around the buoys has been greatly decreased.

17       Q.  From how far out from the buoys would you say

18  the traffic's been decreased?

19       A.  Maybe -- at least 15 -- another 1500 feet in

20  each direction.

21       Q.  And do you attribute that to the floating

22  barrier specifically?

23       A.  I do.

24       Q.  Do you think there are any other

25  infrastructures or tactics that are influencing that

Michael Banks                                                    July 10, 2024

Page 99

1    decrease in traffic?

2         A.   Absolutely.

3         Q.   What are those?

4         A.   So the -- putting up additional wire, putting

5    up ACB, all the other tactical infrastructure that we're

6    putting in place.

7                   As I said, the buoys are just one tool in a

8    toolbox as part of a defense in-depth.  No one thing is

9    the right answer.  It's the appropriate combination of

10   all of those tools that are making that -- are achieving

11   the success in that area of reducing those numbers.

12        Q.   Are you able to give me a net benefit number --

13   basically without the floating barriers, this many more

14   migrants would have crossed into the United States?

15        A.   Thousands.

16        Q.   What is that number?

17        A.   Do you want me to give you an exact number?  I

18   can't give you an exact number.

19        Q.   And that's what I'm asking.  Can you separate

20   out the effect that the barrier -- the floating barrier

21   has in addition to the C wire, in addition to the

22   anti-climb fence, and say:  This is the net benefit of

23   this part of the infrastructure?

24        A.   The net benefit is that thousands of migrants

25   are no longer crossing in that area.

Michael Banks                                            July 10, 2024

Page 100

1     Q.  How many migrants -- how many additional

2     migrants would have crossed into the United States

3     between July 2023 when the barrier -- floating barrier

4     was installed and today?

5     A.  How many more migrants would have crossed if

6     the barriers wouldn't have been there?  That -- I can't

7     answer that question.

8     Q.  Do you recall any specific instances of someone

9     approaching the barrier and turning back rather than

10    going around it?

11    A.  Yes.

12    Q.  Do you know if those individuals later crossed

13    somewhere else?

14    A.  I think we asked that one earlier.  No,

15    absolutely not.  I have no idea what they do when they

16    go back to Mexico.

17    Q.  In this opinion No. 3, you say, "The buoys

18    assist law enforcement in performing their job as no

19    illegal cross-border activity has happened at this

20    portion of the border."

21              What are you referring to by "this portion

22    of the border"?

23    A.  The area at the buoys and directly east and

24    west of the buoys, an area that required lots of agents,

25    lots of law enforcement and military to address the

Michael Banks                                           July 10, 2024

                                                    Page 101

1    traffic that was coming across.

2              Because so many more have been funneled

3    downriver closer to the port of entry, it has reduced

4    the amount of law enforcement and military we need in

5    that area.

6         Q.  Okay.  But you say here, "No illegal

7    cross-border activity has happened."

8         A.  At the buoys, correct.

9         Q.  You mean at the buoys themselves?

10        A.  Correct.

11        Q.  You do not mean that there have been no illegal

12   crossings on the bank for 1500 feet on either side of

13   the buoys?

14        A.  Correct.

15        Q.  So when you say this portion of the border

16   there is no illegal cross-border activity, you're really

17   referring to the floating barrier itself?

18        A.  The portion of buoys at the floating barrier

19   co -- or the portion of the river that the floating

20   barrier covers.

21        Q.  Itself?

22        A.  Right.

23        Q.  Next you say, "While employed at CBP, Mr. Banks

24   is aware of the agency engaging in the process of

25   putting the very same buoys in the Rio Grande River.

Michael Banks                                              July 10, 2024

Page 102

1    However, when the administration changed, the buoy

2    contracts were shelved.  The decision to shelf the buoys

3    was not an operational, legal, or safety decision but

4    instead a political one."

5                   Without getting into the specifics of what

6    happened -- I'm not asking you -- and I believe you've

7    not been authorized to disclose the substance of those

8    conversations that you were having while you were at

9    CBP, but I want to get into the basis of your knowledge.

10                  So not the specific conversations, but were

11   you personally involved in the process of putting what

12   you describe as the very same buoys in the Rio Grande

13   River?

14        A.   Was I involved in the delivery of discussions?

15   Yes, not all of them, but at least one specific one.

16        Q.   One specific conversation?

17        A.   (Witness nods head.)

18        Q.   Do you recall other specific conversations?

19        A.   So one in the delivery process and determining

20   who, when, what, where, and how and then one in the "we

21   will not" conversation.

22        Q.   Were you personally involved in any way in a

23   procurement process?

24        A.   No.

25        Q.   Were you part of CBP's procurement office?

Michael Banks                                                   July 10, 2024

Page 103

1          A.  No.

2          Q.  You mention the decision to shelf the buoys.

3     By that, do you mean ultimately CBP did not procure a

4     floating barrier?

5          A.  So since I wasn't in the procurement

6     department, does signing a contract constitute

7     procurement if the shel -- or if the buoys haven't been

8     delivered?

9          Q.  Let's pause.  And, again, not getting into

10    those --

11         A.  Right.

12         Q.  I'm just asking what you mean by "shelved."

13         A.  I mean it was:  Cancel the contract.  We're not

14    putting anything that's considered infrastructure on the

15    border.

16         Q.  Okay.  Were you personally involved in the

17    consideration of that decision?

18         A.  I'm trying to figure out how to answer the

19    question as honestly as possible.  Can you repeat it one

20    more time?

21         Q.  Were you personally involved in that decision?

22         A.  In the decision to?

23         Q.  The consideration of that decision.

24              MR. BRYANT:  Objection to form.

25         A.  In the decision to?

Michael Banks                                                    July 10, 2024

Page 104

1      Q.  (BY MS. LOWRY)  Whatever the substance is
2  regarding the buoys, were you personally involved in the
3  decision-making or were you just told about the
4  decisions that had been made?
5      A.  My opinion was asked and given.
6      Q.  Okay.  Looking at your fourth opinion in
7  Exhibit 1, can you please read that into the record?
8              THE REPORTER:  Slowly.
9              THE WITNESS:  Sorry.  I'm from Georgia and
10  I'm supposed to talk slow, but I don't.
11      A.  In conditions -- are the conditions in recent
12  years in the Rio Grande area where the buoys are
13  located -- I'm going to read it again.  You messed me up
14  when you slowed me down.
15              "The conditions in recent years in the Rio
16  Grande area where the buoys are located have
17  deteriorated to such an extent that placing the buoys
18  was necessary.  Over the last three and a half years,
19  the Eagle Pass area has become not only a major public
20  safety issue but also a humanitarian crisis.
21              "The Del Rio Sector where the buoys were
22  located saw a 547 percent increase in cross-border
23  related deaths over the last three and a half years.
24              "Prior to the installation of the buoys,
25  there were thousands of illegal" migrants -- or

Michael Banks                                      July 10, 2024

Page 105

1    "immigrants huddled under a bridge with thousands more

2    held in retention ponds adjacent to the bridge and

3    thousands more still crossing with federal law

4    enforcement doing nothing to stop the flow."

5        Q.  Does that accurately capture your opinion?

6        A.  I do believe that -- I was looking at death

7    numbers yesterday, and it is a 447 percent increase, not

8    a 547 percent.

9        Q.  Okay.  Thank you.  Are there any other changes

10   or caveats you would like to add to this opinion?

11       A.  No.

12       Q.  Besides the data on the number of

13   border-related deaths, what other data did you look at

14   in forming this opinion?

15       A.  Total number of crossings, communications with

16   the mayor, with the Chief of Police of Eagle Pass, with

17   the fire department, the fire chief.

18            It's -- it's quite a bit of data.  It is

19   and it's ever changing but communicating with local

20   stakeholders, city councilmen, mayors, law enforcement,

21   fire department, communicating with COs of hospitals on

22   the bed space in hospitals and then, of course, CBP data

23   and our own internal data.

24       Q.  When you say the conditions in recent years in

25   the Rio Grande area where the buoys are located have

Page 106

1    deteriorated, what do you mean by "the Rio Grande area"?

2        A.  So specifically the Eagle Pass area -- and I

3    want to be careful because I know there's Eagle Pass

4    north and south and a lot of this is kind of on the seam

5    of these two stations; but I'm referring to Eagle Pass,

6    Rio Grande, and all the small communities in that area.

7        Q.  When, in your opinion, did the placement of the

8    floating barrier become necessary?

9        A.  Shortly before it went in.  So it went in July.

10   So I think my advice regarding the buoys came up in --

11   sometime in June.

12       Q.  June 2023?

13       A.  Yes.

14       Q.  Prior to that you did not consider it

15   necessary?

16       A.  It -- I don't -- it's not that you don't

17   consider something necessary.  It's you're looking at

18   all available options.

19              And when you're doing things and they're

20   having an impact but not as great of an impact as you

21   need to give the communities the relief that they

22   deserve, you have to start looking at additional --

23   additional things.

24              And, again, based on my experience with

25   CBP, I -- these things had never been pla -- actually

Michael Banks                                          July 10, 2024

Page 107

1    placed by CBP in the river.  So we didn't know for a

2    fact if they would or would not work, but what we did

3    know is that -- what I knew is that many of the experts

4    in CBP --

5          Q.  Okay.  That's -- I think -- are we relying on

6    the conversations you had within CBP while employed

7    there?

8          A.  This would be conversations with prior CBP

9    after I re -- after I retired and after they had retired

10   in regards to the buoys.

11         Q.  Okay.  So after, not while you were employed at

12   CBP?

13         A.  Correct.

14         Q.  Okay.

15         A.  And it's speaking with many of them that were

16   maybe involved in the delivery process, that would be a

17   question that --

18         Q.  Then we're not going to get into it.  Thank

19   you.

20              The -- in your opinion, what is the

21   threshold where the floating barrier will no longer be

22   necessary?

23         A.  You know, I don't know that there's a magic

24   number.  I think you -- I mean, honestly the magic

25   number would be nobody crosses the border illegally.

Michael Banks                                                    July 10, 2024

Page 121

1   that, I was executive officer of operations.

2        Q.  Have you ever been certified to operate CBP

3   boats?

4        A.  No.

5        Q.  Okay.  I am going -- were you the executive --

6   your title that was executive operations, was that for

7   all of RGB?

8        A.  Yes.

9        Q.  What were your responsibilities in that job?

10       A.  So you have a division chief of operations who

11  reports directly to the deputy chief.

12             My job was to -- to communicate with all of

13  the patrol agents in charge of each of the stations.

14  They would report to me, and then I would report the

15  information to the division chief of operations.

16       Q.  I'm going to show you some photos that I have

17  marked as Exhibits 5, 6, 7, 8, 9, and 10.

18             MR. BRYANT:  Thank you.

19       Q.  (BY MS. LOWRY)  I will represent to you that

20  these were photos taken in May of this year, May 2024.

21             And we'll -- let's go through some of them

22  in particular.  Looking at the first Exhibit 5, can you

23  see the -- what looks to be debris pressed up against

24  the floating barrier?

25       A.  Yes.