IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**The United States' Witness List**

The United States submits its Witness List pursuant to Western District of Texas Local Rule 16(f)(5). All witnesses may be contacted through undersigned counsel.

**I.   WITNESSES EXPECTED TO BE PRESENTED THROUGH LIVE TESTIMONY**

1. Michael D. Chapman
2. Adrian Cortez
3. Micky Donaldson
4. Dr. Ben Johnson
5. Neil Lebsock
6. Tim MacAllister
7. Hilary Quam
8. Franciso Sainz
9. Capt. John Timmel

II. **ADDITIONAL WITNESSES WHO MAY BE CALLED AS NEEDED**[1]

1. Isela Canava

2. Capt. Michael Cintron

3. Loren Flossman

4. Margaret Gaffney-Smith

5. Abraham Garcia

6. Mario Gomez

7. Ivan Morua

8. Capt. Brandy Parker

9. Joseph Shelnutt

10. Walker Smith

11. Additional witnesses as necessary to authenticate documents and/or establish documents as business records or government records.

12. Any witnesses designated and/or called at the Preliminary Injunction Hearing, or designated and/or called at trial, by Defendants.

13. The United States reserves the right to present witnesses to be used for impeachment only. See Western District of Texas Local Rule CV-16(f)(4).

Respectfully submitted,

Dated: July 26, 2024

JAIME ESPARZA  
UNITED STATES ATTORNEY

TODD KIM  
ASSISTANT ATTORNEY GENERAL  
Environment & Natural Resources Division

---

[1] The United States identified U.S. Border Patrol Chief Jason Owens in their initial disclosures. Mr. Owens, however, is now unavailable for trial. The United States does not anticipate calling any USBP Headquarters personnel in their case-in-chief, but to the extent such a witness is necessary for rebuttal, the United States reserves the right to supplement this list with an available witness.

<table>
<tr><td>

*/s/ Landon A. Wade*
LANDON A. WADE
  Assistant United States Attorney
  Texas Bar No. 24098560
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
(512) 370-1255 (tel)
(512) 916-5854 (fax)
Landon.wade@usdoj.gov

</td><td>

*/s/ Brian H. Lynk*
BRIAN H. LYNK
  Senior Trial Counsel
  DC Bar No. 459525
KIMERE J. KIMBALL
  Trial Attorney
  CA Bar No. 260660
ANDREW D. KNUDSEN
  Trial Attorney
  DC Bar No. 1019697
BRYAN J. HARRISON
Trial Attorney
  FL Bar No. 106379
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (Lynk)
(202) 514-8865 (fax)
Brian.lynk@usdoj.gov
Kimere.kimball@usdoj.gov
Andrew.knudsen@usdoj.gov
Bryan.harrison@usdoj.gov

*Counsel for the United States of America*

</td></tr>
</table>