IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**UNITED STATES' DESIGNATIONS OF DEPOSITIONS**

In accordance with the Court's scheduling order (ECF 97), the United States offers the following designations of deposition testimony.

I. Ivan Morua, Fed. R. Civ. P. 30(b)(6) Designee for City of Eagle Pass, Texas (July 18, 2024, Deposition)

| U.S. Designation |
|---|
| 4:1-24 |
| 5:11-20 |
| 6:2-12 |
| 13:9-15:17 |
| 19:10-20:12 |
| 23:3-16 |
| 58:14-67:25 |
| 70:17-71:3 |
| 73:7-74:9 |
| 101:16-25 |

II. Walker Smith, Director, Port of Harlingen (July 18, 2024, Deposition)

| U.S. Designation |
|---|
| 4:7-8 |
| 5:3-9 |
| 43:2-45:18 |

III. Loren Flossman, Cochrane International (August 22, 2023, Preliminary Injunction Hearing)

| U.S. Designation |
|---|
| 93:14-20 |
| 96:5-16 |
| 97:12-98:25 |
| 103:25-104:24 |
| 106:3-13 |
| 106:17-109:2 |