# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**Agreed Stipulations of the Parties**

To date, Plaintiff and Defendants have agreed on the following stipulations:

1. Defendants caused the Floating Buoy Barrier to be placed in the Rio Grande River about two miles downstream from the Camino Real International Bridge in Maverick County, Texas, in July 2023.

2. Defendants did not seek or obtain a Rivers and Harbors Act Section 10 Permit from the United States Army Corps of Engineers with respect to placement of the Floating Buoy Barrier in the Rio Grande River.

3. The Floating Buoy Barrier is now, and has since at least August 31, 2023, been, located entirely within the boundaries of the United States of America and of the State of Texas, and about two miles downstream from the Camino Real International Bridge in Maverick County, Texas.

Plaintiff reserves the right to hereafter inform the Court if any additional stipulations are agreed by the parties on or before August 2, 2024.

Respectfully submitted,

Dated: July 26, 2024

JAIME ESPARZA  
UNITED STATES ATTORNEY

TODD KIM  
ASSISTANT ATTORNEY GENERAL

Environment & Natural Resources Division

 /s/ Landon A. Wade  
LANDON A. WADE  
  Assistant United States Attorney  
  Texas Bar No. 24098560  
United States Attorney's Office  
Western District of Texas  
903 San Jacinto Blvd., Suite 334  
Austin, TX 78701  
(512) 370-1255 (tel)  
(512) 916-5854 (fax)  
Landon.wade@usdoj.gov

 /s/ Brian H. Lynk  
BRIAN H. LYNK  
  Senior Trial Counsel  
  DC Bar No. 459525  
KIMERE J. KIMBALL  
  Trial Attorney  
  CA Bar No. 260660  
ANDREW D. KNUDSEN  
  Trial Attorney  
  DC Bar No. 1019697  
BRYAN J. HARRISON  
Trial Attorney  
  FL Bar No. 106379  
U.S. Department of Justice  
Environmental Defense Section  
P.O. Box 7611  
Washington, DC 20044  
(202) 514-6187 (Lynk)  
(202) 514-8865 (fax)  
Brian.lynk@usdoj.gov  
Kimere.kimball@usdoj.gov  
Andrew.knudsen@usdoj.gov  
Bryan.harrison@usdoj.gov

*Counsel for the United States of America*