UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br><br>*Defendants*. | No. 1:23-cv-00853-DAE |

### [PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSED EMERGENCY MOTION FOR A CONTINUANCE OR STAY OF TRIAL

Before the Court is Defendants' Opposed Motion for a Continuance or Stay of Trial. After considering the motion, record, and relevant authorities, the Court hereby **GRANTS** the Motion and **CONTINUES** the trial currently scheduled for August 6, 2024, at 9:00 a.m. The trial is **STAYED** until further order of the Court.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David A. Ezra
United States District Judge