IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Having duly considered Plaintiff the United States' Unopposed Motion for Sixty-Day Stay of Proceedings and Continuance of Trial, the Court hereby **GRANTS** this motion. Accordingly, **IT IS HEREBY ORDERED** that:

(1) All proceedings in this matter are stayed for a period of 60 days;

(2) The start date and time of trial is continued until 9AM CT on Monday, October 7, 2024; and

(3) The parties shall file by Monday, September 23, 2024, following meet and confer, a Joint Advisory communicating to the Court their respective positions (whether or not agreed) on how to proceed in this matter.

**IT IS SO ORDERED.**

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David Alan Ezra
Senior United States District Judge