UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. 1:23-CV-853-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GREG ABBOTT, in his capacity as | § | |
| Governor of the State of Texas, and | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

ORDER

The Court has before it an unopposed motion for a sixty-day stay of all district court proceedings and continuance of the trial in light of the en banc ruling of the Fifth Circuit Court of Appeals. (Dkt. # 201.) It is the Court's understanding that there may be some dispute between the parties as to the effect of that ruling, which the Court hopes to address at a status conference set for Tuesday, August 6, 2024, at the Austin Federal Courthouse. (Dkt. # 202.)

While the parties have requested a sixty-day continuance, this Court wishes to avoid placing the Panel for Fifth Circuit Court of Appeals in the same time crunch that Texas placed on this Court when the Emergency Motion for a Continuance or Stay of Trial was initially filed. (Dkt. # 200.) Therefore, this Court grants the motion to continue for a period of 90 days in order for the Fifth Circuit

1

Panel to make its ruling on the pending mandamus and for the parties to adjust their trial preparation depending upon that order.

While this Court certainly does not presume anything, it is the hope that this may alleviate the need for the Fifth Circuit Panel to issue an administrative stay as the trial will not be going forward for a period of at least 90 days.

Therefore, the trial in this matter is hereby continued from August 6, 2024, to November 7, 2024.

IT IS SO ORDERED

DATED: Austin, Texas, August 2, 2024

_____
David Alan Ezra
Senior United States District Judge