UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America,<br><br>  *Plaintiff*,<br><br>    v.<br><br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br><br>  *Defendants*. | No. 1:23-cv-00853-DAE |

### [Proposed] Order Granting Defendants' Opposed Motion to Preclude Rebuttal Expert Witness Michael Chapman from Testifying in Plaintiff's Case-In-Chief

Before the Court is Defendants' Opposed Motion to Preclude Rebuttal Expert Witness Michael Chapman from Testifying in Plaintiff's Case-In-Chief. After considering the motion, record, and relevant authorities, the Court hereby **GRANTS** the Motion. Michael Chapman is hereby precluded from testifying in Plaintiff's case-in-chief.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David A. Ezra
United States District Judge