UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America., | § | |
|  Plaintiff, | § | |
| vs. | § | NO:  AU:23-CV-00853-DAE |
| | § | |
| Greg Abbott, et al. | § | |
|  Defendants. | § | |

## ORDER SETTING FURTHER STATUS CONFERENCE

It is clear to this Court that the State of Texas misunderstands the substance of the status conference held on August 6, 2024 in this matter. To avoid any misunderstanding going forward, it is hereby ORDERED that the above entitled and numbered case is set for a continued **in person** STATUS CONFERENCE before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, August 07, 2024 at 10:00 AM**. It is requested that Lanora C. Pettit, Principle Deputy Solicitor General be present at the scheduled conference.

In the event that lead counsel for the United States have returned to Washington DC, it is acceptable that a local representative from the United States Attorneys Office be present.

 IT IS SO ORDERED.

 DATED: Austin,  Texas August 06, 2024.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE