# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 2, 2024
Lyle W. Cayce
Clerk

No. 24-50620

───────────

IN RE GREG ABBOTT, *in his capacity as Governor of the State of Texas*; STATE OF TEXAS,

                            *Petitioners.*

───────────

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

───────────

ORDER:

    IT IS ORDERED that Petitioners' emergency motion for a temporary administrative stay is DENIED AS MOOT.

    IT IS ORDERED that Petitioners' emergency motion for stay of trial pending disposition of the petition for writ of mandamus is DENIED AS MOOT.

                    LYLE W. CAYCE, CLERK
                United States Court of Appeals
                    for the Fifth Circuit
                    /s/ Lyle W. Cayce

    ENTERED AT THE DIRECTION OF THE COURT