# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-50620   In re: Greg Abbott
                USDC No. 1:23-CV-853

Enclosed is an order entered in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Casey A. Sullivan, Deputy Clerk
                         504-310-7642

Mr. Andrew Marshall Bernie
Mr. William Francis Cole
Mr. Philip Devlin
Mr. Andrew D. Knudsen
Mr. Brian H. Lynk
Ms. Michelle Melton
Ms. Lanora Christine Pettit