IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Having duly considered Plaintiff the United States' Unopposed Motion to Modify Deadline for Submitting Proposed Findings and Conclusions, the Court hereby **GRANTS** this motion. Accordingly, **IT IS HEREBY ORDERED** that the Order Resetting Bench Trial and Related Deadlines, ECF 214, is modified in the following respect only:

Proposed Findings of Fact and Conclusions of Law are due Thursday, October 24, 2024.

**IT IS SO ORDERED.**

SIGNED on this the _____ day of _____, 2024.

_____
Hon. David Alan Ezra
Senior United States District Judge