UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> *Plaintiff*, <br><br> v. <br><br> **GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, AND THE STATE OF TEXAS**, <br> *Defendants*. | No. 1:23-cv-00853-DAE |

**UNOPPOSED MOTION FOR ONE-WEEK EXTENSION
OF FILING DEADLINE**

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas, submit their Unopposed Motion for One-Week Extension of Filing Deadline, as follows:

1. At the Status Conference in this case held on August 6, 2024, the Court directed the parties to submit briefs regarding the effect of the *en banc* decision of the Fifth Circuit Court of Appeals in Case No. 23-50632 on further proceedings in this case. The Court directed the parties to file these briefs simultaneously by Friday, September 20. 2024.

2. The Fifth Circuit Court of Appeals has not yet issued its mandate in Case No. 23-50632. The Fifth Circuit is scheduled to issue its mandate in Case No. 23-50632 on Monday, September 23, 2024. (See ECF 155 in Case No. 23-50632).

3. The Fifth Circuit's mandate may provide direction or other information relevant to the issues to be briefed by the parties regarding the effect of the *en banc* decision on further proceedings in this case.

1

4       It would be to the benefit of the parties and the Court to incorporate into the upcoming briefs the relevant terms of the Fifth Circuit's mandate when it is issued on Monday, September 23. Defendants suggest that a short one-week extension would be appropriate for this purpose. Counsel for Plaintiff advises that the United States does not oppose this request for extension.

Accordingly, Defendants respectfully ask that the Court extend the due date for the briefs of all parties by one week from September 20, 2024, to September 27, 2024.

Date: September 17, 2024                                      Respectfully submitted,

**KEN PAXTON**                                                  /s/ *David Bryant*
Attorney General of the State of Texas         **DAVID BRYANT**
                                                                               Senior Special Counsel
**BRENT WEBSTER**                                         Tex. State Bar No. 03281500
First Assistant Attorney General

                                                                               **JOHNATHAN STONE**
**RALPH MOLINA**                                           Special Counsel
Deputy First Assistant Attorney General      Tex. State Bar No. 24071779

**RYAN D. WALTERS**                                    **MUNERA AL-FUHAID**
Chief, Special Litigation Division                    Special Counsel
                                                                               Tex. State Bar No. 24094501
**RYAN. G. KERCHER**
Deputy Chief, Special Litigation Division     **ZACHARY BERG**
                                                                               Special Counsel
**OFFICE OF THE ATTORNEY GENERAL**    Tex. State Bar No. 24107706
P. O. Box 12548, MC-009
Austin, TX 78711-2548                                   **KYLE S. TEBO**
(512) 936-2172                                                  Special Counsel
                                                                               Tex. State Bar No. 24137691
david.bryant@oag.texas.gov
johnathan.stone@oag.texas.gov
munera.al-fuhaid@oag.texas.gov               **COUNSEL FOR DEFENDANTS**
zachary.berg@oag.texas.gov
kyle.tebo@oag.texas.gov

**CERTIFICATE OF CONFERENCE**

I certify that on September 10, 2024, I conferred with counsel for Plaintiff who stated Plaintiff is unopposed to the extension requested.

*/s/ David Bryant*
**DAVID BRYANT**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 17, 2024 and that all counsel of record were served by CM/ECF.

*/s/ David Bryant*
**DAVID BRYANT**
