UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　*Plaintiff*,<br><br>v.<br><br>**GREG ABBOTT**, in his capacity as Governor of the State of Texas, and **THE STATE OF TEXAS**,<br>　　*Defendants*. | No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER GRANTING ONE-WEEK EXTENSION**

Before the Court is Defendants' Unopposed Motion for One-Week Extension of Filing Deadline. After considering the motion, the Court hereby GRANTS Defendants' motion.

It is ORDERED that the deadline for the parties to submit briefs regarding the *en banc* decision of the Fifth Circuit Court of Appeals in Case No. 23-50632 is extended to Friday, September 27, 2024.

SIGNED this _____ day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. DAVID ALAN EZRA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE