UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and THE STATE OF TEXAS,<br>    *Defendants*. | No. 1:23-cv-00853-DAE |

### ORDER GRANTING ONE-WEEK EXTENSION

Before the Court is Defendants' Unopposed Motion for One-Week Extension of Filing Deadline. After considering the motion, the Court hereby GRANTS Defendants' motion.

It is ORDERED that the deadline for the parties to submit briefs regarding the *en banc* decision of the Fifth Circuit Court of Appeals in Case No. 23-50632 is extended to Friday, September 27, 2024.

Signed: Austin, Texas September 18, 2024

_____
HON. DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE