No. 23-50632

RECEIVED
September 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____pg_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Sep 23, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 23, 2024
Lyle W. Cayce
Clerk

No. 23-50632

United States of America,

*Plaintiff—Appellee*,

versus

Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

_____

Before Richman, *Chief Judge*, and King, Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas, and Ramirez, *Circuit Judges*.

### JUDGMENT ON REHEARING EN BANC

IT IS ORDERED and ADJUDGED that the district court's order granting a preliminary injunction is REVERSED, and the case is REMANDED with instructions to vacate the preliminary injunction and for

1

No. 23-50632

further proceedings consistent with the majority opinion of the court. The stay pending appeal is DISSOLVED.

2