# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50620   In re: Greg Abbott
                          USDC No. 1:23-CV-853

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Casey A. Sullivan, Deputy Clerk
                          504-310-7642

cc w/encl:
     Mr. Andrew Marshall Bernie
     Mr. William Francis Cole
     Mr. Michael Thomas Gray
     Mr. Andrew D. Knudsen
     Mr. Brian H. Lynk
     Ms. Michelle Melton
     Ms. Lanora Christine Pettit
     Mr. Johnathan Stone