IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Case No. 1:23-CV-853-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GREG ABBOTT, in his capacity of | § | |
| Governor of the State of Texas, and | § | |
| THE STATE OF TEXAS, | § | |
| Defendants. | § | |
| _____ | § | |

## ORDER

The matter before the Court is the Fifth Circuit Court of Appeal's

July 30, 2024 judgment in this case which reversed the opinion of this Court and

remanded this case with instructions to vacate the preliminary injunction issued on

September 6, 2023. (Dkt # 50.)  On September 23, 2024, the Fifth Circuit issued its

mandate.  In accordance with the Fifth Circuit's opinion, the Court hereby

**VACATES** the preliminary injunction. (Dkt. # 50.)  The case will proceed to a

trial on the merits. **IT IS SO ORDERED.**

**SIGNED:** Austin, Texas, September 26, 2024.

David Alan Ezra
Senior United States District Judge