# Exhibit A

Redacted Cover Email to "Omnibus Expert Reports Outline"

| | |
|---|---|
| **Message** | |
| **From:** | Johnathan Stone [Johnathan.Stone@oag.texas.gov] |
| **Sent:** | 6/4/2024 10:24:00 AM |
| **To:** | David Bryant [David.Bryant@oag.texas.gov]; Sharon Murray [Sharon.Murray@oag.texas.gov]; Kyle Tebo [Kyle.Tebo@oag.texas.gov]; Munera Al-Fuhaid [Munera.Al-Fuhaid@oag.texas.gov]; Zachary Berg [Zachary.Berg@oag.texas.gov] |
| **CC:** | Chris Baker [cbaker@hrassoc.com]; Heather Miller [hmiller@hrassoc.com]; Herman Settemeyer [herman@rsah2o.com]; Carlos Rubinstein [carlos@rsah2o.com]; TJ Ciarametaro [tj@fivefathomsconsulting.com]; Iakovou, Eleftherios [eiakovou@tamu.edu]; Doug Shields [doug2shields@gmail.com]; Ancil Taylor Dredging Consulting [ancilt@dredgingconsulting.com]; Cassandra Hart [chart@coastalenv.com]; rodney.s.scott@icloud.com; tzhao@delta-cgi.com; cmagers@bfsusa.com [cmagers@bfsusa.com] |
| **Subject:** | Buoys Expert Report Outline |
| **Attachments:** | Expert Report Outline.docx |

Kind regards,

**Johnathan Stone**
Special Counsel
Special Litigation Division

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936-2613
Johnathan.Stone@oag.texas.gov




**This is a confidential communication and intended for the addressee(s) only. Any unauthorized interception or disclosure of this transmission is prohibited pursuant to Tex. Gov't Code Ch. 552. If you are not the intended recipient of this message, please notify the sender and destroy this and all copies of this communication. Thank you.**