# Exhibit D

Defendants' Amended Initial Disclosures

United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br><br> *Plaintiff*,<br>  v.<br>Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas,<br><br> *Defendants*. | No. 1:23-cv-00853-DAE |

# DEFENDANTS' AMENDED INITIAL DISCLOSURES

TO: Plaintiff, the United States of America, by and through its attorney of record Landon A. Wade, Assistant United States Attorney, U.S Attorney's Office Western District of Texas, 903 San Jacinto Blvd. Suite 334, Austin, Texas 78701.

Defendants, Gregory Abbott, in his official capacity as the Governor of Texas, and the State of Texas (collectively "Defendants") serve the following Amended Initial Disclosures.

| | |
|---|---|
| Date: June 12, 2024 | Respectfully submitted, |
| | |
| Ken Paxton<br>Attorney General of the State of Texas | *s/ Johnathan Stone*<br>**Johnathan Stone**<br>Special Counsel<br>Tex. State Bar No. 24071779 |
| Brent Webster<br>First Assistant Attorney General | Johnathan.stone@oag.texas.gov |
| Ralph Molina<br>Deputy Attorney General for Legal Strategy | David Bryant<br>Senior Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov |
| Ryan Walters<br>Chief, Special Litigation Division | |
| Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548 | Munera Al-Fuhaid<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |

1

(512) 936-2172                                                                *Counsel for Defendants*

### CERTIFICATE OF SERVICE

On June 12, 2024, this document was served via email on all counsels of record.

*s/ Johnathan Stone*
**Johnathan Stone**
Special Counsel

Case 1:23-cv-00853-DAE   Document 233-4   Filed 10/21/24   Page 3 of 18

## DEFENDANTS' AMENDED INITIAL DISCLOSURES

**Fed. R. Civ. P. Rule 26(a)(1)(A)(i):**

The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:**

1. **Texas Military Department**
   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov
   *Counsel for Defendants*

   Employees of the Texas Military Department are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to border security, Operation Lonestar, law enforcement, the buoys, and the Rio Grande River.

2. **Texas Department of Public Safety**
   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov

3

*Counsel for Defendants*

Employees of the Texas Department of Public Safety are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to border security, Operation Lonestar, law enforcement, the buoys, and the Rio Grande River.

3. **Texas Commission on Environmental Quality**
   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov
   *Counsel for Defendants*

Employees of the Texas Commission on Environmental Quality are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the buoys, water rights, water releases, commercial navigation, environmental and ecological matters, permitting, state regulations, and the Rio Grande River.

4. **Geir Eilif Kalhagen**
   Maritime Division Director
   Texas Department of Transportation
   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov
   *Counsel for Defendants*

Mr. Kalhagen is likely to have discoverable information that may be used to support a claim

or defense, other than solely for impeachment purposes, relating to the buoys, commercial navigation, global supply chains, law enforcement, Operation Lonestar, maritime logistics, and the Rio Grande River.

5. **Georgina ("Gina") Bermea**
   Rio Grande River Watermaster
   Texas Commission on Environmental Quality
   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov
   *Counsel for Defendants*

Ms. Bermea is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the buoys, water rights, water releases, commercial navigation, permitting, state regulations, and the Rio Grande River.

6. **Mike Banks**
   Special Advisor to the Governor on Border Matters
   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov
   *Counsel for Defendants*

Mr. Banks is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to border security, Operation Lonestar, the buoys, law enforcement, governmental relations, and the Rio Grande River.

7. **Rodney Scott**
   Former Chief of the U.S. Border Patrol
   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov
   *Counsel for Defendants*

Mr. Scott is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to border security, law enforcement, the buoys, governmental relations, and the Rio Grande River.

8. **Victor Escalon**
   Regional Director
   Texas Department of Public Safety
   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov
   *Counsel for Defendants*

Mr. Escalon is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to border security, Operation Lonestar, law enforcement, state regulations, the buoys, governmental relations, and the Rio Grande River.

9. **Chris Nordloh**
   Tactical Marine Unit
   Texas Department of Public Safety

   C/o Johnathan Stone
   Special Counsel
   Special Litigation Division
   Office of the Attorney General of Texas
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711
   Telephone: (512) 936-2613
   Johnathan.Stone@oag.texas.gov
   *Counsel for Defendants*

 Mr. Nordloh is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to border security, Operation Lonestar, the buoys, law enforcement, governmental relations, and the Rio Grande River.

10. **Joseph Shelnutt**
   U.S. Army Corps of Engineers
   C/o Brian Lynk
   Department of Justice
   Environment & Natural Resources Division
   150 M Street NE
   Washington, D.C. 20002
   Telephone: 202-514-6187
   Brian.lynk@usdoj.gov
   *Counsel for the USA*

 Mr. Shelnutt is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the U.S. Army Corps of Engineers determination that the Rio Grande is a navigable river under the Rivers and Harbors Act and the absence of a U.S. Army Corps of Engineers permit issued for the installation the buoys.

11. **Neil Lebsock**
   U.S. Army Corps of Engineers
   C/o Brian Lynk
   Department of Justice
   Environment & Natural Resources Division
   150 M Street NE
   Washington, D.C. 20002
   Telephone: 202-514-6187
   Brian.lynk@usdoj.gov

*Counsel for the USA*

Mr. Lebsock is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the U.S. Army Corps of Engineers determination that the Rio Grande is a navigable river under the Rivers and Harbors Act and the absence of a U.S. Army Corps of Engineers permit issued for the installation the buoys.

12. **Isela Canava**
    U.S. Section of International Boundary Water Commission
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Ms. Canava is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to navigation of the Rio Grande River by the U.S. Section of International Boundary Water Commission and the impact of the buoys on the U.S. Section of International Boundary Water Commission.

13. **Francisco Sainz**
    U.S. Section of International Boundary Water Commission
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Mr. Sainz is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the impact of the buoys on the

U.S. Section of International Boundary Water Commission.

14. **Adrian Cortez**
    U.S. Section of International Boundary Water Commission
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Mr. Cortez is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to navigation of the Rio Grande River by the U.S. Section of International Boundary Water Commission and the impact of the buoys on the U.S. Section of International Boundary Water Commission.

15. **Mario Gomez**
    U.S. Section of International Boundary Water Commission
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Mr. Gomez is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to navigation of the Rio Grande River by the U.S. Section of International Boundary Water Commission and the impact of the buoys on the U.S. Section of International Boundary Water Commission.

16. **Hilary Quam**
    U.S. Department of Defense
    C/o Brian Lynk
    Department of Justice

        Environment & Natural Resources Division
        150 M Street NE
        Washington, D.C. 20002
        Telephone: 202-514-6187
        Brian.lynk@usdoj.gov
        *Counsel for the USA*

    Ms. Quam is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the impact of the buoys on U.S. relations with Mexico.

17.    **Micky Donaldson**
        U.S. Border Patrol
        C/o Brian Lynk
        Department of Justice
        Environment & Natural Resources Division
        150 M Street NE
        Washington, D.C. 20002
        Telephone: 202-514-6187
        Brian.lynk@usdoj.gov
        *Counsel for the USA*

    Mr. Donaldson is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to navigation of the Rio Grande River by the U.S. Border Patrol and the impact of the buoys on the U.S. Border Patrol.

18.    **Capt. Brandy Parker**
        U.S. Coast Guard
        C/o Brian Lynk
        Department of Justice
        Environment & Natural Resources Division
        150 M Street NE
        Washington, D.C. 20002
        Telephone: 202-514-6187
        Brian.lynk@usdoj.gov
        *Counsel for the USA*

    Capt. Parker is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the U.S. Coast Guard

determination that the Rio Grande River is a navigable river.

19. **Capt. Justin Peters**
    U.S. Coast Guard
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Capt. Peters is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the U.S. Coast Guard's mission and operational capabilities on the Rio Grande River.

20. **Jennifer Pena**
    Chief Legal Counsel
    U.S. Section of International Boundary Water Commission
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Ms. Pena is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the U.S. Section of International Boundary Water Commission, prioritization of water uses, water rights, water releases, and the buoys.

21. **U.S. Army Corps of Engineers**
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE

11

    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Employees of the U.S. Army Corps of Engineers are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to permitting, the Rio Grande River, construction, studies, research, cost-benefit analyses, hydrology, dredging, hydraulics, dams, electricity, water, waterways, vessels, federal regulations, engineering, budgeting, policies, and procedures.

**22.**     **U.S. Section of International Boundary Water Commission**
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Employees of the U.S. Section of International Boundary Water Commission are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to permitting, the Rio Grande River, construction, studies, research, treaties, cost-benefit analyses, hydrology, electricity, water, engineering, water accounting, water rights, water usage, dredging, hydraulics, dams, waterways, vessel, budgeting, policies, and procedures.

**23.**     **U.S. Border Patrol**
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187

Brian.lynk@usdoj.gov
*Counsel for the USA*

Employees of the U.S. Border Patrol are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the Rio Grande River, border security, law enforcement, commercial navigation, federal regulations, inspections, policies, procedures, customs, trade, and the buoys.

24. **Elizabeth Sherwood-Randall**
    White House Homeland Security Adviser
    C/o Brian Lynk
    Department of Justice
    Environment & Natural Resources Division
    150 M Street NE
    Washington, D.C. 20002
    Telephone: 202-514-6187
    Brian.lynk@usdoj.gov
    *Counsel for the USA*

Ms. Sherwood-Randall is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to permitting, the Rio Grande River, policies, procedures, border security, the buoys, and the absence of the buoys impacting U.S. relations with Mexico.

25. **City of Eagle Pass**
    C/o Ana Sophia "Sophie Garcia" Berain
    City Attorney
    Eagle Pass
    100 S. Monroe St.
    Eagle Pass, TX 78852
    Telephone: (830) 773-1111
    *Counsel for the City of Eagle Pass*

Employees of the City of Eagle Pass are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the Rio Grande River, border security, law enforcement, commercial navigation, economic development,

policies, procedures, customs, trade, ordinances, resolutions, local government, governmental relations, deaths, crime, and the buoys.

26. **Sheriff Tom Schmerber**
    Maverick County
    C/o Jaime "AJ" Iracheta
    County Attorney
    Maverick County
    680 Quarry Street
    Eagle Pass, TX, United States, Texas
    Telephone: (830) 773-3520
    County.Attorney@co.maverick.tx.us
    *Counsel for Maverick County*

Sheriff Schmerber is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the Rio Grande River, border security, law enforcement, drownings and rescues, deaths, crime, policies, procedures, governmental relations, and the buoys.

27. **Dr. Corinne Stern**
    Webb County Medical Examiner
    C/o Marco Montemayor
    County Attorney
    Webb County
    1110 Washington St., Ste 301
    Laredo, TX 78040
    Telephone: (956) 523-4044
    MarcMontemayor@webbcountytx.gov
    *Counsel for Webb County*

Dr. Stern is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the Rio Grande River, policies, procedures, the buoys, drownings, deaths, causes of deaths, and governmental relations.

28. **City of Del Rio**
    C/o Jack L. Stern
    City Attorney
    City of Del Rio

14

        109 W. Broadway
        Del Rio, TX 78840
        Telephone: 830-774-8618
        *Counsel for the City of Del Rio*

Employees of the City of Del Rio are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the Rio Grande River, border security, law enforcement, commercial navigation, economic development, policies, procedures, customs, trade, ordinances, resolutions, local government, governmental relations, deaths, crime, and the buoys.

**29.**     **City of Laredo**
        C/o Doanh "Zone" T. Nguyen
        City Attorney
        City of Laredo
        1110 Houston St.
        Laredo, TX 78040
        Telephone: (956) 791-7319
        *Counsel for the City of Laredo*

Employees of the City of Laredo are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the Rio Grande River, border security, law enforcement, commercial navigation, economic development, policies, procedures, customs, trade, ordinances, resolutions, local government, governmental relations, deaths, crime, and the buoys.

**30.**     **Walker Smith**
        Director
        Port of Harlingen
        24633 E. Port Rd.
        Harlingen, TX 78550
        Telephone: (956) 423-0283
        walker@portofharlingen.com

Mr. Smith is likely to have discoverable information that may be used to support a claim or

defense, other than solely for impeachment purposes, relating to the Rio Grande River, ports, the Port of Harlingen, vessels, trade, customs, border security, law enforcement, policies, procedures, and commercial navigation.

31. **Eduardo A. Campirano**
    Port Director
    Port of Brownsville
    1000 Foust Road
    Brownsville, TX 78521
    Telephone: (956) 831-4592
    eacampirano@portofbrownsville.com

    Mr. Campirano is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to the Rio Grande River, ports, the Port of Brownsville, vessels, trade, customs, border security, law enforcement, policies, procedures, and commercial navigation.

32. **Richard Yarusso**
    Police Officer
    C/o Michael Gerber
    Deputy Commissioner
    N.Y. Police Department
    1 Police Plz Rm 1406
    New York, NY 10038 - 1403
    Telephone: (212) 374-5400
    *Counsel for the NYPD*

    Mr. Yarusso is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to law enforcement, crime, violence committed by illegal immigrants, and the impact of illegal immigration crossing the Rio Grande River near Eagle Pass, TX.

33. **Loren Flossman**
    Cochrane International
    C/o Beau Cox
    Norton Rose Fulbright US LLP

      2200 Ross Avenue
      Suite 3600
      Dallas, TX 75201
      Telephone: (214) 855-7494
      beau.cox@nortonrosefulbright.com
      *Counsel for the Cochrane International*

Mr. Flossman is likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to law enforcement, border security, the Rio Grande River, and the buoys.

34. **Kickapoo Traditional Tribe of Texas**
      C/o Jason C. Nelson
      General Counsel
      Kickapoo Traditional Tribe of Texas Legal Department
      P.O. Box 2505
      Eagle Pass, Texas 78852
      Telephone: (830) 335-4997
      jason.nelson@ktttribe.org
      *Counsel for the Kickapoo Traditional Tribe of Texas*

Members and employees of the Kickapoo Traditional Tribe of Texas are likely to have discoverable information that may be used to support a claim or defense, other than solely for impeachment purposes, relating to law enforcement, border security, the Rio Grande River, the buoys, tribal law, governmental relations, and commercial navigation.

35. Defendants incorporate by reference the names and personal identifying information of all individuals who have made sworn declarations to the trial court, *see generally* Pl. Mtn. P.I. Ex. 1, 2, 3, 4, 5, 6, 7, 8; D. Resp. P.I. Ex. A, B, C, and any other individual identified by Plaintiff in their initial or disclosures on or before June 17, 2024.