IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

## [PROPOSED] ORDER

Upon consideration of the United States' Motion for Reconsideration (ECF 233) and any responses filed thereto, it is hereby ORDERED that the United States' Motion (ECF 233) is GRANTED. It is further ORDERED that:

1) The portion of the Court's July 25, 2024 Order (ECF 191) partially denying the United States' Motion to Compel is hereby VACATED; and

2) The United States' Motion to Compel (ECF 164) is GRANTED in full.

The Court further ORDERS Defendants to produce unredacted copies of the documents attached as Exhibits A and B to the United States' Motion for Reconsideration (ECF 233).

Date:_____   _____
                                    DUSTIN M. HOWELL
                                    U.S. MAGISTRATE JUDGE