UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* § § § | |
| **v.** § § | No. 1:23-CV-00853-DAE |
| **GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; and THE STATE OF TEXAS,** *Defendants* § § § § § § | |

**ORDER**

Before the Court is Plaintiff United States of America's Motion for Reconsideration, Dkt. 233. The District Judge referred the motion for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motions, the undersigned enters the following Order.

The United States of America is **ORDERED** to file any reply in support of its Motion for Reconsideration on or before **Thursday, October 31, 2024**. The parties are **FURTHER ORDERED** to meaningfully confer telephonically or in person regarding the issues in the motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Friday, November 1, 2024.** The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative

1

exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**.

**IT IS FINALLY ORDERED** that the parties are **TO APPEAR BY ZOOM** for a one-hour hearing before the undersigned on **Monday, November 4, 2024, at 2:00 p.m**.

The parties are advised and hereby placed on notice that the undersigned may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

SIGNED October 23, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE