IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff,*  v.  **GREG ABBOTT, ET AL.,**  *Defendants.* | CIVIL ACTION NO. 1:23-CV-00853 |

**[PROPOSED] ORDER LIMITING TRIAL TESTIMONY OF MICHAEL D. CHAPMAN**

Before the Court is Defendants' Opposed Motion to Preclude or Limit the Expert Witness Testimony of Michael D. Chapman. After considering the motion, record, and relevant authorities, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT rebuttal expert witness Michael D. Chapman is precluded from testifying at trial in Plaintiff's case-in-chief; and

IT IS FURTHER ORDERED that Mr. Chapman's trial testimony is limited to rebuttal of testimony of Defendants' expert witnesses.

SIGNED on this the _____ day of _____, 2024.

_____
JUDGE PRESIDING