UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, and the STATE OF TEXAS,<br><br>*Defendants*. | CIVIL ACTION NO. 1:23-cv-00853-DAE |

## EXHIBIT A
## DEFENDANTS' DEPOSITION DESIGNATIONS

1. **WALKER SMITH:  Deposition dated July 18, 2024**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 5 | 3–9 | 16 | 1–10, 16–25 | 25 | 1–25 |
| 6 | 1–25 | 17 | 1–9, 15–25 | 26 | 1–25 |
| 7 | 1–22 | 18 | 1–3, 11–21 | 27 | 1–13, 22–25 |
| 8 | 1–25 | 19 | 15–25 | 28 | 1–4, 15–25 |
| 9 | 1–25 | 20 | 1–16, 22–24 | 29 | 1–19 |
| 10 | 1–10 | 21 | 1–25 | 30 | 4–10, 17–22 |
| 11 | 4–24 | 22 | 1–15 | 54 | 8–10 |
| 13 | 9–16 | 23 | 20–25 | | |
| 15 | 10–25 | 24 | 1–25 | | |

2. **MARIO GOMEZ:  Deposition dated August 7, 2023**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 5 | 9–22 | 11 | 1–25 | 51 | 3–25 |
| 6 | 16–25 | 12 | 1–8 | 52 | 1–18 |
| 7 | 1–10 | 25 | 9–13 | | |
| 10 | 7–17 | 27 | 15–18 | | |

3. **MARIO GOMEZ:  Deposition dated July 16, 2024**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 4 | 6–8, 15–25 | 21 | 11–25 | 41 | 15–19 |
| 5 | 1–8, 18–25 | 22 | 1, 7–10 | 57 | 7–25 |
| 6 | 1–3, 19–20 | 23 | 17–22 | 58 | 1–25 |
| 7 | 8–12 | 33 | 3–11, 23–25 | 59 | 4–25 |
| 11 | 24–25 | 34 | 1–6 | 60 | 1–25 |
| 12 | 1–2 | 35 | 19–25 | 61 | 25 |
| 13 | 10–17, 23–25 | 36 | 1–13 | 62 | 1–2 |
| 14 | 1–2 | 37 | 22–25 | 65 | 7–25 |
| 15 | 1–3 | 38 | 1–25 | 66 | 2–8 |
| 16 | 17–20 | 39 | 1–22 | 68 | 11–25 |
| 19 | 19–25 | 40 | 9–12, 18–22 | 69 | 1–5 |
| 20 | 1–25 | | | | |

4. **NEIL LEBSOCK:  Deposition dated July 8, 2024**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 5 | 3–6 | 36 | 18–25 | 48 | 2–4 |
| 7 | 16–21 | 37 | 21–23 | 49 | 24–25 |
| 24 | 18–25 | 39 | 17–20 | 50 | 1–6, 21–25 |
| 25 | 1–9 | 40 | 23–25 | 51 | 1–20 |
| 27 | 7–15 | 41 | 1–25 | 52 | 24–25 |
| 28 | 16–23 | 42 | 1–25 | 53 | 1–13 |
| 31 | 9–19 | 43 | 1–25 | 57 | 12–25 |
| 32 | 12–18 | 44 | 1–2 | 58 | 1–19 |
| 33 | 10–21 | 45 | 7–16 | 59 | 13–17 |
| 35 | 10–13 | | | | |

5. **JOSEPH SHELNUTT:  Deposition dated August 7, 2023**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 5 | 22–25 | 32 | 5–18 | 55 | 20–25 |
| 8 | 5–8, 22–25 | 41 | 24–25 | 56 | 1–2 |
| 9 | 1, 18–19 | 42 | 1–8 | 58 | 15–20 |
| 14 | 15–21 | 46 | 24–25 | 60 | 3–7 |
| 15 | 5–12 | 47 | 1–20 | 61 | 5–23 |
| 19 | 16–24 | 48 | 23–25 | 69 | 12–25 |
| 21 | 11–21 | 49 | 1–12 | 70 | 1–3, 22–25 |
| 30 | 15–19 | 53 | 3–21 | 71 | 1–4, 16–23 |
| 31 | 11–19 | 54 | 4–7 | 79 | 20–24 |

6. **MICKY DONALDSON:  Deposition dated July 18, 2024**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 13-14 | 17–3 | 53-54 | 25–6 | 81–82 | 19–2 |
| 20 | 5–7 | 58 | 8–16 | 82–84 | 20–14 |
| 24–25 | 23–12 | 66 | 8–11 | 92 | 8–10 |
| 25 | 13–24 | 68 | 5–18 | 100–101 | 19–7 |
| 26–27 | 22–14 | 69–70 | 24–20 | 105–106 | 11–21 |
| 30 | 11–16 | 73–74 | 21–6 | 115 | 1–12 |
| 32 | 10–23 | 76 | 12–15 | 117–118 | 25–14 |
| 33 | 1–6 | 81 | 9–13 | 120 | 12–24 |
| 34–35 | 24–5 | 81 | 14–18 | 125 | 13–20 |
|  |  |  |  | 136–137 | 23–24 |

7. **IVAN MORUA:  Deposition dated July 18, 2024**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 6 | 11 | 26 | 1–25 | 60 | 1–25 |
| 7 | 1–25 | 27 | 1–11 | 61 | 1–16 |
| 8 | 1–11 | 37 | 20 | 63 | 14–25 |
| 9 | 5–12 | 38 | 1–15 | 64 | 3–12 |
| 11 | 2–25 | 41 | 14–25 | 77 | 21–25 |
| 12 | 1–9 | 42 | 1–25 | 78 | 1–14 |
| 13 | 9–25 | 43 | 1–25 | 81 | 22–25 |
| 14 | 1–25 | 44 | 1–3 | 82 | 1–24 |
| 15 | 1–17 | 46 | 17–25 | 86 | 2–25 |
| 18 | 9–25 | 47 | 1–17 | 87 | 1–2 |
| 19 | 1–25 | 52 | 19–25 | 106 | 8–16 |
| 20 | 1 | 53 | 1 | 107 | 19–25 |
| 23 | 3–25 | 57 | 14–25 | 108 | 1–25 |
| 24 | 1–18 | 58 | 1–25 | 109 | 1–6 |
| 25 | 3 | 59 | 1–25 | | |

8. **CAPTAIN KEVIN KIEFER:  Deposition dated July 17, 2024**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 7 | 18–22 | 20 | 10–22 | 28 | 1–22 |
| 8 | 1–17 | 21 | 1–22 | 29 | 1–22 |
| 9 | 9–20 | 22 | 1–22 | 30 | 1–22 |
| 14 | 5–15 | 23 | 1–21 | 31 | 1–17; 20–21 |
| 16 | 9–22 | 24 | 19–22 | 32 | 1–22 |
| 17 | 1–22 | 25 | 1–22 | 33 | 1–15; 17–22 |
| 18 | 1–22 | 26 | 1–22 | 34 | 1–10; 12–16 |
| 19 | 1–13 | 27 | 1–22 | | |

9. **CAPTAIN MICHAEL CINTRON:  Deposition dated July 17, 2024**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 78 | 11–21 | 99 | 1–11; 13–22 | 138 | 2–9 |
| 79 | 3–18 | 100 | 1–4; 6–7 | 147 | 22 |
| 83 | 4–18 | 104 | 3–22 | 148 | 1–19; 22 |
| 93 | 19–22 | 105 | 1–22 | 149 | 1–6; 8–22 |
| 94 | 1–22 | 106 | 1–22 | 150 | 1 |
| 95 | 1–22 | 107 | 1–17 | 156 | 3–5; 7–9; 21–22 |
| 96 | 1–22 | 114 | 2–13; 15–17 | 157 | 1–2 |
| 97 | 1–10 | 134 | 17–21 | 159 | 9–10 |
| 98 | 1–22 | 135 | 1–3 | 163 | 16–17; 19–20 |

**10. MARGARET GAFFNEY–SMITH:  Deposition dated July 15, 2024**

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 12 | 5–25 | 51 | 1–16 | 173 | 1–25 |
| 13 | 1–25 | 68 | 1–25 | 174 | 1–2 |
| 14 | 1–10 | 69 | 1–19 | 177 | 20–25 |
| 18 | 1–25 | 73 | 7–13 | 178 | 1–4 |
| 19 | 1–18 | 74 | 17–25 | 182 | 22–25 |
| 20 | 9–25 | 75 | 1–4 | 183 | 1–25 |
| 21 | 1–25 | 76 | 13–25 | 184 | 1–18 |
| 22 | 1–25 | 77 | 1–25 | 185 | 22–25 |
| 23 | 1–25 | 78 | 1–25 | 186 | 1–25 |
| 24 | 1–25 | 79 | 1–25 | 187 | 1–7 |
| 25 | 1–14 | 80 | 1–12 | 188 | 6–25 |
| 33 | 8–25 | 108 | 3–25 | 189 | 1–25 |
| 34 | 1–25 | 109 | 1–25 | 190 | 1–16 |
| 35 | 1–21 | 110 | 1–5 | 203 | 15–25 |
| 38 | 15–25 | 115 | 20–25 | 204 | 1–4 |
| 39 | 1–25 | 116 | 1–15 | 257 | 17–25 |
| 40 | 1–25 | 164 | 15–22 | 258 | 1–13 |
| 41 | 1–25 | 169 | 5–25 | 269 | 12–18 |
| 42 | 1–15 | 170 | 1–25 | 278 | 19–25 |
| 49 | 11–25 | 171 | 1–25 | 279 | 1–5 |
| 50 | 1–25 | 172 | 1–25 | 280 | 9–18 |

**11. <u>TIM MACALLISTER</u>:  Deposition dated May 31, 2024**

| <u>Page</u> | <u>Line</u> | <u>Page</u> | <u>Line</u> | <u>Page</u> | <u>Line</u> |
|---|---|---|---|---|---|
| 25 | 1–20 | 97 | 3–19 | 139 | 1–25 |
| 28 | 19–25 | 104 | 6–25 | 140 | 1–25 |
| 29 | 1–25 | 105 | 1–25 | 141 | 1–25 |
| 30 | 1–25 | 106 | 1–25 | 142 | 1–13 |
| 31 | 1–25 | 107 | 1–25 | 145 | 1–25 |
| 32 | 1 | 108 | 1–25 | 146 | 1–25 |
| 46 | 21–25 | 109 | 1–25 | 147 | 1–25 |
| 47 | 1–15 | 110 | 1–21 | 148 | 1–25 |
| 48 | 1–19 | 111 | 5–14 | 149 | 1–25 |
| 49 | 22–25 | 114 | 17–25 | 150 | 1–25 |
| 50 | 1–25 | 115 | 1–25 | 151 | 1–25 |
| 51 | 1–25 | 116 | 1–14 | 152 | 1–25 |
| 52 | 1–25 | 118 | 6–25 | 153 | 1–25 |
| 53 | 1–25 | 119 | 1–25 | 154 | 1–25 |
| 54 | 1–25 | 120 | 1–25 | 155 | 1–25 |
| 55 | 1–25 | 121 | 1–25 | 156 | 1–25 |
| 56 | 1–25 | 122 | 1–25 | 157 | 1–25 |
| 57 | 1–25 | 123 | 1–9 | 158 | 1–25 |
| 58 | 1–25 | 128 | 21–25 | 159 | 1–25 |
| 59 | 1–25 | 129 | 1–23 | 160 | 1–25 |
| 60 | 1–25 | 131 | 7–25 | 161 | 1–25 |
| 61 | 1–25 | 132 | 1–25 | 162 | 1–25 |
| 62 | 1–25 | 133 | 1–20 | 163 | 1–10 |
| 63 | 1–25 | 135 | 25 | 168 | 2–25 |
| 69 | 14–25 | 136 | 1–25 | 169 | 1–4 |
| 70 | 1–25 | 137 | 1–25 | | |
| 71 | 1–17 | 138 | 1–25 | | |

**12. <u>ISELA CANAVA–Deposition dated July 15, 2024</u>**

| <u>Page</u> | <u>Line</u> | <u>Page</u> | <u>Line</u> | <u>Page</u> | <u>Line</u> |
|---|---|---|---|---|---|
| 5 | 3–8 | 59 | 1–3, 20–24 | 119 | 1–3, 11–15, 21–25 |
| 10 | 15–25 | 61 | 21–25 | 126 | 2–25 |
| 11 | 2–25 | 62 | 1–5 | 127 | 1–2, 13–25 |
| 12 | 1–6, 18–23 | 68 | 1–19 | 128 | 1–18 |
| 13 | 13–21 | 70 | 12–24 | 130 | 20–25 |
| 14 | 3–8 | 71 | 4–25 | 131 | 1–10, 15–19 |
| 15 | 10–25 | 72 | 1, 13–18 | 134 | 6–12 |
| 16 | 1–9, 21–25 | 73 | 16–25 | 135 | 20–23 |
| 17 | 1–17 | 74 | 1–11 | 155 | 10–25 |
| 18 | 14–25 | 75 | 1–6 | 156 | 1–8 |
| 19 | 1–8 | 78 | 14–19 | 167 | 17–25 |
| 20 | 1–4, 12–20 | 85 | 14–25 | 168 | 1–14, 22–25 |
| 23 | 24–25 | 86 | 1–6 | 178 | 2–6 |
| 24 | 1–5, 21–25 | 87 | 13–19 | 186 | 17–25 |
| 26 | 5–8 | 90 | 17–25 | 187 | 1–19 |
| 27 | 7–25 | 91 | 1–2 | 190 | 23–25 |
| 28 | 1–10 | 93 | 21–25 | 191 | 1–25 |
| 30 | 15–25 | 94 | 1–3, 8–14 | 192 | 1–2, 14–25 |
| 31 | 1–4 | 97 | 6–13, 21–25 | 193 | 1–4 |
| 34 | 8–25 | 98 | 1–25 | 202 | 15–25 |
| 35 | 1–5 | 99 | 1–11 | 203 | 1–10 |
| 38 | 5–11 | 108 | 5–8, 17–20 | 204 | 4–9 |
| 44 | 8–14 | 113 | 17–23 | 209 | 21–25 |
| 54 | 24–25 | 114 | 12–18 | 210 | 1–4 |
| 55 | 1–5 | 116 | 3–25 | | |
| 57 | 10–12 | 117 | 1–11 | | |
| 58 | 24–25 | 118 | 1–4, 24–25 | | |