## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, *Defendants*. | Case No. 1:23-cv-00853-DAE |

**The United States' Witness List**

The United States submits its Witness List pursuant to Western District of Texas Local Rule 16(f)(5). All witnesses may be contacted through undersigned counsel.

I. **WITNESSES EXPECTED TO BE PRESENTED THROUGH LIVE TESTIMONY**

Mike Chapman

Capt. Michael Cintron

Micky Donaldson

Dr. Ben Johnson

Neil Lebsock

Hilary Quam

Franciso Sainz

Capt. John Timmel

## II. ADDITIONAL WITNESSES WHO MAY BE CALLED AS NEEDED[1]

Loren Flossman

Abraham Garcia

Ivan Morua

Joseph Shelnutt

Additional witnesses as necessary to authenticate documents and/or establish documents as business records or government records.

Any witnesses individually listed at the Preliminary Injunction Hearing, or individually listed and/or called at trial, by Defendants.

The United States reserves the right to present additional witnesses to be used for rebuttal or impeachment only. See Western District of Texas Local Rule CV-16(f)(5).

Respectfully submitted,

Dated: October 28, 2024

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
| /s/ Landon A. Wade<br>LANDON A. WADE<br>  Assistant United States Attorney<br>  Texas Bar No. 24098560<br>United States Attorney's Office<br>Western District of Texas<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>(512) 370-1255 (tel)<br>(512) 916-5854 (fax)<br>Landon.wade@usdoj.gov | /s/ Brian H. Lynk<br>BRIAN H. LYNK<br>  Senior Trial Counsel<br>  NY Bar No. 2868743<br>KIMERE J. KIMBALL<br>  Trial Attorney<br>  CA Bar No. 260660<br>ANDREW D. KNUDSEN<br>  Trial Attorney<br>  DC Bar No. 1019697<br>BRYAN J. HARRISON<br>  Trial Attorney |

---

[1] The United States will not be calling any USBP headquarters personnel in its case in chief. In the event a USBP headquarters witness becomes necessary for rebuttal and Jason Owens, Chief of the USBP, is unavailable, we reserve the right to call Walter Slosar, Chief of Law Enforcement Operations Directorate.

FL Bar No. 106379
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (Lynk)
(202) 514-8865 (fax)
Brian.lynk@usdoj.gov
Kimere.kimball@usdoj.gov
Andrew.knudsen@usdoj.gov
Bryan.harrison@usdoj.gov

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2024, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Brian H. Lynk*
Brian H. Lynk.