# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**United States' Designations of Deposition and Preliminary Injunction Hearing Testimony**

I. Thomas Ciarametaro, Expert Witness for Defendants (July 9, 2024, Deposition)

| U.S. Designation |
|---|
| 63:25-65:11 |
| 65:19-67:17 |
| 68:3-5 |
| 74:19-78:11 |
| 79:11-81:7 |
| 83:15-84:23 |
| 90:16-24 |
| 91:19-92:9 |
| 101:21-102:9 |
| 102:21-103:1 |
| 104:8-15 |
| 109:20-110:3 |
| 131:22-132:21 |
| 133:7-16 |

II. Loren Flossman, Cochrane International (August 22, 2023, Preliminary Injunction Hearing)

| U.S. Designation |
|---|
| 93:14-20 |
| 96:5-16 |
| 97:2-98:25 |
| 99:5-13 |
| 103:25-104:25 |
| 106:3-13 |
| 106:17-109:11 |
| 111:4-10 |

III. Ivan Morua, Fed. R. Civ. P. 30(b)(6) Designee for City of Eagle Pass, Texas (July 18, 2024, Deposition)

| U.S. Designation |
|---|
| 4:1-24 |
| 5:11-20 |
| 6:2-12 |
| 13:9-15:17 |
| 19:10-20:12 |
| 23:3-16 |
| 58:14-67:25 |
| 70:17-71:3 |
| 73:7-74:9 |
| 101:16-25 |

VI. Ancil Taylor, Expert Witness for Defendants (July 3, 2024, Deposition)

| U.S. Designation |
|---|
| 71:5-76:15 |
| 80:13-85:8 |
| 129:14-130:23 |
| 146:3-147:5 |

The United States further reserves the right to cross-designate in response to any or all designations submitted by Defendants.

Respectfully submitted,

Dated: October 28, 2024

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
| */s/ Landon A. Wade*<br>LANDON A. WADE<br>  Assistant United States Attorney<br>  Texas Bar No. 24098560<br>United States Attorney's Office<br>Western District of Texas<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>(512) 370-1255 (tel)<br>(512) 916-5854 (fax)<br>Landon.wade@usdoj.gov | */s/ Brian H. Lynk*<br>BRIAN H. LYNK<br>  Senior Trial Counsel<br>  NY Bar No. 2868743<br>KIMERE J. KIMBALL<br>  Trial Attorney<br>  CA Bar No. 260660<br>ANDREW D. KNUDSEN<br>  Trial Attorney<br>  DC Bar No. 1019697<br>BRYAN J. HARRISON<br>Trial Attorney<br>  FL Bar No. 106379<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 514-6187 (Lynk)<br>(202) 514-8865 (fax)<br>Brian.lynk@usdoj.gov<br>Kimere.kimball@usdoj.gov<br>Andrew.knudsen@usdoj.gov<br>Bryan.harrison@usdoj.gov<br><br>*Counsel for the United States of America* |

## CERTIFICATE OF SERVICE

I certify that on October 28, 2024, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Brian H. Lynk*
Brian H. Lynk.