# Exhibit B

## Deposition of Michael Chapman
## (Excerpts)

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                        AUSTIN DIVISION

 3    UNITED STATES OF AMERICA,   )
                     Plaintiff,   )
 4                                )
                                  )
 5    VS.                         ) CIVIL ACTION NO.
                                  ) 1:23-CV-00853-DAE
 6                                )
      GREG ABBOTT, IN HIS         )
 7    CAPACITY AS GOVERNOR OF      )
      THE STATE OF TEXAS, AND     )
 8    THE STATE OF TEXAS,         )
                     Defendants.  )
 9
      ********************************************************
10       ORAL AND VIDEOTAPED DEPOSITION OF EXPERT WITNESS

11                      MICHAEL CHAPMAN

12                      JULY 19, 2024

13    ********************************************************

14            ORAL AND VIDEOTAPED DEPOSITION OF EXPERT

15    WITNESS MICHAEL CHAPMAN, produced as a witness at the

16    instance of the Defendants, and duly sworn, was taken in

17    the above-styled and numbered cause on July 19, 2024,

18    from 9:05 a.m. to 5:58 p.m., before Ashley Cason, RSR,

19    CSR, RPR, in and for the State of Texas, and Notary

20    Public for the State of Texas, reported by machine

21    shorthand, at the offices of U.S. ATTORNEY'S OFFICE, 903

22    San Jacinto Boulevard, Suite 334, Austin, Texas,

23    pursuant to the Federal Rules of Civil Procedure and the

24    provisions stated on the record.

25
```



```
 1                        APPEARANCES

 2   For the Plaintiff:

 3        LANDON WADE
          U.S. DEPARTMENT OF JUSTICE
 4        UNITED STATES ATTORNEY'S OFFICE
          903 San Jacinto Boulevard, Suite 334,
 5        Austin, Texas 78701
          (512) 916-5858
 6        landon.wade@usdoj.gov

 7   For the Defendants:

 8        DAVID BRYANT
          KYLE S. TEBO
 9        JONATHAN STONE
          ATTORNEY GENERAL OF TEXAS
10        SPECIAL LITIGATION DIVISION
          PO Box 12548, MC-009,
11        Austin, Texas 78711
          (512) 936-2613
12        david.bryant@oag.texas.gov

13

14   Also Present:

15        MELANIE CASNER

16   Videotaped by:

17        MANNY MARTIN

18

     Reported by:
19
          ASHLEY CASON, RSR, CSR, RPR
20

21

22

23

24

25
```



1  were verbally told to me, but I would say 40.

2      Q.  Was there a reason why they were not recorded?

3      A.  No.  I just memorized them.

4      Q.  What, if anything, did the Border Patrol

5  personnel tell you about the composition of the riverbed

6  material?

7      A.  So we -- we talked about the composition of the

8  rocks at the shoals -- location of shoals where the

9  water falls over, the turbulence.  We talked about that

10  in some detail.  Then I also would ask them about the

11  composition of the bed in other locations between the

12  shoals.  They didn't have really good answers, but they

13  were able to kind of give me an idea of the overall

14  composition.

15      Q.  Okay.  What, if anything, do you recall that

16  they told you on that subject?

17      A.  They -- you can see the rocks on the shoals,

18  all right.  So he talked about those in general.  The

19  composition of the bed elsewhere, they related that it's

20  a lot at larger -- not a lot.  It's sandy.  In an --

21  engineers classify material of different sizes and have

22  terms for those different sizes.  So they -- sizes range

23  from -- from what they told me, I didn't use the terms,

24  but I -- in my mind, put it in a coarse sand to the

25  cobbles.



1      A.  I really don't remember.  I mean, a thousand

2  feet.  A thousand feet would be my guess.  I don't --

3      Q.  Okay.

4      A.  I wasn't paying attention.

5      Q.  What, if anything, did you observe regarding

6  the Rio Grande River in the vicinity of the buoys that

7  are the subject of this action?

8      A.  Well, I -- as I observed, that there is

9  numerous split channel locations where the river divided

10 into what we call -- it's like a braided river system.

11 Water flows back through a side channel chute.  Rivers

12 always have -- even on a braid system, they have a

13 dominant channel and then they have secondary channels.

14 I observed -- observed that there were some areas of

15 rock shelves in that area.  I observed that some of the

16 islands were pretty heavily vegetated.  I observed that

17 there's a tremendous amount of invasive species in and

18 along the Rio Grande.

19     Q.  Are you referring specifically to the area

20 where the buoys are or just in general?

21     A.  Well, in general.

22     Q.  Okay.

23     A.  But yeah, you asked me about the buoys.

24     Q.  Yeah.  That's -- I just want to be sure.

25     A.  Yeah.



1      Q.  That is the answer I was getting, is the area

2  where the buoys are.

3      A.  Yeah.  Observed an area -- at least one area

4  of -- of bank sloughing, which is a bank of instability.

5      Q.  On which side of the river?

6      A.  On the American side.  That's about it.

7      Q.  About how wide was the Rio Grande River or was

8  it on your site visit at the site of the buoys?

9      A.  Well, I would have to kind of take a guess.  So

10 as part of my research, I -- I hope I mentioned that.  I

11 did look at Google Earth in my report preparation and I

12 measured the width of the Rio Grande in numerous

13 locations.  And in some locations, it was less than

14 300 feet, maybe even down to 250.  But at other

15 locations, it was slightly above 300.  And I believe at

16 the buoys, it was -- and I'm referencing high bank to

17 high bank, because that's geomorphically, that's

18 different than a measurement of a channel low flow

19 channel, width of a low flow channel.  So I would say

20 high bank to high bank was about 300 feet.

21     Q.  Did the Customs and Border Patrol boats have

22 any trouble navigating up and down the Rio Grande in the

23 area of the buoys?

24     A.  The jet boat that I was on did not want to get

25 close to the buoys.



1  all of those products shipped down the Missouri River on

2  barges?

3       A.  I think, yes.

4       Q.  And how would you define a barge?

5       A.  Well, it's any -- it's anything that floats

6  that -- generally longer than they are wide.  They're --

7  they're either what's known as a hopper barge where you

8  load whatever it is you're loading or unloading into

9  the -- into the barge, or there are deck barges where

10  the top of the barge is enclosed and you load your

11  material on top of the deck.

12       Q.  What are the typical sizes of barges that are

13  used to transport goods, products and commodities on the

14  Missouri River in terms of width and length?

15             MR. WADE:  Objection; form.

16       A.  I think there are -- for an average size,

17  they're 30 feet wide, 100 feet long.

18       Q.  (BY MR. BRYANT)  What is the minimum depth of

19  the channel that the Corps of Engineers maintains in the

20  Missouri River in the Kansas City district?

21       A.  Yes.  So the minimum is -- during the -- the

22  flow support season is eight foot.  That's the absolute

23  minimum.

24       Q.  So the flow support season --

25       A.  Yes.



1  calculated that it was -- would only require 10 percent

2  of the flow at Laredo at the 10th percentile of

3  discharge, which means that well over 90 percent of the

4  time there's sufficient water.

5       Q.  Do you consider yourself an expert on

6  calculating evaporative losses on the Rio Grande River?

7       A.  No.  I used what Dr. Shields used, and then I

8  verified from his source that he quoted.  I went back

9  and looked at it, and I felt his evaporative losses of

10 five foot per year to be well within the -- that report.

11      Q.  Are you an expert on calculating evaporative

12 losses on the Missouri River?

13      A.  No.

14      Q.  Would you expect that evaporative losses on the

15 Missouri River and on the Rio Grande River would be the

16 same or similar?

17      A.  I -- I wouldn't know.  I wouldn't know.  I

18 mean, I think it depends on evaporative losses, depends

19 on wind, depends on humidity, depends on temperatures.

20 So I wouldn't know.

21      Q.  The fourth bullet point on page 4, you state,

22 quote, An open river navigation channel on the Rio

23 Grande of dimensions less than nine feet deep by

24 250 feet wide is feasible and complements the hydrology

25 and topography of the Rio Grande better than a 9-foot by



 1  250-foot wide navigation channel.

 2                  When you use the word feasible in that

 3  sentence, what exactly do you mean?

 4      A.  Technically feasible.

 5      Q.  And to clarify, you don't mean that that is

 6  feasible in any other way than physical capability of

 7  making that happen?

 8      A.  That is correct.

 9      Q.  Okay.  And as we said, anything's possible, so

10  I guess anything's feasible, right?

11      A.  When it comes to river systems.

12      Q.  Okay.  And you don't mean when you say that

13  that it is practical or financially feasible?

14      A.  That is correct.  I did not consider those --

15      Q.  And nowhere in your report do you have any

16  judgments or opinions that relate to practicality or

17  financial feasibility of any of the measures to enhance

18  navigation that you discussed?

19      A.  I'm sorry.  I am going to -- I am going to ask

20  to repeat that.

21                  MR. BRYANT:  Could you read that back,

22  please?

23                  THE REPORTER:  And nowhere in your report

24  do you have any judgments or opinions that relate to

25  practicality or financial feasibility of any of the



1 measures to enhance navigation that you discussed?

2     A. Definitely not financial feasibility. As far

3 as the practicality of -- I don't think I -- I state --

4 make any statements in that regard. So I'll say no.

5     Q. (BY MR. BRYANT) Now, back at your site visit

6 to Eagle Pass, as I recall the soundings that were taken

7 as the Border Patrol folks moved up the deepest part of

8 the river, which I'm not sure I can pronounce correctly,

9 but I think you call it the thalweg?

10     A. Yes.

11     Q. Those ranged, as I recall, from two feet to

12 nine feet?

13     A. Yes.

14     Q. So there are portions of that river on that

15 ten-mile stretch that were only two feet deep in the

16 deepest part?

17     A. That is correct.

18     Q. Do you know of any barges that practically

19 could carry products, commodities or goods through a

20 channel that is only two feet deep?

21     A. No, I do not.

22     Q. What would you say is the minimum depth of the

23 barges that actually use the Missouri River for

24 transportation of products, goods or commodities?

25     A. Some of them are -- have a draft of four feet.



1    Q.  What products, goods or commodities do they

2    carry?

3    A.  Aggregates.

4    Q.  Do you have any information at all as to any

5    products, goods or commodities that are available for

6    shipment on that stretch of the Rio Grande River between

7    610 and 275?

8    A.  No.  I haven't -- no knowledge.

9    Q.  In the fifth bullet on page 4 of Exhibit 3, you

10   state, quote, An open river navigation channel on the

11   Rio Grande that operates for a portion of the year,

12   parenthesis, navigation season, closed parenthesis, is

13   feasible and compliments the hydrology of the Rio Grande

14   better than a channel that operates 365 days a year.

15        When you use the word feasible there,

16   you're also just referring to what is technically or

17   physically feasible?

18   A.  That is correct.

19   Q.  And when you use the word compliments spelled

20   C-O-M-P-L-I-M-E-N-T-S, what do you mean?

21   A.  Is that misspelled?

22   Q.  I can't answer the questions.  I ask you the

23   questions.

24   A.  I'm just curious.  That means that a shorter

25   navigation season than 12 months of the year is more in



1   line with the water that's available in the system,

2   similar to the Missouri River.  It -- there's just not

3   enough water in the basin to really support a 12-month

4   navigation season regardless of ice.

5       Q.  Do you know if there's, in general, more water

6   available in the Missouri River basin than in the Rio

7   Grande basin?

8       A.  I -- I know, yes, there is more water in the

9   Missouri River system.

10      Q.  Do you have any ability to compare how much

11  less water there is in the Rio Grande basin than in the

12  Missouri River basin?

13      A.  It's possible.  I -- I can't do it right now.

14      Q.  Okay.  And did you not regard that as relevant

15  in any way to your work in this case?

16      A.  No.  I did not see the relevancy of that.

17      Q.  Do you know if there were ever a set of

18  improvements that created a channel that operated for a

19  portion of the year on the Rio Grande River what portion

20  of the year that would be?

21      A.  Well, I think I -- I think I -- I thought I

22  calculated that in this report.  But maybe I didn't.

23      Q.  No.  I don't mean to suggest you didn't.

24      A.  Okay.

25      Q.  I'm just asking you what the answer is.



1      Q.  In your report at page 9, you mentioned that

2  the river frequently divided into two or more channels

3  separated by an island.

4              Did you see in the 330-mile stretch we've

5  been talking about from 275.5 to 610 instances in which

6  the channel was split into more than three different

7  channels with two or more islands?

8      A.  Well, if -- the way you phrased that, if you

9  had three channels, you would have two islands.  So you

10 asked me if you had more than three channels.  And you

11 asked me --

12     Q.  And it would require at least three islands,

13 wouldn't it?

14     A.  Yes.  Yes.

15     Q.  Okay.  Did you see -- did you see examples of

16 that either in the 11-mile or 10-mile stretch that you

17 physically saw or through Google Earth or any other

18 means?

19     A.  I didn't -- I know it -- it -- it split into at

20 least three channels at locations.  I don't know if it

21 was more than three channels.

22     Q.  Okay.  Have you ever heard of something called

23 Kingsbury Falls?

24     A.  No.

25     Q.  Have you ever heard of an area of the Rio



1   Grande River within that 330-mile stretch that was known

2   as Las Islitas?

3        A.   No.

4        Q.   Okay.  Looking at page 11 of your report, which

5   is Exhibit 3, there are a couple of photographs.  Are

6   those photographs you took?

7        A.   That is correct.

8        Q.   So you took those on June 4th, 2024?

9        A.   That is -- that is correct.

10       Q.   Is it also true of the photograph on page 10?

11       A.   No.

12       Q.   Who took the photograph on page 10?

13       A.   That's a Google Earth photo.  And that's a

14   location of which is shown in the appendix.

15       Q.   At the bottom of page 11, you state, quote, A

16   review of aerial photos in Google Earth showed numerous

17   sand and gravel mines in the floodplain next to the

18   river for figure 6 on page 12.  These pit mines are

19   likely owned by private companies engaged in the

20   business of mining and selling sand and gravel that has

21   been deposited in the river's floodplain over geologic

22   time.

23            Did you do anything to determine whether or

24   not that conjecture that they're likely owned by private

25   companies engaged in the business of mining and selling



1  sand and gravel was actually true?

2        A.  Well, I'm -- I -- I've spent a lot of time on

3  the sand and -- gravel mining of -- of rivers in our

4  district.  And I'm familiar with what pit mines look

5  like.  This wasn't -- the picture on figure 6, the

6  pictures, that wasn't the only pit mine.  That was the

7  one that had -- it just visually was the best because

8  you had -- I could get the before and after picture.

9              There were pit mines in the floodplain.

10  Again, I -- I know what they look like.  There's pit

11  mines west of Omaha.  There's pit mines on the Osage

12  River.  There's pit mines along the Missouri River.

13  They all look the same.  And there's pit mines in the

14  Rio Grande at a lot of different places.  So based on my

15  experience, I assumed these were pit mines.

16        Q.  Okay.  Are -- are the ones that you're talking

17  about in -- on page 11 in that -- or pictured on

18  page 12, they're not the two that you -- two quarries

19  that you actually located on the internet?

20        A.  That's correct.  These -- they are mining sand

21  and gravel.  That's not what you'd use for a river

22  training structure.

23        Q.  Okay.  And you -- you didn't do anything to

24  verify whether what you see in figure 6 actually are

25  operating sand and gravel mines owned by -- pit mines



 1  owned by private companies?

 2      A.  That is correct.  The -- the purpose of the --

 3  of the -- this discussion was to discuss the

 4  composition -- the likely composition of the material in

 5  the bed and on the -- in the -- on the bed of the river

 6  and in the floodplain.  So somebody was able to excavate

 7  the floodplain in the manner similar to pit mines that

 8  are quite common in floodplains.  And so I -- I -- I did

 9  no further investigation.

10      Q.  Okay.  On page 12, above that photograph, you

11  stated in your report that Ancil Taylor assumed that the

12  material in the bed and floodplain was vuggy limestone

13  and caliche.  Could you explain those terms for somebody

14  that is not familiar with those materials?

15      A.  Well, I -- I had to look them up.  So I'm not

16  an expert.  I used his terms.  So vuggy limestone is

17  limestone that is rather porous and -- and weak.

18  Caliche is a -- is -- it's more of a soil type that,

19  from my research, develops in arid climates where the

20  rainfall is not sufficient to soak all the way through

21  the soil horizons.  So it tends to form a armor layer on

22  the top of the -- of the soil rise -- the soil rises,

23  and it's termed caliche.  It occurs throughout the world

24  in -- in arid climates.

25      Q.  Okay.  Later in the paragraph, you state,



1  quote, The presence of pit mines in the floodplain and

2  my observations of the composition of the bed and banks

3  during the site inspection strongly suggests that the

4  bed and floodplain are filled with sand and gravel, not

5  caliche, as Mr. Taylor suggests.

6            Now, that strong suggestion that you

7  perceived was based on what you observed in the -- the

8  ten miles out of the 330-mile stretch?

9      A.  Yes.  I'm -- I'm -- I'm -- I mean, part of my

10 job is -- when I go out and look at a river, that's --

11 that's what I look at, what's the bed composed of,

12 what's the banks composed of.

13     Q.  And do you know whether Mr. Taylor's statements

14 as to the composition of the material in the bed and

15 floodplain were based on the same ten miles you looked

16 at?

17     A.  I -- I don't know that.  But I also add that

18 caliche, from what I researched, is unlikely to occur in

19 a floodplain where the -- periodically the water would

20 percolate through the topsoil horizons and carry

21 away those -- those chemicals that would create the

22 caliche.  So I find it very unlikely that caliche is a

23 major component of the material within the floodplain.

24     Q.  And that's based on your research as to

25 caliche, which is something that you didn't know the



1      Q.   Okay.   And then you say that that assumption is

2   not correct and the bed rests on a layer of sand and

3   gravel only a few feet thick.   The effect on the -- of

4   the RTS on the river discussed below will be more

5   limited but not eliminated.

6               Did you quantify how much that alternate

7   assumption would limit the effect of the RTS on the

8   river?

9      A.   I don't know what you mean by alternate

10  assumption.

11     Q.   The alternate assumption that I'm referring to

12  is an assumption that, quote, The bed rests on a layer

13  of sand and gravel only a few feet thick.

14     A.   Okay.   So what was your question, then?

15     Q.   So my question is, if the alternate assumption

16  that I just described is correct, did you calculate how

17  much that would limit the effect of the river training

18  structures on the river?

19     A.   Well, I didn't have to calculate it.   But if

20  that sand and gravel layer is only a few feet thick,

21  it's going to scour down to bedrock and not scour any

22  further.

23     Q.   Okay.   So you -- you didn't calculate that?

24     A.   I didn't need to.

25     Q.   And was your site visit the only basis of



1  your -- initial assumption that the riverbed rests on

2  20 feet of sand and gravel?

3      A.  Well, I -- the site visit, what I observed in

4  the banks and in the bed plus my observation of the pit

5  mines led me to believe -- and my knowledge of pit

6  mines.  I've worked with pit mines a lot, so nobody

7  operates a pit mine that's ten foot deep.  It's just

8  that it's not economical.  So I think my assumption of

9  20 feet is probably conservative.

10     Q.  But my question was whether the only basis of

11 your assumptions were your site visit and your

12 conclusion on the basis of looking at Google Earth that

13 there are pit mines in the vicinity of the Rio Grande

14 River?

15     A.  That is correct.

16     Q.  Okay.  And were those pit mines that you saw in

17 that Google Earth photo near Eagle Pass?

18     A.  There was some in Eagle Pass.  There was some

19 in Del Rio.  And I believe there was some in Laredo.

20 Most pit mines are located next to population centers.

21     Q.  Did you actually do any measurement of the --

22 of the riverbed of the Rio Grande River on your only

23 site visit to the Rio Grande River on June 4th of 2024?

24     A.  Can you explain what you mean by measurement?

25     Q.  Yeah.  Did you -- did you do anything to test



1  the depth of the sand and gravel in the riverbed?

2      A.  No.  It's -- that's almost impossible to do by

3  hand.  I've tried it.

4      Q.  In your assumption that is at paragraph 4B on

5  page 13 of your report, you state in the second

6  sentence, quote, Since no large tributaries enter the

7  river in this reach and the river is below the deeply

8  incised upstream canyons and well above the delta at the

9  mouth where the gradient of the river is relatively flat

10 and the watershed appears homogeneous, it is assumed the

11 Rio Grande from Del Rio to Laredo, Texas has physical

12 characteristics similar to the inspected reach near

13 Eagle Pass.

14             When you say in that -- in that sentence

15 that, quote, the watershed appears homogeneous, unquote,

16 what do you mean?

17     A.  The -- the shape of the contributing streams

18 look -- I did not see any streams that were -- you know,

19 any large tributaries.  There was one that came in from

20 the Mexican side that was -- like one of the larger

21 ones.  I think Mr. Cortez also in his report mentioned

22 that there's just small tributaries below Amistad.

23             You know, you -- you can look on Google and

24 see what the -- the shape of the floodplain is -- not

25 the floodplain, the watershed.  And kind of get an idea,



 1  you know, some rivers, the watershed is huge at any one

 2  particular location.  Some rivers at some locations, the

 3  watershed can be actually quite narrow even for large

 4  rivers.  So that -- that's what I was looking at.

 5       Q.  Okay.  And did you -- or do you know whether a

 6  tributary enters the Rio Grande River within a few miles

 7  of Eagle Pass?

 8       A.  I think we went by one.

 9       Q.  Okay.  Was that on the U.S. or the Mexican

10  side?

11       A.  It was on the U.S. side.  I believe it was a

12  tributary.

13       Q.  Okay.  And are you aware of any tributaries

14  that enter the Rio Grande from the Mexican side within a

15  few miles of Eagle Pass?

16       A.  Not that I know of, not within a few miles.

17       Q.  The assumption in paragraph 4C, which is on

18  page 13, is that Del Rio and Laredo are high population

19  areas.  Have you ever been to Del Rio?

20       A.  No.

21       Q.  What is its approximate population?

22       A.  I have no idea.

23       Q.  What would you consider a high population area?

24       A.  Well, that's kind of a relative term.  But I

25  guess I'm the one who used it, so a million, million



1  quote.

2              Are there wing dikes that have been

3  constructed on the Missouri River in the area where

4  you've been working the last 31 years?

5      A.  I'm not -- so the nomenclature for river

6  training structures is a little bit inconsistent.  So

7  this source is Missouri Department of Conservation.

8  They chose to use the term wing dike.  The document from

9  which these photos was lifted I'm 99 percent certain did

10 not use the term wing dike.

11     Q.  Okay.  Is the term wing dike synonymous with

12 what you refer to as a river training structure or is it

13 a type of river training structure?

14     A.  I -- I don't know what people mean when they

15 call it a wing dike.

16     Q.  Okay.

17     A.  I -- I -- we use -- at least within the Corps,

18 within the section that I supervised, we used consistent

19 terminology.

20     Q.  Okay.  Let's look at the next page of the

21 exhibit.  It states, quote, The volume of barges hauling

22 commercial products on the altered Missouri River never

23 reached the level the Corps projected to justify the

24 project.  They forecasted that 5 million tons per year,

25 far below that which is transported on the upper



1  Mississippi (as said) River, but the volume peaked at

2  just over 3 and a half million tons in the late 1970s.

3              Is -- are those accurate statements or

4  inaccurate statements?

5      A.  It's an accurate statement that it peaked at 3

6  and a half million tons.  It wasn't the late 1970s.  It

7  was the mid 1970s.  The -- I think the -- the statement

8  that the forecast -- they forecasted that 5 million tons

9  per year is a little bit taken out of context.

10             The -- the Corps -- there's a long --

11  there's a long history on this project.  It was -- the

12  first authority was in 1927, and then the current

13  authority was in 1945.  And then the project was

14  completed in 1980.

15             During that time, the Corps made a lot of

16  different forecasts.  At one point, the Corps even

17  recommended against construction of parts of the

18  project.  But others, Congress, found it -- found it

19  better to go ahead and authorize the project.  So for

20  them to -- to pick on the -- you know, to take a -- a

21  forecast of many is a little bit disingenuous.

22      Q.  Did the -- did the Corps of Engineers at -- at

23  one time forecast that the commercial barge traffic on

24  the Missouri River would reach 5 million tons a year?

25      A.  I believe we did, yes.

