**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as<br>GOVERNOR OF THE STATE OF TEXAS,<br>and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**PLAINTIFF UNITED STATES' OBJECTIONS TO DEFENDANTS' EXHIBITS**

Pursuant to the Court's scheduling order in this case (ECF 214) and the Local Civil Rules of the Western District of Texas, Plaintiff the United States of America asserts the following objections to Defendants' Exhibit List (ECF 240 at 4-17). The United States also asserts a general objection to Defendants' Exhibit List on the basis that Defendants failed to provide an "appropriate identification of each exhibit as specified in [Local Civil Rule 16] … separately identifying those that the party expects to offer and those that the party may offer if the need arises." W.D. Tex. R. 16(f)(4).

The United States reserves the right to interpose objections premised on the specific use of any exhibit, as allowed by the Local Rules. Additionally, the United States reserves the right to interpose any and all objections to those exhibits the United States could not identify based on Defendants' description. The United States further reserves the right to waive any objection.

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---------|-------------|--------------------------|
| 1 | 1975 USACE Navigability Study and Navigability Letter (Beg. Bates USACE0001132). | |
| 2 | USCG Navigability Determination, Rio Grande River, TX (Oct. 19, 1984) | |
| 3 | 33 C.F.R. 2.36. Navigable waters of the United States, navigable waters, and territorial waters. govinfo.gov/content/pkg/CFR-2023-title33-vol1/xml/CFR-2023-title33-vol1-sec2-36.xml. | |
| 4 | 33 C.F.R. 2.40. Maintenance of decisions. https://www.govinfo.gov/content/pkg/CFR-2023-title33-vol1/xml/CFR-2023-title33-vol1-sec2-36.xml. | |
| 5 | 33 C.F.R. 322.2. Definitions. https://www.govinfo.gov/content/pkg/CFR-2010-title33-vol3/pdf/CFR-2010-title33-vol3-sec322-2.pdf. | |
| 6 | 33 C.F.R. 326. Enforcement. https://www.govinfo.gov/content/pkg/CFR-2011-title33-vol3/xml/CFR-2011-title33-vol3-part326.xml. | |
| 7 | 33 C.F.R. 329. Definition of Navigable Waters of the United States. https://www.govinfo.gov/content/pkg/CFR-2012-title33-.vol3/pdf/CFR-2012-title33-vol3-part328.pdf | |
| 8 | Declaration of Ben Valdez | Hearsay |
| 9 | Declaration of Chris Nordloh | Hearsay |
| 10 | Declaration of Ramon Gonzalez | Hearsay; Relevance |
| 11 | Eagle Pass/Piedras Negras Daily Flow Charts | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 12 | Expert Witness Report, Mr. Thomas P. Ciarametaro. (Served Jun. 14, 2024). | Hearsay; Relevance |
| 13 | Expert Witness Report, Prof. Eleftherios Iakovou, Ph.D. (Served Jun. 14, 2024). | Hearsay; Relevance |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 14 | Map (Ex. 13 to Dep. of Dr. B. Johnson) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 15 | Map of Eagle Pass and Surrounding Area (Ex. 20 to Dep. of Dr. B. Johnson) | Authentication; Hearsay; Relevance |
| 16 | Map of Eagle Pass, Texas 1887 (Ex. 18 to Dep. of Dr. B. Johnson) | Authentication; Hearsay |
| 17 | Marinetraffic.com Navigational Heatmap | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 18 | Marinetraffic.com Statement on Data Collection | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 19 | Melanie Casner Feb. 16, 2024, Email to Timothy MacAllister regarding watercraft and operations in the Rio Grande (US0002301). | |
| 20 | National Waterway Network List of Navigable Waterways | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 21 | Navigational Heatmap NOAA | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 22 | US Waterway Vessel Density 2016-2023 | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 23 | US Waterway Vessel Density 2016-2023 Descriptions | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 24 | USACE National Waterways Study - A Framework for Decision Making – Final Report NWS-83-1, (Jan. 1983). | Relevance |
| 25 | USACE Texas Waterway Profile | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 26 | USACE Texas Waterway Traffic Report | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 27 | Expert Witness Report, Dr. Tong Zhao. (Served Jun. 14, 2024). | Relevance; Hearsay |
| 28 | Expert Witness Report, Dr. F. Douglas Shields, Jr., Reasonableness of proposed improvement of the Rio Grande for navigation downstream of Amistad Dam. (Served Jun. 14, 2024). | Relevance; Hearsay |
| 29 | Expert Witness Report, Mr. Ancil Taylor. (Served Jun. 14, 2024). | Relevance; Hearsay |
| 30 | Expert Witness Report, Mr. Ancil Taylor, First Supplemental Report. (Served on Jul. 1, 2024). | Relevance; Hearsay |
| 31 | Expert Witness Report, Mr. Carlos Rubinstein & Mr. Herman R. Settemeyer, P.E., Expert Report on Water and Water Right Impacts Along the Rio Grande in Texas - Particularly as it Relates to Navigation as a Beneficial Use of Water. (Served Jun. 14, 2024). | Relevance; Hearsay |
| 32 | Expert Witness Report, Ms. Christine Magers and Ms. Cassandra Hart, Environmental Resources & Impacts Review. (Served Jun. 14, 2024). | Relevance; Hearsay |
| 33 | Expert Witness Report, Ms. Christine Magers and Ms. Cassandra Hart, Environmental Resources & Impacts Review, First Supplemental Report. (Served Jun. 27, 2024). | Relevance; Hearsay |
| 34 | Water Levels at Amistad Reservoir | Relevance |
| 35 | Amistad Dam Flood Operations and Safety Manual Produced by USIBWC on Jul. 15, 2024. | Relevance |
| 36 | Amistad Dam Water Release Requests Protocol | Relevance |
| 37 | FEMA Eagle Pass Special Flood Hazard Area Map | Relevance |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 38 | IBWC Rio Grande Allotment, Current Cycle (Oct. 25, 2020, thru June 1, 2024). | Relevance |
| 39 | Joint Agency Guide - SMART Planning & USACE Feasibility Studies - Guide to Coordination and Engagement with the Services (Sep. 2016). | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; Relevance; Cumulative |
| 40 | U.S. Army Corps of Engineers SMART Planning Feasibility Studies - A Guide to Coordination and Engagement with the Services (Sep. 2015). | Relevance; Cumulative |
| 41 | National Academies Press, Funding and Managing the U.S. Inland Waterways System: What Policy Makers Need to Know: What Policy Makers Need to Know (2015). | Hearsay; Relevance; Cumulative; Unqualified Expert Opinion/Improper Lay Opinion |
| 42 | Texas Water Development Plan | Relevance |
| 43 | Water Treaty of 1944 – Utilization of Waters of the Colorado and Tijuana Rivers and of the Rio Grande Treaty between the United States and Mexico | |
| 44 | Tables 1-5 excerpted from Doug Shields' Expert Report | Relevance; Hearsay |
| 45 | "Head of Navigation" (Ex. 7 to Dep. of Dr. B. Johnson) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; Hearsay |
| 46 | "Rio Grande" by Leon C. Metz (Ex. 8 to Dep. of Dr. B. Johnson) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; Hearsay |
| 47 | "San Antonio Crossing" (Ex. 4 to Dep. of Dr. B. Johnson) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; Hearsay |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 48 | "San Antonio Crossing" (Ex. 6 to Dep. of Dr. B. Johnson) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; Hearsay |
| 49 | Except from "River of Lost Dreams" by P. Kelley (Ex. 10 to Dep. of Dr. B. Johnson) | |
| 50 | Excerpt from "Great River" by P. Horgan (Ex. 15 to Dep. of Dr. B. Johnson) | |
| 51 | Excerpt from "Upper Rio Grande" by B. P. Tilden (Ex. 9 to Dep. of Dr. B. Johnson) | |
| 52 | Article from El Paso Herald (Ex. 14 to Dep. of Dr. B. Johnson) | |
| 53 | Excerpt from Sul Ross State Teachers College Bulletin 48 (Ex. 16 to Dep. of Dr. B. Johnson) | |
| 54 | Expert Witness Report, Dr. Heather Miller. (Served Jun. 14, 2024). | Hearsay |
| 55 | Handbook of Texas Online Entry ("Rio Grande") by Tex. State Hist. Ass'n and Metz | Hearsay; Cumulative |
| 56 | Handwritten Letter from D. Kingsbury to Maj. Chapman (Ex. 11 to Dep. of Dr. B. Johnson) | |
| 57 | Letter from D. Kingsbury to Maj. Chapman dated May 18, 1849 (Ex. 12 to Dep. of Dr. B. Johnson) | |
| 58 | Monthly Return of Public Animals (Ex. 17 to Dep. of Dr. B. Johnson) | |
| 59 | Report to Congress of American Section of Int'l Water Comm. (Ex. 8 to Dep. of Dr. B. Johnson) | |
| 60 | Appendix 3, Table of River Mileages, (Ex. 5 to Dep. Of A. Cortez) | |
| 61 | Declaration of Loren Flossman | Hearsay; Unqualified/undisclosed Expert/Improper Lay Opinion Testimony |
| 62 | Declaration of Victor Escalon | Hearsay; Unqualified/undisclosed Expert/Improper Lay Opinion Testimony |
| 63 | 33 C.F.R. 332.3(a). Activities requiring permits; General. https://www.govinfo.gov/content/pkg/CFR-2023-title33-vol3/pdf/CFR-2023-title33-vol3-sec322-3.pdf. | |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 64 | 33 U.S.C. §401. Construction of bridges, causeways, dams or dikes generally; exemptions. https://www.govinfo.gov/content/pkg/USCODE-2022-title33/html/USCODE-2022-title33-chap9-subchapI-sec401.htm. | |
| 65 | 33 U.S.C. §403. Obstruction of navigable waters generally; wharves; piers, etc.; excavations and filling in. govinfo.gov/content/pkg/USCODE-2022-title33/html/USCODE-2022-title33-chap9-subchapI-sec403.htm. | |
| 66 | 33 U.S.C. §406. Penalty for wrongful construction of bridges, piers, etc.; removal of structures. https://www.govinfo.gov/content/pkg/USCODE-2022-title33/html/USCODE-2022-title33-chap9-subchapI-sec406.htm. | |
| 67 | 33 U.S.C. §413. Duty of United States attorneys and other Federal officers in enforcement of provisions; arrest of offenders. https://www.govinfo.gov/content/pkg/USCODE-2022-title33/html/USCODE-2022-title33-chap9-subchapI-sec413.htm. | |
| 68 | 85 Fed. Reg. 14953 et seq. (March 16, 2020) | |
| 69 | Binational Joint Survey (IBWC0006615). | |
| 70 | City of Eagle Pass, TX Future Land Use Map | Relevance; Hearsay |
| 71 | Civil Works 101 - Becky Moyer, Chief, Planning & Policy Southwestern Division (Aug. 27, 2015) | Relevance |
| 72 | Close up Google Earth of the Buoys (USACE0008019). | |
| 73 | Congressional Research Service - Process for U.S. Army Corps of Engineers (USACE) Projects (Mar. 7, 2024). | Relevance |
| 74 | Convention of 1889 – Convention between the United States and Mexico | |
| 75 | IBWC Emails (Beg. Bates IBWC0004406). | Relevance |
| 76 | IBWC List of Structures, Produced by the USIBWC on Jul. 15, 2024. | Relevance |
| 77 | Micky D Donaldson Jul. 11, 2023, Email to DRT OPS Div Subject: DPS Buoy Deployment Update (CBP0000319). | Relevance |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---------|-------------|--------------------------|
| 78 | Photograph of Rio Grande River (Ex. 4 to Dep. Of Margaret Gaffney-Smith. | Authentication; Relevance |
| 79 | Photograph of Rio Grande River (Ex. 7 to Dep. Of Margaret Gaffney-Smith. | Authentication; Relevance |
| 80 | Texas DPS Drone Video of Rio Grande near Location of Floating Buoy Barrier (Aug. 17, 2023) | |
| 81 | Video of the segment of the Rio Grande River between River Mile Markers 275.5 and 610 (DPS). | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 82 | Photographs of Buoys | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit |
| 83 | Photograph Migrants walking near buoys AFP via Getty Images | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; Authentication; Relevance |
| 84 | USCBP Jun. 14, 2023, Briefing on potential deployment of floating barrier system. (CBP0000089). | |
| 85 | USIBWC Emails sent 2/11/24 and 2/12/24 (Beg. Bates IBWC0020469). | |
| 86 | ABC News (A. Garcia), "3-Year-Old Boy Dies After Being Swept Away While Crossing Rio Grande with His Family" (Sept. 21, 2023) | Relevance; Hearsay; Cumulative |
| 87 | CBS News, "At Least 853 Migrants Died Crossing the U. S. – Mexico Border in Past 12 Months – A Record High" (Oct. 28, 2022) | Relevance; Hearsay; Cumulative |
| 88 | CNN (R. Flores & R. Nieves), A Texas Sheriff Says He Finds the Bodies of Migrants Almost Every Day. 2022 Could Be the Deadliest Year Yet for Migrants Crossing the US Border (Aug. 24, 2022). | Relevance; Hearsay; Cumulative |
| 89 | CNN Politics, "First on CNN: A Record Number of Migrants Have Died Crossing the US – Mexico Border" (Sep. 7, 2022) | Relevance; Hearsay; Cumulative |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---------|-------------|--------------------------|
| 90 | Fox News (L. Richard), "Texas DPS Recovered Four Bodies, Including Infant, From Rio Grande in Eagle Pass in 48 Hours: Spokesman" ( July 4, 2023) | Relevance; Hearsay; Cumulative |
| 91 | Fox News "UN Migration Study Deems US – Mexico Border 'Deadliest' Land Route in the World ( July 4, 2022) | Relevance; Hearsay; Cumulative |
| 92 | KSAT News (R. Salinas & D. Ibarra), "Child, Man Drowned Within Two Days While Crossing Rio Grande" (Sept. 22, 2023) | Relevance; Hearsay; Cumulative |
| 93 | Micky D Donaldson Aug. 3, 2023, Email on Deceased Male whose body floated downriver to the buoys (CBP0000341). | Relevance |
| 94 | Texas Monthly (A. Nelsen), "What Happens to the Migrants Who Don't Make It?" (Apr. 2024) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Hearsay; Relevance; Cumulative |
| 95 | Texas Tribune ( J. L. Carver), "Infant Girl Among Four Found Dead in Rio Grande" ( July 4, 2023) | Relevance; Hearsay; Cumulative |
| 96 | Texas Tribune (U. Garcia), "In a Border Graveyard, Volunteers Exhume Migrants' Bodies and Search for Their Families" ( Jan. 24, 2023) | Relevance; Hearsay; Cumulative |
| 97 | Texas Tribune (W. Melhado), "Authorities Report Nine Drowning Victims After Deadly Rio Grande Crossing" (Sept. 3, 2022) | Relevance; Hearsay; Cumulative |
| 98 | U S News (D. Lewak), "Huge Rise in Border Deaths from Drowning, Dehydration Overwhelm Texas Border Town's Morgues" (Aug. 27, 2022) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Hearsay; Relevance; Cumulative |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 99 | U. S Customs and Border Protection, "Border Patrol Warns Immigrants of Life-Threatening Risks of Crossing the Rio Grande River" (May 17, 2019) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Relevance |
| 100 | U S Customs and Border Protection, "Border Rescues and Mortality Data" ( July 24, 2023) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Relevance |
| 101 | U. S. News (E. A. J. Connelly), Disturbing Video Captures Migrants Downing in Rio Grande" (Mar. 20, 2021) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Hearsay; Relevance; Cumulative |
| 102 | Missing Migrants Project "Annual Regional Overview – Executive Summary" | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Hearsay; Relevance; Cumulative |
| 103 | New York Times (D. Montgomery & M. Jordan), "Nine Migrants Drown as Dozens Are Swept Down Rio Grande" (Sept. 2, 2022) | Relevance; Hearsay; Cumulative |
| 104 | New York Times (M. Jordan), "9-Year-Old Migrant Girl Dies Trying to Cross Rio Grande into U. S." (Mar. 26, 2021) | Relevance; Hearsay; Cumulative |
| 105 | World Radio Article - Enforcing the law at the border - Immigration is taking its toll on the border patrol agents in South Texas, hosted by Bonnie Pritchett (Nov. 17, 2022). | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Hearsay; Relevance; Cumulative |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 106 | CBP Email to EGT Supervisors Jan. 24, 2024, On woman crossing the river who was stopped from crossing by buoys (CBP0000132). | |
| 107 | Micky D. Donaldson Aug. 29, 2023, Email on CBP performing zero rescues in location of Buoys and C-Wire (Beg. Bates CBP0000761). | Hearsay |
| 108 | Summary of Press Statement (IBWC0007302). | |
| 109 | "Biden-Harris Administration" Designates Fentanyl Combined with Xylazine as an Emerging Threat to the United States" (Apr. 12, 2023) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Relevance |
| 110 | "FACT SHEET: Biden-Harris Administration Announces Strengthened Approach to Crack Down on Illicit Fentanyl Supply Chains" (Apr. 11, 2023) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Relevance |
| 111 | "Fact Sheet: White House Releases 2022 National Drug Control Strategy that Outlines Comprehensive Path Forward to Address Addiction and the Overdose Epidemic" (Apr. 21, 2022) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections; improper compendium exhibit; Relevance |
| 112 | ABC News, "FBI Director Warms of 'Dangerous Individuals' Coming Across the Southern Border" (March 11, 2024) | Relevance; Hearsay; Cumulative |
| 113 | ABC News, "FBI Director Warms of 'Dangerous Individuals' Coming Across the Southern Border" (March 11, 2024). | Relevance; Hearsay; Cumulative |
| 114 | Blankley, "Abbott: One Person Dies Every Day in Harris County Because of Fentanyl", the centersquare.com ( July 14, 2022) | Relevance; Hearsay; Cumulative |
| 115 | Blankley, "Retired FBI Execs to Congress: Invasion at Border 'Perilous' for America", centersquare.com ( Jan. 26, 2024) | Relevance; Hearsay; Cumulative |
| 116 | Blankley, "Retired FBI Execs to Congress: Invasion at Border 'Perilous' for America", centersquare.com ( Jan. 26, 2024) | Relevance; Hearsay; Cumulative |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 117 | Blankley, "Three More Texas Counties Declare Invasion, Bringing Total to 50", thecentersquare.com (Jan. 6, 2024) Declaration of Victor Escalon | Relevance; Hearsay; Cumulative |
| 118 | Border Disaster Declarations by Governor Greg Abbott | [See below] |
| 118.A | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated May 31, 2021, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.B | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated June 30, 2021, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.C | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated July 30, 2021, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.D | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated August 29, 2021, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.E | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Oct. 28, 2021, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.F. | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Nov. 27, 2021, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.G | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Dec. 23, 2021, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 118.H | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Jan. 22, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.I | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Feb. 21, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.J | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated March 23, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.K | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Apr. 22, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.L | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated May 22, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.M | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated June 21, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.N | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated July 21, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.O | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated August 20, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 118.P | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Sept. 19, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.Q | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Oct. 19, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.R | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Nov. 18, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.S | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Dec. 16, 2022, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.T | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Jan. 20, 2023, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.U | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Feb. 20, 2023, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.V | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated March 22, 2023, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.W | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated Apr. 21, 2023, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 118.X | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated May 12, 2023, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.Y | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated June 11, 2023, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 118.Z | Letter from Gregory S. Davidson, Executive Clerk to the Governor of Texas, to the Secretary of State of Texas dated June 29, 2023, enclosing Proclamation of same date signed by Governor Greg Abbott | Hearsay; Improper lay opinion |
| 119 | About the HIDTA Program: South Texas TIDTA Southwest Border (2024). | Relevance; Hearsay |
| 120 | Daily Caller (htpps://dailycaller.com, "Exclusive: Biden Admin Watered Down Vetting Process for Chinese Illegal Immigrants, Email Shows" ( Jan. 2, 2024) | Relevance; Hearsay; Cumulative |
| 121 | Daily Wire, "'The Country Has Been Invaded': Former FBI Officials Issue Grave Warning on Biden's Open Border" ( Jan. 26, 2024) | Relevance; Hearsay; Cumulative |
| 122 | Daily Wire, "'The Country Has Been Invaded': Former FBI Officials Issue Grave Warning on Biden's Open Border" ( Jan. 26, 2024) | Relevance; Hearsay; Cumulative |
| 123 | DEA Website "Fentanyl Awareness" | Relevance |
| 124 | Drug Enforcement Administration, "National Drug Threat Assessment 2024" (May 2024) | Relevance |
| 125 | Eagle Pass City Council Minutes, including Emergency Resolution | Relevance; Hearsay |
| 126 | Executive Order 14059, 86 FR 71549 ("Imposing Sanctions on Foreign Person Involved in the Global Illicit Drug Trade" (Dec. 17, 2021) | Relevance |
| 127 | Executive Order by Gov. Greg Abbott (July 7, 2022) | Relevance; Hearsay; Improper Lay Opinion |
| 128 | Executive Order by Gov. Greg Abbott (May 31, 2021) | Hearsay; Improper Lay Opinion |
| 129 | Executive Order by Gov. Greg Abbott (Sept. 21, 2022) | Relevance; Hearsay; Improper Lay Opinion |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 130 | Fox News, "Senate Republicans Cite 'Sound of Freedom' to Demand Hearings on Human Trafficking, Biden Border Policies" ( July 29, 2023) | Relevance; Hearsay; Cumulative |
| 131 | Fox News, "US Customs Confirms 4th Iranian 'Special Interest Alien' Apprehended This Month in Eagle Pass, Texas Oct. 15, 2023) | Relevance; Hearsay; Cumulative |
| 132 | Hearing transcript of hearing on The Biden Border Crisis: Part III before the Subcommittee on Immigration Integrity, Security and Enforcement, Committee on the Judiciary, U.S. House of Representatives, One Hundred Eighteenth Congress, First Session, Tuesday, May 23, 2023. | Relevance; Hearsay |
| 133 | Homeland Security Comm., U. S. House of Rep., "Factsheet: Encounters of Chinese National Surpass All Fiscal Year 2023 at the Southwest Border" (Apr. 18, 2024) | Relevance; Hearsay |
| 134 | Homeland Security Comm., U. S. House of Rep., "Factsheet: Final FY23 Numbers Show Worst Year at America's Borders – Ever" (Oct. 26, 2023) | Relevance; Hearsay |
| 135 | Homeland Security Comm., U. S. House of Rep., "FBI Director Wray Confirms the Border Crisis Poses Major Homeland Security Threat, DHS Secretary Mayorkas Stonewalls" (Nov. 15, 2023) | Relevance; Hearsay |
| 136 | Homeland Security Comm., U. S. House of Rep., "Now Nobody Crosses Without Paying": Senior Border Patrol Agents Describe Unprecedented Cartel Control at Southwest Border" (Dec. 14, 2023) | Relevance; Hearsay |
| 137 | House Resolution 863, 118th Cong., 2d Session (Apr. 16, 2024) | Relevance; Hearsay; Unqualified Expert/Improper Lay Opinion |
| 138 | ICE Press Release (Dec. 30, 2022). | Relevance |
| 139 | ICE Annual Report FY2022 | Relevance |
| 140 | Wall Street Journal (T. Gonzales), "Criminal Migrants Run Free in My District" (Oct. 21, 2024) | Relevance; Hearsay; Cumulative; Unqualified Expert/Improper Lay Opinion |
| 141 | Letter from Gov. Greg Abbott to Col. Steven C. McGraw and others (Nov. 16, 2022) | Hearsay; Improper Lay Opinion |
| 142 | Letter from Governor Greg Abbott to President Joseph R. Biden, Jr. dated Jan. 8, 2023 | Hearsay; Improper Lay Opinion |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---------|-------------|--------------------------|
| 143 | Letter from Governor Greg Abbott to President Joseph R. Biden, Jr. dated July 24, 2023 | Hearsay; Improper Lay Opinion |
| 144 | Letter from Governor Greg Abbott to President Joseph R. Biden, Jr. dated Nov. 16, 2022 | Hearsay; Improper Lay Opinion |
| 145 | Letter to Speaker of the U. S. House of Representatives and other Congressional Leaders from Kevin R. Block and other former FBI and Counterintelligence Officials dated January 17, 2024 ("The United States is Facing a New and Imminent Danger") | Hearsay; Relevance; Improper Lay Opinion |
| 146 | Natelson and Hyman, "The Constitution, Invasion, Immigration, and the War Powers of States", Vo. 13, Issue 1, British Journal of American Legal Studies (2024) | Relevance; Hearsay; Unqualified/undisclosed Expert/Improper Lay Opinion |
| 147 | Memorandum Dated May 3, 2022, from Inspector General of U. S. Dept. of Homeland Security to Troy A. Miller, et al. | Relevance |
| 148 | Texas Public Radio ( J. Aguilar), "More than 5 Texans Die Every Die from Fentanyl. A New Online Dashboard is Tracking These Deaths" (July 15, 2023) | Relevance; Hearsay; Cumulative |
| 149 | New York Times, "Growing Numbers of Chinese Migrants Are Crossing the Southern Border" (Nov. 24,2023) | Relevance; Hearsay; Cumulative |
| 150 | New York Times, "The Southern Border, Terrorism Fears and the Arrests of 8 Tajik Men" (June 25, 2024) | Relevance; Hearsay; Cumulative |
| 151 | National Review, "Illegal Border Crossings Surged in July Despite Record Temperatures" (July 27, 2023) | Relevance; Hearsay; Cumulative |
| 152 | President's Message to Congress on Continuation of National Emergency with Respect to Global Illicit Drug Trade (Dec. 12, 2022) | Relevance |
| 153 | Republican Governors Ass'n, "Republican Governors Band Together, Issue Joint Statement Supporting Texas' Constitutional Right to Self-Defense" (Jan. 25, 2024) | Relevance; Hearsay; Unqualified Expert/Improper Lay Opinion |
| 154 | Statement of Governor Greg Abbott (Jan. 24, 2024) | Hearsay |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 155 | Statement of Mark Brnovich, former Attorney General of Arizona, to the U. S. House of Representatives Judiciary Subcommittee on the Constitution and Limited Government (Jan. 30, 2024). | Relevance; Hearsay; Unqualified/undisclosed Expert/Improper Lay Opinion |
| 156 | Testimony summary of Rodney Scott September 14, 2023, at hearing on Terrorist Entry Through the Southwest Border before the Subcommittee on Immigration Integrity, Security, and Enforcement, Committee on the Judiciary, U.S. House of Representatives, One Hundred Eighteenth Congress, Thursday, September 14, 2023. | Relevance; Hearsay; Improper Lay Opinion |
| 157 | Presentation – Operation Lonestar – Michael banks, Office of the Governor, Special Advisor to the Governor on Border Matters | Relevance; Hearsay; Improper Lay Opinion |
| 158 | U S Customs and Border Protection Apprehensions (2020 to 2023 YTD through June) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 159 | U S Customs and Border Protection Apprehensions (2020 to 2023 YTD) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 160 | U. S. Customs and Border Protection "CPB Releases June 2023 Monthly Update (July 18, 2023) | Relevance |
| 161 | U. S. Customs and Border Protection Apprehensions (2020 to 2023) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 162 | U. S. Customs and Border Protection Drug Seizures (2020 to 2023) | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 163 | U. S. Customs and Border Protection, Patrolling the Rio Grande (Nov. 24, 2023). | Relevance |
| 164 | Letter from Comm. On Transp. & Infrastructure, U. S. House of Rep., to M. Connor and S. Spellmon (Oct. 19, 2023) | Hearsay; Relevance; Improper Lay Opinion |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 165 | Statement of Brent Webster, First Assistant Attorney General of Texas, to the U. S. House of Representatives Judiciary Subcommittee on the Constitution and Limited Government and Ex. 1-6 (Jan. 30, 2024). | Relevance; Hearsay; Improper Lay Opinion |
| 166 | Mexico News Daily, "US Ambassador emphasizes strong US-Mexico ties amid new rules for his position" (October 18, 2024) | Relevance; Hearsay; Cumulative |
| 167 | CNN, "A water war is looming between Mexico and the US. Neither side will win" (June 17, 2024) | Hearsay; Cumulative |
| 168 | NPR, "Water treaty between Mexico and U.S. faces biggest test in 80 years" (August 16, 2024) | Hearsay; Cumulative |
| 169 | Bureau of Western Hemisphere Affairs, U.S. Relations with Mexico: Bilateral Relations Fact Sheet (September 16, 2024) | |
| 170 | Associated Press, "5 Issues Ahead of Mexico's Presidential Election" (March 4, 2024) | Relevance; Hearsay; Cumulative |
| 171 | New York Times, "Mexico Pauses Relations With U.S. Embassy Amid Clash Over Judicial Overhaul" (August 27, 2024) | Relevance; Hearsay; Cumulative |
| 172 | NPR, "Mexico Files Complaint over Texas' floating barriers on the Rio Grande" (July 15, 2023) | Hearsay; Cumulative |
| 173 | Reuters, "Mexico says Texan buoys in Rio Grande breach water treaty" (July 14, 2023) | Hearsay; Cumulative; Cumulative |
| 174 | Information Note No. 4, "Information note on the actions being taken by the U.S. in the Rio Grande River in the area of Eagle Pass, Texas" (July 14, 2023) | |
| 175 | Information Note No. 5, "The Government of Mexico sends a second diplomatic note to the U.S. regarding the actions being taken by Texas in the Eagle Pass area of the Rio Grande River" (July 26, 2023) | |
| 176 | Dr. F. Douglas Shields, Jr., Testimony History. (Served Jun. 28, 2024). | Relevance; Hearsay |
| 177 | Article "Port Director Appointed to PAAC" | Relevance; Hearsay |
| 178 | Article "Port Director to Serve as GPA President" | Relevance; Hearsay |
| 179 | Article "Walker Smith, Port of Harlingen's Port Director Appointed to TxDOT Port Authority Advisory Committee" | Relevance; Hearsay |
| 180 | Excerpt from Port of Harlingen Website | Relevance; Hearsay |

| EXHIBIT | DESCRIPTION | PLAINTIFF'S OBJECTION(S) |
|---|---|---|
| 181 | 2020-21 Port of Harlingen Annual Report | Relevance; Hearsay |
| 182 | 2021-22 Port of Harlingen Annual Report | Relevance; Hearsay |
| 183 | 2022-23 Port of Harlingen Annual Report | Relevance; Hearsay |
| 184 | Port of Harlingen Master Plan | Relevance; Hearsay |
| 185 | Expert Designations and Opinions of Kathy Alexander and Michael Banks | Relevance; Hearsay; Unqualified Expert/Improper Lay Opinion |
| 186 | Resume of Michael W. Banks | Relevance; Hearsay |
| 187 | Transcript of Preliminary Injunction Hearing (Aug. 22, 2023). | |
| 188 | USACE Easement Deed | Exhibit insufficiently described to allow identification; the United States reserves the right to raise any and all objections |
| 189 | Defendants' First Set of Interrogatories | Hearsay |
| 190 | Defendants' First Set of Requests for Admission | Hearsay |
| 191 | Plaintiff's Fourth Amended Responses to Defendants' Interrogatories | |
| 192 | Plaintiff's Second Amended Responses to Defendants' Requests for Admission | |

Dated: October 30, 2024

JAIME ESPARZA
UNITED STATES ATTORNEY

 /s/  *Landon A. Wade*
LANDON A. WADE
  Assistant United States Attorney
  TX Bar No. 24098560
United States Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
(512) 370-1255 (tel)
(512) 916-5854 (fax)
Landon.wade@usdoj.gov

TODD KIM
ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division

 /s/  *Brian H. Lynk*
BRIAN H. LYNK
  Senior Trial Counsel
  DC Bar No. 459525
BRYAN J. HARRISON
  Trial Attorney
  FL Bar No. 106379
KIMERE J. KIMBALL
  Trial Attorney
  CA Bar No. 260660
ANDREW D. KNUDSEN
  Trial Attorney
  DC Bar No. 1019697
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (Lynk)
(202) 514-8865 (fax)
Brian.lynk@usdoj.gov
Bryan.harrison@usdoj.gov
Kimere.kimball@usdoj.gov
Andrew.knudsen@usdoj.gov

*Counsel for United States of America*

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2024, a copy of this filing was served on counsel of record through the Court's electronic filing system.

/s/  Brian H. Lynk