**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, <br><br> *Defendants*. | Case No. 1:23-cv-00853-DAE |

**PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANTS'**
**DEPOSITION DESIGNATIONS**

Plaintiff submits the following objections and counter-designations to Defendants'

deposition designations (ECF 240-1) in accordance with Local Rule CV-16(g)(1):

**Isela Canava, USIBWC 30(b)(6) deposition dated July 15, 2024:**

| Start | Finish | Objection | Counter-designation |
|:---:|:---:|:---|:---:|
| 5:3 | 5:8 | | |
| 10:15 | 10:25 | | |
| 11:2 | 11:25 | | 11:1 |
| 12:1 | 12:6 | | |
| 12:18 | 12:23 | | 12:22-23 |
| 13:13 | 13:21 | | |
| 14:3 | 14:8 | | 14:9-25; 15:1-4 |
| 15:10 | 15:25 | | |
| 16:1 | 16:9 | | 16:10-14 |
| 16:21 | 16:25 | | |
| 17:1 | 17:17 | | |
| 18:14 | 18:25 | | |
| 19:1 | 19:8 | | |
| 20:1 | 20:4 | | 20:5-6 |
| 20:12 | 20:20 | | |

| | | | |
|---|---|---|---|
| 23:24 | 23:25 | | |
| 24:1 | 24:5 | | 24:6-20 |
| 24:21 | 24:25 | | |
| 26:5 | 26:8 | | |
| 27:7 | 27:25 | Relevance (27:23-25). | |
| 28:1 | 28:10 | Relevance. | 28:11-30:2 |
| 30:15 | 30:25 | Relevance (30:21-25). | |
| 31:1 | 31:4 | Relevance (31:1-4). | |
| 34:8 | 34:25 | | |
| 35:1 | 35:5 | | |
| 38:5 | 38:11 | Calls for legal conclusion | 37:20-38:4 |
| 44:8 | 44:14 | Calls for legal conclusion | |
| 54:24 | 54:25 | Foundation. Calls for speculation. Mischaracterizes document. | 46:24-48:15; 55:6-56:20 |
| 55:1 | 55:5 | Foundation. Calls for speculation. Mischaracterizes document. | 46:24-48:15; 55:6-56:20 |
| 57:10 | 57:12 | | |
| 58:24 | 58:25 | | |
| 59:1 | 59:3 | | |
| 59:20 | 59:24 | Relevance. | 59:25-60:2 |
| 61:21 | 61:25 | Relevance. | |
| 62:1 | 62:5 | Relevance.  Calls for speculation | 62:5-15 |
| 68:1 | 68:19 | Relevance.  Calls for speculation. Calls for legal conclusion. | |
| 70:12 | 70:24 | Relevance. | |
| 71:4 | 71:25 | Relevance. | |
| 72:1 | 72:1 | Relevance. | 72:1-4 |
| 72:13 | 72:18 | | 72:18-73:1 |
| 73:16 | 73:25 | | |
| 74:1 | 74:11 | Relevance.  Calls for speculation. Calls for legal conclusion. | 74:12-19 |
| 75:1 | 75:6 | Relevance | |
| 78:14 | 78:19 | | |
| 85:14 | 85:25 | | |
| 86:1 | 86:6 | | 86:14-22 |
| 87:13 | 87:19 | Mischaracterizes prior testimony. | 87:8-12; 87:19-25; 88:5-89:2 |
| 90:17 | 90:25 | | |
| 91:1 | 91:2 | | 91:3 |
| 93:21 | 93:25 | | 92:11-93:20 |
| 94:1 | 94:3 | | |
| 94:8 | 94:14 | | 95:14-96:7; 207:25-209:16 |
| 97:6 | 97:13 | | |
| 97:21 | 97:25 | Relevance. | |
| 98:1 | 98:25 | Relevance. | |
| 99:1 | 99:11 | Relevance. | 99:12-100:22 |

| | | | |
|---|---|---|---|
| 108:5 | 108:8 | | 108:9-15 |
| 108:17 | 108:20 | | 163:5-10 |
| 113:17 | 113:23 | | 113:23-114:1 |
| 114:12 | 114:18 | Relevance. | |
| 116:3 | 116:25 | Relevance. | |
| 117:1 | 117:11 | Relevance. | |
| 118:1 | 118:4 | | |
| 118:24 | 118:25 | Relevance. | 118:19-23 |
| 119:1 | 119:3 | Relevance. | 119:4-10 |
| 119:11 | 119:15 | Relevance. | 119:16-20 |
| 119:21 | 119:25 | Relevance. | 120:1-3 |
| 126:2 | 126:25 | Relevance. | |
| 127:1 | 127:2 | Relevance. | 127:3-12 |
| 127:13 | 127:25 | Relevance. | |
| 128:1 | 128:18 | Relevance. | |
| 130:20 | 130:25 | Relevance. | |
| 131:1 | 131:10 | Relevance. | |
| 131:15 | 131:19 | Relevance. | |
| 134:6 | 134:12 | | |
| 135:20 | 135:23 | Calls for legal conclusion. Foundation. | 135:24 |
| 155:10 | 155:25 | Foundation.  Calls for speculation. | 155:4-9 |
| 156:1 | 156:8 | Foundation.  Calls for speculation. | |
| 167:17 | 167:25 | | |
| 168:1 | 168:14 | | 168:14-18 |
| 168:22 | 168:25 | Asked and answered. | 169:1-6; 169:10-18 |
| 178:2 | 178:6 | Relevance. | 178:6-9 |
| 186:17 | 186:25 | Relevance. | |
| 187:1 | 187:19 | Relevance. Foundation.  Calls for speculation. | |
| 190:23 | 190:25 | | |
| 191:1 | 191:25 | | |
| 192:1 | 192:2 | | |
| 192:14 | 192:25 | | |
| 193:1 | 193:4 | | |
| 202:15 | 202:25 | Asked and answered. | |
| 203:1 | 203:10 | | 203:11-15 |
| 204:4 | 204:9 | Asked and answered. | |
| 209:21 | 209:25 | Relevance. | |
| 210:1 | 210:4 | Relevance. | |

**Michael Cintron, deposition dated July 17, 2024:**

| Start | Finish | Objection | Counterdesignation |
|-------|--------|-----------|--------------------|
| 78:11 | 78:21 | | |
| 79:3 | 79:18 | | |
| 83:4 | 83:18 | | |
| 93:19 | 93:22 | | |
| 94:1 | 94:22 | | |
| 95:1 | 95:22 | | |
| 96:1 | 96:22 | | |
| 97:1 | 97:10 | | 97:11-19 |
| 98:1 | 98:22 | | |
| 99:1 | 99:11 | | |
| 99:13 | 99:22 | | |
| 100:1 | 100:4 | | |
| 100:6 | 100:7 | | |
| 104:3 | 104:22 | | |
| 105:1 | 105:22 | | |
| 106:1 | 106:22 | | |
| 107:1 | 107:17 | | 107:18-110:4 |
| 114:2 | 114:13 | | 138:13-140:7 |
| 114:15 | 114:17 | | 114:19-115:17 |
| 134:17 | 134:21 | Relevance | |
| 135:1 | 135:3 | Relevance | 135:5-136:1 |
| 138:2 | 138:9 | Relevance | 138:13-140:7 |
| 147:22 | 148:19 | | |
| 148:22 | 149:6 | | |
| 149:8 | 149:18 | Foundation | 141:13-142:5 |
| 149:19 | 150:1 | Relevance | 150:2-6 |
| 156:3 | 156:5 | | |
| 156:7 | 156:9 | | |
| 156:21 | 157:2 | | |
| 157:9 | 159:10 | | |
| 163:16 | 163:17 | Foundation | 165:5-168:3 |
| 163:19 | 163:20 | Foundation | 165:5-168:3 |
| | | | |

**Micky Donaldson, deposition dated July 18, 2024:**

| Start | Finish | Objection | Counter-Designation |
|-------|--------|-----------|---------------------|
| 13:7<br>14:1 | 13:25<br>14:3 | Relevance | 12:14-13:6 (for completeness, if original designation is admitted) |
| 20:5 | 20:7 | | |
| 24:23<br>25:1 | 24:25<br>25:12 | | |
| 25:13 | 25:24 | | 26:9-21 |
| 26:22<br>27:1 | 26:25<br>27:14 | | |
| 30:11 | 30:16 | | |
| 32:10 | 32:23 | Speculation | |
| 33:1 | 33:6 | Relevance | 18:12-19:2 (for completeness, if original designation is admitted) |
| 34:24<br>35:1 | 34:25<br>35:5 | Relevance | 34:1-23 (for completeness, if original designation is admitted) |
| 53:25<br>54:1 | 53:25<br>54:6 | | |
| 58:8 | 58:16 | | 58:17-23<br>91:2-22 |
| 66:8 | 66:11 | | |
| 68:5 | 68:18 | Hearsay | 72:19-73:12 (for completeness, if original designation is admitted) |
| 69:24<br>70:1 | 69:25<br>70:20 | | |
| 73:21<br>74:1 | 73:25<br>74:6 | | 72:19-73:12 |
| 76:12 | 76:15 | | |
| 81:9<br>82:1 | 81:25<br>82:2 | | 79:8-80:14; 134:25-135:12;<br>137:4-15 |
| 82:20<br>83:1<br>84:1 | 82:25<br>83:25<br>8:14 | | 131:13-132:10 |
| 92:8 | 92:10 | | 91:2-22 |
| 100:19<br>101:1 | 100:25<br>101:7 | | |

| | | | |
|---|---|---|---|
| 105:11 106:1 | 105:25 106:21 | Relevance | |
| 115:1 | 115:12 | | |
| 117:25 118:1 | 117:25 118:14 | | |
| 120:12 | 120:24 | | |
| 125:13 | 125:20 | | |
| 136:23 137:1 | 136:25 137:24 | | |

**Margaret Gaffney-Smith, deposition dated July 12, 2024:**

| Start | Finish | Objection | Counterdesignation |
|-------|--------|-----------|--------------------|
| 12:5 | 12:22 | | |
| 13:1 | 13:22 | | |
| 14:1 | 14:10 | | 14:11-15:15 |
| 18:1 | 18:22 | | |
| 19:1 | 19:18 | | |
| 20:9 | 20:22 | | |
| 21:1 | 21:22 | | |
| 22:1 | 22:22 | | |
| 23:1 | 23:22 | | |
| 24:1 | 24:22 | | |
| 25:1 | 25:14 | | |
| 33:8 | 33:22 | | |
| 34:1 | 34:22 | | |
| 35:1 | 35:21 | | |
| 38:15 | 39:1 | | 38:5-14 |
| 39:2 | 39:19 | Mischaracterizes document & prior testimony | |
| 39:20 | 40:7 | Mischaracterizes document & prior testimony, asked & answered | |
| 40:8 | 40:22 | | |
| 41:1 | 41:22 | | |
| 42:1 | 42:15 | | 42:16-47:22, 56:16-57:8 |
| 49:11 | 49:22 | | |
| 50:1 | 50:22 | | |
| 51:1 | 51:16 | | |
| 68:1 | 68:22 | | |
| 69:1 | 69:5 | | |
| 69:6 | 69:10 | Calls for speculation | |
| 69:11 | 69:19 | Mischaracterizes document, calls for speculation, asked & answered | |
| 73:7 | 73:13 | Asked and answered, mischaracterizes testimomy | 73:16-18 |
| 74:17 | 74:22 | | |
| 75:1 | 75:4 | | 75:5-11 |
| 76:13 | 76:22 | | |
| 77:1 | 77:22 | | |
| 78:1 | 79:11 | | |

| | | | |
|---|---|---|---|
| 79:2 | 79:22 | Asked and answered | |
| 80:1 | 80:12 | Asked and answered | |
| 108:3 | 108:13 | | |
| 108:14 | 109:20 | | 277:1-17 |
| 109:21 | 110:5 | | 111:2-16,  114:7-115:7,  278:14-280:18 |
| 115:20 | 115:22 | | |
| 116:1 | 116:15 | | 115:8-14 |
| 164:15 | 164:22 | Foundation | |
| 169:5 | 169:22 | | |
| 170:1 | 170:22 | | |
| 171:1 | 171:22 | | |
| 172:1 | 172:22 | | |
| 173:1 | 173:10 | | |
| 173:11 | 173:18 | Question was withdrawn | |
| 173:19 | 174:2 | | |
| 177:20 | 178:4 | | |
| 182:22 | 183:22 | | |
| 184:1 | 184:18 | | |
| 185:22 | 186:22 | | |
| 187:1 | 187:7 | | |
| 188:6 | 188:22 | | |
| 189:1 | 189:22 | | |
| 190:1 | 190:16 | | 190:17-191:12 |
| 203:15 | 204:4 | | |
| 257:17 | 258:13 | | 257:5-16, 258:14-17 |
| 269:12 | 269:18 | | |
| 278:19 | 279:5 | | 278:14-18 |
| 280:9 | 280:18 | | 279:6-280:8 |

**Mario Gomez, deposition dated August 7, 2023:**

| Start | Finish | Objection | Counter-designation |
|-------|--------|-----------|---------------------|
| 5:9 | 5:22 | | |
| 6:16 | 6:25 | | |
| 7:1 | 7:10 | | |
| 10:7 | 10:17 | | |
| 11:1 | 11:25 | | |
| 12:1 | 12:8 | | |
| 25:9 | 25:13 | Relevance | 25:1-25:7 |
| 27:15 | 27:18 | | |
| 51:3 | 51:25 | | 51:7 – 51:13 |
| 52:1 | 52:18 | | |
| | | | 49:1- 49:21 |

**Mario Gomez deposition dated July 16, 2024\***

The United States objects to the designations of in this transcript on grounds that the pages and lines do not match the transcript of the United States.  Objections and counter-designations are reserved.

| Start | Finish | Objection | Counter-designation |
|:---:|:---:|---|:---:|
| 4:6 | 4:9 | | |
| 4:15 | 4:25 | | |
| 5:1 | 5:8 | | |
| 5:18 | 5:25 | | |
| 6:1 | 2:3 | | |
| 6:19 | 6:20 | Incomplete testimony | |
| 7:8 | 7:12 | Incomplete testimony | |
| 11:24 | 11:25 | Incomplete testimony | |
| 12:1 | 12:2 | Incomplete testimony | |
| 13:16 | 13:17 | | 13:19- 13:22 |
| 13:23 | 13:25 | | |
| 14:1 | 14:2 | | |
| 15:1 | 15:3 | Incomplete testimony | |
| 16:17 | 16:20 | Incomplete testimony | |
| 19:19 | 19:25 | Incomplete testimony | |
| 20:1 | 20:25 | | |
| 21:11 | 21:23 | | |
| 22:1 | 22:1 | | |
| 22:7 | 22:10 | Incomplete testimony | |
| 23:17 | 23:22 | Relevance | |
| 33:3 | 33:11 | Incomplete testimony | |
| 33:23 | 33:25 | Incomplete testimony | |
| 34:1 | 34:6 | Incomplete testimony | |
| 35:16 | 35:25 | Incomplete testimony | |
| 36:1 | 36:13 | Incomplete testimony | |
| 37:22 | 37:25 | | |
| 38:1 | 38:25 | | |
| 39:1 | 39:22 | | |
| 40:9 | 40:12 | Incomplete testimony | |
| 40:18 | 40:22 | Incomplete testimony | |
| 41:15 | 41:19 | Incomplete testimony | |
| 57:7 | 57:23 | Incomplete testimony; Relevance | |

| | | | |
|---|---|---|---|
| 58:1 | 58:23 | Form; Relevance | |
| 59:4 | 59:25 | Form; Relevance; Outside Personal Knowlege | |
| 60:1 | 60:25 | Form; Relevance; Outside Personal Knowlege | |
| 61:25 | 61:25 | Incomplete testimony | |
| 62:1 | 62:2 | | |
| 65:7 | 65:25 | Relevance | |
| 66:2 | 66:8 | | |
| 68:11 | 68:25 | | |
| 69:1 | 69:5 | Form | |
| | | | 16:13- 16:25 |
| | | | 32:23- 33:25 |
| | | | 40:2 -46:8 |
| | | | 70:13- 71:13 |
| | | | 72:23-74:4 |
| | | | 74:12-77:3 |

**Kevin Kiefer, deposition dated July 17, 2024:**

| Start | Finish | Objection | Counterdesignation |
|-------|--------|-----------|--------------------|
| 7:18 | 7:22 | | |
| 8:1 | 8:17 | | |
| 9:9 | 9:20 | | |
| 14:5 | 14:15 | | |
| 16:9 | 16:22 | | |
| 17:1 | 17:22 | | |
| 18:1 | 18:22 | | |
| 19:1 | 19:13 | | |
| 20:10 | 23:21 | | 51:14-53:7 |
| 24:19 | 24:22 | Calls for speculation, lack of personal knowledge | 25:1-5 |
| 25:1 | 25:22 | | |
| 26:1 | 26:22 | | |
| 27:1 | 27:22 | | |
| 28:1 | 28:22 | | |
| 29:1 | 29:22 | | |
| 30:1 | 30:22 | | |
| 31:1 | 31:6 | | |
| 31:7 | 31:17 | Calls for speculation, lack of personal knowledge | |
| 31:20 | 31:21 | Calls for speculation, lack of personal knowledge | |
| 32:1 | 32:22 | | |
| 33:1 | 33:15 | | |
| 33:17 | 33:22 | | |
| 34:1 | 34:10 | | |
| 34:12 | 34:16 | | |

**Neil Lebsock, deposition dated July 8, 2024:**

| Page | Line | Objection | Cross-Designation |
|---|---|---|---|
| 5 | 3-6 | | |
| 7 | 16-21 | | |
| 24 | 18-25 | | |
| 25 | 1-9 | | |
| 27 | 7-15 | Misstates witness's testimony | 27:2-6 |
| 28 | 16-23 | | |
| 31 | 9-19 | | |
| 32 | 12-18 | | |
| 33 | 10-21 | | 33:2-6 |
| 35 | 10-13 | | |
| 36 | 18-25 | | |
| 37 | 21-23 | | |
| 39 | 17-20 | | |
| 40 | 23-25 | | |
| 41 | 1-25 | | |
| 42 | 1-25 | | |
| 43 | 1-25 | | |
| 44 | 1-2 | | |
| 45 | 7-16 | | |
| 48 | 2-4 | | |
| 49 | 24-25 | | 29:23-30:19 |
| 50 | 1-6, 21-25 | | 51:23-52:9 |
| 51 | 1-20 | | 51:23-52:9 |
| 52 | 24-25 | | 53:14-54:2 |
| 53 | 1-13 | | 53:14-54:2 |
| 57 | 12-25 | | 58:25-59:8 |
| 58 | 1-19 | | 58:25-59:8 |
| 59 | 13-17 | | |

**Timothy MacAllister, deposition dated July 15, 2024:**

| Start | Finish | Objection | Counter-designation |
|-------|--------|-----------|---------------------|
| 25:1 | 25:20 | Relevance | |
| 28:19 | 28:25 | Relevance | |
| 29:1 | 29:25 | Relevance | |
| 30:1 | 30:25 | Relevance<br>Asked and answered (30:19-24) | |
| 31:1 | 31:25 | Relevance | |
| 32:1 | 32:1 | Relevance | |
| 46:21 | 46:25 | Relevance | |
| 47:1 | 47:15 | Relevance | |
| 48:1 | 48:19 | Relevance | |
| 49:22 | 49:25 | Relevance | |
| 50:1 | 50:25 | Relevance | |
| 51:1 | 51:25 | Relevance<br>Mischaracterizes prior testimony (51:19-25) | |
| 52:1 | 52:25 | Relevance<br>Mischaracterizes prior testimony (52:1-6) | |
| 53:1 | 53:25 | Relevance<br>Foundation; Calls for speculation (53:13-17) | |
| 54:1 | 54:25 | Relevance | |
| 55:1 | 55:25 | Relevance | |
| 56:1 | 56:25 | Relevance | |
| 57:1 | 57:25 | Relevance | |
| 58:1 | 58:25 | Relevance | |
| 59:1 | 59:25 | Relevance<br>Foundation (59:18-24) | 165:3-15 |
| 60:1 | 60:25 | Relevance<br>Foundation (60:5-11)<br>Calls for legal conclusion (60:18-23)<br>Mischaracterizes document; Calls for legal conclusion (60:24-25) | 8:12-19; 8:21-25; 9:1-25; 10:1-10 |
| 61:1 | 61:25 | Relevance<br>Mischaracterizes document; calls for legal conclusion (61:1-23)<br>Mischaracterizes document; Calls for legal conclusion; Foundation (61:24-25) | |
| 62:1 | 62:25 | Relevance<br>Mischaracterizes document; Calls for legal conclusion; Foundation (62:1-12)<br>Foundation (62:25) | |
| 63:1 | 63:25 | Relevance<br>Foundation (63:1-15) | |
| 69:14 | 69:25 | Relevance | |

| | | | |
|---|---|---|---|
| 70:1 | 70:25 | Relevance | |
| 71:1 | 71:17 | Relevance | |
| 97:3 | 97:19 | Relevance; Foundation | |
| 104:6 | 104:25 | Relevance; Foundation; Calls for speculation | |
| 105:1 | 105:25 | Relevance; Foundation; Mischaracterizes document; Calls for speculation | |
| 106:1 | 106:25 | Relevance<br>Foundation; Mischaracterizes document; Calls for speculation (106:1-11)<br>Foundation (106:12-20)<br>Foundation; Mischaracterizes document; Calls for speculation (106:21-25) | |
| 107:1 | 107:25 | Relevance<br>Foundation; Mischaracterizes document (107:1-6)<br>Foundation; Calls for speculation (107:7-19) | |
| 108:1 | 108:25 | Relevance<br>Foundation; Mischaracterizes document; calls for speculation (108:4-12)<br>Foundation; Calls for speculation (108:13-24) | |
| 109:1 | 109:25 | Relevance<br>Foundation; Mischaracterizes document; Calls for speculation (109:1-10)<br>Foundation; Calls for speculation (109:11-23) | |
| 110:1 | 110:21 | Relevance; Mischaracterizes document; Foundation; Calls for speculation | |
| 111:5 | 111:14 | Foundation | 165:3-15 |
| 114:17 | 114:25 | Assumes facts not in evidence (114:22-25) | 113:15-22; 165:16-25, 166:1-11 |
| 115:1 | 115:25 | Assumes facts not in evidence (115:1-7)<br>Foundation; Mischaracterizes document; calls for speculation (115:12-18)<br>Relevance; Foundation; Mischaracterizes document; calls for speculation (115:19-25) | 113:15-22; 165:3-25; 166:1-11 |
| 116:1 | 116:14 | Relevance<br>Foundation; Mischaracterizes document; calls for speculation (116:1, 116:5-14) | 113:15-22; 165:16-25; 166:1-11 |
| 118:6 | 118:25 | Relevance<br>Foundation; calls for speculation (118:21-25) | |
| 119:1 | 119:25 | Relevance; Foundation; Calls for speculation | |
| 120:1 | 120:25 | Relevance; Foundation; Calls for speculation | |
| 121:1 | 121:25 | Relevance; Foundation; Calls for speculation | |
| 122:1 | 122:25 | Relevance<br>Foundation; calls for speculation (122:1-7) | |

| | | | |
|---|---|---|---|
| 123:1 | 123:9 | Relevance | |
| 128:21 | 128:25 | Relevance; Mischaracterizes document | |
| 129:1 | 129:23 | Relevance; Mischaracterizes document; Foundation | |
| 131:7 | 131:25 | Relevance | |
| 132:1 | 132:25 | Relevance<br>Foundation (132:1-11) | |
| 133:1 | 133:20 | Relevance | |
| 135:25 | 135:25 | Relevance | |
| 136:1 | 136:25 | Relevance | |
| 137:1 | 137:25 | Relevance | |
| 138:1 | 138:25 | Relevance | |
| 139:1 | 139:25 | Relevance | |
| 140:1 | 140:25 | Relevance<br>Mischaracterizes prior testimony (140:12-25) | |
| 141:1 | 141:25 | Relevance | |
| 142:1 | 142:13 | Relevance<br>Foundation; Mischaracterizes prior testimony; Assumes facts not in evidence (142:7-13) | |
| 145:1 | 145:25 | Relevance (145:1-17)<br>Foundation (145:18-25) | 165:3-15 |
| 146:1 | 146:25 | Foundation (146:1)<br>Relevance; Foundation (146:2-7)<br>Relevance (146:8-17)<br>Relevance; Foundation (146:18-25) | |
| 147:1 | 147:25 | Relevance<br>Foundation (147:1)<br>Foundation (147:22-25) | |
| 148:1 | 148:25 | Relevance<br>Foundation (148:1-4)<br>Foundation (148:20-25) | |
| 149:1 | 149:25 | Relevance<br>Foundation (149:1-2) | |
| 150:1 | 150:25 | Relevance | |
| 151:1 | 151:25 | Relevance<br>Foundation (151:17-22) | |
| 152:1 | 152:25 | Relevance<br>Foundation; Calls for speculation (152:22-25) | |
| 153:1 | 153:25 | Relevance<br>Foundation; Calls for speculation (153:1-5)<br>Mischaracterizes document (153:6-15) | |
| 154:1 | 154:25 | Relevance | |
| 155:1 | 155:25 | Relevance | |

| | | | |
|---|---|---|---|
| 156:1 | 156:25 | Relevance | |
| 157:1 | 157:25 | Relevance<br>Foundation (157:16-25) | |
| 158:1 | 158:25 | Relevance<br>Foundation (158:1) | |
| 159:1 | 159:25 | Relevance | |
| 160:1 | 160:25 | Relevance<br>Foundation (160:9-18)<br>Mischaracterizes document (160:19-25) | |
| 161:1 | 161:25 | Relevance<br>Mischaracterizes document (161:1-7) | |
| 162:1 | 162:25 | Relevance | |
| 163:1 | 163:10 | Relevance | |
| 168:2 | 168:25 | Relevance; Exceeds permissible scope of redirect | |
| 169:1 | 169:4 | Relevance; Foundation; Exceeds permissible scope of redirect | |

**Ivan Morua, deposition dated July 18, 2024:**

| Start | Finish | Objection | Counter-designation |
|---|---|---|---|
| 6:11 | 6:11 | | |
| 7:1 | 7:25 | | |
| 8:1 | 8:11 | | |
| 9:5 | 9:12 | | |
| 11:2 | 11:25 | | |
| 12:1 | 12:9 | | |
| 13:9 | 13:25 | | |
| 14:1 | 14:25 | | |
| 15:1 | 15:17 | | |
| 18:9 | 18:25 | | |
| 19:1 | 19:25 | | |
| 20:1 | 20:1 | | 20:9-22:1 |
| 23:3 | 23:25 | | |
| 24:1 | 24:18 | | |
| 25:3 | 25:3 | | |
| 26:1 | 26:25 | | |
| 27:1 | 27:11 | | |
| 37:20 | 37:20 | Incomplete | Incomplete |
| 38:1 | 38:15 | | |
| 41:14 | 41:25 | Vague and ambiguous as to "valuable goods" | |
| 42:1 | 42:25 | Vague and ambiguous as to "goods and services"; calls for speculation | |
| 43:1 | 43:25 | Calls for legal conclusion; vague and ambiguous as to "highway of commerce" | |
| 44:1 | 44:3 | | |
| 46:17 | 46:25 | | |
| 47:1 | 47:17 | Calls for speculation; lack of personal knowledge | |
| 52:19 | 52:25 | Relevance | |
| 53:1 | 53:1 | Relevance | |
| 57:14 | 57:25 | Relevance | |
| 58:1 | 58:25 | Relevance | |
| 59:1 | 59:25 | Relevance | |
| 60:1 | 60:25 | Relevance | |
| 61:1 | 61:16 | Relevance | |
| 63:14 | 63:25 | Relevance | |
| 64:3 | 64:12 | Relevance | |
| 77:21 | 77:25 | Relevance | |
| 78:1 | 78:14 | Relevance | |
| 81:22 | 81:25 | Relevance | |
| 82:1 | 82:24 | Relevance | |
| 86:2 | 86:25 | Relevance | |

| 87:1 | 87:2 | Relevance | |
|------|------|-----------|--|
| 106:8 | 106:16 | | |
| 107:19 | 107:25 | Relevance | |
| 108:1 | 108:25 | Relevance | |
| 109:1 | 109:6 | Relevance | |

**Joseph Shelnutt, deposition dated August 7, 2023:**

| Page | Lines | Objection | Counter-designation |
|------|-------|-----------|---------------------|
| 5 | 22-25 | | |
| 8 | 5-8, 22-25 | | |
| 9 | 1, 18-19 | | |
| 14 | 15-21 | | |
| 15 | 5-12 | | |
| 19 | 16-24 | | |
| 21 | 11-21 | | 21:5-10 |
| 30 | 15-19 | | |
| 31 | 11-19 | | |
| 32 | 5-18 | | |
| 41 | 24-25 | | |
| 42 | 1-8 | | |
| 46 | 24-25 | | |
| 47 | 1-20 | | |
| 48 | 23-25 | | |
| 49 | 1-12 | | |
| 53 | 3-21 | | |
| 54 | 4-7 | | |
| 55 | 20-25 | | |
| 56 | 1-2 | | |
| 58 | 15-20 | | 59:5-11; 72:14-74:2 |
| 60 | 3-7 | | |
| 61 | 5-23 | | |
| 69 | 12-25 | Ambiguous | |
| 70 | 1-3, 22-25 | Ambiguous | |
| 71 | 1-4, 16-23 | | |
| 79 | 20-24 | | |

**Walker Smith, deposition dated July 18, 2024:**

| Page | Line | Objection | Cross-Designation |
|------|------|-----------|-------------------|
| 5 | 3-9 | Relevance | |
| 6 | 1-25 | Relevance | |
| 7 | 1-22 | Relevance | |
| 8 | 1-25 | Relevance | |
| 9 | 1-25 | Relevance | |
| 10 | 1-10 | Relevance | |
| 11 | 4-24 | Relevance | |
| 13 | 9-16 | Relevance | |
| 15 | 10-25 | Relevance | |
| 16 | 1-10, 16-25 | Relevance | |
| 17 | 1-9, 15-25 | Relevance | |
| 18 | 1-3, 11-21 | Relevance | |
| 19 | 15-25 | Relevance | |
| 20 | 1-16, 22-24 | Relevance | |
| 21 | 1-25 | Relevance | |
| 22 | 1-15 | Relevance | |
| 23 | 20-25 | Relevance | |
| 24 | 1-25 | Relevance | |
| 25 | 1-25 | Relevance | |
| 26 | 1-25 | Relevance | |
| 27 | 1-13, 22-25 | Relevance; Lack of foundation | |
| 28 | 1-4, 15-25 | Relevance | |
| 29 | 1-19 | Relevance; Calls for legal conclusion; Ambiguous as to meaning of "commercial navigation" | |
| 30 | 4-10, 17-22 | Relevance | |
| 54 | 8-10 | Relevance | |

Respectfully submitted,

Dated:  October 30, 2024

JAIME ESPARZA
UNITED STATES ATTORNEY

*/s/ Landon Wade*
LANDON WADE
  Assistant United States Attorney
  Texas Bar No. 24098560
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701
(512) 370-1255 (tel.)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

TODD KIM
ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division

*/s/ Brian H. Lynk*
BRIAN H. LYNK
  Senior Trial Counsel
  NY Bar No. 2868743
BRYAN J. HARRISON
  Trial Attorney
  FL Bar No. 106379
KIMERE J. KIMBALL
  Trial Attorney
  CA Bar No. 260660
ANDREW D. KNUDSEN
  Trial Attorney
  DC Bar No. 1019697
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6187 (Lynk)
(202) 514-8865 (fax)
Brian.lynk@usdoj.gov
Andrew.knudsen@usdoj.gov
Kimere.kimball@usdoj.gov
Bryan.harrison@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that on October 30, 2024, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Brian H. Lynk*
Brian H. Lynk