IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**JOINT ADVISORY**

Pursuant to Judge Howell's October 25, 2024 order, ECF 238, the parties submit this joint advisory and state as follows:

Counsel for the United States and Texas had a telephonic conference on Friday, November 1, 2024 at 10:30AM CT to discuss the following motions: (1) Plaintiff's Motion for Reconsideration, ECF 233; and (2) Defendants' Motion to Preclude, ECF 235. *See* ECF 238 at 1. The parties discussed whether any stipulated resolution of either motion is possible. The parties determined that neither motion can be resolved without argument.

The Motion for Reconsideration is fully briefed. *See* ECF 233 (motion); ECF 239 (opposition); ECF 246 (reply). Defendants will file on November 1, 2024, their reply to Plaintiff's opposition to the Motion to Preclude. ECF 238 at 1; *see also* ECF 235 (motion); ECF 242 (opposition). Any demonstrative exhibits or presentation materials that either party may use in the course of argument are included among the attachments to those briefs.

\*\*\*

1

Dated:  November 1, 2024

| | |
|---|---|
| JAIME ESPARZA<br>UNITED STATES ATTORNEY | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment & Natural Resources Division |
| */s/ Landon A. Wade*<br>LANDON A. WADE<br>  Assistant United States Attorney<br>  Texas Bar No. 24098560<br>United States Attorney's Office<br>Western District of Texas<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>(512) 370-1255 (tel)<br>(512) 916-5854 (fax)<br>Landon.wade@usdoj.gov | */s/ Brian H. Lynk*<br>BRIAN H. LYNK<br>  Senior Trial Counsel<br>  NY Bar No. 2868743<br>BRYAN J. HARRISON<br>  Trial Attorney<br>  FL Bar No. 106379<br>KIMERE J. KIMBALL<br>  Trial Attorney<br>  CA Bar No. 260660<br>ANDREW D. KNUDSEN<br>  Trial Attorney<br>  DC Bar No. 1019697<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 514-6187 (Lynk)<br>(202) 514-8865 (fax)<br>Brian.lynk@usdoj.gov<br>Kimere.kimball@usdoj.gov<br>Andrew.knudsen@usdoj.gov<br>Bryan.harrison@usdoj.gov<br><br>*Counsel for United States of America* |

| | |
|---|---|
| Ken Paxton<br>Attorney General of the State of Texas | */s/ Johnathan Stone*<br>Johnathan Stone<br>Chief |
| Brent Webster<br>First Assistant Attorney General | Consumer Protection Division<br>Office of the Attorney General<br>Tex. State Bar No. 24071779<br>Johnathan.stone@oag.texas.gov |
| Ralph Molina<br>Deputy Attorney General for Legal Strategy | David Bryant<br>Senior Special Counsel<br>Tex. State Bar No. 03281500<br>david.bryant@oag.texas.gov |
| Ryan Walters<br>Chief, Special Litigation Division<br>Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | Munera Al-Fuhaid<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| | Kyle S. Tebo<br>Special Counsel<br>Tex. State Bar No. 24137691<br>kyle.tebo@oag.texas.gov |
| | Zachary Berg<br>Special Counsel<br>Tex. State Bar. 24107706<br>Zachary.Berg@oag.texas.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on November 1, 2024, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Brian H. Lynk*
Brian H. Lynk