UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America., | § § | |
| Plaintiff, | § | NO:  AU:23-CV-00853-DAE |
| vs. | § § | |
| Greg Abbott, et al. | § § | |
| Defendants. | § § | |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a **video conference** STATUS CONFERENCE before Senior U.S. District Judge David Alan Ezra on **Monday, November 04, 2024 at 10:30 AM**. The video conference link will be sent to the parties via email.

IT IS SO ORDERED.

DATED: Austin, Texas November 01, 2024.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE