UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | No. 1:23-CV-00853-DAE |
| GREG ABBOTT, IN HIS § | |
| CAPACITY AS GOVERNOR OF § | |
| THE STATE OF TEXAS; and THE § | |
| STATE OF TEXAS, § | |
| *Defendants* § | |

**ORDER**

Before the Court are Plaintiff United States of America's Motion for Reconsideration, Dkt. 233, and Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas's Motion to Preclude, Dkt. 235. The Court set the motion for hearing. Dkt. 238. At the hearing, the parties agreed that the Motion to Preclude had been mooted by a continuance of the trial date and reopening of discovery. The Court then heard argument on the Motion to Reconsider, and after considering those arguments, the parties' filings, the record as a whole, and the applicable law, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes the Court's oral rulings.

For the reasons stated on the record, the Court **DENIES AS MOOT** Defendants' Motion to Preclude, Dkt. 235, without prejudice to its re-filing in the future once the parties conclude discovery. The Court further **DENIES** Plaintiff's Motion to Reconsider, Dkt. 233.

1

SIGNED November 4, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE