UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America., *Plaintiff,* | § § | |
| vs. | § § | NO: AU:23-CV-00853-DAE |
| Greg Abbott, et al. *Defendants*. | § § § | |

### ORDER OF REFERRAL

This cause is referred to the Honorable Dustin M. Howell, United States Magistrate Judge, to meet with all parties in this case to discuss limited discovery scheduling deadlines and to enter a scheduling order to control this case.

IT IS SO ORDERED.

DATED: Austin, Texas, November 04, 2024.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE