UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br><br>v.<br><br>GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; and THE STATE OF TEXAS,<br>*Defendants* | § § § § § § § § § § §   No. 1:23-CV-00853-DAE |

## ORDER

The District Judge referred this case to the undersigned "to discuss limited discovery scheduling deadlines and to enter a scheduling order to control this case." Dkt. 255. During the hearing before the undersigned on November 4, 2024, the parties agreed to meet and confer regarding the scope of further discovery and timeline for completing such discovery. Dkt. 256. Because the parties have not updated the Court as to the status of their conference, the parties are **ORDERED** to **FILE** a status report on or before **December 6, 2024,** discussing the status of the parties' discussions regarding the scope of and scheduling deadlines for discovery.

SIGNED November 21, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1