# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff*, <br><br> v. <br><br> **GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, AND THE STATE OF TEXAS**, *Defendants*. | No. 1:23-cv-00853-DAE |

## STATE DEFENDANTS' NOTICE OF APPEARANCE

Defendants Greg Abbott, in his capacity as Governor of the State of Texas, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance to alert the Court that Mark A. Csoros will appear as counsel in the above-captioned case along with counsel listed below. Mr. Csoros is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Date: December 6, 2024

**Ken Paxton**
Attorney General of the State of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Ryan D. Walters**
Chief, Special Litigation Division

**Ryan. G. Kercher**
Deputy Chief, Special Litigation Division

**David Bryant**
Senior Special Counsel
Tex. State Bar No. 03281500

**Johnathan Stone**
Special Counsel
Tex. State Bar No. 24071779

Respectfully submitted,

**Munera Al-Fuhaid**
Special Counsel
Tex. State Bar No. 24094501

**Zachary Berg**
Special Counsel
Tex. State Bar No. 24107706

**Kyle S. Tebo**
Special Counsel
Tex. State Bar No. 24137691

/s/ *Mark A. Csoros*
**Mark A. Csoros**
Assistant Attorney General
Tex. State Bar No. 24142814

**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172
ryan.walters@oag.texas.gov
ryan.kercher@oag.texas.gov
david.bryant@oag.texas.gov
johnathan.stone@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
kyle.tebo@oag.texas.gov
mark.csoros@oag.texas.gov

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 6, 2024 and that all counsel of record were served by CM/ECF.

/s/ *Mark A. Csoros*
**Mark A. Csoros**