UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　*Plaintiff*,<br><br>　v.<br><br>**GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, AND THE STATE OF TEXAS,**<br>　　*Defendants*. | No. 1:23-cv-00853-DAE |

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

On this day, the Court considered Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas's Motion to Withdraw Amy S. Hilton and Jacob E. Przada as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas's Motion to Withdraw Amy S. Hilton and Jacob E. Przada as Counsel is **GRANTED**. Mr. Przada and Ms. Hilton are hereby withdrawn as counsel of record in this matter.

SIGNED: Austin, Texas, December 9, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　David Alan Ezra
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge