UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | §§§ |
| v. | §§ |
| | § No. 1:23-CV-00853-DAE |
| **GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; and THE STATE OF TEXAS,** *Defendants* | §§§§§§ |

## SCHEDULING ORDER

In light of the parties' status report, Dkt. 261, in which they jointly proposed deadlines for completing fact and expert discovery, the Court enters the following scheduling order:

- Amended initial disclosures of both parties are due by Monday, February 10, 2025. Written discovery requests, requests for admission, and/or notices of fact depositions may not be served until after this date.

- The United States shall identify in writing no later than Monday, March 17, 2025, any new case-in-chief experts, and any previously identified experts expected to disclose new or amended case-in-chief opinions, including a summary of the anticipated subject matter.

- Any new or amended case-in-chief expert reports of the United States are due by Monday, March 24, 2025.

1

- Defendants shall identify in writing no later than Monday, April 21, 2025, any new experts, and any previously identified experts expected to disclose new or amended opinions, including a summary of the anticipated subject-matter.

- Any new or amended expert reports of Defendants are due by Monday, April 28, 2025.

- The United States shall identify in writing no later than Friday, May 9, 2025, any new rebuttal experts, and any previously identified rebuttal experts expected to disclose new or amended rebuttal opinions, including a summary of the anticipated subject-matter.

- Any new or amended rebuttal expert reports of the United States are due by Friday, May 16, 2025.

- All discovery shall close on Friday, May 30, 2025.

- The parties agree not to notice the deposition of any individual that was previously deposed in any earlier phase of this case, except: (1) if such individual is newly identified as an expert or rebuttal expert pursuant to Fed. R. Civ. P. 26(a)(2) or submits a new or amended expert report or rebuttal expert report; (2) if such individual is designated by the opposing party to testify in response to a 30(b)(6) deposition notice served after February 10, 2025; or (3) as reasonably necessary to discover information relating to events occurring after the close of the prior discovery period on July 19, 2024.

- The parties agree that no deposition shall be noticed prior to the exchange of amended initial disclosures on February 10, 2025.

SIGNED December 16, 2024.

                             DUSTIN M. HOWELL
                             UNITED STATES MAGISTRATE JUDGE