UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *PLAINTIFF*,<br><br> V.<br><br>GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, AND THE STATE OF TEXAS,<br>    *DEFENDANTS*. | NO. 1:23-CV-00853-DAE |

### THE STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas file this Unopposed Motion to Withdraw Ryan D. Walters and would respectfully show the following:

Ryan Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation.

Defendants will continue to be represented by Ryan Kercher, David Bryant, Johnathan Stone, Zachary Berg, Munera Al-Fuhaid, Kyle Tebo, and Mark Csoros.

For the reasons stated above, Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas respectfully request that the Court grant this Unopposed Motion to Withdraw Ryan D. Walters as Counsel and remove Mr. Walters from all further electronic notifications regarding this case.

Date: January 31, 2025

**Ken Paxton**
Attorney General of the State of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Ryan. G. Kercher**
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998

/s/ *David Bryant*
**David Bryant**
Senior Special Counsel
Tex. State Bar No. 03281500

**Johnathan Stone**
Special Counsel
Tex. State Bar No. 24071779

Respectfully submitted,

**Munera Al-Fuhaid**
Special Counsel
Tex. State Bar No. 24094501

**Zachary Berg**
Special Counsel
Tex. State Bar No. 24107706

**Kyle S. Tebo**
Special Counsel
Tex. State Bar No. 24137691

**Mark A. Csoros**
Assistant Attorney General
Tex. State Bar No. 24142814

**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172
ryan.kercher@oag.texas.gov
johnathan.stone@oag.texas.gov
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
kyle.tebo@oag.texas.gov
mark.csoros@oag.texas.gov

**Counsel for Defendants**

**CERTIFICATE OF CONFERENCE**

I certify that on January 30, 2025, I conferred via email with counsel for Plaintiff, Brian Lynk of the U.S. Department of Justice, Environmental & Natural Resources Division, Environmental Defense Section, regarding the relief requested in this motion. Counsel for Plaintiff stated that they do not oppose the motion.

*/s/ David Bryant*
**David Bryant**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 31, 2025 and that all counsel of record were served by CM/ECF.

*/s/ David Bryant*
**David Bryant**
