**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, <br><br> *Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Having duly considered Plaintiff the United States' Unopposed Motion for a Stay of Proceedings, the Court hereby **GRANTS** this motion.  Accordingly, **IT IS HEREBY ORDERED** that all proceedings in this case, inclusive of all deadlines in the Court's Scheduling Order, ECF 263, are held in abeyance until further order of this Court.  **IT IS FURTHER ORDERED** that the parties shall submit a joint status report to the Court no later than 90 days from the date of this Order.

    **IT IS SO ORDERED.**

        SIGNED on this the _____ day of _____, 2025.

                                        _____
                                        Hon. David Alan Ezra
                                        Senior United States District Judge