IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**ORDER**

Having duly considered Plaintiff the United States' Unopposed Motion for a Stay of Proceedings, the Court hereby **GRANTS** this motion. Accordingly, **IT IS HEREBY ORDERED** that all proceedings in this case, inclusive of all deadlines in the Court's Scheduling Order, ECF 263, are held in abeyance until further order of this Court. **IT IS FURTHER ORDERED** that the parties shall submit a joint status report to the Court no later than **45 days** from the date of this Order.

**IT IS SO ORDERED.**

SIGNED: Austin, Texas, February 7, 2025.

_____
Hon. David Alan Ezra
Senior United States District Judge