IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiff United States of America respectfully moves to withdraw Faith E. Lowry as counsel in this matter, due to her impending departure from the Department of Justice. Plaintiff will continue to be represented by counsel of record and any other Department of Justice attorneys who enter an appearance. Counsel for Defendants stated that they are unopposed.

Dated: March 11, 2025

Respectfully submitted,

*/s/ Faith E. Lowry*
FAITH E. LOWRY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-2532
Fax: (202) 616-8470
Email: Faith.e.lowry@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I certify that on this date a copy of this filing was served on all counsel of record using this Court's electronic filing system.

*/s/ Faith E. Lowry*
FAITH E. LOWRY
