IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

On this day, the Court considered Defendant's motion to withdraw Faith E. Lowry as counsel, and the Motion is **GRANTED**. Ms. Lowry is hereby withdrawn as counsel of record in this matter.

_____
The Hon. David Alan Ezra
Senior U.S. Dist. Judge