## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, *Defendants*. | Case No. 1:23-cv-00853-DAE |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3, Plaintiff United States of America respectfully moves to withdraw Brian H. Lynk as counsel in this matter.  Mr. Lynk has departed from the U.S. Department of Justice.  Plaintiff will continue to be represented by the undersigned counsel of record in this case and any other Department of Justice attorneys who enter an appearance. Counsel for Defendants state that they do not oppose this motion.

Respectfully submitted,

Dated:  March 12, 2025

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY
GENERAL
Environment & Natural Resources Division


 /s/ Landon A. Wade
LANDON A. WADE
   Assistant United States Attorney
   Texas Bar No. 24098560
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
(512) 370-1255 (tel)
(512) 916-5854 (fax)
Landon.wade@usdoj.gov

 /s/ Andrew D. Knudsen
KIMERE J. KIMBALL
   Trial Attorney
   CA Bar No. 260660
BRYAN J. HARRISON
   Trial Attorney
   FL Bar No. 106379
ANDREW D. KNUDSEN
   Trial Attorney
   DC Bar No. 1019697
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 353-7466 (Knudsen)
(202) 514-8865 (fax)
Kimere.kimball@usdoj.gov
Bryan.harrison@usdoj.gov
Andrew.knudsen@usdoj.gov

*Counsel for the United States of America*


## CERTIFICATE OF SERVICE

I certify that on March 12, 2025, a copy of this filing was served on counsel of record

through the Court's electronic filing system.

 /s Andrew D. Knudsen
Andrew D. Knudsen