**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

UNITED STATES OF AMERICA,

        *Plaintiff*,

        v.

GREG ABBOTT, in his capacity as
GOVERNOR OF THE STATE OF TEXAS,
and THE STATE OF TEXAS,

        *Defendants*.

Case No. 1:23-cv-00853-DAE

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule AT-3, Plaintiff United States of America respectfully moves to withdraw Mark L. Walters as counsel in this matter.  Mr. Walters is departing from the U.S. Department of Justice.  Plaintiff will continue to be represented by the undersigned counsel of record in this case and any other Department of Justice attorneys who enter an appearance. Counsel for Defendants state that they do not oppose this motion.

Respectfully submitted,

Dated:  March 19, 2025

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY
GENERAL
Environment & Natural Resources Division

*/s/ Landon A. Wade*
LANDON A. WADE
  Assistant United States Attorney
  Texas Bar No. 24098560
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
(512) 370-1255 (tel)
(512) 916-5854 (fax)
Landon.wade@usdoj.gov

*/s/ Andrew D. Knudsen*
KIMERE J. KIMBALL
  Trial Attorney
  CA Bar No. 260660
BRYAN J. HARRISON
  Trial Attorney
  FL Bar No. 106379
ANDREW D. KNUDSEN
  Trial Attorney
  DC Bar No. 1019697
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 353-7466 (Knudsen)
(202) 514-8865 (fax)
Kimere.kimball@usdoj.gov
Bryan.harrison@usdoj.gov
Andrew.knudsen@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on March 19, 2025, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s Andrew D. Knudsen*
Andrew D. Knudsen