IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>   *Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Withdraw as Counsel (ECF 270), and for good cause shown, IT IS HEREBY ORDERED that the Unopposed Motion (ECF 270) is GRANTED.  Mark L. Walters is hereby withdrawn as counsel of record in this matter.

                _____
                Hon. David Alan Ezra
                United States District Judge