IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**JOINT STATUS REPORT**

Pursuant to this Court's February 7, 2025, Order (Dkt. No. 267), the parties hereby submit this joint status report.

1. On February 7, 2025, this Court placed this matter in abeyance to afford the new federal administration time to assess this matter. Dkt. No. 267.

2. Since the United States' unopposed motion to place this case in abeyance was filed, new political leadership—including a new Acting Assistant Attorney General over the Department of Justice Environment and Natural Resources Division—has been appointed at the Department of Justice.

3. Additionally, new leadership has been appointed and is in the process of being appointed at federal client agencies.

4. Undersigned counsel for the United States and their counterparts in the federal client agencies have been briefing the new administration on this matter, including potential next steps.

5. The United States needs additional time to complete these briefings and decide how it believes this case should proceed.

6. Accordingly, the United States requests that the abeyance of proceedings be extended an additional 45 days to allow the United States' internal decision-making process to proceed and allow the parties time to confer on steps forward.

7. Texas concurs in the United States' request that this case be held in abeyance for an additional 45 days. In view of the parties' current and ongoing active cooperation in defense of the southwestern border of the United States and Texas, Texas is hopeful that this additional time may make it possible to resolve this case by agreement, without further discovery or a trial.

Dated: March 24, 2025                                    Respectfully submitted.

MARGARET F. LEACHMAN                     ADAM R.F. GUSTAFSON
ACTING UNITED STATES ATTORNEY     ACTING ASST. ATTORNEY GENERAL
                                                                  Environment & Natural Resources Division

 /s/ Landon A. Wade
LANDON A. WADE                                     /s/ Kimere J. Kimball
Assistant United States Attorney                  KIMERE J. KIMBALL
Texas Bar No. 24098560                              Trial Attorney
United States Attorney's Office                    CA Bar No. 260660
Western District of Texas                           ANDREW D. KNUDSEN
903 San Jacinto Blvd., Suite 334                   Trial Attorney
Austin, TX 78701                                       DC Bar No. 1019697
(512) 370-1255 (tel)                                  BRYAN J. HARRISON
(512) 916-5854 (fax)                                   Trial Attorney
Landon.wade@usdoj.gov                              FL Bar No. 106379
                                                                U.S. Department of Justice
                                                                Environmental Defense Section
                                                                P.O. Box 7611
                                                                Washington, DC 20044
                                                                (202) 514-2285 (Kimball)
                                                                (202) 514-8865 (fax)
                                                                Kimere.kimball@usdoj.gov
                                                                Andrew.knudsen@usdoj.gov
                                                                Bryan.harrison@usdoj.gov

                                                                *Counsel for the United States of America*

1

| | |
|---|---|
| KEN PAXTON<br>Attorney General of the State of Texas | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| BRENT WEBSTER<br>First Assistant Attorney General | ZACHARY BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | |
| | KYLE S. TEBO<br>Special Counsel<br>Tex. State Bar No. 24137691 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | |
| | MARK A. CSOROS<br>Assistant Attorney General<br>Tex. State Bar No. 24142814 |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | |
| /s/ David Bryant<br>DAVID BRYANT<br>Senior Special Counsel<br>Tex. State Bar No. 03281500 | OFFICE OF THE ATTORNEY GENERAL<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172<br>ryan.kercher@oag.texas.gov<br>david.bryant@oag.texas.gov |
| JOHNATHAN STONE<br>Special Counsel<br>Tex. State Bar No. 24071779 | johnathan.stone@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br>zachary.berg@oag.texas.gov<br>kyle.tebo@oag.texas.gov<br>mark.csoros@oag.texas.gov |
| | *Counsel for Defendants* |

3

## CERTIFICATE OF SERVICE

I certify that on March 24, 2025, a copy of this filing was served on counsel of record through the Court's electronic filing system.

/s/ *Kimere J. Kimball*
KIMERE J. KIMBALL