IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>   v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>   *Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report and request therein to continue the abeyance of above-captioned proceedings, IT IS HEREBY

ORDERED that all proceedings in this case, inclusive of all deadlines in the Court's Scheduling Order, ECF 263, remain in abeyance until further notice of the Court; and it is further

ORDERED that the parties shall submit a join status report no later than 45 days from the date of this Order.

IT IS SO ORDERED.

Date: _____

                              HON. DAVID ALAN EZRA
                              SENIOR U.S. DISTRICT JUDGE