**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

GREG ABBOTT, in his capacity as
GOVERNOR OF THE STATE OF TEXAS,
and THE STATE OF TEXAS,

*Defendants*.

Case No. 1:23-cv-00853-DAE

**JOINT STATUS REPORT**

Pursuant to this Court's March 27, 2025, Order (Dkt. No. 273), the parties hereby submit this joint status report.

1.      On February 7, 2025, this Court placed this matter in abeyance to afford the new federal administration time to assess this matter.  Dkt. No. 267.

2.      On March 27, 2025, this Court continued the abeyance of this matter until further notice of the Court, with a status report due 45 days from the order.  Dkt. No. 273.

3.      Since the Court's March 27, 2025, order, both parties have been working diligently to determine next steps in this matter.

4.      As the parties have been working, however, new political leadership—including a new Deputy Assistant Attorney General over the section of the Department of Justice Environment and Natural Resources Division litigating this case—has been appointed at the Department of Justice.  Additionally, new leadership has been appointed and is in the process of being appointed at federal client agencies.

5.      Undersigned counsel for the United States and their counterparts in the federal client agencies have been briefing the new administration on this matter, including potential next steps.

6.      The United States needs additional time to complete these briefings and decide how it believes this case should proceed.

7.      Accordingly, the United States asserts this matter should remain in abeyance.

8.      Texas does not oppose the continued abeyance of this matter. In view of the parties' current and ongoing active cooperation in defense of the southwestern border of the United States and Texas, Texas is hopeful that this additional time may make it possible to resolve this case by agreement, without further discovery or a trial.

9.      The parties will submit their next status report within 45 days.

Dated: May 12, 2025                                   Respectfully submitted.

MARGARET F. LEACHMAN                    ADAM R.F. GUSTAFSON
ACTING UNITED STATES ATTORNEY      ACTING ASST. ATTORNEY GENERAL
                                                              Environment & Natural Resources Division

 /s/ Landon A. Wade                                      /s/ Kimere J. Kimball
LANDON A. WADE                                 KIMERE J. KIMBALL
Assistant United States Attorney                 Trial Attorney
Texas Bar No. 24098560                             CA Bar No. 260660
United States Attorney's Office                  ANDREW D. KNUDSEN
Western District of Texas                            Trial Attorney
903 San Jacinto Blvd., Suite 334                 DC Bar No. 1019697
Austin, TX 78701                                     BRYAN J. HARRISON
(512) 370-1255 (tel)                                   Trial Attorney
(512) 916-5854 (fax)                                  FL Bar No. 106379
Landon.wade@usdoj.gov                          U.S.DOJ/ENRD
                                                              P.O. Box 7611
                                                              Washington, DC 20044
                                                              (202) 514-2285 (Kimball)
                                                              (202) 514-8865 (fax)
                                                              Kimere.kimball@usdoj.gov
                                                              Andrew.knudsen@usdoj.gov
                                                              Bryan.harrison@usdoj.gov
                                                              *Counsel for the United States of America*

1

KEN PAXTON
Attorney General of the State of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal
   Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

/s/ David Bryant
DAVID BRYANT
Senior Special Counsel
Tex. State Bar No. 03281500

JOHNATHAN STONE
Chief, Consumer Protection Division
Tex. State Bar No. 24071779

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

KYLE S. TEBO
Special Counsel
Tex. State Bar No. 24137691

MARK A. CSOROS
Assistant Attorney General
Tex. State Bar No. 24142814

OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172
ryan.kercher@oag.texas.gov
david.bryant@oag.texas.gov
johnathan.stone@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
kyle.tebo@oag.texas.gov
mark.csoros@oag.texas.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on May 12, 2025, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL
