# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

## JOINT STATUS REPORT

Pursuant to this Court's March 27, 2025, Order (Dkt. No. 273), the parties hereby submit this joint status report.

1. On February 7, 2025, this Court placed this matter in abeyance to afford the new federal administration time to assess this matter. Dkt. No. 267.

2. On March 27, 2025, this Court continued the abeyance of this matter until further notice of the Court, with a status report due 45 days from the order. Dkt. No. 273.

3. On May 12, 2025, the parties submitted a status report explaining that new political leadership had just been appointed at the Department of Justice, as well as at certain client agencies and stated they would submit an additional status report within 45 days. Dkt. No. 274.

4. Since the parties' last status report, the parties have been in discussions regarding how to resolve this matter without further discovery or trial. Those discussions are ongoing.

5. The United States thus asserts this matter should remain in abeyance.

6. Texas does not oppose the continued abeyance of this matter.

7. The parties will submit their next status report within 45 days.

Dated: June 26, 2025                                  Respectfully submitted.

JUSTIN R. SIMMONS                                     ADAM R.F. GUSTAFSON
UNITED STATES ATTORNEY                                *Acting Assistant Attorney General*

 /s/ Landon A. Wade                                   ROBERT N. STANDER
LANDON A. WADE                                        *Deputy Assistant Attorney General*
Assistant United States Attorney                      Environment & Natural Resources Division
Texas Bar No. 24098560
United States Attorney's Office                        /s/ Kimere J. Kimball
Western District of Texas                             KIMERE J. KIMBALL
903 San Jacinto Blvd., Suite 334                        Trial Attorney
Austin, TX 78701                                        CA Bar No. 260660
(512) 370-1255 (tel)                                  ANDREW D. KNUDSEN
(512) 916-5854 (fax)                                    Trial Attorney
Landon.wade@usdoj.gov                                   DC Bar No. 1019697
                                                      BRYAN J. HARRISON
                                                        Trial Attorney
                                                        FL Bar No. 106379
                                                      U.S.DOJ/ENRD
                                                      P.O. Box 7611
                                                      Washington, DC 20044
                                                      (202) 514-2285 (Kimball)
                                                      (202) 514-8865 (fax)
                                                      Kimere.kimball@usdoj.gov
                                                      Andrew.knudsen@usdoj.gov
                                                      Bryan.harrison@usdoj.gov
                                                      *Counsel for the United States of America*

KEN PAXTON                                            MUNERA AL-FUHAID
Attorney General of the State of Texas                  Special Counsel
                                                        Tex. State Bar No. 24094501
BRENT WEBSTER
First Assistant Attorney General                      ZACHARY BERG
                                                        Special Counsel
                                                        Tex. State Bar No. 24107706
RALPH MOLINA
Deputy First Assistant Attorney General
                                                      KYLE S. TEBO
                                                        Special Counsel
RYAN D. WALTERS                                         Tex. State Bar No. 24137691
Deputy Attorney General for Legal
  Strategy
                                                      MARK A. CSOROS
RYAN G. KERCHER                                         Assistant Attorney General

1

Chief, Special Litigation Division

/s/ *David Bryant*
DAVID BRYANT
Senior Special Counsel
Tex. State Bar No. 03281500

JOHNATHAN STONE
Chief, Consumer Protection Division
Tex. State Bar No. 24071779

Tex. State Bar No. 24142814

OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172
ryan.kercher@oag.texas.gov
david.bryant@oag.texas.gov
johnathan.stone@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
kyle.tebo@oag.texas.gov
mark.csoros@oag.texas.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2025, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL
