**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-00853-DAE |
| GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, et al., | |
| Defendants. | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3, Plaintiff United States of America respectfully moves to withdraw Andrew D. Knudsen as counsel in this matter.  Mr. Knudsen is departing from the U.S. Department of Justice.  Plaintiff will continue to be represented by the other U.S. Department of Justice attorneys who have entered an appearance in this case.  Counsel for Defendants state that they do not oppose this motion.

Respectfully submitted,

Dated:  July 24, 2025

/s/  *Andrew D. Knudsen*
ANDREW D. KNUDSEN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 353-7466
Andrew.Knudsen@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2025, I filed this document electronically through the Court's

CM/ECF system, providing service to all counsel of record.

_/s/  Andrew D. Knudsen_____
Andrew D. Knudsen

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREG ABBOTT, in his capacity as<br>GOVERNOR OF THE STATE OF TEXAS,<br>and THE STATE OF TEXAS, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Withdraw as Counsel (ECF 276), and for good cause shown, IT IS HEREBY ORDERED that the Unopposed Motion (ECF 276) is GRANTED.  Andrew D. Knudsen is hereby withdrawn as counsel of record in this matter.

_____
Hon. David Alan Ezra
United States District Judge