IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, et al.,<br><br>  Defendants. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Withdraw as Counsel (ECF 276), and for good cause shown, IT IS HEREBY ORDERED that the Unopposed Motion (ECF 276) is GRANTED. Andrew D. Knudsen is hereby withdrawn as counsel of record in this matter.

_____
Hon. David Alan Ezra
United States District Judge