IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**JOINT STATUS REPORT**

Pursuant to this Court's March 27, 2025, Order (Dkt. No. 273), the parties hereby submit this joint status report.

1. On February 7, 2025, this Court placed this matter in abeyance to afford the new federal administration time to assess this matter. Dkt. No. 267.

2. On March 27, 2025, this Court continued the abeyance of this matter until further notice of the Court, with a status reports due 45 days from the Court's order. Dkt. No. 273.

3. Since March 27, 2025, the parties have submitted status reports at 45-day intervals. Dkt. Nos. 274, 275.

4. Since the parties' last status report, the parties have been in discussions regarding how to resolve this matter without further discovery or trial. Those discussions are ongoing.

5. The United States thus asserts this matter should remain in abeyance.

6. Texas does not oppose the continued abeyance of this matter.

7. The parties will submit their next status report within 45 days.

| | |
|---|---|
| Dated: August 11, 2025 | Respectfully submitted. |
| JUSTIN R. SIMMONS<br>UNITED STATES ATTORNEY | ADAM R.F. GUSTAFSON<br>*Acting Assistant Attorney General* |
| /s/ *Landon A. Wade*<br>LANDON A. WADE<br>Assistant United States Attorney<br>Texas Bar No. 24098560<br>United States Attorney's Office<br>Western District of Texas<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>(512) 370-1255 (tel)<br>(512) 916-5854 (fax)<br>Landon.wade@usdoj.gov | ROBERT N. STANDER<br>*Deputy Assistant Attorney General*<br>Environment & Natural Resources Division<br><br>/s/ *Kimere J. Kimball*<br>KIMERE J. KIMBALL<br>  Trial Attorney<br>  CA Bar No. 260660<br>BRYAN J. HARRISON<br>  Trial Attorney<br>  FL Bar No. 106379<br>U.S.DOJ/ENRD<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 514-2285 (Kimball)<br>(202) 514-8865 (fax)<br>Kimere.kimball@usdoj.gov<br>Bryan.harrison@usdoj.gov<br>*Counsel for the United States of America* |
| KEN PAXTON<br>Attorney General of the State of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>RALPH MOLINA<br>Deputy First Assistant Attorney General<br><br>RYAN D. WALTERS<br>Deputy Attorney General for Legal<br>  Strategy<br><br>RYAN G. KERCHER<br>Chief, Special Litigation Division<br><br>/s/ *David Bryant*<br>DAVID BRYANT<br>Senior Special Counsel<br>Tex. State Bar No. 03281500 | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501<br><br>ZACHARY BERG<br>Special Counsel<br>Tex. State Bar No. 24107706<br><br>KYLE S. TEBO<br>Special Counsel<br>Tex. State Bar No. 24137691<br><br>MARK A. CSOROS<br>Assistant Attorney General<br>Tex. State Bar No. 24142814<br><br>OFFICE OF THE ATTORNEY GENERAL<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 |

1

|  |  |
|---|---|
| | ryan.kercher@oag.texas.gov |
| | david.bryant@oag.texas.gov |
| JOHNATHAN STONE | johnathan.stone@oag.texas.gov |
| Chief, Consumer Protection Division | munera.al-fuhaid@oag.texas.gov |
| Tex. State Bar No. 24071779 | zachary.berg@oag.texas.gov |
| | kyle.tebo@oag.texas.gov |
| | mark.csoros@oag.texas.gov |

*Counsel for Defendants*

3

## **CERTIFICATE OF SERVICE**

I certify that on August 11, 2025, a copy of this filing was served on counsel of record through the Court's electronic filing system.

>  */s/ Kimere J. Kimball*
>  KIMERE J. KIMBALL