UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *PLAINTIFF*, <br><br> V. <br><br> **GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, AND THE STATE OF TEXAS**, *DEFENDANTS*. | **NO. 1:23-CV-00853-DAE** |

### THE STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas file this Unopposed Motion to Withdraw Mark A. Csoros and would respectfully show the following:

Mark A. Csoros is currently designated as an attorney of record for the State of Texas. Mr. Csoros is no longer with the Office of the Attorney General; therefore, it is necessary to withdraw him from this case.

Defendants will continue to be represented by Ryan Kercher, David Bryant, and Munera Al-Fuhaid.

For the reasons stated above, Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas respectfully request that the Court grant this Unopposed Motion to Withdraw Mark A. Csoros as Counsel and remove Mr. Csoros from all further electronic notifications regarding this case.

1

| | |
|---|---|
| Date: September 11, 2025 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | */s/ David Bryant*<br>**DAVID BRYANT**<br>*Attorney-in-Charge*<br>Senior Special Counsel<br>Texas Bar No. 03281500 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | **MUNERA AL-FUHAID**<br>Special Counsel<br>Texas Bar No. 24094501 |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | |
| **RYAN G. KERCHER**<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24060998 | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Ryan.Kercher@oag.texas.gov<br>David.Bryant@oag.texas.gov<br>Munera.Al-Fuhaid@oag.texas.gov |
| | **COUNSEL FOR THE STATE OF TEXAS** |

**CERTIFICATE OF CONFERENCE**

I certify that on January 30, 2025, I conferred via email with counsel for Plaintiff, Badam Gustafson of the U.S. Department of Justice, Environmental & Natural Resources Division, Environmental Defense Section, regarding the relief requested in this motion. Counsel for Plaintiff stated that they do not oppose the motion.

/s/ *David Bryant*
**David Bryant**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 11, 2025 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
**David Bryant**