## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

UNITED STATES OF AMERICA,

    *PLAINTIFF*,

 V.

GREG ABBOTT, IN HIS CAPACITY AS
GOVERNOR OF THE STATE OF TEXAS, AND
THE STATE OF TEXAS,

    *DEFENDANTS*.

NO. 1:23-CV-00853-DAE

### THE STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas file this Unopposed Motion to Withdraw Kyle S. Tebo and would respectfully show the following:

Kyle Tebo has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation.

Defendants will continue to be represented by Ryan Kercher, David Bryant, Zachary Berg, and Munera Al-Fuhaid.

For the reasons stated above, Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas respectfully request that the Court grant this Unopposed Motion to Withdraw Kyle S. Tebo as Counsel and remove Mr. Tebo from all further electronic notifications regarding this case.

Dated: September 18, 2025

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division
Tex. State Bar No. 24060998

Respectfully submitted.

*/s/ David Bryant*
**DAVID BRYANT**
*Attorney-in-Charge*
Senior Special Counsel
Texas Bar No. 03281500

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Kercher@oag.texas.gov
David.Bryant@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

**CERTIFICATE OF CONFERENCE**

I certify that on September 18, 2025, I conferred via email with counsel for Plaintiff, Adam Gustafson of the U.S. Department of Justice, Environmental & Natural Resources Division, Environmental Defense Section, regarding the relief requested in this motion. Counsel for Plaintiff stated that they do not oppose the motion.

/s/ *David Bryant*
**David Bryant**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 18, 2025 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
**David Bryant**