**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GREG ABBOTT, in his capacity as <br> GOVERNOR OF THE STATE OF TEXAS, <br> and THE STATE OF TEXAS, <br><br> *Defendants*. | Case No. 1:23-cv-00853-DAE |

**OPPOSED MOTION FOR A STAY OF STATUS REPORTS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of status report deadlines in the above-captioned case due to the lapse in appropriations.  Undersigned counsel conferred with counsel for Defendants, whose response opposing this motion is detailed in the certificate of conference appended to this motion.

1.     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2.     Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.     The above-captioned matter is currently in abeyance with status reports due every 45 days.  The next status report is due November 10, 2025.

4.      Undersigned counsel therefore requests a stay of the status report deadline until Congress has restored appropriations to the Department.

5.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, the status report deadline be extended commensurate with the duration of the lapse in appropriations i.e., a day-for-day extension for the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the status report deadlines in this case as outlined above until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: November 4, 2025

Respectfully submitted.

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

 /s/ Landon A. Wade
LANDON A. WADE
Assistant United States Attorney
Texas Bar No. 24098560
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
(512) 370-1255 (tel)
(512) 916-5854 (fax)
Landon.wade@usdoj.gov

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*
Environment & Natural Resources Division

 /s/ Kimere J. Kimball
KIMERE J. KIMBALL
  Trial Attorney
  CA Bar No. 260660
BRYAN J. HARRISON
  Trial Attorney
  FL Bar No. 106379
U.S.DOJ/ENRD
P.O. Box 7611
Washington, DC 20044
(202) 514-2285 (Kimball)
(202) 514-8865 (fax)
Kimere.kimball@usdoj.gov
Bryan.harrison@usdoj.gov
*Counsel for the United States of America*

1

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred via email with counsel for Defendants regarding the relief requested in this motion. Counsel for Defendants stated that they would "prefer that we file a status report" and that they do not believe the lapse in appropriations is a sufficient basis to stay the reports.  Defendants did not respond regarding whether they intend to file a response to this motion.

  _/s/ Kimere J. Kimball_
KIMERE J. KIMBALL

## **CERTIFICATE OF SERVICE**

I certify that on November 4, 2025, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL