IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

### [PROPOSED] ORDER

Upon consideration of the United States' motion to stay status reports in light of lapse in appropriations and for good cause shown, IT IS HEREBY

ORDERED that the deadline for the next status report be extended day-for-day commensurate with the length of the lapse in appropriations for the Department of Justice.

IT IS SO ORDERED.


Date: _____                    _____
                                         HON. DAVID ALAN EZRA
                                         SENIOR U.S. DISTRICT JUDGE