IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | NO. 1:23-CV-00853-DAE |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | |
| § | |
| GREG ABBOTT, in his capacity as § | |
| GOVERNOR OF THE STATE OF § | |
| TEXAS, and THE STATE OF TEXAS, § | |
| § | |
| *Defendants*. § | |
| § | |

ORDER GRANTING OPPOSED MOTION FOR A STAY OF STATUS
REPORTS IN LIGHT OF LAPSE OF APPROPRIATIONS

Before the Court is Plaintiff United States of America's ("United States" or "Plaintiff") Opposed Motion for a Stay of Status Reports in Light of Lapse of Appropriations (the "Motion").  (Dkt. # 44.)  Although the Motion indicated it was opposed, Defendants did not file a response in opposition.  Upon consideration of the United States' motion to stay status reports in light of lapse in appropriations and for good cause shown, the Court finds that such Motion should be, and hereby is, **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for the next status report be extended day-for-day commensurate with the length of the lapse in appropriations for the Department of Justice.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, November 12, 2025.

_____
David Alan Ezra
Senior United States District Judge