IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>*Defendants*. | Case No. 1:23-cv-00853-DAE |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Withdraw as Counsel (ECF 289), and for good cause shown, IT IS HEREBY

ORDERED that the Unopposed Motion (ECF 289) is GRANTED; and it is further

ORDERED that Kimere J. Kimball is withdrawn as counsel of record in this matter.

_____
Hon. David Alan Ezra
United States District Judge