# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>GREG ABBOTT, in his capacity as<br>GOVERNOR OF THE STATE OF TEXAS,<br>and THE STATE OF TEXAS,<br><br>   *Defendants*. | Case No. 1:23-cv-00853-DAE |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3, Plaintiff United States of America respectfully moves to withdraw Bryan J. Harrison as counsel in this matter.  Plaintiff will continue to be represented by the other U.S. Department of Justice attorneys who have entered an appearance in this case. Counsel for Defendants state that they do not oppose this motion.

Respectfully submitted,

Dated:  July 20, 2026

*/s/ Bryan J. Harrison*
BRYAN J. HARRISON (FL Bar #106379)
Senior Trial Counsel
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 305-5426
(202) 514-8865 (fax)
bryan.harrison@usdoj.gov

**CERTIFICATE OF CONFERENCE**

I certify that on July 17, 2026, I conferred via email with counsel for Defendant, David Bryant, of the Office of the Attorney General of Texas, regarding the relief requested in this motion. Counsel for Defendant stated that they do not oppose the motion.

*/s/ Bryan J. Harrison*
Bryan J. Harrison

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2026, a copy of this filing was served on all counsel of record using this Court's electronic filing system.

*/s/ Bryan J. Harrison*
Bryan J. Harrison