**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 1:23-cv-00853-DAE |
| GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Withdraw as Counsel, and for good cause shown, IT IS HEREBY

ORDERED that the Unopposed Motion is GRANTED; and it is further

ORDERED that Bryan J. Harrison is withdrawn as counsel of record for Plaintiff in this matter.

_____
Hon. David Alan Ezra
United States District Judge