AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23 cv 00853 DAE |
| Greg Abbott, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                    .

Date:    07/21/2026

/s/ Christopher H. Mitchell
*Attorney's signature*

Christopher H. MItchell, DC Bar 416826
*Printed name and bar number*

P.O. Box 7611
Washington, DC 20044

*Address*

christopher.mitchell@usdoj.gov
*E-mail address*

(202) 598 3389
*Telephone number*

(202) 514 8865
*FAX number*