**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS, *Defendants*. | Case No. 1:23-cv-00853-DAE |

**JOINT STATUS REPORT**

Pursuant to this Court's March 27, 2025, Order (Dkt. No. 273), the parties hereby submit this joint status report.

1.      On February 7, 2025, this Court placed this matter in abeyance to afford the new federal administration time to assess this matter.  Dkt. No. 267.

2.      On March 27, 2025, this Court continued the abeyance of this matter until further notice of the Court, with a status report due 45 days from the Court's order.  Dkt. No. 273.

3.      Since March 27, 2025, the parties have submitted status reports at 45-day intervals. Dkt. Nos. 274, 275, 277, 280, 282, 284, 285, 286, 287, 288.

4.      Since the parties' last status report, the parties have been in discussions regarding how to resolve this matter without further discovery or trial.  Those discussions are ongoing.

5.      The United States thus asserts this matter should remain in abeyance.

6.      Texas does not oppose the continued abeyance of this matter.

7.      The parties will submit their next status report within 45 days.

Dated: August 6, 2026

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

 /s/ Landon A. Wade
 LANDON A. WADE
 Assistant United States Attorney
 Texas Bar No. 24098560
 United States Attorney's Office
 Western District of Texas
 903 San Jacinto Blvd., Suite 334
 Austin, TX 78701
 (512) 370-1255 (tel)
 (512) 916-5854 (fax)
 Landon.wade@usdoj.gov

Respectfully submitted.

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*
Environment & Natural Resources Division

 /s/ Christopher H. Mitchell
 CHRISTOPHER H. MITCHELL
  Trial Attorney
  DC Bar No. 416826
 U.S. DOJ/ENRD
 P.O. Box 7611
 Washington, DC 20044
 (202) 598-3389
 (202) 514-8865 (fax)
 Christopher.Mitchell@usdoj.gov
 *Counsel for the United States of America*

KEN PAXTON
Attorney General of the State of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal
  Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

/s/ David Bryant
DAVID BRYANT
Senior Special Counsel
Tex. State Bar No. 03281500

MUNERA AL-FUHAID
 Special Counsel
 Tex. State Bar No. 24094501

ZACHARY BERG
 Special Counsel
 Tex. State Bar No. 24107706

OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172
ryan.kercher@oag.texas.gov
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
mark.csoros@oag.texas.gov

 *Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 6, 2026, a copy of this filing was served on counsel of record through the Court's electronic filing system.

/s/ *Christopher H. Mitchell*
Christopher H. Mitchell