# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

UNITED STATES OF AMERICA,
    *PLAINTIFF*,

  V.

                            NO. 1:23-CV-00853-DAE

GREG ABBOTT, IN HIS CAPACITY AS
GOVERNOR OF THE STATE OF TEXAS, AND
THE STATE OF TEXAS,
    *DEFENDANTS*.

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants file this Unopposed Motion to Withdraw Counsel and respectfully show the following:

Munera Al-Fuhaid appeared as counsel of record for Greg Abbott, in his official capacity as Governor of Texas, and the State of Texas. Ms. Al-Fuhaid has been administratively reassigned to other matters. Therefore, it is necessary for her to withdraw from this case.

Defendants will continue to be represented by David Bryant, as Attorney-in-Charge.

For the reasons stated above, Defendants respectfully request that the Court grant this motion to withdraw Munera Al-Fuhaid as counsel and remove her from all further electronic notifications regarding this case.

Date: August 6, 2026

**KEN PAXTON**
Attorney General of the State of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**ROB FARQUHARSON**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division

Respectfully submitted,

/s/ *David Bryant*
**DAVID BRYANT**
Senior Special Counsel
Tex. State Bar No. 03281500

**JOHNATHAN STONE**
Special Counsel
Tex. State Bar No. 24071779

**ZACHARY BERG**
Special Counsel
Tex. State Bar No. 24107706

**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172
ryan.kercher@oag.texas.gov
david.bryant@oag.texas.gov
johnathan.stone@oag.texas.gov
zachary.berg@oag.texas.gov

***Counsel for Defendants***

## CERTIFICATE OF CONFERENCE

I certify that on August 6, 2026, Christopher Mitchell, Counsel of Record for Plaintiff via Electronic Mail were contacted to obtain his client's position on this Motion. Counsel advised his client is unopposed to this Motion.

*/s/ David Bryant*
DAVID BRYANT

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 6, 2026 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
**DAVID BRYANT**