**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*PLAINTIFF*,<br><br>V.<br><br>GREG ABBOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, AND THE STATE OF TEXAS,<br>*DEFENDANTS*. | NO. 1:23-CV-00853-DAE |

**THE STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas file this Unopposed Motion to Withdraw Johnathan Stone and Ryan G. Kercher and would respectfully show the following:

Johnathan Stone has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation.

Ryan G. Kercher is currently designated as an attorney of record for the State of Texas. Mr. Kercher is leaving his employment with the Office of the Attorney General; therefore, it is necessary to withdraw him from this case.

Defendants will continue to be represented by David Bryant and Zachary Berg.

For the reasons stated above, Defendants Greg Abbott, in his official capacity as Governor of Texas and the State of Texas respectfully request that the Court grant this Unopposed Motion to Withdraw Johnathan Stone and Ryan G. Kercher as Counsel and remove Mr. Stone and Mr. Kercher from all further electronic notifications regarding this case.

Date: August 18, 2026

**KEN PAXTON**
Attorney General of the State of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**ROB FARQUHARSON**
Deputy Attorney General for Legal Strategy

*/s/ Ryan G. Kercher*
**RYAN G. KERCHER**
Chief, Special Litigation Division

Respectfully submitted,

**DAVID BRYANT**
Senior Special Counsel
Tex. State Bar No. 03281500

**ZACHARY BERG**
Special Counsel
Tex. State Bar No. 24107706

**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172
ryan.kercher@oag.texas.gov
david.bryant@oag.texas.gov
zachary.berg@oag.texas.gov

***Counsel for Defendants***

## CERTIFICATE OF CONFERENCE

I certify that on August 7, 2026, I conferred via email with counsel for Plaintiff, Christopher Mitchell regarding the relief requested in this motion. Counsel for Plaintiff stated that they do not oppose the motion.

*/s/ Ryan G. Kercher*
**RYAN G. KERCHER**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 18, 2026 and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
**RYAN G. KERCHER**